# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:21-CV-00064-TTC |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | |
| d/b/a MSA SECURITY, INC. ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the Court on Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.'s Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(1) and/or Fed. R. Civ. P. 12(b)(6) or, in the alternative, a motion to strike portions of the complaint under Fed. R. Civ. P. 12(f).

This Court having considered the Parties' submissions on these matters, and good cause being shown therefor, it is hereby ORDERED that: Defendant's Motion to Dismiss is GRANTED.

ENTERED this ___ day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE