IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| Karen Iovino, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  5:21CV64 |
| | ) | |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| Michael Stapleton Associates, LTD., | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

## I.    SUMMARY

<u>Jury Trial</u>:          March 20, 2023-March 31, 2023, at 9:30 a.m.

<u>Location</u>:          United States District Court
116 N. Main Street
Harrisonburg, Virginia 22802

<u>Status Conference</u>:   November 21, 2022, at 9:30 a.m.

<u>Deadlines</u>:

| Event | Deadline |
|---|---|
| Fed. R. Civ. P. 26(f) Conference | 14 days from this order |
| Fed. R. Civ. P. 26(a)(1) Initial Disclosures | 30 days from this order |
| Plaintiff(s) Initial Expert Disclosure | 80 days from this order |
| Defendant(s) Initial Expert Disclosure | 110 days from this order |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 80 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |

1

## II.    MEDIATION

1.    The court encourages the parties to engage in settlement discussions. Upon motion of any party, the court will refer the case to a magistrate judge for mediation.

## III.    DISCOVERY

2.    The court proposes the above deadlines as a pretrial order pursuant to Federal Rule of Civil Procedure 16(b). The court may amend this order on its own motion, or the parties may amend this order's disclosure and discovery deadlines by submitting an agreed written plan that satisfies the requirements of Rule 26(f).[1] If no party requests changes within 10 days, the above deadlines will apply.

3.    All discovery must be completed at least 90 days before trial. This schedule requires that the parties serve all written discovery with enough time to allow the responding party to respond on or before the deadline to complete discovery.

4.    The parties shall not file disclosure or discovery materials unless they are relevant to the court's determination of a motion.

## IV.    EXPERT WITNESSES AND EXHIBITS

5.    Expert witnesses who are retained or specially employed to provide expert testimony in this case or whose duties as an employee of the party regularly involve giving expert testimony must prepare a written report that conforms to the requirements of Rule 26(a)(2)(B). Unless the parties otherwise agree, or the court otherwise directs, the plaintiff must disclose the written report of each expert no later than 80 days from the date of this order, and the defendant must disclose the written report of each expert no

---

[1] If this case proceeds to trial, the court will issue a separate Trial Order outlining the remaining deadlines, pretrial procedures, and the date of the final pretrial conference.

2

later than 110 days from the date of this order.

6.     With respect to expert witnesses who are not retained or specially employed to provide expert testimony (such as a treating physician) or other persons who may qualify as both an expert and a fact witness, the plaintiff must disclose the identity of any such witnesses and provide the information required by Rule 26(a)(2)(C) no later than 80 days from the date of this order. The defendant must disclose the identity of any such witnesses and provide the information required by Rule 26(a)(2)(C) no later than 110 days from the date of this order.

7.     All expert disclosures must be submitted in sufficient time that discovery can be completed reasonably before the discovery cutoff date without undue duplication and expense.

## V.     MOTIONS

8.     A supporting brief must accompany all pretrial motions, unless the motion contains the legal argument necessary to support it or is certified to be unopposed.

9.     If an opposed motion has been filed before the entry of this order without legal argument to support it, the movant must file a supporting brief within 14 days of the date of this order or the court will deny the motion without prejudice.

10.    If a party opposes a motion, the nonmovant must file a brief in opposition within 14 days of the date of service of the movant's brief (or within 14 days of this order if the moving party served a motion and supporting brief before the entry of this order). Except for good cause shown, if the nonmovant does not timely file an opposition brief, the court will consider the motion to be unopposed.

3

11.    If the moving party desires to submit a reply brief, it must do so within seven days of the date of service of the opposition brief.

12.    Parties may not file surreply briefs without prior leave of court.

13.    Exclusive of any accompanying exhibits, a brief may not exceed 25 pages in length using one-inch margins, double-spaced lines, and at least 12-point font, unless the filing party first obtains leave of court after showing good cause why a longer brief is necessary.

14.    When a dispositive motion, together with its supporting brief and exhibits, consists of more than 50 pages, the filing party must send a courtesy paper copy of the documents to the following address:

> United States District Court for the Western District of Virginia
> Attention: Judge Cullen's Chambers
> 210 Franklin Road, S.W., Room 224
> Roanoke, Virginia 24011

Additionally, if a party cites a deposition in any filing for a dispositive motion, the party must, regardless of the length of the entire filing, send a courtesy paper copy of the cited deposition transcript to the above address.

15.    All nondispositive pretrial motions and issues are hereby referred to the Honorable Judge Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A). Prior to filing any discovery motions, the parties are directed to contact Judge Hoppe's chambers by telephone in an effort to resolve the issue. The parties shall contact Judge Hoppe's chambers by contacting Karen Dotson, Courtroom Deputy Clerk, at 540-434-3181, extension 2. The court, in its discretion, may also refer dispositive motions to Judge Hoppe pursuant to 28 U.S.C. § 636(b)(1)(B).

16. The parties may contact the clerk (ChristelK@vawd.uscourts.gov) to request a hearing on any motion, but the court will only set a hearing if it determines that argument is necessary. In all other cases, motions will be decided on the briefs.

17. The court may act upon nondispositive motions—whether or not opposed—at any time without awaiting a response.

18. Dispositive motions must be filed no later than 80 days before trial and heard no later than 45 days before trial.

## VI.    AMENDMENT OF PLEADINGS

19. Except for good cause shown, any motion to amend the pleadings must be filed no later than 45 days from the date of this order.

## VII.    STATUS CONFERENCE

20. The court will hold a status conference approximately 30 days before the close of discovery. The parties should be prepared to advise the court on their progress in discovery, any obstacles to completing discovery, anticipated dispositive motions, and the status of any settlement negotiations.

## VII.    SETTLEMENT

21. The parties should notify the court promptly if this case is settled. Any notice of voluntary dismissal *must* be filed by the plaintiff. *See* Fed. R. Civ. P. 41. If the court does not receive a notice of voluntary dismissal within 30 days of notice of the settlement, the court will dismiss the case with prejudice without further notice.

**IT IS SO ORDERED.**

**ENTERED** this 26th day of January 2022.

*/s/ Thomas T. Cullen*

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE