IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| Karen Iovino, | ) | |
|     Plaintiffs, | ) | Civil Action No. 5:21-cv-00064 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Stapleton Associates, LTD, | ) | By:    Joel C. Hoppe |
|     Defendant. | ) |     United States Magistrate Judge |

Before the Court is the Joint Rule 26(f) Report and Discovery ("Joint Plan"). ECF No. 21. The Court approves of the proposed deadlines modifications. Accordingly, the Court hereby adopts the Joint Plan and modifies the Scheduling Order, ECF No. 17, as follows:

Plaintiff's Initial Expert Disclosure           June 16, 2022

Defendant's Initial Expert Disclosure         July 18, 2022

It is so ORDERED.

ENTER: March 2, 2022

Joel C. Hoppe
United States Magistrate Judge