IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:21-cv-00064 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MICHAEL STAPLETON ASSOCIATES, | ) By:   Hon. Thomas T. Cullen |
| LTD. d/b/a MSA Security, Inc., | )        United States District Judge |
| | ) |
| Defendant. | ) |

For the reasons given in the accompanying Memorandum Opinion, Defendant Michael Stapleton Associates, Ltd.'s ("MSA") motion to strike (ECF No. 7) will be **GRANTED in part** and **DENIED in part**. Paragraphs 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 164, and 165 will be **STRICKEN** from Plaintiff Dr. Karen Iovino's complaint (ECF No. 1). Iovino is further **ORDERED** to file an amended complaint no later than May 2, 2022. That amended complaint must be identical in all respects to her original complaint except that the stricken paragraphs must be omitted, and all remaining paragraphs must be sequentially numbered.[1]

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 25th day of April, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

---

[1] Sequential numbering should preemptively resolve any future confusion regarding what the parties currently refer to as paragraphs 32, 33, 32-B, and 33-B.