# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:21-CV-00064-TTC** |
| | ) | |
| **v.** | ) | **DEFENDANT'S ANSWER TO** |
| | ) | **FIRST AMENDED COMPLAINT** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **AND DEFENDANT'S** |
| **d/b/a MSA SECURITY, INC.** | ) | **COUNTERCLAIM** |
| | ) | |
| **Defendant.** | ) | |

Defendant, Michael Stapleton Associates, LTD. d.b.a. MSA Security, Inc., by and through

undersigned counsel, hereby submits this Answer to Plaintiff Karen Iovino's First Amended

Complaint (the "Amended Complaint") and Defendant's Counterclaim.

## ANSWER

### Introduction

The Amended Complaint's introduction contains conclusions of law to which no response

is required. The Introduction provides Plaintiff's characterization of her case, to which no response

is required. To the extent any response is necessary, Defendant denies any and all allegations made

in the Amended Complaint's Introduction.

### Jurisdiction

1.      Paragraph 1 of the Amended Complaint contains conclusions of law to which no

response is required. To the extent a response is necessary, Defendant denies the allegations made

in Paragraph 1 of the Amended Complaint.

**Exhaustion of Administrative Remedies**

2.      Paragraph 2 of the Amended Complaint contains conclusions of law to which no response is required. To the extent a response is necessary, Defendant denies the allegations made in Paragraph 2 of the Amended Complaint.

3.      Admitted.

4.      Defendant admits the allegations in the first sentence of paragraph 4 of the Amended Complaint. The last sentence of Paragraph 4 contains conclusions of law to which no response is required. To the extent a response is necessary, Defendant denies the allegations made in Paragraph 4 of the Amended Complaint.

5.      Defendant admits that the Acting Procurement Executive of the U.S. Department of State, Ms. Sharon D. James, sent a letter regarding the "Determination and Order Pursuant to 41 U.S.C. 4712 – OIG Whistleblower Case 2017-0044 (Karen Iovino)" on October 30, 2019 but denies the remaining allegations and legal conclusions contained in paragraph 5 of the Amended Complaint.

**Venue**

6.      Paragraph 6 of the Amended Complaint contains conclusions of law to which no response is required. To the extent a response is necessary, the allegations are denied.

**Parties**

7.      Paragraph 7 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 7 of the Complaint.

8.      Admitted.

**Background Facts**
**(Including Sections VII and VIII)**

9.      Admitted.

10.     Admitted.

11.     Paragraph 11 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 11 of the Complaint.

12.     Paragraph 12 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language, and it is dependent on the vagaries and approximations of Paragraph 11. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 12 of the Complaint.

13.     Paragraph 13 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 13 of the Complaint.

14.     Admitted.

15.     Admitted.

16.     Paragraph 16 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain

the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 16 of the Complaint.

