Exhibit 1(Reply)

# EXHIBIT 17   [CA4]

Page 1 of 81
SAQMMA16D0106

| SOLICITATION, OFFER, AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | |
|---|---|---|---|---|
| 2. CONTRACT NUMBER<br>SAQMMA16D0106 | 3. SOLICITATION NUMBER<br>SAQMMA16R0028 | 4. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 5. DATE ISSUED<br>08/17/2016 | 6. REQUISITION/PURCHASE NUMBER |

| 7. ISSUED BY    CODE: LMAQM | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM)<br>PO BOX 9115, ROSSLYN STATION<br>US DEPARTMENT OF STATE<br>ARLINGTON, VA 22219 | |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and __4__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if hand carried, in the depository located in ____ until __17:00__ local time __05/19/2016__.

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION E-MAIL: | A. NAME<br>Jackie L. Alston | B. TELEPHONE (NO COLLECT CALLS)<br>571-345-0417 | C. E-MAIL ADDRESS<br>alstonjl@State.gov |
|---|---|---|---|

### 11. TABLE OF CONTENTS (See Table of Contents on page 2)

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 62 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 5 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 16 | X | J | LIST OF ATTACHMENTS | 81 |
| X | D | PACKAGING AND MARKING | 40 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 42 | | K | REPRESENTATIONS CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 43 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 45 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 50 | | | | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* | 10 CALENDAR DAYS (%)<br>0.00 % | 20 CALENDAR DAYS (%)<br>0.00 % | 30 CALENDAR DAYS (%)<br>0.00 % | CALENDAR DAYS (%)<br>0.00 % |
|---|---|---|---|---|
| 14. ACKNOWLEDGEMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CONTACT:<br>MICHAEL STAPLETON ASSOCIATES, LTD.<br>Doing Business As:<br>MSA SECURITY<br>9 MURRAY STREET<br>2ND FLOOR<br>NEW YORK, NY 10007-2258 | DUNS: 609152475 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or Print)* |
|---|---|---|---|
| 15B. TELEPHONE NUMBER<br>2125091336 x232 | 15C. ☐ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT<br>$0.00 | 21. ACCOUNTING AND APPROPRIATION<br>See Line Item Detail                $0.00 |
|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>☐ 10 U.S.C. 2304(c) ( )    ☐ 41 U.S.C. 253(c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM |
| 24. ADMINISTERED BY *(if other than Item 7)*    CODE: | 25. PAYMENT WILL BE MADE BY    CODE: RMGFO<br>GLOBAL FINANCIAL SERVICES CENTER, CHARLESTON, SOUTH CAROLINA<br>PO BOX 150008; Fax To: 1-866-483-3436<br>ATTN: OFFICE OF CLAIMS<br>CHARLESTON, SC 29415-5008 | |
| 26. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Jackie L. Alston | 27. UNITED STATES OF AMERICA<br><br>*(Signature of Contracting Officer)* | 28. DATE |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

USCA4 Appeal: 18-2381      Doc: 9      Filed: 11/16/2018      Pg: 107 of 188
Case 5:21-cv-00064-TTC-CKM   Document 48-1   Filed 08/08/22   Page 3 of 6   Pageid#: 674

