Exhibit 2 (Reply)

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MICHAEL STAPLETON ASSOCIATES, :
LTD., doing business as MSA SECURITY, :
                                                            :
         Petitioner,                :
                                                             :   No. 18-2381
v.                                                        :
                                                          :
UNITED STATES DEPARTMENT OF :
 STATE,                                         :
                                                            :
         Respondent.             :

**PETITIONER'S MOTION TO STAY
RESPONDENT'S ORDER PENDING REVIEW**

**I.    INTRODUCTION**

      Petitioner MSA Security ("MSA") seeks a stay of enforcement of an order (the "Order") from the Acting Procurement Executive of the United States Department of State (the "Department") to reinstate Dr. Karen Iovino's employment with MSA after her claim of whistleblower retaliation under 41 U.S.C. § 4712 (the "Contractor Whistleblower Protection Statute"). MSA is appealing the Order to this Court because the Order violates the Contractor Whistleblower Protection Statute, as well as 5 U.S.C. §§ 500, *et seq.* (the Administrative Procedure Act), and the Due Process Clause of the United States Constitution.

When moving to stay an administrative order, "[a] petitioner must ordinarily move first before the agency for a stay pending review of its . . . order." Fed. R. App. Pro. 18(a)(1). Pursuant to this rule, on November 2, 2018 petitioner requested that the Department stay enforcement of the Order pending review by this Court. *See* Exhibit 1. In a letter dated November 15, 2018, the Acting Procurement Executive denied that request. *See* Exhibit 18. Hence, it is now appropriate for this Court to stay the Order pending its review.

Furthermore, under the Contractor Whistleblower Statute the Department must seek enforcement of its Order in the appropriate U.S. district court and will likely take such action soon. *See* 41 U.S.C. § 4712(c)(4). Additionally, the original complainant, Dr. Iovino has a right to seek enforcement of the Order in the U.S. district court. *Id.* Thus, to avoid the possibility of parallel litigation in this Court and the U.S. district court, enforcement of the Order should be stayed by this Court.

Accordingly, Petitioner moves this Court to stay enforcement of the Order pending review by this Court under Fed. R. App. Pro. 18(a)(2).

## II.  BACKGROUND

On October 9, 2015, Dr. Iovino, a veterinarian, applied and was hired for a part-time veterinary position at MSA's Canine Validation Center ("CVC") in Winchester, Virginia. Exhibit 8. MSA operates the CVC pursuant to a

government contract with the Department to train and test explosives-detecting canines and their handlers before they are deployed to the Department's facilities around the world (the "CVC Contract"). MSA also provides, trains, and tests explosives-detecting canines and their handlers at the CVC for foreign law enforcement agencies pursuant to the Department's Anti-Terrorism Assistance ("ATA") program. Exhibit 17.

During her time at the CVC, Dr. Iovino consistently displayed a lack of professionalism, often contradicting her managers and berating her co-workers. Exhibit 3 at 2. MSA attempted to counsel Dr. Iovino with regard to this behavior but the counseling was ineffective. *Id.*

In May 2017, the Department indicated to MSA that it wanted MSA to convert the part-time CVC veterinarian position occupied by Dr. Iovino to a full-time position. Exhibit 3 at 3. This change was required by growing the scope of the CVC program and the increasing operational tempo which demanded greater veterinary resources to maintain the well-being of the dogs. *Id.* Furthermore, the Department foresaw an increased need to send the veterinarians overseas and work in potential combat areas and so indicated a preference that the new full-time position be filled by someone with a military background. MSA invited Dr. Iovino to apply for the full-time position and she did on July 17, 2017. Exhibit 12. However, due to her lack of a military background or any international experience,