

| | |
|---|---|
| **From:** | T. M. Guyer and Ayers & Friends PC |
| **To:** | Randal |
| **Cc:** | Daniel Ward; Jack Kolar |
| **Subject:** | Re: FW: Iovino v. MSA, Plaintiff"s Touhy Request/Hearing October 3, 2022 at 9:30am |
| **Date:** | Monday, September 26, 2022 10:15:31 PM |

Hi Randy, Jack has asked that I take over this Touhy matter.

In response to your letter, DoS needs to do one thing only: Agree that MSA can respond to discovery by providing the government documents in its possession subject to a protective order protecting any government confidentiality assertions. ***At present, we have no Touhy interest in any document DoS possesses that MSA does not possess***.

There will be a hearing on the discovery obstacles presented by DoS delay on **October 3, 2022 at 9:30am**. (See below). Why do we blame DoS for the delays? Because MSA asserts it cannot release DoS documents it possesses outside of the Touhy procedures and says you have tied their hands. MSA is going to tell the judge precisely that, and that it has been trying to get DoS to authorize that. The judge needs to hear that from DoS/DOJ if true. We urge you to attend in propria personal because in that hearing we are going to characterize DoS delay as unreasonable and unlawful in view of the simple protective order alternative. If you/DOJ does not voluntarily appear at this hearing, then we are going to inform the court of our intent to seek leave to join DoS as a party under 5 USC 706 viewing your letter as a final agency action and/or unreasonably delayed agency action given the protective order alternative.

Your feedback will be greatly appreciated.

Thank. Thad
cell 206 954 1293

The following transaction was entered on 9/26/2022 at 10:16 AM EDT and filed on 9/26/2022

| | |
|---|---|
| **Case Name:** | Iovino v. Michael Stapleton Associates, LTD. |
| **Case Number:** | 5:21-cv-00064-TTC-JCH |
| **Filer:** | |
| **Document Number:** | 58(No document attached) |

**Docket Text:**
**NOTICE of Hearing: (FTR) NOTICE TO COUNSEL This hearing has been set for one hour. If you think the hearing will take longer than one hour please contact the Courtroom Deputy as soon as possible. Discovery Hearing set for 10/3/2022 09:30 AM by telephone conference before Magistrate Judge Joel C. Hoppe. Dial in information emailed to counsel. (kld)**

> **From:** Wax, Randal <WaxR@state.gov>
> **Sent:** Saturday, September 17, 2022 1:17 AM
> **To:** Jack Kolar <jackk@whistleblower.org>

**Cc:** Greenstein, Jaclyn D <GreensteinJD@state.gov>; Daniel Ward <dan@wardberry.com>
**Subject:** Iovino v. MSA, Plaintiff's Touhy Request

Counsel:

Please see the attached letter.

Randal Wax

Department of State

Office of the Legal Adviser

Buildings and Acquisitions

--

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

Website: www.GuyerAyers.com