**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | **Case No. 5:21-CV-00064-TTC** |
| **Plaintiff and** | ) | |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | **DEFENDANT-** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| | ) | **OPPOSITION TO PLAINTIFF-** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **COUNTERCLAIM** |
| **d/b/a MSA SECURITY, INC.** | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **ENTRY OF RULE 72(a)** |
| **Defendant and** | ) | **WRITTEN ORDER** |
| **Counterclaim Plaintiff** | ) | |

Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA") respectfully submits this Opposition to Plaintiff and Counterclaim-Defendant's Motion for Entry of Rule 72(a) Written order (ECF 68).

Plaintiff's Motion for Entry of Rule 72(a) Written Order (ECF 68) <u>unequivocally</u> states:

> FRCP 72(a) requires a magistrate to "issue a written order stating the decision," whereupon any "party may serve and file objections to the order within14 days after being served with a copy."

Unequivocal, but inaccurate. FRCP 72(a) states, in relevant part:

> When a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, **when appropriate**, issue a written order stating the decision. A party may serve and file objections to the order within 14 days after being served with a copy.

Fed. R. Civ. P. 72(a) (emphasis added).

FRCP 72(a) does not "require" that which Plaintiff has unequivocally stated it requires. Further, and even if FRCP 72(a) actually required that which Plaintiff says it requires, the Protective Order (ECF 67) **is** a "written order stating the decision."

On September 14, 2022, Plaintiff and Defendant submitted a joint statement to Judge Hoppe outlining the metes and bounds of their dispute regarding the proposed protective order. On October 12, 2022, Judge Hoppe heard argument on these issues. After hearing argument on the protective order issue from both parties, Judge Hoppe concluded the Hearing asking Defendant's counsel to revise Defendant's proposed protective order consistent with the rulings Judge Hoppe made in that October 12, 2022 hearing and submit it to the Court. Undersigned counsel did so on October 12, 2022 **(Exhibit A** and ECF 64). Taking all of the briefing, oral argument, and draft language into consideration, Judge Hoppe issued a protective order on October 13, 2022. (ECF 67).

Plaintiff has had the opportunity to be heard. Plaintiff does not like the Court's ruling. This happens. Now, Plaintiff has chosen to misrepresent the requirements of FRCP 72(a) – to what end, it is not clear. Regardless, Plaintiff's Motion should be denied. FRCP 72(a) does not "require" a written order, and, even if it did, Judge Hoppe issued a written protective order. *See* ECF 67.

For these reasons, Plaintiff's Motion for Entry of Rule 72(a) Written Order should be DENIED.

Respectfully submitted,

Date: October 25 , 2022

*/s/ Ryan C. Berry*

Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

*/s/ Ryan C. Berry*

Ryan C. Berry