# EXHIBIT A

**From:** **Daniel Ward** dan@wardberry.com
**Subject:** 5:21-cv-00064-TTC-JCH Iovino v. MSA -- Proposed Protective Order
**Date:** October 12, 2022 at 4:54 PM
**To:** Karen Dotson KarenD@vawd.uscourts.gov, T. M. Guyer and Ayers & Friends PC thad@guyerayers.com, Jack Kolar jackk@whistleblower.org, nadams_nadamslaw.com nadams@nadamslaw.com, Frith, Krista (USAVAW) Krista.Frith@usdoj.gov, hoppe.ecf@vawd.uscourts.gov
**Cc:** Kerry McCarthy kerry@wardberry.com, Ryan Berry ryan@wardberry.com, Chelsea Padgett chelsea@wardberry.com

DW

Dear Judge Hoppe,

Per your instructions, attached please find redlined and non-redlined versions of the proposed protective order as MS Word documents. We are filing a non-redlined copy of the proposed protective order on ECF.

Please let me know if you have any problems with these attachments or have any questions.

Thank you,

Dan Ward
Counsel for MSA


**Daniel S. Ward**
**WARD & BERRY, PLLC**
**1751 Pinnacle Drive**
**Suite 900**
**Tysons, Virginia 22102**
**(202) 331-8160**
**www.wardberry.com**
**www.govconlaw.com**



****************************************************************
The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized.
If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing Ward & Berry client engagement letter.
****************************************************************
Think Green! Please don't print this e-mail unless you need to.


Proposed Protect...er.docx

REDLINE_Proposed Pr...er.docx