UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DR. KAREN IOVINO, | ) |
|     *Plaintiff and Counterclaim Defendant,* | ) Case No. 5:21-CV-00064 |
| v. | ) Hon. Thomas T. Cullen, U.S.D.J. |
| | ) Hon. Joel Hoppe, U.S.M.J. |
| MICHAEL STAPLETON ASSOCIATES, LTD., d.b.a. MSA SECURITY, INC., | ) |
|     *Defendant and Counterclaim Plaintiff.* | ) |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. Rule 37, Plaintiff moves for an order to compel Defendant to comply fully with her Rule 34 discovery requests for 33 Requests for Production (RFP) of documents numbered 1-19, and 20-33. This motion is supported by the attached Memorandum of Law, and Declaration of John A. Kolar, Esq. with authenticated exhibits A through L.

Pursuant to Fed.R.Civ.P. 37(a)(1), undersigned counsel certifies the parties have conferred unsuccessfully in good faith efforts to resolve the dispute. A proposed order is herewith submitted.

Respectfully submitted,

/s/ Thad M. Guyer

_____

Thad M. Guyer
John A. Kolar (DCB No. 953292)

GOVERNMENT ACCOUNTABILITY PROJECT
1612 K Street, N.W., Suite 1100

1

Washington, DC 20006
(202) 966-3311
Jackk@whistleblower.org

Nate L. Adams III (VSB No. 20707)
11 S. Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com

Attorneys for Plaintiff

Of Counsel:
Ned Miltenberg
LAW OFFICES OF NED MILTENBERG
5410 Mohican Road -- Suite 200
Bethesda, MD 20816
(202) 656-4490
NedMiltenberg@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document with attachments consisting of a legal memorandum, declaration and exhibits in support were served on November 10, 2022 upon the below listed counsel for the Defendant and for the Department of State at the listed email addresses and by the methods indicated in addition to automatic delivery via the court's ECF system:

>Ryan C. Berry (VSB 67956)
>Daniel S. Ward (VSB 45978)
>WARD & BERRY, PLLC
>ryan@wardberry.com
>dan@wardberry.com
>Attorneys for MSA
>
>And
>
>Krista Consiglio Frith (VSB No. 89088
>Assistant United States Attorney
>E-mail: Krista.Frith@usdoj.gov
>
>Attorney for U.S. Department of State (non-party)

/s/ Thad M. Guyer
_____

Thad M. Guyer