Exhibit A

USCA4 Appeal: 18-2381 Doc: 9 Filed: 11/16/2018 Pg: 106 of 188

MSA000220

Page 1 of 81
SAQMMA16D0106

## SOLICITATION, OFFER, AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| SAQMMA16D0106 | SAQMMA16R0028 | ☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 08/17/2016 | |

7. ISSUED BY CODE: LMAQM
OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM)
PO BOX 9115, ROSSLYN STATION
US DEPARTMENT OF STATE
ARLINGTON, VA 22219

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

### SOLICITATION

9. Sealed offers in original and __4__copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if hand carried, in the depository located in ____ until __17:00__ local time __05/19/2016__

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION E-MAIL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | Jackie L. Alston | 571-345-0417 | alstonjl@State.gov |

11. TABLE OF CONTENTS (See Table of Contents on page 2)

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 62 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 5 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 16 | X | J | LIST OF ATTACHMENTS | 81 |
| X | D | PACKAGING AND MARKING | 40 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 42 | | K | REPRESENTATIONS CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 43 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 45 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 50 | | M | EVALUATION FACTORS FOR AWARD | |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __________calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDER DAYS (%) |
|---|---|---|---|---|
| | 0.00 % | 0.00 % | 0.00 % | 0.00 % |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR
CONTACT:
MICHAEL STAPLETON ASSOCIATES, LTD.
Doing Business As:
MSA SECURITY
9 MURRAY STREET
2ND FLOOR
NEW YORK, NY 10007-2258
DUNS: 609152475

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or Print)*

15B. TELEPHONE NUMBER
2125091336 x232

☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE | 18. OFFER DATE

### AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT
$0.00

21. ACCOUNTING AND APPROPRIATION
See Line Item Detail
$0.00

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM

24. ADMINISTERED BY *(if other than Item 7)* CODE:

25. PAYMENT WILL BE MADE BY CODE: RMGFO
GLOBAL FINANCIAL SERVICES CENTER, CHARLESTON, SOUTH CAROLINA
PO BOX 150008; Fax To: 1-866-483-3436
ATTN: OFFICE OF CLAIMS
CHARLESTON, SC 29415-5008

