Exhibit I

MSA000316

MSA Security              :
                          :
            v.            :     OIG Whistleblower Case 2017-0044
                          :
Karen Iovino              :

## DECLARATION OF ALAN BOWER
## TO SUPPLEMENT THE ADMINISTRATIVE RECORD

I, Alan Bower, declare under the penalty of perjury:

1. I am over the age of eighteen years and have personal knowledge of the matters stated below.

2. I am the Deputy Program Manager at the Canine Validation Center ("CVC") for Michael Stapleton Associates ("MSA").

3. As a part-time veterinarian at the CVC, Dr. Karen Iovino ("Dr. Iovino" or "Iovino") consistently displayed a lack of professionalism, often contradicting her managers and berating her co-workers. Iovino was overtly hostile and insubordinate towards her corporate leadership team, and in particular towards the lead veterinarian, Dr. Mike Ratcliff, to whom she reported.

4. Several members of the veterinary medicine staff at the CVC told me that she tended to interrupt technicians during their duties and insist that they drop their work and attend immediately to her concerns.

5. Iovino frequently displayed a negative attitude at work; and this had a negative effect on morale and the ultimate effectiveness of the CVC program.

6. On January 4, 2017, Dr. Ratcliff and I met with Dr. Iovino to discuss proper protocols for requiring staff to stay late and the negative attitude she often displayed at work. We counseled Dr. Iovino with regard to how she addressed the kennel technicians since she often spoke to them

in a condescending manner. We counseled Iovino with regard to this behavior, but the counseling was ineffective.

7. I counseled Iovino other times about the negative impact of her attitude, but she was unresponsive to the counseling.

8. Iovino's negative attitude did not improve with time nor did her constant challenge and disrespect to MSA's managers.

9. In May 2017, the Department of State ("Department" or "DOS") indicated to MSA that it wanted MSA to replace the part-time CVC veterinarian position held by Dr. Iovino with a full-time position.

10. This change was required by the growing scope of the CVC program and the increasing operational tempo which demanded greater veterinary resources to maintain the well-being of the dogs.

11. The Department foresaw an increased need to send the veterinarians overseas and work in potential combat areas and so indicated a preference that the new full-time position be filled by someone with military background and international experience.

12. The Department modified MSA's contract so that the part-time position held by Iovino would no longer be funded as of August 18, 2017, in favor of the new full-time veterinarian position.

13. Dr. Iovino applied for the full-time position, which surprised me, since I understood that she had been unwilling to work full-time in the past.

14. She also was not a good candidate for the new position, which would require interacting with foreign government officials, given her negative and often hostile demeanor.

MSA000317

2

MSA000318

15. On August 3, 2017, Jennifer Houston, a veterinary technician at the CVC, informed me that she was told by Ben Orndorff, kennel technician, that Dr. Iovino was threatening to disclose confidential CVC information to non-governmental sources, such as the Washington Post and the Better Business Bureau.

16. Dr. Iovino's threats concerned me, and I notified Gerald Goss of the situation.

17. On August 4, 2017 I, along with Dr. Mike Ratcliff, informed Dr. Iovino that she was being placed on administrative leave.

18. This was so the company could investigate her threatened disclosures of confidential information to the media, including looking into how she received access to some information she claimed to have but she shouldn't have had knowledge of, or access to, in the scope of her job.

19. MSA terminated Iovino a couple weeks later because her part-time position had ceased to be funded by the Department.

20. Iovino was not suspended or fired because of any disclosures she made to the OIG. MSA encourages its employees to report suspected misconduct, including to the OIG.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: July 5, 2019

Alan Bower

3