# Iovino Search Terms

# (Note 1: to be applied to the search of Iovino's email)

# (Note 2: In searches of others' email, search for the below terms PLUS the term "Iovino")

"whistleblower"
"blow" w/10 "whistle"
"blew" w/10 "whistle"
"blowing" w/10 "whistle"
"4712"
"disclos!"
"report!"
"hotline"
"wrongdoing"
"mismanage!"
"danger!"
"fraud"
"waste"
"abuse"
"violat!" w/10 "rule*"
"violat!" w/10 "regulation*" OR "law"
"violat!" w/10 "law*"
"false"
"billing*"
"invoice*"
"illegal"
"unlawful"
"improper"
"zane"
"roberts"
"jennifer"
"houston"

"jenn"
"joshua"
"josh"
"carter"
"ATA"
"ata program"
"anti-terrorism"
"explosive detection"
"canines"
"canine validation center"
"CDC"
"worldwide protective services"
"jordan!"
"OIG"
"inspector general"
"linick"
"mcdermott"
"James"
"Sharon"
"Cathy"
"Read"
"bureau of diplomatic security"
"kennel technicians"
"veterinarian in charge"
"lead veterinarian"
"licensed veterinarian tech"
"LVT"
"standard operating procedure*"
"sop*"
"DPM"
"deputy program manager"
"anesthesia"
"trainer*"
"Layka 3824"
"Rocco 4114"

"Blake 4960"
"fatal" w/10 "error"
"fatal" w/10 "mistake"
"suffocation"
"absence*"
"tardy"
"tardi!"
"reprimand!"
"threat!"
"time sheet*"
"perform!"
"personnel"
"overtime"
"pto"
"trouble maker"
"pain in the ass"
"hir!" w/10 "friend*"
"full time"
"part time"
"Frank9656"
"amputa!"
"Olech"
"O'Neil"
"Brett"
"Harshbarger"
"emotion!"
"jonah"
"ballenger"
"jesse"
"ballone"
"virginia board"
"government vehicle*"
"personal use"
"generator*"
"bedroom"

"potter"
"fire!"
"terminat!"
"zoe 7363"
"holmes"
"palmer"
"retalia!"
"repris!"
"callihan"
"Goss"
"International Stability Operations Association"
"ISOA"
"award* dinner"
"awardee"
"Deegan"
"Washington post"
"nbc"
"moore"