IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00064 |
| ) | |
| MICHAEL STAPLETON ASSOCIATES, ) | |
| LTD., d/b/a MSA SECURITY, INC., ) | |
| ) | |
| Defendant. ) | |

**STATEMENT OF INTEREST OF THE UNITED STATES DEPARTMENT OF STATE**

Defendant MSA is a contractor for the United States Department of State (DoS). As part of its contract with DoS, MSA's documents, including its emails and other electronically stored information, become records of DoS. Plaintiff Iovino filed a Motion to Compel the production of documents from MSA, arguing MSA is improperly withholding documents because DoS needs to review any documents prior to production and that MSA needs to use technology assisted review instead of manually reviewing documents prior to production. ECF No. 82 at 6–7.

DoS files this statement of interest and accompanying declaration of Michael Caramelo explaining that DoS must be provided an opportunity to review any federal records in MSA's possession for confidential and privileged information prior to production to Plaintiff. *See* Caramelo Decl., Ex. 1. First, the DoS records in MSA's possession involve a sensitive government program, the unfettered disclosure of which that Plaintiff seeks could harm this sensitive program. Second, the DoS records in MSA's possession may contain privileged materials for which DoS is the privilege holder. The production of any privileged materials without providing DoS the opportunity to assert its privileges would lead to the waiver of those privileges. As such, DoS must

1

review any of its records MSA seeks to produce in this litigation for privilege and confidentiality prior to any production of these documents to Iovino.[1] Doing so is consistent with DoS's approach to reviewing and approving for release records in litigation to which DoS is not a party. Therefore, DoS requests the Court take the nature of MSA's documents as DoS records that contain sensitive and possibly privileged information into account when considering and ruling on Plaintiff's Motion to Compel.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  December 6, 2022

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone:  (540) 857-2250
Facsimile:  (540) 857-2283
E-mail:  krista.frith@usdoj.gov

---

[1] DoS has already reviewed a portion of the documents MSA provided for DoS review prior to production in this litigation. Because the protective order in this case is still under dispute, DoS has withheld its approval of the documents for production.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, I caused a true copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system who will distribute copies to all CM/ECF participants.

*/s/ Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney

3