UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DR. KAREN IOVINO, | ) |
| | ) |
| Plaintiff and Counterclaim Defendant, | ) Case No. 5:21-CV-00064 |
| | ) |
| v. | ) Hon. Thomas T. Cullen, U.S.D.J. |
| | ) Hon. Joel C. Hoppe, U.S.M.J. |
| MICHAEL STAPLETON ASSOCIATES, | ) |
| LTD., *d.b.a.* MSA SECURITY, INC., | ) |
| | ) |
| Defendant and Counterclaim Plaintiff. | ) |
| | ) |

### Plaintiff Iovino's Status Report on Discovery

*"I have no mockings or arguments, I witness and wait."*[1]

Plaintiff submits this Status Report in compliance with Order Dkt. # 99. Plaintiff long ago served thirty-three (33) Rule 34 requests for production and MSA has produced approximately 2,320 pages, many of which as reported at the last status conference, Plaintiff already had. To wit:

**RFP 1 and RFP 12**: Employment records and performance appraisals: **Partially produced.**

**RFP 2:** The Administrative Record. **Production completed.**

**RFP 3 – 8**: Communications between the DoS and MSA employees: **Partially produced**.

**RFP 9:** Organization charts of MSA: **None produced.**

**RFP 10:** Maps and floor plans: **Partially produced**.

---

[1] Walt Whitman, *Song of Myself*. All efforts by Plaintiff to make things happen in discovery, in challenging the protective order, and filing her motion to compel discovery have come to naught, so she can but wait.

1

**RFP 11:** MSA contracts: **Partially produced.**

**RFP 13-15:** Employee manuals, procedures for reporting waste or fraud: **None produced.**

**RFP 16, 18, and 19:** Documents re valuable items or services given to DoS employees: **None produced.**

**RFP 17:** Performance and complaints about Ms. Houston: **Partially produced.**

**RFP 20-22:** NDA and NDA-related documents. **Partially produced.**

**RFP 23-33:** Documents re damages allegedly suffered by MSA supporting its counterclaim: **Partially produced**.

**Related Production Issues**: Despite the protective order not authorizing it, many documents are redacted without explanation, and MSA has withheld document pages and text asserting privilege without a privilege log.

Respectfully submitted on this 16th day February 2023 by:

/s/ Thad M. Guyer

_____
Thad M. Guyer (Admitted *pro hac vice*)
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe, PO Box 1061
Medford, OR 97501
(206) 535-2395
thad@guyerayers.com

John A. Kolar (Admitted *pro hac vice*)
(DC Bar No. 953292)
Government Accountability Project

Nate L. Adams III
(VSB No. 20707)
ADAMS AND ASSOCIATES, , P.C.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on February 16, 2023

upon the below listed counsel for the Defendant and for the Department of State at the listed email addresses and by the methods indicated in addition to automatic delivery via the court's ECF system:

        Ryan C. Berry (VSB 67956)
        Daniel S. Ward (VSB 45978)
        WARD & BERRY, PLLC
        ryan@wardberry.com
        dan@wardberry.com
        Attorneys for MSA

        And

        Krista Consiglio Frith (VSB No. 89088
        Assistant United States Attorney
        E-mail: Krista.Frith@usdoj.gov

        Attorney for U.S. Department of State (non-party)


        /s/ Thad M. Guyer
        _____
         Thad M. Guyer