# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
|     Plaintiff and ) | |
|     Counterclaim Defendant, ) | |
| v. ) | Case No. 5:21-CV-00064-TTC |
| ) | |
| ) | DEFENDANT AND |
| ) | COUNTERCLAIM PLAINTIFF'S |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | STATUS REPORT PER ORAL |
| d/b/a MSA SECURITY, INC. ) | ORDER (ECF 99) |
| ) | |
|     Defendant and ) | |
|     Counterclaim Plaintiff ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report[1] pursuant to Oral Order ECF 99.

To date, MSA has completed our document review of roughly 80,000 documents that were potentially responsive to Plaintiff's discovery requests. Of those, we have produced the following to Iovino, or have submitted the following to the Department of State ("DoS") for review:

MSA has produced 142 pages directly to Plaintiff that did not require DoS review:

a. On **10/25/22** MSA produced documents numbered IOVINO_001339 – IOVINO_001379 to Plaintiff.

b. On **12/20/22** MSA produced documents numbered IOVINO_001380 – IOVINO_001482 to Plaintiff.

MSA has sent roughly 7,300 pages to DoS that required DoS review and approval.

---

[1] MSA apologizes for the length of this status report. Undersigned counsel felt the Court might need the level of detail provided herein to best understand MSA's ongoing production efforts. The final paragraph of this Report gives the "brass tacks" numbers.

a. On **09/06/22**, MSA sent DoS documents numbered IOVINO_000001 – IOVINO_000714. MSA received approval from DoS to produce these documents with confidentiality designations on 12/13/22. MSA produced these documents to Plaintiff on 12/16/22.

b. On **10/25/22**, MSA sent DoS documents numbered IOVINO_000715 – IOVINO_001338. MSA received approval from DoS to produce these documents with redactions on 1/24/23, excluding documents numbered IOVINO_001066 – IOVINO_001079 and IOVINO_001201 – IOVINO_001222. MSA produced the approved documents to Plaintiff on 1/27/23. Once DoS received OIG approval, DoS approved documents numbered IOVINO_001066 – IOVINO_001079 and IOVINO_001201 – IOVINO_001222 with redactions and withholdings on 2/6/23. MSA produced these documents to Plaintiff on 2/7/23.

c. On **12/22/22**, MSA sent DoS documents numbered IOVINO_001483 – IOVINO_003879. MSA received partial approval from DoS to produce documents numbered IOVINO_001483 – IOVINO_002075 (on 2/13/23) and IOVINO_003634 – IOVINO_003879 (on 2/14/23). MSA produced these approved documents on 2/14/23 and 2/15/23, respectively. DoS is still reviewing the remainder of bates numbers in this batch.

d. On **12/29/22**, MSA sent DoS documents numbered IOVINO_003880 – IOVINO_005287. MSA has not yet received approval from DoS to produce these documents.

e. On **1/27/23**, MSA sent DoS documents numbered IOVINO_005288 – IOVINO_007446. DoS informed MSA on 2/13/23 that DoS is unable to receive any further electronic deliveries of productions sets and requested MSA hand deliver the production sets on CDs. MSA complied and hand delivered this set to DoS on 2/13/23. MSA has yet not received approval from DoS to produce these documents.

MSA will send documents numbered IOVINO_007447 – IOVINO_009479 to DoS **today** for review and approval. This is the last set of documents that require DoS review. **Today**, MSA will also produce a batch of approximately 60 pages (currently with our ESI vendor) directly to Plaintiff. IOVINO_007447 – IOVINO_009479 will be produced once DoS completes its review.

To date, including the roughly 60 pages of documents that MSA is producing today, MSA has produced roughly 2,410 pages of documents to Plaintiff. MSA reviewed roughly 80,000 documents that were potentially responsive to Plaintiff's discovery requests. MSA is waiting for final approval from DoS to produce the remaining 7,153 pages of responsive documents that are program documents (which includes the documents MSA is sending to DoS today).

                                    Respectfully submitted,

Date: February 16, 2023                    */s/ Daniel S. Ward*

                                    Daniel S. Ward (VSB 45978)
                                    Ryan C. Berry (VSB 67956)
                                    WARD & BERRY, PLLC
                                    1751 Pinnacle Drive, Suite 900
                                    Tysons, VA 22102
                                    (202) 331-8160
                                    (202) 505-7100 Fax
                                    ryan@wardberry.com
                                    dan@wardberry.com

                                    *Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

> Nate L. Adams III
> Nate L. Adams III, P.C.
> ADAMS AND ASSOCIATES
> 11 South Cameron Street
> Winchester, VA 22601
> (504) 667-1330
> nadams@nadamslaw.com
>
> Jack Kolar
> GOVERNMENT ACCOUNTABILITY PROJECT
> 1612 K St. NW, Suite 1100
> Washington, DC 20006
> (202) 926-3311
> jackk@whistleblower.org
>
> Thad M. Guyer
> 116 Mistletoe Street
> P.O. Box 1061
> Medford, OR 97501
> (206) 954-1203
> thad@guyerayers.com

*/s/ Daniel S. Ward*
_____
Daniel S. Ward