IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00064 |
| ) | |
| MICHAEL STAPLETON ASSOCIATES, ) | |
| LTD., d/b/a MSA SECURITY, INC., ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES DEPARTMENT OF STATE STATUS REPORT

The Court ordered the government to file a status report regarding discovery production and related issues prior to the February 17 status conference.[1] As of this filing, Defendant MSA provided the U.S. Department of State (DOS) 7,446 pages for DOS review.

Bates numbers IOVINO_000001–714 was the administrative record. DOS reviewed these documents and MSA produced them to Plaintiff Iovino prior to the January status conference.

DOS received Bates numbers IOVINO_000715–1328 on October 25, 2022. DOS completed review of these pages and approved MSA to produce all these records except for the Virginia Department of Health Professional (DHP) records within this batch. DOS understands MSA is in discussions with DHP and Iovino about production of these records.

DOS received Bates numbers IOVINO_001483–3879 on December 22, 2022. DOS reviewed Bates numbers IOVINO_001483–2075 and MSA produced them. IOVINO_002073–3113 are still under DOS review. DOS reviewed and approved IOVINO_003634–3879 for MSA production.

---

[1] The government contemporaneously filed a motion for extension and leave to file out of time.

1

DOS received Bates numbers IOVINO_003880–5287 on December 29, 2022. DOS is still in the process of reviewing these documents.

MSA shared Bates numbers IOVINO_005288–7446 with DOS on January 27, 2023. Due to technical issues, DOS only recently downloaded the documents to begin its review process, but is actively working on these pages as well.

                                              Respectfully submitted,

                                              CHRISTOPHER R. KAVANAUGH
                                              United States Attorney

Date: February 16, 2023                        /s/ *Krista Consiglio Frith*
                                              Krista Consiglio Frith
                                              Assistant United States Attorney
                                              Virginia State Bar No. 89088
                                              P. O. Box 1709
                                              Roanoke, VA  24008-1709
                                              Telephone:  (540) 857-2250
                                              Facsimile:  (540) 857-2283
                                              E-mail:  krista.frith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system who will distribute copies to all CM/ECF participants.

                                              /s/ *Krista Consiglio Frith*
                                              Krista Consiglio Frith
                                              Assistant United States Attorney