# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Karen Iovino**

vs.

**Michael Stapleton Associates, LTD**

Action No:   5:21CV64
Date:   02/17/2023
Judge:   Thomas T. Cullen
Court Reporter:   S. Ferris
Deputy Clerk:   C.Kemp

:

| Plaintiff Attorneys | Defendant Attorney | Non-Party Attorney |
|---|---|---|
| Thad Guyer | Daniel Ward | Krista Frith |
| Jack Kolar | | |
| Nate Adams | | |

PROCEEDINGS:
Hearing held via Zoom.gov as Status Conference to discuss discovery issues.
Court addresses the parties.
Updates from Counsel as to discovery issues.
Comments from Court.
Order forthcoming.
Adjourned.

Time in Court:   9:32a-9:46a 14 mins