IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00064 |
| ) | |
| MICHAEL STAPLETON ASSOCIATES, ) | |
| LTD., d/b/a MSA SECURITY, INC., ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES DEPARTMENT OF STATE STATUS REPORT

The Court ordered the government to file a status report regarding discovery production and related issues every two weeks, beginning on March 3, 2023. ECF No. 106.

DOS has finalized review and reported to MSA concerning over 2,500 pages. Since its March 3, 2023 status report, DOS has released approximately 500 pages of documents to MSA for production. DOS has over 6,000 additional pages in its possession for review, which it continues to diligently review.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  March 17, 2023

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone:  (540) 857-2250
Facsimile:  (540) 857-2283
E-mail:  krista.frith@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2023, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system who will distribute copies to all CM/ECF participants.

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney