**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
|     **Plaintiff and** | ) | |
|     **Counterclaim Defendant,** | ) | |
| v. | ) | Case No. 5:21-CV-00064-TTC |
| | ) | |
| | ) | DEFENDANT AND |
| | ) | COUNTERCLAIM PLAINTIFF'S |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | STATUS REPORT PER ORAL |
| **d/b/a MSA SECURITY, INC.** | ) | ORDER (ECF 106) |
| | ) | |
|     **Defendant and** | ) | |
|     **Counterclaim Plaintiff.** | ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the March 3, 2023 Status Report:

a. On March 3, 2023, DoS informed MSA that it has approved document numbered IOVINO_00002062 in its native format, without redactions. Document numbered IOVINO_00002062 is an Excel spreadsheet. This document was intended to be included in a prior production ("PROD010") to Plaintiff. However, only the cover page stating the document would be produced in its native format (a .pdf document) was included in PROD010, not the actual document. MSA produced this document as part of today's production.

b. On March 17, 2023, DoS approved documents numbered IOVINO_00003113 – IOVINO_00003633 with redactions.

c. MSA produced documents numbered IOVINO_00003113 – IOVINO_00003633 with the DoS redactions to Plaintiff today.

DoS continues its review of responsive program documents. MSA is waiting for DoS to approve the release of the remaining 6,636 pages of responsive documents that are program documents in DoS' possession.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: March 17, 2023 | */s/ Daniel S. Ward* |
| | _____ |
| | Daniel S. Ward (VSB 45978) |
| | Ryan C. Berry (VSB 67956) |
| | WARD & BERRY, PLLC |
| | 1751 Pinnacle Drive, Suite 900 |
| | Tysons, VA 22102 |
| | (202) 331-8160 |
| | (202) 505-7100 Fax |
| | ryan@wardberry.com |
| | dan@wardberry.com |
| | |
| | *Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>Nate L. Adams III
>Nate L. Adams III, P.C.
>ADAMS AND ASSOCIATES
>11 South Cameron Street
>Winchester, VA 22601
>(504) 667-1330
>nadams@nadamslaw.com
>
>Jack Kolar
>GOVERNMENT ACCOUNTABILITY PROJECT
>1612 K St. NW, Suite 1100
>Washington, DC 20006
>(202) 926-3311
>jackk@whistleblower.org
>
>Thad M. Guyer
>116 Mistletoe Street
>P.O. Box 1061
>Medford, OR 97501
>(206) 954-1203
>thad@guyerayers.com

*/s/ Daniel S. Ward*
_____
Daniel S. Ward