IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
|     **Plaintiff and** ) | |
|     **Counterclaim Defendant,** ) | |
| v. ) | Case No. 5:21-CV-00064-TTC |
| ) | |
| ) | DEFENDANT AND |
| ) | COUNTERCLAIM PLAINTIFF'S |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | STATUS REPORT PER ORAL |
| d/b/a MSA SECURITY, INC. ) | ORDER (ECF 106) |
| ) | |
|     **Defendant and** ) | |
|     **Counterclaim Plaintiff.** ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the March 17, 2023 Status Report:

On March 30, 2023, DoS informed MSA that the program office is currently reviewing a batch of about 1,000 pages. After the program office finalizes its review, an attorney for the DoS will review the same documents. DoS informed MSA that it will try to send MSA a batch of documents today if the program office finalizes its review.

DoS continues its review of responsive program documents. MSA is waiting for DoS to approve the release of the remaining 6,636 pages of responsive documents that are program documents in DoS' possession.

    Respectfully submitted,

Date: March 31, 2023      */s/ Daniel S. Ward*

    _____
    Daniel S. Ward (VSB 45978)
    Ryan C. Berry (VSB 67956)
    WARD & BERRY, PLLC
    1751 Pinnacle Drive, Suite 900

Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>Nate L. Adams III
>Nate L. Adams III, P.C.
>ADAMS AND ASSOCIATES
>11 South Cameron Street
>Winchester, VA 22601
>(504) 667-1330
>nadams@nadamslaw.com

>Jack Kolar
>GOVERNMENT ACCOUNTABILITY PROJECT
>1612 K St. NW, Suite 1100
>Washington, DC 20006
>(202) 926-3311
>jackk@whistleblower.org

>Thad M. Guyer
>116 Mistletoe Street
>P.O. Box 1061
>Medford, OR 97501
>(206) 954-1203
>thad@guyerayers.com

*/s/ Daniel S. Ward*
_____
Daniel S. Ward