# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, | ) |
|    Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00064 |
| MICHAEL STAPLETON ASSOCIATES, LTD., d/b/a MSA SECURITY, INC., | ) |
|    Defendant. | ) |

## UNITED STATES DEPARTMENT OF STATE STATUS REPORT

The Court ordered the government to file a status report regarding discovery production and related issues every two weeks, beginning on March 3, 2023. ECF No. 106.

DOS has finalized review and reported to MSA concerning over 1,500 pages. Since its March 17, 2023 status report, DOS has nearly finalized its review of an additional 1,000 pages and expects to release those documents to MSA for production soon, but notes that lead agency counsel on the review is out of the office on vacation April 3 through 7, 2023. DOS has over 5,000 additional pages in its possession for review, which it continues to diligently review.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  March 31, 2023

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone:  (540) 857-2250
Facsimile:  (540) 857-2283
E-mail:  krista.frith@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system who will distribute copies to all CM/ECF participants.

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney