UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **DR. KAREN IOVINO,** | ) |
| | ) |
| *Plaintiff and* | ) |
| *Counterclaim Defendant,* | ) Case No. 5:21-CV-00064 |
| | ) |
| v. | ) Hon. Thomas T. Cullen, U.S.D.J. |
| | ) Hon. Joel C. Hoppe, U.S.M.J. |
| **MICHAEL STAPLETON ASSOCIATES,** | ) |
| **LTD.,** *d.b.a.* **MSA SECURITY, INC.,** | ) |
| | ) March 31, 2023 |
| *Defendant and* | ) |
| *Counterclaim Plaintiff.* | ) |
| | ) |

**Plaintiff Iovino's Fourth Status Report on Discovery**

"*Patience is a bitter experience*"[1]

Whereupon the passage of many months, defendant MSA is but a third of the way toward completion of its document production obligation. Plaintiff respectfully requests that the Court direct defendant, after any necessary consultation with the Department of State, to provide Plaintiff and the Court with the revised date it expects to have completed its production in its entirety.

Respectfully submitted on this 31st day of March 2023 by:

/s/ Thad M. Guyer

Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
(Admitted *pro hac vice*)

---

[1] Makarios Griniezakis, *Reflections on Spiritual Alertness* (Australia 2020)

John A. Kolar
(DC Bar No. 953292)
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 926-3311
Jackk@whistleblower.org
(Admitted *pro hac vice*)

Nate L. Adams III
(VSB No. 20707)
ADAMS AND ASSOCIATES, , P.C.
11 S. Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com