# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
|     **Plaintiff and** ) | |
|     **Counterclaim Defendant,** ) | |
| v. ) | Case No. 5:21-CV-00064-TTC |
| ) | |
| ) | DEFENDANT AND |
| ) | COUNTERCLAIM PLAINTIFF'S |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | STATUS REPORT PER ORAL |
| d/b/a MSA SECURITY, INC. ) | ORDER (ECF 106) |
| ) | |
|     **Defendant and** ) | |
|     **Counterclaim Plaintiff.** ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the March 31, 2023 Status Report:

a. On April 5, 2023, MSA sent Plaintiff and Counterclaim Defendant updated privilege logs.

b. On April 14, 2023, DoS informed MSA that it is currently reviewing two sets of documents. DoS expects to send one or two of those sets of documents to MSA within the next two weeks.

DoS continues its review of responsive program documents. MSA is waiting for DoS to approve the release of the remaining 6,636 pages of responsive documents that are program documents in DoS' possession.

                                                Respectfully submitted,

Date: April 14, 2023                              */s/ Daniel S. Ward*

                                                _____
                                                Daniel S. Ward (VSB 45978)
                                                Ryan C. Berry (VSB 67956)
                                                WARD & BERRY, PLLC
                                                1751 Pinnacle Drive, Suite 900

Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>Nate L. Adams III
>Nate L. Adams III, P.C.
>ADAMS AND ASSOCIATES
>11 South Cameron Street
>Winchester, VA 22601
>(504) 667-1330
>nadams@nadamslaw.com
>
>Jack Kolar
>GOVERNMENT ACCOUNTABILITY PROJECT
>1612 K St. NW, Suite 1100
>Washington, DC 20006
>(202) 926-3311
>jackk@whistleblower.org
>
>Thad M. Guyer
>116 Mistletoe Street
>P.O. Box 1061
>Medford, OR 97501
>(206) 954-1203
>thad@guyerayers.com

*/s/ Daniel S. Ward*
_____
Daniel S. Ward