UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **DR. KAREN IOVINO,** | ) |
| | ) |
| *Plaintiff and* | ) |
| *Counterclaim Defendant,* | ) Case No. 5:21-CV-00064 |
| | ) |
| v. | ) Hon. Thomas T. Cullen, U.S.D.J. |
| | ) Hon. Joel C. Hoppe, U.S.M.J. |
| **MICHAEL STAPLETON ASSOCIATES,** | ) |
| **LTD.,** *d.b.a.* **MSA SECURITY, INC.,** | ) |
| | ) April 14, 2023 |
| *Defendant and* | ) |
| *Counterclaim Plaintiff.* | ) |
| | ) |

### Plaintiff Iovino's Fifth Status Report on Discovery

Plaintiff, Dr. Karen Iovino, by her undersigned attorneys, submits this Fifth Status Report on Discovery in compliance with the Court's February 17, 2023 Oral Order, Document Number ("D-") 106. To date, MSA has produced only approximately 2,933 pages of documents, leaving 6,623 to be produced. In other words, despite the passage of many months, defendant MSA is only one-third of the way toward completion of its document production obligation.

It is noted that the last tranche of MSA's document production consisted of around 521 pages produced on March 17, 2023. No additional documents have been produced since that date. Our examination of those pages showed that many of them were duplicates of each other, or of previously produced documents.

Defendant MSA did update its privilege log on or about April 5, 2023.

Plaintiff respectfully requests that the Court direct defendant, after any necessary consultation with the Department of State, to provide Plaintiff and the Court with the date when it expects it will complete its production in its entirety.

Respectfully submitted on this 14th day of April 2023 by:

/s/ Thad M. Guyer

_____
Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe, PO Box 1061
Medford, OR 97501
(206) 535-2395
thad@guyerayers.com
(Admitted *pro hac vice)*

John A. Kolar
(DC Bar No. 953292)
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 926-3311
Jackk@whistleblower.org
(Admitted *pro hac vice*)

Nate L. Adams III
(VSB No. 20707)
ADAMS AND ASSOCIATES, , P.C.
11 S. Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com