# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
|     **Plaintiff and** ) | |
|     **Counterclaim Defendant,** ) | |
| v. ) | Case No. 5:21-CV-00064-TTC |
| ) | |
| ) | **DEFENDANT AND** |
| ) | **COUNTERCLAIM PLAINTIFF'S** |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | **STATUS REPORT PER ORAL** |
| d/b/a MSA SECURITY, INC. ) | **ORDER (ECF 106)** |
| ) | |
|     **Defendant and** ) | |
|     **Counterclaim Plaintiff.** ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the April 14, 2023 Status Report:

a. On April 24, 2023, DoS approved documents numbered IOVINO_00002076 – IOVINO_00003112 with redactions.

b. On April 25, 2023, MSA produced documents numbered IOVINO_00002076 – IOVINO_00003112 to Plaintiff with the DoS redactions.

c. On April 28, 2023, DoS approved documents numbered IOVINO_00005288 – IOVINO_00006361 with redactions.

d. On April 28, 2023, MSA produced documents numbered IOVINO_00005288 – IOVINO_00006361 to Plaintiff with the DoS redactions.

At this point, DoS is halfway complete with its review of responsive program documents. MSA is waiting for DoS to approve the release of the remaining 4,525 pages of responsive documents that are program documents in DoS' possession.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: April 28, 2023 | */s/ Daniel S. Ward* |
| | _____ |
| | Daniel S. Ward (VSB 45978) |
| | Ryan C. Berry (VSB 67956) |
| | WARD & BERRY, PLLC |
| | 1751 Pinnacle Drive, Suite 900 |
| | Tysons, VA 22102 |
| | (202) 331-8160 |
| | (202) 505-7100 Fax |
| | ryan@wardberry.com |
| | dan@wardberry.com |
| | |
| | *Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>Nate L. Adams III
>Nate L. Adams III, P.C.
>ADAMS AND ASSOCIATES
>11 South Cameron Street
>Winchester, VA 22601
>(504) 667-1330
>nadams@nadamslaw.com

>Jack Kolar
>GOVERNMENT ACCOUNTABILITY PROJECT
>1612 K St. NW, Suite 1100
>Washington, DC 20006
>(202) 926-3311
>jackk@whistleblower.org

>Thad M. Guyer
>116 Mistletoe Street
>P.O. Box 1061
>Medford, OR 97501
>(206) 954-1203
>thad@guyerayers.com

*/s/ Daniel S. Ward*

Daniel S. Ward