IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00064 |
| ) | |
| MICHAEL STAPLETON ASSOCIATES, ) | |
| LTD., d/b/a MSA SECURITY, INC., ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES DEPARTMENT OF STATE STATUS REPORT

The Court ordered the government to file a status report regarding discovery production and related issues every two weeks, beginning on March 3, 2023. ECF No. 106.

DOS has finalized review and reported to MSA concerning approximately 4,800 pages. DOS has approximately 4,500 additional pages in its possession for review, which it continues to diligently review. DOS anticipates releasing at least 1,400 pages to MSA prior to May 12, 2023. An additional 1,100 pages should follow shortly. The remainder of the documents are in early review, and DOS anticipates an estimated review completion date of May 31, 2023. DOS has not withheld any documents to date and has made minimal redactions for sensitive State Department information.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  April 28, 2023

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709

1

                                                Roanoke, VA  24008-1709
                                                Telephone:  (540) 857-2250
                                                Facsimile:  (540) 857-2283
                                                E-mail:  krista.frith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system who will distribute copies to all CM/ECF participants.

                                                /s/ *Krista Consiglio Frith*
                                                Krista Consiglio Frith
                                                Assistant United States Attorney