**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | **Case No. 5:21-CV-00064-TTC** |
| | ) | |
| | ) | **DEFENDANT AND** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **STATUS REPORT PER ORAL** |
| **d/b/a MSA SECURITY, INC.** | ) | **ORDER (ECF 106)** |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff.** | ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the April 28, 2023 Status Report:

a. On May 11, 2023, DoS approved documents numbered IOVINO_00003880 – IOVINO_00005287 with redactions.

b. On May 12, 2023, MSA produced documents numbered IOVINO_00003880 – IOVINO_00005287 to Plaintiff with the DoS redactions.

c. On May 12, 2023, DoS approved documents numbered IOVINO_006362 – IOVINO_007446 with redactions.

d. On May 12, 2023, MSA produced documents numbered IOVINO_006362 – IOVINO_007446 to Plaintiff with the DoS redactions.

MSA is waiting for DoS to approve the release of the remaining 2,032 pages of responsive documents that are program documents in DoS' possession.

Respectfully submitted,

Date: May 12, 2023

*/s/ Daniel S. Ward*

_____

Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton*
*Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com


*/s/ Daniel S. Ward*
_____
Daniel S. Ward