UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **DR. KAREN IOVINO,** | ) |
| | ) |
| *Plaintiff and* | ) |
| *Counterclaim Defendant,* | ) Case No. 5:21-CV-00064 |
| | ) |
| v. | ) Hon. Thomas T. Cullen, U.S.D.J. |
| | ) Hon. Joel C. Hoppe, U.S.M.J. |
| **MICHAEL STAPLETON ASSOCIATES,** | ) |
| **LTD.,** *d.b.a.* **MSA SECURITY, INC.,** | ) |
| | ) May 12, 2023 |
| *Defendant and* | ) |
| *Counterclaim Plaintiff.* | ) |
| | ) |

**Plaintiff Iovino's Seventh Status Report on Discovery**

Plaintiff, Dr. Karen Iovino, by her undersigned attorneys, submits this Seventh Status Report on Discovery in compliance with the Court's February 17, 2023 Oral Order, Document Number ("D-") 106. Based on its own status reports, it appears that Defendant MSA Security (MSA) has been fairly diligent in collecting responsive documents and providing them to the Department of State (DoS) for the latter's review. The DoS' review has been both unduly slow. Once DoS completes its processing, it releases the documents back to MSA to hand over to Plaintiff.

MSA produced another tranche of documents today, the day this status report is due. This has been MSA's pattern: to produce documents on ro near each date a status report is required. From the bates range produced today, it appears that they produced approximately 1400 pages,

which added to the total reported two weeks ago will reach a total of 5.380. This leaves around 4,200 pages yet to be turned over to Plaintiff.

We did not have time to analyze the documents produced today.

We note that the DoS stated in their status report that they will not complete review of the remaining documents until June 15, 2023, another month. The slowness of production makes it impossible to meet the requirements of the current scheduling order, and we will request that the Court vacate that order.

We stated in our prior report that MSA had produced a dearth of what we would call "hot documents" that a reasonable person would expect to exist. We cannot determine whether this new tranche cures that absence or not until we analyze it.

Respectfully submitted on this 12th day of May 2023 by:

_____
Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe, PO Box 1061
Medford, OR 97501
(206) 535-2395
thad@guyerayers.com
(Admitted *pro hac vice)*

John A. Kolar
(DC Bar No. 953292)
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 926-3311
Jackk@whistleblower.org
(Admitted *pro hac vice*)

Nate L. Adams III
(VSB No. 20707)
ADAMS AND ASSOCIATES, , P.C.
11 S. Cameron Street

Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com