# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
|     **Plaintiff and** ) | |
|     **Counterclaim Defendant,** ) | |
| ) | Case No. 5:21-CV-00064-TTC |
| v. ) | |
| ) | DEFENDANT AND |
| ) | COUNTERCLAIM PLAINTIFF'S |
| MICHAEL STAPLETON ASSOCIATES, LTD., ) | STATUS REPORT PER ORAL |
| d/b/a MSA SECURITY, INC. ) | ORDER (ECF 106) |
| ) | |
|     **Defendant and** ) | |
|     **Counterclaim Plaintiff.** ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the May 12, 2023 Status Report:

a. On May 25, 2023, DoS approved documents numbered IOVINO_00008449 – IOVINO_00009483 with redactions.

b. On May 25, 2023, MSA produced documents numbered IOVINO_00008449 – IOVINO_00009483 to Plaintiff with the DoS redactions.

c. On May 25, 2023, DoS informed MSA that the remainder of documents within DoS's possession are expected to be reviewed and/or released for potential production within the next two weeks.

MSA is waiting for DoS to approve the release of the remaining 997 pages of responsive documents that are program documents in DoS' possession.

Respectfully submitted,

Date: May 26, 2023                                     */s/ Daniel S. Ward*

                                                                    Daniel S. Ward (VSB 45978)
                                                                    Ryan C. Berry (VSB 67956)

WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    Nate L. Adams III
    Nate L. Adams III, P.C.
    ADAMS AND ASSOCIATES
    11 South Cameron Street
    Winchester, VA 22601
    (504) 667-1330
    nadams@nadamslaw.com

    Jack Kolar
    GOVERNMENT ACCOUNTABILITY PROJECT
    1612 K St. NW, Suite 1100
    Washington, DC 20006
    (202) 926-3311
    jackk@whistleblower.org

    Thad M. Guyer
    116 Mistletoe Street
    P.O. Box 1061
    Medford, OR 97501
    (206) 954-1203
    thad@guyerayers.com

    */s/ Daniel S. Ward*
    _____
    Daniel S. Ward