IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00064 |
| ) | |
| MICHAEL STAPLETON ASSOCIATES, ) | |
| LTD., d/b/a MSA SECURITY, INC., ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES DEPARTMENT OF STATE STATUS REPORT

The Court ordered the government to file a status report regarding discovery production and related issues every two weeks, beginning on March 3, 2023. ECF No. 106.

DOS has finalized review and reported to MSA concerning over 8,300 pages. DOS has approximately 1,000 additional pages in its possession for review, which DOS anticipates completing the review of within the next two weeks. DOS has not withheld any documents to date and has made minimal redactions for sensitive State Department information.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date: May 26, 2023

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone:  (540) 857-2250
Facsimile:  (540) 857-2283
E-mail:  krista.frith@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system who will distribute copies to all CM/ECF participants.

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney