UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **DR. KAREN IOVINO,** ) | |
| ) | |
| *Plaintiff and* ) | |
| *Counterclaim Defendant*, ) | Case No. 5:21-CV-00064 |
| ) | |
| v. ) | Hon. Thomas T. Cullen, U.S.D.J. |
| ) | Hon. Joel C. Hoppe, U.S.M.J. |
| **MICHAEL STAPLETON ASSOCIATES,** ) | |
| **LTD.,** *d.b.a.* **MSA SECURITY, INC.,** ) | |
| ) | May 26, 2023 |
| *Defendant and* ) | |
| *Counterclaim Plaintiff.* ) | |
| ) | |

**Plaintiff Iovino's Eighth Status Report on Discovery**

Plaintiff, Dr. Karen Iovino, by her undersigned attorneys, submits this Eighth Status Report on Discovery in compliance with the Court's February 17, 2023 Oral Order, Document Number ("D-") 106. In its Status Report filed today, the Department of State (DoS) avers that 1,000 pages remain to be reviewed and released by it and that it believes it can complete that task within the next two weeks. Plaintiff submits that the DoS's production efforts have been unduly slow and have made it impossible for the parties to comply with the current scheduling order.

Most problematic is that MSA and DoS has produced a dearth of what we would call "hot documents" that a reasonable person would expect to exist. We explained this more fully in our Sixth Status Report, D-124. This has not been cured by the document tranche it produced on May 12, 2023, or any others.

1

There follows a breakdown of 1,408 pages produced in one of the tranches turned over to Plaintiff on May 12, 2023. It can be seen that the only hot document pertaining to MSA's termination of Dr. Iovino and its alleged reason for doing so consist of the final 5 pages at the end of the 1,408 pages (**highlighted in the breakdown below**).

- The first 25 pages are emails exchanged among Karen Iovino, Gerald Goss, and others re establishment of a canine rehabilitation and PTSD facility at the CVC.

- This is followed by a dozen or so pages of letters of intent to be signed by individual CVC employees stating their intention to continue as employees on a new DoS-MSA contract.

- This is followed by a September 28, 2016 Performance Work Statement (PWS) Response, Canine Validation Center, Task Order Number: 0004, which is 90 pages in length.

- The next document is an apparently identical copy of the preceding document, also consisting of 90 pages. Both have the identity of the DoS Contracting Officer redacted.

- 20 pages of emails re CVC technical issues and vendors' supplies.

- Emails re routine operations, canine health and medical records, scheduling, and receipt of CVC supplies at the CVC – around 50 pages.

- Bates nos. IOVINO_00004166 – IOVINO_00004168: 3 pages withheld for privilege.

- More emails re routine operations, canine health and medical records, scheduling, and receipt of CVC supplies at the CVC – around 368 pages.

- 62-page document titled "Canine Validation Center FINAL PROPOSAL

REVISION Volume I Part E: Key Personnel Submitted: 15 June 2016. Ends at IOVINO_00004598.

- A third apparently identical copy of MSA's June 15, 2016 "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part A," bates nos. IOVINO_00004599 through IOVINO_00004689 (90 pages)

- A second apparently identical copy of a document titled: "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part E: Key Personnel." Bates nos. IOVINO_00004690 through IOVINO_00004751 (61 pages).

- More emails re routine operations, canine health and medical records, scheduling, and receipt of CVC supplies at the CVC (approximately 10 pages).

- A fourth apparently identical copy of the June 15, 2016 "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part A." Bates nos. IOVINO_00004760 through IOVINO_00004851 (91 pages).

- Third apparently identical copy of document titled "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part E: Key Personnel." Bates no. IOVINO_00004854 through IOVINO_00004915 (61 pages).

- A fifth apparently identical copy of June 15, 2016 "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part A." Bates nos. IOVINO_00004917 through IOVINO_00005006 (89 pages).

- Fourth apparently identical copy of Canine Validation Center FINAL PROPOSAL REVISION Volume I Part E: Key Personnel." Bates nos. IOVINO_00005007 through IOVINO_00005068 (61 pages).

- Approximately 33 additional pages of emails re routine operations, canine health

- and medical records, scheduling, international travel for canines and handlers and receipt of CVC supplies at the CVC, ends with IOVINO_00005101.

- Sixth apparently identical copy of June 15, 2016 "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part A," ends at bates no. IOVINO_00005192 (91 pages).

- Fifth apparently identical copy of "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part E: Key Personnel." Bates no. IOVINO_00005193 through IOVINO_00005254 (61 pages).

- Additional pages of emails re routine operations, canine health and medical records, scheduling and receipt of CVC supplies at the CVC, ends with IOVINO_00005280.

- Bates no. IOVINO_00005281 withheld for privilege.

- **Five (5) pages of emails between MSA and DoS discussing putting Iovino on administrative leave. Bates nos. IOVIN0_00005282 to IOVINO_00005287.**

Appear to be identical to emails produced in earlier tranches.

From this breakdown, it can be seen that MSA and DoS have loaded its production tranches with "filler," i.e., identical copies of such things as contracts and contract proposals that are less at the heart of this dispute than the final 5 pages highlighted above.

For example, MSA/DoS in this tranche alone produced six apparently identical copies of its June 15, 2016 contract proposal, totaling 546 pages; 455 pages were duplicative and unnecessary.

Similarly, MSA produced 5 apparently identical copies of its Part E, Key Personnel, each of roughly 61 pages, totaling 305 pages; 244 pages were duplicates and therefore unnecessary.

Between these two documents, MSA loaded this tranche with around 700 unnecessary pages.

In addition, earlier tranches contained still more copies of these same two documents. To take but one example, Tranche 8, produced on or about April 27, 2023, contained at least three copies of the June 15, 2016 "Canine Validation Center FINAL PROPOSAL REVISION Volume I Part A."

Besides conscripting more trees than were necessary, this duplication with filler has unduly slowed MSA/DOS' production by increasing the hours needed to be spent in screening the production tranches, and has buried the gems (which are extremely few to begin with) in piles of dross.

Respectfully submitted on this 26th day of May 2023 by:

/s/Thad M. Guyer

Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe, PO Box 1061
Medford, OR 97501
(206) 535-2395
thad@guyerayers.com
(Admitted *pro hac vice)*

John A. Kolar
(DC Bar No. 953292)
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 926-3311
Jackk@whistleblower.org
(Admitted *pro hac vice*)

Nate L. Adams III
(VSB No. 20707)
ADAMS AND ASSOCIATES, , P.C.
11 S. Cameron Street

Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com

6