# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **KAREN IOVINO,** ) | |
| ) | |
| **Plaintiff and** ) | |
| **Counterclaim Defendant,** ) | |
| ) | Case No. 5:21-CV-00064-TTC |
| v. ) | |
| ) | **DEFENDANT AND** |
| ) | **COUNTERCLAIM PLAINTIFF'S** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** ) | **STATUS REPORT PER ORAL** |
| **d/b/a MSA SECURITY, INC.** ) | **ORDER (ECF 106)** |
| ) | |
| **Defendant and** ) | |
| **Counterclaim Plaintiff.** ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, hereby submit this status report pursuant to Oral Order ECF 106.

The following has occurred since the May 26, 2023 Status Report:

a. On June 5, 2023, DoS approved documents numbered IOVINO_00007447 – IOVINO_00008448 with redactions.

b. On June 6, 2023, MSA produced documents numbered IOVINO_00007447 – IOVINO_00008448 to Plaintiff with the DoS redactions.

DoS has completed its review of all responsive, program-related documents that were in DoS' possession. As such, Plaintiff now possesses all documents responsive to her requests for production. MSA is working hard to complete the privilege logs. MSA will send the complete privilege logs to Plaintiff as soon as possible.

Date: June 9, 2023

Respectfully submitted,

*/s/ Daniel S. Ward*

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)

WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>Nate L. Adams III
>Nate L. Adams III, P.C.
>ADAMS AND ASSOCIATES
>11 South Cameron Street
>Winchester, VA 22601
>(504) 667-1330
>nadams@nadamslaw.com
>
>Jack Kolar
>GOVERNMENT ACCOUNTABILITY PROJECT
>1612 K St. NW, Suite 1100
>Washington, DC 20006
>(202) 926-3311
>jackk@whistleblower.org
>
>Thad M. Guyer
>116 Mistletoe Street
>P.O. Box 1061
>Medford, OR 97501
>(206) 954-1203
>thad@guyerayers.com

*/s/ Daniel S. Ward*

_____
Daniel S. Ward