# EXHIBIT A

CONFIDENTIAL

000030

# Peter Deegan

| | |
|---|---|
| **From:** | Gerald Goss |
| **Sent:** | Friday, August 4, 2017 10:42 PM |
| **To:** | Valerie A. Price |
| **Cc:** | Michael Kennedy; Peter Deegan; Cassandra Murphy; Alan Bower |
| **Subject:** | FW: Situational Report - MSA Administrative Internal Investigation regarding an employee matter at CVC |
| **Importance:** | High |

FYSA

**From:** Gerald Goss
**Sent:** Friday, August 4, 2017 10:33 PM
**To:** 'Garcia, Anna M' <GarciaAM@state.gov>
**Cc:** 'Bachman, Loren M'
**Subject:** Situational Report - MSA Administrative Internal Investigation regarding an employee matter at CVC

Ms. Garcia,

Per your direction, please see my written situational update regarding MSA actions as of close of business today associated with Dr. Karen Iovino, DVM who has been placed on leave with pay while concerns involving her and the possible disclosure of confidential information are being investigated. Dr. Karen Iovino provides veterinarian support at the CVC Center.

**Background:** During the evening of August 03, 2017 I was advised that Dr. Karen Iovino, a part time Veterinarian employed by MSA Security at the CVC emailed Ms. Cathy Read, Director, Office of Acquisitions Management, Department of State at some point over the last couple of weeks suggesting there may be alleged misconduct and furthermore, that she has filed an OIG report.

In addition, I was advised that she may have or is considering engaging in discussions with media and other third-party personnel regarding confidential and privileged information. An internal investigation was commenced this morning regarding the extent to which Dr. Iovino may have divulged confidential information or may do so in the future. Simultaneously Dr. Iovino was advised that effective as of today she was placed on administrative leave with pay pending the completion of our investigation. Dr. Iovino then advised MSA leadership at the CVC that she plans to contact the State Vet Board and have the DoS Canine Validation Hospital shut down.

**Based on the results of our investigations thus far, Ms. Iovino's Concerns/Allegations may include the following, however we cannot be certain:**

1. Questions regarding the use of Government Facilities
2. Time Keeping Practices associated with overtime
3. Hiring and Employment Practices
4. Health and Wellness | Care Canines both OCONUS /CONUS
5. HR matters associated with Promotions, Position Titles and Status of Employment

1

CONFIDENTIAL

000031

6. Best Veterinarian Care Practices, specifically associated with Amputation of said Canine "Frank"
7. Emails and Photographs

**Situation:** At the time of this email, there are no mission impacts to the Department of State Contract. All duties and operations continue IAW the expectations of the contract. All concerns regarding the above allegations have been reported to both the CO and the COR verbally. MSA is conducting an internal Administrative investigation as well as a forensic computer investigation to ensure confidential and privileged information has been protected. MSA will provide a report of our findings upon completion to the Department of State regarding the outcomes of the investigation as well as this employee matter.

**Regarding OIG or Allegations by Employees:** We believe that the allegations of Dr. Iovino as we understand them thus far are wholly baseless and without merit. We hold ourselves here at MSA to the highest standards of integrity with regard to our employment practices and the care of both our employees and service canines. We continue to encourage our employees to report any irregularities to the Office of Inspector General and we would never retaliate against any employee for doing so.

