**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant** | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

**ORDER**

The Court, having before it, Defendant and Counterclaim Plaintiff's Motion for an Extension of Time to File Defendant and Counterclaim Plaintiff's Expert Reports, and good cause appearing for the Motion.

IT IS HEREBY ORDERED that Defendant and Counterclaim Plaintiff shall file its expert reports, on or before August 7, 2023.

June __15__, 2023

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate