| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT AND** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| | ) | **MOTION FOR A PROTECTIVE** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **ORDER UNDER FEDERAL** |
| **d/b/a MSA SECURITY, INC.** | ) | **RULE OF CIVIL** |
| | ) | **PROCEDURE 26(c)** |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

Pursuant to Federal Rule of Civil Procedure 26(c), the January 8, 2024 Telephonic Hearing Regarding Discovery Dispute, and the Order Setting Briefing Schedule dated January 11, 2024 (ECF 150), Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a/ MSA Security, Inc. ("MSA"), through counsel, respectfully moves for entry of the attached proposed protective order on the grounds that the discovery sought by Plaintiff and Counterclaim Defendant Karen Iovino ("Plaintiff" or "Iovino") must be requested through the Department of State's *Touhy* Process outlined in 22 C.F.R. Part 172. There exists good cause to support this motion.

In support of this motion, MSA submits the accompanying Memorandum of Law in Support. Per the January 11, 2024 Order Setting Briefing Schedule, MSA understands that the United States Government will be filing its Statement of Interest by February 2, 2024.

Respectfully submitted,

Date: January 23, 2024

*/s/ Daniel S. Ward*

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)

WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

*/s/ Daniel S. Ward*

_____
Daniel S. Ward