# EXHIBIT A

**From:** T. M. Guyer and Ayers & Friends PC thad@guyerayers.com  📎
**Subject:** Re: DOS Claims To Control All Deponents And Witnesses In Section 4712 Cases/Not a Chance/Individual Deposition dates Dec 11, 2023
**Date:** November 30, 2023 at 3:05 PM
**To:** Greenstein, Jaclyn D GreensteinJD@state.gov, Daniel Ward dan@wardberry.com
**Cc:** Chelsea Padgett chelsea@wardberry.com, Jack Kolar jackk@whistleblower.org, Karen Gray KarenG@whistleblower.org, Kendrick Holley kendrickh@whistleblower.org, Kerry McCarthy kerry@wardberry.com, Nate Adams nadams@nadamslaw.com, Ryan Berry ryan@wardberry.com, Stephani Ayers stephani@whistleblowerdefenders.com

Thanks Jaclyn, I think there is no way the DOS regulation covers employees of Section 4712 contractors. The term contractor is referring to natural persons who are subject to direct supervision by the government, such as personal services contractors who are not within the scope of Section 4712 protections. Please forward any case or regulatory authority upholding the DOS position that DOS Touhy regulations cover employees of a corporation that has a contract with the government. Section 4712 was enacted by Congress to allow direct litigation in the federal courts buy employees of contracting entities. There is no way Congress intended to give an agency like DOS control over all the deponents and witnesses in the litigation.

We will not submit any  Touhy request to DOS, and will let this matter be determined by the federal courts. Given that the DOS has already intervened in this case and has been subject to direct orders of the court on discovery matters, this is an effort to confer on a dispute between litigants before the court. Let me know if you would like to talk by phone to complete the conferring. I am ccing Stephani Ayres who represents employees in other DOS Section 4712 cases so she can be aware that DOS asserts it controls almost all deponents and witnesses.

Thanks.

Thad

Get [Outlook for iOS](#)

**From:** Greenstein, Jaclyn D <GreensteinJD@state.gov>
**Sent:** Thursday, November 30, 2023 1:21:57 PM
**To:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>; Daniel Ward <dan@wardberry.com>
**Cc:** Chelsea Padgett <chelsea@wardberry.com>; Jack Kolar <jackk@whistleblower.org>; Karen Gray <kareng@whistleblower.org>; Kendrick Holley <kendrickh@whistleblower.org>; Kerry McCarthy <kerry@wardberry.com>; Nate Adams <nadams@nadamslaw.com>; Ryan Berry <ryan@wardberry.com>; Stephani Ayers <stephani@whistleblowerdefenders.com>
**Subject:** RE: Not a Chance/Individual Deposition dates Dec 11, 2023

Hi all,

Thanks for looping DOS legal into this discussion.  To the extent the parties are seeking to depose DOS employees or contractors concerning their work on DOS contracts in the *Iovino v. MSA* litigation, the DOS *Touhy* regulations require DOS approval.  DOS *Touhy* regulations indicate that employees, former employees, and contractors are covered by the regulations.  *See* 22 CFR 172.1 ("For purposes of this part, and except as the Department may otherwise determine in a particular case, the term *employee* includes the Secretary and former Secretaries of State, and all employees and former employees of the Department of State or other federal agencies who are or were appointed by, or subject to the supervision, jurisdiction, or control of the Secretary of State or his Chiefs of Mission, whether residing or working in the United States or abroad, including United States nationals, foreign nationals, and contractors.")  I'll work expeditiously to review and ensure

a DOS response to any *Touhy* requests for depositions. A few things that will expedite DOS review include if you properly serve the request on DOS (see 22 CFR 172.2), provide "as much specificity as possible" concerning who you would like to depose and the official information sought (22 CFR 172.5), and respond to the considerations the DOS must consider in evaluating your request (22 CFR 172.8). You can email to me a courtesy copy, as mail to DOS is often delayed.

Best regards,

Jaclyn Greenstein
Attorney Adviser, L/M/DS
Office: 571.345.3003

---

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Sent:** Wednesday, November 29, 2023 5:38 PM
**To:** Daniel Ward <dan@wardberry.com>
**Cc:** Chelsea Padgett <chelsea@wardberry.com>; Greenstein, Jaclyn D <GreensteinJD@state.gov>; Jack Kolar <jackk@whistleblower.org>; Karen Gray <kareng@whistleblower.org>; Kendrick Holley <kendrickh@whistleblower.org>; Kerry McCarthy <kerry@wardberry.com>; Nate Adams <nadams@nadamslaw.com>; Ryan Berry <ryan@wardberry.com>; Stephani Ayers <stephani@whistleblowerdefenders.com>
**Subject:** Re: Not a Chance/Individual Deposition dates Dec 11, 2023

No way we will agree to a Touhy process for non-government employees of a private contractor. Notwithstanding that MSA controls its own employees, I understand your position to be that you will not produce them because of the DOS position. I will draft a discovery dispute letter and get it to you tomorrow and I am going to seek permission to file a motion to compel MSA to produce these witnesses, let the government have its say, and then the judge make his decision. Thanks Dan. Thad

On Wed, Nov 29, 2023 at 3:05 PM Daniel Ward <dan@wardberry.com> wrote:

