| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| | ) | **[PROPOSED]** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **PROTECTIVE ORDER** |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

The purpose of this Order is to enforce the Department of State's ("DoS") *Touhy* regulations codified in 22 C.F.R. Part 172. This Order governs the handling of deposition testimony of DoS and/or MSA employees (as defined by 22 C.F.R. 172.1). This Order is a supplement to, and does not supersede, the Confidentiality Order implemented in this matter at ECF 67.

It appearing to the Court that Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc. ("MSA") desires a protective order to protect certain Confidential Information[1] and to preserve DoS's ownership of all documents and records under its contract with MSA, the Court finds and concludes that this Order will expedite discovery, that its benefits outweigh any burden on public access to the judicial process, and that it represents the least onerous alternative for balancing the public's access to its judicial process with the specific, legitimate interests of the litigants and other affected persons.

---

[1] MSA incorporates by reference all definitions as defined in the Confidentiality Order at ECF 67.

Having found good cause, it is **ORDERED** that:

To the extent that either of the parties seek to obtain deposition testimony from current and former DoS and/or MSA employees (who are DoS contractors), that party must abide by DoS's *Touhy* regulations, and shall only take any such deposition after obtaining approval from DoS of its *Touhy* request identifying who that party would like to depose and any official DoS information sought.

The Clerk is directed to forward copies of this Order to counsel of record.

**Entered this ____ day of _____, 2024.**

_____

**JUDGE**