# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

**Karen Iovino**

v.

**Michael Stapleton Associates, LTD.**

Action No: 5:21cv64

Date: 4/19/24

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson,
Cisco Conference Manager

Deputy Clerk:   Karen Dotson

**<u>PLAINTIFF'S ATTORNEY</u>**
Nate Lavinder Adams, III
Thad M Guyer

**<u>DEFENSE ATTORNEY</u>**
Daniel Sage Ward

PROCEEDINGS:

Telephonic Discovery Hearing:

Argument by Mr. Ward re: errata sheet

Argument by Mr. Guyer re: errata sheet

Parties to discuss re-opening deposition and inform deputy clerk of decision

Time in Court: 11:02-11:42=40 minutes