**APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG_____ DIVISION**

Karen Iovino                                )    CASE NO.: 5:21CV00064
                                            )
v.                                          )    DATE: 4/19/2024
                                            )
Michael Stapleton Associates,               )
                                   LTD.     )
TYPE OF HEARING: Discovery                  )    Time in Court: 11:02-11:42=40 min.
                  dispute

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES/SPEAKERS:**

1.  USMJ – Joel C. Hoppe            6.
2.  Nate Adams – π                  7.
3.  Daniel Ward – Δ                 8.
4.  Thad Guyer – π                  9.    deputy clerk – Karen Dotson
5.                                  10.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CD NO(S). Recorded using AT&T Conference Manager            RECORDED BY:  Karen Dotson
          and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:02 | 1,2 | 22 | 1,4 | | | | | | |
| | 1,3 | | 1. | | | | | | |
| | 1,4 | 23 | 3,4 | | | | | | |
| | 1,4 | | 1. | | | | | | |
| 3 | 1. | 24 | 3 | | | | | | |
| 4 | 3 | 26 | 1 | | | | | | |
| 6 | 1,3 | 38 | 3 | | | | | | |
| | 1,3 | 39 | 1,4 | | | | | | |
| 7 | 1 | | 1 | | | | | | |
| 8 | 3 | 41 | 4,1 | | | | | | |
| 11 | 1,4 | | 3 | | | | | | |
| 21 | 1,4 | 42 | 1,3 | | | | | | |
| | 1,4 | | 4,1 | | | | | | |