CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

July 24, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, | ) |
| Plaintiff, | ) Civil Action No. 5:21-cv-00064 |
| v. | ) **ORDER** |
| MICHAEL STAPLETON ASSOCIATES, LTD. d/b/a MSA Security, Inc., | ) By:  Hon. Thomas T. Cullen<br>  United States District Judge |
| Defendant. | ) |

Plaintiff Karen Iovino sued Defendant Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc. ("MSA") for allegedly violating a federal whistleblower law. The case is now before the court on Iovino's objections to the Honorable Joel C. Hoppe, United States Magistrate Judge, granting MSA's motion for a protective order. (ECF No. 174.) For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** as follows:

1. Iovino's objections to Judge Hoppe's decision are **OVERRULED**, and the entry of the protective order is **AFFIRMED**.

2. Iovino's counsel must **SHOW CAUSE**, within **21 days** of the date of this Order, why they should not be sanctioned and/or referred to their respective state bars for professional misconduct in connection with citing seemingly fictitious cases and quotations in Iovino's brief objecting to Judge Hoppe's decision.

3. The deadline for the parties to complete discovery shall be **December 31, 2024**, and the deadline to file dispositive motions shall be **January 31, 2025**. The parties are **DIRECTED** to contact the Clerk to reschedule the case for trial in mid-2025.

4. The parties and the United States Department of State are **DIRECTED** to file concise reports, within **30 days** of the date of this Order, on the status of Iovino's *Touhy* requests and any other open discovery items.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**ENTERED** this 24th day of July, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE