**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**KAREN IOVINO,**

Plaintiff,

v.

CASE NO. 5:21-cv-00064

**MICHAEL STAPLETON ASSOCIATES, LTD.**
**d.b.a. MSA SECURITY, INC.**

Defendant.

<u>**PLAINTIFF'S NOTICE OF APPEAL**</u>

Plaintiff, by and through undersigned counsel and pursuant to the collateral order doctrine described in *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 546 (1949), appeals to the United States Court of Appeals for the Fourth Circuit from the two orders signed and entered as follows:  (1) The July 24, 2024 order (ECF No. 177) overruling Plaintiff's Rule 72(a) Objections to Magistrate Judge Hoppe's Order; and (2) the May 23, 2024 Order (ECF No. 172) by Magistrate Judge Hoppe granting Defendant's Motion for Protective Order.

Dated: July 30, 2024

Respectfully Submitted,

/s/ Thad M. Guyer
Thad M. Guyer (Oregon No. 821443)
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
Medford, OR 97501
tmguyer@tmguyer.com/thad@guyerayers.com

And

1

John A. Kolar (DCB No. 953292)
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St., N.W., Suite 808
Washington, DC 20006
Jackk@whistleblower.org

Nate L. Adams III (VSB No. 20707)
11 S. Cameron Street
Winchester, VA 22601
nadams@nadamslaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024 I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to all counsel of

record, and to:

Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
WARD & BERRY, PLLC
ryan@wardberry.com
dan@wardberry.com
Attorneys for MSA

And

Laura Day Taylor
Civil Chief/Appellate Chief
United States Attorney's Office
Western District of Virginia
Laura.Taylor@usdoj.gov

Krista Consiglio Frith (VSB No. 89088)
Assistant United States Attorney
Email: Krista.Frith@usdoj.gov

Attorneys for U.S. Department of State (non-party)

/s/ Thad M. Guyer
Thad M. Guyer