# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **KAREN IOVINO,**<br><br>      Plaintiff,<br><br>      v.<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD.**<br>d.b.a. **MSA SECURITY, INC.**<br><br>      Defendant. | CASE NO. 5:21-cv-00064 |

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

Plaintiff, Karen Iovino, by and through undersigned counsel and pursuant to the collateral order doctrine established in *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 546 (1949) hereby amends her Notice of Appeal filed July 30, 2024 (ECF No. 179) and appeals to the United States Court of Appeals for the Fourth Circuit from: (1) the July 24, 2024 order and memorandum opinion (ECF Nos. 177-178) overruling Plaintiff's Rule 72(a) Objections to Magistrate Judge Hoppe's Order, and (2) the May 23, 2024 Order (ECF No. 172) by Magistrate Judge Hoppe granting Defendant's Motion for Protective Order.

Dated: August 2, 2024

                                        Respectfully Submitted,

                                        /s/ Thad M. Guyer
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

                                        Thad M. Guyer (Oregon No. 821443)
                                        T.M. Guyer and Ayers & Friends, PC
                                        116 Mistletoe Street
                                        Medford, OR 97501
                                        (202) 417-3910
                                        tmguyer@tmguyer.com/thad@guyerayers.com

And

John A. Kolar (DCB No. 953292)
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St., N.W., Suite 808
Washington, DC 20006
Jackk@whistleblower.org

Nate L. Adams III (VSB No. 20707)
11 S. Cameron Street
Winchester, VA 22601
nadams@nadamslaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and to:

>Ryan C. Berry (VSB 67956)
>Daniel S. Ward (VSB 45978)
>WARD & BERRY, PLLC
>ryan@wardberry.com
>dan@wardberry.com
>Attorneys for MSA
>
>And
>
>Laura Day Taylor
>Civil Chief/Appellate Chief
>United States Attorney's Office
>Laura.Taylor@usdoj.gov
>
>Krista Consiglio Frith (VSB No. 89088)
>Assistant United States Attorney
>United States Attorney's Office
>Email: Krista.Frith@usdoj.gov
>
>Attorney for U.S. Department of State (non-party)

/s/ Thad M. Guyer
Thad M. Guyer