UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **KAREN IOVINO,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD.**<br>d.b.a. **MSA SECURITY, INC.**<br><br>Defendant. | CASE NO. 5:21-cv-00064 |

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING COLLATERAL ORDER APPEAL TO THE FOURTH CIRCUIT**

Plaintiff, Karen Iovino, through her undersigned counsel, hereby respectfully moves that this Court enter an order staying further proceedings in this matter, except those related to the Court's Order to Show Cause for failure to follow professional standards (ECF No. 178), until the U.S. Court of Appeals for the Fourth Circuit has ruled on her appeal of (1) Judge Cullen's July 24, 2024 Order (ECF No. 177) affirming and overruling Plaintiff's Rule 72(a) Objection to Magistrate Judge Hoppe's Order; and (2) the May 23, 2024 Order (ECF No. 172) by Magistrate Judge Hoppe granting Defendant's Motion for Protective Order, and awarding such other relief that this Court finds necessary and proper. Contemporaneous with this Motion, Plaintiff is filing a Memorandum in support of this Motion.

Respectfully Submitted,

/s/ Thad M. Guyer
Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street

1

        Medford, OR 97501
        (202) 417-3910
        tmguyer@tmguyer.com/thad@guyerayers.com

        GOVERNMENT ACCOUNTABILITY PROJECT
        John A. Kolar (DCB No. 953292)
        1612 K St., N.W., Suite 808
        Washington, DC 20006
        Jackk@whistleblower.org

        Nate L. Adams III (VSB No. 20707)
        11 S. Cameron Street
        Winchester, VA 22601
        nadams@nadamslaw.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and to:

        Ryan C. Berry (VSB 67956)
        Daniel S. Ward (VSB 45978)
        WARD & BERRY, PLLC
        ryan@wardberry.com
        dan@wardberry.com
        Attorneys for MSA

        And

        Laura Day Taylor
        Civil Chief/Appellate Chief
        United States Attorney's Office
        Laura.Taylor@usdoj.gov

        Krista Consiglio Frith (VSB No. 89088)
        Assistant United States Attorney
        Email: Krista.Frith@usdoj.gov

        Attorney for U.S. Department of State (non-party)

/s/ Thad M. Guyer