# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **KAREN IOVINO,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD.**<br>d.b.a. **MSA SECURITY, INC.**<br><br>　　Defendant. | CASE NO. 5:21-cv-00064 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING COLLATERAL ORDER APPEAL TO THE FOURTH CIRCUIT**

Upon consideration of Plaintiff's Motion to Stay Proceedings Pending Collateral Order Appeal to the Fourth Circuit, the briefs filed by the Parties, and any argument regarding the Motion, it is hereby ORDERED that the Motion is hereby GRANTED. Specifically, all proceedings in this matter are stayed until the U.S. Court of Appeals for the Fourth Circuit rules on Plaintiff's Appeal, except those related to paragraph 2 of the Court's July 24, 2024 Order (ECF No. 178) concerning professional misconduct.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this ____ day of _____, 2024.

_____
Judge, United States District Court
Western District of Virginia