CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 06, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-cv-00064 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, | ) | By:    Hon. Thomas T. Cullen |
| LTD. d/b/a MSA Security, Inc., | ) |        United States District Judge |
| | ) | |
| Defendant. | ) | |

On July 24, 2024, the court overruled Plaintiff Karen Iovino's objections to the Honorable Joel C. Hoppe, United States Magistrate Judge, granting Defendant Michael Stapleton Associates, Ltd.'s motion for a protective order. (ECF No. 178.) Iovino subsequently filed an interlocutory appeal asking the Fourth Circuit to reverse the court's and Judge Hoppe's rulings. (ECF Nos. 179–80.) This matter is now before the court on Iovino's motion to stay further proceedings in this matter until the Fourth Circuit rules on her appeal. (ECF No. 181.)

For good cause shown, Iovino's motion (ECF No. 181) is **GRANTED**. Except for proceedings related to the court's Show Cause Order to Iovino's counsel, this matter is **STAYED** until the Fourth Circuit rules on Iovino's interlocutory appeal.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 6th day of August, 2024.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE