UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **KAREN IOVINO,**  *Plaintiff,*  v.  **MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**  *Defendant.* | Case No. 5:21-CV-00064-TTC |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

Plaintiff requests a one-week extension to file counsel's Response to Order to Show Cause. (ECF 178). The current due date is today, August 14, 2024. The requested extended due date is August 21, 2024. Counsel for MSA has no objection to this request. The good cause for this request is that the attorney assigned to review and cite check the Response, Ms. Elisabeth Connell, today tested positive for Covid 19 and is ill.

Respectfully submitted,

/s/ Thad M. Guyer

_____
Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the below listed counsel for the Defendant at the address and by the methods indicated on August14, 2024:

Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
ryan@wardberry.com dan@wardberry.com

Krista Consiglio Frith (Bar No. 89088)
Assistant United States Attorney
P. O. Box 1709
Roanoke, VA 24008-1709
E-mail: Krista.Frith@usdoj.gov

Methods of Service:

    ECF Notification:  Yes
    Email: Yes
    US Mail:  No

/s/ Thad M. Guyer

_____

Thad M. Guyer