UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **KAREN IOVINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD.**<br>**d.b.a. MSA SECURITY, INC.,**<br><br>*Defendant.* | Case No. 5:21-CV-00064-TTC |

**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

Plaintiff requests a three-day extension to file counsel's Response to Order to Show Cause. (ECF 178). The current due date is August 21, 2024. The requested extended due date is Monday August 26, 2024. Counsel for MSA has no objection to this request. The good cause for this request is that the attorney assigned to review and cite check the Response, Ms. Elisabeth Connell, returned to work on Monday, August 19 with residual illness from Covid 19, and the task is significantly time intensive. (See Declaration of Thad M. Guyer).

        Respectfully submitted,

        /s/ Thad M. Guyer

        _____

        Thad M. Guyer
        T.M. Guyer and Ayers & Friends, PC

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon the below listed counsel for the Defendant at the address and by the methods indicated on August 20, 2024:

Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
ryan@wardberry.com dan@wardberry.com

Krista Consiglio Frith (Bar No. 89088)
Assistant United States Attorney
P. O. Box 1709
Roanoke, VA 24008-1709
E-mail: Krista.Frith@usdoj.gov

Methods of Service:

    ECF Notification:  Yes
    Email: Yes
    US Mail:  No

                                                /s/ Thad M. Guyer

                                                Thad M. Guyer

*Motion for Extension re Order to Show Cause*