UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**KAREN IOVINO,**

    **Plaintiff,**

v.                                                                          CASE NO. 5:21-cv-00064-TTC

**MICHAEL STAPLETON ASSOCIATES, LTD.,**
   **d/b/a MSA SECURITY, INC.,**

    **Defendant.**

### DECLARATION OF NATE L. ADAMS, III,
### IN SUPPORT OF
### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

I, Nate L. Adams, III, declare under the laws of the United States of America under penalty of perjury that the following statements are true and correct.

1. I am licensed to practice law in the Commonwealth of Virginia since 1981, having graduated from the College of William and Mary in 1977 and the Washington & Lee University School of Law in 1981. I have been admitted to the United States District Court for the Western District of Virginia since approximately 1981.

2. I conduct online legal research using Lexis Advantage (Virginia state and federal cases) and sometimes Google to narrow sources or to discover articles concerning the topic I am researching. I also sometimes perform manual research.

3. I do not use artificial intelligence ("AI"), including CHAT GTB, to perform legal research or to draft legal pleadings.

4. I have attended at least one Virginia CLE ethics seminar in which the panel discussion included the pitfalls of using AI.

5. I have not been reprimanded, either privately or publicly, by the Virginia State Bar for ethical violations at any time since my admission in 1981. I have not been sanctioned under Va. Code §8.01-271.1 (1950, as amended) or F. R. Civ. P. 11 at any time since my admission. I currently have a Martindale Hubbell peer review rating of 4.4 among my peers for professionalism and ethical conduct.

6. I sponsored the *pro hac vice* admission of attorneys with the Government Accountability Project in September, 2021, and with Thad M. Guyer with T.M. Guyer and Ayers & Friends, P.C., in August, 2022, for the case of *Iovino v. Michael Stapleton Associates, Ltd., d/b/a*

*MSA Security, Inc.*, Civil Action No. 5:21-cv-00064, United States District Court for the Western District of Virginia, Harrisonburg Division. The Government Accountability Project ("GAP"), an organization formed in 1977 with an excellent reputation for representing employees for whistle blowing activities, is the lead attorney for Karen Iovino.

7.     I believe that I have complied with all rules of the United States District Court for the Western District of Virginia and the Federal Rules of Civil Procedure relating to *pro hac vice* admission and the monitoring of counsel so admitted.

8.     I did not author or sign the specific Objections (ECF No. 173) and Appeal and Memorandum (ECF No. 174) filed in this case which is the subject of the Court's Memorandum Opinion (ECF No. 177) and Order to Show Cause (ECF No. 178) although I was familiar with the legal arguments to be presented. These pleadings were drafted and signed by Mr. Guyer. I was unaware of which legal research databases, services or artificial intelligence that Mr. Guyer used in his practice or law firm.

9.     I did not review or respond to the MSA Opposition to Iovino's objections (ECF No. 175) because I believed that any response, if necessary, would be filed by Thad Guyer of Thad Guyer and Ayers & Friends, PC, who drafted the Objections (ECF No. 173) and Appeal and Memorandum (ECF No. 174), and argued the objections.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 7th day of August, 2024.

/s/ Nate L. Adams, III

Nate L. Adams, III, Esq.

VSB No. 20707
11 South Cameron St.

Winchester VA 22601

(540) 667-1330

nadams@nadamslaw.com