# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Karen Iovino**

vs.

**Michael Stapleton Associates, LTD**

Action No:   5:21CV64
Date:   10/9/2024
Judge:   Thomas T. Cullen
Court Reporter:   W. Stier
Deputy Clerk:   C.Kemp

**Plaintiff Attorneys**
Thad Guyer
Nate Adams
Dennis Quinn(for Gov Accountability Project)
Colin Neal(for Thad Guyer, Jack Kolar)

**Defendant Attorneys**
Dan Ward
Ryan Berry

**PROCEEDINGS:**
Parties present for show cause hearing.
Court addresses the parties.
Argument from counsel.
For the reasons stated on the record, no sanction will be issued.
Written Order forthcoming.
Adjourned.

Time in Court:   2:15p-2:42p 27 mins