CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

October 10, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KAREN IOVINO, | ) |
| Plaintiff, | ) Civil Action No. 5:21-cv-00064 |
| v. | ) **ORDER** |
| MICHAEL STAPLETON ASSOCIATES, LTD. d/b/a/ MSA Security, Inc., | ) By:  Hon. Thomas T. Cullen<br>) United States District Judge |
| Defendant. | ) |

On October 9, 2024, the court convened a hearing on its Show Cause Order, which was entered on July 24, 2024. (*See* ECF No. 178.) For the reasons stated on the record, the court is satisfied that no sanction is warranted.

The clerk is directed to forward a copy of this Order to all counsel of record. The clerk is also directed to forward a copy of this Order and the transcript of the October 9, 2024 hearing to the appropriate state bar associations.

**ENTERED** this 10th day of October, 2024.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE