CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
5/15/2025
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-cv-00064 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, | ) | By:   Hon. Thomas T. Cullen |
| LTD. d/b/a MAS Security, Inc., | ) |       United States District Judge |
| | ) | |
| Defendant. | ) | |

This case has been embroiled in protracted and contentious discovery for over two years. On May 15, 2025, following remand after an interlocutory appeal, the court held a status conference with the parties to reset this case for trial. During that status conference, the parties estimated at least 9 to 12 more months of contentious discovery, including numerous depositions of individuals subject to the United States Department of State's *Touhy* regulations. The court and the parties anticipate that some of those individuals are also likely to invoke executive, deliberative process, and other privileges in response to at least some questions that will be posed during their depositions.

Given the large volume of discovery remaining—and given the already lengthy nature of this case—the court believes it is necessary to refer a portion of the outstanding matters to a second magistrate judge to assist in overseeing discovery and ensuring that this case remains on track and arrives at a timely disposition. Accordingly, it is hereby **ORDERED** that this case is **REFERRED** to the Honorable C. Kailani Memmer, United States Magistrate Judge, for the management of the scope and conduct of all remaining depositions and discovery. This

will include adjudicating objections relating to the application of the *Touhy* regulations and, if necessary, presiding over depositions involving Department of State Office of the Inspector General employees and Department of State employees.[1] The parties are directed to contact Judge Memmer's chambers by Tuesday, May 20, 2025, to schedule an initial discovery-management conference with her.

This case shall remain referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, for the conduct of mediation if the court determines referral for mediation prior to trial would be beneficial.

The clerk is directed to forward a copy of this Order to all counsel of record and to Judge Memmer.

**ENTERED** this 15th day of May, 2025.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

---

[1] In addition to the need for a second magistrate in light of the sheer volume of discovery remaining even after years of protracted litigation, the court believes that the geographic proximity of Judge Memmer's chambers to this court's chambers will aid in the expeditious resolution of disputes when they arise.