IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
06/13/2025
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| KAREN IOVINO, | ) |
|     Plaintiff, | ) Civil Action No. 5:21-cv-00064 |
| v. | ) **ORDER** |
| MICHAEL STAPLETON ASSOCIATES, LTD. d/b/a MSA Security, Inc., | ) By:  Hon. C. Kailani Memmer<br>)       United States Magistrate Judge |
|     Defendant. | ) |

This matter came before the Court for an Initial Discovery Management Conference on June 12, 2025. Counsel for Plaintiff Karen Iovino ("Iovino"), Plaintiff Karen Iovino, counsel for Defendant Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc. ("MSA"), and counsel for the Department of State ("DoS") and the Department of State Office of the Inspector General ("DoS OIG"), participated in the conference. Based upon the matters discussed and with the purpose of ensuring the discovery process remains on track, the parties are **ORDERED** as follows:

1. The Scheduling Order, ECF No. 17, remains in effect. All pretrial deadlines that have yet to pass shall be calculated based upon the new trial dates. (*See* ECF No. 228) (setting new trial dates of June 1 – 5, 2026, and June 8 – 12, 2026).

2. Counsel for MSA identified its intention to file a motion for protective order to limit the number of depositions in this case. MSA is ordered to file its motion for protective order no later than June 16, 2025. Iovino shall file her response in opposition no later than June 23, 2025. MSA's reply, if any, shall be filed no later than June 26, 2025. The parties are directed to indicate in their briefs if they request a hearing on the motion.

3. Iovino is directed to provide counsel for MSA and counsel for DoS and DoS OIG an amended *Touhy* request and amended deposition notices for the 12 individual deponents no later than June 20, 2025. All counsel, including counsel for DoS and DoS OIG, are ordered to meet and confer on <u>all</u> *Touhy* requests and deposition notices, including the three 30(b)(6) deposition notices, no later than June 27, 2025. The parties are ordered to file a joint status report on the docket no later than July 1, 2025.

4. Counsel for DoS and DoS OIG shall provide responses to all *Touhy* requests and the deposition notices subject to the *Touhy* regulations no later than July 18, 2025.

It is so **ORDERED**.

Entered: June 13, 2025

Hon. C. Kailani Memmer
United States Magistrate Judge