**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT AND** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **COUNTERCLAIM PLAINTIFF'S** |
| **d/b/a MSA SECURITY, INC.** | ) | **MOTION FOR A PROTECTIVE** |
| | ) | **ORDER** |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a/ MSA Security, Inc. ("MSA"), through counsel, respectfully moves for a protective order on the grounds that the fifteen discovery depositions noticed by Plaintiff and Counterclaim Defendant Karen Iovino ("Plaintiff" or "Iovino") on May 21, 2025 subject MSA to undue expense (FRCP 26(c)(1)), are disproportionate to the case (FRCP 26(b)(1), and are requested for the sole purpose of annoying or embarrassing MSA (FRCP 26(c)(1)). Good cause exists to support this motion.

In support of this motion, MSA submits the accompanying Memorandum of Law in Support.

Respectfully submitted,

Date: June 16, 2025                     */s/ Daniel S. Ward*

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160

(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

*/s/ Daniel S. Ward*

_____
Daniel S. Ward