# EXHIBIT A

**Tuesday, June 10, 2025 at 3:35:29 PM Eastern Daylight Time**

**Subject:** RE: Touhy request
**Date:** Tuesday, June 10, 2025 at 11:53:09 AM Eastern Daylight Time
**From:** Jack Kolar
**To:** Frith, Krista (USAVAW), Chelsea Cruz
**CC:** Kerry McCarthy, Daniel Ward

Krista, I am following up on your email of May 28 regarding the Touhy requests and our deposition notices. You stated that it was your impression that document discovery was over. I would agree that the bulk of document discovery is over. At the same time, we would expect the parties and the government to produce any responsive documents in so far at they have not already been produced as we continue through the deposition process. That is especially the case with documents relating to the topics identified in the document annexes to the Rule 30(b)(6) notices. So, for example, as MSA and/or the government, in preparing witnesses to testify, comes across relevant documents that you have yet produced, we would expect you to produce them. The same obligation applies to Plaintiff Iovino.

Second, you point out that State's Touhy regulations outline the agency's required considerations in 22 C.F.R. § 172.8. You request that the Iovino's Touhy request touch upon those considerations. However, I read the list in that regulation to be factors for the agency to speak to. I submit that Iovino's request explains sufficiently why she is seeking the depositions in question and why they are relevant and necessary. Once we receive State's decision, and assuming it discusses these considerations, Iovino will then be in a position to address them, especially if they are reasons State decision to disallow a deposition. Jack

**From:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Sent:** Wednesday, May 28, 2025 8:58 AM
**To:** Chelsea Cruz <chelsea@wardberry.com>; Jack Kolar <jackk@whistleblower.org>
**Cc:** Kerry McCarthy <kerry@wardberry.com>; Daniel Ward <dan@wardberry.com>
**Subject:** RE: Touhy request

Hi Jack,

I am following-up on these questions from last week. My apologies if I've missed your response in all the email traffic on this case.

Thanks,
Krista

**From:** Frith, Krista (USAVAW)
**Sent:** Friday, May 23, 2025 3:31 PM
**To:** 'Chelsea Cruz' <chelsea@wardberry.com>; Jack Kolar <jackk@whistleblower.org>
**Cc:** Kerry McCarthy <kerry@wardberry.com>; Daniel Ward <dan@wardberry.com>
**Subject:** RE: Touhy request

Thanks, Chelsea. That is correct.

Additionally, I have a couple of other questions upon review of the Touhy request that hopefully we can resolve now so as to expedite everything.

The letter references document requests. I was under the impression that document discovery was over and counsel was merely seeking deposition testimony in this Touhy request, as the issues from a few years ago revolved around documents in the case. Can you please clarify whether you are seeking documents as part of this Touhy request? If so, can you be more specific about what documents you are seeking? We are happy to work with you to get whatever you are looking for, but we want to avoid any confusion down the road.

Additionally, State's Touhy regulations outline the agency's required considerations in 22 C.F.R. § 172.8. To the extent the Touhy request can touch upon those considerations, it would be helpful.

We want to work with everyone to provide the requested information in the most efficient manner possible consistent with the Department's regulations.

Thanks,
Krista

---

**From:** Chelsea Cruz <chelsea@wardberry.com>
**Sent:** Friday, May 23, 2025 3:16 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Cc:** Kerry McCarthy <kerry@wardberry.com>; Daniel Ward <dan@wardberry.com>
**Subject:** [EXTERNAL] Re: Touhy request

Jack and Krista,

MSA does not have any proposed redactions for this *Touhy* request. However, it is my understanding that the *Touhy* request needs to be sent to The Executive Office, Office of the Legal Adviser at DoS, not Krista, and that a courtesy copy is sent to Krista and Jaclyn Greenstein at DoS to expedite the *Touhy* process. See 22 C.F.R. § 172.2(a).

Krista, please correct me if I am mistaken.

Thanks,
Chelsea

--

Chelsea A. Cruz (Padgett)

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Date:** Friday, May 23, 2025 at 3:11 PM
**To:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>, Daniel Ward <dan@wardberry.com>
**Cc:** Chelsea Cruz <chelsea@wardberry.com>, Kerry McCarthy <kerry@wardberry.com>

**Subject:** RE: Touhy request

Krista, it is the Attachment B from the 30(b)(6) notices. Jack

---

**From:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Sent:** Friday, May 23, 2025 3:06 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Daniel Ward <dan@wardberry.com>
**Cc:** Chelsea Cruz <chelsea@wardberry.com>; Kerry McCarthy <kerry@wardberry.com>
**Subject:** RE: Touhy request

Thanks, Jack.

I don't see anything in the letter that needs to be redacted, but could you please provide Attachment B referenced in the letter? Perhaps that is Attachment B from the 30(b)(6) deposition notices you sent around earlier in the week, but I wanted to confirm.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Friday, May 23, 2025 2:25 PM
**To:** Daniel Ward <dan@wardberry.com>; Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Cc:** Chelsea Cruz <chelsea@wardberry.com>; Kerry McCarthy <kerry@wardberry.com>
**Subject:** [EXTERNAL] Touhy request

Krista and Dan, attached is our Touhy request that the court wants us to file on the open docket. Please advise if anything needs to be redacted. Jack