# EXHIBIT B

**Friday, May 30, 2025 at 3:26:11 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Touhy Request in Iovino case |
| **Date:** | Friday, May 23, 2025 at 5:52:00 PM Eastern Daylight Time |
| **From:** | Jack Kolar |
| **To:** | krista.frith@usdoj.gov, Greenstein, Jaclyn D, Daniel Ward, Chelsea Cruz, Kerry McCarthy |
| **Attachments:** | Touhy Request to the Department of State.Exec. Office.pdf, Iovino Deposition Notice of Alan Bower.pdf, Iovino Deposition Notice of Ben Orndorff.pdf, Iovino Deposition Notice of Gerald Goss.pdf, Iovino Deposition Notice of Jennifer Houston.pdf, Iovino Deposition Notice of Mike Hayes.pdf, Iovino Deposition Notice of Anna Garcia.pdf, Iovino Deposition Notice of Cathy Reed.pdf, Iovino Deposition Notice of Dr. Lee Palmer.pdf, Iovino Deposition Notice of James Olds.pdf, Iovino Deposition Notice of Michael Ratcliff.pdf.pdf, Iovino Deposition Notice of Peter Deegan.pdf, Iovino Deposition Notice of Sharon James.pdf, Iovino Rule 30b6 Deposition Notice to MSA Final.pdf, Iovino Rule 30b6 Deposition Notice to the Department of State Draft Final.pdf, Iovino Rule 30b6 Deposition Notice to the Department of State Office of Inspector General Final.pdf |

Ms. Frith and Ms. Greenstein and Counsel, I've attached a courtesy copy of a Touhy Request that I will be serving by first-class mail to the Executive Office as required by 22 C.F.R. § 172.2(a). Jack Kolar