# EXHIBIT E

Case 5:21-cv-00064-TTC-CKM · Document 232-6 · Filed 06/16/25 · Page 2 of 8 Pageid#: 2404

(202) 457-0034 |

info@whistleblower.org

Sign Up For Our Newsletter

Contact

Support Us ⌄



ABOUT ⌄    ISSUES ⌄    WHAT WE DO ⌄    NEWS ⌄    RESOURCES        DONATE

Take Action    🔍

# Women's History Month: Dr. Karen Iovino

💬 Seek Assistance

‹ Previous    Next ›



Privacy - Terms

# Women's History Month: Dr. Karen Iovino

By: Olivia Hynes

"If we're going to gift a dog to these countries, we've gotta be sure they're taken care of." This is what veterinarian Dr. Karen Iovino told NBC News when she publicly disclosed that some partner countries in the US State Department's Anti-Terrorism Assistance Program were brutally mistreating explosive detection canines gifted to them from the United States.

As part of Women's History Month, Government Accountability Project is highlighting notable women whistleblowers whose disclosures have uncovered waste, fraud, and abuse. Women have historically experienced discrimination in the workplace and face an even greater risk when they stand up to fight for transparency from our government or from corporations for the betterment of our lives. In the 3rd installment of our Women's History Month blog series, we want to honor Dr. Iovino for courageously

Searc 🔍

## RECENT POSTS

› Office for Civil Rights and Civil Liberties Whistleblower Client Testifies at Senate Judiciary Committee Spotlight Forum

› Good Government Coalition Calls for Schedule Policy/Career Proposed Rule to be Rescinded

› The Times Leader: Emails obtained by



Case 5:21-cv-00064-TTC-CKM    Document 232-6    Filed 06/16/25    Page 4 of 8 Pageid#: 2406

stepping forward to ensure that the US partners with foreign countries that value humane practices and treatment towards animals.

Dr. Iovino was a veterinarian at Michael Stapleton Associates (MSA), a security company contracted by the U.S. Department of State to train explosive detection canines for domestic and international anti-terrorism programs. Through the State Department's Anti-Terrorism Assistance Program, at least 100 of the K-9 explosive detection units were gifted to law enforcement in six different countries described as "foreign partner nations." However, Dr. Iovino realized that many of these canines went without the same standard of care they would receive in the US.

In October of 2015, MSA hired Dr. Iovino to work part time as a veterinarian, when she eventually expressed concerns to her supervisor about the gifted canines being overworked and poorly sheltered. Though her supervisor dismissed her concerns, in February 2017 she was

watchdog led to more questions than answers

> Associated Press: Confusion on sensor plane's abilities delayed response in Ohio train derailment, report says

> MENAFN: Report states White House hid chemical spill cancer hazard

invited to work for MSA full-time when her contract finished.

On July 6, 2017, Dr. Iovino filed a complaint with the State Department Office of Inspector General (OIG). In her complaint, she provided internal documents indicating that many of the canines experienced severe neglect, including photos of emaciated dogs and allegations that some were dying of heat stroke, parvovirus, and renal failure from tick-borne disease. However, her internal disclosures later came with a price. Eight days after her disclosure, Dr. Iovino, once considered a model employee by MSA Security, was told her position would not be turned into a full-time position. Then, at the beginning of August 2017, she was suspended from her position and her contract was not renewed. Despite this, in September 2019 the State Department OIG issued an evaluation that substantiated her claims, finding that in Jordan alone the canines were underfed and that at least 10 canines died due to mistreatment. Dr. Iovino is currently pursuing legal action against

her former employer for retaliation and her case is ongoing.

Nevertheless, Dr. Iovino still knew that the canines that we were sending overseas needed to be protected from neglect and provided basic care so they could perform their jobs. Dr. Iovino came forward to publicly disclose how some canines in these units were being treated overseas and MSA Security decided to punish her instead of fixing these problems. Her disclosures led to public outrage, petitions to bring the canines home, multiple federal inquiries, and a review by the OIG on the health and welfare of the K-9 units overseas. Following the release of a report from the State Department's OIG documenting Dr. Iovino's concerns in September 2019, Senators Charles Grassley (R-IA) and Mark Warner (D-VA) wrote to then-Secretary of State Mike Pompeo demanding a resolution to the horrific treatment of canines once under the U.S. government's care. The State Department temporarily suspended sending dogs to Jordan and Egypt until they could ensure the canines' health and welfare. Dr. Iovino's

Case 5:21-cv-00064-TTC-CKM    Document 232-6    Filed 06/16/25    Page 7 of 8
Pageid#: 2409

courage to publicly come forward with the truth undoubtedly protected more of these innocent canines from neglect, overwork, and poor physical health.

March 24th, 2025 | Activism, Animal Welfare, Blog, Government Contractors

S𝗛𝗔𝗥𝗘 T𝗛𝗜𝗦 P𝗢𝗦𝗧

Case 5:21-cv-00064-TTC-CKM   Document 232-6   Filed 06/16/25   Page 8 of 8
Pageid#: 2410

## RESOURCES

## CONTACT

Privacy Policy

Financials

Resources & Publications

f   𝕏   in   ⊙

### ADDRESS:

1612 K St. NW, Suite #808

Washington DC, 20006

### GENERAL INQUIRES:

(202) 457-0034

Info@whistleblower.org

### MEDIA INQUIRES:

press@whistleblower.org



© Copyright 20252024  |  DESIGN & DEVELOPMENT CAUSE INSPIRED MEDIA  | Government
Accountability Project is a 501c3 Organization. EIN# 52-1343924

