## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
|   Plaintiff and | ) | Case No. 5:21-CV-00064-TTC |
|   Counterclaim Defendant, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, LTD. | ) | |
| d/b/a MSA SECURITY, INC. | ) | **[PROPOSED]** |
| | ) | **PROTECTIVE ORDER** |
|   Defendant and | ) | |
|   Counterclaim Plaintiff | ) | |

The purpose of this Order is to limit the number of depositions to be taken by the Parties and to limit the breadth of proposed deposition topics to those that are relevant and proportional to the needs of the case. This Order is a supplement to, and does not supersede, the Confidentiality Order implemented in this matter at ECF 67 and the Protective Order granted in this matter at ECF 172.

It appearing to the Court that Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc. ("MSA") desires a protective order to limit the number of depositions to be taken by the Parties and to limit the breadth of proposed deposition topics to those that are relevant and proportional to the needs of the case, and having considered the parties' briefing on MSA's Motion for Protective Order, the Court finds good cause to limit discovery in this matter.

WHEREFORE, it is **ORDERED** that:

Subject to *Touhy* approvals by the U.S. Department of State, each party may conduct no more than 4 fact witness depositions in this matter, inclusive of the depositions of parties. The duration of each deposition remains limited to the time specified in Rule 30(d)(1).

1

A party must obtain leave of court before noticing any fact witness deposition beyond those authorized by this Order.

Plaintiff may not depose any fact witness regarding the non-suited *MSA v. Karen Iovino*, Case No. CL 19-901, previously pending in the Circuit Court for Arlington County, Virginia.

The Clerk is directed to forward copies of this Order to counsel of record.

**Entered this \_\_\_\_ day of _____, 2025.**

_____

**JUDGE**

2