# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Karen Iovino**

**vs.**

**Michael Stapleton Asso., LTD**

Action No:   5:21cv64

Date:   7/23/2025

Judge:   Kailani Memmer

Court Reporter:   K. Saville/FTR

Deputy Clerk:   K. Saville

Plaintiff Attorney(s)

John Kolar

Defendant Attorney(s)

Daniel Ward

PROCEEDINGS: Zoom PTM
2:02 – 2:36
Parties present and represented by counsel.   All parties present on Zoom.
Oral argument in re: Motion for Protective Order ECF 232
Order forthcoming.
Adjourned.

Time in Court: 34 min