IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:21-CV-00064-TTC-CKM |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, LTD., d/b/a MSA SECURITY, INC. | ) ) | JOINT STATUS REPORT |
| | ) | |
| Defendant. | ) | |

Plaintiff Karen Iovino ("Iovino") and Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), and the U.S. Department of State ("the Department"), by and through undersigned counsel, hereby submit their Joint Status Report pursuant to this Court's December 5, 2025 Order (ECF 242).

The following has occurred since the October 10, 2025 Joint Status Report:

a. On October 1, 2025, a lapse in appropriations triggered a shutdown of the federal government that would ultimately last until November 12, 2025.

b. At the time the shutdown began, dates for [ten of the eleven] outstanding depositions had been confirmed; nine of these were scheduled to take place prior to November 15, 2025.

c. In anticipation of a timely resolution to the shutdown, counsel for Iovino, counsel for MSA, counsel for the Department, and counsel for the Department of State, Office of Inspector General ("OIG") made all reasonable efforts to preserve the established schedule. During the shutdown, in an effort to preserve the parties' discovery schedule, the Department informed the parties that it did not object to depositions of MSA employees proceeding without the Department during the shutdown. Counsel for Plaintiff responded that it would only accept a formal written waiver that the Department was waiving any right to attend or

assert objections at *all* depositions in the case. As such, after five weeks of reshuffling the calendar, the parties agreed to suspend the pending depositions until a resolution to the shutdown could be negotiated.

d.  On November 12, 2025, upon learning that a funding bill had been passed by both houses of Congress, counsel for Iovino contacted counsel for MSA, the Department, and OIG so rescheduling could begin as soon as practicable.

e.  As of December 16, 2025, with only one or two minor scheduling issues remaining, it appears that all outstanding depositions will take place between January 8 and the end of February.

                                                Respectfully submitted,

Date: December 17, 2025

                                                /s/ *John A. Kolar*
Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 808
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

*Attorney for Plaintiff Karen Iovino*

Date: December 17, 2025

                                                /s/ *Chelsea A. Cruz*
Chelsea A. Cruz (VSB 96177)
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

          *Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

Date: December 17, 2025

          */s/ Krista Consiglio Frith*
          Krista Consiglio Frith (VSB 89088)
          Assistant United States Attorney
          P.O. Box 1709
          Roanoke, VA 24008
          (540) 857-2250
          Krista.frith@usdoj.gov

          *Attorney for the U.S. Department of State*