IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**KAREN IOVINO,**

    Plaintiff,

v.                                           No. 5:21-CV-00064-TTC

**MICHAEL STAPLETON ASSOCIATES,
LTD. d/b/a MSA SECURITY, INC.,**

    Defendant

_____

### **UNOPPOSED MOTION FOR EXTENSION OF TIME RE SUMMARY JUDGMENT**

Plaintiff Karen Iovino, by counsel, respectfully moves this Court for a one-day extension of time, from Friday, March 13, 2026, to Monday, March 16, 2026, to submit motions for summary judgment. In support of this motion, Plaintiff states as follows:

    1. The current deadline for the filing is Friday, March 13, 2026.

    2. Good cause exists for this brief extension due to the serious health issues and medical challenges involving co-counsel John (Jack) Kolar, which have necessitated his absence during recent periods of the litigation.

    3. Counsel for Plaintiff has conferred with counsel for Defendant MSA, Daniel Ward, and this motion is unopposed.

    WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for filing motions for summary judgment to Monday, March 16, 2026.

Dated: March 11, 2026

Respectfully submitted,

*/s/ Thad M. Guyer*

_____
Thad M. Guyer, Esq.
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
Phone: (206) 941-2869
Email: thad@guyerayers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2026, a true and correct copy of the foregoing was served via electronic mail upon counsel for the Defendant:

Daniel Sage Ward, Esq.
Ward & Berry, PLLC
Email: dan@wardberry.com

/s/ *Thad M. Guyer*