# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | Case No. 5:21-CV-00064-TTC |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **PROPOSED ORDER** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

THIS MATTER came before the Court on Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.'s Motion for Summary Judgment.

This Court having considered the Parties' submissions on these matters, and good cause being shown therefor, it is hereby ORDERED that: Defendant's Motion for Summary Judgment is GRANTED.

ENTERED this ___ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE