# EXHIBIT A

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Page 1 of 70
SAQMMA15C0239

| SOLICITATION, OFFER, AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | |
|---|---|---|---|---|
| 2. CONTRACT NUMBER SAQMMA15C0239 | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 09/29/2015 | 6. REQUISITION/PURCHASE NUMBER Lines |
| 7. ISSUED BY   CODE: LMAQM OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM) PO BOX 9115, ROSSLYN STATION US DEPARTMENT OF STATE ARLINGTON, VA 22219 | | 8. ADDRESS OFFER TO (If other than Item 7) | | |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**SOLICITATION**

9. Sealed offers in original and __3__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if hand carried, in the depository located in ____ until __17:00__ local time __09/23/2015__

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION E-MAIL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|

**11. TABLE OF CONTENTS (See Table of Contents on page 2)**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-5 | X | I | CONTRACT CLAUSES | 47-54 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 6-9 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 10-26 | | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | 27-28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 29 | X | K | REPRESENTATIONS CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 55-62 |
| X | F | DELIVERIES OR PERFORMANCE | 30-31 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 32-37 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 63-69 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 38-46 | X | M | EVALUATION FACTORS FOR AWARD | 70-74 |

**OFFER (Must be fully completed by offeror)**

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite period is inserted by the offeror) each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDER DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CONTACT: MICHAEL STAPLETON ASSOCIATES, LTD. Doing Business As: MSA SECURITY 9 MURRAY STREET 2ND FLOOR NEW YORK, NY 10007-2258 | DUNS: 609152475 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print) Michael Kennedy CHIEF FINANCIAL OFFICER |
|---|---|---|---|
| 15B. TELEPHONE NUMBER 2125091336 x232 | ☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE 9/25/15 |

**AWARD (To be completed by Government)**

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $8,388,512.71 | 21. ACCOUNTING AND APPROPRIATION See Line Item Detail | | |
|---|---|---|---|---|
| | | | | $8,388,512.71 |
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304(c) ( )   ☐ 41 U.S.C. 253(c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | | | ITEM |
| 24. ADMINISTERED BY (If other than Item 7)   CODE: | 25. PAYMENT WILL BE MADE BY   CODE: RNGFO GLOBAL FINANCIAL SERVICES CENTER, CHARLESTON, SOUTH CAROLINA PO BOX 150008; Fax To: 1-866-483-3436 ATTN: OFFICE OF CLAIMS CHARLESTON, SC 29415-5008 | | | |
| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA | | | 28. DATE 09/29/2015 |

IMPORTANT - Award will be made on this Form, or on Standard...

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

IOVINO_00001919

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Page 1 of 70
SAQMMA15C0239

| SOLICITATION, OFFER, AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | |
|---|---|---|---|---|
| 2. CONTRACT NUMBER SAQMMA15C0239 | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 09/29/2015 | 6. REQUISITION/PURCHASE NUMBER Lines |

7. ISSUED BY    CODE: LMAQM
OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM)
PO BOX 9115, ROSSLYN STATION
US DEPARTMENT OF STATE
ARLINGTON, VA 22219

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

SOLICITATION

9. Sealed offers in original and __3__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if hand carried, in the depository located in ____ until __17:00__ local time __09/23/2015__

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION E-MAIL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|

11. TABLE OF CONTENTS (See Table of Contents on page 2)

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-5 | X | I | CONTRACT CLAUSES | 47-54 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 6-9 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 10-26 | | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | 27-28 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 29 | X | K | REPRESENTATIONS CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 55-62 |
| X | F | DELIVERIES OR PERFORMANCE | 30-31 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 32-37 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 63-69 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 38-46 | X | M | EVALUATION FACTORS FOR AWARD | 70-74 |

OFFER (Must be fully completed by offeror)
NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite period is inserted by the offeror) each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDER DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CONTACT: MICHAEL STAPLETON ASSOCIATES, LTD. Doing Business As: MSA SECURITY 9 MURRAY STREET 2ND FLOOR NEW YORK, NY 10007-2258 | DUNS: 609152475 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or Print) |
|---|---|---|---|

| 15B. TELEPHONE NUMBER 2125091336 x232 | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $8,388,512.71 | 21. ACCOUNTING AND APPROPRIATION See Line Item Detail | $8,388,512.71 |
|---|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (if other than Item 7) CODE: | 25. PAYMENT WILL BE MADE BY    CODE: RMGFO GLOBAL FINANCIAL SERVICES CENTER, CHARLESTON, SOUTH CAROLINA PO BOX 150008; Fax To: 1-866-483-3436 ATTN: OFFICE OF CLAIMS CHARLESTON, SC 29415-5008 |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. DATE 09/29/2015 |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

IOVINO_00001920

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL

- Identify their contractor affiliation in Departmental e-mail and phone listings whenever contractor personnel are included in those listings; and
- Contractor personnel may not utilize Department of State logos or indicia on business cards.

*(end of clause)*

H-009   SAFEGUARDING INFORMATION

The Contractor and its employees shall exercise the utmost discretion in regard to all matters relating to their duties and functions. They shall not communicate to any person any information known to them by reason of their performance of services under this contract which has not been made public, except in the necessary performance of their duties or upon written authorization of the Contracting Officer. All documents and records (including photographs) generated during the performance of work under this contract shall be for the sole use of and become the exclusive property of the U.S. Government. Furthermore, no article, book, pamphlet, recording, broadcast, speech, television appearance, film or photograph concerning any aspect of work performed under this contract shall be published or disseminated through any media without the prior written authorization of the Contracting Officer. These obligations do not cease upon the expiration or termination of this contract. The Contractor shall include the substance of this provision in all contracts of employment and in all subcontracts hereunder.

*(end of clause)*

H-010   NONPAYMENT FOR UNAUTHORIZED WORK

No payments will be made for any unauthorized supplies or services, or for any unauthorized changes to the work specified herein. This includes any services performed by the Contractor of his own volition or at the request of an individual other than a duly appointed Contracting Officer. Only a duly appointed Contracting Officer is authorized to change the specifications, terms, and/or conditions of this contract.

*(End of Clause)*

H-011   INSURANCE FOR OVERSEAS TRAVEL

Contractor staff traveling overseas on this contract shall have medical and medevac insurance in effect prior to departure. The Government reserves the right to require contractor staff travelling overseas to be screened by a physician prior to departure. The overseas screening may certify only that the contractor is fit to travel. Travel to areas with minimal medical support may require a detailed physical examination of the contractor to determine in adequate medical support is available to manage illness or serious medical emergency arising from pre-existing conditions such as diabetes or heart disease.

*(End of Clause)*

H-012   SCREENING AND PRE-SELECTION PROCESS

A. The Contractor shall ensure that Contractor personnel responsible for performing the screening process are qualified, experienced, and have demonstrated success in researching personnel information, verifying personnel histories, claimed backgrounds, etc.
B. The Contractor shall review each applicant's BIO to determine if the applicant meets the qualification requirements and is suitable for the position(s).
C. For those applicants the Contractor determines meet the qualification requirements, the Contractor shall enter the complete BIO information with all supporting documentation into High-Threat Integrated Tracking

IOVINO_00001965

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*