# EXHIBIT C

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000014

February 26, 2017

At approximately 0730 on Friday February 24, 2017, Mike Ratcliff asked to speak to me. He said he had a problem he wanted help solving.

He began by saying 'what can I do to make you come on full time?'. I said I thought this request might be coming soon as the ATA side is becoming busier. I explained that I currently work 30-33/hrs week caring for up to 24 canines with little support as the LVT hired to work in the ATA hospital assists on Wednesday's only(that day we schedule procedures only). With the expansion, there will be an estimated additional 16 kennel spaces with no canines housed off site. That is essentially only 6 more canines for me to care for. I asked if there have been any complaints about my performance. He said 'no, quite the opposite, everyone loves you'. I explained I was hired as the 3/4 vet(the DoS contract is for 2 FT vets and one 3/4 vet). I also said I chose the 3/4 position as I thought (as did Zane Roberts) that a new hire would want the FT position.

We discussed hiring a PT veterinarian to work Tuesday's and Thursday's. I mentioned I had someone in mind and would be happy to reach out to her. I did indicate she doesn't have any working dog experience but is an excellent veterinarian and is willing to learn. At that point he asked if she was 'trainable'. I again said 'yes'.

I then asked if he would be comfortable with me working 3 11-12 hr days and one 1/2 day. Carolyn might be willing to work longer days(and fewer) so the facility could have veterinary coverage for longer periods of time. He said the WPS side has a different mission. He said he would be thrilled to have me work Mon, Wed, Fri 9 hrs and 5-6 hrs Thursday. I said that only adds up to 33 hrs. He said he knows I work from home and he has never had anyone so 'reachable' when they are off site. I am also on call for the kennel techs early mornings, nights and weekends. I said I would be comfortable with 3 10 hr days and 1-1/2 day for a total of 35-36/hrs on site and 4-5 hrs remotely. He said he is happy with that. When I asked if he had to ask Leadership he said he was told to run his shop the way he sees fit.

At 1400 the same day, we had our regularly scheduled Friday dvm outbrief. I asked if he spoke to Leadership about my schedule change. He said he had and they were very happy. Most likely the change would occur mid to late March.

Also during our meeting I brought up how Jenn was late again Wed Feb 22nd by 20 or so minutes(I did not mention the smell of alcohol on her breath). I asked what was being done about her chronic tardiness. He said he was tracking it. He said she gave a reason but he isn't sure he believes her.

Karen Iovino, DVM

| Exhibit 002 |
|---|
| MR |
| 01/22/26 |

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**