# EXHIBIT F

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106  
PWS – Canine Validation Center Mod 1

UNCLASSIFIED//PROPRIETARY



26 June 2017

# PERFORMANCE WORK STATEMENT (PWS) RESPONSE

## CANINE VALIDATION CENTER

**CONTRACT NUMBER S-AQMMA-16-D-0106**  
**MODIFICATION 1 Rev 1**



**26 June 2017**

**Prepared for:**  
Ms. ▮▮▮▮▮▮▮▮▮▮  
Branch Chief/Lead Contracting Officer U.S. Department of State  
Office of Acquisitions Management  
Diplomatic Security Contracts Division – WPS

▮▮▮▮▮▮▮▮▮▮

**Submitted by:**  
**Katie Brasfield**  
Mobile: +1 (254) 644-1734 | +1 (254) 707-0543  
kbrasfield@msasecurity.net

| Exhibit 010 |
|---|
| DoS |
| 02/26/26 |

Restrictions on Disclosure and Use of Data. This Contract Response includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed—in whole or in part—for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of—or in connection with—the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets marked with the following legend: "Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal. The information contained in this document is submitted in confidence, is privileged and is exempt from disclosure under the 'Freedom of Information Act' (5 U.S.C. Section 552) by reason of exemptions in Sections (b)(3) – by reference to 18 U.S.C. Section 1905 – and (b)(4) of said Act.

SAQMMA16D0106
PWS – Canine Validation Center Mod 1
UNCLASSIFIED//PROPRIETARY

26 June 2017

## TECHNICAL EXECUTION

The following is MSA's technical approach for Modification 1 to Contract S-AQMMA-16-D-0106. This response addresses the Modification to the Contract delivered by the U.S. Department of State's email for a Request for Proposal on 13 February 2017.

### Change Order to the CVC Base IDIQ, Contract S-AQMMA-16-D-0106:

### Revision to Section C.2.0 Facility Requirements to add security

**2.0. CVC Facility Requirements:** MSA will provide a facility that is fenced, gated and has security measures in place to restrict access from unauthorized to the facility and grounds. MSA will construct a fence around the entire perimeter of the CVC with DOS and MSA CVC staff having access with magnetic key cards. Students attending a course will be provided temporary access key codes that will expire at the end of their course.

### Revision to Section C.2.1 Office Space to add Annex 2

**2.1. Office Space:** MSA will expand the current CVC base requirement for office space to accommodate ▇ DS personnel with the space provisions outlined in the base and RFP documents. MSA will configure the office space to accommodate ▇ DS personnel in Annex 1 (A1) and ▇ DS personnel in Annex 2 (A2).

### Revision to Section C.2.2 Classroom to add a classroom

**2.2. Classrooms:** MSA will continue to provide a classroom in Annex 1 (A1) and provide an additional classroom in Annex 2 (A2).

### Revision to Section C. 2.3 Veterinary and Forensic Chemist Sections to add Annex 2

MSA will maintain the needs of these areas consistent with the overall support strategy (i.e. overnight kennel, medical equipment, forensic equipment).

MSA will maintain a surgical suite in A1, inclusive of radiography/ultrasound equipment. This surgical suite will be capable of performing any/all types of canine surgical procedures including but not limited to emergencies. MSA will also maintain an indoor kennel facility in A1 with ▇ kennels, and A2 capable of a minimum capacity of ▇ canines, complete with sanitary drainage and waste cleanout capabilities. Total capacity between A1 and A2 will be ▇ kennels.

### Revision to Section C.2.5 Utilities and Facility to add Annex

**2.5. Utilities and Facility Maintenance:** In addition to the current capability, MSA will provide an additional indoor kennel facility for ▇ canines in A2, with complete sanitary drainage and waste cleanout capability. MSA will continue to provide all maintenance,

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009207

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center

UNCLASSIFIED//PROPRIETARY



26 June 2017

cleaning, and utilities for operations at the current CVC in Annex 1 and the Annex 2 expansion building.

