# EXHIBIT G

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*


### COST PRICE PROPOSAL – REVISION 1

### CANINE VALIDATION CENTER

### CONTRACT NUMBER S-AQMMA-16-D-0106

### MODIFICATION 1



**29 March 2017**

**Prepared for:**

**Ms.** ▮▮▮▮▮▮▮
Branch Chief/Lead Contracting Officer
U.S. Department of State
Office of Acquisitions Management
Diplomatic Security Contracts Division – WPS



**Submitted By:**
**T. "Rocky" Marchegiano**
Senior Director Contracts, Compliance, Quality Assurance
Mobile: +1 (302) 502-6391| Office: 571-375-5018
TMarchegiano@msasecurity.net

Restrictions on Disclosure and Use of Data. This Task Order Response includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed—in whole or in part—for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of—or in connection with—the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets marked with the following legend: "Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal. The information contained in this document is submitted in confidence, is privileged and is exempt from disclosure under the 'Freedom of Information Act' (5 U.S.C. Section 552) by reason of exemptions in Sections (b)(3) – by reference to 18 U.S.C. Section 1905 – and (b)(4) of said Act.

IOVINO_00007258

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**EXECUTIVE SUMMARY**

MSA is pleased to offer the following proposal in response to the U.S. Department of State's Request for Proposal to modification to Contract SAQMMA16D0106. We thought it would be clearer that your questions were addressed in this Executive Summary as well as in following Cost Proposal narrative itself.

**Period of Performance:** The period of performance has been corrected to reflect a base year of 8/17/16 - 8/16/17 with option year's period of performance going from 8/17 – 8/16 for each option year.

**Labor Positions:** In the revised proposal, MSA has included fully burdened labor rates for new positions only as per the Performance Work Statement (PWS). These positions are:
- Training Coordinator
- Administrative and Logistics Security Specialist (ALSS)
- Canine Research and Development/Training Specialist

**Facilities Renovation:** In Section 2.0 the revised proposal details out the cost build-up of the facilities renovation

**Lease Facilities:** In Section 2.0 the revised proposal details the proposed facility lease cost. It also shows a table of the cost savings associated with the consolidation of leases.

**EDC Basic Cost Per Student:** In Section 2.0 the revised proposal calculates the EDC basic cost per student using fully burdened labor costs. It does not apply an allocation of the cost of the running of the facility in determining the cost per student.

**ODC's:** There are no additional ODC's in this revision except for the facility renovation costs.

**Excluded Suppliers:** MSA has updated Section 4.1 on Purchasing Procedures to reflect that it will use the System for Award Management (SAM) versus List of Excluded parties previously used.

**Removal Termination Fee:** The lease termination fee has been removed from the revised proposal.

**IN THE BUSINESS OF BUSINESS-AS-USUAL.™**

IOVINO_00007259

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 MSA SECURITY

29 March 2017

## 1.0   COST PRICE PROPOSAL FOR MODIFICATION

**Contractor Name: MSA Security**
**Contract Number: SAQMMA16D0106**
**Submission: Change Order Base IDIQ**
      **Base Period:  08/17/2016 thru 08/16/2017**
      **Option 1:  08/17/2017 thru 08/16/2018**
      **Option 2:  08/17/2018 thru 08/16/2019**
      **Option 3:  08/17/2019 thru 08/16/2020**
      **Option 4:  08/17/2020 thru 08/16/2021**

| | | | Base Year | | |
|---|---|---|---|---|---|
| **CLIN 001 - FULLY BURDENED  LABOR** | | | **CLIN 001** | | |
| **PWS Reference** | **Description** | | | | |
| | *Management* | **# Of Positions** | **Hourly Rate** | **# of Hours** | **Subtotal** |
| 3.6 | Training Coordinator | 1 | $125.55 | 870 | $109,229 |
| 3.13 | Administrative and Logistics Security Specialist (ALSS) | 1 | $80.05 | 870 | $69,644 |
| 3.14 | Canine Research and Development/Training Specialist | 1 | $97.78 | 870 | $85,069 |
| | | | | | |
| | | | | **Total Standard Labor** | $263,942 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **CLIN 002 - Other Direct Costs** | | | **CLIN 002** | | |
| **PWS Reference** | **Description** | **Cost Type** | **Rate** | **Qty** | **Amount** |
| 2.0 | Facility Renovations | CR | $2,823,317 | 1 | $2,823,317 |
| **Total Other Direct Cost** | | | | | $  2,823,317.00 |

| | | | | | |
|---|---|---|---|---|---|
| **CLIN 008- Facility Lease** | | | **CLIN 008** | | |
| **PWS Reference** | **Description** | **Cost Type** | **Rate** | **Qty** | **Amount** |
| 2.1 | Facility Lease | CR | $392,871 | 1 | $392,871 |
| | | | | | |
| **Total Facility Lease** | | | | | $392,871 |
| **Total Standard Labor Year** | | | | | $263,942 |
| **Total Facility Lease Year** | | | | | $392,871 |
| **Total ODC Year** | | | | | $2,823,317 |
| **Total Cost Year** | | | | | **$3,480,130** |

IOVINO_00007260
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1
**UNCLASSIFIED//PROPRIETARY**



29 March 2017

**Contractor Name: MSA Security**
**Contract Number: SAQMMA16D0106**
**Submission: Change Order Base IDIQ**
    **Base Period:  08/17/2016 thru 08/16/2017**
    **Option 1:  08/17/2017 thru 08/16/2018**
    **Option 2:  08/17/2018 thru 08/16/2019**
    **Option 3:  08/17/2019 thru 08/16/2020**
    **Option 4:  08/17/2020 thru 08/16/2021**

| CLIN 001 - FULLY BURDENED  LABOR | | | Option Year 1 | | |
| --- | --- | --- | --- | --- | --- |
| | | | **CLIN 001** | | |
| **PWS Reference** | **Description** | | | | |
| | *Management* | **# Of Positions** | **Hourly Rate** | **# of Hours** | **Subtotal** |
| 3.6 | Training Coordinator | 1 | $126.54 | 1,880 | $237,895 |
| 3.13 | Administrative and Logistics Security Specialist (ALSS) | 1 | $80.68 | 1,880 | $151,678 |
| 3.14 | Canine Research and Development/Training Specialist | 1 | $98.57 | 1,880 | $185,312 |
| | | | | **Total Standard Labor** | **$574,885** |

| CLIN 002 - Other Direct Costs | | | CLIN 002 | | |
| --- | --- | --- | --- | --- | --- |
| | | | **CLIN 002** | | |
| **PWS Reference** | **Description** | **Cost Type** | **Rate** | **Qty** | **Amount** |
| 2.0 | Facility Renovations | CR | $0.00 | 0 | $0 |
| **Total Other Direct Cost** | | | | $ | **-** |

| CLIN 008- Facility Lease | | | CLIN 008 | | |
| --- | --- | --- | --- | --- | --- |
| | | | **CLIN 008** | | |
| **PWS Reference** | | **Cost Type** | **Rate** | **Qty** | **Amount** |
| 2.1 | Facility Lease | CR | $854,382 | 1 | $854,382 |
| **Total Facility Lease** | | | | | **$854,382** |

| **Total Standard Labor Year** | | | | | **$574,885** |
| --- | --- | --- | --- | --- | --- |
| **Total Facility Lease Year** | | | | | **$854,382** |
| **Total ODC Year** | | | | | **$0** |
| **Total Cost Year** | | | | | **$1,429,267** |

