# EXHIBIT K

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**Sharon James 30b6 DoS**
**February 26, 2026**

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF VIRGINIA

3                HARRISONBURG DIVISION

4

5                        Case No. 5:21-CV-00064-TTC

6

7

8      *********************************

9      KAREN IOVINO,

10                    Plaintiff

11     v.

12     MICHAEL STAPLETON ASSOCIATES, LTD.

13     d/b/a MSA SECURITY, INC.

14                    Defendant

15     *********************************

16

17            VIDEOTAPED 30(b)(6) DEPOSITION OF:

18                DEPARTMENT OF STATE

19                BY:  SHARON JAMES

20            APPEARING REMOTELY FROM

21                Arlington, Virginia

22            February 26, 2026  9:08 a.m.

23

24     By Roberta Ebhert

25     APPEARING REMOTELY FROM MARION COUNTY, FLORIDA

**Sharon James 30b6 DoS**
**February 26, 2026**

Page 32

1          MS. FRITH:  I should clarify that the Touhy approval

2    letter says that the request 1 is granted and that the

3    department will provide a deponent to speak to the

4    department's general practice and policy of involvement or

5    non-involvement in a contractor's employment decisions and

6    any related information specifically concerning Dr. Iovino

7    in 2017.

8          MR. GUYER:  Okay.  Great.  Wonderful.

9          MS. FRITH:  And so, Ms. James, I think you can

10   provide the answer that you prepared for this --

11         MR. GUYER:  Yes.

12         MS. FRITH:  -- based on that approval.

13         MR. GUYER:  Yes.  I agree.

14         **Q.     You can just give us whatever answers you**

15   **are --**

16         A.     Sure.

17         **Q.     -- prepared to give.**

18         A.     So in response to this, The department is not

19   involved in employers' decisions with their employees.

20   Contractor personnel are not government employees.  They're

21   employees of their respective company and not subject to

22   the same rules, regulations as that of federal employees.

23   Contractor personnel are subject to the terms and

24   conditions of their employment contracts or agreements, as

25   well as the terms and conditions of their employers'

**Sharon James 30b6 DoS**
**February 26, 2026**

Page 33

1    contract with the government.

2        Q.    Okay.  And then we'll go on to matter 2.  If

3    you already just have the answers, you know, I don't want

4    to, you know, waste any time here at all.  So if you're

5    able to then just read to us what answer you prepared to

6    give as to matter 2.

7        A.    Okay.  In response to Topic 2?

8        Q.    Yes.

9        A.    Okay.  Just pointing out that information

10   within the department is shared on a need-to-know basis,

11   policy guidance.  Where information is shared, an

12   individual has a -- and an individual has a legitimate

13   work-related program that requires access to perform their

14   specific job functions; information can be shared.  Ms.

15   Read's sharing of information was appropriate in her role

16   as head of contracting activity, and she did so in a

17   professional manner to inform program leadership of an OIG

18   complaint.

19       Q.    Okay.

20       MR. GUYER:  Now, Krista, just for the record, I'm

21   going to ask the first question on No. 1, which I

22   understand you're then going to say that Touhy says no to

23   that or whatever.  You'll instruct her not to answer.

24       Q.    One is, I'm asking you this question now, Ms.

25   James, but I understand you'll be told not to answer.  Does

**Sharon James 30b6 DoS**
**February 26, 2026**

Page 36

1          *(Question read)

2          THE WITNESS:  Thank you.

3          A.    And it appears that the department could've

4     requested a contract change, an amendment to the contract

5     to change from a part-time position to a full-time

6     position.  However, the department would not, again, have

7     been involved in the decision making of MSA on how to

8     fulfill that contractual change requirement.

9          **Q.    Okay.  And is your understanding that --**

10         THE GUARDIAN:  I'm sorry.  Ms. James has come out of

11    the middle again.  We're showing Ms. Greenstein.

12         MS. FRITH:  Ms. James, you got to shift over your

13    seat.  Sorry.  Other way.

14         THE GUARDIAN:  I think you're mirrored to us.

15         MS. FRITH:  There you go.

16         THE GUARDIAN:  That's better.  All right.  We're

17    good.  You can continue, Attorney Guyer.

18         **Q.    Okay.  And I'm going to ask a follow-up**

19    **question on that.  And is it your understanding that the**

20    **change in the contract you just referenced was to increase**

21    **from 30 hours a week to 40 hours a week for a veterinarian**

22    **position?**

23         A.    My understanding, based on the review of

24    documents, is that it was a request to change from

25    part-time to full-time.  I don't recall anything specific

**Sharon James 30b6 DoS**
**February 26, 2026**

Page 37

1   to the hours, sir.

2          Q.      Okay.  Thank you very much.

3          A.      Mm-hmm.

4          Q.      And if I understand your answer, the

5   Department of State did not direct MSA to -- that it had to

6   make that a competitive position with a job posting; is

7   that correct?

8          A.      The department requested a contract amendment

9   as a contract change to make the previous part-time

10  position a full-time position and does, again, not get

11  involved in how the company would have gone about in

12  fulfilling that contractual requirement.

13         Q.      Thank you very much.

14         MS. FRITH:  And, Thad, based on the way some of

15  these -- this information has come out, I need to rescind

16  my prior objection to Exhibit 10.  So if you want to

17  re-bring up Exhibit 10 and ask her about that, I think it

18  falls within the realm of what we've been discussing of the

19  approved area of Topic 1.

20         MR. GUYER:  Wonderful.  I only say "wonderful"

21  because it's just going to make life easier.  All right.

22  So we're going to display Exhibit 10, which is our little

23  contract.  And I only got one question on it anyway, so...

24         THE GUARDIAN:  Are you able to see that okay, Ms.

25  James?  You're muted.  You're muted, Ms. James.