# EXHIBIT L

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

| | |
|---|---|
| From: | Katie Brasfield [KBrasfield@msasecurity.net] |
| Sent: | 6/26/2017 10:37:07 PM |
| To: | Gerald Goss [GGoss@msasecurity.net]; Michael Kennedy [MKennedy@msasecurity.net]; Alan Bower [ABower@msasecurity.net] |
| Subject: | FW: SAQMMA16-D-0106 Change Order Proposal CVC |
| Attachments: | Technical Proposal - Mod 1 - CVC - rev 1.pdf; MS Excel Cost Build-up v7 Final 062617.xlsx; Change Order IDIQ Mod 1 - CVC -Cost Price Proposal R6.pdf |

FYSA. Will let you know what I get back.

Thanks again!

**From:** Katie Brasfield
**Sent:** Monday, June 26, 2017 10:32 PM
**To:** 'Garcia, Anna M' <GarciaAM@state.gov>
**Subject:** RE: SAQMMA16-D-0106 Change Order Proposal CVC

Hi Anna,

Please find attached the following:

1. Revised technical proposal – updated coversheet/contact details and clarification as requested. *Please note paragraph 3.0.* We revised that paragraph to address the clarification per your email below. The intent was to ensure that DOS is aware that we will provide additional canines in support of the learning courses. Apologies for the unclear reference of courses in the previous submission.
2. Revised pricing narrative – updated the POP reference for this particular modification. We addressed the POP in the note marked by "*" of each CLIN (Base: 1 Jun 2017 – 18 Aug 2017). We also specified the POPs in paragraphs 2.0 and 2.1 (in both the labor and ODC sections)
3. Revised pricing spreadsheet – updated POP in the notes marked by an "*".

I'll be available at your convenience and will be checking my emails regularly.

Thanks again,
Katie
+1(254)644-1734

**From:** Garcia, Anna M [mailto:GarciaAM@state.gov]
**Sent:** Monday, June 26, 2017 4:22 PM
**To:** Katie Brasfield <KBrasfield@msasecurity.net>
**Subject:** RE: SAQMMA16-D-0106 Change Order Proposal CVC

Katie – per my discussion with the program office, we will increase the hours from 30 to 40 starting in OP1 until then – it stays the same. Since everything was already pre-price – it will only affect a bit of the verbiage. When we issue the new task order – that's when we will see the change.

On another note – I will be sending out the Option documents for everything we have open…thanks.  Anna

*Anna M. Garcia*
Branch Chief/Senior Contracting Officer

IOVINO_00009203
**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

U.S. Department of State
Office of Acquisitions Management
Diplomatic Security Contracts Division – WPS
(571) 345-2172
garciaam@state.gov

Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. If you are not the recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

**From:** Katie Brasfield [mailto:KBrasfield@msasecurity.net]
**Sent:** Monday, June 26, 2017 3:42 PM
**To:** Garcia, Anna M
**Subject:** RE: SAQMMA16-D-0106 Change Order Proposal CVC

We did note that we felt strongly it should be increased, but didn't increase the number of hours on the pricing spreadsheet from part to full-time unless we had concurrence from DOS. It won't take but a few minutes to update the quantity of labor hours for the vet if you want us to do so?

**From:** Garcia, Anna M [mailto:GarciaAM@state.gov]
**Sent:** Monday, June 26, 2017 3:37 PM
**To:** Katie Brasfield <KBrasfield@msasecurity.net>
**Subject:** RE: SAQMMA16-D-0106 Change Order Proposal CVC

That is what the technical proposal says…or did I misread it?

*Anna M. Garcia*
Branch Chief/Senior Contracting Officer
U.S. Department of State
Office of Acquisitions Management
Diplomatic Security Contracts Division – WPS
(571) 345-2172
garciaam@state.gov

Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. If you are not the recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

**From:** Katie Brasfield [mailto:KBrasfield@msasecurity.net]
**Sent:** Monday, June 26, 2017 3:36 PM
**To:** Garcia, Anna M
**Subject:** Re: SAQMMA16-D-0106 Change Order Proposal CVC

We didn't increase the number of hours for the vet from 30 to 40 (unit rate would be the same). Want us to include that when we send over the pricing revision fixing the POP?

I'll get an answer on the other, as well.

Sent from my iPhone

IOVINO_00009204

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

On Jun 26, 2017, at 2:33 PM, Garcia, Anna M <GarciaAM@state.gov> wrote:

Katie – we need clarification on the following:

1. MSA states in addition to current requirement MSA will provide the personnel and services to facilitate between two and four canine learning courses in annex 2. What exactly do they mean by 2 and 4 learning courses? Is that annual, concurrent, personnel?

2. We concur with the increased vet hours from 30-40; however, is it reflected in the proposal?

Have not reviewed price, yet. ☺

*Anna M. Garcia*
Branch Chief/Senior Contracting Officer
U.S. Department of State
Office of Acquisitions Management
Diplomatic Security Contracts Division – WPS
(571) 345-2172
garciaam@state.gov

Confidentiality Notice: The information contained in this email and any attachments may be privileged and confidential. If you are not the recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

The information contained in, or attached to this email may contain confidential information, intended solely for the use of the addressed individual or entity, and may be subject to legal privilege. If you have received this email in error, you should (1) notify the sender immediately by reply email, and (2) delete the message from your system(s) and notify your IT department. Please do not copy, disclose, or disseminate the contents of this email to any other unintended person(s) or entity. The views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The recipient should check this e-mail and any attachments for the presence of malicious software. The sender of this message accepts no liability for any damage caused, directly or indirectly, by any malicious software transmitted in this email.

IOVINO_00009205

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*