# EXHIBIT M

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000001

| | |
|---|---|
| **From:** | Holmes, David E (OIG) |
| **To:** | Jeffrey Mcdermott |
| **Subject:** | <DOS>Original Submission H20171635 |
| **Date:** | Monday, November 26, 2018 2:37:40 PM |

-----Original Message-----
From: ████████████████████████████████████
Sent: Thursday, July 6, 2017 11:55 AM
To: OIG Hotline (State) ██████████████
Subject: Form submission from: OIG Hotline Submission Form

Submitted on: Thursday, July 6, 2017 - 11:54

Submitted by user: Anonymous

Submitted values are:
Would you like to submit this form anonymously? No

Are you willing to waive your confidentiality in the event that your complaint is referred to Department of State/Broadcasting Board of Governors management for resolution? No

==Your Information (not required)==
   Name: Karen Iovino, DVM
   E-mail: ██████████████████
   Street Address: ████████████
   City, State and Zip: ██████
   Phone Number: ████████████

   ==Complaint Information==
   Where did this incident of waste, fraud or abuse happen? Canine Validation Center, Winchester VA
   What date(s) did it happen? on going
   What kind of waste, fraud, or abuse are you reporting? (check all that apply):
    - Contract/Procurement Fraud
    - Conflict of Interest/Ethics Violations
    - Employee Misconduct
   Please summarize what you know about this incident:
   Summary of 'waste, fraud and abuse':
   1. Time sheet fraud, leaving work early yet claiming full day, OT encouraged(will recieve OT one day, leave early the next but claim 8 hr day-cameras and key fobs can be checked for these inaccuracies)
   2. taking PTO without claiming it
   3. forcing employee(me) to take PTO and not claminig it instead of paying me for hours worked
   4. hiring of friends for contracted work when not qualified
   5. use of gov't vehicles for personal use
   6. living at facility(illegal as explosives are housed on site)
   7. abuse of power-forcing subordinates to hire friends even though not qualified for positions
   8. abuse of power- supervisors without just cause to provide a

**Exhibit 006**
OIG - McDermott
01/08/26

IOVINO_00000022

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

## CONFIDENTIAL

000002

position for friends(several demotions have occurred)
9. procurement of equipment not utilized(large generators purchased but not connected therefore not usable)
10. 'gifting' canines to Foreign countries without proper follow through to assure they are cared for(claims have been made by individual who have visited sites and by Foreign students that they are in poor condition/housed in dirty kennels).  There are reports canines are dying due to medical conditions/lack of veterinary care/poor working conditions.  Canines need to be healthy to performed their job duty(search for explosives)

Name of company or individual responsible for this incident: Josh Carter, DoS Program Manager; Alan Bower, MSA HR, most likley others that I am not aware of.
Individual's title, if applicable: See above
Company or individual's address: MSA Security/CVC 390 Airport Rd, Unit L, Winchester, VA 22602
Company or individual's phone number: 540-300-6028
How do you know this incident occurred? On site performing job duties when individals leave site early yet are paid, reports from Foreign Students and others about physical condition of canines and kennel conditions. Have personally been demoted to allow a 'friend'(he is a male and under 40 years of age-I am female and over 40 years of age) to be hired into my previous position.  Previous supervisor demoted without just cause to allow a friend to be promoted.
Do you have any further evidence of this incident? (i.e. documents, photos, e-mails, etc.): Yes


 ==Does anyone else know about this incident?==
 Name: most employees at faciltiy
 Title:
 Address:
 Phone number:
 How do they know of this incident?
 Is there anything else you want to tell us about this incident?
 Most at the facility are either too afraid to come forward or
 part of the group hired because they are friends with Leadership
 and usually not qualified for their positions. Several people
 have been wrongly demoted(no previous complaints, poor work
 performance, or counseling) so friends can be hired into those
 positions. The supervisors have a lack of concern for the
 well-being of the program, both WPS and ATA, and the canines that
 work overseas with the DoS contracted vendors and the Foreign
 countries awarded EDC's(explosive detection canines).
 I have personally been descrimated against through demotion and
 lack of reliable resources to properly perform job duties. (hired
 LVT no longer assists me in full service hospital, she is also
 not reprimated for 'no show' and late days.  She has also had
 alcohol odor to her several times.)
 I realize my claim is very widespread. It is my hope for a
 thorough investigation.  Several employees have stated they
 wanted to file a complaint but were too fearful.

 Official - SBU
 UNCLASSIFIED

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*