# EXHIBIT O

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

MSA000049

**From:** Karen Iovino </o=Michael Stapleton/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Karen Iovino183>
**Sent:** Monday, July 17, 2017 12:30 PM
**To:** karenvet93@gmail.com
**Subject:** FW: FT position

---

KAREN IOVINO, DVM

VETERINARIAN, CANINE VALIDATION CENTER
O: 540.300.6028 X345 | C: 703.554.4497 | F: 540.545.4138

-----Original Message-----
From: Karen Iovino
Sent: Monday, July 17, 2017 7:44 AM
To: Michael D. Ratcliff <MRatcliff@msasecurity.net>
Subject: RE: FT position

Mike,

My resume is on my home computer. Will submit resume tonight. I assume it's just a formality?

No worries about the travel. Checking up on the oversea program and canines is a good move forward.

Karen

KAREN IOVINO, DVM
VETERINARIAN, CANINE VALIDATION CENTER
O: 540.300.6028 X345 | C: 703.554.4497 | F: 540.545.4138

-----Original Message-----
From: Michael D. Ratcliff
Sent: Monday, July 17, 2017 7:09 AM
To: Karen Iovino <KIovino@msasecurity.net>
Subject: RE: FT position

Karen,
Good deal. Because it's a new CLIN with a new PD (and bio approval), you'll need to submit your resume again through the website. The posting will be up tomorrow and only run through the end of the week.

One thing that I forgot to mention last week is that the FT gig will involve travel. With the potential new projects on the horizon, we will likely need to divide the travel up amongst each other to keep things moving efficiently here at the CVC.

Holler with questions.

Thank you,
Mike

**Exhibit 005**
LP
02/17/26

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

MSA000050

Mike Ratcliff, MS, DVM

-----Original Message-----
From: Karen Iovino
Sent: Friday, July 14, 2017 6:58 PM
To: Michael D. Ratcliff <MRatcliff@msasecurity.net>
Subject: FT position

Mike,

I would embrace the opportunity to move from 3/4 time to FT to help the ATA program grow. I will plan on moving to FT status Aug 19, 2017. Please send me any paperwork I need to complete to make the transition.

Thanks,
Karen

Karen Iovino, DVM
Veterinarian
Canine Validation Center

Sent from my iPhone

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*