# EXHIBIT P

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000027

**Peter Deegan**
___

**From:** Alan Bower
**Sent:** Thursday, September 7, 2017 8:59 AM
**To:** Peter Deegan
**Subject:** Veterinarian

Peter,

This is the position description for all veternarians here at the CVC, it covers both full time and part time.

### 3.2 Veterinarian
This contractor position is responsible for overall canine health CONUS and OCONUS.

### 3.2.1 Minimum Position Requirements
- Shall be a U.S. Citizen and possess a valid U.S. Passport.
- Shall possess or be able to obtain a minimum SECRET level clearance.
- Shall have a degree from a 4-year program at an accredited college of veterinary medicine
- Shall be licensed as a Doctor of Veterinary Medicine (D.V.M or V.M.D.)
- Shall have a minimum experience of two (2) years as a veterinarian in a private practice or the military
- Shall have knowledge of the chemical composition, structure, and properties of substances and of the chem- ical processes and transformations that they undergo (this includes uses of chemicals and their interactions, danger signs, production techniques, and disposal methods)
- Knowledge of plant and animal organisms, their tissues, cells, functions, interdependencies, and interac- tions with each other and the environment.
- Experience in maintaining canine health records and canine international health certificates
- Shall have experience with a microchip program that scans, reads and tracks canines
- Shall be willing to live and work in conflict/combat areas or similar hazardous environments

### 3.2.2 Position Duties
- Examine animals to detect nature of diseases or injuries.
- Treat sick or injured animals by prescribing medication, setting bones, dressing wounds, or performing sur- gery.
- Inoculate animals against various diseases such as rabies and distemper.
- Collect body tissue, feces, blood, urine, or other body fluids for examination and analysis.
- Operate diagnostic equipment such as radiographic and ultrasound equipment, and interpret the resulting images.
- Advise handlers regarding sanitary, feeding, and general care necessary to promote health of animals.
- Educate handlers/trainers about diseases that can be spread from animals to humans.
- Train and supervise workers who handle and care for animals.
- Euthanize animals at the direction of the COR.

Exhibit 003
LP
02/17/26

1

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000028

- Establish and conduct quarantine and testing procedures that prevent the spread of diseases to other anim- als or to humans, and that comply with applicable government regulations.
- Conduct postmortem studies and analyses to determine the cause of animals' deaths.
- Perform administrative duties such as scheduling appointments and maintaining records.
- Inspect and test animals to detect the presence of communicable diseases.
- Research diseases to which animals could be susceptible.
- Inspect animal housing to determine cleanliness and adequacy.
- Work effectively independently, however be capable to give medical advice telephonically to a staff of Veterinarian Technicians that are operating at remote locations.

**ALAN BOWER | DEPUTY PROGRAM MANAGER, FACILITIES AND SUPPORT** | OFFICE: (540) 300-6028 EXT. 331 | MOBILE: (571) 326-8684
**MSA SECURITY | IN THE BUSINESS OF BUSINESS-AS-USUAL™** | WEB: WWW.MSASECURITY.NET



*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*