# EXHIBIT Q

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From: Karen Iovino** Klovino@msasecurity.net 
**Subject:** FW: Litigation Against the Company and Press Inquiries
**Date:** July 26, 2017 at 11:50 AM
**To:** karenvet93@gmail.com

KI

KAREN IOVINO, DVM



VETERINARIAN, CANINE VALIDATION CENTER
O: 540.300.6028 X345 | C: 703.554.4497 | F: 540.545.4138

---

**From:** Karen Iovino
**Sent:** Wednesday, July 26, 2017 11:50 AM
**To:** Peter Deegan <PDeegan@msasecurity.net>
**Subject:** RE: Litigation Against the Company and Press Inquiries

Mr. Deegan,

I reported my many concerns to my supervisor and our HR rep at CVC. I followed proper protocol and was wrongly reprimanded by both individuals.  In addition, I was forced to continue to perform my job duties(which, I do well and have the support of the staff I work with) without a reliable technician.

Again, I will be happy to discuss these matters at the appropriate time face to face.

Karen

KAREN IOVINO, DVM



VETERINARIAN, CANINE VALIDATION CENTER
O: 540.300.6028 X345 | C: 703.554.4497 | F: 540.545.4138

| Exhibit 004 |
|---|
| PD |
| 02/17/26 |

**From:** Peter Deegan
**Sent:** Wednesday, July 26, 2017 11:16 AM
**To:** Karen Iovino <KIovino@msasecurity.net>
**Subject:** RE: Litigation Against the Company and Press Inquiries

Karen,
Thank you for your reply.   The EEOC complaint will be dealt with through the established channels since you chose to make us aware of your sex and age complaint via that process.

As I am sure you are aware, as an employee on a government contract, you have fiduciary

GAPKI_006151

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

responsibility to bring allegations of impropriety to our attention. Accordingly if you have concerns of impropriety relating to the CVC aside from your complaint of sex and age discrimination, you must report these to me. Additionally, if you have concerns (aside from your complaint of sex and age discrimination), we must make the client aware, as well as notify the IG of the issues for investigation.

I await your reply.

Kind regards,
Peter Deegan

**Peter Deegan | Vice President, Human Resources** | Office: +1 (212) 509-1336 ext. 242 | Mobile: +1 (347) 949-3453
**MSA Security | IN THE BUSINESS OF BUSINESS-AS-USUAL™** | Web: WWW.MSASECURITY.NET

**From:** Karen Iovino
**Sent:** Wednesday, July 26, 2017 7:51 AM
**To:** Peter Deegan <PDeegan@msasecurity.net>
**Subject:** RE: Litigation Against the Company and Press Inquiries

Mr. Deegan,

In light of the fact that I felt compelled to file an EEOC complaint, I don't feel it would be appropriate to elaborate on the issues at CVC at this time.

I would be happy to have a face to face discussion at the appropriate time.

Karen

KAREN IOVINO, DVM

VETERINARIAN, CANINE VALIDATION CENTER
O: 540.300.6028 X345 | C: 703.554.4497 | F: 540.545.4138

**From:** Peter Deegan
**Sent:** Tuesday, July 25, 2017 10:43 PM
**To:** Karen Iovino <KIovino@msasecurity.net>
**Subject:** RE: Litigation Against the Company and Press Inquiries

Hi Karen,
Yes, I am aware of your EEOC charge. We will be responding in due course. When you say there are serious issues at CVC, what do you mean?

Kind regards,
Peter

GAPKI_006152

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**PETER DEEGAN | VICE PRESIDENT, HUMAN RESOURCES** | OFFICE: +1 (212) 509-1336 EXT. 242 | MOBILE: +1
(347) 949-3453
**MSA SECURITY | IN THE BUSINESS OF BUSINESS-AS-USUAL™** | WEB: WWW.MSASECURITY.NET

**From:** Karen Iovino
**Sent:** Tuesday, July 25, 2017 8:03 PM
**To:** Peter Deegan <PDeegan@msasecurity.net>
**Subject:** Re: Litigation Against the Company and Press Inquiries

Hi Mr Deegan,

I understand the company is under scrutiny. Are you aware of the EEOC complaint I filed against
MSA?  The CVC seems to operate separately. There are some very serious issues at the CVC.

Karen

Karen Iovino, DVM
Veterinarian
Canine Validation Center

Sent from my iPhone

On Jul 25, 2017, at 4:50 PM, Peter Deegan <PDeegan@msasecurity.net> wrote:

> Dear Colleagues:
>
> As you might be aware, a lawsuit was filed against the Company recently.  The Post
> published an article this past weekend referencing the litigation and the group of
> former and current employees who are parties to it.   I know that many of you,
> understandably, have expressed concern and/or have questions regarding this
> matter.   What we can tell you now is that we are evaluating the claims alleged in
> the suit and intend to vigorously defend claims without merit.  However, as is the
> typical process when litigation is pending, we are unable to make any further
> comment to you regarding this matter at this time on the advice of our legal
> counsel.
>
> Prior the article, the press made inquiries to staff members and attempted to gain
> information.   This is a good reminder to all employees that all press inquiries in
> regards to this and any other legal or employee matter should be brought to my
> attention so that we can review and channel internally as appropriate.
>
> We also ask that employees be mindful of calls coming into the Company for
> information.  Even a seemingly harmless request could be misconstrued as you
> speaking on behalf of the Company.  If you have a question regarding these matters
> or you get a call that is questionable, please bring it to my attention immediately.
>
> Thank you in advance for your cooperation in this matter.

GAPKI_006153

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Regards,
Peter

**Peter Deegan | Vice President, Human Resources** | Office: +1 (212) 509-1336 ext. 242
| Mobile: +1 (347) 949-3453
**MSA Security | IN THE BUSINESS OF BUSINESS-AS-USUAL™** | Web:
WWW.MSASECURITY.NET

<image001.jpg>
                <image003.png>

---

The information contained in, or attached to this email may contain confidential information, intended solely for the use of the addressed individual or entity, and may be subject to legal privilege. If you have received this email in error, you should (1) notify the sender immediately by reply email, and (2) delete the message from your system(s) and notify your IT department. Please do not copy, disclose, or disseminate the contents of this email to any other unintended person(s) or entity. The views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The recipient should check this e-mail and any attachments for the presence of malicious software. The sender of this message accepts no liability for any damage caused, directly or indirectly, by any malicious software transmitted in this email.

GAPKI_006154

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*