# EXHIBIT R

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Attorney Privilege & Confidential

MSA000107

## Subject: CVC FT ATA Veterinarian Selection

 **Michael D. Ratcliff** <MRatcliff@msasecurity.net>     Wed, Jul 26, 2017, 9
to Peter Deegan, Michael Hayes, Alan Bower

*You are viewing an attached message.* Ward & Berry, PLLC Mail can't verify the authenticity of attached messages.

Sir,

Attached for your review is the proposed narrative regarding the selection of the full time ATA veterinarian. We wo greatly welcome your comments and guidance as we try to make this selection in the most appropriate way.

Thank you,
Mike


**Mike Ratcliff, MS, DVM**


LEAD VETERINARIAN
HEAD, DEPARTMENT OF CANINE WELLNESS & SUPPORT
CANINE VALIDATION CENTER
OFFICE: 540.300.6028 EXT.353 | MOBILE: 540.931.1160 | FAX: 540.545.4138

*Confidentiality Notice | This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2 confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemina distribution, or copying of this communications is strictly prohibited. Please reply to the sender that you have received the message in and delete it. Thank you.*



W  20170725 FT ATA ..

1/1

GAPKI_000252

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*