# EXHIBIT S

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**CONFIDENTIAL**

000116

**Hiring Decision & Justification:** CVC ATA Full time Veterinarian
**Hiring Manager:** Michael D. Ratcliff, MS, DVM; CVC Lead Veterinarian
Applicants:
Dr. Cuevas, Edwin
Dr. Iovino, Karen
Dr. Orta, Colleen
Dr. Palmer, Lee

Preliminary Screening:
Review of résumés excludes Drs. Cuevas and Orta from selection since they do not demonstrate significant experience with Working Dogs when compared to the other two applicants.

Final Candidates:
Dr. Iovino (current ATA part-time veterinarian) and Dr. Palmer

Assessment Parameters:
I have known and worked with both Drs. Iovino and Palmer as veterinary colleagues for a minimum of 6 months. Dr. Iovino has worked directly for me during this time. These assessments are based off of personal experience working side-by-side, ample conversations, and numerous email and telephone communications with each.

| Qualitative Criteria | | |
|---|---|---|
| Criteria/Applicant | Dr. Iovino | Dr. Palmer |
| Minimum 2 years veterinary experience[1] | X | X |
| Possess, or ability to possess, a SECRET clearance[1] | X | X |
| Willing to live/work in combat areas for up to 90 days[1] | X | X |
| Board Certified Veterinary Specialist | | X[2] |
| Canine Rehabilitation Certification | | X |
| Working Dog experience | X | X |
| Military Working Dog experience | | X |
| Military service | | X |
| Overseas (austere) deployed veterinary experience | | X |
| DoS Explosive Detection Canine veterinary experience | X | |
| Effective diplomacy & communications internationally | | X |
| Research and R&D experience | | X |
| Journal publications | | X |
| Textbook publications | | X |
| Conference lecture experience | | X |
| EOD experience | | X[3] |
| Additional advanced degree (MS, MA, PhD) | | X |
| Experience working with DHS/FEMA | X[4] | X |
| Experience training handlers on Tactical Combat Care | | X |
| Emergency Medical Technician (Human) | | X |
| Deputy Sheriff | | X |

[1] Mandatory DOS requirement
[2] Emergency/Critical Care specialist
[3] Senior EOD Technician with the U.S. Air Force
[4] CONUS deployments to assist after various natural disasters

Exhibit 015
PD
02/17/26

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000117

**Additional Criteria**

Day-to-day Working Dog experience:          Candidate advantage:   NONE/TIE
Both candidates possess the abilities necessary to provide routine, day-to-day veterinary care (including elective surgical) to Explosive Detection Canines on the various ATA projects.

Emergency Response:          Candidate advantage:   Dr. Palmer
Though Dr. Iovino has significant experience as an Emergency Veterinarian, it is all at the General Practitioner level. Dr. Palmer is a board certified specialist in Emergency and Critical Care, which required a 1-year internship, 3-year residency, and passing a very strenuous examination.

Client and Leadership Professional Relationships:          Candidate advantage:   Dr. Palmer
Based on past performance and feedback from the client and MSA senior leadership, our confidence in Dr. Iovino's ability to work and communicate effectively with these entities is poor. She lacks the ability to professionally relate to these individuals, and she struggles to inspire confidence when she makes recommendations. Dr. Palmer has a long history of dealing with high-level government officials across a spectrum of agencies, including SOCOM. These entities frequently reach out to him for SME guidance regarding all aspects of Working Dog care. He comes recommended by SOCOM and HHS, among others.

Team Work/Leadership:          Candidate advantage:   Dr. Palmer
Dr. Iovino has failed to consistently work with her existing team with tactfulness, respect, or professionalism. Dr. Palmer displays a high capacity for interacting with a team with a better level of diplomacy. Dr. Palmer brings a vast history of leadership experience- including Military service as an Officer, University-level leadership, Law Enforcement, and leading numerous committees to advance veterinary protocols in emergent situations.

Teaching/Instructing:          Candidate advantage:   Dr. Palmer
Dr. Palmer is an international SME in regards to pre-hospital veterinary care. He is frequently invited to lecture and train with all levels of Canine Professionals, from the handler level all the way to human trauma surgeons who could potentially work on dogs (if needed). He demonstrates the ability to relate to all of these individuals, and provide viable training that could potentially save a K9's life in a tactical situation. Dr. Iovino does have experience training handlers on various K9 first aid topics, but her experience is vastly overshadowed by Dr. Palmer's.

International Travel/Diplomacy:          Candidate advantage:   Dr. Palmer
We are reluctant to send Dr. Iovino out on international missions, a large part of the newly-developed full time position, based on her attitude and personality when dealing with leadership. We worry that she does not possess the ability to relate to international canine personnel in an effective way, which could negatively impact the MSA/CVC mission in regards to client satisfaction.

**Recommended Selection:**     **Dr. Lee Palmer**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000118

Summary:
Though both candidates satisfy DOS criteria for the full time ATA veterinary position, Dr. Palmer's additional experience and qualifications make him the superior candidate. Both demonstrate ample medical competencies, but Dr. Palmer being a board-certified veterinary specialist with a history of EOD and human EMT work makes him a more well-rounded fit for the overall future of the Canine Validation Center, the ATA program, and the K9 industry as a whole. Dr. Iovino's overall attitude towards the mission and inability to relate diplomatically to leadership preclude her from being selected for international missions, a key component of the full time position. The client is simply not comfortable with us using Dr. Iovino in this capacity. We would be fully comfortable deploying Dr. Palmer to these locations, and confident that he could deliver clear and concise recommendations in a diplomatic fashion back to the client and MSA/CVC leadership. It is for all of the above, in addition to the documented selection criteria, that we chose Dr. Lee Palmer as the overarching choice for the position of full time ATA veterinarian.

**Resumes** (double-click to open)

Dr. Iovino:



Dr. Palmer:



***SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL***