# EXHIBIT T

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000061

# KAREN ANN IOVINO, DVM



Bluemont, VA 20135

@         .com

### Professional profile:
Associate veterinarian in private practice since graduation in 1993. Clinical experience in small animal, equine and exotic medicine, surgery, dentistry, ultrasound and endoscopy. Experience in hospital management/administration as well as managing people in austere conditions. Special interest in emergency, disaster medicine and animal rescue.

### Professional Experience:
*Valley Veterinary Emergency and Referral Center*                 Winchester, VA
                                                                  Aug 2009-present
Part time relief veterinarian emergency and referral center. Variety of cases, including serious emergencies, allows exposure to current practices in critical care medicine and surgery. Interim Medical Director Oct 2013-Feb 2014

*Old Mill Veterinary Hospital*                                    Leesburg, VA
                                                                  July 2010-July 2013
Exclusively small animal practice in fast growing Loudoun County whose clients expect high quality medicine. Responsibilities as a part time associate include patient appointments, client communication, surgery, dentistry and routine and ill care of animals boarding at Old Mill Kennel.

*Blue Ridge Veterinary Associates*                                Purcellville, VA
                                                                  Aug. 2002-June 2010
Progressive small animal, equine and exotic practice. Busy ten doctor practice allows for a variety of challenging cases. Duties include evening staff supervisor, patient appointments, client communication, surgery, endoscopy, ultrasound, primary doctor overseeing dental scaling, polishing, dental radiography, and tooth extractions. Also established the Community Assistance Fund. The Fund provides financial assistance to clients and their pets during times of need.

*National Veterinary Response Team*                               Region 3
                                                                  August 2001-present
Regional Leader of Federal disaster response team comprised of veterinarians, veterinary technicians and other support personnel. National Disaster Medical System is a branch of the Office of the Assistant Secretary for Preparedness and Response in the Department of Health and Human Services. Deploy as Group Supervisor to veterinary squads that provide support to working animals during National Special Security Events or post natural or man made disaster declaration.



EXHIBIT
Iovino
6
9/6/23 CbC

IOVINO_00000082

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000062

Karen Ann Iovino, DVM
Page 2

**Volunteer activities:**

Briggs Animal Adoption Center                                  Charles Town, WVA
Volunteer Veterinarian                                         December 2011-present
Non-profit no kill animal shelter located in a rural area. Volunteer veterinary services one day a month. Perform examinations, spays and neuters on shelter dogs, cats, puppies and kittens.

**NDMS Deployments:**

- NYC Ground Zero, September 2001, VMO
- Low Pathogenic Avian Influenza (LPAI), Harrisonburg, VA May 2002, VMO
- Hurricane Isabel, Fort AP Hill, Fredericksburg, VA, September 2003, MST VMAT SME
- Hurricane Frances, Southern Pines, NC, May 2004, VMO
- Hurricane Katrina, Biloxi, MS. Sept. 2005, TC
- Hurricane Ike, September 2008, Tallahassee, Florida, IRCT Veterinary LNO
- Hurricane Irene, August 2011, Washington, DC, NRCC ESF #8 LNO
- Derecho/Mid-West-Atlantic severe storms, June 2012, Washington, DC NRCC ESF #8 LNO
- Hurricane Issac-Baton Rouge, LA August 2012, IRCT VMO LNO
- Superstorm Sandy-NJ/NY deployment, Oct-Nov 2012, NVRT-2 Team Commander
- Concert For Valor, Washington DC, November 2014, NVRT Group Supervisor
- Independence Day, Washington DC, July 4, 2015, NVRT Group Supervisor
- Papal Visit, Philadelphia PA, September 2015, NVRT Group Lead

**NDMS Committees:**

- *Senior Medical Policy Group* (2006). Committee member responsible for reviewing NDMS policy, providing guidance and recommendations for policy and infrastructure changes. Reported directly to NDMS Chief Medical Officer.
- *IRCT Operations Working Group (2009-2010).* Veterinary representation on Working Group tasked with defining positions within IRCT and developing the Field Operations Guide(FOG). Members include Deputy Director of Operations at HHS, DMAT and DMORT TC's.
- *NVRT Fundamentals Training Committee (2013-2014).* Committee responsible for organizing the first NVRT Fundamentals Training at the Center for Domestic Preparedness, Anniston, AL held August 2014.
- Management Working Group October 2014-present

**Education:**

Ross University                                  St. Kitts, West Indies
                                                 Graduated 1993, DVM degree

Wilson College                                   Chambersburg, PA
                                                 Graduated 1989, BS degree

References available upon request

IOVINO_00000083

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*