# EXHIBIT U

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000420

# Lee E. Palmer, DVM, MS, DACVECC, NRP, EMT-T, WEMT, CCRP, TP-C
Auburn, Alabama
@▇▇▇.com

## SPECIALTY CERTIFICATIONS

**Diplomate**, American College of Veterinary Emergency and Critical Care (ACVECC)
**National Registry Paramedic**, (NRP)
**Certified, Tactical Paramedic** (TP-C) International Board of Specialty Certification
**Wilderness Emergency Medical Technician** (WEMT), Wilderness Medicine Institute
**EMT – Tactical** (EMT-T), Counter Narcotics and Terrorism Operational Medical Support
**Senior Explosive Ordnance Disposal (EOD) technician**, NAVSCOLEOD, USAF
**Canine Rehabilitation Certificate Program** (CCRP), University Tennessee

## EDUCATION

**Clinical Residency** – Small Animal Emergency and Critical Care, 2010 – 2013
   *Auburn University, College of Veterinary Medicine, Auburn, AL*

**Master's of Science**, Biomedical Science, 2013
   *Auburn University, College of Veterinary Medicine, Auburn, AL*

**Internship** – Small Animal Emergency and Critical Care, 2009 – 2010
   *Allegheny Veterinary Emergency Trauma and Specialty, Monroeville, PA*

**Doctor of Veterinary Medicine**, 2006
   *Washington State University, College of Veterinary Medicine, Pullman, WA*
   Graduated Summa Cum Laude

**Bachelor of Science, Veterinary Science**, 2003
   *Washington State University, Pullman, WA*
   Graduated Summa Cum Laude

**Associate in Applied Sciences**, Paramedic/EMS Program, 2016
   *Southern Union State Community College, Opelika AL*
   Graduated with "Highest Honors"

## PROFESSIONAL EXPERIENCE – CURRENT

**Assistant Professor**, Emergency and Critical Care, Feb 2016 – Present
   *Wilford & Kate Bailey Small Animal Veterinary Teaching Hospital, Auburn University, AL*

**Adjunct Instructor**, Emergency Medical Services Program, 2017 – Present
   *Southern Union State Community College, Opelika AL*

**Paramedic**, Per Diem
   *East Alabama Medical Center, Opelika AL, Feb 2017 - Present*

EXHIBIT
Iovino
10
9/6/23 CSL

1

IOVINO_00000141

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000121

**SWAT Medic,** 2017 – Present
*Lee County SWAT Team, East Alabama Medical Center, Opelika AL*

**Officer-in-Charge, Veterinary Detachment,** *Current Rank:* MAJOR, 2003 – Present
*United States Army Reserves, Veterinary Corps,* Locations: Various

## PROFESSIONAL EXPERIENCE – PAST

**Medical Director / Instructor, K9 Operations,** 2014 – 2017
*K9 MEDIC, LLC, Walnut CA*

**Clinical Assistant Professor, Emergency and Critical Care,** 2014 - 2015
*Oregon State University, College of Veterinary Medicine*
- Director of Critical Care Service
- Antimicrobial Steward / Infectious Disease Control Manager, Small Animal VTH

**Emergency Relief Veterinarian,** 2006 – 2009
*Animal Emergency Clinic of Central Texas,* Round Rock, TX

## PROFESSIONAL ENDEAVORS

**Reserve Deputy Sheriff,** 2016 – Present
*Lee County Sheriff's Office, Opelika AL*

**Consultant, Veterinary – K9**
a. *United States Air Force Pararescue Group*
b. *United States Marshal Service, K9 Explosive Detector Dog Program*
c. *Dept. Homeland Security, Office of Health Affairs, K9 Handler Med. Training Program*

**K9-TECC Working Group - Founder and Co-chair,** 2014 - Present
*Committee for Tactical Emergency Casualty Care, K9 TECC Working Group*

