# EXHIBIT V

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000003

| | |
|---|---|
| **From:** | David Holmes |
| **To:** | Jeffrey Mcdermott |
| **Subject:** | Reprisal HL H20171740 |
| **Date:** | Wednesday, July 26, 2017 10:50:15 AM |
| **Attachments:** | FW EXTsummary of events discussed.msg |
| | hotline_intake_H20171635.pdf |

Jeff,

Below is a new reprisal HL that came in from a complainant we are working with on her other complaints. She has NOT waived confidentiality. Attached from her original complaint, H20171635, are the original HL submission and an email from her with additional information. I highlighted the part in yellow. Below is the WBR form she submitted to the HL (H20171740).

She is more than willing to talk to you and filed the WBR form at my suggestion. I sent this via regular email because it was easier since I can't combine attachments from two HLs from within our system.

Please let me know what you do with it.

Thanks,

Dave

**Whistleblower Reprisal Form**

| Exhibit 006 |
|---|
| MH |
| 02/13/26 |

--------- **CONTACT INFORMATION** ---------

**Name**: Karen Iovino, DVM

**Address**: [redacted]

[redacted]

**E-mail**: [redacted]

**Phone Number**: [redacted]

--------- **DISCLOSURE INFORMATION** ---------

**Disclosure Information**: Gross mismanagement of a Federal contract or grant ; Gross waste of Federal funds ; An abuse of authority relating to a Federal contract or grant ; A violation of law, rule, or regulation related to a Federal contract (including the competition for, or negotiation of a contract) or grant

<span style="color:red">**CONFIDENTIAL**</span>

000004

**Complaint Description**: Please see OIG case No. H20171635. For approx 1 1/2 years I have been expressing concern regarding the care of EDC's(explosive detection canines) gifted to foreign countries. ▇▇▇▇▇▇ also expressed concerns.  As PM(Program Manager) he worked to put a plan in place to ensure they received proper veterinary care. He met resistance and the plan was not put in place. Like me, he was demoted.  My demotion was in Oct 2016, when Josh Carter, DoS PM, and Alan Bower, MSA Security HR/Facilities Mgr, hired Mike Ratcliff, DVM for my position without Zane's knowledge(he was my supervisor). I was demoted from Lead Veterinarian to Lead ATA(Anti-Terrorist Assistance) Veterinarian. In February 2017, I was reprimanded by Mike and Alan without Zane's knowledge or presence.  The reprimand was unjust: Mike-asking the LVT(Licensed Veterinary Technician) to stay late to assist me and Alan-for 'working to hard'.

One of my responsibilites was oversight of kennel and the kennel technicians. In May 2017, without my knowledge, Mike promoted a KT, Brett Harshberger, to lead KT and removed oversight of kennel and KT's from my supervisory role.  Per Mike, this was done to allow me to focus on the ATA Hospital.  However, the main issue was his lack of support of the needs to run a full service hospital.  The LVT that was hired to assist me who has made numerous medical mistakes(several life threatening), a is often 'no show' or late numerous times for work.  She is being protected by Mike and Alan.

In Feb 2017, Mike informed me the ATA veterinary position would transition from 30hrs/wk to 40 hrs/week once the contract modification was signed.  He asked me to accept the change(which I did).  We discussed and agreed upon my schedule.  On July 14, 2017 he informed me I must apply for the position on line and as of Aug 18, 2017 the current position will no longer exist.  Also, the schedule we discussed will not be honored. MSA is hiring 10+ employees, I am the only one who had to apply on line.  The rest are friends of Josh Carter, Alan Bower and John Hoover.

Yesterday I was excluded from a meeting involving the ATA program.  One of the items discussed was procurement of 30+ canines for the new laptop detection program.

In March 2017, I cared for a canine that was seriously injured.  I worked more than my scheduled 30 hrs/week.  I was told I could not be paid but had to take PTO and not claim it in our tracking system.

On July 19, 2017, MSA receive my EEOC complaint on age and sex discrimination.  Yesterday, I requested by email an update on the ATA Lead Veterinary position.  Aug 19, 2017 the new position begins. I have not received a reply.

I have over 30 write ups/documents describing the improper treatment I have received.  I also have information on fraud and mismanagement of funds.  I have asked OIG for a through investigation in light of the fact that an EDC gifted to Jordan died 2 weeks ago due to suspected hyperthermia.

I believe my outspoken concern for the care of the overseas EDC's, the frequent concerns I express about the grave mistakes made my the LVT(of note, Va Vet. Law requires a LVT perform many of the procedures done at the ATA hospital such as anesthesia, IV catheter

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000005

placement, etc) and my recent EEOC complaint is leading to retalliation and my loss of employment(beginning Aug 19, 2017)

**To whom was disclosure made**: An Inspector General

**Additional details on whom**: As stated above, I have 30+ write ups/documents on the improper treatment I receive, lack of support to perform my job duties, hostile work environment.

--------- REPRISAL INFORMATION ---------

**Reprisal action**: discharged ; demoted ; otherwise discriminated against

**Additional details on reprisal**: See above regarding my need to apply for the position I currently hold.  On Aug 19, 2017, I suspect I will no longer have a job.

**Who have you addressed reprisal to**: federal administrative proceeding

**Who was reprisal addressed to**: EEOC and OIG complaints filed

--------- EMPLOYMENT INFORMATION ---------

**Employment status at time of reprisal**: employee of a contractor

**Employment detail**: MSA Security, Canine Validation Center, 390 Airport Rd, Unit L, Winchester VA 22602, 540-300-6028.

July 2015-approx Oct 2016-relief veterinarian, Oct 2016-present PT veterinarian.

I am currently Lead ATA Veterinarian.  I oversee the EDC's in the ATA program including: intake examinations, performing surgeries(spay/neuter/gastropexy/dental prophylaxis), IHC's(international health certificates), work with ATA trainers to assure EDC's are ready to train, work with KT's to ensure care of the EDC's, on call after hours for trainers and KT's.

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*