# EXHIBIT W

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: Re: MSA Security waste, fraud and abuse at canine training center
Date: November 29, 2018 at 11:11 AM
To: Paredes, David (NBCUniversal) David.Paredes@nbcuni.com



Hi David,

Hope all is well. I am sure you are busy!

There have been a great deal of developments in my Dept of State OIG complaint and subsequent Whistleblower retaliation claim against MSA Security. The Dept of Justice is involved now.

I am intersted in speaking with you. I really want to get the story out about the working dogs and the activities at the Canine Validation Center.

Thanks,
Karen Iovino, DVM
703-554-4497

> On Aug 3, 2017, at 2:09 PM, Karen Iovino <karenvet93@gmail.com> wrote:
>
> David,
>
> Two large pending lawsuits against MSA Security:
>
> http://nypost.com/2017/07/22/handlers-claim-security-firm-is-using-their-dogs-as-leverage/
>
> https://www.classaction.org/news/handler-of-bombsniffing-dogs-sues-msa-security-for-unpaid-ot
>
> Karen
>
>> On Aug 3, 2017, at 12:54 PM, Paredes, David (NBCUniversal) <David.Paredes@nbcuni.com> wrote:
>>
>> I am, but can't promise anything. I'll keep seeing what I can find.
>>
>>> On Aug 3, 2017, at 7:22 AM, Karen Iovino <karenvet93@gmail.com> wrote:
>>>
>>> Morning David,
>>>
>>> Are you able to pursue an investigation into the allegations at the Canine Validation Center? I need to get the story told about these dogs and the unethical individuals at the Center.
>>>
>>> Thanks,
>>> Karen
>>>
>>>> On Aug 1, 2017, at 5:29 PM, Karen Iovino <karenvet93@gmail.com> wrote:
>>>>
>>>> David,
>>>>
>>>> Another possible POI request would be any info on Josh Carter. He is a COR with DoS. He lied on his application and resume about being a canine handler. He also lied during initial evaluations of the WPS(World Wide Protective Service) program around 2013. He is DoS Program Manager at CVC. He is the 'ring leader' so to speak and the individual most responsible for the corruption.
>>>>
>>>> Karen
>>>>
>>>>> On Aug 1, 2017, at 1:03 PM, Karen Iovino <karenvet93@gmail.com> wrote:
>>>>>
>>>>> David,
>>>>>
>>>>> Attached are two pages ommitted from a report send to DoS. I am not sure who exactly received the report at DoS but this is an ATA(Anti-Terror Assistance) program. John Meyers instructed the individual writing the report to leave the pictures out as it shows a canine that is emaciated and in need of veterinary care.
>>>>>
>>>>> If you wish, I can send my OIG complaint as it lists much of the waste, fraud and abuse occurring at the CVC. That is the root cause of the lack of care for the canines. Those in power are unethical, concerned about hiring their friends, and getting promotions to higher paid positions. Unfortunately, the welfare of the dogs isn't a concern of theirs.
>>>>>
>>>>> I have over 30 write up/documents from the past 1 1/2 years outlining the consistent pattern of wrong doing by the DoS Program Manager and MSA Leadership at CVC.

**IOVINO39**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Karen
<Jordanian assessment.docx>

On Aug 1, 2017, at 12:31 PM, Paredes, David (NBCUniversal) <David.Paredes@nbcuni.com> wrote:

Karen,

Here's the deal... MSA is a private firm, not held to the Freedom of Information Act.  However, if you can tell me which reports were sent to which Federal Agency/office and on which date, I can get them.

I need as much detail as possible.  From who, to who, the date, the reason, title of the report(s), the reasons..., anything.  But I need to know where they went and what - more or less - each document contained.

Thank you,
David Paredes

-----Original Message-----
From: Karen [mailto:karenvet93@gmail.com]
Sent: Tuesday, August 01, 2017 11:21 AM
To: Paredes, David (NBCUniversal) <David.Paredes@nbcuni.com>
Subject: Re: MSA Security waste, fraud and abuse at canine training center

Hi David,

I touched base with Carol this morning. She said she was trying to 'sniff' things out.  I have spoken to her off the record.  MSA has a history of retaliation.

There is no mechanism in place to report illness/death to any of the EDC's gifted to Foreign countries. This has been an ongoing issue for 15+ years. Previously the ATF had the program and no one ever followed up on reports of neglect. In fact, last June the DoS contractor and an MSA employee did a site survey in Jordan. They found deplorable conditions and ATF dogs that were still being worked at 10-years of age with arthritis and broken teeth. My previous supervisor was on that trip, submitted a report with recommendations and nothing changed. He and I were pushing for accountability on the welfare of the dogs. He has since been wrongly demoted and I am being retaliated against. I will lose my job as of Aug 17th. I am supposed to have whistleblower protection but have yet to receive a response to my reprisal submission last week to OIG.

Feel free to email again or call if you have any additional questions. 703-554-4497.

The unscrupulous individuals must be stopped as the dogs are suffering.

Any suggestions on how to get this story in the news would be appreciated.

Karen

Sent from my iPhone

On Aug 1, 2017, at 11:04 AM, Paredes, David (NBCUniversal) <David.Paredes@nbcuni.com> wrote:

Karen,

Do have any idea how Carol Morello's research is coming along?  Do you know where - if any - there are legal obligations to report illness, injury or death of EDC's to the government?  For example, when something happens to an animal during a commercial flight, the airline has to report it to USDA (APHIS).  Is there any suck protocol in this case?

Thank you,
David

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Tuesday, August 01, 2017 7:30 AM
To: @NBC UNI News Tips New York <tips@nbcnewyork.com>
Subject: MSA Security waste, fraud and abuse at canine training center

Hi,

I work for a company that trains EDC's(explosive detection canines) for DoS.  The Center is located in Winchester VA but MSA Security has sites in NY(main office) and CT.  There is so much wast, fraud, abuse that it is mind boggling.  Unfortunately the end result is EDC's being sent overseas and not cared for. There is no accountability. One EDC recently died of hyperthermia.

I have filed an EEOC complaint and an OIG complaint.  But the wheels of the government turn slowly and Leadership at my company and DoS don't take the well being of the dogs or this dogs death seriously.  Those of us that are vocal

**IOVINO40**

Subject to Protective Order (PO) - PO Confidential                                    IOVINO_00009548
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

are being pushed out. I was recently told by my supervisor(a veterinarian) to 'take the emotion out of my job'. I have
also contacted the Carol Morello at the Washington Post who is researching my claims.

I have 30+ write ups/documents outlining my claims.  I have been wrongly demoted and reprimand. The reprimand
was a result to bringing to the attention of my supervisor the life threatening medical mistakes being made by the
licensed technician who was working with me(and under my license as well).

Currently MSA Security is involved in 2 class action law suits.

In February I was promised when the contract modification as signed, my position would remain.  Now I am being
required to re apply.  It's a ploy to get rid of me.  Just as they are pushing out others.

V/R,
Karen Iovino, DVM
cell #: 703-554-4497

Thanks for contacting NBC New York. Please use this e-mail to send us news tips. Be sure to include a phone
number, so we can contact you quickly, if necessary. If your tip is urgent, call  our news desk at 212-664-2731.

IOVINO41

Subject to Protective Order (PO) - PO Confidential                                    IOVINO_00009549

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



From: **Morello, Carol** Carol.Morello@washpost.com
Subject: RE: EDCs
Date: December 10, 2018 at 2:30 PM
To: Karen Iovino karenvet93@gmail.com

Hi, Karen, I just wanted to update you. I haven't had much success with State, all they've done is told me they are still reviewing the treatment of dogs in DS. I'm still at it, I don't want you to think I've given up, it's just taken longer than I expected.
Carol

From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Wednesday, December 05, 2018 9:39 AM
To: Morello, Carol <Carol.Morello@washpost.com>
Subject: Re: EDCs

Whistleblower case is OIG.
DOJ is involved bec MSA Security is appealing Order of reinstatement.

Sent from my iPhone

On Dec 5, 2018, at 9:23 AM, Morello, Carol <Carol.Morello@washpost.com> wrote:

Got it, thank you. Is it your understanding the whistleblower retaliation report case is at OIG or DOJ?

