# EXHIBIT X

Case 5:21-cv-00064-TTC-CKM     Document 251-25     Filed 03/16/26     Page 1 of 12
Pageid#: 2774

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

## Fwd: documents

| | |
|---|---|
| **From:** | Karen <karenvet93@gmail.com> |
| **To:** | "Read, Cathy J" <readcj@state.gov> |
| **Date:** | Fri, 28 Jul 2017 11:31:47 -0400 |
| **Attachments:** | OIG reprisal confirmation.pdf (346.21 kB); OIG Reprisal Form July 25, 2017.docx (1.6 MB); July 18, 2017 update Zoe death.docx (696.31 kB); OIG form July 6, 2017.pdf (517.82 kB); OIG complaint.docx (82.6 kB) |

Sent from my iPhone

Begin forwarded message:

> **From:** Karen Iovino <karenvet93@gmail.com>
> **Date:** July 28, 2017 at 11:23:43 AM EDT
> **To:** Karen Iovino <karenvet93@gmail.com>
> **Subject: documents**

DOS-IOVINO-00076
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*





**Address:** *
19744 Ridgeside Rd

**City, State and Zip:** *
Bluemont VA 20135

**E-mail Address:** *
karenvet93@gmail.com

**Phone Number:** *
703-554-4497 cell

(home, work, cell)

### Disclosure Information

Please indicate the categories that best represent the nature of your disclosure (mark all that apply): *

- ☑ Gross mismanagement of a Federal contract or grant
- ☑ Gross waste of Federal funds
- ☑ An abuse of authority relating to a Federal contract or grant
- ☐ A substantial and specific danger to public health or safety
- ☑ A violation of law, rule, or regulation related to a Federal contract (including the competition for, or negotiation of a contract) or grant

Please describe in detail the nature of your disclosure, including when and where the event occurred, any witnesses to the event that can provide corroborating information, and any actions that were taken by the person(s) or agency to address the disclosure (not including the reprisal action).

Please see case No. H20171635. For approx 1 1/2 years I have been expressing concern regarding the care of EDC's(explosive detection canines) gifted to foreign countries. Zane Roberts also expressed concerns. As PM(Program Manager) he worked to put a plan in place to ensure they received proper veterinary care. He met resistance and the plan was not put in place. Like me, he was demoted. My demotion was in Oct 2016, when Josh Carter, DoS PM, and Alan Bower, MSA Security HR/Facilities Mgr, hired Mike Ratcliff, DVM for my position without Zane's knowledge(he was my supervisor). I was demoted from Lead Veterinarian to Lead ATA(Anti-Terrorist Assistance) Veterinarian. In February 2017, I was reprimanded by Mike and Alan without Zane's knowledge or presence. The reprimand was unjust: Mike-asking the LVT(Licensed Veterinary Technician) to stay late to assist me and Alan-for 'working to hard'.
One of my responsibilites was oversight of kennel and the kennel technicians. In May 2017, without my knowledge, Mike promoted a KT, Brett Harshberger, to lead KT and removed oversight of kennel and KT's from my supervisory role. Per Mike, this was done to allow me to focus on the ATA Hospital. However, the main issue was his lack of support of the needs to run a full service hospital. The LVT that was hired to assist me who has made numerous medical mistakes(several life threatening), a is often 'no show' or late numerous times for work. She is being protected by Mike and Alan.
In Feb 2017, Mike informed me the ATA veterinary position would transition from 30hrs/wk to 40 hrs/week once the contract modification was signed. He asked me to accept the change(which I did). We discussed and agreed upon my schedule. On July 14, 2017 he informed me I must apply for the position on line and as of Aug 18, 2017 the current position will no longer exist. Also, the schedule we discussed will not be honored. MSA is hiring 10+ employees, I am the only one who had to apply on line. The rest are friends of Josh Carter, Alan Bower and John Hoover.
Yesterday I was excluded from a meeting involving the ATA program. One of the items discussed was procurement of 30+ canines for the new laptop detection program.
In March 2017, I cared for a canine that was seriously injured. I worked more than my scheduled 30 hrs/week. I was told I could not be paid but had to take PTO and not claim it in our tracking system.
On July 19, 2017, MSA receive my EEOC complaint on age and sex discrimation. Yesterday, I requested by email an update on the ATA Lead Veterinary position. Aug 19, 2017 the new position begins. I have not received a reply.
I have over 30 write ups/documents describing the improper treatment I have received. I also have information on fraud and mismanagement of funds. I have asked OIG for a through investigation in light of the fact that an EDC gifted to Jordan died 2 weeks ago due to suspected hyperthermia.
I believe my outspoken concern for the care of the overseas EDC's, the frequent concerns I express about the grave mistakes made by the LVT(of note, Va Vet. Law requires a LVT perform many of the procedures done at the ATA hospital such as anesthesia, IV catheter placement, etc) and my recent EEOC complaint is leading to retaliation and my loss of employment(beginning Aug 19, 2017)

