# EXHIBIT Y

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER

August 1, 2017

Yesterday, July 31st, Mike Hayes asked me to meet him in the conference room at 1530.

At 1530 Mike H., Mike Ratcliff and I met. Mike H. stated he was following up on my emails(add email)requesting an update on my position. As of Aug 17, 2017 my position will no longer exist as there is a new contract modification. They are still working on the applications.

He said he wanted to clarify one point in my email about new hires. Per Mike H. they did have to apply on line.

I mentioned at the end of the meeting that per Va regs, the state must be notified 5 days prior to a change in veterinarian-in-charge.

At no time did he or Mike R. mention scheduling my job interview.

Karen Iovino, DVM

| Exhibit 020 |
|---|
| MH |
| 02/13/26 |

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*