# EXHIBIT Z

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Page 1 of 4
SAQMMA16D0106

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | RATING |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| M002 | 08/01/2017 | 10964X1721 | |

| 6. ISSUED BY | CODE LMAQM | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| OFFICE OF ACQUISITION MANAGEMENT (A/LM/AQM) PO BOX 9115, ROSSLYN STATION US DEPARTMENT OF STATE ARLINGTON, VA 22219 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| MICHAEL STAPLETON ASSOCIATES, LTD. DBA: MSA SECURITY 9 MURRAY STREET 2ND FLOOR NEW YORK, NY 10007-2258 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. SAQMMA16D0106 |
| CONTACT CODE 609152475   FACILITY CODE 99100   DUNS 609152475 | | 10B. DATED (SEE ITEM 13) 08/17/2016 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Line Item Detail

$0.00

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

[X] D. OTHER (Specify type of modification and authority)
FAR 52.217-9, Option to Extend the Term of the Contract

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return copies to the issuing office. __1__

14. DESCRIPTION OF AMENDMENT/MODIFICATION

1. Due to the US Government not providing adequate notification IAW FAR 52.217-9, Option to Extend the Term of the Contract, the exercise of this Option is a bilateral agreement.

2. The Government hereby exercises Option No. 1 with pricing in accordance with Section B.

3. Period of performance for this option period is as follows: August 17, 2017 thru August 16, 2018.

4. IDIQ ceiling remains the same.

5. All other terms and conditions remain unchanged and in full effect.

15A. NAME AND TITLE OF SIGNER: Michael Kennedy CFO
15C. DATE SIGNED: 8/2/17

16A. NAME AND TITLE OF CONTRACTING OFFICER
16C. DATE SIGNED: 8/2/17

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

NSN 7540-01-152-8070
Previous edition unusable

IOVINO_00009367

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL

## Table of Contents

| Section | Description | Page Number |
|---------|-------------|-------------|
| B | Supplies or Services and Prices/Costs | 3 |

IOVINO_00009368

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Page 3 of 4
SAQMMA16D0106

| Line Item Summary | Contract Number: SAQMMA16D0106 | Order Number: | Title: Canine Validation Center | Total Funding Change: $0.00 | Date of Award: 08/01/2017 |
|---|---|---|---|---|---|

| Line Item No. | Description | Quantity | Unit | Unit Price | Total Cost |
|---|---|---|---|---|---|
| 001 | Canine Validation Center<br><br>1. All requirements shall be determined at the task order level.<br><br>2. Task order pricing shall be in accordance with Section B-004 - Pricing Schedule.<br>Doc Ref No: SAQMMA16R0028<br>Taxes included:<br>Delivery Date    (Start to End) Date    FOB:<br>                 08/17/2016 to 08/16/2017<br>Funding Information: | 1.00<br>0.00<br>1.00 | LT | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br><br>BASE PERIOD |
| 101 | Canine Validation Center<br><br>1. All requirements shall be determined at the task order level.<br><br>2. Task order pricing shall be in accordance with Section B-004 - Pricing Schedule.<br>Doc Ref No: SAQMMA16R0028<br>Taxes included:<br>Delivery Date    (Start to End) Date    FOB:<br>                 08/17/2017 to 08/16/2018<br>Funding Information: | 1.00<br>0.00<br>1.00 | LT | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br><br>EXERCISED OPTION PERIOD |
| 201 | Canine Validation Center<br><br>1. All requirements shall be determined at the task order level.<br><br>2. Task order pricing shall be in accordance with Section B-004 - Pricing Schedule.<br>Doc Ref No: SAQMMA16R0028<br>Taxes included:<br>Delivery Date    (Start to End) Date    FOB:<br>                 08/17/2018 to 08/16/2019<br>Funding Information: | 1.00<br>0.00<br>1.00 | LT | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br><br>UNEXERCISED OPTION PERIOD |
| 301 | Canine Validation Center<br><br>1. All requirements shall be determined at the task order level.<br><br>2. Task order pricing shall be in accordance with Section B-004 - Pricing Schedule.<br>Doc Ref No: SAQMMA16R0028<br>Taxes included:<br>Delivery Date    (Start to End) Date    FOB:<br>                 08/17/2019 to 08/16/2020<br>Funding Information: | 1.00<br>0.00<br>1.00 | LT | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00<br><br>UNEXERCISED OPTION PERIOD |
| 401 | Canine Validation Center<br><br>1. All requirements shall be determined at the task order level. | 1.00<br>0.00<br>1.00 | LT | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00 |

IOVINO_00009369

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Page 4 of 4
SAQMMA16D0106

| Line Item Summary | Contract Number: SAQMMA16D0106 | Order Number: | Title: Canine Validation Center | | Total Funding Change: $0.00 | Date of Award: 08/01/2017 |
|---|---|---|---|---|---|---|
| Line Item No. | Description | | | Quantity | Unit | Unit Price | Total Cost |

| Line Item No. | Description | Quantity | Unit | Unit Price | Total Cost |
|---|---|---|---|---|---|
| | 2. Task order pricing shall be in accordance with Section B-004 - Pricing Schedule.<br>Doc Ref No: SAQMMA16R0028<br>Taxes Included:<br>Delivery Date  (Start to End) Date  FOB:<br>        08/17/2020 to 08/16/2021<br>Funding Information: | | | | UNEXERCISED OPTION PERIOD |
| | | Previous Total: | | | $0.00 |
| | | Modification Total: | | | $0.00 |
| | | Grand Total: | | | $0.00 |

IOVINO_00009370

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*