# EXHIBIT AA

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

## FW: IMPT: Background on Canine RFIs

**From:** "Bachman, Loren M" <​███​@state.gov>
**To:** "Barno, Courtney E" <​███​@state.gov>, "Sabruno, Dominic A" <sabrunoda@state.gov>
**Date:** Tue, 01 Aug 2017 13:50:49 -0400

Sir,
Please see my answers to the OIG inquiry at the start of this thread. The answers have been validated by our staff (Josh and James) as well as the MSA veterinarians assigned to the CVC, Michael Ratcliff and Carolyn Olich.
Thank you,
-Loren
**Official - SBU**
**UNCLASSIFIED**

**From:** Carter, Joshua D
**Sent:** Tuesday, August 01, 2017 1:48 PM
**To:** Bachman, Loren M
**Cc:** Olds, James H
**Subject:** FW: IMPT: Background on Canine RFIs
Sir,
Doc confirms the accuracy.
Josh
**Official - SBU**
**UNCLASSIFIED**

**From:** Michael D. Ratcliff [mailto:MRatcliff@msasecurity.net]
**Sent:** Tuesday, August 01, 2017 1:38 PM
**To:** Carter, Joshua D
**Cc:** Michael Hayes; Alan Bower; John Hoover; Olds, James H
**Subject:** RE: IMPT: Background on Canine RFIs
Josh,
The answers below are accurate.
Thank you,
Mike

### Mike Ratcliff, MS, DVM



**From:** Carter, Joshua D [mailto:███@state.gov]
**Sent:** Tuesday, August 1, 2017 1:06 PM
**To:** Michael D. Ratcliff <MRatcliff@msasecurity.net>
**Cc:** Michael Hayes <MHayes@msasecurity.net>; Alan Bower <ABower@msasecurity.net>; John Hoover <JHoover@msasecurity.net>; Olds, James H <OldsJH@state.gov>
**Subject:** FW: IMPT: Background on Canine RFIs
**Importance:** High
Doc,
See below, and confirm these answers are accurate.
Thanks,
Josh
**Official - SBU**
**UNCLASSIFIED**

**From:** Bachman, Loren M
**Sent:** Tuesday, August 01, 2017 12:53 PM
**To:** Carter, Joshua D
**Cc:** Olds, James H
**Subject:** RE: IMPT: Background on Canine RFIs
**Importance:** High
Josh,
Please share with Carolyn and Mike. Please validate the answers below, in response to the OIG.
Thanks,
-Loren
The OIG asks that you please provide the following information:

1. What medical procedures are currently required for canines at the CVC prior to deployment?
A: Prior to deployment on any WPS I or WPS II task order canines are required to undergo medical screening. The vendor, who is responsible for their overall health care submits records to the CVC clinic. The records are reviewed by licensed veterinarians. Once the canine arrives at the CVC the records are compared to the living animal and verified. The animal is then given a health inspection to determine overall fitness for deployment. The veterinarian uses the data collected to request an international health certificate from the Federal Department of Agriculture.

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

2. What Bureau contracts or task orders currently require canine medical procedures?
A: There are canine assets on WPS I task orders in Baghdad, Erbil, Basrah, and Kabul. There are WPS II assets in Baghdad. Both contracts require the same screening procedures.

3. Will those same medical procedures be required for any future or pending contracts concerning the training and deployment of canines at the CVC?
A: The CVC does not train dogs. The CVC is an independent skills check of WPS vendors intended to validate an Explosive Detection Canine (EDC) team's ability to successfully locate explosives. Medical screening will not decrease. If emerging genetic anomalies are identified or new hereditary issues are identified, they will be incorporated into the screening procedures as appropriate.

4. Are there any plans to alter or change the medical services currently being conducted on the canines at the CVC?
A: The CVC is expanding its diagnostic capability through the procurement of more advanced technology to include computed tomography.

