# EXHIBIT CC

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Attorney Privilege & Confidential

MSA000332

| | | |
|---|---|---|
| MSA Security | : | |
| | : | |
| v. | : | OIG Whistleblower Case 2017-0044 |
| | : | |
| Karen Iovino | : | |

### DECLARATION OF BEN ORNDORFF
### TO SUPPLEMENT THE ADMINISTRATIVE RECORD

I, Ben Orndorff, declare under the penalty of perjury:

1. I am over the age of eighteen years and have personal knowledge of the matters stated below.

2. I was hired on 6/2016 as a kennel technician by Michael Stapleton Associates, Ltd. d/b/a MSA Security ("MSA") and currently still hold that position.

3. As a kennel technician, I worked directly under Dr. Karen Iovino ("Iovino").

4. Iovino was difficult to work with because she spoke to staff, such as myself, in a condescending manner. She really did not seem to work well with men. She made the work environment hostile.

5. Iovino also tended to interrupt technicians during their duties and insist that they drop their work and attend immediately to her concerns, even when it wasn't something urgent.

6. Iovino did not support turning the ownership of explosive detection canines trained by MSA over to foreign governments. She was very vocal about this.

7. On August 3, 2017, Iovino came into an office where I was with Jonah Ballenger. Iovino was irate. She complained that she "thought she was going to be fired soon" and told us that she believed she had been treated unfairly by MSA because she is a woman, and that she wouldn't be around much longer because she didn't think she was going to be selected for the full-time veterinarian position.

GAPKI_000820

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Attorney Privilege & Confidential

MSA000333

8. She also complained that the Department of State was not ensuring the care of canines provided to foreign governments under the ATA program and told us that she was talking to – or was going to talk to – the Washington Post, the Better Business Bureau, the government, and anyone that would listen to her about all of the things that were going on at the CVC.

9. She also stated she was going to make MSA pay for this.

10. She sounded angry and upset but also unhinged and unpredictable making rash statements about the CVC with veiled references that could not be understood.

11. It was my impression that because she thought she was going to be fired she wanted to do something to damage MSA.

12. I found Iovino's outburst to be extremely unsettling, as well as her threats to disclose CVC information to non-governmental sources, such as the media. For this reason, I reported what had happened to Brett Harshberger, the kennel technician manager, and to Jennifer Houston, a veterinary technician.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: July 5, 2019

Ben Orndorff

2

GAPKI_000821

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*