# EXHIBIT DD

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**Peter Deegan**   📎

Administrative Leave and Reminder of Obligations

To:  Karen Iovino

August 4, 2017 at 7:02 PM   PD

📄 New contact info found in this email: Peter Deegan pdeegan@msasecurity.net      add...   ⊗

Dear Karen:

As you know, effective today, you have been placed on leave with pay while concerns involving you regarding the disclosure of confidential information are investigated.  To that end, additionally, we take this opportunity to remind you of the confidentiality obligations you have pursuant to the various agreements you have entered into with MSA Security, certain of its clients and the United States government.

Kind regards,
Peter Deegan

PETER DEEGAN | VICE PRESIDENT, HUMAN RESOURCES | OFFICE: +1 (212) 509-1336 EXT. 242 | MOBILE: +1 (347) 949-3453
MSA SECURITY | IN THE BUSINESS OF BUSINESS-AS-USUAL™ | WEB: WWW.MSASECURITY.NET

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*