# EXHIBIT EE

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

000024

August 4, 2017

Today at approximately 7:30am when I arrived at the CVC, Alan Bower and Mike Ratcliff were waiting for me at the door. Alan asked to speak to me. He ushered me into an empty office(Mike Hayes'). Mike also entered the office.

Alan informed me effective immediately I am suspended for disclosing confidential information. I asked if it was with or without pay. He said I should contact Peter Deegan. He asked if I had his contact information. I indicated 'no' and Alan provided his phone number on a piece of paper. I asked if I was allowed to go to the hospital to remove my personal items such as veterinary books and pictures. He said 'no', they would be returned to me.

I informed both Mike and Alan that Virginia Board of Veterinary Medicine requires 5 days notice on change of 'veterinarian in charge' and since I cannot provide that, the hospital should not be utilized.

Alan then asked for my key fob. I had two additional keys on the key ring. I informed Mike one was for the controlled drug lock box in the refrigerator and one was for the safe.

I was then escorted out of the building.

**Exhibit 008**
OIG - McDermott
01/08/26

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*