# EXHIBIT HH

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

# Re:

**From:** Karen Iovino <karenvet93@gmail.com>
**To:** "Read, Cathy J" <readcj@state.gov>
**Date:** Fri, 04 Aug 2017 08:20:55 -0400

Hi Cathy,

I somewhat feel abandoned by OIG. I was told it could take 180 days to investigate my reprisal complaint.

Today I was suspended on the grounds of disclosing confidential information.

I was trying to do the right thing and am being penalized.

Karen

> On Jul 31, 2017, at 12:47 PM, Karen <karenvet93@gmail.com> wrote:
>
> Cathy,
>
> Thank you much. I was desperate to be assured the many concerning matters at CVC were being looked into. Mr Holmes has been kind enough to assure me the matters were receiving attention. However he cannot provide me specifics.
>
> Dogs begin departing for Jordan tomorrow.
>
> I believe as of Aug 19th I will no longer be at CVC. My supervisors have mot responded to my 2 requests for an update on my position. My current position no longer exists after Aug 18th. I realize they are doing this to get rid me. Hopefully the EEOC can assist me in getting my job back.
>
> Thanks again!
> Karen
>
> Sent from my iPhone
>
> On Jul 31, 2017, at 12:26 PM, Read, Cathy J <ReadCJ@state.gov> wrote:
>
>> Karen,
>> I have coordinated with the OIG; they are now working all your points. I'm not sure the length or the depth of that OIG contractual part, but rest assured, they are very good at doing this and we all care about the dogs. Thanks so much!!!
>>
>> Best,
>> Cathy
>>
>> Cathy J. Read
>> Director, Office of Acquisitions Management
>> Department of State
>> ▮▮▮▮▮▮▮▮▮▮
>> readcj@state.gov
>>
>> **From:** Karen Iovino [mailto:karenvet93@gmail.com]
>> **Sent:** Saturday, July 29, 2017 3:49 PM
>> **To:** Read, Cathy J
>> **Subject:** Fwd:
>>
>> Cathy,
>>
>> Attached are the pages of the report/document that were left out of the Jordanian mentors report per his supervisor. The report was presented to DoS earlier this year.
>>
>> As individuals (at my level) learn that I filed an OIG complaint, they are providing me with documentation. They are as distressed as I am about the lack of care/concern for the EDC's but are afraid to make a formal complaint for fear of losing their jobs &/or retaliation. They see how I will most likely losing my job as of Aug 19th.

DOS-IOVINO-00094
**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**