# EXHIBIT II

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

MSA000089



**Exhibit 032**
OIG - McDermott
01/08/26

August 18, 2017

Ms. Karen Iovino
19744 Ridgeside Road
Bluemont, VA

Dear Karen,

As per our previous discussions, your part time assignment as Veterinarian has come to completion as of today, August 18, 2017.

You will receive your final paycheck directly from our Payroll department. You will be paid for any accrued, but unused PTO. You will receive a separate letter from our HR department regarding continuation benefits under COBRA.

Sincerely,

Human Resources Department
MSA Security

Copies: HR, File