# EXHIBIT LL

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**United States Department of State**
*Office of Acquisitions Management*
*Diplomatic Security Contracts Division-WPS*
*Washington, D.C. 20520*

August 21, 2018

Serial Number 0106-2018-001
Electronic Transmission

<u>UNCLASSIFIED</u>
<u>MEMORANDUM</u>

Ms. Katie Brasfield
Contracts Officer
MSA Security
9 Murray Street
New York, NY  10007-2258

Subject:    MSA Confidentiality Agreement
REF:        IDIQ SAQMMA16D0106

Dear Ms. Brasfield:

In July 2018, the US Department of State's (DOS) Office of the Inspector General (OIG) completed a 'Management Assistance Review' regarding the 'Use of Confidentiality Agreements by a Department of State Contractor'.  The review found a DOS contractor, MSA Security, Inc. (MSA), requires its employees to sign a confidentiality agreement violating Federal law.  While the confidentiality agreement prohibits disclosure of company information to external parties; it does not include an exception allowing employees to report fraud, waste, or abuse to Federal investigative or law enforcement entities, such as the OIG.

Under the referenced IDIQ, which was awarded to MSA in 2016, all employees are required to sign an agreement stating:

> *During the term of my employment, and for all times thereafter, I will treat as confidential and, except as required in the performance of my employment duties and responsibilities, will not disclose, publish, use or otherwise make available to the public or to any individual, firm or corporation any confidential information.*

As written, the agreement broadly defines "confidential information" and contains no exceptions for the reporting of fraud, waste, or abuse.

Because MSA's confidentiality agreement does not include an exception for disclosing fraud, waste, or abuse to a designated investigative or law enforcement representative, the DOS is prohibited by law from expending any appropriated funds for a contract with MSA Security.

IOVINO_00000715

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

- 2 -

Until MSA Security rescinds or modifies its agreements, the DOS is at risk of violating the Anti-Deficiency Act.

Therefore, within sixty (60) days of receipt of this letter, MSA Security shall rescind its confidentiality agreements or modify them to include an exception for reporting fraud, waste, or abuse to a designated investigative or law enforcement representative and to notify all employees regarding the rescission or modification.

Upon completion of the recension or modification of the agreements, please forward a copy of the revised agreement as well as MSA's 'Notice to All Employees'.

Please contact me via email at ▇▇▇▇▇▇▇▇▇▇ if you should have further questions regarding this request.

Respectfully,

▇▇▇▇▇▇▇▇▇▇

Senior Contracting Officer
Worldwide Protective Services
Diplomatic Security Contracts Division
Office of Acquisitions Management
US Department of State