# EXHIBIT NN

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



Notice of Modification to All Employee Agreements

| | |
|---|---|
| From: | Peter Deegan, Vice President, Human Resources |
| To: | All MSA Security Employees |
| Date: | September 11, 2018 |
| Re: | Notice of Modification to Employee Obligations Regarding Confidentiality |

Effective immediately, any agreement between MSA Security and any of its employees which contains a provision which requires the employee to keep certain information confidential or otherwise restricts the employee's ability to disclose information (an "Employee Agreement") shall be modified and supplemented to include an additional paragraph which reflects the substance of the below paragraph providing an exception to any restriction on the disclosure of information contained in such Employee Agreement. All other terms of the Employee Agreement shall remain in full force and effect.

> Exception to Confidentiality Duty in Compliance with FAR sections 3.909-2 and 52.203-19. The employee understands that nothing in this agreement shall be construed to prohibit or restrict the employee from lawfully reporting fraud, waste, or abuse, related to the performance of a Government Contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General), including where such reporting requires the disclosure of Confidential Information. The employee further understands that the employee is under an affirmative duty to report fraud, waste, and abuse related to the performance of a Government Contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information. For purposes of this Agreement, a "Government Contract" means any mutually binding agreement for the provision of supplies and services where the ultimate recipient of the supplies or services is any agency or instrumentality of the United States Government. "Government Contract" includes subcontracts at any tier under a prime contract with the United States Government.

**I have read and accept the above modification.**

(INSERT SIGNATURE AND DATE FIELDS)

Exhibit 017
MR
01/22/26

9 Murray Street, 2nd Floor, New York, NY 10007
Phone: 212.509.1336  Fax: 212.509.1372  Web: www.msasecurity.net

IOVINO_00001345

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

**Notice of Modification of Employment Agreement - Signature requested by Peter Deegan**
noreply@mail.hellosign.com
Sent: Tuesday, September 11, 2018 2:47 PM
To:   Peter Deegan

## YHELLOSIGN

ACTION REQUESTED

**Peter Deegan (agietz@msasecurity.net) has requested your signature**

REVIEW & SIGN



DOCUMENT

### Notice of Modification of Employment Agreement

**MESSAGE FROM PETER DEEGAN (agietz@msasecurity.net)**

Dear MSA Security Employee:

All employees of MSA Security (the "Company") have agreed to keep certain information confidential in connection with their employment with the Company. In ensuring that the Company is in compliance with Federal guidelines, we wish to formally notify you of a modification to your employee obligations regarding confidentiality and non-disclosure as described in the attached Notice.

This modification clarifies that any restrictions on the disclosure of information applicable to you do not restrict you from lawfully reporting fraud, waste, or abuse related to the performance of a

IOVINO_00001346

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL

Government Contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

Please review and electronically sign the attached document acknowledging your receipt and agreement to the modification by September 25, 2018. Your electronic signature will transmit the completed document to the attention of Human Resources.

If you have a question regarding this email or cannot open/sign this document, please contact the HR Department at (212) 509-1336.

Thank you in advance for your attention to this matter.

Sincerely,

Peter Deegan


Thanks,

Peter Deegan

Reply

A  Warning: To prevent others from accessing your document, please do not forward this email.

THE    rEAM

IOVINO_00001347
SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL