# EXHIBIT OO

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**IN THE BUSINESS OF BUSINESS AS USUAL™**

NATIONAL CAPITAL REGION | 703-391-6014
NEW YORK | 212-509-1336
BOSTON | 617-438-0521
MIDDLE EAST | + 971-2-550-6760

September 18, 2018

<u>By Electronic Transmission and Regular Mail</u>

███████████████

Senior Contracting Officer
Worldwide Protective Services
Diplomatic Security Contracts Division
Office of Acquisitions Management
US Department of State

      Re: MSA Security Confidentiality Agreement
         US Dept of State Reference No: IDIQ SAQMMA16D0106

Dear ███████:

As a follow up to my August 29, 2018 letter, this shall serve as confirmation that MSA Security ("MSA") has modified all of its employee confidentiality agreements to include an exception for reporting fraud, waste, or abuse to a designated investigative or law enforcement representative as set forth in my earlier letter, and distributed to all of its employees a Notice of Modification to Employee Agreements ("Notice"). I am forwarding herewith a copy of the email correspondence and Notice sent to every MSA employee.

MSA continues to receive the electronic acknowledgements it requested from its employees confirming their receipt and acceptance of the modification and will continue to follow up with employees to confirm that each employee has received the Notice.

We hope that this concludes the issues raised in your August 21, 2018 correspondence to MSA. If you have any questions or concerns relating to this matter please feel free to contact me.

Sincerely,

/s/
Katie Brasfield
Contracts Officer, MSA Security

9 Murray Street, 2nd Floor, New York, NY 10007
Phone: 212.509.1336  Fax. 212.509.1372  Web: www.msasecurity.net

IOVINO_00000752

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*