# EXHIBIT RR

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*



**From:** **Candace McCall** preventionfirst@gmail.com
**Subject:** Re: Also worked at MSA
**Date:** February 10, 2019 at 4:27 PM
**To:** Karen Iovino karenvet93@gmail.com

I guess my concern was more that the State Department was giving money and had no oversight rather than MSA being at fault.  What are your thoughts? I feel like the State just throws money at something and does not care what the consequences are.
MSA was just the contractor doing what State asked?

On Sun, Feb 10, 2019 at 3:39 PM Candace <preventionfirst@gmail.com> wrote:
Oops agree!

Sent from my iPhone

On Feb 10, 2019, at 3:36 PM, Karen Iovino <karenvet93@gmail.com> wrote:

I will let zach know. Please mention the comments about the care of the dogs and keeping quite or you would be fired like me. Thanks for speaking up. The dogs need us!

Sent from my iPhone

On Feb 10, 2019, at 3:30 PM, Candace McCall <preventionfirst@gmail.com> wrote:

if you want to, up to you. Ill try to call tomorrow.

On Sun, Feb 10, 2019 at 3:24 PM Karen Iovino <karenvet93@gmail.com> wrote:
Would you like me to reach out to Zach and give him a heads up that you will be calling him?

On Feb 10, 2019, at 3:10 PM, Candace McCall <preventionfirst@gmail.com> wrote:

ok thanks.

On Sun, Feb 10, 2019 at 3:08 PM Karen Iovino <karenvet93@gmail.com> wrote:
Hi Candace,

So glad to hear from you.  And sorry you had an experience similar to the one I had.

I urge you to speak up.  Now that I finally have momentum, I need all the help I can get. MSA is appealing the IG finding of retaliation.

Please consider reaching out to OIG directly.  I have been speaking with Zach Baumgart.  His number is: 202-341-4962.
You can also contact Scott MacFarlane, the news reporter.  His number is: 202-885-4506.

Thanks and hope to hear from you again soon,
Karen

On Feb 10, 2019, at 3:01 PM, Candace McCall <preventionfirst@gmail.com> wrote:

Hi Karen, just after you left I went to work at MSA. While I don't have any direct information I can tell you that they offered me the ATA job overseas and because I agreed with you, they were not taking care of the dogs I refused.  When considering it I asked Mike Ratcliff what if a dog has seizures or whatever, can I then send it home. He said "no, it belongs to that country now" I asked about the Jordan dogs which I had heard were starved, he said that was better now. I asked what control I would have over the care if the dogs, he said "none" so why would i go?

I expressed my disgust with the fact that dogs were rushed through training then sent off to these countries without any real supervision except some trainers. I was told not to express those opinions out

GAPKI_006094

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

loud because I would be fired like Karen Iovino.

it ludicrous that they said you were not qualified to take the ATA job overseas, they offered it to me and I wasn't as qualified as you.

I was told not to speak to you under any circumstances when I went to the Valley ER to hang out and learn.

I was fired from working In Iraq after 6 months because I asked for help during a foreign object surgery since I had not done one in a very long time. So if I ever said anything I am sure they would say I was a disgruntled employee but I have told several people about my disgust over the way dogs were bought, trained and just GIVEN to the foreign countries - why would they care how they were treated, if one dies we will send another. I was thrilled to see you on the news talking about it. If there is anything I can do to help let me know. I don't have photos or anything concrete so not sure how I could help but Im willing.


Also I asked
--
Candace L McCall DVM, MPH, Dipl ACVPM
preventionfirst@gmail.com
210-382-5400
*"Humility makes space for new possibilities"*


--
Candace L McCall DVM, MPH, Dipl ACVPM
preventionfirst@gmail.com
210-382-5400
*"Humility makes space for new possibilities"*


--
Candace L McCall DVM, MPH, Dipl ACVPM
preventionfirst@gmail.com
210-382-5400
*"Humility makes space for new possibilities"*


--
Candace L McCall DVM, MPH, Dipl ACVPM
preventionfirst@gmail.com
210-382-5400
*"Humility makes space for new possibilities"*

GAPKI_006095

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL



**From: Candace** preventionfirst@gmail.com
**Subject:** Re: Also worked at MSA
**Date:** February 13, 2019 at 7:55 PM
**To:** Karen Iovino karenvet93@gmail.com

Amy

Sent from my iPhone

On Feb 13, 2019, at 5:34 PM, Karen Iovino <karenvet93@gmail.com> wrote:

> Hi,
>
> Who are Anne and Jason?
>
> Karen
> Sent from my iPhone
>
> On Feb 13, 2019, at 5:33 PM, Candace <preventionfirst@gmail.com> wrote:
>
>> I spoke to Anne and Jason this morning
>>
>> Sent from my iPhone
>>
>> On Feb 13, 2019, at 5:13 PM, Karen Iovino <karenvet93@gmail.com> wrote:
>>
>>> Hi Candace,
>>>
>>> I hope you have had the opportunity to speak to the Inspector General and Scott MacFarlane.
>>>
>>> You may or may not know this but last Dec, the House Committee on Oversight and Reform sent a letter to Sec Pompeo about the CVC.  Another letter was sent last week regarding the CVC.  My POC, Jaron Bourke, is interested to speak to you.  While I cannot share the contents of the letter, I can tell you that the House Majority Leader, Elijah Cummings, takes the activities at the CVC and Whistleblower retaliation very seriously.
>>>
>>> Please consider speaking to Mr. Bourke.  He has been a valuable asset to have in the on going journey to assure the EDC's are well care for.
>>> His contact information: 202-225-5051, email: jaron.bourke@mail.house.gov
>>>
>>> V/R,
>>> Karen
>>>
>>>> On Feb 10, 2019, at 3:01 PM, Candace McCall <preventionfirst@gmail.com> wrote:
>>>>
>>>> Hi Karen, just after you left I went to work at MSA. While I don't have any direct information I can tell you that they offered me the ATA job overseas and because I agreed with you, they were not taking care of the dogs I refused.  When considering it I asked Mike Ratcliff what if a dog has seizures or whatever, can I then send it home. He said "no, it belongs to that country now" I asked about the Jordan dogs which I had heard were starved, he said that was better now. I asked what control I would have over the care if the dogs, he said "none" so why would i go?
>>>>
>>>> I expressed my disgust with the fact that dogs were rushed through training then sent off to these countries without any real supervision except some trainers. I was told not to express those opinions out loud because I would be fired like Karen Iovino.
>>>>
>>>> it ludicrous that they said you were not qualified to take the ATA job overseas, they offered it to me and I wasn't as qualified as you.
>>>>
>>>> I was told not to speak to you under any circumstances when I went to the Valley ER to hang out and learn.
>>>>
>>>> I was fired from working In Iraq after 6 months because I asked for help during a foreign object surgery since I

GAPKI_006100

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

had not done one in a very long time. So if I ever said anything I am sure they would say I was a disgruntled employee but I have told several people about my disgust over the way dogs were bought,  trained and just GIVEN to the foreign countries - why would they care how they were treated, if one dies we will send another. I was thrilled to see you on the news talking about it. If there is anything I can do to help let me know. I don't have photos or anything concrete so not sure how I could help but Im willing.


Also I asked
--
Candace L McCall DVM, MPH, Dipl ACVPM
preventionfirst@gmail.com
210-382-5400
*"Humility makes space for new possibilities"*

GAPKI_006101

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**