17.    Paragraph 17 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 17 of the Complaint.

18.    Paragraph 18 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 18 of the Complaint.

19.    Paragraph 19 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 19 of the Complaint.

20.    Paragraph 20 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 20 of the Complaint.

21.     Paragraph 21 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 21 of the Complaint.

22.     Paragraph 22 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 22 of the Complaint.

23.     Paragraph 23 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 23 of the Complaint.

24.     Paragraph 24 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 24 of the Complaint.

25.     Paragraph 25 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 25 of the Complaint.

26.     Paragraph 26 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 26 of the Complaint.

27.     Paragraph 27 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 27 of the Complaint.

28.     Paragraph 28 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 28 of the Complaint.

29.     Paragraph 29 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 29 of the Complaint.

30.     Paragraph 30 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 30 of the Complaint.

31.     Paragraph 31 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 31 of the Complaint.

32.     Paragraph 32 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 32 of the Complaint.

33.     Paragraph 33 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 33 of the Complaint.

34.     Paragraph 34 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 34 of the Complaint.

35.    Paragraph 35 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 35 of the Complaint.

36.    Paragraph 36 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 36 of the Complaint.

37.    Paragraph 37 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 37 of the Complaint.

38.    Paragraph 38 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 38 of the Complaint.

39.     Paragraph 39 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 39 of the Complaint.

40.     Paragraph 40 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 40 of the Complaint.

41.     Paragraph 41 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 41 of the Complaint.

42.     Paragraph 42 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 42 of the Complaint.

43.     Paragraph 43 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 43 of the Complaint.

44.     Paragraph 44 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 44 of the Complaint.

45.     Paragraph 45 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 45 of the Complaint.

46.     Denied.

47.     Paragraph 47 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 47 of the Complaint.

48.     Paragraph 48 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 48 of the Complaint.

49.    Denied.

50.    Paragraph 50 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 50 of the Complaint.

51.    Defendant admits that Mr. Michael O'Neil gave a written commendation to Plaintiff on April 19, 2017. Paragraph 51 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the remaining allegations made in Paragraph 51 of the Complaint.

52.    Paragraph 52 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 52 of the Complaint.

53.    Paragraph 53 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 53 of the Complaint.

54.     Paragraph 54 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 54 of the Complaint.

55.     Paragraph 55 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 55 of the Complaint.

56.     Defendant admits that Mr. Gerald Goss gave a hand-written letter to Plaintiff on June 7, 2017. Paragraph 56 of the Complaint otherwise contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the remaining allegations made in Paragraph 56 of the Complaint.

57.     Paragraph 57 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 57 of the Complaint.

58.     Paragraph 58 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain

the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 58 of the Complaint.

59.    Paragraph 59 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 59 of the Complaint.

60.    Paragraph 60 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 60 of the Complaint.

61.    Paragraph 61 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 61 of the Complaint.

62.    Paragraph 62 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 62 of the Complaint.

63.    Admits that Plaintiff included such language in her State Department OIG disclosures, to the extent supported by the document referred to, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 63.

64.    Admits that Plaintiff did not request anonymity in her State Department OIG disclosures, to the extent supported by the document referred to, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 64.

65.    Paragraph 65 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 65 of the Complaint.

66.    Paragraph 66 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 66 of the Complaint.

67.    Paragraph 67 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 67 of the Complaint.

68.    Paragraph 68 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain

the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 68 of the Complaint.

69.     Paragraph 69 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 69 of the Complaint.

70.     Paragraph 70 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 70 of the Complaint.

71.     Paragraph 71 of the Complaint contains factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 71 of the Complaint.

72.     Paragraph 72 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 72 of the Complaint.

73.     Paragraph 73 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 73 of the Complaint.

74.     Paragraph 74 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 74 of the Complaint.

75.     Paragraph 75 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 75 of the Complaint.

76.     Paragraph 76 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 76 of the Complaint.

77.     Paragraph 77 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 77 of the Complaint.

78.    Paragraph 78 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 78 of the Complaint.

79.    Paragraph 79 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 79 of the Complaint.

80.    Paragraph 80 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 80 of the Complaint.

81.    Paragraph 81 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 81 of the Complaint.

82.     Paragraph 82 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 82 of the Complaint.

83.     Paragraph 83 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 83 of the Complaint.

84.     Paragraph 84 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 84 of the Complaint.

85.     Paragraph 85 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 85 of the Complaint.

86.     Paragraph 86 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 86 of the Complaint.

87.    Paragraph 87 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 87 of the Complaint.

88.    Paragraph 88 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 88 of the Complaint.

89.    Paragraph 89 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 89 of the Complaint.

90.    Paragraph 90 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 90 of the Complaint.

91.     Paragraph 91 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 91 of the Complaint.

92.     Paragraph 92 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 92 of the Complaint.

93.     Paragraph 93 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 93 of the Complaint.

94.     Paragraph 94 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 94 of the Complaint.

95.     Denied.

96.     Paragraph 96 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain

the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 96 of the Complaint.