Page 2 of 81
SAQMMA16D0106

## Table of Contents

| Section | Description | Page Number |
|---|---|---|
| B | Supplies or Services and Prices/Costs | 5 |
|  | B-002 TYPE OF CONTRACT | 6 |
|  | B-003 MAXIMUM CONTRACT AMOUNT | 6 |
|  | B-004 COSTS/PRICES | 6 |
|  | B-005 PRICING FOR LABOR | 11 |
|  | B-006 TRAVEL COSTS (Time-and Materials/Labor-Hours) | 13 |
|  | B-007 POST HARDSHIP DIFFERENTIAL PAY AND DANGER PAY | 14 |
|  | B-008 DEFENSE BASE ACT INSURANCE | 15 |
|  | B-009 LODGING | 15 |
|  | B-010 COOPERATION | 15 |
| C | Descriptions/Specifications/Statement of Work | 16 |
|  | C-001 PERFORMANCE WORK STATEMENT (PWS) | 16 |
|  | C-002 DSK9 TESTING/TRAINING STANDARDS AND PROCEDURES | 28 |
|  | C-003 INCORPORATION OF CONTRACTOR'S TECHNICAL PROPOSAL | 36 |
|  | C-004 CONTRACTOR FURNISHED EQUIPMENT (CFE) | 36 |
|  | C-005 SERVICE LEVEL AGREEMENTS (SLA) | 37 |
|  | C-006 TRANSITION PLAN | 38 |
| D | Packaging and Marking | 40 |
|  | D-001 DATA PACKAGING REQUIREMENTS | 40 |
|  | D-002 MARKING OF REPORTS | 40 |
|  | D-003 PACKING OF SUPPLIES FOR DOMESTIC SHIPMENT | 40 |
|  | D-004 PACKING OF SUPPLIES FOR OVERSEAS SHIPMENT | 40 |
|  | D-005 PACKING LIST(S) | 40 |
|  | D-006 WARRANTY NOTIFICATION | 41 |
|  | D-007 DATA PACKAGING REQUIREMENTS (11/96) | 41 |
|  | D-008 MEDICATION DELIVERY | 41 |
| E | Inspection and Acceptance | |
|  | 52.246-6 Inspection - Time-and-Material and Labor-Hour (May 2001) | 42 |
|  | E-001 INSPECTION AND ACCEPTANCE (F.O.B. Destination) | 42 |
|  | E-002 INSPECTION AND ACCEPTANCE (Services) | 42 |
| F | Deliveries or Performance | |
|  | 52.242-15 Stop-Work Order (Aug 1989) | 43 |
|  | 52.242-17 Government Delay of Work (Apr 1984) | 43 |
|  | 52.252-2 Clauses Incorporated by Reference (Feb 1998) | 43 |
|  | F-002 PLACE OF PERFORMANCE | 43 |
|  | F-003 REPORTING DELIVERABLES | 43 |
|  | F-004 TERM OF BASIC CONTRACT | 44 |
|  | F-005 TASK ORDER PERFORMANCE | 44 |
| G | Contract Administration Data | 45 |
|  | 652.242-70 CONTRACTING OFFICER'S REPRESENTATIVE (COR) (AUG 1999) | 45 |
|  | 01INV DEPARTMENT OF STATE INVOICE INSTRUCTIONS | 45 |
|  | G-001 GENERAL | 46 |
|  | G-002 CONTRACT ADMINISTRATIVE DATA | 46 |
|  | G-003 AUTHORIZED USERS | 47 |
|  | G-004 ROLES AND RESPONSIBILITIES | 47 |
|  | G-005 ADVERTISING AND MARKETING | 48 |
|  | G-006 MEETINGS | 48 |
|  | G-007 CONTRACTOR PERFORMANCE ASSESSMENT SYSTEM | 48 |
|  | G-008 SUBCONTRACTORS | 49 |
| H | Special Contract Requirements | 50 |
|  | H-001 INSURANCE REQUIREMENTS | 50 |
|  | H-002 KEY PERSONNEL | 50 |
|  | H-003 CONTRACTOR TRAINING | 50 |
|  | H-004 GOVERNMENT FURNISHED EQUIPMENT | 51 |
|  | H-005 SECURITY REQUIREMENTS | 51 |
|  | H-006 ADDITIONAL SECUIRTY REQUIREMENTS | 52 |
|  | H-007 DEPARTMENT OF STATE IDENTIFICATION CARD ISSUANCE PROCEDURES | 52 |
|  | H-008 CONTRACTOR IDENTIFICATION | 52 |

H-009 SAFEGUARDING INFORMATION .................................................................................53
H-010 NONPAYMENT FOR UNAUTHORIZED WORK ...........................................................53
H-011 INSURANCE FOR OVERSEAS TRAVEL .......................................................................53
H-012 SCREENING AND PRE-SELECTION PROCESS ..........................................................53
H-013 STANDARDS OF CONDUCT ..........................................................................................54
H-014 LEGAL STATUS OF CONTRACT PERSONNEL (OCONUS) ......................................58
H-015 LOCAL TAXES ..................................................................................................................58
H-016 DATA RIGHTS ...................................................................................................................58
H-017 EMERGENCY PERSONNEL ............................................................................................58
H-018 INCUMBENT EMPLOYEES .............................................................................................58