26. NAME OF CONTRACTING OFFICER (Type or print)
Jackie L. Alston

27. UNITED STATES OF AMERICA
*(Signature of Contracting Officer)*

28. DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

**STANDARD FORM 33 (REV. 9-97)**
Prescribed by GSA - FAR (48 CFR) 53.214(c)

**Table of Contents**

| Section | Description | Page Number |
|---|---|---|
| B | Supplies or Services and Prices/Costs | 5 |
| | B-002 TYPE OF CONTRACT | 6 |
| | B-003 MAXIMUM CONTRACT AMOUNT | 6 |
| | B-004 COSTS/PRICES | 6 |
| | B-005 PRICING FOR LABOR | 11 |
| | B-006 TRAVEL COSTS (Time-and Materials/Labor-Hours) | 13 |
| | B-007 POST HARDSHIP DIFFERENTIAL PAY AND DANGER PAY | 14 |
| | B-008 DEFENSE BASE ACT INSURANCE | 15 |
| | B-009 LODGING | 15 |
| | B-010 COOPERATION | 15 |
| C | Descriptions/Specifications/Statement of Work | 16 |
| | C-001 PERFORMANCE WORK STATEMENT (PWS) | 16 |
| | C-002 DSK9 TESTING/TRAINING STANDARDS AND PROCEDURES | 28 |
| | C-003 INCORPORATION OF CONTRACTOR'S TECHNICAL PROPOSAL | 36 |
| | C-004 CONTRACTOR FURNISHED EQUIPMENT (CFE) | 36 |
| | C-005 SERVICE LEVEL AGREEMENTS (SLA) | 37 |
| | C-006 TRANSITION PLAN | 38 |
| D | Packaging and Marking | 40 |
| | D-001 DATA PACKAGING REQUIREMENTS | 40 |
| | D-002 MARKING OF REPORTS | 40 |
| | D-003 PACKING OF SUPPLIES FOR DOMESTIC SHIPMENT | 40 |
| | D-004 PACKING OF SUPPLIES FOR OVERSEAS SHIPMENT | 40 |
| | D-005 PACKING LIST(S) | 40 |
| | D-006 WARRANTY NOTIFICATION | 41 |
| | D-007 DATA PACKAGING REQUIREMENTS (11/96) | 41 |
| | D-008 MEDICATION DELIVERY | 41 |
| E | Inspection and Acceptance | |
| | 52.246-6 Inspection - Time-and-Material and Labor-Hour (May 2001) | 42 |
| | E-001 INSPECTION AND ACCEPTANCE (F.O.B. Destination) | 42 |
| | E-002 INSPECTION AND ACCEPTANCE (Services) | 42 |
| F | Deliveries or Performance | |
| | 52.242-15 Stop-Work Order (Aug 1989) | 43 |
| | 52.242-17 Government Delay of Work (Apr 1984) | 43 |
| | 52.252-2 Clauses Incorporated by Reference (Feb 1998) | 43 |
| | F-002 PLACE OF PERFORMANCE | 43 |
| | F-003 REPORTING DELIVERABLES | 43 |
| | F-004 TERM OF BASIC CONTRACT | 44 |
| | F-005 TASK ORDER PERFORMANCE | 44 |
| G | Contract Administration Data | 45 |
| | 652.242-70 CONTRACTING OFFICER'S REPRESENTATIVE (COR) (AUG 1999) | 45 |
| | 01INV DEPARTMENT OF STATE INVOICE INSTRUCTIONS | 45 |
| | G-001 GENERAL | 46 |
| | G-002 CONTRACT ADMINISTRATIVE DATA | 46 |
| | G-003 AUTHORIZED USERS | 47 |
| | G-004 ROLES AND RESPONSIBILITIES | 47 |
| | G-005 ADVERTISING AND MARKETING | 48 |
| | G-006 MEETINGS | 48 |
| | G-007 CONTRACTOR PERFORMANCE ASSESSMENT SYSTEM | 48 |
| | G-008 SUBCONTRACTORS | 49 |
| H | Special Contract Requirements | 50 |
| | H-001 INSURANCE REQUIREMENTS | 50 |
| | H-002 KEY PERSONNEL | 50 |
| | H-003 CONTRACTOR TRAINING | 50 |
| | H-004 GOVERNMENT FURNISHED EQUIPMENT | 51 |
| | H-005 SECURITY REQUIREMENTS | 51 |
| | H-006 ADDITIONAL SECUIRTY REQUIREMENTS | 52 |
| | H-007 DEPARTMENT OF STATE IDENTIFICATION CARD ISSUANCE PROCEDURES | 52 |
| | H-008 CONTRACTOR IDENTIFICATION | 52 |

H-009 SAFEGUARDING INFORMATION ..... 53
H-010 NONPAYMENT FOR UNAUTHORIZED WORK ..... 53
H-011 INSURANCE FOR OVERSEAS TRAVEL ..... 53
H-012 SCREENING AND PRE-SELECTION PROCESS ..... 53
H-013 STANDARDS OF CONDUCT ..... 54
H-014 LEGAL STATUS OF CONTRACT PERSONNEL (OCONUS) ..... 58
H-015 LOCAL TAXES ..... 58
H-016 DATA RIGHTS ..... 58
H-017 EMERGENCY PERSONNEL ..... 58
H-018 INCUMBENT EMPLOYEES ..... 58
I Contract Clauses ..... 65
52.202-1 Definitions (Nov 2013) ..... 62
52.203-3 Gratuities (Apr 1984) ..... 62
52.203-5 Covenant Against Contingent Fees (May 2014) ..... 62
52.203-6 Restrictions On Subcontractor Sales To The Government (Sept 2006) ..... 62
52.203-7 Anti-Kickback Procedures (May 2014) ..... 62
52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (May 2014) ..... 62
52.203-10 Price or Fee Adjustment for Illegal or Improper Activity (May 2014) ..... 62
52.203-12 Limitation On Payments To Influence Certain Federal Transactions (Oct 2010) ..... 62
52.203-13 Contractor Code of Business Ethics and Conduct (Oct 2015) ..... 62
52.203-14 Display of Hotline Poster(s) (Oct 2015) ..... 62
52.203-17 Contractor Employee Whistleblower Rights and Requirement To Inform Employees of Whistleblower Rights (Apr 2014) ..... 62
52.204-2 Security Requirements (Aug 1996) ..... 62
52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011) ..... 62
52.204-7 System for Award Management (Jul 2013) ..... 62
52.204-9 Personal Identity Verification of Contractor Personnel (Jan 2011) ..... 62
52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2015) ..... 62
52.207-3 Right of First Refusal of Employment (May 2006) ..... 62
52.208-9 Contractor Use of Mandatory Sources of Supply or Services (May 2014) ..... 62
52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) ..... 62
52.209-10 Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015) ..... 62
52.210-1 Market Research (Apr 2011) ..... 62
52.215-2 Audit and Records - Negotiation (Oct 2010) ..... 62
52.215-8 Order of Precedence - Uniform Contract Format (Oct 1997) ..... 62
52.215-11 Price Reduction for Defective Certified Cost or Pricing Data - Modifications (Aug 2011) ..... 62
52.215-13 Subcontractor Certified Cost or Pricing Data - Modifications (Oct 2010) ..... 62
52.215-14 Integrity of Unit Prices (Oct 2010) ..... 62
52.215-19 Notification of Ownership Changes (Oct 1997) ..... 62
52.215-21 Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data - Modifications (Oct 2010) ..... 62
52.215-23 Alt I Limitations on Pass-Through Charges (Oct 2009) - Alternate I (Oct 2009) ..... 63
52.217-8 Option to Extend Services (Nov 1999) ..... 63
52.219-8 Utilization of Small Business Concerns (Oct 2014) ..... 63
52.219-9 Small Business Subcontracting Plan (Oct 2015) ..... 63
52.219-14 Limitations on Subcontracting (Nov 2011) ..... 63
52.219-16 Liquidated Damages - Subcontracting Plan (Jan 1999) ..... 63
52.219-28 Post-Award Small Business Program Rerepresentation (Jul 2013) ..... 63
52.222-1 Notice to the Government of Labor Disputes (Feb 1997) ..... 63
52.222-3 Convict Labor (June 2003) ..... 63
52.222-21 Prohibition of Segregated Facilities (Apr 2015) ..... 63
52.222-26 Equal Opportunity (Apr 2015) ..... 63
52.222-29 Notification of Visa Denial (Apr 2015) ..... 63
52.222-35 Equal Opportunity for Veterans (Oct 2015) ..... 63
52.222-36 Equal Opportunity for Workers with Disabilities (Jul 2014) ..... 63
52.222-37 Employment Reports on Veterans (Feb 2016) ..... 63
52.222-40 Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) ..... 63
52.222-41 Service Contract Labor Standards (May 2014) ..... 63
52.222-50 Combating Trafficking in Persons (Mar 2015) ..... 63
52.223-6 Drug Free Workplace (May 2001) ..... 63