**Courses of Action Today:**

- Verbally communicated what I understand to be the situation and our intended courses of action with Mr. Loren Bachman, Ms. Anna Garcia and Mr. Josh Carter from Department of State. I have verbal authorization and concurrence by all parties to communicate the situation with Ms. Cathy Read when she returns.
- Effective today, Dr. Iovino has been placed on administrative leave with pay while concerns involving her regarding the disclosure of confidential information are investigated.
- To that end, we have additionally taken the opportunity to remind her of the confidentiality obligations she has pursuant to the various agreements she has entered into with MSA Security, certain of its clients and the United States government.
- MSA has notified our FSO who has removed her access in JPAS (DoD) and upon further review will submit an incident report to DSS regarding this Investigation, (threats to impact the customer mission and shut down CVC hospital or to disclose privileged and confidential information to media based on allegations yet to be expressed to her employer make suitability to maintain a clearance "high-risk" at this juncture).
- We have collected all work related items from her and done this in a manner that ensures we were able to retrieve our property and information without causing undue disruption to the customer or operations. This includes laptops and CVC Key Fobs.
- We have removed Dr. Iovino's access to the facility.
- We have boxed up computers associated with this investigation and forwarded them to the MSA Computer Forensic Investigation team for analysis.
- We have ensured the hospital remains operational, and 100% within VA compliance to ensure the continued quality health and wellness of Canines.

    o The Veterinarian-In-Charge is Dr. Mike Ratcliff, MS, DVM. The State has acknowledged in writing that we are OK to continue to operate. We should have the official certificate late next week.

    o Controlled substances ordered under Ms. Iovino's DEA license have been logged and loaded into a safe. That safe has now been sealed, and the combination changed. Dr. Ratcliff is the only one who knows the new combination, and the emergency access keys are locked in the safe in his office.

2

000032

I will continue to keep you informed regarding this matter and am available to speak with you or other leadership at the Department of State at your request.

V/r-

Gerald

Gerald G. Goss
MSA Security, Executive Management Team
Office Address: Suite 100
1655 North Ft. Myer Drive,
Arlington, VA 22209
Office: 571-375-5018
Email: ggoss@msasecurity.net

**GERALD G. GOSS| EXECUTIVE MANAGEMENT TEAM** | Office: 571-375-5018
**MSA SECURITY | IN THE BUSINESS OF BUSINESS-AS-USUAL™** | WEB: www.msasecurity.net



3

EXHIBIT B

000034

## Peter Deegan

| | |
|---|---|
| **From:** | Peter Deegan |
| **Sent:** | Wednesday, July 26, 2017 11:16 AM |
| **To:** | Karen Iovino |
| **Subject:** | RE: Litigation Against the Company and Press Inquiries |

Karen,
Thank you for your reply.  The EEOC complaint will be dealt with through the established channels since you chose to make us aware of your sex and age complaint via that process.

As I am sure you are aware, as an employee on a government contract, you have fiduciary responsibility to bring allegations of impropriety to our attention.  Accordingly if you have concerns of impropriety relating to the CVC aside from your complaint of sex and age discrimination, you must report these to me.  Additionally, if you have concerns (aside from your complaint of sex and age discrimination), we must make the client aware, as well as notify the IG of the issues for investigation.

I await your reply.

Kind regards,
Peter Deegan

PETER DEEGAN | VICE PRESIDENT, HUMAN RESOURCES | OFFICE: +1 (212) 509-1336 EXT. 242 | MOBILE: +1 (347) 949-3453
MSA SECURITY | IN THE BUSINESS OF BUSINESS-AS-USUAL™ | WEB: WWW.MSASECURITY.NET

**From:** Karen Iovino
**Sent:** Wednesday, July 26, 2017 7:51 AM
**To:** Peter Deegan <PDeegan@msasecurity.net>
**Subject:** RE: Litigation Against the Company and Press Inquiries

Mr. Deegan,

In light of the fact that I felt compelled to file an EEOC complaint, I don't feel it would be appropriate to elaborate on the issues at CVC at this time.

I would be happy to have a face to face discussion at the appropriate time.

Karen

KAREN IOVINO, DVM


VETERINARIAN, CANINE VALIDATION CENTER
O: 540.300.6028 X345 | C: ▮▮▮▮▮▮▮▮ | F: 540.545.4138

**From:** Peter Deegan
**Sent:** Tuesday, July 25, 2017 10:43 PM
**To:** Karen Iovino <Klovino@msasecurity.net>
**Subject:** RE: Litigation Against the Company and Press Inquiries

1

IOVINO_00000055