> Thad,
>
> I just spoke with Jaclyn Greenstein at DoS. DoS position is that you would need to submit a *Touhy* request to DoS re: the depositions. In particular, DoS requests that you state the topics you would be exploring in each deposition. Once your *Touhy* requests are approved, we will move forward promptly with the scheduling of these depositions.
>
> Jaclyn (copied here) further suggests that you send her a courtesy copy of any *Touhy* requests you serve on DoS to help facilitate the process.
>
> Thanks,
>
> Dan Ward
> Ward & Berry, PLLC
>
>> **From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
>> **Date:** Wednesday, November 22, 2023 at 1:17 PM
>> **To:** Daniel Ward <dan@wardberry.com>
>> **Cc:** Kerry McCarthy <kerry@wardberry.com>, Ryan Berry <ryan@wardberry.com>, Chelsea Padgett <chelsea@wardberry.com>,

Jack Kolar <jackk@whistleblower.org>, Nate Adams <nadams@nadamslaw.com>, Kendrick Holley <kendrickh@whistleblower.org>, Stephani Ayers <stephani@whistleblowerdefenders.com>, Karen Gray <kareng@whistleblower.org>
**Subject:** Re: Individual Deposition dates Dec 11, 2023

# Hi Dan, I think we did have a Zoom meeting and we did not agree to very much. No matter, we can give it another try. In the meantime, I would like to start scheduling the following present/former MSA employees for Zoom depositions during the weeks of December 11 and 18, one deposition in the morning and one in the afternoon. Please get back with me on who we can start with. Of course, as to any former employees, let us know if you prefer we contact them directly. Thanks. Thad

First List of Deponents (11-22-2023)

| No | Name | Present/Former Position | Duration |
|----|------|------------------------|----------|
| | | | |
| 1 | Alan Bower | MSA Human Resources/Facilities Manager at CVC | 3 hrs |
| 2 | Mike Hayes | MSA Program Manager | 3 hrs |
| 3 | Zane Roberts | MSA Program Manager (hereafter "PM") at CVC | 3 hrs |
| 4 | Gerald Goss | Vice President for Business Development | 2 hrs |
| 5 | Peter Deegan | MSA Vice President for Human Resources | 2 hrs |
| 6 | James Olds | MSA CVC Deputy Program Manager | 2 hrs |

On Wed, Nov 22, 2023 at 11:47 AM Daniel Ward <dan@wardberry.com> wrote:

Thad,

Did you guys ever address the issues I raised in my 09/09/22 letter re: the scope of the 30(b)(6)? I don't have a response to that letter in my files. I have attached a copy of that letter here for your convenience. Let's try to resolve

these issues before we calendar the depo.

Thanks,

Dan Ward
Ward & Berry, PLLC

---

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Date:** Tuesday, November 21, 2023 at 11:48 AM
**To:** Daniel Ward <dan@wardberry.com>
**Subject:** Deposition dates Dec 11, 2023?: Amended Notice of FRCP 30(b)(6) Deposition for September 1, 2022

Hi Dan, I would like to get the rule 30B6 depositions on the calendar for the weeks of December 11 or December 18. Attached is the previous notice of deposition with the matters specified. Could you please get back with me and let me know what dates work? Of course if you have dates for the week of December 4 it would be wonderful. We are just talking about one day. Thanks. Thad

---------- Forwarded message ---------
From: **T. M. Guyer and Ayers & Friends PC** <thad@guyerayers.com>
Date: Thu, Aug 25, 2022 at 8:02 PM
Subject: Re: Amended Notice of FRCP 30(b)(6) Deposition for September 1, 2022
To: Daniel Ward <dan@wardberry.com>
CC: Ryan Berry <ryan@wardberry.com>, Chelsea Padgett <chelsea@wardberry.com>, Kerry McCarthy <kerry@wardberry.com>, Jack Kolar <jackk@whistleblower.org>

Dan, because we have not received any suggested dates from you, we are re-noticing the FRCP 30(b)(6) to commence after the teleconference with Judge Hoppe on September 1, 2022. Per the attached, the deposition will commence at 1:30 p.m. by Zoom. We are also going to give the court notice of a discovery dispute for MSA's failure to produce discovery, and for failure to respond to our proposed protective order. Thanks. Thad

On Sat, Jul 30, 2022 at 1:16 AM Jack Kolar <jackk@whistleblower.org> wrote:

Dan and colleagues,

Please see attached deposition notice. Please contact my co-counsel, Thad Guyer, with any questions or concerns. Thad can be reached at the email address on the cc line.

Best, Jack

--

**Thad M. Guyer**

**T.M. Guyer and Ayers & Friends, PC**

**Main Office Seattle:  +1 (206) 535-2395 Washington DC +1 (202) 417-3910**

**Miami:  +1 (305) 851-7267 Fax  +1 (888) 866-4720  Skype +1 (561)629-1090**

**Mail and Delivery Address: 116 Mistletoe Street, Medford, OR 97501**
**Website**:  **www.GuyerAyers.com**

\-\-

**Thad M. Guyer**

**T.M. Guyer and Ayers & Friends, PC**

**Seattle:  +1 (206) 535-2395 Washington DC +1 (202) 417-3910**

**Fax  +1 (888) 866-4720**

**Website**:  **www.GuyerAyers.com**