### Revision to Section C.2.6 Contained off leash search area to add training, research, and development space

**2.6. Contained Off Leash Search Areas:** MSA will provide an indoor space conducive to conducting off-leash searches with the capability to accommodate a minimum of ▇ vehicles. The space will be capable of accommodating mass transit vehicles, including, busses, rail cars and cargo containers. The space will be large enough to accommodate vehicles that will have at least 3 feet of clearance on each side in order to provide freedom of movement for canine teams.

### Revision to Section C.3.0 Personnel and Services Requirement to add learning course to Annex 2

**3.0.** In addition to the current requirements, MSA will provide the personnel and services to facilitate and maintain a sufficient number of full-time personnel to operate the CVC, Annex 1, and Annex 2; manage approximately ▇ canines per day at the CVC working towards certification; and provide and manage an additional ▇ canines for Annex 1 in training for detection and/or patrol certification. MSA also provide an additional ▇ canines to assist in the learning courses for Annex 2. MSA will maintain the ability to increase personnel and capabilities as requested by DOS. MSA's personnel shall continue the oversight of familiarization training, imprintation of canines, all validations and assessments, explosive aid management and animal life support while at the CVC.

MSA will provide trained EDCs to validate all familiarization, and testing scenarios. Validation consists of completing a scenario by determining the source of explosive odor while adhering to the same standards as validation candidates. Validation teams will not have prior knowledge of training aid placement. MSA understands that attempts to circumvent validation standards will be considered a contract violation and will be grounds for removal from the program at no cost to the Government. MSA will bear all costs associated with the validation canines. This includes, but is not limited to, care, feeding, and lodging. The Government may provide health care services at the place of performance at its discretion. Canines must maintain good physical health, as determined by a staff veterinarian. Canines exceeding 9 years of age will not be eligible to perform.

### Additional Personnel Requirements to the Base Contract S-AQMMA-16-D-0106:

### Revision to Section C.3.5.3 Training Coordinator to add the position

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009208

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

UNCLASSIFIED//PROPRIETARY



26 June 2017

**3.6. Training Coordinator:** MSA will provide a Training Coordinator to focus on operations, daily training and on-site activities that meets or exceed the requirements in the RFP and who is capable to execute the duties outlined in the Mod 1 RFP, as noted below:

**3.6.1 Minimum Position Requirements:**
- Will be a U.S. Citizen and possess a valid U.S. Passport.
- Will possess or be able to obtain a minimum MRPT level clearance
- Will have a High School Diploma or equivalent
- Will have a minimum military or law enforcement experience of which three (3) years, within the past (10) ten years, training, imprinting, and testing/evaluating explosive detection canines using DOJ NORT and other operational methods.
- Will have a minimum experience of three (3) years, within the past (10) ten years, training and validating EDCs of various breeds, using multiple reward systems.
- Will have knowledge of key components of explosives, proper care and handling, and application as it pertains to the environment and validation
- Will have the ability to evaluate, repair, and advise on EDC training and validation, housing/kenneling, overall well-being, and operational inefficiencies.
- Will have experience providing proper care for an EDC
- Will have a minimum experience of three (3) years, within the past (10) ten years, in the ability to recognize canine diseases, be familiar with canine hygiene requirements, and monitoring the physical condition of their assignments.
- Will have a minimum experience of three (3) years, within the past (10) ten years, maintaining canine training and operational records and similarly related documentation.
- Will have a minimum experience of three (3) years, within the past (10) ten years, conducting searches of bags, personnel, equipment, buildings, assigned facilities, vehicles, aircraft, and other items as directed, utilizing canine assets.
- Will have a minimum experience of three (3) years, within the past (10) ten years, conducting inspections of all equipment to ensure it is functional and report deficiencies as needed.
- Will have a minimum experience of three (3) years, within the past (10) ten years, teaching, instructing, developing curriculum, administering instruction, and coordinating instructional courses specifically related to all aspects of the canine industry.