IOVINO_00007261
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 **MSA** SECURITY

29 March 2017

| Contractor Name: MSA Security | | | | |
|---|---|---|---|---|
| Contract Number: SAQMMA16D0106 | | | | |
| Submission: Change Order Base IDIQ | | | | |
| Base Period:  08/17/2016 thru 08/16/2017 | | | | |
| Option 1:  08/17/2017 thru 08/16/2018 | | | | |
| Option 2:  08/17/2018 thru 08/16/2019 | | | | |
| Option 3:  08/17/2019 thru 08/16/2020 | | | | |
| Option 4:  08/17/2020 thru 08/16/2021 | | | | |
| | | | Option Year 2 | |
| **CLIN 001 - FULLY BURDENED  LABOR** | | | **CLIN 001** | |
| **PWS Reference** | **Description** | | | |
| | *Management* | # Of Positions | Hourly Rate | # of Hours | Subtotal |
| 3.6 | Training Coordinator | 1 | $127.54 | 1,880 | $239,775 |
| 3.13 | Administrative and Logistics Security Specialist (ALSS) | 1 | $81.32 | 1,880 | $152,882 |
| 3.14 | Canine Research and Development/Training Specialist | 1 | $99.37 | 1,880 | $186,816 |
| | | | | **Total Standard Labor** | **$579,473** |
| | | | | | |
| | | | | | |
| **CLIN 002 - Other Direct Costs** | | | **CLIN 002** | |
| **PWS Reference** | **Description** | Cost Type | Rate | Qty | Amount |
| 2.0 | Facility Renovations | CR | $0.00 | 0 | $0 |
| **Total Other Direct Cost** | | | | $ | - |
| | | | | | |
| **CLIN 008- Facility Lease** | | | **CLIN 008** | |
| **PWS Reference** | | Cost Type | Rate | Qty | Amount |
| 2.1 | Facility Lease | CR | $875,399 | 1 | $875,399 |
| | | | | | |
| **Total Facility Lease** | | | | | **$875,399** |
| **Total Standard Labor Year** | | | | | **$579,473** |
| **Total Facility Lease Year** | | | | | **$875,399** |
| **Total ODC Year** | | | | | **$0** |
| **Total Cost Year** | | | | | **$1,454,872** |

IOVINO_00007262

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1
**UNCLASSIFIED//PROPRIETARY**

29 March 2017

| Contractor Name: MSA Security | | | | |
|---|---|---|---|---|
| Contract Number: SAQMMA16D0106 | | | | |
| Submission: Change Order Base IDIQ | | | | |
| Base Period: 08/17/2016 thru 08/16/2017 | | | | |
| Option 1: 08/17/2017 thru 08/16/2018 | | | | |
| Option 2: 08/17/2018 thru 08/16/2019 | | | | |
| Option 3: 08/17/2019 thru 08/16/2020 | | | | |
| Option 4: 08/17/2020 thru 08/16/2021 | | | | |
| | | | **Option Year 3** | |
| **CLIN 001 - FULLY BURDENED LABOR** | | | **CLIN 001** | |
| **PWS Reference** | **Description** | | | |
| | *Management* | # Of Positions | Hourly Rate | # of Hours | Subtotal |
| 3.6 | Training Coordinator | 1 | $128.55 | 1,880 | $241,674 |
| 3.13 | Administrative and Logistics Security Specialist (ALSS) | 1 | $81.96 | 1,880 | $154,085 |
| 3.14 | Canine Research and Development/Training Specialist | 1 | $100.18 | 1,880 | $188,338 |
| | | | | **Total Standard Labor** | **$584,097** |
| | | | | | |
| **CLIN 002 - Other Direct Costs** | | | **CLIN 002** | |
| **PWS Reference** | **Description** | Cost Type | Rate | Qty | Amount |
| 2.0 | Facility Renovations | CR | $0.00 | 0 | $0 |
| **Total Other Direct Cost** | | | | $ | - |
| | | | | | |
| **CLIN 008- Facility Lease** | | | **CLIN 008** | |
| **PWS Reference** | | Cost Type | Rate | Qty | Amount |
| 2.1 | Facility Lease | CR | $897,041 | 1 | $897,041 |
| **Total Facility Lease** | | | | | **$897,041** |
| **Total Standard Labor Year** | | | | | **$584,097** |
| **Total Facility Lease Year** | | | | | **$897,041** |
| **Total ODC Year** | | | | | **$0** |
| **Total Cost Year** | | | | | **$1,481,138** |

IOVINO_00007263

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 MSA SECURITY

29 March 2017

**Contractor Name: MSA Security**
**Contract Number: SAQMMA16D0106**
**Submission: Change Order Base IDIQ**
　　　　**Base Period:   08/17/2016 thru 08/16/2017**
　　　　**Option 1:   08/17/2017 thru 08/16/2018**
　　　　**Option 2:   08/17/2018 thru 08/16/2019**
　　　　**Option 3:   08/17/2019 thru 08/16/2020**
　　　　**Option 4:   08/17/2020 thru 08/16/2021**

| CLIN 001 - FULLY BURDENED LABOR | | | Option Year 4 | | |
| --- | --- | --- | --- | --- | --- |
| | | | **CLIN 001** | | |
| **PWS Reference** | **Description** | | | | |
| | *Management* | **# Of Positions** | **Hourly Rate** | **# of Hours** | **Subtotal** |
| 3.6 | Training Coordinator | 1 | $129.57 | 1,880 | $243,592 |
| 3.13 | Administrative and Logistics Security Specialist (ALSS) | 1 | $82.61 | 1,880 | $155,307 |
| 3.14 | Canine Research and Development/Training Specialist | 1 | $100.99 | 1,880 | $189,861 |
| | | | | **Total Standard Labor** | **$588,760** |

| CLIN 002 - Other Direct Costs | | | **CLIN 002** | | |
| --- | --- | --- | --- | --- | --- |
| **PWS Reference** | **Description** | **Cost Type** | **Rate** | **Qty** | **Amount** |
| 2.0 | Facility Renovations | CR | $0.00 | 0 | $0 |
| **Total Other Direct Cost** | | | | **$** | **-** |

| CLIN 008- Facility Lease | | | **CLIN 008** | | |
| --- | --- | --- | --- | --- | --- |
| **PWS Reference** | | **Cost Type** | **Rate** | **Qty** | **Amount** |
| 2.1 | Facility Lease | CR | $919,325 | 1 | $919,325 |
| **Total Facility Lease** | | | | | **$919,325** |
| **Total Standard Labor Year** | | | | | **$588,760** |
| **Total Facility Lease Year** | | | | | **$919,325** |
| **Total ODC Year** | | | | | **$0** |
| **Total Cost Year** | | | | | **$1,508,085** |