**Board of Advisers, C-TECC,** 2015 – Present
*Committee for Tactical Emergency Casualty Care (C-TECC)*

**Co-Lead Pre-Hospital Subcommittee,** 2014- Present
*ACVECC Veterinary Committee on Trauma (VETCoT)*

**Committee member - National TEMS Council,** 2017 – Present
National Tactical Officer Association (NTOA)

**Committee Member – VATLS Education,** 2014- Present
*ACVECC Veterinary Committee on Trauma (VETCoT)*

**Committee Member,** 2014 - Present
*ACVECC Credentialing Examination Committee*

**Committee Member,** 2016 - Present
*ACVECC Joint Committee*

**Consultant, Emergency and Critical Care,** 2013 – Present
*Veterinary Information Network (VIN)*

**Associate Editor, (Emergency Folder),** 2009 – 2013
Veterinary Information Network (VIN)

2

IOVINO_00000142

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000122

## CIVILIAN EMS TRAINING

- Advanced Cardiac Life Support (ACLS), 2016
- Pediatric Advanced Life Support (PALS), 2016
- International Trauma Life Support (ITLS), 2016
- Medical Director Course (Tactical Medicine), US Health & Human Services CONTOM, 2016
- EMT-Tactical Course -120, US Health and Human Services CONTOM, 2015
- Wilderness Upgrade for Medical Professionals, NOLS-WMI, 2015
- Basic Life Support for Healthcare Providers (CPR / AED), 2016
- Emergency Medical Technician Certification, JTM Training Center, August 2015
- Benton County Search and Rescue Academy, April 2015

## VETERINARY SPECIALTY TRAINING

- University of Tennessee *Canine Rehab Certificate Program (CCRP)*, 2015
- Veritas CPR: Advanced Life Support, May 2015
- Companion Animal Pain Management Certificate Program, *Univ. Tenn.* Jan 2015
- Veritas Cardiopulmonary Resuscitation: Basic Life Support, April 2014
- UC Davis *Advanced Certification Program for Extracorporeal Therapies*, 2014
- Advanced Renal Therapies Symposium 2012 – *Animal Medical Center, NYC*, Feb 2012

## CIVILIAN - FEDERAL COURSES ATTENDED

- ATF, Post-blast investigative techniques course, 1999
- NBC Domestic Preparedness Training, 2000
- Train-the-Trainer, Emergency Responder Nuclear, Biological, and Chemical - HAZMAT Course, 2000
- FEMA - ICS-100 - Introduction to Incident Command System
- FEMA 200
- FEMA 700
- FEMA 800
- WMD / Terrorism Awareness for Emergency Responder – Texas A&M Engineering Extension Service
- FEMA - IS-00907 – Active Shooter