From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Wednesday, December 05, 2018 9:22 AM
To: Morello, Carol <Carol.Morello@washpost.com>
Subject: Re: EDCs

[EXTERNAL EMAIL]

Hi Carol,

Thanks for your call.  As promised, below are the case numbers:

Dept of State: case #: H 20171636, OIG investigation to my initial complain of waste, fraud, abuse and poor care/training of canines, filed July 2017

Whistleblower retaliation report case #: 2017-0044

Also, I mentioned the 'Management Assistance Report'. Availalbe on OIG website. This report was a direct result of the Ki investigation.

Karen Iovino

On Dec 5, 2018, at 8:57 AM, Karen Iovino <karenvet93@gmail.com> wrote:

Got it. I am available now.

Sent from my iPhone

On Dec 5, 2018, at 8:52 AM, Morello, Carol <Carol.Morello@washpost.com> wrote:

I'll be calling you in a few minutes.

From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Tuesday, December 04, 2018 3:22 PM
To: Morello, Carol <Carol.Morello@washpost.com>
Subject: Re: EDCs

Hi Carol,

I am available the rest of today and tomorrow between 8am-1pm and 4pm-8pm.

Next week I am available Monday and Wednesday all day.

Please let me know what time you plan to call. 703-554-4497.

Thanks

Karen

Sent from my iPhone

On Dec 4, 2018, at 3:09 PM, Morello, Carol <Carol.Morello@washpost.com> wrote:

Hi, Karen, I just saw this. The last week has been exceptionally busy. Is there a convenient time to talk?

From: Karen Iovino [mailto:karenvet93@gmail.com]

**IOVINO42**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**Sent:** Thursday, November 29, 2018 11:10 AM
**To:** Morello, Carol <Carol.Morello@washpost.com>
**Subject:** Re: EDCs

[EXTERNAL EMAIL]
Carol,

Hope all is well. I am sure you are busy!

There have been a great deal of developments in my Dept of State OIG complaint and subsequent Whistleblower retaliation claim against MSA Security. The Dept of Justice is involved now.

I am interested in speaking with you. I really want to get the story out about the working dogs and the activities at the Canine Validation Center.

Thanks,
Karen Iovino, DVM
703-554-4497

On Aug 2, 2017, at 10:54 AM, Morello, Carol <Carol.Morello@washpost.com> wrote:

Whenever and wherever is convenient for you. I don't know yet exactly what time we will be coming back on the 10th, but any day and time after that works for me. I will email you as soon as I'm back in town....

**From:** Karen [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, August 02, 2017 10:06 AM
**To:** Morello, Carol <Carol.Morello@washpost.com>
**Subject:** Re: EDCs

Carol,

I can make the 20th. My previous supervisor is on vacation so he can't make it but can meet the week of the 14th if you wish.

Name the time and place!

Karen

Sent from my iPhone

On Aug 2, 2017, at 9:47 AM, Morello, Carol <Carol.Morello@washpost.com> wrote:

Yes it probably would. Can we do it when I return on the 10th?

**From:** Karen [mailto:karenvet93@gmail.com]
**Sent:** Tuesday, August 01, 2017 5:38 PM
**To:** Morello, Carol <Carol.Morello@washpost.com>
**Subject:** Re: EDCs

Carol,

Would it be beneficial for us to have a face to face meeting? My previous supervisor who was wrongly demoted can also attend.

There is a great deal of information about this situation and the inner workings that may be of benefit to your research.

Thanks,
Karen

Sent from my iPhone

On Aug 1, 2017, at 10:03 AM, Karen Iovino <karenvet93@gmail.com> wrote:

Carol,

I could use a laugh right now. Was informed yesterday that my position will no longer exist after Aug 17th. I was told in February that I had the job when the new contract modification was signed. They are retaliating against me and the other trainers who are vocal about the care of the dogs.

**IOVINO43**

Subject to Protective Order (PO) - PO Confidential

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

Four dogs leave JFK tonight en route to Jordan, 4 more Thursdays and 2 on Saturday.  :-(

Karen

> On Aug 1, 2017, at 10:01 AM, Morello, Carol <Carol.Morello@washpost.com> wrote:
>
> Not yet. Still trying to sniff it out, so to speak. (No pun intended, but hey)....
>
> **From:** Karen Iovino [mailto:karenvet95@gmail.com]
> **Sent:** Tuesday, August 01, 2017 7:31 AM
> **To:** Morello, Carol <Carol.Morello@washpost.com>
> **Subject:** Re: EDCs
>
> Hi,
>
> Checking in to see if you have any addition questions.  I am at home all day today so it will be easy for me to chat.
>
> Karen
>
>> On Jul 28, 2017, at 10:28 AM, Morello, Carol <Carol.Morello@washpost.com> wrote:
>>
>> Hi, Karen, I'm around, if you wanted to call me on your lunch break or any time that's convenient. If I don't answer, I'm just running to the rest room or something, and will be back momentarily.....
>> Carol
>>
>> **From:** Karen [mailto:karenvet93@gmail.com]
>> **Sent:** Thursday, July 27, 2017 5:37 PM
>> **To:** Morello, Carol <Carol.Morello@washpost.com>
>> **Subject:** Re: EDCs
>>
>> Yes that would be better. . Thanks
>>
>> Sent from my iPhone
>>
>> On Jul 27, 2017, at 5:33 PM, Morello, Carol <Carol.Morello@washpost.com> wrote:
>>
>>> Maybe it would be easier for you if I shoot you a email when I'm in, and you can call me at your convenience?
>>>
>>> **From:** Karen <karenvet93@gmail.com>
>>> **Sent:** Thursday, July 27, 2017 5:29:46 PM
>>> **To:** Morello, Carol
>>> **Subject:** Re: EDCs
>>>
>>> Hi,
>>>
>>> Thanks for the reply. I work 7:30-4 tomorrow. I can talk if i can step out of the building.
>>>
>>> If I don't answer please leave a call back number and I will call back when I can.
>>>
>>> Have a good evening,
>>> Karen
>>>
>>> Sent from my iPhone
>>>
>>> On Jul 27, 2017, at 5:16 PM, Morello, Carol <Carol.Morello@washpost.com

**IOVINO44**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

> wrote:

Hi, Karen, I've
been tied up at
the State
Department
since noon-ish.
Can I call you
first thing
tomorrow
morning?
Carol

From: Karen Iovino
<karenvet93@gma
il.com>
Sent: Thursday,
July 27, 2017
3:02:23 PM
To: Morello, Carol
Subject: Re: EDCs

Hi Ms. Morello,

I left you a VM this
afternoon with my
phone number.

Please call me at
your earliest
convenience. cell:
703-554-4497

Karen

On Jul
27,
2017,
at
11:33
AM,
Morel
lo,
Carol
<Caro
l.Mor
ello@
wash
post.c
om>
wrote
:

Hi,
Karen
,
Ellen
passe
d
your
email
on to
me.
I'd be
happy
to
talk
with
you.
Carol
Morel
lo
202-
334-
6042

**IOVINO45**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009553

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen** karenvet93@gmail.com
Subject: Waste fraud abuse at facility with DoS contract
Date: July 27, 2017 at 8:45 AM
To: ellen.nakashima@washpost.com

Hi Ms. Nakashima,

I was wondering if we could chat off the record about significant issues at my current job. I work for a company that trains EDC's(explosive detection canines) for DoS. There is so much wast, fraud, abuse that it is mind boggling. Unfortunately the end result is EDC's being sent overseas and not cared for. There is no accountability. One EDC recently died of hyperthermia.

I have filed an EEOC complaint and know there is IG complaint as well.  But the wheels of the government turn slowly and Leadership at my company and DoS don't take the well being of the dogs or this dogs death seriously.  Those of us that are vocal are being pushed out. I was recently told by my supervisor to 'take the emotion out of my job'.

V/R,
Karen

Sent from my iPhone

**IOVINO46**

**From:** **Karen Iovino** karenvet93@gmail.com
**Subject:** Lunch
**Date:** March 7, 2019 at 2:49 PM
**To:** Katie.Leslie@nbcuni.com



Scott just told me about his lunch 'date' tomorrow.

Sorry you can't go too!  I said I could fit under his overcoat.

Hopefully your story about the CVC will be the reason for the meeting and result in positive change for the working dogs.