Please indicate the categories that best represent to whom you made your disclosure (mark all that apply): *

exist. Also, the schedule we discussed will not be honored. MSA is hiring 10+ employees, I am the only one who had to apply on line. The rest are friends of Josh Carter, Alan Bower and John Hoover.
Yesterday I was excluded from a meeting involving the ATA program. One of the items discussed was procurement of 30+ canines for the new laptop detection program.
In March 2017, I cared for a canine that was seriously injured. I worked more than my scheduled 30 hrs/week. I was told I could not be paid but had to take PTO and not claim it in our tracking system.
On July 19, 2017, MSA receive my EEOC complaint on age and sex discrimation. Yesterday, I requested by email an update on the ATA Lead Veterinary position. Aug 19, 2017 the new position begins. I have not received a reply.
I have over 30 write ups/documents describing the improper treatment I have received. I also have information on fraud and mismanagement of funds. I have asked OIG for a through investigation in light of the fact that an EDC gifted to Jordan died 2 weeks ago due to suspected hyperthermia.
I believe my outspoken concern for the care of the overseas EDC's, the frequent concerns I express about the grave mistakes made my the LVT(of note, Va Vet. Law requires a LVT perform many of the procedures done at the ATA hospital such as anesthesia, IV catheter placement, etc) and my recent EEOC complaint is leading to retaliation and my loss of employment(beginning Aug 19, 2017)

Please indicate the categories that best represent to whom you made your disclosure (mark all that apply): *

- [ ] A Member of Congress or a representative of a committee of Congress
- [x] An Inspector General
- [ ] The Government Accountability Office
- [ ] A Federal employee responsible for contract or grant oversight or management at the relevant agency
- [ ] An authorized official of the Department of Justice or other law enforcement agency
- [ ] A court or grand jury
- [ ] A management official or other employee of the contractor, subcontractor, or grantee who has the responsibility to investigate, discover, or address misconduct

Please provide details of to whom you made your disclosure, including how the disclosure was made (e.g. e-mail, letter by mail, verbally, etc.), the name and address of the person(s) or agencies to whom you made the disclosure, and the date the disclosure(s) was made.

As stated above, I have 30+ write ups/documents on the improper treatment I receive, lack of support to perform my job duties, hostile work environment.

**Employment Information**

Please indicate your employment status at the time of the reprisal (mark all that apply): *

- [x] Employee of a contractor
- [ ] Employee of a sub-contractor
- [ ] Employee of a grantee
- [ ] Personal Services Contractor

Please provide details of your employment, including the name, address, and contact information of your employer; the dates of your employment; your job title and a brief description of your duties; a description or number of the contract or grant involved (if known); the bureau/office that issued the contract/grant (if known); and the contact information for the contracting officer/grants officer administering the contract/grant (if known).

MSA Security, Canine Validation Center, 390 Airport Rd, Unit L, Winchester VA 22602, 540-300-6028.
July 2015-approx Oct 2016-relief veterinarian, Oct 2016-present PT veterinarian.
I am currently Lead ATA Veterinarian. I oversee the EDC's in the ATA program including: intake examinations, performing surgeries(spay/neuter/gastropexy/dental prophylaxis), IHC's(international health certificates), work with ATA trainers to assure EDC's are ready to train, work with KT's to ensure care of the EDC's, on call after hours for trainers and KT's.

By submitting this form, you certify that all of the statements made in this allegation (including continuation pages and addenda) are true, complete, and correct to the best of your knowledge and you understand that a deliberate false statement, or deliberate concealment of a material fact relating to the allegations herein is a criminal offense (Title 18 U.S.C. Section 1001) for which you may be prosecuted.

Submit

DOS-IOVINO-00079
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



Reprisal Information

Please indicate the categories that best represent the reprisal action (mark all that apply): *

- ☑ Discharged
- ☑ Demoted
- ☑ Otherwise discriminated against

Please provide details of the reprisal action(s), including when and where the reprisal occurred; the name, position, and contact information of the individual and/or agency committing the reprisal; the presentation of the reprisal (i.e., verbally or in writing); and the delivery of the reprisal (e.g., in-person, via e-mail or mail, etc.)

> See above regarding my need to apply for the position I currently hold. On Aug 19, 2017, I suspect I will no longer have a job.

Please indicate whether you have addressed your reprisal to any of the following (mark all that apply): *

- ☐ Federal judicial proceeding
- ☑ Federal administrative proceeding
- ☐ State judicial proceeding
- ☐ State administrative proceeding
- ☐ None

Please provide details of the judicial and/or administrative proceeding(s), including the jurisdictional body hearing the proceeding(s), the date and location of the proceeding(s), and the results of the proceeding(s).