5. If so, please explain those changes and the reasons for them.
A: In rare circumstances there are emergency medical situations at the CVC. Diagnostic equipment is a critical tool for correctly establishing a differential diagnosis. An accurate diagnosis is critical to ensuring that the animal has the highest likelihood of survival. The diagnostic equipment will primarily be used to diagnose injured canines and aid in treatment. Secondarily the equipment will be used in a research and development capacity to study the canine olfactory capacity in a scientific environment.
Official
UNCLASSIFIED

---

**From:** Barno, Courtney E
**Sent:** Tuesday, August 01, 2017 11:46 AM
**To:** Sabruno, Dominic A; Bachman, Loren M
**Subject:** RE: IMPT: Background on Canine RFIs

Will do, and agreed. The bottom line is that the data/info Cathy received was the background to the OIG RFI – the OIG made a deliberate choice not to send us that documentation, so we won't need to address it unless it comes to us through the formal channels. Good to know that it's out there, however, so we can be prepared to respond.

**Courtney Barno**
Special Assistant – Office of Overseas Protective Operations
U.S. Department of State | Bureau of Diplomatic Security
Office: [redacted] | Blackberry: [redacted]
Email: [redacted]@state.gov
SBU
This email is UNCLASSIFIED.

---

**From:** Sabruno, Dominic A
**Sent:** Tuesday, August 01, 2017 11:44 AM
**To:** Barno, Courtney E; Bachman, Loren M
**Subject:** RE: IMPT: Background on Canine RFIs

Good updates. Please update the summary to Chris accordingly. This entire set of data has been very hard to piece together.
Official
UNCLASSIFIED

---

**From:** Barno, Courtney E
**Sent:** Tuesday, August 01, 2017 11:24 AM
**To:** Sabruno, Dominic A; Bachman, Loren M
**Subject:** IMPT: Background on Canine RFIs

Nick, Loren:
I did some digging. Things are a bit more convoluted than we thought. I'll adjust the draft email to Chris Schurman and send back for your review. Please see the below for where we're at on these.
BLUF: There are two (2) separate OIG RFIs floating around regarding the same OIG hotline complaint 320171635. One (1) of the RFIs was directed to T and addressed yesterday. The other, is specific to certain medical procedures required to be performed on canines prior to deployment and needs to be addressed by OPO. See background below
RFIs:
- T received an RFI (Attached) dated July 19, 2017 concerning hotline complaint #H20171635 from OIG- RFI inquired about "treatment of canine explosive detection dogs that are provided to foreign nations under an ATA contract." T provided response to this RFI on 31 July (see attached)
- OPO received an RFI (Attached) dated July 26, 2017, concerning hotline complaint #H20171635 from OIG– RFI inquired about "certain medical procedures required to be performed on canines prior to deployment." **OPO response to this remains outstanding.**

Background on Cathy Read's info (based on the pieces I was able to put together):
- It appears Ms. Iovino submitted a complaint the OIG for the U.S. Department of State and Broadcasting Board of Governors prior to July 10 (*the OIG responded to Ms. Iovino on July 10, confirming their receipt of her complaint, confirming she had a telephone conversation with someone in their office, and asking she provide additional details – this leads me to believe her complaint was submitted in advance of July 10*)
- On July 10, Ms. Iovino wrote the OIG back with a variety of additional information (she was having trouble submitting it through the OIG website). It appears this is the email where she attached all of the info Cathy was forwarded.

- On July 28, Ms. Iovino wrote Cathy Read directly (unsure how she received Ms. Read's info) and said "I just got home and realized this document wasn't sent to you" – referring to the additional info and docs she transmitted to the OIG on July 10, subsequent to her original complaint.
- Cathy forwarded these docs to OPO Director Sabruno on August 1.

**Courtney Barno**
Special Assistant – Office of Overseas Protective Operations
U.S. Department of State | Bureau of Diplomatic Security
Office: ▇▇▇▇▇▇▇ | Blackberry: ▇▇▇▇▇▇▇
Email: ▇▇▇▇▇▇@state.gov
SBU
This email is UNCLASSIFIED.

The information contained in, or attached to this email may contain confidential information, intended solely for the use of the addressed individual or entity, and may be subject to legal privilege. If you have received this email in error, you should (1) notify the sender immediately by reply email, and (2) delete the message from your system(s) and notify your IT department. Please do not copy, disclose, or disseminate the contents of this email to any other unintended person(s) or entity. The views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. The recipient should check this e-mail and any attachments for the presence of malicious software. The sender of this message accepts no liability for any damage caused, directly or indirectly, by any malicious software transmitted in this email.