97.     Paragraph 97 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 97 of the Complaint.

98.     Paragraph 98 of the Complaint contains vague language. Because Defendant cannot clearly ascertain the allegations made in this paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 98 of the Complaint.

99.     Paragraph 99 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 99 of the Complaint.

100.    Admitted.

101.    Paragraph 101 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 101 of the Complaint.

102.    Paragraph 102 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 102 of the Complaint.

103.    Paragraph 103 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 103 of the Complaint.

104.    Paragraph 104 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 104 of the Complaint.

105.    Paragraph 105 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 105 of the Complaint.

106.    Paragraph 106 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 106 of the Complaint.

107.    Paragraph 107 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 107 of the Complaint.

108.    Paragraph 108 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 108 of the Complaint.

109.    Paragraph 109 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 109 of the Complaint.

110.    Paragraph 110 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 110 of the Complaint.

111.    Paragraph 111 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 111 of the Complaint.

112.    Paragraph 112 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 112 of the Complaint.

113.    Paragraph 113 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 113 of the Complaint.

114.    Paragraph 114 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 114 of the Complaint.

115.    Paragraph 115 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 115 of the Complaint.

116.    Paragraph 116 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 116 of the Complaint.

117.    Paragraph 117 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 117 of the Complaint.

118.    Paragraph 118 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 118 of the Complaint.

119.    Paragraph 119 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 119 of the Complaint.

120.    Paragraph 120 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 120 of the Complaint.

121.    Paragraph 121 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 121 of the Complaint.

122.    Paragraph 122 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 122 of the Complaint.

123.    Paragraph 123 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 123 of the Complaint.

124.    Paragraph 124 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 124 of the Complaint.

125.    Paragraph 125 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 125 of the Complaint.

126.    Paragraph 126 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 126 of the Complaint.

127.    Paragraph 127 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 127 of the Complaint.

128.    Paragraph 128 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 128 of the Complaint.

129.    Paragraph 129 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 129 of the Complaint.

130.    Paragraph 130 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 130 of the Complaint.

131.    Paragraph 131 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 131 of the Complaint.

132.    Paragraph 132 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 132 of the Complaint.

133.    Paragraph 133 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 133 of the Complaint.

134.    Paragraph 134 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 134 of the Complaint.

135.    Paragraph 135 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 135 of the Complaint.

136.    Paragraph 136 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 136 of the Complaint.

137.    Paragraph 137 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 137 of the Complaint.

138.    Paragraph 138 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 138 of the Complaint.

139.    Paragraph 139 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 139 of the Complaint.

140.    Paragraph 140 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 140 of the Complaint.

141.    Paragraph 141 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 141 of the Complaint.

142.    Paragraph 142 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 142 of the Complaint.

143.    Paragraph 143 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 143 of the Complaint.

144.    Paragraph 144 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 144 of the Complaint.

145.    Paragraph 145 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 145 of the Complaint.

146.    Paragraph 146 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 146 of the Complaint.

147.     Paragraph 147 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 147 of the Complaint.

148.     Paragraph 148 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 148 of the Complaint.

149.     Paragraph 149 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 149 of the Complaint.

150.     Paragraph 150 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 150 of the Complaint.

151.     Paragraph 151 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 151 of the Complaint.

152.     Paragraph 152 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 152 of the Complaint.

153.     Paragraph 153 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 153 of the Complaint.

154.     Paragraph 154 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 154 of the Complaint.

155.     Paragraph 155 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 155 of the Complaint.

156.    Paragraph 156 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 156 of the Complaint.

157.    Paragraph 157 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 157 of the Complaint.

158.    Paragraph 158 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 158 of the Complaint.

159.    Paragraph 159 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 159 of the Complaint.

160.    Paragraph 160 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 160 of the Complaint.

161.    Paragraph 161 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 161 of the Complaint.

162.    Paragraph 162 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 162 of the Complaint.

163.    Paragraph 163 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 163 of the Complaint.

164.    Paragraph 164 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 164 of the Complaint.

165. Paragraph 165 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 165 of the Complaint.

166. Paragraph 166 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 166 of the Complaint.

167. Paragraph 167 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 167 of the Complaint.

168. Paragraph 168 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 168 of the Complaint.

169. Paragraph 169 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 169 of the Complaint.

**Claims and Damages**
**Count 1: Discrimination in Violation of 41 U.S.C. § 4712**

170.     Defendant incorporates by reference each of its responses in the foregoing paragraphs 1 through 169 as though fully set forth herein.