I    Contract Clauses ...................................................................................................................65
    52.202-1 Definitions (Nov 2013) .............................................................................................62
    52.203-3 Gratuities (Apr 1984) ................................................................................................62
    52.203-5 Covenant Against Contingent Fees (May 2014) .......................................................62
    52.203-6 Restrictions On Subcontractor Sales To The Government (Sept 2006) ....................62
    52.203-7 Anti-Kickback Procedures (May 2014) .....................................................................62
    52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (May 2014) ...........................................................................................................................................62
    52.203-10 Price or Fee Adjustment for Illegal or Improper Activity (May 2014) ...................62
    52.203-12 Limitation On Payments To Influence Certain Federal Transactions (Oct 2010) ...62
    52.203-13 Contractor Code of Business Ethics and Conduct (Oct 2015) ................................62
    52.203-14 Display of Hotline Poster(s) (Oct 2015) ..................................................................62
    52.203-17 Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (Apr 2014) ...................................................................................62
    52.204-2 Security Requirements (Aug 1996) ...........................................................................62
    52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011) ............62
    52.204-7 System for Award Management (Jul 2013) ...............................................................62
    52.204-9 Personal Identity Verification of Contractor Personnel (Jan 2011) ..........................62
    52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2015) ...........62
    52.207-3 Right of First Refusal of Employment (May 2006) ..................................................62
    52.208-9 Contractor Use of Mandatory Sources of Supply or Services (May 2014) ..............62
    52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) .............................................................62
    52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015) ......62
    52.210-1 Market Research (Apr 2011) .....................................................................................62
    52.215-2 Audit and Records - Negotiation (Oct 2010) .............................................................62
    52.215-8 Order of Precedence - Uniform Contract Format (Oct 1997) ...................................62
    52.215-11 Price Reduction for Defective Certified Cost or Pricing Data - Modifications (Aug 2011) .62
    52.215-13 Subcontractor Certified Cost or Pricing Data - Modifications (Oct 2010) .............62
    52.215-14 Integrity of Unit Prices (Oct 2010) ..........................................................................62
    52.215-19 Notification of Ownership Changes (Oct 1997) .....................................................62
    52.215-21 Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data - Modifications (Oct 2010) ...........................................................................62
    52.215-23 Alt I Limitations on Pass-Through Charges (Oct 2009) - Alternate I (Oct 2009) .................63
    52.217-8 Option to Extend Services (Nov 1999) .....................................................................63
    52.219-8 Utilization of Small Business Concerns (Oct 2014) ..................................................63
    52.219-9 Small Business Subcontracting Plan (Oct 2015) .......................................................63
    52.219-14 Limitations on Subcontracting (Nov 2011) .............................................................63
    52.219-16 Liquidated Damages - Subcontracting Plan (Jan 1999) ..........................................63
    52.219-28 Post-Award Small Business Program Rerepresentation (Jul 2013) ........................63
    52.222-1 Notice to the Government of Labor Disputes (Feb 1997) ........................................63
    52.222-3 Convict Labor (June 2003) ........................................................................................63
    52.222-21 Prohibition of Segregated Facilities (Apr 2015) .....................................................63
    52.222-26 Equal Opportunity (Apr 2015) .................................................................................63
    52.222-29 Notification of Visa Denial (Apr 2015) ...................................................................63
    52.222-35 Equal Opportunity for Veterans (Oct 2015) ............................................................63
    52.222-36 Equal Opportunity for Workers with Disabilities (Jul 2014) ..................................63
    52.222-37 Employment Reports on Veterans (Feb 2016) ........................................................63
    52.222-40 Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) .......63
    52.222-41 Service Contract Labor Standards (May 2014) .......................................................63
    52.222-50 Combating Trafficking in Persons (Mar 2015) ........................................................63
    52.223-6 Drug Free Workplace (May 2001) ............................................................................63

USCA4 Appeal: 18-2381   Case 5:21-cv-00064-TTC-CKM   Doc: 9   Document 48-1   Filed: 11/16/2018   Filed 08/08/22   Pg: 158 of 188   Page 5 of 6
Pageid#: 676

Page 53 **of** 81
SAQMMA16D0106

- Identify their contractor affiliation in Departmental e-mail and phone listings whenever contractor personnel are included in those listings; and
- Contractor personnel may not utilize Department of State logos or indicia on business cards.