52.223-10 Waste Reduction Program (June 2011) ..... 63
52.223-18 Encouraging Contractor Policies To Ban Text Messaging While Driving (Aug 2011) ..... 63
52.224-1 Privacy Act Notification (Apr 1984) ..... 63
52.224-2 Privacy Act (Apr 1984) ..... 63
52.225-13 Restrictions on Certain Foreign Purchases (June 2008) ..... 63
52.227-1 Authorization and Consent (Dec 2007) ..... 63
52.229-3 Federal, State and Local Taxes (Feb 2013) ..... 63
52.229-6 Taxes - Foreign Fixed-Price Contracts (Feb 2013) ..... 63
52.230-2 Cost Accounting Standards (Oct 2015) ..... 63
52.230-6 Administration of Cost Accounting Standards (June 2010) ..... 63
52.232-1 Payments (Apr 1984) ..... 64
52.232-7 Payments under Time-and-Materials and Labor Hour Contracts (Aug 2012) ..... 64
52.232-8 Discounts For Prompt Payment (Feb 2002) ..... 64
52.232-9 Limitation on Withholding of Payments (Apr 1984) ..... 64
52.232-11 Extras (Apr 1984) ..... 64
52.232-17 Interest (May 2014) ..... 64
52.232-18 Availability Of Funds (Apr 1984) ..... 64
52.232-22 Limitation Of Funds (Apr 1984) ..... 64
52.232-23 Assignment of Claims (May 2014) ..... 64
52.232-25 Prompt Payment (Jul 2013) ..... 64
52.232-33 Payment by Electronic Funds Transfer - System for Award Management (Jul 2013) ..... 64
52.233-1 Disputes (May 2014) ..... 64
52.233-3 Protest after Award (Aug 1996) ..... 64
52.233-4 Applicable Law for Breach of Contract Claim (Oct 2004) ..... 64
52.237-3 Continuity Of Services (Jan 1991) ..... 64
52.242-1 Notice of Intent to Disallow Costs (Apr 1984) ..... 64
52.243-1 Changes - Fixed-Price (Aug 1987) ..... 64
52.243-3 Changes - Time-and-Material or Labor-Hours (Sept 2000) ..... 64
52.244-2 Subcontracts (Oct 2010) ..... 64
52.244-6 Subcontracts for Commercial Items (June 2016) ..... 64
52.245-1 Government Property (Apr 2012) ..... 64
52.245-9 Use and Charges (Apr 2012) ..... 64
52.246-25 Limitation of Liability - Services (Feb 1997) ..... 64
52.247-1 Commercial Bill of Lading Notations (Feb 2006) ..... 64
52.247-63 Preference for U.S.-Flag Air Carriers (June 2003) ..... 64
52.247-64 Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) ..... 64
52.247-68 Report of Shipment (RESHIP) (Feb 2006) ..... 64
52.249-4 Termination for Convenience of the Government (Services) (Short Form) (Apr 1984) ..... 64
52.251-1 Government Supply Sources (Apr 2012) ..... 64
52.253-1 Computer Generated Forms (Jan 1991) ..... 64
652.216-71 PRICE ADJUSTMENT (AUG 1999) ..... 65
52.204-14 Service Contract Reporting Requirements (Jan 2014) ..... 65
52.215-23 Limitations on Pass-Through Charges (Oct 2009) ..... 66
52.216-18 Ordering (Oct 1995) ..... 67
52.216-19 Order Limitations (Oct 1995) ..... 67
52.216-24 Limitation of Government Liability (Apr 1984) ..... 67
52.216-25 Contract Definitization (Oct 2010) ..... 68
52.225-19 Contractor Personnel in a Designated Operational Area or Supporting a Diplomatic or Consular Mission Outside the United States (Mar 2008) ..... 68
52.227-17 Rights in Data - Special Works (Dec 2007) ..... 72
52.252-2 Clauses Incorporated by Reference (Feb 1998) ..... 73
52.252-6 Authorized Deviations in Clauses (Apr 1984) ..... 74
652.225-71 SECTION 8(a) OF THE EXPORT ADMINISTRATION ACT OF 1979, AS AMENDED (AUG 1999) ..... 74
652.229-71 PERSONAL PROPERTY DISPOSITION AT POSTS ABROAD (AUG 1999) ..... 75
652.237-72 OBSERVANCE OF LEGAL HOLIDAYS AND ADMINISTRATIVE LEAVE (FEB 2015) ..... 75
652.242-73 AUTHORIZATION AND PERFORMANCE (AUG 1999) ..... 76
652.243-70 NOTICES (AUG 1999) ..... 77
652.245-71 SPECIAL REPORTS OF GOVERNMENT PROPERTY (FEB 2015) ..... 77
52.204-15 Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Jan 2014) ..... 79
J List of Attachments ..... 80