**3.6.2 Position Duties:**
- Coordinate daily training schedules, and provides guidance to staff regarding the same.
- Prepares the training areas and assists with logistical requirements to accomplish the daily evaluation regimen.
- Provides guidance and training to assist EDC Teams increase their performance and capabilities
- Ensures EDC Teams/Center attendees are participating and adhering to CVC regulations

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009209

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106  
PWS – Canine Validation Center

UNCLASSIFIED//PROPRIETARY



26 June 2017

- Develops training scenarios for both domestic and overseas EDC teams

### Revision to Section C.3.9 Deputy Project Manager to add to duties

**3.9. Deputy Project Manager Facilities and Support (DPMFS):** MSA will provide a DPMFS to assist the PM in the daily operations of the CVC and communicate directly with the Government authorized personnel as directed by the COR. The DPMFS will possess or be able to attain an MRPT clearance level and will meet or exceed the minimum requirements of the RFP. The person will be able to execute the duties as outlined in the Mod 1 RFP.

**3.10. Deputy Project Manager Training and Operations:** MSA will provide a DPM Training and Operations whose duties will now also include:

- Coordinate daily training schedules, and provides guidance to staff regarding the same.
- Prepare the training areas and assists with logistical requirements to accomplish the daily evaluation regimen.
- Provide guidance and training to assist EDC Teams increase their performance and capabilities
- Ensure EDC Teams/Center attendees are participating and adhering to CVC regulations
- Develop training scenarios for both domestic and overseas EDC team.

### Revision to the Section 3.12 Administrative and Logistics Security Specialist Manager (ALSSM) Position

MSA will provide an ALSSM who meets or exceeds the position requirements as noted in the RFP for Mod 1. These are:

- U.S. Citizen
- Must be able to obtain a Secret Clearance
- Must have a valid U.S. Driver's License and U.S. tourist passport
- Honorable military discharge, if applicable
- Accredited Bachelor's Degree, or 6 years' experience in a related job field
- Ability to maintain strong working relationships and deal effectively with senior U.S. Embassy personnel
- Two (2) to three (3) years' experience in a successful customer service role preferred
- Two (2) years overseas/military, or other federal Government security or Law Enforcement experience in administrative and logistical support issues/management preferred
- Supervisor experience as a preference

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009210

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106　　　　　　　　　　UNCLASSIFIED//PROPRIETARY
PWS – Canine Validation Center Mod 1



26 June 2017

### Revision to Section C.3.13 Administrative and Logistics Security Specialist (ALSS) to add the position

**3.13.1. Administrative and Logistics Security Specialist (ALSS):** MSA will provide an ALSS who will be responsible for managing and performing advanced, diversified, and confidential administrative support. This person will meet or exceed the minimum requirements of the RFP and be able to execute the duties outlined in the RFP in section 3.13.2.

### Revision to Section C.3.14 Research and Development Personnel to add the position

**3.14. Canine Research and Development Training Specialist (CR&DTS):** MSA will provide a Canine Research and Development Training Specialist (CR&DTS) that will focus on researching trends in terrorist techniques and tactics. This position will laisse with industry professionals in order to evaluate emerging training methodologies and practices and work with the Government and CVC staff to develop training curriculum for both CONUS and OCONUS EDC teams. This person will meet or exceed the requirements and be capable of executing the position duties as outlined in the RFP.

### Revision to Section C.5 Canine testing process to add instructional courses

**Canine Phase I and Phase II Validation Intent and Differences:** MSA recognizes that the canine validation process involves simple recognition of explosives odors. A blind validation method is used. For the purposes of this validation, blind validating means the handler will not know where the explosives samples are placed. This will help verify that the canine is actually recognizing explosives odors and not responding to other cues.

MSA CVC staff will administer the validation and be responsible for selecting and recording the placement of all sample containers (distraction odors and explosives odor samples) and evaluating the validation results. MSA acknowledges that in the event, WPS II Attachment 10 and this Contract differ regarding testing standards/requirements, MSA will differ to WPS II Attachment 10.

**Validation Requirements**

Per the proposed modification to the Contract, MSA acknowledges that the CVC staff is not responsible for remedial EDC training for WPS/other DOS subcontractors-clients that have failed the validation process. MSA maintains records of all CVC validation and failures.