IOVINO_00007264

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 **MSA SECURITY**

29 March 2017

| Contractor Name: MSA Security | | |
|---|---|---|
| Contract Number: SAQMMA16D0106 | | |
| Submission: Change Order Base IDIQ | | |
| Base Period: 08/17/2016 thru 08/16/2017 | | $3,480,130 |
| Option 1: 08/17/2017 thru 08/16/2018 | | $1,429,267 |
| Option 2: 08/17/2018 thru 08/16/2019 | | $1,454,872 |
| Option 3: 08/17/2019 thru 08/16/2020 | | $1,481,138 |
| Option 4: 08/17/2020 thru 08/16/2021 | | $1,508,085 |
| | Total | $9,353,492 |
| **Total Standard Labor** | | **$2,591,157** |
| **Total Facility Cost** | | **$3,939,018** |
| **Total ODC** | | **$2,823,317** |
| **Total Cost** | | **$9,353,492** |

| Contractor Name: MSA Security | | | | |
|---|---|---|---|---|
| Contract Number: SAQMMA16D0106 | | | | |
| Submission: Change Order Base IDIQ | | | | |
| EDC Basic Labor Course Cost Per Student | | | | |
| Position | Qty | Hours | Hr Rate | Total |
| Training Coordinator | 1 | 1,880 | $125.55 | $236,034 |
| Logistical Support Staff | 1 | 1,880 | $51.45 | $96,726 |
| Validation and Training Specialist | 2 | 3,760 | $97.78 | $367,653 |
| Total Annual Labor Cost | | | | $700,413 |
| Number of Students | | | | 1,040 |
| Cost per Student | | | | $673 |

EDC Basic Cost Per Student

This figure is calculated on the total estimated annual labor cost divided by the number of students that will be going through the class per year. This cost accounts for labor instruction only and does not account for the overhead cost of the facility.

IOVINO_00007265

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1    **UNCLASSIFIED//PROPRIETARY**     **MSA** SECURITY    29 March 2017

## 2.0   COST PRICE APPROACH OVERVIEW

In this Change Order – Canine Validation Center IDIQ, MSA will utilize labor and cost pricing developed and utilized for the base contract for the operation of the Canine Validation Center (CVC) for the U.S. Department of State (DOS) by MSA Security (MSA). This base contract covers the Period of Performance (POP) required for this Change Order.

| Period of Performance | Date Start | Date End | Base Contract |
|---|---|---|---|
| Base Year | 08/17/2016 | 08/16/2017 | SAQMMA16D0106 |
| Option Period 1 | 08/17/2017 | 08/16/2018 | SAQMMA16D0106 |
| Option Period 2 | 08/17/2018 | 08/16/2019 | SAQMMA16D0106 |
| Option Period 3 | 08/17/2019 | 08/16/2020 | SAQMMA16D0106 |
| Option Period 4 | 08/17/2020 | 08/16/2021 | SAQMMA16D0106 |

*Table 1-1: Change Order Mod 1-Canine Validation Center*

## 2.0   ESTIMATE OF QUANTITIES

The estimate of quantities is based on the Performance Work Statement (PWS) that accompanied the Request for Change Order Proposal (Canine Validation Center IDIQ). This applies to the base year and the four Option Periods.

Labor

The Labor CLIN hours are derived from past performance experience operating the Canine Validation Center along with known future requirements for the POP. The Labor positions included in this MOD are those requested in the PWS.

ODC's

The only ODC's in this MOD are the Facility Renovation Costs. The Facility Renovation cost build-up is detailed below. MSA has obtained competitive pricing for the Facility Renovation in accordance with FAR 6.102(b).

| PWS Reference 2.0 - Facility Renovations | |
|---|---|
| **Description** | **Cost** |
| Construction Build-out | $1,471,092 |
| Other Equipment | $333,657 |
| IT Network and Infrastructure | $500,000.00 |
| | $2,304,749 |
| G&A | $518,568 |
| **Total Cost** | **$2,823,317** |

IOVINO_00007266

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 MSA SECURITY

29 March 2017

| Construction Costs | | | | | |
|---|---|---|---|---|---|
| **390 Airport Road Units A- F** | | | | | |
| DIVISION | DESCRIPTION | QTY. | UNIT | SUB TOTAL | DIV TOTAL |
| DIVISION 1: | GENERAL REQUIREMENTS: | | | | |
| | Supervision and coordination | | | $9,500 | |
| | County Fees & Sewer Fees | | | $2,800 | |
| | Temporary utilities | | | | |
| | Equipment Rental | | | $4,500 | |
| | Dumpster Rental | | | $4,800 | |
| | Architectural Drawings | | | $15,400 | |
| | Job Clean up | | | $6,000 | |
| | Demolition | | | | |
| | Final Clean | | | $3,000 | |
| | | | | | $46,000 |
| DIVISION 2: | SITE WORK: | | | | |
| | Earthwork (Excavation) | | CYDS | | $ - |
| DIVISION 3: | CONCRETE: | | | | |
| | Demo Slab | | SF | $11,550 | |
| | Reinforcement | | ton | | |
| | Slab On Grade | | SF | $14,300 | |
| | Stairs (Pan Type) | | treads | | |
| | | | | | $25,850 |
| DIVISION 4: | MASONRY: | | sub | | $18,000 |
| | CMU Kennel Walls | | | $18,000 | |
| DIVISION 5: | METALS: | | | | |
| | Struct. Steel - Roofing Reinforcement | 13 | pens. | $19,500 | |
| | Other Struct. Steel (Includes Stairs) | | sub | | |
| | Light Guage Framing | | LF | | |
| | | | | | $19,500 |
| DIVISION 6: | WOOD AND PLASTICS: | | | | |
| | Cabinets | | cbnts. | $3,300 | |
| | Countertops | | tops | | |
| | Other Carpentry | | | $500 | |
| | | | | | $3,800 |
| DIVISION 7: | MOISTURE - THERMAL CONTROL: | | | | |
| | Firestopping | | SF | | |
| | Roofing | 13 | pens. | $19,750 | |
| | Insulation | | | $12,600 | |
| | | | | | $32,350 |
| DIVISION 8: | DOORS WINDOWS AND GLASS: | | | | |
| | Interior Doors | | | $15,895 | |
| | Interior windows | | doors | | |
| | | | | | $15,895 |
| DIVISION 9: | FINISHES: | | | | |
| | Drywall | | | $127,000 | |
| | 1 side | | lf | incl above | |
| | 2 side | | lf | incl above | |
| | FRP | | | $3,500 | |
| | Lay-In Ceiling | | SF | $28,215 | |
| | Epoxy Warehouse floor | | SF | $165,000 | |
| | Paint New Drywall | | SF | $32,000 | |
| | New Carpet/VCT | | | $18,700 | |
| | Re paint and carpet existing office | | | $41,250 | |
| | | | | | $415,665 |
| DIVISION 10: | SPECIALTIES: | | | | $196,100 |
| | 10'x10' roll up door | | units | $3,500 | |
| | Fence | 2800 | LF | $165,000 | |
| | 8' black picket | 1400 | LF | incl above | |
| | 8' black vinyl coated Chain link | 1400 | LF | incl above | |
| | 20' vertical lift gate w/ operator | 2 | ea | incl above | |
| | Personell Gate | 4 | ea | incl above | |
| | Kennel Fence and gates | | | $15,000 | |
| | Toilet Accessories | | | $600 | |
| | Shower | 2 | | $12,000 | |
| DIVISION 14: | CONVEYING SYSTEMS: | | | | |
| | Dock Levelors | | lvlrs. | | $ - |
| DIVISION 15: | MECHANICAL: | | | | |
| | Plumbing | | sub | $36,000 | |
| | Gas line to RTU's | 13 | ea | $16,600 | |
| | Fire Protection | | allow | $31,050 | |
| | H.V.A.C. Warehouse and new classroom | | sub | $321,500 | |
| | HVAC in Kennel | | | incl above | |
| | Replace office HVAC | | | $38,000 | |
| | | | | | $443,150 |
| DIVISION 16: | ELECTRICAL: | | sub | | $62,900 |
| | Upgrade Panels | | | $62,900 | |
| | Power to RTU | | | incl above | |
| | Classroom electric | | | incl above | |
| | Hot water heaters | | | incl above | |
| | Kennel Electric | | | incl above | |
| | Subtotal | | | | $1,279,210 |
| | Subcontractor Overhead and Profit | | | | $191,882 |
| | Total Job Cost | | | | $1,471,092 |