*See Military Biography at end for a list of military courses attended

3

IOVINO_00000143

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000123

## LECTURE EXPERIENCE

**ANTIMICROBIAL STEWARDSHIP IN THE ICU**
*SOCIETY OF VETERINARY HOSPITAL PHARMACISTS ANNUAL CONFERENCE, 2017*
**ECG BASICS FOR THE EMERGENCY CLINICIAN – PART I**
*AMERICAN ANIMAL HOSPITAL ASSOCIATION CONFERENCE, NASHVILLE, TN, 2017*
**ECG BASICS FOR THE EMERGENCY CLINICIAN – PART II**
*AMERICAN ANIMAL HOSPITAL ASSOCIATION CONFERENCE, NASHVILLE, TN, 2017*
**TRAUMA TRIAGE FOR THE POLYTRAUMA PATIENT**
*AMERICAN ANIMAL HOSPITAL ASSOCIATION CONFERENCE, NASHVILLE, TN, 2017*
**CHALLENGES FACING PREHOSPITAL CARE FOR OPERATIONAL K9S INJURED IN THE LINE OF DUTY**
*AMERICAN ANIMAL HOSPITAL ASSOCIATION, NASHVILLE, TN, 2017*
**AN INTRODUCTION TO K9 TACTICAL EMERGENCY CASUALTY CARE**
*EMSWORLD EXPO, NEW ORLEANS, 2016*
**CHALLENGES FACING THE POLYTRAUMA PATIENT**
*INTERNATIONAL VETERINARY EMERGENCY AND CRITICAL CARE SYMPOSIUM, 2016*
**CHALLENGES FACING PREHOSPITAL CARE FOR OPERATIONAL K9S INJURED IN THE LINE OF DUTY**
*2016 Penn Vet Working Dog Conference, Philadelphia, APR 2016*
**OPERATIONAL K9 FIRST AID & K9 TECC**
*2016 POLICE K-9 CONFERENCE & VENDOR SHOW, LAS VEGAS, MAR 2016*
**OPERATIONAL K9 FIRST AID & K9 TECC**
*ALABAMA POLICE AND MILITARY K9 CONFERENCE, Alabama, OCT 2015*
**ANTIMICROBIAL STEWARDSHIP: WHO, WHAT AND HOW**
*INTERNATIONAL VETERINARY EMERGENCY AND CRITICAL CARE SYMPOSIUM 2015, Wash. DC, Sep 2015*
**A HANDS ON INTRODUCTION TO K9 Tactical Emergency Casualty Care**
*K9 COP CONFERENCE, July 2015*
**ABSTRACT: K9 Tactical Emergency Casualty Care Initiative**
*ACVECC VETERINARY COMMITTEE ON TRAUMA, INAUGURAL CONFERENCE, Las Vegas, March 2015*
**Field Care for Working Dogs: Part II Tactical Field Care**
*VETERINARY INFORMATION NETWORK, VECCS Webinar Sep 2014*
**Field Care of Working Dogs: Part I Prevention and Preparedness**
*VETERINARY INFORMATION NETWORK, VECCS Webinar June 2014*
**Resident Focus: "Acute Traumatic Coagulopathy"**
*INTERNATIONAL VETERINARY EMERGENCY AND CRITICAL CARE SYMPOSIUM, Sep 2012*
**"Analgesia and Anesthesia in Small Animal Critical Care"**
*AUBURN UNIVERSITY, SMALL ANIMAL EMERGENCY AND CRITICAL CARE SYMPOSIUM, Oct 2010*
**Southern Iraq Veterinary Conference: "Rabies Prevention and Control**
*UNITED STATES ARMY VETERINARY CORPS, April 2008*

## K9 CASUALTY CARE COURSE INSTRUCTOR

**Operational K9 Tactical Emergency and Casualty Care, 16 h**
*University of Alabama Police Dept., July 2017*
**Operational K9 Tactical Emergency and Casualty Care, 16 h**
*Naval Surface Warfare, ST 2 and 4, Norfolk VA, June 2017*
**Operational K9 Tactical Emergency and Casualty Care, 8 h**
*350 Civil Affairs Command, Pensacola FL, May 2017*

4

IOVINO_00000144

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000124

**Operational K9 Tactical Emergency and Casualty Care, 8 h**
  *Special Operations Medical Scientific Assembly, Charlotte NC, May 2017*
**K9 First Aid and First Responder (4 hours)**
  *Alabama EMS Association Conference, Orange Beach FL., May 2017*
**K9 Tactical Emergency and Casualty Care – Core Plus (3 Days)**
  *US Customs and Border Protection, Hidalgo Sheriff's Office, Sep 2016*
**K9 First Aid and Basic Life Support (BLS) (4 hours)**
  *Lee County Sheriff's Office, Opelika Police Dept., Opelika AL, Aug 2016*
**K9 Tactical Emergency Casualty Care (K9 TECC), 8 hour course**
  *San Mateo Sheriff's Office, CA, July 2016*
**Operational K9 CBRN Decontamination Course (2 days)**
  *Canadian Special Forces, I-K9, June 2016*
**K9 First Aid and First Responder (4 hours)**
  *Canine Sports Performance Service, Auburn Univ., Feb 2016*
**"K9 Tactical Field Care & Paramedicine for EMS/Fire, LEOs, & K9 Handlers" (2 days)**
  a. *US Air Force Pararescue Group, 103rd RQS, NYC, Nov 2016*
  b. *National Geospatial Intelligence Agency, St. Louis, MO, May 2016*
  c. *K9 MEDIC™, Oquendo Center, Las Vegas NV, April 2016*
  d. *Alcohol, Tobacco, & Firearm (ATF), Long Island NY, Jan 2016*
  e. *US Air Force Pararescue Group, 103rd RQS, Gabreski AFB, NY, Jan 2016*
  f. *K9 MEDIC™, Oquendo Center, Las Vegas NV, November 2015*
  g. *Alcohol, Tobacco, & Firearm (ATF), Long Island NY, November 2015*
  h. *National Geospatial Intelligence Agency, Washington DC, July 2015*
  i. *Spokane County Sheriff's Department, Spokane WA, June 2015*
**K9 Tactical Field Care & Paramedicine (5 day)**
  *Georgia Emergency Management Agency, Savannah GA, April 2015*