Sent from my iPhone

**IOVINO47**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009555

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **MacFarlane, Scott (NBCUniversal)** Scott.MacFarlane@nbcuni.com
Subject: Re: Re: [EXTERNAL] i'm sold...
Date: December 6, 2018 at 11:25 AM
To: Karen Iovino karenvet93@gmail.com



202 507 1129

Scott MacFarlane - NBC Washington - 202-885-4506

On Dec 6, 2018, at 11:22 AM, Karen Iovino <karenvet93@gmail.com> wrote:

> Hi,
>
> Do you have time for a quick call? If so, what number can I call?
>
> Karen
>
> Sent from my iPhone
>
> On Dec 6, 2018, at 10:49 AM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:
>
>> Want to try for an interview during first week of January?
>>
>> Scott MacFarlane
>> Reporter
>> 202.885.4506 direct | 202.507.1129 cell
>> Scott.MacFarlane@nbcuni.com
>> NBCWashington.com | TelemundoDC.com
>> @MacFarlaneNews
>> <image001.png> <image002.png> <image003.png>
>> <image004.png><image005.png>

**IOVINO48**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **MacFarlane, Scott (NBCUniversal)** Scott.MacFarlane@nbcuni.com
Subject: this is the location, correct?
Date: December 7, 2018 at 10:34 AM
To: Karen Iovino karenvet93@gmail.com

https://www.state.gov/r/pa/prs/ps/2018/03/279457.htm

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

  

**IOVINO49**

Subject to Protective Order (PO) - PO Confidential                IOVINO_00009557
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **MacFarlane, Scott (NBCUniversal)** Scott.MacFarlane@nbcuni.com
Subject: RE: [EXTERNAL] MSA Security K-9 handler involved in union
Date: December 10, 2018 at 5:39 PM
To: Karen Iovino karenvet93@gmail.com



Understood. I'll holler back if so.   We'll figure something out.  But for now.. let's stick with Jan. 2.

Scott MacFarlane
Reporter
202.885.4506 direct I 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com I TelemundoDC.com
@MacFarlaneNews

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Monday, December 10, 2018 5:39 PM
To: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Subject: Re: [EXTERNAL] MSA Security K-9 handler involved in union

Scott,

Working those two days.  Any other days that might work for you?  My work schedule is different every week.

Karen

Sent from my iPhone

On Dec 10, 2018, at 5:35 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

Just to be thorough.   In the event my editors recommend we "expedite" this report at all.  Are you free for an interview/meeting either Dec. 20 or 21?   (Instead of Jan. 2)  Just in case......

Scott MacFarlane
Reporter
202.885.4506 direct I 202.507.1129 cell Scott.MacFarlane@nbcuni.com
NBCWashington.com I TelemundoDC.com @MacFarlaneNews

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Monday, December 10, 2018 4:20 PM
To: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Subject: Re: [EXTERNAL] MSA Security K-9 handler involved in union

Oh just wait my friend...waiting on confirmation a letter sent to Sec Pompeo today about the CVC by House Oversight Committee will be made public. I worked hard to get this letter sent and I don't want to burn my bridges so to speak with my contact at National Security Subcommittee.

One day I will tell you how I was given the nickname 'pesky cat'......:-)

On Dec 10, 2018, at 4:16 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

Excellent.  Will call him late today or Wednesday.    (out of pocket tmrw)
Nice work

Scott MacFarlane
Reporter
202.885.4506 direct I 202.507.1129 cell Scott.MacFarlane@nbcuni.com
NBCWashington.com I TelemundoDC.com @MacFarlaneNews

**IOVINO50**

Subject to Protective Order (PO) - PO Confidential                                   IOVINO_00009558
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Monday, December 10, 2018 4:16 PM
To: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Subject: [EXTERNAL] MSA Security K-8 handler involved in union

Hi Scott,

The individual I mentioned earlier today is very interested in speaking with you.

His name and number below:
Kevin Crowley
cell #: 603-566-7419.

Have a good evening,
Karen

**IOVINO51**

IOVINO_00009559

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 🖉
Subject: RE: Re: [EXTERNAL] i find this interesting
Date: December 12, 2018 at 5:03 PM
To: Karen Iovino karenvet93@gmail.com



Looks bad for any contractor to do such things....

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

 

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, December 12, 2018 4:56 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** [EXTERNAL] Re: i find this interesting

Hi Scott,

Good job digging. That report was a direct result of my firing by MSA over 'disclosing confidential information' to OIG.

Karen


On Dec 12, 2018, at 4:51 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

https://www.stateoig.gov/system/files/esp-18-03.pdf

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png>  <image002.png>  <image003.png>
<image004.png><image005.png>


**IOVINO52**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009560
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **MacFarlane, Scott (NBCUniversal)** Scott.MacFarlane@nbcuni.com
Subject: RE: [EXTERNAL] See link
Date: December 13, 2018 at 10:12 AM
To: Karen Iovino karenvet93@gmail.com



We'll be ready.  My producer KATIE LESLIE has been brought in (by me) on the assignment.
She might want to call and chat with you too.  Two heads (in our newsroom) are better than one.

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, December 13, 2018 10:11 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** Re: [EXTERNAL] See link

Agreed. And you are the lucky reporter who gets dibs on my story!

Sent from my iPhone

On Dec 13, 2018, at 9:58 AM, MacFarlane, Scott (NBCUniversal)
<Scott.MacFarlane@nbcuni.com> wrote:

Holy h@#$#@
That's huge

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png>  <image002.png>  <image003.png>
<image004.png><image005.png>

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, December 13, 2018 9:49 AM

**IOVINO53**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009561
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** [EXTERNAL] See link

Scott,

Here is the letter I worked so hard to have sent. My contact at National Security Subcommittee has been instrumental in pushing this. She also interviewed current and past MSA employees.

https://oversight.house.gov/wp-content/uploads/2018/12/2018-12-10-TG-to-Pompeo-DOS-CVC.pdf

Karen
Sent from my iPhone

**IOVINO54**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009562

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



From: **Karen Iovino** karenvet93@gmail.com
Subject: Fwd: [EXTERNAL] Re: FOIA request
Date: December 13, 2018 at 10:41 AM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com

Scott,
See below.

In my opinion, Josh Carter's resume does not accurately reflect his history with the Roanoke City Police Department. He is the DoS PM at CVC. When you FOIA his job description you will see why working knowledge of explosives(NORT) is imperative for the position.

Karen

Sent from my iPhone

Begin forwarded message:

From: "Melinda Mayo" <Melinda.Mayo@roanokeva.gov>
Date: December 12, 2018 at 4:47:22 PM EST
To: Karen Iovino <karenvet93@gmail.com>
Cc: "Daniel J Callaghan" <Daniel.Callaghan@RoanokeVa.gov>, "Robin Viohl" <Robin.Viohl@RoanokeVa.gov>
Subject: Re: [EXTERNAL] Re: FOIA request

Karen,

The email is in response to your FOIA Request dated Dec. 6, 2018, for information regarding Joshua Carter, Ramey Alan Bower, and John Hoover:

- confirmation and dated of employment as a Roanoke Police Officer
- confirmation of employment as a Canine Officer, if so, what type of canine (i.e. narcotics, explosive, apprehension)
- any disciplinary action taken against any of them

As far as the disciplinary records, these records are exempt from FOIA and cannot be released. The employment of the Officers are as follows:

Joshua Carter - Hire Date - 1/7/2003
Resigned - 1/7/2008
Officer Carter was never a K-9 Officer with the Roanoke City Police Department.

John Hoover - Hire Date - 5/18/1999
Resigned - 1/31/2008
Officer Hoover was a K-9 officer from 9/17/1999 until 8/30/2007. His K-9 was a narcotics and Patrol apprehension dog.

Ramey Allen Bower - Hire Date - 10/25/1994
Resigned - 4/12/2010
Officer Bower was a K-9 officer from around 2001 until 2004. His K-9 was a narcotics and Patrol apprehension dog.

Please let me know if you have additional questions.

Thanks!

Melinda Mayo
Communications and Media Officer/FOIA Officer
City of Roanoke
Office 540/853-6357
Cell 540/537-0042
Melinda.Mayo@roanokeva.gov

·· Karen Iovino ---12/12/2018 10:50:47 AM---Hi Ms. Mayo, Per our conversation this morning, please provide me with an update on my FOIA request.