> EEOC and OIG complaints filed



*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

### Complaint Information

**Where did this incident of waste, fraud or abuse happen?**
update to previous submission. case #H20171635

**What date(s) did it happen?**
recent

**What kind of waste, fraud, or abuse are you reporting? (check all that apply)**
- False Statements/Claims
- Contract/Procurement Fraud
- Embezzlement/Theft
- Visa Passport Fraud
- Conflict of Interest/Ethics Violations
- Employee Misconduct
- Other

**Please summarize what you know about this incident**
Please reference #H2017l635. I left a VM yesterday on the hotline asking for a status update. I have not received a call yet. Item #10 on previous submission: gifting of canines with lack of assurance veterinary care is provided. SOP's were being developed regarding care, routine veterinary exams, etc. a year ago. They have not been put in place. I learned today a dog gifted to Jordan, Zoe 7393, died in the field of suspected hyperthermia. The investigation into the incident is in the early stage. However, more canines are schedule to depart for Jordan Aug 1, 3, 5, 2017.

**Name of company or individual responsible for this incident**
Dept of State and Canine Validation Center

**Individual's title, if applicable**

**Company or individual's address**

**Company or individual's phone number**

**How do you know this incident occurred?**
I received an email from my supervisor informing me of the canines death

**Do you have any further evidence of this incident? (i.e. documents, photos, e-mails, etc.)**
- Select -

DOS-IOVINO-00082
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



DOS-IOVINO-00083
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



DOS-IOVINO-00084
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**Complaint Information**

Where did this incident of waste, fraud or abuse happen?

Canine Validation Center, Winchester VA

What date(s) did it happen?

on going

What kind of waste, fraud, or abuse are you reporting? (check all that apply)

- False Statements/Claims
- ✓ Contract/Procurement Fraud
- Embezzlement/Theft
- Visa Passport Fraud
- ✓ Conflict of Interest/Ethics Violations
- ✓ Employee Misconduct
- Other

Please summarize what you know about this incident

Summary of 'waste, fraud and abuse':
1. Time sheet fraud, leaving work early yet claiming full day, OT encouraged(will recieve OT one day, leave early the next but claim 8 hr day-cameras and key fobs can be checked for these inaccuracies)
2. taking PTO without claiming it
3. forcing employee(me) to take PTO and not claimining it instead of paying me for hours worked
4. hiring of friends for contracted work when not qualified
5. use of gov't vehicles for personal use
6. living at facility(illegial as explosives are housed on site)
7. abuse of power-forcing subordinates to hire friends even though not qualified for positions
8. abuse of power- supervisors without just cause to provide a position for friends(several demotions have occurred)
9. procurement of equipment not utilized(large generators purchased but not connected therefore not usable)
10. 'gifting' canines to Foreign countries without proper follow through to assure they are cared for(claims have been made by individual who have visited sites and by Foreign students that they are in poor condition/housed in dirty kennels). There are reports canines are dying due to medical conditions/lack of veterinary care/poor working conditions. Canines need to be healthy to performed their job duty(search for explosives)

Name of company or individual responsible for this incident

Josh Carter, DoS Program Manager; Alan Bower, MSA HR, most likley others that I am not aware of.

Individual's title, if applicable

See above

Company or individual's address

MSA Security/CVC 390 Airport Rd, Unit L, Winchester, VA 22602

Company or individual's phone number

540-300-6028

How do you know this incident occurred?

On site performing job duties when individals leave site early yet are paid, reports from Foreign Students and others about physical condition of canines and kennel conditions. Have personally been demoted to allow a 'friend'(he is a male and under 40 years of age-I am female and over 40 years of age) to be hired into my previous position. Previous supervisor demoted without just cause to allow a friend to be promoted.

DOS-IOVINO-00085

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Do you have any further evidence of this incident? (i.e. documents, photos, e-mails, etc.)

Yes

**Does anyone else know about this incident?**

Name

most employees at faciltiy

Title

Address

Phone number

How do they know of this incident?

Is there anything else you want to tell us about this incident?

Most at the facility are either too afraid to come forward or part of the group hired because they are friends with Leadership and usually not qualified for their positions. Several people have been wrongly demoted(no previous complaints, poor work performance, or counseling) so friends can be hired into those positions. The supervisors have a lack of concern for the well-being of the program, both WPS and ATA, and the canines that work overseas with the DoS contracted vendors and the Foreign countries awarded EDC's(explosive detection canines).
I have personally been descrimated against through demotion and lack of reliable resources to properly perform job duties. (hired LVT no longer assists me in full service hospital, she is also not reprimated for 'no show' and late days.  She has also had alcohol odor to her several times.)
I realize my claim is very widespread.  It is my hope for a thorough investigation.  Several employees have stated they wanted to file a complaint but were too fearful.

By submitting this form, you certify that all of the statements made in this allegation (including continuation pages and addenda) are true, complete, and correct to the best of your knowledge and you understand that a deliberate false statement, or deliberate concealment of a material fact relating to the allegations herein is a criminal offense (Title 18 U.S.C. Section 1001) for which you may be prosecuted.

Submit

DOS-IOVINO-00086
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*