171.     Paragraph 171 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 171 of the Complaint.

172.     Paragraph 172 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 172 of the Complaint.

173.     Paragraph 173 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 173 of the Complaint.

174.     Paragraph 174 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or

information sufficient to reach an informed conclusion about the allegations made in Paragraph 174 of the Complaint.

175.    Paragraph 175 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 175 of the Complaint.

176.    Paragraph 176 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 176 of the Complaint.

177.    Paragraph 177 of the Complaint contains numerous factual allegations replete with approximations, generalizations, and vague language. Because Defendant cannot clearly ascertain the allegations made in this multiple-allegation paragraph, Defendant lacks knowledge or information sufficient to reach an informed conclusion about the allegations made in Paragraph 177 of the Complaint.

To the extent not specifically admitted above, Defendant denies all allegations in the Amended Complaint.

## **Prayer for Relief**

Defendant denies that Plaintiff is entitled to any of the relief sought in Prayer for Relief found in the Amended Complaint.

## AFFIRMATIVE DEFENSES

1. Defendant incorporates by reference each and every response set forth in the foregoing paragraphs and in the accompanying Counterclaim as if fully set forth in each affirmative defense.

2. Defendant reserves the right to add such other and further defenses as they become known during the litigation. As its affirmative defenses, Defendant asserts the following:

### First Affirmative Defense

Plaintiff fails to state a claim against Defendant upon which relief may be granted.

### Second Affirmative Defense

The claims set forth in the Amended Complaint are barred, in whole or in part, by Plaintiff's failure to mitigate their damages, if any.

### Third Affirmative Defense

The claims set forth in the Amended Complaint are barred, in whole or in part, by Plaintiff's unclean hands.

### Fourth Affirmative Defense

The claims set forth in the Amended Complaint are barred, in whole or in party, by Plaintiff's breach of contract.

### Fifth Affirmative Defense

At all relevant times, Defendant acted in good faith.

**WHEREFORE**, Defendant respectfully requests that the Court enter judgment in its favor; dismiss the Plaintiff's First Amended Complaint; award Defendant all costs and attorneys' fees incurred in defending this action; and grant such other and further relief this Court deems appropriate.

## COUNTERCLAIM

Counterclaim-Plaintiff, Michael Stapleton Associated, LTD. d.b.a. MSA Security, INC. ("MSA" or "Counterclaim-Plaintiff") through undersigned counsel, hereby brings this counterclaim against Counterclaim-Defendant Karen Iovino ("Counterclaim-Defendant" or "Iovino") seeking compensation for money damages and injunctive relief for damages to its corporate reputation and business.

Counterclaim-Plaintiff alleges as follows:

### Jurisdiction and Venue

1.     The Court has subject matter jurisdiction over MSA's counterclaims under 28 U.S.C. § 1367(a) because they are so related to the Counterclaim-Defendant's claims that they form the part of the same case or controversy. Further, a claim that "arises out of the transaction or occurrence that is the subject matter of the opposing party's claim; and does not require adding another party over whom the court cannot acquire jurisdiction" is a compulsory counterclaim that Counterclaim-Plaintiff must allege at this time. FRCP Rule 13(a)(1).

2.     Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this district.

### Counterclaim Parties

3.     MSA is a Delaware corporation with a principal place of business in New York City, New York. MSA is engaged in the business of security, intelligence, and investigative services, including explosive screening services. MSA's services include domestic and overseas assignments to combat terrorism and other high-risk dangerous situations for both governmental and commercial clients.