(<em>end of clause</em>)

H-009   SAFEGUARDING INFORMATION

The Contractor and its employees shall exercise the utmost discretion in regard to all matters relating to their duties and functions. They shall not communicate to any person any information known to them by reason of their performance of services under this contract which has not been made public, except in the necessary performance of their duties or upon written authorization of the Contracting Officer. All documents and records (including photographs) generated during the performance of work under this contract shall be for the sole use of and become the exclusive property of the U.S. Government. Furthermore, no article, book, pamphlet, recording, broadcast, speech, television appearance, film or photograph concerning any aspect of work performed under this contract shall be published or disseminated through any media without the prior written authorization of the Contracting Officer. These obligations do not cease upon the expiration or termination of this contract. The Contractor shall include the substance of this provision in all contracts of employment and in all subcontracts hereunder.

(<em>end of clause</em>)

H-010   NONPAYMENT FOR UNAUTHORIZED WORK

No payments will be made for any unauthorized supplies or services, or for any unauthorized changes to the work specified herein. This includes any services performed by the Contractor of his own volition or at the request of an individual other than a duly appointed Contracting Officer. Only a duly appointed Contracting Officer is authorized to change the specifications, terms, and/or conditions of this contract.

<em>(End of Clause)</em>

H-011   INSURANCE FOR OVERSEAS TRAVEL

Contractor staff traveling overseas on this contract shall have medical and medevac insurance in effect prior to departure. The Government reserves the right to require contractor staff travelling overseas to be screened by a physician prior to departure. The overseas screening may certify only that the contractor is fit to travel. Travel to areas with minimal medical support may require a detailed physical examination of the contractor to determine in adequate medical support is available to manage illness or serious medical emergency arising from pre-existing conditions such as diabetes or heart disease.

<em>(End of Clause)</em>

H-012   SCREENING AND PRE-SELECTION PROCESS

A. The Contractor shall ensure that Contractor personnel responsible for performing the screening process are qualified, experienced, and have demonstrated success in researching personnel information, verifying personnel histories, claimed backgrounds, etc.
B. The Contractor shall review each applicant's BIO to determine if the applicant meets the qualification requirements and is suitable for the position(s).
C. For those applicants the Contractor determines meet the qualification requirements, the Contractor shall

**Section I- Contract Clauses**

| Clause | Title |
|---|---|
| 52.202-1 | Definitions (Nov 2013) |
| 52.203-3 | Gratuities (Apr 1984) |
| 52.203-5 | Covenant Against Contingent Fees (May 2014) |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government (Sept 2006) |
| 52.203-7 | Anti-Kickback Procedures (May 2014) |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (May 2014) |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (May 2014) |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions (Oct 2010) |
| 52.203-13 | Contractor Code of Business Ethics and Conduct (Oct 2015) |
| 52.203-14 | Display of Hotline Poster(s) (Oct 2015) |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (Apr 2014) |
| 52.204-2 | Security Requirements (Aug 1996) |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011) |
| 52.204-7 | System for Award Management (Jul 2013) |
| 52.204-9 | Personal Identity Verification of Contractor Personnel (Jan 2011) |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2015) |
| 52.207-3 | Right of First Refusal of Employment (May 2006) |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply or Services (May 2014) |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) |
| 52.209-10 | Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015) |
| 52.210-1 | Market Research (Apr 2011) |
| 52.215-2 | Audit and Records - Negotiation (Oct 2010) |
| 52.215-8 | Order of Precedence - Uniform Contract Format (Oct 1997) |
| 52.215-11 | Price Reduction for Defective Certified Cost or Pricing Data - Modifications (Aug 2011) |
| 52.215-13 | Subcontractor Certified Cost or Pricing Data - Modifications (Oct 2010) |
| 52.215-14 | Integrity of Unit Prices (Oct 2010) |
| 52.215-19 | Notification of Ownership Changes (Oct 1997) |