- (HITS) application, with an appropriate HITS user role, to include mandatory initial training with DS/OPO, and periodic refresher training as needed, provided by the Government.
- Obtain and maintain an active Department OpenNet+ account, and remote access account and token.
- Performs quality assurance/quality control (QA/QC) of personally identifiable information (PII) and biographical information (BIO) documents prior to submission via HITS.
- Submits PII and BIO documents in the HITS application for review and processing by DS/OPO.
- Coordinates with DS/OPO to ensure the accurate and timely processing and review of HITS PII and BIO documents.
- Facilitates personnel pre-deployment by responding to recruitment needs, ensuring candidates meet BIO requirements, and communicating current BIO status, as appropriate.
- Updates records in HITS as appropriate, to include affiliation records, clearance records, training records, letters of authorization (LOAs), common access cards (CACs), PII updates, and update event records.
- Undergo initial account setup and initial mandatory cyber security awareness training at DS/OPO headquarters, as well as periodic mandatory cyber security awareness training, provided by the Government.

**3.7 Logistical Staff Support**
This contractor position is responsible for transporting personnel to and from pre-determined locations and a wide variety of other duties as directed.

**3.7.1 Minimum Position Requirement**
- Shall be a U.S. Citizen
- Shall possess or be able to obtain a minimum SECRET level clearance
- Shall have a High School Diploma or equivalentShall have a well maintained driving history
- Shall have knowledge of traffic and safety regulations, practices and procedures pertaining to motor vehicle operation, and passenger safety rules.
- Shall have the ability to read installation maps to determine the shortest and safest route.
- Shall have basic mechanical skills
- Shall be required to work Shift Work.
- Shall have the ability to work in a fast-paced environment, while handling multiple tasks simultaneously.
- Shall have the ability to lift fifty (50) pounds at least chest high.
- Shall have the ability to build/maintain professional working relationships.