**EDC Familiarization Training Course**

MSA proposes the below training schedule and plan for executing an instructional familiarization learning environment for Department of State personnel. This training schedule is flexible and can be refined as required by the COR. At a minimum MSA will provide familiarization instruction on:

- Specific canine procurement capability

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009211

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106  
PWS – Canine Validation Center   UNCLASSIFIED//PROPRIETARY



26 June 2017

- Familiarization/testing preparation techniques used
- Imprinting technique and training methodology for detection canines
- Training technique and methodology for patrol canines
- Explosives used in imprinting and operational preparation
- Handler class course schedule for detection and patrol course(s)
- Instruction materials/presentations used for handler courses

| Training Day One | |
|---|---|
| 0900 | Welcome/Staff Intro |
| 1000 | Facility Tour |
| 1100 | Purpose of the CVC |
| 1200 | Lunch |
| 1300 | Purpose of the CVC Continued |
| 1400 | History of the Working Dog |
| 1500 | Dog Breeds |
| 1700 | Dismissal |
| Training Day Two | |
| 0900 | Diplomatic Security Overview |
| 1000 | WPS2 Program Overview |
| 1100 | ATA Program |
| 1200 | Lunch |
| 1300 | Diplomatic Security Overview |
| 1400 | K9 Utilization/Managing |
| 1500 | K9 Care/Maintenance |
| 1600 | Dog Bite Prevention |
| 1700 | Dismissal |
| Training Day Three | |
| 0900 | Intro to HME |
| 1000 | Current HME Trends |
| 1100 | K9 Behavior |
| 1200 | Lunch |
| 1300 | K9 First Aid |
| 1400 | Bloat |
| 1500 | Heat/Cold Injuries |
| 1600 | Foreign Object Ingestion |
| 1700 | Dismissal |
| Training Day Four | |
| 0900 | Training Problems / Issues |
| 1000 | K9 vs Technology |
| 1100 | Itemizer |
| 1200 | Lunch |
| 1300 | K9 First Aid |

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009212

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL

SAQMMA16D0106  
PWS – Canine Validation Center Mod 1     UNCLASSIFIED//PROPRIETARY     

26 June 2017

| | |
|---|---|
| 1400 | Sutures |
| 1500 | Opening Airway |
| 1600 | Bandaging/Limb Mobilization |
| 1700 | Dismissal |
| | Training Day Five |
| 0900 | Practical Exercises |
| 1000 | Leash Control |
| 1100 | Search Patterns |
| 1200 | Lunch |
| 1300 | Practical Exercise Continued |
| 1400 | Target Areas |
| 1500 | Course Review |
| 1600 | Critique / Course Eval |
| 1700 | Dismissal |

### Revision to Section H. Facility Security to Change the Clearance Requirements

MSA notes changes to the Security Clearance Requirements on the contract.

**3.1.1 Project Manager Minimum Position Requirements:** The PM will have or be able to attain an MRPT level clearance.

**3.5 Validation and Training Specialist Minimum Position Requirements:** All Validation and Training Specialists will have or be able to attain an MRPT level clearance.

**3.9 Deputy Project Manager Facilities and Support Minimum Position Requirements:** The DPMFS will have or be able to attain an MRPT level clearance.

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009213

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106  UNCLASSIFIED//PROPRIETARY  
PWS – Canine Validation Center

26 June 2017

## Recommendation for Consideration

MSA respectfully offers an adjustment for consideration.

**CVC Veterinarian:** This position is a CLIN that is currently filled on Contract S-AQMMA-16-D-0106. MSA recommends an increase from part-time to full-time position

**Justification:** With the CVC/OPOT EDC capacity doubling, MSA requests that the veterinarian assigned to this CLIN be increased from part-time (30 hours/week) to full-time status (40 hours/week.) This increase in hour allocation is recommended and requested in order to account for the additional number of examinations, vaccinations, surgeries, and pre-purchase medical reviews required for expansion of CVC operational capacity. The additional hours will also allow for additional veterinary coverage for routine, urgent, and emergent EDC injuries sustained during operational training.

Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009214

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106  
PWS – Canine Validation Center Mod 1

UNCLASSIFIED//PROPRIETARY



26 June 2017



Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this document

IOVINO_00009215

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*