IOVINO_00007267

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 **MSA SECURITY**

29 March 2017

| Other Equipment | quantity | Cost |
|---|---|---|
| Pallet Jacks | 2 | $628 |
| Riding floor cleaner | 1 | $10,000 |
| cleaning supplies | annual | $1,500 |
| Vacuum cleaners | 2 | $590 |
| Furnishings | all | $121,000 |
| First Aid Kits | 4 | $1,120 |
| Air Compressor | 1 | $900 |
| Battery Charger | 1 | $119 |
| Set of clothing and shoes new hire | 5 | $4,000 |
| Interactive Education Display | 1 | $180,000 |
| Education Hardware | 1 | $1,500 |
| TV 70" Display | 1 | $2,300 |
| EDC Training Aids (2) | 1 | $10,000 |
| Total | | $333,657 |

| IT Network and Infrastructure | | | |
|---|---|---|---|
| Description | Quantity | Unit Price | Total Price |
| WS-C3850-48F-S Cisco Catalyst 3850 48 Port Full PoE IP Base w/5yr SmartNet, Dual Power Supplies, and Cisco Catalyst 3850 4 x 10GE Network Module | 6 | $20,000.00 | $120,000.00 |
| Tripp Lite 12U Wall Mount Server Rack Enclosure Cabinet Hinged Wallmount | 2 | $1,000.00 | $2,000.00 |
| NetShelter SX 45U 600mm Wide x 1070mm Deep Enclosure with Sides Black TAA Compliant | 3 | $2,150.00 | $6,450.00 |
| Polycom RealPresence Group 500-720p: Group 500 HD codec, EagleEyeIV-12x camera, mic array, univ. remote, NTSC/PAL. Cables: 2 HDMI 1.8m, 1 CAT 5E LAN 3.6m, 1 HDCI digital 3m, Power: AMER-Type B, NEMA 5-15 | 2 | $22,000.00 | $44,000.00 |
| 50/125 Micron Fiber for Infrastructure cabling; also all offices supplied with (2) Data Jacks using CAT6 | 1 | $12,000.00 | $12,000.00 |
| Motorola XPR 7550e Portable Radios, UHF, 4 Watt | 25 | $1,150.00 | $28,750.00 |
| New Dell Precision Tower, Win10PRO 64B, 8G RAM, 1TB HD | 8 | $1,500.00 | $12,000.00 |
| New Dell XPS Tower, Win10PRO 64B, upgraded video card, 16G RAM, 1TB 7200 RPM HD | 1 | $3,500.00 | $3,500.00 |
| AVAYA 9641G IP PHONE | 25 | $280.00 | $7,000.00 |
| Heat and Cool Azir controller w/Humidifer and De-Humidifer | 1 | $17,000.00 | $17,000.00 |
| Access Control System to link with existing WinPak Control System | 1 | $120,000.00 | $120,000.00 |
| AIR-CAP3702I-B-K9 802.11ac Ctrlr AP 4x4:3SS w/CleanAir; Int Ant; B Reg Domain | 30 | $1,250.00 | $37,500.00 |
| Access Point Adder Licenses for 2504 WLAN Controller | 1 | $16,000.00 | $16,000.00 |
| Mini DP to HDMI, Rankie Gold Plated Mini DisplayPort (Thunderbolt Port Compatible) to HDMI HDTV Cable 6ft (Black) | 20 | $15.00 | $300.00 |
| Dell 24" Monitor for Surface Pro Docking Stations | 20 | $340.00 | $6,800.00 |
| Dell UltraSharp 34" Curved Ultrawide Monitor | 2 | $1,000.00 | $2,000.00 |
| Digital Watchdog 48MP Panoramic 4X7.2MM Lens Outdoor Dome, w/ License and installation | 1 | $26,000.00 | $26,000.00 |
| FAS2650,24X1.8TB,10K,-C ; Model : FAS2650A, w/ FAS2650 HA SYSTEM,PREMIUM BUNDLE ; Model : FAS2650A(2x), w/SUPPORTEDGE PREMIUM 4HR ONSITE, W/O INSTALL Service Months: 36.0; Service Start Date: 1/12/2017; Model: FAS2650A, to include OSSV Backup Solution Software | 1 | $85,000.00 | $85,000.00 |
| T1V | Interactive - Multitouch Software for touchscreens and Interactive Walls | 1 | $50,000.00 | $50,000.00 |
| Microsoft Surface Pro 4 - 256GB / Intel Core i7 | 10 | $1,900.00 | $19,000.00 |
| Microsoft Type Cover and Keyboard for Surface Pro 4 - Black | 10 | $100.00 | $1,000.00 |
| UAG Microsoft Surface Pro 4 Feather-Light Composite [BLACK] Aluminum Stand Military Drop Tested Case | 10 | $80.00 | $800.00 |
| Microsoft Surface Dock (Compatible with Surface Book, Surface Pro 4, and Surface Pro 3) | 10 | $140.00 | $1,400.00 |
| Less Discount | | | $(118,500.00) |
| | | **Total Cost:** | **$500,000.00** |

### Facility Lease

The proposed facility lease costs comprise the new total costs for all proposed space leased less the original IDIQ lease costs which consisted of two leases totaling ▮▮▮▮ The proposal comprises two facility leases totaling ▮▮▮▮ necessary to meet the requirements of the PWS:

Lease 1:    390 Airport Road, Winchester, VA 22602    ▮▮▮▮    Appendix A

Lease 2:    220 Admiral Byrd Drive, Winchester, VA 22602    ▮▮▮▮    Appendix B

By consolidating three (3) leases at 390 Airport Road into one lease, MSA was able to realize facility lease savings to the DOS for the operation of the CVC for the Base year and 4 Option Year Periods.