### VETERINARY-RELATED COURSE INSTRUCTOR

**Advanced Surgical Procedures Wet Lab (4 hours)**
  International Veterinary emergency Critical Care Symposium, 2016
**"Fundamentals of Small Animal Anesthesia Module II" (offered annually)**
  Course Instructor, Distance Learning - Continuing Education Course, 2014, 2015, 2016
  Veterinary Information Network (VIN)
**"Fundamentals of Small Animal Anesthesia Module I" (offered annually)**
  Course Instructor, Distance Learning - Continuing Education Course, 2014, 2015, 2016
  Veterinary Information Network (VIN)
**"Getting through the Night I, II, and III" (Offered annually)**
  Course Instructor, Distance Learning - Continuing Education Course, 2010 - 2015
  Veterinary Information Network (VIN)
**"TECH173-0309: Canine and Feline Pharmacology"**
  Course Instructor, Distance Learning - Continual Education Course, 2009
  Veterinary Support Personnel Network (VSPN.org)

5

IOVINO_00000145

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000125

### CURRENT PROFESSIONAL AFFILIATIONS

- American Veterinary Medical Association (AVMA), 2007
- American College of Veterinary Emergency and Critical Care (ACVECC), 2009
- Veterinary Emergency and Critical Care Society (VECCS), 2009
- International Society for Companion Animal Infectious Diseases (ISCAID), 2014
- ACVECC Veterinary Committee on Trauma (VETCoT), 2014
- Special Operations Medical Association (SOMA), 2014
- Committee for Tactical Emergency Casualty Care (C-TECC), 2014
- National Association of Search and Rescue (NASAR), 2014
- Benton County Sheriff's Office Search and Rescue, 2015
- National Association of Emergency Medical Technicians (NAEMT), 2015
- Alabama Tactical Officers Association (ATOA), 2015
- Wilderness Medicine Institute (WMI), 2016
- Sheep Dog® Impact Assistance, 2016
- Southern State Police Benevolenct Assoc., 2017

### BOOK PUBLICATIONS

Palmer LE. Chap. 204, Disaster Medicine. In: *Textbook of Small Animal Emergency Medicine* (ed. Drobatz KJ.), pp. 00–00. John Wiley & Sons, Inc., Hoboken, NJ. *In press*

Palmer LE. Hypothermia and Frostbite. In: *Small Animal Trauma Management ("The Work")*. (eds A. Shih and A. de Laforcade). John Wiley & Sons, Inc., Hoboken, NJ. *In press*

Palmer LE, Hanel R. General Concepts of Prehospital Trauma Care and Transport. In: *Small Animal Trauma Management ("The Work")*. (eds A. Shih and A. de Laforcade). John Wiley & Sons, Inc., Hoboken, NJ. *In press*

De Morias HA, Palmer LE. Metabolic Acidosis. In: *Blackwell's 5-Minute Veterinary Consult: Canine and Feline, 6th Ed.* (eds LP Tilley and FWK Smith Jr), pp 12-13. John Wiley & Sons, Inc., Hoboken, NJ.

De Morias HA, DiBartola SP, Palmer LE. Metabolic Alkalosis. In: *Blackwell's 5-Minute Veterinary Consult: Canine and Feline, 6th Ed.* (eds LP Tilley and FWK Smith Jr), pp. 56-58. John Wiley & Sons, Inc., Hoboken, NJ.

Palmer LE, Martin LG: Chap 56: The Approach to Hypokalemia and Hypomagnesemia. *Kirk's Current Veterinary Therapy XV*. Eds. Bonagura, JD, Twedt, DC. Saunders 2014.