From: Karen Iovino <karenvet93@gmail.com>

**IOVINO55**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009563

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

To: Melinda Mayo <Melinda.Mayo@roanokeva.gov>
Date: 12/12/2018 10:50 AM
Subject: Re: [EXTERNAL] Re: FOIA request

Hi Ms. Mayo,

Per our conversation this morning, please provide me with an update on my FOIA request.

Thanks,
Karen

On Dec 10, 2018, at 12:25 PM, Karen Iovino <karenvet93@gmail.com> wrote:

Hi Ms Mayo,

Can you provide me an update on the status of my request?

Thanks,
Karen

On Dec 6, 2018, at 3:53 PM, Melinda Mayo <Melinda.Mayo@roanokeva.gov> wrote:

Thanks, Karen. I will share your request with Police Department staff and provide you with an estimated cost for the response.

Melinda Mayo
Communications and Media Officer/FOIA Officer
City of Roanoke
Office 540/853-6357
Cell 540/537-0042
Melinda.Mayo@roanokeva.gov

<graycol.gif>Karen Iovino ---12/06/2018 03:42:03 PM---Hi Ms. Mayo, Per our phone conversation, I am requesting the following information regarding Joshua

From: Karen Iovino <karenvet93@gmail.com>
To: melinda.mayo@roanokeva.gov
Date: 12/06/2018 03:42 PM
Subject: [EXTERNAL] Re: FOIA request

Hi Ms. Mayo,

Per our phone conversation, I am requesting the following information regarding Joshua Carter, Ramey Alan Bower, and John Hoover:

- confirmation and dated of employment as Roanoke Police Officer
- confirmation of employment as Canine Officer, if so, what type of canine(i.e. narcotics, explosive, apprehension)
- any disciplinary action taken against any of them

My address: 19744 Ridgeside Rd, Bluemont VA 20135

V/R,
Karen

On Dec 6, 2018, at 3:22 PM, Karen Iovino <karenvet93@gmail.com> wrote:

Hi Ms. Mayo,

Please see my attached FOIA request.

Thanks,
Karen Iovino<FOIA request .pdf>

**IOVINO56**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009564

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com
**Subject:** RE: Re: [EXTERNAL] Scotty MacFarlane's producer
**Date:** December 13, 2018 at 1:45 PM
**To:** Karen Iovino karenvet93@gmail.com

How about 11 am?

## Katie Leslie

WORKINGYOU as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com
NBCWashington.com

f 𝕏 ⓘ

Follow me on Twitter at katieleslienews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, December 13, 2018 1:05 PM
**To:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** Re: [EXTERNAL] Re: Scotty MacFarlane's producer

No worries. I understand.

I am available all day Monday.

Please give me a ball park time so I make sure to keep my phone close by.

Sent from my iPhone

On Dec 13, 2018, at 1:01 PM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

Apologies – things are slamming here today. What time on Monday works for you?

## Katie Leslie

WORKING4YOU as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com

NBCWashington.com

f 𝕏 ⓘ

Follow me on Twitter at katieleslienews
—

**IOVINO57**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009565

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, December 13, 2018 10:46 AM
**To:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] Re: Scotty MacFarlane's producer

Hi,

I work tomorrow from 8am-8pm tomorrow. Since it's at an ER, I cannot guarantee time to chat. I can chat at 7am or 8:15pm on my way to or from work. Otherwise Saturday or Monday.

Karen

Sent from my iPhone

On Dec 13, 2018, at 10:44 AM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

> Dr. Iovino,
> As Scotty mentioned via email, I'm his producer on the I-Team and would love to chat to get caught up to speed on this story. My calendar is absurdly stacked today so I'm unable to call at your available times, but how does your Friday morning look? Thank you!

## Katie Leslie

Working  You as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com

NBCWashington.com

Follow me on Twitter at katieleslienews



**IOVINO58**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009566

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



From: **Karen Iovino** karenvet93@gmail.com
Subject: Re: [EXTERNAL] call
Date: December 17, 2018 at 12:06 PM
To: Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

Josh Carter is Dept of State Program Manager for the Canine Validation Center

On Dec 17, 2018, at 12:02 PM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

Thanks for checking, Karen, and let me think on that predicament for a minute.

Separately, can you provide me with Josh Carter's title or name of his specific program?

Thank you!

Katie Leslie
Producer
NBC 4 Washington
4001 Nebraska Avenue NW, Washington, DC 20016
202-885-4848 office
202-503-8153 mobile
katie.leslie@nbcuni.com
http://www.nbcwashington.com

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Monday, December 17, 2018 11:53 AM
To: Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
Cc: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Subject: [EXTERNAL] call

Hi Leslie,

Thanks for taking the time to speak to me today.

I asked Zane if he could speak to you. He is concerned as he signed a 'non disparaging' agreement. with MSA when they fired him.
That said, if you have any questions, ask me and I can try to find out.

Karen

**IOVINO59**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **MacFarlane, Scott (NBCUniversal)** Scott.MacFarlane@nbcuni.com 
Subject: RE: Re: [EXTERNAL] wow!
Date: December 17, 2018 at 5:55 PM
To: Karen Iovino karenvet93@gmail.com

I'll take 'em!

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews




**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Monday, December 17, 2018 5:54 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** Re: [EXTERNAL] Re: wow!

Scott,

Let me know if you want me to send you the rebuttal to the 'character assassination' MSA compiled about me. My attorney had me rebut their outrageous statements. He sent them to Dominique Kirchner at DOJ.

Karen

> On Dec 17, 2018, at 5:26 PM, MacFarlane, Scott (NBCUniversal)
> <Scott.MacFarlane@nbcuni.com> wrote:
>
> I expect that FOIA will be returned when my youngest child is in college. ☺
> But I think the MSA Security filings in 4th circuit court of appeals will include summations of the whistleblower report.. if not the report itself.
> It's bulky .. I'm reading through the docket right now with Katie.
>
> ## Scott MacFarlane
> Reporter
> 202.885.4506 direct | 202.507.1129 cell
> Scott.MacFarlane@nbcuni.com
> NBCWashington.com | TelemundoDC.com
> @MacFarlaneNews
> <image001.png>  <image002.png>  <image003.png>
> <image004.png><image005.png>
>
> **From:** Karen Iovino [mailto:karenvet93@gmail.com]
> **Sent:** Monday, December 17, 2018 5:20 PM
> **To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
> **Subject:** [EXTERNAL] Re: wow!

**IOVINO60**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Scott,

Agreed which makes it all the more confusing that MSA is ignorant enough to file an appeal.

Were you able to get the Whistleblower report by FOIA?

Karen

> On Dec 17, 2018, at 5:04 PM, MacFarlane, Scott (NBCUniversal)
> <Scott.MacFarlane@nbcuni.com> wrote:
>
> Quite a great endorsement of your case from Dept. of State
> attached

**Scott MacFarlane**
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png>  <image002.png>  <image003.png>
<image004.png><image005.png>

<msa suit.pdf>

**IOVINO61**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009569

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Leslie, Katie (NBCUniversal)** Katie.Leslie@nbcuni.com
Subject: RE: [EXTERNAL] IG
Date: December 19, 2018 at 11:45 AM
To: Karen Iovino karenvet93@gmail.com, MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com



Thanks, Karen!

Katie Leslie
Producer
NBC 4 Washington
4001 Nebraska Avenue NW, Washington, DC 20016
202-885-4848 office
202-503-8153 mobile
katie.leslie@nbcuni.com
http://www.nbcwashington.com
-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Wednesday, December 19, 2018 9:58 AM
To: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Cc: Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
Subject: Re: [EXTERNAL] IG

Hi,

I just learned that State is briefing House Oversight Committee tomorrow. Apparently brief will not be made public but the staff director indicated she will call me after the briefing.