4.      MSA maintains and operates a facility – the Diplomatic Security Global Canine Services Center (the "GCSC") – in Winchester, Virginia.

5.      Upon information and belief, Counterclaim-Defendant is a Virginia resident. Counterclaim-Defendant is a former part-time employee of MSA at the GCSC.

### Statement of Facts

6.      MSA hired Counterclaim-Defendant in 2016 to work as a Part-Time Veterinarian on a sensitive contract with the United States Department of State (the "State Department").

7.      Pursuant to MSA's government contract with the State Department, MSA operates the GCSC to train and test explosive detection canines and their handlers.

8.      The GCSC includes a fully licensed veterinary hospital which is staffed with veterinarians, veterinary technicians, and other support staff to provide top notch veterinary care to the canines trained at the GCSC.

9.      MSA's contract with the State Department contains stringent requirements relating to the protection of confidential information of the State Department and the programs serviced by MSA.

10.      MSA's State Department contract includes confidentiality provisions prohibiting MSA and its employees from communicating any non-public information about the performance of services under the contract absent written authorization of the Contracting Officer.

11.      Pursuant to the confidentiality requirements in MSA's State Department contract, MSA entered into a "Employee Confidentiality, Invention Assignment and Non-Solicitation Agreement" with Iovino.

12.      On October 9, 2015, Counterclaim-Defendant applied for, and was ultimately hired for, a Part-Time Veterinarian position at the GCSC in Winchester, Virginia.

13.    On October 16, 2015, Counterclaim-Defendant signed MSA's "Employee Confidentiality, Invention Assignment and Non-Solicitation Agreement" ("Non-Disclosure Agreement") (attached hereto as **Exhibit 1**).

14.    In paragraph 3 of the Non-Disclosure Agreement, Counterclaim-Defendant agreed not to "disclose, publish, use or otherwise make available to the public or to any individual, firm or corporation any confidential information." **Exhibit 1** at ¶ 3.

15.    This condition included disclosures both during the term of her employment as well as for all times thereafter. *Id.*

16.    Paragraph 2 of the Non-Disclosure Agreement defines confidential information as:

> [A]ll information . . . in whatever form . . . which is disclosed to [Counterclaim-Defendant] or acquired by [Counterclaim-Defendant] in the course of [Counterclaim-Defendant's] employment in any way concerning the . . . trade secrets, projects, activities, business, clients, trade practices, know-how, or affairs of [MSA] . . . .

> *Id.* at ¶ 2.

17.    In paragraph 7 of the Non-Disclosure Agreement, Counterclaim-Defendant, by signing, acknowledged that the confidential information to be protected by such agreement is "special, unique and extraordinary in character, and that in the event of any breach by [Counterclaim-Defendant] of any of the terms or conditions," MSA shall be entitled to damages or specific performance. *Id.* at ¶ 7.

18.    Specifically, Counterclaim-Defendant acknowledged that a breach of the Non-Disclosure Agreement would cause MSA "irreparable harm for which no adequate remedy at law would be available, and that [MSA] in such circumstances would be entitled to injunctive relief preventing or enjoining any breach of [Counterclaim-Defendant] obligations . . . ." *Id.*

19.     Counterclaim-Defendant repeatedly threatened to make public disclosures of confidential information in breach of her Non-Disclosure Agreement with MSA and by extension, MSA's obligations under its contract with the State Department.

20.     For example, on August 3, 2017, Counterclaim-Defendant told GCSC employees that she thought she was going to be fired soon and threatened to publicize to multiple media and non-governmental entities (including the Washington Post and the Better Business Bureau) confidential and extremely sensitive information, some of which she should not have been in possession of.

21.     As a result, on August 4, 2017, MSA suspended Counterclaim-Defendant, with pay, to investigate the possibility (now confirmed) that she had accessed and disclosed confidential documents and information in violation of MSA's policies, the Non-Disclosure Agreement, and MSA's State Department contract.