**3.7.2 Position Duties**
- Manage the logistical support for transporting personnel to and from a pre-determined location.
- Drive and transport personnel including canines in and around Northern Virginia region.
- Provide Log Reports
- Provide Incident Reports
- Assign with minor maintenance, cleaning and inventory
- Perform other duties as assigned

**3.8 Deputy Project Manager Facilities and Support:**

**Section F- Deliveries or Performance**

| Clause | Title |
|---|---|
| 52.242-15 | Stop-Work Order (Aug 1989) |
| 52.242-17 | Government Delay of Work (Apr 1984) |

52.252-2 Clauses Incorporated by Reference (Feb 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this / these address(es):

http://www.acquisition.gov/far/
[https://www.acquisition.gov/
[Insert one or more Internet addresses]

(End of clause)

F-002 PLACE OF PERFORMANCE

The place of performance for this contract will be domestic and overseas.

F-003 REPORTING DELIVERABLES

All deliverables will be sent to the COR and other authorized Government personnel, as designated by the COR. Reporting deliverables may be subject to change during performance, and will be documented by bilateral agreement between the CO and the Contractor.

| Deliverable Description | Due by: |
|---|---|
| Program Management Review (PMR) – Power Point presentation and discussion of significant program activities and incidents. Presentation shall contain a summary of key activities, upcoming activities, and a section for risks or issues requiring Government attention. 2 hours, First week of the month. | Monthly |
| Inventory (all training and operational equipment) | Quarterly |
| Employee Attendance Records and verification for all CLIN positions, including any new or requested bio, LOA, or CAC requests | Monthly by the 1st. |
| Monthly financial summary, and contract funds status report. Presentation of costs for the period, cumulative to date, and projected costs through the end of the period of performance. | Monthly, on or about the 10th of each month |
| Invoices (to be sent to the COR and DOSPayments@state.gov) | Monthly, by the 10th. |
| Incident Reports | Within 24hrs of Incident |
| Explosive Training Aid Inventory | Monthly by the 1st. |
| Equipment Inventory (testing containers/other materials) | Monthly by the 1st. |
| Overseas Deployment Plan, and operational status report for Veterinarian services OCONUS | Monthly by the 1st. |

Identify their contractor affiliation in Departmental e-mail and phone listings whenever contractor personnel are included in those listings; and

- Contractor personnel may not utilize Department of State logos or indicia on business cards.

(*end of clause*)

### H-009 SAFEGUARDING INFORMATION

The Contractor and its employees shall exercise the utmost discretion in regard to all matters relating to their duties and functions. They shall not communicate to any person any information known to them by reason of their performance of services under this contract which has not been made public, except in the necessary performance of their duties or upon written authorization of the Contracting Officer. All documents and records (including photographs) generated during the performance of work under this contract shall be for the sole use of and become the exclusive property of the U.S. Government. Furthermore, no article, book, pamphlet, recording, broadcast, speech, television appearance, film or photograph concerning any aspect of work performed under this contract shall be published or disseminated through any media without the prior written authorization of the Contracting Officer. These obligations do not cease upon the expiration or termination of this contract. The Contractor shall include the substance of this provision in all contracts of employment and in all subcontracts hereunder.

(*end of clause*)

### H-010 NONPAYMENT FOR UNAUTHORIZED WORK

No payments will be made for any unauthorized supplies or services, or for any unauthorized changes to the work specified herein. This includes any services performed by the Contractor of his own volition or at the request of an individual other than a duly appointed Contracting Officer. Only a duly appointed Contracting Officer is authorized to change the specifications, terms, and/or conditions of this contract.

*(End of Clause)*

### H-011 INSURANCE FOR OVERSEAS TRAVEL

Contractor staff traveling overseas on this contract shall have medical and medevac insurance in effect prior to departure. The Government reserves the right to require contractor staff travelling overseas to be screened by a physician prior to departure. The overseas screening may certify only that the contractor is fit to travel. Travel to areas with minimal medical support may require a detailed physical examination of the contractor to determine in adequate medical support is available to manage illness or serious medical emergency arising from pre-existing conditions such as diabetes or heart disease.

*(End of Clause)*

### H-012 SCREENING AND PRE-SELECTION PROCESS

A. The Contractor shall ensure that Contractor personnel responsible for performing the screening process are qualified, experienced, and have demonstrated success in researching personnel information, verifying personnel histories, claimed backgrounds, etc.
B. The Contractor shall review each applicant's BIO to determine if the applicant meets the qualification requirements and is suitable for the position(s).
C. For those applicants the Contractor determines meet the qualification requirements, the Contractor shall

Case 5:21-cv-00064-TTC-CKM Document 82-3 Filed 11/10/22 Page 8 of 8 Pageid#: 920