IOVINO_00007268
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**

 MSA SECURITY

29 March 2017

### PWS Reference 2.1 - Facility Leases

| Lease | Sq Ft | Lease Annual Date | Type | Base | OP 1 | OP 2 | OP 3 | OP 4 |
|---|---|---|---|---|---|---|---|---|
| 390 Airport Road, Winchester, VA 22602 | | March 1 | Base Rent | $329,897 | $722,397 | $744,069 | $766,391 | $789,383 |
| 390 Airport Road, Winchester, VA 22602 | | March 1 | Additional Rent* | $65,979 | $142,500 | $142,500 | $142,500 | $142,500 |
| 220 Admiral Byrd Drive, Winchester, VA 22602 | | October 1 | Base Rent | $93,344 | $206,902 | $213,109 | $219,503 | $226,088 |
| 220 Admiral Byrd Drive, Winchester, VA 22602 | | October 1 | Additional Rent* | $19,558 | $42,240 | $42,240 | $42,240 | $42,240 |
| | | | | $508,778 | $1,114,039 | $1,141,918 | $1,170,634 | $1,200,210 |
| Utilities | | | | $72,230 | $159,120 | $162,302 | $165,548 | $168,859 |
| | | | | $581,008 | $1,273,159 | $1,304,221 | $1,336,182 | $1,369,070 |
| G&A | | | | $130,727 | $286,461 | $293,450 | $300,641 | $308,041 |
| | | | | $711,735 | $1,559,620 | $1,597,670 | $1,636,823 | $1,677,111 |
| Less Lease Cost Already Accounted for in original IDIQ (2 leases 90,000 Sq Ft) | | | | ($318,864) | ($705,238) | ($722,271) | ($739,782) | ($757,786) |
| **New Modification Cost** | | | | **$392,871** | **$854,382** | **$875,399** | **$897,041** | **$919,325** |

*Common Charges in Lease for such items as snow removal, maintenance, outside lighting for property and other shared expenses

### Cost Savings with Consolidation

*Facility Leases without Consolidation*

| Lease | Sq Ft | Type | Base | OP 1 | OP 2 | OP 3 | OP 4 |
|---|---|---|---|---|---|---|---|
| 390 Airport Road Units A-F , Winchester, VA 22602 | | Base & Additional | $184,628 | $407,213 | $417,449 | $427,993 | $438,853 |
| 220 Admiral Byrd Drive, Winchester, VA 22602 | | Base & Additional | $112,901 | $249,142 | $255,349 | $261,743 | $268,328 |
| | | | $297,529 | $656,355 | $672,799 | $689,736 | $707,180 |
| Utilities | | | $72,230 | $159,120 | $162,302 | $165,548 | $168,859 |
| | | | $369,760 | $815,475 | $835,101 | $855,284 | $876,040 |
| G&A | | | $83,196 | $183,482 | $187,898 | $192,439 | $197,109 |
| | | | $452,956 | $998,957 | $1,022,999 | $1,047,723 | $1,073,149 |
| 390 Airport Road Units G- , Winchester, VA 22602 | | | $318,864 | $705,238 | $722,271 | $739,782 | $757,786 |
| Facility Lease Cost without Consolidation | | | $771,820 | $1,704,195 | $1,745,270 | $1,787,505 | $1,830,935 |
| *Facility Lease Cost with Consolidation* | | | $711,735 | $1,559,620 | $1,597,670 | $1,636,823 | $1,677,111 |
| **Savings** | | | **$60,085** | **$144,575** | **$147,600** | **$150,682** | **$153,824** |

## 3.0    ESTIMATE METHODOLOGY AND RATIONALE – DIRECT & INDIRECT LABOR

Sections 3.1 through to 3.2 detail MSA's rationale for estimating Direct and Indirect Labor Costs in the base contracts, such direct labor and indirect labor rates used for this change order.

## 3.1    DIRECT LABOR ESTIMATE METHODOLOGY AND RATIONALE

Direct labor rates are based on actual salaries for current employees and actual salaries for fiscal year 2016 and budget estimates for 2017 using expert judgment, market knowledge for labor classifications and the Bureau of Labor Statistics (BLS). No non-standard rates are incorporated within this proposal and represent rates that are consistent with prior programs, existing contracts, and prior proposals. Direct Labor rates incorporated within this proposal represent the best estimate of the future rates based on historical rates and labor market knowledge and then forecasted for 2017. A 1% pay rate increase is assumed per year for the contract duration. MSA has not submitted rates to DCAA or received DCAA rate approval.

IOVINO_00007269

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**UNCLASSIFIED//PROPRIETARY** 
29 March 2017

Actual salary paid for employees that are currently employed by MSA were used where available. Positions that are not currently filled are estimates using expert judgment by the program manager and his knowledge of the market. For labor categories that have current employees and required additional employees the estimated salary for the new employee is estimated at the same salary as the current employees.

## 3.2.    INDIRECT LABOR ESTIMATE METHODOLOGY AND RATIONALE

Each cost element was individually analyzed utilizing 2016 actual costs and establishing a 2017 budget; additional cost was included for the indirect administrative function supporting the CVC and Veterinary Services Contract. Expense and base estimates represent the company's best estimate of future contracts, including CVC and Veterinary Services Contract resulting from this solicitation for each of the calendar years.

Fringe benefits are based on actual experience and rates based on Federal and State law, company policy or actual experience as applicable.

General & Administrative (G&A) – The G&A rate is designed to accumulate and allocate indirect operational costs incurred on behalf of the overall planning, management, and supervision of the company. The G&A rate recovers the remainder of allowable indirect costs. All direct and indirect un-allowable costs are removed from all pools and bases and are not included within this proposal. The actual G&A rate from 2016 and the forecasted 2017 G&A rate exceeds the rate proposed of 22.5%. MSA is absorbing in its profit margin the cost differential between the actual G&A costs and the proposed G&A costs within this proposal.  The absorption of these costs in margin reflects MSA's commitment to DOS to cost competitiveness and providing DOS with a best value solution

Planning assumptions for business base that results in the base portion for the calculations of Fringe, Overhead, and G&A are based on the existing MSA 2017 business plan.  Sales and base increases include projected increases in the overall business activity and the contract resulting from this solicitation.

## 4.0    PURCHASING

MSA's purchasing system manages the entire acquisition process from requisition to purchase order, to product receipt, to payment. Our policies, procedures, and purchasing practices comply with DFARs 252.244-7001.  We maintain clear lines of authority and responsibility and ensure all applicable purchase orders and subcontracts contain all flow-down clauses, including terms and conditions and any other clauses needed to carry out the requirements of the prime contract.

### 4.1    PROCEDURE

MSA does not deviate from its standard processes described in MSA's Procurement Policy Manual. This manual includes policies, procedures and purchasing practices that comply with the Federal Acquisition Regulation and Defense Federal Acquisition Regulation Supplement.

IOVINO_00007270
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1
**UNCLASSIFIED//PROPRIETARY** 
29 March 2017

Upon all government awards and modifications, an MSA Contracts Manager reviews all terms and conditions and notifies the appropriate Purchasing or Subcontracts Manager of the applicable flow down clauses that should be flowed down through purchase orders and subcontracts. The Purchasing or Subcontracts Manager then incorporates all applicable flow downs to MSA's applicable vendors.

Within MSA's Procurement Policy Manual, MSA defines all roles and the responsibilities of each particular role involved in procurement. MSA's Signature Authority Policy, which defines all roles that are required to approve any procurement along with the individuals who are authorized to approve procurements and the role that they fill. These defined roles along with MSA's Signature Authority Policy ensure clear lines of authority and responsibility.