6

IOVINO_00000146

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000126

## PEER-REVIEWED JOURNAL ARTICLES

Kendon K, **Palmer LE.** Part 1: Pathophysiology of Hemorrhagic Shock and Lethal Triad of Trauma. J Vet Emerg Crit Care 2016. *In editing.*

**Palmer LE.** Part 2: Hemorrhage control –How to properly apply direct pressure, pressure dressings and tourniquets for controlling acute life-threatening hemorrhage. J Vet Emerg Crit Care 2016. *In editing.*

**Palmer LE,** Yee A. TacMed Updates: K9 Tactical Emergency Casualty Care Direct Threat Care Guidelines. J Spec Oper Med. 2017 Summer;17(2):174-187.

**Palmer LE.** Chapter 29: Fluid Management in Patients with Trauma: Restrictive versus Liberal Approach. Vet Clin North Am Small Anim Pract. 2017 Mar; 47(2):397-410.

Baker J, Maurer T, Roche C, Brenner J, **Palmer LE.** Survey of State Veterinary and Emergency Medical Services Practice Acts language allowing for life-saving field treatment of Operational Canines by non-veterinary emergency medical responders. *In review.*

**Palmer LE.** Prehospital Trauma Life Support for Companion Animals and 'Operational Canines'. *Journal of Veterinary Emergency and Critical Care* 2016; 26: 161–165.

Rita H, **Palmer LE,** Baker J, et al. Best practice recommendations for prehospital veterinary care of dogs and cats. *Journal of Veterinary Emergency and Critical Care* 2016; 26: 166-233.

**Palmer LE,** Maricle R, Brenner J. The Operational Canine and K9 Tactical Emergency Casualty Care (K9-TECC) Initiative. *Journal of Special Operations Medicine.* Volume 15, Edition 3/Fall 2015: 33-39.

**Palmer LE,** Martin LG. (2014), Traumatic coagulopathy-Part 1: Pathophysiology and diagnosis. *Journal of Veterinary Emergency and Critical Care,* 24: 63–74.

**Palmer LE,** Martin LG. (2014), Traumatic coagulopathy-Part 2: Resuscitative strategies. *Journal of Veterinary Emergency and Critical Care,* 24: 75–92.

**Palmer LE,** Martin LG: Serotonin Toxicity. *Stand Care.* 11(1). January-February 2009

**Palmer LE,** Byers CG, Caruso K: Acute Glaucoma. *Stand Care.* 10(6). July 2008

7

IOVINO_00000147

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000127

### EDUCATIONAL / PERIODICALS

Palmer LE. An Introduction to K9 Tactical Emergency Casualty Care.
  *EMSWorld®*. October 2016;45(10): 84-87.
Palmer LE. Heat-Related Injuries – Part I: Physiology and Risk Factors.
  *K-9 COP Magazine™. In press for future print.*
Palmer LE. Transport and Evacuation of an Injured Operational K9.
  *K-9 COP Magazine™.* 2016; Issue 39.
Palmer LE. A Stepwise Approach for Triaging your Injured K9 - the ABCDs.
  *K-9 COP Magazine™.* December 2015 – March 2016.
Palmer LE. Toxicological Risks for the Operational K-9.
  *K-9 COP Magazine™.* October - November 2015.
Palmer LE. Gastric Dilatation-Volvulus (GVD) in the Operational K-9.
  *K-9 COP Magazine™.* August - September 2015.
Cook S, **Palmer LE.** Importance of K9 Decontamination.
  *K-9 COP Magazine™.* April-July 2015: 42-47
Palmer LE. The K9 Tactical Emergency Casualty Care (K9-TECC) Initiative.
  *Police K-9 Magazine.* February/March 2015: 42-47.
Palmer, LE, Brenner J. Protecting the Operational Canine.
  *Tactical Medicine: Defense Standards.* Winter 2014.