Karen

> On Dec 18, 2018, at 2:33 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:
>
> Will do.  The inquiries are ours and House oversight.  Nothing more yet.  Thanks for this
>
> Scott MacFarlane - NBC Washington - 202-885-4506
>
>> On Dec 18, 2018, at 2:30 PM, Karen Iovino <karenvet93@gmail.com> wrote:
>>
>> Hi,
>>
>> My attorney received a request from the Jeff McDermott of State OIG asking if I would be willing to grant consent to release their findings on my Whistleblower complaint.  He indicated he is getting  congressional and press inquiries.
>>
>> I have asked my attorney to email Mr. McDermott that I will indeed grant consent.
>>
>> Maybe ping OIG again?
>>
>> Thanks,
>> Karen

**IOVINO62**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 📎
Subject: RE: Re: [EXTERNAL] CVC
Date: December 20, 2018 at 8:43 AM
To: Karen Iovino karenvet93@gmail.com

Gotcha. Many thanks

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

  

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, December 20, 2018 8:43 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** Re: [EXTERNAL] Re: CVC

Hi,

A friend just reminded me that 220 Admiral Byrd Dr is also part of CVC. It's on a side street

Karen

Sent from my iPhone

On Dec 19, 2018, at 5:02 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

Ah... we have a helicopter!

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png> <image002.png> <image003.png>
<image004.png><image005.png>

**IOVINO63**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, December 19, 2018 5:02 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** [EXTERNAL] Re: CVC

Hi,

390 airport rd. They purchased the entire building. 390 unit L is office main area.

Be careful-if you video the building you may be met with some unhappy ex-police officers.

Sent from my iPhone

On Dec 19, 2018, at 4:41 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

> I'm gonna get some footage outside the place.
> 311 Airport Road?  Or 390 Airport Road?   In winchester
>
> ## Scott MacFarlane
> **Reporter**
> 202.885.4506 direct | 202.507.1129 cell
> Scott.MacFarlane@nbcuni.com
> NBCWashington.com | TelemundoDC.com
> @MacFarlaneNews
> <image001.png>
> <image002.png> <image003.png>
> <image004.png><image005.png>

**IOVINO64**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: Re: [EXTERNAL] Wed Jan 2nd
Date: January 1, 2019 at 4:47 PM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com
Cc: Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

Ok, great. See you then.

I know Katie said it wasn't necessary but I will have coffee made and I have cookies(not homemade-sorry!)

On Jan 1, 2019, at 4:45 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

Yes indeed. See you tomorrow at 12p. We'll have plenty of time to chat in advance of any camera stuff

Scott MacFarlane - NBC Washington - 202-885-4506

On Jan 1, 2019, at 4:38 PM, Karen Iovino <karenvet93@gmail.com> wrote:

Hi Scott,

Just confirming you still plan to interview me tomorrow at noon at my house.

Thanks and Happy Nee Year,
Karen

Sent from my iPhone

On Dec 26, 2018, at 9:07 AM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

That is confirmed. I'll give you a call on the 31st or 1st... in advance

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png>  <image002.png>  <image003.png>
<image004.png><image005.png>

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, December 26, 2018 8:57 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>; Leslie, Katie
(NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] Wed Jan 2nd

Hi,

Checking in to confirm you both coming to my home on Wed Jan 2nd at noon. If there is anything
you feel I should do to prepare, just let me know.

Since it will be lunch time, I planned to have snacks(cheese, crackers, etc), coffee, tea and cold

**IOVINO65**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

drinks. If anyone coming has special dietary needs, please let me know.  I am happy to accommodate.

My home address is: 19744 Ridgeside Rd, Bluemont.  The house # is on our farm sign, Dogwood Farm.  If you would like more detailed directions, please let me know, I will send along.

See you soon,
Karen

**IOVINO66**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009574

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com 
Subject: docketing statement181217.pdf
Date: January 2, 2019 at 9:45 AM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com, Katie.Leslie@nbcuni.com

Hi,

You probably have this but just in case you don't.

Karen

docketing
statem...217.pdf

Sent from my iPhone

**IOVINO67**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009575

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: Karen Iovino karenvet93@gmail.com 
Subject: Fwd: Zoe 7363
Date: January 2, 2019 at 1:36 PM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com, Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

Hi,

Thanks for meeting with me today. I am a renewed sense of hope that positive change can happen for the EDC's in the ATA program.

See email below

Karen

Begin forwarded message:

From: Karen Iovino <Klovino@msasecurity.net>
Subject: Fwd: Zoe 7363
Date: July 18, 2017 at 9:26:23 AM EDT
To: Karen Iovino <karenvet93@gmail.com>

Karen Iovino, DVM
Veterinarian
Canine Validation Center

Sent from my iPhone

Begin forwarded message:

From: Karen Iovino <Klovino@msasecurity.net>
Date: July 18, 2017 at 9:05:13 AM EDT
To: "Michael D. Ratcliff" <MRatcliff@msasecurity.net>
Cc: John Hoover <JHoover@msasecurity.net>, "Pamela M. Lowande" <PLowande@msasecurity.net>
Subject: Re: Zoe 7363

Mike,

Thanks for the update. I am truly saddened considering how much heat injury was discussed with the previous class. Shows there is still a great deal of work to be done in Jordan.

Karen

Karen Iovino, DVM
Veterinarian
Canine Validation Center

Sent from my iPhone

On Jul 18, 2017, at 8:59 AM, Michael D. Ratcliff <MRatcliff@msasecurity.net> wrote:

Karen,
We were just notified that Zoe 7363 of Jordan-2 passed away last week. Preliminary reports are highly consistent with heat stroke; pathology report is forthcoming. I'll keep you posted.

The Jordan 4 class will get a heat injury talk this afternoon, and I'm going to make some tweaks to my usual talk in light of this. We'll keep doing all that we can on this end to try and prevent these things as much as possible before the teams return to their host country.

I'm really sorry for the bad news...

**IOVINO68**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

IOVINO_00009576

Thank you,
Mike

Mike Ratcliff, MS, DVM
 **<image001.jpg>**
LEAD VETERINARIAN
CANINE VALIDATION CENTER
OFFICE: 540.300.6028 EXT.353 | MOBILE: 540.931.1160 | FAX: 540.545.4138

*Confidentiality Notice | This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communications is strictly prohibited. Please reply to the sender that you have received the message in error and delete it. Thank you.*

The information contained in, or attached to this email may contain confidential information, intended solely for the use of the addressed individual or entity, and may be subject to legal privilege. If you have received this email in error, you should (1) notify the sender immediately by reply email, and (2) delete the message from your system(s) and notify your IT department. Please do not copy, disclose, or disseminate the contents of this email to any other unintended person(s) or entity. The views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The recipient should check this e-mail and any attachments for the presence of malicious software. The sender of this message accepts no liability for any damage caused, directly or indirectly, by any malicious software transmitted in this email.

**IOVINO69**



From: **Karen Iovino** karenvet93@gmail.com
Subject: pictures and LOA
Date: January 2, 2019 at 1:44 PM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com, Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

Hi,

Pictures of me performing surgery with foreign students observing.

Picture of Frank post hind leg amputation.

Letter of Appreciation from MSA CEO for my care of Frank after his traumatic injury.

I will get candid pictures tomorrow at work.



IOVINO70

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009578

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: pictures as promised
Date: January 6, 2019 at 11:34 AM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com

Scott,

As promised, some pictures.

Karen

pic with cat 2       pic with dog       pic with horse
Downloading...       Downloading...      Downloading...

**IOVINO71**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009579

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 📎
**Subject:** UPDATE
**Date:** January 9, 2019 at 1:34 PM
**To:** Karen Iovino karenvet93@gmail.com
**Cc:** Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

I'm interviewing a former State Dept official next week to talk about the basic parameters and benefits of ATA. He's 5-years removed and unfamiliar with the OIG review obviously. But he'll help us explain to our audience "What the heck is ATA and why does it exist?"

State public affairs office is completely shuttered because of govt shutdown. So is OIG.

We need not wait for them to re-open to air any initial report.. but I might at least give another week or two.. because it sure would be helpful.

Will keep you updated. Call anytime

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

    

image001.png    image002.png    image003.png
Downloading...  Downloading...  Downloading...

  

image004.png    image005.png
Downloading...  Downloading...

**IOVINO72**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009580

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 📎
Subject: RE: [EXTERNAL] Whistleblower report and news report on MSA
Date: January 22, 2019 at 12:51 PM
To: Karen Iovino karenvet93@gmail.com
Cc: Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com



Sorry for the delay in reading this. It's quite comprehensive. And the IG makes a compelling case.