22.     When MSA informed Counterclaim-Defendant of her suspension, Counterclaim-Defendant immediately threatened to call the Virginia state veterinary board and have the GCSC's veterinary facilities shut down.

23.     After Counterclaim-Defendant was suspended, forensics run on electronic devices issued to her revealed that she had repeatedly emailed sensitive company (and/or USG) materials from her MSA email accounts to her personal email, and to third persons (outside of the Federal Government) in contravention of MSA's information security policies, Counterclaim-Defendant's Non-Disclosure Agreement, and MSA's State Department contract.

24.     Counterclaim-Defendant's unauthorized disclosures include, but are not limited to, internal MSA emails, photographs, reports, and assessments concerning MSA's State Department contract.

25.    These materials contain State Department data and information that MSA is contractually required to protect from unauthorized disclosure.

26.    All of the above-referenced disclosures are in breach of Counterclaim-Defendant's Non-Disclosure Agreement.

27.    Counterclaim-Defendant also improperly disclosed MSA's confidential information in conversations she had with various reporters at NBC 4 (the Washington, DC NBC affiliate) and the Washington Post. In those conversations, Counterclaim-Defendant revealed sensitive and confidential information pertaining to MSA's State Department contract.

28.    In fact, Counterclaim-Defendant has *admitted* to disclosing information about MSA, the State Department contract, and the GCSC with the following individuals:

     a.  Ellen Nakashima – Washington Post;

     b.  David Paredes – NBC 4 Washington;

     c.  Carol Morello – Washington Post;

     d.  Scott MacFarlane – NBC 4 Washington; and

     e.  Katie Leslie – NBC 4 Washington.

29.    As of April 11, 2022, two news organizations, NBC 4 Washington[1] and the Washington Examiner,[2] published online stories concerning the unauthorized confidential disclosures that Counterclaim-Defendant continues to make.

---

[1] Scott MacFarlane, Katie Leslie, Steve Jones, and Jeff Piper, *Federal Whistleblower Raising Questions About K-9s Deployed Overseas*, NBC 4 WASHINGTON (Nov. 26, 2019, 11:06 AM), https://www.nbcwashington.com/news/local/federal-whistleblower-raising-questions-about-k-9s-deployed-overseas/21/.

[2] Vaishnaveee Sharma, *Whistleblower Claims US Anti-Terrorism Dogs Dying Overseas From "Poor Working Conditions,"* WASHINGTON EXAMINER (Feb. 6, 2019, 11:15 PM), https://www.washingtonexaminer.com/news/whistleblower-claims-us-anti-terrorism-dogs-dying-overseas-from-poor-working-conditions.

30.     Other organizations have picked up the story since and published information concerning Counterclaim-Defendant and the unauthorized confidential disclosures that Counterclaim-Defendant continues to make. These organizations include, but are not limited to, Whistleblower.org,[3] the Animal Welfare Institute,[4] and K9-Trader.[5]

31.     NBC 4 Washington repeatedly broadcast video segments based on Counterclaim-Defendant's unauthorized disclosures which included (1) an on-camera interview with Counterclaim-Defendant in which she discussed confidential information, and (2) a photograph of a canine that Counterclaim-Defendant should not have had in her possession.[6]

32.      Counterclaim-Defendant's on-camera and off-camera unauthorized disclosures to media outlets and other non-governmental entities or persons are breaches of the Non-Disclosure Agreement that she signed upon the commencement of her employment with MSA.

33.     Counterclaim-Defendant's unauthorized disclosures caused concern among MSA's clients and prospective clients and caused direct financial damage to MSA including, but not limited to, the loss of a $1 million/year contract opportunity.

## Count I: Breach of Contract

34.     Counterclaim-Plaintiff incorporates, as if fully stated herein, all the preceding paragraphs in this Counterclaim.