All Purchase Requisitions (PR) are imitated through MSA's accounting system. Once entered into NetSuite Release 2016.1, the PR goes through a workflow that is determined by MSA's Signature Authority Policy based on the type of program and dollar amount. Once the PR is approved through the NetSuite Release 2016.1 workflow system a Purchase Order is sent to the vendor to initiate the order. The MSA Purchasing Manager is responsible for documenting the order for a complete and accurate history of the purchase transaction. Included in the file is the documentation of the approved PR, competed quotes or the sole source justification, the price paid, items ordered and the signed PO. These files are all available for government review.

Prior to purchasing a product or service any approver may require a make, buy or lease analysis. Such analysis should be a joint effort by representatives from the Purchasing Department and Business Operations. The analysis should determine whether the need can be met within the Corporation, and then, as appropriate, assess the financial implications to the government of acquiring the item by purchasing it outright or leasing. The analysis and conclusions from this review shall be documented, attached to each Purchase Requisition for approval and maintained in the Purchasing File.

MSA is committed to acquiring the items that provide that best value to the Government that are consistent with contract specifications. In accordance with FAR 44.402, Buyers are required to incorporate commercial items or non-developmental items to the maximum extent practicable. To do so, the Buyer shall ensure bid solicitations are received from a sufficient number of prospective sources to promote effective competition commensurate with the nature and dollar value of the purchase action.

To the extent that non-standard purchases are being executed with unique, specific supplier requirements, then a Request for Quotation (RFQ) or Request for Proposal (RFP) should be created by the Buyer and sent to the appropriate suppliers for response. For standard, off-the-shelf purchases, it is generally appropriate for Buyers to solicit written quotes without developing a formal RFQ or RFP. All questions regarding the sourcing requirements should be directed to the VP of Contracts, Procurement & Pricing.

The Buyer shall use full and open competition to the maximum extent practical through the use of the following competitive procedures:

1.  Competitive Proposals – If sealed bids are not appropriate, Buyers shall request competitive proposals or use the other competitive procedures under 3 below. (FAR 6.102(b)). For competitive proposal procedures, refer to FAR part 15 "Contracting by Negotiation".

2.  Combinations of competitive procedures – If sealed bids are not appropriate, Buyers may use any combination of competitive procedures (e.g., two-step sealed bidding). For more information, refer to FAR 6.102(c).

Negotiated Buys

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

IOVINO_00007271

**UNCLASSIFIED//PROPRIETARY**

 **MSA** SECURITY

29 March 2017

1. The Buyer shall seek cash discounts, trade discounts, quantity discounts, rebates, and freight allowances.
2. Buyers shall negotiate separate price breakdowns for significant elements of the purchase (i.e., facilities, materials, engineering, labor services, and special packaging) to allow separate cost control of these elements.
3. Buyers shall ensure prices are established at the time the order is placed, rather than on an "advise price" of "market" basis. (This does not apply if the price was established via a Blanket Purchase Agreement, and the order is being placed as a Blanket Purchase Order.)
4. If the item purchased is nonstandard or an insufficient number of bids have been received, the Buyer shall document evidence of negotiation to establish a reasonable price.
5. If the award was made to other than the low bidder on the basis of delivery, the Buyer shall ensure the PO provides for a downward price adjustment if delivery schedules are not met.
6. Sealed Bidding – For sealed bid procedures, refer to FAR Part 14 "Sealed Bidding" in the Appendix. The Buyer shall solicit sealed bids if:
   a. Time permits the solicitation, submission, and evaluation of sealed bids;
   b. The award will be made on the basis of price and other price related factors;
   c. It is not necessary to conduct discussions with the responding offerors about their bids; and,
   d. There is a reasonable expectation of receiving more than one sealed bid. (FAR 6.401(a)).

The Supplier Manager is responsible for compiling and maintaining an Approved Source List to that MSA does not purchase materials from a suspended or debarred sources, or from sources that would cause a violation of any applicable statute or regulation (e.g., the Buy American Act, etc.). Suppliers will also be evaluated on a regular basis, and this information will be maintained internally to ensure that MSA only does business with high quality suppliers.

Debarred or suspended suppliers shall be excluded from source selection, unless the acquiring agency's head or an appropriate designee determines that there is a compelling reason for such action. Each proposed first-tier supplier, whose contract will exceed $30,000, shall be required to disclose to the Corporation in writing at the time of award, whether the supplier or its principals, is or is not debarred, suspended, or proposed for debarment by the Federal Government. This is shall be a required flow-down to all lower tier subcontractors.

To ensure that MSA is not doing business with disqualified suppliers, the excluded suppliers will be checked during the qualification of each significant new supplier and every twelve (12) months thereafter for all significant existing suppliers. For information on the suppliers excluded from Federal Procurement and Non-procurement Programs, MSA will utilize the System for Award Management (SAM) to check for disqualified suppliers.

A corporate officer or a designee of the Corporation shall notify the Contracting Officer, in writing, before entering into procurements with a party that is suspended, debarred, or proposed for debarment. This notification must include the following:

1. The name of the supplier.
2. The Corporation's knowledge of the reasons for the supplier being an excluded supplier from Federal Procurement and Non-procurement Programs.
3. The compelling reason(s) for doing business with the supplier notwithstanding its inclusion on the List of Parties Excluded from Federal Procurement and Non-procurement Programs.
4. The systems and procedures the Corporation has established to ensure that it is fully protecting the Government's interests when dealing with such supplier in view of the specific basis for the party's suspension, debarment, or proposed debarment. (FAR 9.405-2).

**UNCLASSIFIED//PROPRIETARY**

IOVINO_00007272

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1
**UNCLASSIFIED//PROPRIETARY**
 **MSA** SECURITY
29 March 2017

Although these specific supplier restrictions are not required by law for commercial contract purchases, MSA procurement personnel shall reference the internally maintained Approved Supplier List for all significant purchases to ensure that the best value is consistently achieved.

MSA is committed to acquiring the items that provide that best value to the Government that are consistent with contract specifications. In accordance with FAR 44.402, Buyers are required to incorporate commercial items or non-developmental items to the maximum extent practicable. This ensures fair and reasonable prices. For competitive bids, MSA shall always select the lowest responsible biller. For all other purchases, the Buyer shall perform a cost or price analysis and technical evaluation of the supplier's proposals/quotations, ensuring the price, quality, delivery, technical capabilities and financial capabilities of the vendor are fair and reasonable. The scope and conclusion of the analysis shall be documented and included in the purchasing file. The Buyer shall obtain a certificate of current cost and pricing data for any negotiated contract greater than $700,000, unless one of the following exceptions applies:

- Adequate pricing competition
- Price set by law or regulation
- Acquisition of commercial items
- Waiver granted

Modification of a contract for commercial items

If a sole source purchase is awarded, a written justification must be provided and maintained in the purchasing file. Requestors must substantiate the reason(s) for a sole source purchase by attaching a detailed written explanation that is accepted by the Purchasing Manager. The written explanation must detail what steps were taken to determine that no other sources were available. The Requestor also needs to provide information as to why the product or service is unique. Support for a sole source purchase could also include written documentation (i.e., email, typed memo, etc.) from the appropriate Contracting Officer (CO) directing MSA to procure a specific item from a specific supplier. The Buyer will work with the Requestor to ensure that the rationale meets the FAR guidelines, as documented above. A high priority alone will not justify a sole source or emergency designation. In addition, insufficient planning and/or funding concerns are not valid reasons to sole source a purchase.