### LICENSURE

**Veterinary**
Alabama ▇▇▇ (*current, active*)
Oregon ▇▇▇ (*current, active*)
Idaho ▇▇▇ (*current, inactive*)

**EMS**
Alabama Paramedic ▇▇▇
NRP ▇▇▇

### LEADERSHIP EXPERIENCE

**Officer-in-Charge, Veterinary Service Support Team, 2016 – Present**
  *7350 Medical Detachment (Veterinary),* US Army Veterinary Corps
**Executive Officer /Veterinary Plans and Operations Officer, May – Sep 2011**
  *358th Medical Detachment (Veterinary Services),* US Army Veterinary Corps, Reserves
**Officer-in-Charge, Veterinary Service Support Team, 2010 – 2011**
  *358th Medical Detachment (Veterinary Services),* US Army Veterinary Corps
**Officer-in-Charge, Veterinary Service Support Team-Bravo, 2006 – 2009**
  *43rd Medical Detachment (Veterinary Services),* US Army Veterinary Corps
**Platoon Leader, 6th Platoon, 2004**
  *Army Medical Department Officer Basic Course,* United States Army
**Non-Commissioned Officer-In-Charge, EOD Team Leader, 2000-2003**
  *446th Explosive Ordnance Disposal Flight (EOD),* United States Air Force Reserves
**Non-Commissioned Officer-In-Charge, EOD Team Leader, 1999-2000**
  *92nd Explosive Ordnance Disposal Flight,* United States Air Force

8

IOVINO_00000148

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

.000128

## LEADERSHIP AWARDS

Colonel George R. Lynch Leadership Award, *Officer Basic Course, US Army*, 2004

John L. Levitow Award, *Airman Leadership School, United States Air Force*, 2000

## MILITARY LEADERSHIP SCHOOLS

USAF Airman Leadership School, 2000
Army Medical Department (AMEDD) Officer Basic Course, 2004
AMEDD Captain Career's Course Phase I, 2011
AMEDD Captain Career's Course, Phase II, 2012

## ACADEMIC AWARDS & HONORS

Proficiency in Emergency and Critical Care Award, 2006
United States Army Health Professional Scholarship, 2003-2006
First-Place in Individual and Team Freshman Anatomy, SAVMA Symposium 2003
Golden Key Honor Society, 2003
President's Honor Roll, Washington State University, Spring / Fall 2002 and Spring 2003

REFERENCES AVAILABLE UPON REQUEST

9

IOVINO_00000149

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000129

# MILITARY BIOGRAPHY

**Total Years of Service:** over 19 years

**Mandatory Removal Date:** 01 June 2031

**Security Clearance:** Secret

**Military Schools Attended:**

| | |
|---|---|
| USAF Basic Military Training | 1997 |
| Naval School Explosive Ordnance Disposal | 1997 |
| USAF Phoenix Readiness | 1998 |
| USAF Airman Leadership School | 2000 |
| USAF Advanced EOD MGMT/Tech Course | 2000 |
| USAF EOD Craftsman, 7-Level School | 2002 |
| AMEDD Officer Basic Course | 2004 |
| Veterinary Support in Theatre of Operations | 2006 |
| AMEDD Veterinary Corps Basic Officer | 2006 |
| AMEDD Veterinary Clinical Proficiency Course | 2007 |
| Anti-Terrorism Officer Training Course II | 2007 |
| AMEDD CCC Phase I | 2011 |
| AMEDD CCC Phase II | 2012 |
| US Army Basic Airborne Course | 2012 |

**Additional Military Training Courses attended:**
- Survival, Evasion, Resistance and Escape (SERE) 100.1 Level A - Code of Conduct, (8 h)
- Anti-Terrorism Level 1 AR 350-1, G-7, AR 525-13 PMG Annual
- Personnel Recovery & Code of Conduct AR 525-28 HQDA, DCS, G-3/5/7 Annual
- Information Security AR 380-5, AR 380-67 HQDA, DCS, G2 Annual
- Combat Trafficking in Persons www.combat-trafficking.army.mil ASA (M&RA) Annual
- Privacy Act/HIPAA AR 340-21, AR 40-66 Annual
- Sexual Harassment Assault Response and Prevention (SHARP) AR 600-20 HQDA, DCS, G-1
- Cyber Awareness AR 25-2 ICTD Annual
- Composite Risk Management AR 385-10 G-3/5/7, ASO Ongoing
- Operations Security (OPSEC) AR 530-1 HQDA, DCS, G-3/5/7 Annual
- Resilience & Perform Enhancement AD 2013-07, 25 MAR 13 HQDA, DCS, G-1 Annual
- Army Suicide Prevention Program AR 600-63 HQDA, DCS, G-1 Annual
- Equal Opportunity AR 600-20 HQDA, DCS, G-1 Semiannual
- Army Substance Abuse Program (ASAP) AR 600-85 HQDA, DCS, G-1 Annual