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, January 17, 2019 10:45 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] Whistleblower report and news report on MSA

Hi Scott,

Nate said it would be OK for me to give you the Whistleblower report. See attached.

Also, interesting news story on MSA. See link.

I left you a VM yesterday with an update on my chat with the House Oversight Majority representative, Jaron Bourke.

The Virginia Board of Veterinary Medicine made an unannounced visit to the CVC yesterday. They are investigating my complaint regarding an LVT(lic. vet. tech.) that almost killed a dog and her ongoing alcohol abuse issues. They were met with hostility, as expected.

That's all for now!

**IOVINO73**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009581

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

https://m.facebook.com/story.php?story_fbid=2253377541585578&id=1424696207787053

Karen

IOVINO74

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009582
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: Re: [EXTERNAL] letter to MSA re: canine Mattie
Date: January 23, 2019 at 11:57 AM
To: Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com
Cc: MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com

Hi,

This handler/canine team is not part of CVC. I sent this link to show MSA is feeling pressure about a few issues.

Sorry for any confusion

Karen

Sent from my iPhone

On Jan 23, 2019, at 11:42 AM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

> Thanks, Karen. I'm having a little bit of trouble distinguishing what these handlers do versus the
> trainers who prepare dogs to be gifted for ATA. Are these WPS guys? Or something else?

## Katie Leslie

Working 4 You... as Producer

202.885.4848 ׀ 202.503.8153 cell
katie.leslie@nbcuni.com
NBCWashington.com

  

Follow me on Twitter at katieleslienews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, January 23, 2019 10:02 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] letter to MSA re: canine Mattie

Hi,

Another interesting development for MSA.  See link for most recent posting.

https://www.nopaymsa.com

Karen

**IOVINO75**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: House Oversight Committee contact
Date: January 28, 2019 at 4:28 PM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com
Cc: Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com



Hi,

I called Jaron Bourk(again….) who is my House Oversight Committee contact.

He said he is still organizing the committee but the letter sent last year to Sec. Pompeo about the CVC is on his radar.  I mentioned your news segment airing next week.  I informed him I will send him an email with information on exact date of airing.

He asked for your contact information which I provided.

Hopefully he will call you.

Karen

**IOVINO76**

Subject to Protective Order (PO) - PO Confidential                                    IOVINO_00009584

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com
**Subject:** organizational meeting is happening right now
**Date:** January 29, 2019 at 10:38 AM
**To:** Karen Iovino karenvet93@gmail.com

https://oversight.house.gov/

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

  

**IOVINO77**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009585

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: Re: Initial complaint to State
Date: January 30, 2019 at 12:20 PM
To: Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com
Cc: Scott MacFarlane Scott.MacFarlane@nbcuni.com



Hi Katie,

I will forward my initial correspondence with Scott that included the 'screen shot' of my OIG complaint submitted July 2017.

Also, I called and chatted with and emailed(the OIG complaint) to the AQM in July 2017. There isn't a separate complaint. The Whistleblower retaliation report refers to my correspondence with the AQM.

Let me know if you have any questions!

Karen
P.S. Billy said he's sorry for getting your jacket dirty:-)

On Jan 30, 2019, at 12:05 PM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

Hey Karen!
Forgive me if you've sent and I've misplaced it, but would you kindly provide me with a copy of the complaint you submitted to AQM in July 2017? Or was that more a phone call/email?

And mind also sending the complaint you sent to OIG in July 2017? I want to make sure I have these documents clear in my mind. Thank you!

## Katie Leslie

Working 4 You as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com
NBCWashington.com

f 🐦 📷
Follow me on Twitter at katieleslienews



**IOVINO78**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009586

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com
**Subject:** RE: [EXTERNAL] waste, fraud and abuse by company with DoS contract
**Date:** January 30, 2019 at 1:13 PM
**To:** Karen Iovino karenvet93@gmail.com

OK, but you haven't resubmitted that mentor's report as part of your complaints, correct?

**Katie Leslie**
WORKING 4 You as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com
NBCWashington.com

f y ⊙
Follow me on Twitter at katieslienews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, January 30, 2019 1:01 PM
**To:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** Re: [EXTERNAL] waste, fraud and abuse by company with DoS contract

Hi,

Questions answered in text below:

> On Jun 30, 2019, at 12:55 PM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:
>
> Two more quick questions, and I think I know the answer but this is for radical clarity and legal review:
>
> 1) The pictures showing the emaciated dog, which I believe was in the memo Zane prepared. Did you provide that to the OIG and/or House Committee? Those pictures were given to me by an American contracted Jordanian mentor, not Zane. He was told take those pictures of his report that was used to compile a report to State.
> 2) The email from the other veterinarian (Dr. Ratcliff) announcing one of the dogs died from suspected heatstroke. That was also provided to OIG, right? What about House Committee? I did not specifically send the email from Dr. Ratcliff to OIG or the House Committee but they are both aware of the existence of the email and Zoey dying.
>
> Thank you!
>
> **Katie Leslie**
> WORKING 4 You as Producer
>
> 202.885.4848  202.503.8153 cell
> katie.leslie@nbcuni.com
> NBCWashington.com
>
> f y ⊙
> Follow me on Twitter at katieslienews
>
> 
>
> **From:** Karen Iovino [mailto:karenvet93@gmail.com]
> **Sent:** Wednesday, January 30, 2019 12:43 PM
> **To:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
> **Subject:** Re: [EXTERNAL] waste, fraud and abuse by company with DoS contract
>
> Wow! 16 dogs. She's my hero.
>
> No crazy cat lady for me. I would be the crazy dog and horse person.
>
> Sent from my iPhone

**IOVINO79**

On Jan 30, 2019, at 12:29 PM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

I'm 99 percent sure I could never foster. A friend's mom started that way and now owns...wait for it... 16 dogs.

**Katie Leslie**
Working 4 You as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com

NBCWashington.com


Follow me on Twitter at katieleslienews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, January 30, 2019 12:25 PM
**To:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** Re: [EXTERNAL] waste, fraud and abuse by company with DoS contract

Billy is great. He is such a sweetheart. I hope I am not a foster failure and wind up adopting him!

Sent from my iPhone

On Jan 30, 2019, at 12:24 PM, Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com> wrote:

Thank you!
And how is Billy doing??? My jacket was honoured!

**Katie Leslie**
Working 4 You as Producer

202.885.4848 | 202.503.8153 cell
katie.leslie@nbcuni.com

NBCWashington.com


Follow me on Twitter at katieleslie news



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, January 30, 2019 12:20 PM
**To:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** Fwd: [EXTERNAL] waste, fraud and abuse by company with DoS contract

Hi,

Here is my initial email stream with Scott.  You were not copied on these.

Karen

Begin forwarded message:

**From:** "MacFarlane, Scott (NBCUniversal)"
<Scott.MacFarlane@nbcuni.com>
**Subject: RE: [EXTERNAL] waste, fraud and abuse by company with**

**IOVINO80**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**DoS contract**
**Date:** November 29, 2018 at 1:36:07 PM EST
**To:** Karen Iovino <karenvet93@gmail.com>

Confirmed

Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png> <image002.png> <image003.png>
<image004.png><image005.png>

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, November 29, 2018 1:36 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** Re: [EXTERNAL] waste, fraud and abuse by company with DoS contract

Hi,

I do ask for your pledge of confidentiality. My end goal for this horrible experience is better training and living conditions for the EDC's. Being a Whistleblower is not easy.

That said, FOIA my initial complaint: H-20171635, and my retaliation claim: OIG Whistleblower case 2017-0044.

I have numerous other documents supporting my claims.

Here is a portion of my IG complaint:


Karen<image006.png>

> On Nov 29, 2018, at 1:26 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:
>
> Anything you can send to me in advance? I pledge to keep it fully confidential.
>
> Scott MacFarlane
> Reporter
> 202.885.4506 direct | 202.507.1129 cell
> Scott.MacFarlane@nbcuni.com
> NBCWashington.com | TelemundoDC.com
> @MacFarlaneNews


-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Thursday, November 29, 2018 1:26 PM
To: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Subject: Re: [EXTERNAL] waste, fraud and abuse by company with DoS contract

Hi,

Thanks for the quick reply.

I am available tomorrow 8am-noon then 4pm-8pm.