---

[3] Sarah Hubbarb, *Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to be Silenced (Part 2)*, WHISTLEBLOWER (Mar. 31, 2021), https://whistleblower.org/blog/women-whistleblowers-in-the-trump-era-a-celebration-of-women-who-refused-to-be-silenced-part-2/.
[4] *Bombshell Report Exposes Dreadful Abuse of Explosive Detection Dogs*, ANIMAL WELFARE INSTITUTE (2019), https://awionline.org/awi-quarterly/fall-2019/bombshell-report-exposes-dreadful-abuse-explosive-detection-dogs.
[5] *In the News*, K9-TRADER, https://k9-trader.com/in-the-news/.
[6] MacFarlane, et al., *supra* note 1.

35.     As stated above, Counterclaim-Defendant executed a valid and enforceable Non-Disclosure Agreement, which restricted her from disclosing confidential information related to her work at MSA.

36.     By signing the Non-Disclosure Agreement, Counterclaim-Defendant agreed, as a legally enforceable obligation, to not disclose any of MSA's confidential information, during, and after her employment with MSA.

37.     MSA has adequately performed under the Non-Disclosure Agreement as MSA employed and compensated Counterclaim-Defendant.

38.     Counterclaim-Defendant breached the Non-Disclosure Agreement when she disclosed MSA's confidential information, including confidential internal communications, confidential internal photographs, to the Washington Post and NBC 4 Washington.

39.     Counterclaim-Defendant breached the Non-Disclosure Agreement when she disclosed MSA's confidential information to Ellen Nakashima at the Washington Post.

40.     Counterclaim-Defendant breached the Non-Disclosure Agreement when she disclosed MSA's confidential information to David Paredes at NBC 4 Washington.

41.     Counterclaim-Defendant breached the Non-Disclosure Agreement when she disclosed MSA's confidential information to Carol Morello at the Washington Post.

42.     Counterclaim-Defendant breached the Non-Disclosure Agreement when she disclosed MSA's confidential information to Scott MacFarlane at NBC 4 Washington.

43.     Counterclaim-Defendant breached the Non-Disclosure Agreement when she disclosed MSA's confidential information to Katie Leslie at NBC 4 Washington.

44.     Both NBC 4 Washington and the Washington Examiner have published articles[7] as a result of Counterclaim-Defendant's prohibited disclosures which remain available in the public domain.

45.     As a result of the NBC 4 Washington and the Washington Examiner articles being published, other news outlets and organizations have also published Counterclaim-Defendant's unauthorized and confidential disclosures.[8]

46.     Counterclaim-Defendant breached the Non-Disclosure Agreement to harm MSA.

47.     Counterclaim-Defendant's breach of the Non-Disclosure Agreement jeopardized MSA's obligations of confidentiality to the State Department.

48.     Counterclaim-Defendant's breach of the Non-Disclosure Agreement created concern among other MSA clients and potential clients that their confidential information would not be protected by MSA.

49.     MSA has suffered financial and reputational harm as a direct and proximate result of Counterclaim-Defendant's actions. Further, as news stories resulting from Counterclaim-Defendant's unauthorized disclosures of information continue to be published, MSA's losses will continue to accrue.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Defendant/Counterclaim-Plaintiff seeks judgment in its favor and against Counterclaim-Defendant as follows:

A.  Awarding compensatory damages in an amount to be determined at trial, but in any event no less than $2,000,000.00.

---

[7] *See, e.g.*, MacFarlane, et al., *supra* note 1; Sharma, *supra*, note 2.
[8] *See, e.g.*, Hubbarb, *supra* note 3; Bombshell Report, *supra* Note 4; In the News, *supra* Note 5.

B.  Post-judgment interest in accordance with 28 U.S.C. § 1961;

C.  Attorney's fees;

D.  Costs;

E.  A permanent injunction against Counterclaim-Defendant prohibiting her from continuing to disclose MSA's confidential information in breach of the Non-Disclosure Agreement; and

F.  Such other and further relief as the Court deems just and proper.

Dated: May 16, 2022

Respectfully Submitted,

_____
Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of Court of the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

_____
Ryan C. Berry