All purchasing records shall be kept in a Purchasing File for a minimum of 7 years. (FAR Subpart 4.7; See also, FAR Subpart 4.8). As appropriate, the Purchasing File should contain:

a. PO/Formal documentation of P-Card use
b. Purchase Request
c. Request for Quotation (RFQ)
d. Copies of the suppliers' quotes
e. Bid tabulation sheet that summarizes and compares supplier quotations
f. Certificates for the rent-free use of Government facilities
g. Supplier surveys or facilities capability reports
h. Explanation of source selection
i. Price or cost analysis data
j. Negotiation summary
k. Basis for selection of contract type
l. Copies of technical data
m. Correspondence between the purchasing department and the bidders
n. Evidence of small and disadvantaged business enterprise consideration
o. Information concerning the use of special terms and conditions and approval thereof

IOVINO_00007273
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1

**UNCLASSIFIED//PROPRIETARY**



29 March 2017

    p.  Departmental and management approvals - if required
    q.  Administrative Contracting Officer (ACO) notification and consent
    r.  Certificate of Current Cost or Pricing Data – if the procurement meets the requirements

While all of this documentation is not applicable (and therefore required) for each transaction, it is important for Buyers to be aware of the information that should be maintained in the purchasing file.

All Buyers are encouraged to use any contract type to best achieve their objectives. Selecting the contract type is generally a matter for negotiation and requires the exercise of sound judgment. Negotiating the contract type and negotiating prices are closely related and should be considered together. The objective is to negotiate a contract type and price (or estimated cost and fee) that will result in reasonable contractor risk and provide the contractor with the greatest incentive for efficient and economical performance. The basis for the selection of the contract type shall be documented in the Purchasing File. The use of cost-plus percentage of cost type contracts is strictly prohibited.

All items received shall be checked to ensure that they conform to the order, and that the quality meets MSA's expectations. Receiving is responsible for inspecting all incoming shipments for obvious damage and to ensure that they comply with the included Bill of Materials. The Requestor is responsible for inspecting and reporting any defects/damage upon final receipt of the good.

For those items marked DNO (Do Not Open), QA should not be performed by anyone unless specifically authorized to do so by the Requestor or responsible Program Manager.

All Labor Hour or Time and Material subcontractors shall enter time into MSA's timekeeping system to ensure their costs are being monitored and collected appropriately.

It is sometimes necessary to alter or modify a PO after it has been issued. Rather than require a new PR and the corresponding approvals, the Buyer may modify a PO on his/her own authority if the change does not increase the total price of the PR by the lesser of ten percent (10%) or $10,000. If the modification requires an increase of ten percent (10%) or $10,000, then the Buyer must receive an approved PR in accordance with the Authority Matrix. The Buyer is authorized to select the supplier(s) that will provide the best value to MSA, even if this does not match the supplier that was suggested by the Requestor on the PR. However, at any such point in time as the Buyer realizes that the 'Date Required' on the PR cannot be met, and then the Requestor should be notified immediately. It is never appropriate to modify a PO to accommodate changes in the purpose or function of an item.

For all government contracts, MSA maintains a list of all vendor's whose subcontracts required FAR and DRARS flow-down clauses. MSA provides notification to the Contracting Officer each time a subcontract is awarded and can provide the complete list upon request to enable the Government to audit all subcontracts.

All MSA employees are prohibited from accepting gifts, gratuities, or entertainment of any form from suppliers or potential suppliers with a value greater than $25, without the approval of a corporate officer. The CEO must approve acceptance of any gift in excess of $25. It is MSA Corporation's objective to award business on the basis of such considerations as quality, service, pricing, and technical ability, and to avoid the occurrence or even appearance of impropriety in the receipt of personal gifts, gratuities, favors, and/or kickbacks in connection with any contract, subcontract, or purchase.

The VP of Contracts, Procurement & Pricing and Purchasing Manager perform regular management reviews and trainings as well as review and maintain the policies and procedures of the purchasing department to ensure the integrity of MSA's purchasing system.

IOVINO_00007274

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**UNCLASSIFIED//PROPRIETARY**



29 March 2017

MSA monitors all subcontracts costs through its accounting system. Anytime more than 70% of a government contract is subcontracted out, the MSA Contracts Manager shall promptly notify the Contracting Officer in writing of MSA's value to the contract. MSA requires its subcontractor to perform a minimum of 30% of the work prior to issuing any subcontract. Subcontractors are required to notify MSA if they subcontract out more than 70% of their work.

## 5.0   COST ACCOUNTING SYSTEM

The objective of MSA's accounting system is to maintain a high degree of internal control with respect to the security of company's funds, the preparation and issuance of company checks, time charging, proposal estimating and costing, and posting costs to the general ledger accounts. The following narrative description of the accounting and time keeping system describes the process and internal controls that are in place and monitored for compliance.

MSA's accounting system, policies, and procedures have been developed with the assistance of a CPA firm and are in compliance with the requirements of procuring services and goods for government contracts as well as generally accepted accounting principles (GAAP). MSA uses NetSuite Release 2016.1 accounting system utilizing a standard chart of accounts that captures direct costs by contract and indirect cost pools for Fringe, Overhead, G&A, and unallowable costs. NetSuite also has the functionality to identify and make progress payments. Following is a summary of the basic elements and controls within the accounting system.

The MSA accounting system is based on the assignment of all operating expenses to either directly to job cost general ledger control accounts to which the costs is wholly-attributable to, or to indirect cost general ledger accounts which can be later allocated to job cost accounts. A separate job cost account is assigned to each company "project". In some cases a single project may have more than one job cost account when it is desirable, for internal management purposes or other reasons, to accumulate project costs in two or more sub-accounts. In accordance with FAR 2.101, the MSA accounting system provides for proper segregation of direct from indirect costs, with direct costs including goods and services performed to directly support a contract activity as defined by the Statement of Work, segregated from indirect costs, which include all other costs that are not directly attributable to any specific contract activity.

Direct Costs are those costs, which can be specifically associated with a single final project cost objective. Such costs include materials used or consumed in the project; travel in support of project objectives; consultant or subcontractor effort; and miscellaneous costs associated with the production and delivery of project end products and deliverables. These costs are charges to unique, separate general ledger accounts for accumulation. MSA's accounting system provides for the identification and accumulation of direct costs identified specifically with a contract and not other contracts either directly or indirectly. Direct costs are identified with a specific contract if performed or incurred under the Statement of Work for that specific contract. Customer/ Contract numbers are required system entries

IOVINO_00007275

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1                    **UNCLASSIFIED//PROPRIETARY**                    
                                                                                            29 March 2017

along with all direct labor hours entered into MSA's timekeeping system and with all other direct costs entered into MSA's accounting system from invoices/purchase orders.