**US Military Decorations and Ribbons**
Bronze Star
Air Force Commendation Medal
Air Force Achievement Medal
Air Force Good Conduct Medal
National Service Defense Ribbon
Air Force Reserve Medal (M device)

10

IOVINO_00000150

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000130

Global War on Terrorism Service Ribbon
Iraqi Campaign Medal
Amy Service Ribbon
Overseas Service Ribbon – (2)
USAF NCO Professional Military Education Graduate Ribbon
Air Force Longevity Service Medal
Air Force Basic Military Training Honor Graduate Ribbon
Air Force Training Ribbon
Meritorious Unit Citation (43rd MDVS OIF 07-09)
Air Force Outstanding Unit Award

## US Military Badges
Basic Parachutist Badge
Explosive Ordnance Disposal Senior Badge

## US Military School Awards / Honors
John Levitow Leadership Award (USAF – Airman Leadership School)
Academic Achievement Award (USAF – Airman Leadership School)
Lynch Leadership Award (AMEDD - Officer Basic Leader Course)
Honor Graduate
- USAF Basic Military Training
- NAVSCOLEOD
- AMEDD OBLC

## Chronological list of Appointments (US Air Force - enlisted):

| | | |
|---|---|---|
| Airman First Class (E-3) | USAF | December 1996 |
| Senior Airman (below-the-zone) (E-4) | USAF | |
| Staff Sergeant (E-5) | USAF | 1 August 2000 |
| Technical Sergeant (E-6) | USAFR | 1 November 2002 |

## Chronological list of Appointments (US Army):

| | | |
|---|---|---|
| Second Lieutenant | USAR | 22 May 2003 |
| Captain | RA | 12 May 2006 |
| Captain | USAR | 25 August 2009 (adjusted) |
| Major | USAR | 22 March 2011 |

## Chronological Record of Duty Assignments:     From:     To:

ENLISTED SERVICE:
**Active Duty USAF**
*Explosive Ordnance Disposal Journeyman*            Oct 1997     Oct 1999
92nd Explosive Ordnance Disposal Flight,
Fairchild AFB, WA

11

IOVINO_00000151

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000131

| | | |
|---|---|---|
| *NCOIC, Training and Evaluations*<br>*EOD Team Leader*<br>92nd Explosive Ordnance Disposal Flight, Fairchild AFB, WA | Oct 1999 | Oct 2000 |
| **USAFR Enlisted – Not on active duty**<br>*NCOIC, Training and Evaluations*<br>*EOD Team Leader*<br>446th Explosive Ordnance Disposal Flight US Air Force Reserve, McChord AFB, WA | Oct 2000 | May 2003 |

<u>COMMISSIONED SERVICE:</u>
**USAR – NOT ON ACTIVE DUTY**

| | | |
|---|---|---|
| *Health Professional Scholarship Student*<br>2006 Washington State University, Coll. Vet. Med.<br>USAR Control Group (delayed) | May 2003 | May |

**ACTIVE DUTY – REGULAR ARMY**

| | | |
|---|---|---|
| *Field Veterinary Service Officer (64A)*<br>43rd MED DET (VS), FT. Hood, TX<br>- Detachment S2<br>- Antiterrorism Training Officer (ATO)<br>- VSST Team Leader OIC (Operation Iraq Freedom 07-09) | May 2006 | May 2009 |

**USAR – NOT ON ACTIVE DUTY**

| | | |
|---|---|---|
| *USAR Control Group (Rienforcement)*<br>Individual Ready Reserve (Non-rated time)** | May 2009 | May 2010 |
| *Vet Plans and Ops / Executive Officer*<br>*Field Veterinary Service Officer (64A)*<br>*VSST Team Leader*<br>358th MED DET (VS), Montgomery, AL | Aug 2009 | May 2011 |
| *Veterinary Prev. Med. Officer*<br>350th Civil Affairs Command, HHC, (TAC-ABN) | May 2011 | July 2013 |
| *Clinical Veterinary Specialist*<br>149th MED DET (VS), JBLM, WA | Jul 2013 | May 2016 |
| *Officer-in-Charge,*<br>7350th VET DET (VS), Montgomery, AL | May 2016 | Present |

12

IOVINO_00000152

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*