**IOVINO81**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

As a heads up, the organizational chart and explaining the part of those involved may take some time. I spent 45 min during my initial meeting with my attorney explaining the workings of the facility.

I look forward to your call tomorrow.

Karen

Sent from my iPhone

On Nov 29, 2018, at 1:13 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

I'm eager to speak with you, Karen. I have strong relationships at State OIG... if that's of any help. When are you free for a call tomorrow?

Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129
cell Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com @MacFarlane News

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Thursday, November 29, 2018 12:50 PM
To: MacFarlane, Scott (NBCUniversal)
<Scott.MacFarlane@nbcuni.com>
Subject: [EXTERNAL] waste, fraud and abuse by company with DoS contract

Mr. MacFarlane,

I previously worked for a company(MSA Security) that trains EDC's(explosive detection canines) for the Department of State Diplomatic Security and the Anti-Terrorist Assistance(ATA) Program. I was the ATA Veterinarian at a facility in Winchester, VA called the Canine Validation Center. One of my job duties was caring for 30+ canines in the program at various levels of training.

Last year, after numerous attempts to get Dept of State and MSA Leadership to listen to my concerns about poor care of the canines overseas, I filed a complaint with the Dept of State Inspector General(IG) for waste, fraud, abuse of power and poor care and training of the EDC's. Unfortunately, shortly after my complaint was filed, a canine did die overseas. I recently learned another canine was euthanized after being brought back from overseas for poor health. I was fired from my position in Aug 2017.

A year before my IG complaint, when I felt the activities at the CVC were not proper, I began documenting. I have over 30 documents to support my claims.

**IOVINO82**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009590

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

The IG investigation into my initial complaint is still on going. In the mean time, EDC's are still being sent overseas and the issues in my initial complaint have not been resolved.

I filed a Whistleblower retaliation claim in Aug 2017. In Oct 2018, the IG found in my favor. MSA Security was ordered to instate me, give back pay, etc. They are challenging the Order. The Dept of Justice is now involved.

I would like to discuss this matter with you. It not only highlights blatant waste of government funds by MSA Security but the slow investigative process by the IG. The IG has not ceased the operations at the CVC during their investigation. This puts the safety of humans at risk as the EDC's are not being trained properly and the EDC's are not being cared for in a humane manner.

V/R,
Karen Iovino, DVM
703-554-4497

**IOVINO83**

Subject to Protective Order (PO) - PO Confidential                                        IOVINO_00009591
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com
**Subject:** FW: [EXTERNAL] Oversight Republicans Announce Committee Roster
**Date:** January 30, 2019 at 2:41 PM
**To:** Karen Iovino karenvet93@gmail.com

FYI

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews




**From:** House Oversight Republicans [mailto:oversightpress@oversightrep.housecommunications.gov]
**Sent:** Wednesday, January 30, 2019 2:33 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** [EXTERNAL] Oversight Republicans Announce Committee Roster



**FOR IMMEDIATE RELEASE**
Wednesday, January 30, 2019
PERMALINK

**CONTACT**
Charli Huddleston
(202) 225-0037

### Oversight Republicans Announce Committee Roster

**WASHINGTON, DC -** Yesterday, the House Oversight and Reform Committee held its business organizational meeting to introduce new members, adopt committee rules, and approve subcommittee assignments. The following Republican members have been approved and assigned to the following subcommittees:

**Republican Members**

- Rep. Jim Jordan (R-OH), Chairman
- Rep. Justin Amash (R-MI)

**IOVINO84**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009592

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

- Rep. Paul Gosar (R-AZ)
- Rep. Virginia Foxx (R-NC)
- Rep. Thomas Massie (R-KY)
- Rep. Mark Meadows (R-NC)
- Rep. Jody Hice (R-GA)
- Rep. Glenn Grothman (R-WI)
- Rep. James Comer (R-KY)
- Rep. Michael Cloud (R-TX)
- Rep. Bob Gibbs (R-OH)
- Rep. Clay Higgins (R-LA)
- Rep. Ralph Norman (R-SC)
- Rep. Chip Roy (R-TX)
- Rep. Carol Miller (R-WVa.)
- Rep. Mark Green (R-TN)
- Rep. Kelly Armstrong (R-ND)
- Rep. Greg Steube (R-FL)

**Oversight and Reform Subcommittee Assignments:**

**Subcommittee on National Security**

- Rep. Hice, Ranking Member
- Rep. Amash
- Rep. Foxx
- Rep. Meadows
- Rep. Cloud
- Rep. Green

**Subcommittee on Government Operations**

- Rep. Meadows, Ranking Member
- Rep. Massie
- Rep. Hice
- Rep. Grothman
- Rep. Comer
- Rep. Norman
- Rep. Steube

**Subcommittee on Civil Right and Civil Liberties**

- Rep. Roy, Ranking Member
- Rep. Amash
- Rep. Massie
- Rep. Meadows
- Rep. Hice
- Rep. Cloud
- Rep. Miller

**Subcommittee on Economic and Consumer Policy**

- Rep. Cloud, Ranking Member
- Rep. Grothman
- Rep. Comer
- Rep. Roy
- Rep. Miller

**Subcommittee on the Environment**

- Rep. Comer, Ranking Member
- Rep. Gosar

**IOVINO85**

Subject to Protective Order (PO) - PO Confidential

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

- Rep. Gibbs
- Rep. Higgins
- Rep. Armstrong

###



https://republicans-oversight.house.gov/,
2157 Rayburn House Office Building, Washington, DC 20515

SafeUnsubscribe™ scott.macfarlane@nbcuni.com

Forward this email | Update Profile | About our service provider

Sent by oversightpress@oversightrep.housecommunications.gov

**IOVINO86**

Subject to Protective Order (PO) - PO Confidential

IOVINO_00009594

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Keren Iovino** karenvet93@gmail.com
Subject: Re: TWO questions...
Date: January 30, 2019 at 2:46 PM
To: Scott MacFarlane Scott.MacFarlane@nbcuni.com



Hi,

Answers below:

On Jan 30, 2019, at 2:34 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

1) Confirming what you told me in person... we are free to use the image of the canine from the internal 2017 memo you shared with us?  We would not show the handler's face. The picture was taken out of the report sent to State.  But, yes, you are free to use but keep person's face out if it.

2) Reminder.. let me know immediately if for any reason you choose to share/email that image or the email about the canine heat death with either OIG or House Oversight.. so I can add it to our report immediately. I promise to keep you updated.  If OIG or House Oversight ask for the email, I will let you know. As I stated, they know of the death and have many other notes on my concerns about the CVC.

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png>   <image002.png>   <image003.png>
<image004.png><image005.png>

**IOVINO87**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009595
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** Karen Iovino karenvet93@gmail.com
**Subject:** Re: [EXTERNAL] Overseas veterinarian
**Date:** February 8, 2019 at 3:07 PM
**To:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com
**Cc:** Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

Thanks. I told him the same thing. You need proof. But maybe it can help you in your search.

Sent from my iPhone

On Feb 8, 2019, at 3:06 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

We just spoke.  He's got strong thoughts.  And I believe him.  But I told him he needs to find me some verification for what he's saying,, because he says he's unable to go on-the-record with us.

Scott MacFarlane
Reporter
202.885.4506 direct I 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com I TelemundoDC.com
@MacFarlaneNews

-----Original Message-----
From: Karen Iovino [mailto:karenvet93@gmail.com]
Sent: Friday, February 08, 2019 2:49 PM
To: MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
Cc: Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
Subject: [EXTERNAL] Overseas veterinarian

Hi,

I just had a 30 min call with an American vet who was overseas.  He was forwarded the story you did. He wants to speak to you but would like anonymity. I told him you are good for your word if you promise it.

He may call. He is a little wore about retaliation. His number: (520) 228-2398

Karen
Sent from my iPhone

**IOVINO88**

Subject to Protective Order (PO) - PO Confidential                                    IOVINO_00009596
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 
Subject: RE: Fwd: [EXTERNAL] Michael Stapleton
Date: February 8, 2019 at 4:31 PM
To: Karen Iovino karenvet93@gmail.com

Thank you

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews





**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Friday, February 08, 2019 4:29 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] Fwd: Michael Stapleton

Just got this from Nate

**IOVINO89**

Subject to Protective Order (PO) - PO Confidential                IOVINO_00009597

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 
**Subject:** RE: [EXTERNAL] Letter from Chairman Elijah E. Cummings and Vice Chair Katie Hill, House Committee on Oversight and Reform
**Date:** February 14, 2019 at 4:38 PM
**To:** Karen Iovino karenvet93@gmail.com
**Cc:** Leslie, Katie (NBCUniversal) Katie.Leslie@nbcuni.com

Many thanks! I've been detoured by a kidnapping case we're investigating.  I suspect we'll be filing our follow-up report with a couple of weeks. (featuring Oversight's new letter)
Will definitely touch base in advance and keep you posted.