MSA's accounting system provides for a logical and consistent method for the allocation of indirect costs to intermediate and final cost objectives by ensuring that all indirect costs are charged to one of the three indirect cost objectives. All costs are determined to be direct or indirect based on MSA's corporate policies, which ensure accurate and consistent charging of all indirect costs to final or intermediate cost objectives by maintaining a chart of accounts that includes explanations of expenses to be charged to each account, maintaining procedures for charging all costs (including labor), training employees periodically, and performing self-audits for accuracy and completeness. MSA currently maintains three pools for accumulation of FAR allowable indirect costs: Fringe, Overhead, and G&A Pools. The Fringe pool is an intermediate pool that is allocated to both direct costs and the Overhead and G&A pool before allocation of the Overhead costs and then G&A pool allocation based on total cost input.

All costs are coded and recorded to unique general ledger control accounts as the cost is incurred under Generally Accepted Accounting Principles. All contract costs; including any specific CLIN requirements receive a separate GL account/Sub GL account. Indirect costs are allocated to specific general ledger accounts depending on the nature of the expense – fringe, overhead or G&A. MSA continuously posts costs to contract accounts and therefore meets the monthly interim requirement for posting to books of account.

MSA's Time & Expense system requires entry of all labor hours worked segregated as either direct or indirect labor and allocable either directly to specific contracts or to indirect cost objectives. Management approval of hours entered is required to ensure all labor charged is in accordance with the Statement of Work for each specific contract.  MSA utilizes a four-level management approval process to ensure the correct application of direct labor hours to each contract, and confirms the appropriate allocation of indirect hours to the various indirect cost objectives. Employee timesheets are prepared daily and submitted and approved weekly. Timesheets cannot be changed once submitted without explanation for the change and approval. Each charge code is mapped to a general ledger control code for charging as set forth in the labor distribution section below. The MSA payroll is prepared internally. MSA's Accounting Department performs a bi-weekly labor cost distribution to allocate payroll costs to direct and indirect cost objectives. MSA's labor distribution/payroll system directly imports the approved hours from our timekeeping system and utilizes those hours to allocate each employee's pay according to the hours worked on various direct and indirect cost objectives. This appropriately allocates the costs for all direct and indirect labor hours to their final cost objectives. Non-exempt employees are paid for all hours worked and are paid at their normal rate for all hours in excess of 40 hours per week. Exempt employees are paid for no more than 40 hours per week. Overtime (hours worked as assigned by a supervisor in excess of 40 hours per week) is charged at the normal rate, no overtime pay differential is paid. MSA incurs no direct labor uncompensated overtime and indirect employees are salary based on 40-hour workweek.

In accordance with MSA's corporate accounting policies, all general ledger accounts are reviewed on a monthly basis to ensure that all direct costs (including labor and other direct costs) are allocated to the

IOVINO_00007276
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1                    **UNCLASSIFIED//PROPRIETARY**         **MSA** SECURITY

29 March 2017

appropriate cost objective (contract) based on the Statement of Work for each contract and all indirect costs are appropriately allocated to their final cost objectives. This ensures the interim determination of costs charged to a contract through monthly postings of books of account.

MSA's accounting system, ensuring compliance with FAR 31, segregates all unallowable costs into separate general ledger accounts which are excluded from all other direct and indirect cost pools. MSA has an Unallowable Expense pool for segregation and accumulation of all known unallowable costs under the FAR and for those costs, which the company does not intend to seek either direct or indirect reimbursement under government contracts.

MSA's cost accounting system can identify and segregate costs by contract line item (CLIN) or by units as each expense (labor or other direct costs) can be specifically tracked and charged a unique CLIN or group of like costs. Our accounting system can identify individual units of an expense item (or minutes of labor) in association with a particular CLIN for each charge as if each CLIN or unit was a separate contract if required by a proposed contract. Pre-production costs are segregated from production costs by the specific expense item and the costs can be allocated to the appropriate final cost objective (direct or indirect) as determined by a Statement of Work for that contract. In accordance with FAR 52.232-20 and 21 and FAR 52.216-16, MSA's accounting system allows for the tracking of total costs by CLIN against the total funding by CLIN for each customer/contract. We provide our customers with accurate tracking of funding expended and estimates of future funding balances for planning purposes so that the customer is assured of compliance regarding the limitation of cost and/or payments. MSA uses general ledger control, including sub-GL accounts to account for any mandated cost control required by any contract CLINs. MSA's accounting system is designed and maintained so that previously incurred costs are tracked and allocated by contract/CLIN, in order to provide adequate and reliable data for use in pricing follow-on acquisitions.

The MSA accounting system provides the identification, accumulation, monitoring, and tracking of Other Direct Costs by direct posting to the appropriate general ledger account which includes the customer/contract number and is based on the paid purchase order or invoice. All ODC costs are coded as "ODC" within the system.

## 6.0   BILLING SYSTEM

As of this submission date, MSA has not been audited nor have we received approval of our accounting system and billing system for billing cost type contracts. MSA has been billing DOS since 2014 on the CVC programs for cost type billings. The following is a description on the billing system, established billing policies, practices and procedures, which is carried out through the MSA Security accounting system, NetSuite 2016.1

Set-Up:

IOVINO_00007277

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

SAQMMA16D0106
PWS – Canine Validation Center Mod 1
**UNCLASSIFIED//PROPRIETARY**



29 March 2017

1. Creation of Sales Order for the client in NetSuite – a sales order is created in NetSuite that mirrors the award contract details. The sales order is created by the MSA Security account representative for that particular client.
2. Approval of Sales Order in NetSuite – the sales order is reviewed by the Finance Department for accuracy against the contract before being approved electronically in NetSuite.
3. CLINs are set up in NetSuite as per the contract award to allow for billing and cost tracking
4. The labor CLINs are set-up in the MSA Security scheduling and time system, Valiant, as per the contract award.

Labor CLIN Billing:

1. The MSA Security CVC Project Accountant inputs the scheduled hours for each employee under the appropriate CLIN in the Valiant scheduling and time system for the coming payroll week.
2. At the end of the payroll week the employees certify their time worked on the timesheets generated from the Valiant time system.
3. The Program Manager for the contract reviews and approves the weekly timesheets
4. The approved timesheets are forwarded to the MSA Security billing department.
5. The invoice to bill the Labor CLINs is created in NetSuite by the MSA billing supervisor.
6. The Senior Financial Analyst reviews the invoice before being electronically approved and released in NetSuite.
7. The Invoice Details are inserted into the Monthly Financial Report that is attached to the invoice by the billing supervisor.

Other Direct Cost Billing:

1. The Project Accountant obtains three quotes for all items to be purchased on behalf of the client. Upon the approval of the client, the Project Accountant generates a Purchase Order (PO) to purchase the goods or services. The PO will be coded to the appropriate CLIN.
2. The Project Accountant will electronically receive the goods and services in NetSuite when they are delivered.
3. The Project Accountant generates a report detailing each item purchased in the month by CLIN. A copy of the vendor bills are attached to the report by CLIN and sent to the billing supervisor.
4. The invoice to bill the Other Direct Costs is created in NetSuite by the billing supervisor.
5. The Senior Financial Analyst reviews the invoice before being electronically approved and released in NetSuite.
6. The Invoice Details are inserted into the Monthly Financial Report that is attached to the invoice by the billing supervisor.
7.

Review of Invoice:

1. The Financial Controller reviews the full invoice, financial report and back up for accuracy and completeness.
2. The Invoice total is inserted onto the Payment Voucher for review and certification by the Chief Financial Officer.

IOVINO_00007278

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*