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

 

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Thursday, February 14, 2019 4:31 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** Re: [EXTERNAL] Letter from Chairman Elijah E. Cummings and Vice Chair Katie Hill, House Committee on Oversight and Reform

Hi Scott,

I left a VM yesterday for you right after spoke to my POC at the House Oversight Committee.  He informed me they are not posting the letter they sent to the IG until after you air the update.  He felt there would be impact that way.

Any idea when you will air an update?

Happy Valentine's Day!
Karen

On Feb 11, 2019, at 2:15 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

Of course.  And not to worry.  They'll call to tell us once they post it

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png> <image002.png> <image003.png>
<image004.png><image005.png>

**IOVINO90**

Subject to Protective Order (PO) - PO Confidential                         IOVINO_00009598

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Monday, February 11, 2019 2:13 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** Re: [EXTERNAL] Fwd: Letter from Chairman Elijah E. Cummings and Vice Chair Katie Hill, House Committee on Oversight and Reform

Hi,

House Oversight contact replied to my email and asked that I not share letter until it's on their website. I will keep checking their site and let you know when it's posted.

Look into it quietly please…...

Karen

> On Feb 11, 2019, at 2:10 PM, MacFarlane, Scott (NBCUniversal)
> <Scott.MacFarlane@nbcuni.com> wrote:

This made our day. Nice work

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.News | TelemundoDC.com
@MacFarlaneNews
<image001.png> <image002.png> <image003.png>
<image004.png><image005.png>

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Monday, February 11, 2019 1:33 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] Fwd: Letter from Chairman Elijah E. Cummings and Vice Chair Katie Hill, House Committee on Oversight and Reform

Hold close until I get permission to share. It should be up on the House Oversight website soon too. Then it's fair game for all.

**IOVINO91**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

From: **Karen Iovino** karenvet93@gmail.com
Subject: Re: Karen
Date: March 7, 2019 at 1:56 PM
To: MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com



Hi,

Are you like a date who says he is going to call but doesn't?😊. Couldn't resist.

I am sure you are busy reporting about DC parking(couldn't resist again!) but please do call. I am curious as to your info since I don't seem to be making much progress lately.

Thanks,
Karen

Sent from my iPhone

On Mar 5, 2019, at 12:20 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com> wrote:

> Hey my friend..
> Got your message.  I'm just back from vacation.  And I have an update for you.  What's a good time for a call?
>
> ## Scott MacFarlane
> **Reporter**
> 202.885.4506 direct | 202.507.1129 cell
> Scott.MacFarlane@nbcuni.com
> NBCWashington.com | TelemundoDC.com
> @MacFarlaneNews
> <image001.png>  <image002.png>  <image003.png>
> <image004.png><image005.png>

**IOVINO92**

**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com
**Subject:** RE: [EXTERNAL] summons
**Date:** April 8, 2019 at 12:03 PM
**To:** Karen Iovino karenvet93@gmail.com

Got it. Standby

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews



 

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Monday, April 08, 2019 11:37 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Cc:** Leslie, Katie (NBCUniversal) <Katie.Leslie@nbcuni.com>
**Subject:** [EXTERNAL] summons

**IOVINO93**

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com
**Subject:** RE: Re: [EXTERNAL] standby..
**Date:** December 5, 2018 at 11:16 AM
**To:** Karen Iovino karenvet93@gmail.com

That word document file is remarkably powerful.

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

 

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, December 05, 2018 11:09 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** Re: [EXTERNAL] Re: standby..

Hi Scott,

Good speaking to you. I appreciate your willingness to help me get the story out about the EDC's.

Attached is the public version of the DoS ATA Year in Review and the Jordanian assessment I was given in confidence by a concerned individual.

Also attached the Management Assistance Report published by OIG that I mentioned. A direct result of my firing due to 'disclosing confidential information'. Which I didn't, I filed an OIG report.

Be
st,
Karen

> On Dec 4, 2018, at 3:36 PM, MacFarlane, Scott (NBCUniversal)
> <Scott.MacFarlane@nbcuni.com> wrote:

Confirmed. I'll share the personal story when I call. It turned out to have a humorous ending.
#Parenthood

## Scott MacFarlane
**Reporter**
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews
<image001.png> <image002.png> <image003.png>
<image004.png> <image005.png>

**IOVINO94**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009602
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

~~<image004.png><image005.png>~~

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Tuesday, December 04, 2018 3:30 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** [EXTERNAL] Re: standby..

Hi,

Hope all turned out ok regarding your personal crisis.

I am around tomorrow. Can chat between 11am-12:30pm then 4pm-8pm.


Karen

Sent from my iPhone


On Dec 4, 2018, at 3:27 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
wrote:

> Hey Karen..
> It's been a little wacky this week. A small personal crisis and the Bush funeral.  You
> around tomorrow?
>
> ## Scott MacFarlane
> **Reporter**
> 202.885.4506 direct | 202.507.1129 cell
> Scott.MacFarlane@nbcuni.com
> NBCWashington.com | TelemundoDC.com
> @MacFarlaneNews
> <image001.png>  <image002.png>  <image003.png>
> <image004.png><image005.png>

**IOVINO95**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009603
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** MacFarlane, Scott (NBCUniversal) Scott.MacFarlane@nbcuni.com 📎
**Subject:** RE: Re: [EXTERNAL] standby..
**Date:** December 5, 2018 at 11:16 AM
**To:** Karen Iovino karenvet93@gmail.com

That word document file is remarkably powerful.

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews



**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Wednesday, December 05, 2018 11:09 AM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** Re: [EXTERNAL] Re: standby..

Hi Scott,

Good speaking to you. I appreciate your willingness to help me get the story out about the EDC's.

Attached is the public version of the DoS ATA Year in Review and the Jordanian assessment I was given in confidence by a concerned individual.

Also attached the Management Assistance Report published by OIG that I mentioned. A direct result of my firing due to 'disclosing confidential information'. Which I didn't, I filed an OIG report.

Be
st,
Karen


On Dec 4, 2018, at 3:36 PM, MacFarlane, Scott (NBCUniversal)
<Scott.MacFarlane@nbcuni.com> wrote:


Confirmed. I'll share the personal story when I call. It turned out to have a humorous ending.
#Parenthood

## Scott MacFarlane
Reporter
202.885.4506 direct | 202.507.1129 cell
Scott.MacFarlane@nbcuni.com
NBCWashington.com | TelemundoDC.com
@MacFarlaneNews

<image001.png> <image002.png> <image003.png>
<image004.png><image005.png>

**IOVINO96**

~~<image004.png><image005.png>~~

**From:** Karen Iovino [mailto:karenvet93@gmail.com]
**Sent:** Tuesday, December 04, 2018 3:30 PM
**To:** MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
**Subject:** [EXTERNAL] Re: standby..

Hi,

Hope all turned out ok regarding your personal crisis.

I am around tomorrow. Can chat between 11am-12:30pm then 4pm-8pm.

Karen

Sent from my iPhone

On Dec 4, 2018, at 3:27 PM, MacFarlane, Scott (NBCUniversal) <Scott.MacFarlane@nbcuni.com>
wrote:

> Hey Karen..
> It's been a little wacky this week. A small personal crisis and the Bush funeral.  You
> around tomorrow?
>
> ## Scott MacFarlane
> **Reporter**
> 202.885.4506 direct | 202.507.1129 cell
> Scott.MacFarlane@nbcuni.com
> NBCWashington.com | TelemundoDC.com
> @MacFarlaneNews
> <image001.png> <image002.png> <image003.png>
> <image004.png><image005.png>

**IOVINO97**

Subject to Protective Order (PO) - PO Confidential                    IOVINO_00009605

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*