# EXHIBIT TT

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

8/15/22, 4:33 PM    Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to Be Silenced (Part 2) - Government Accountability Project

(202) 457-0034 | info@whistleblower.org    Support Us ˅    Contact



ABOUT ˅    ISSUES ˅    WHAT WE DO ˅    NEWS ˅    RESOURCES ˅    DONATE

TAKE ACTION  Q

# Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to Be Silenced (Part 2)

‹ Previous    Next ›    Search...  Q

Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to Be Silenced (Part 2)

SIGN UP FOR THE LATEST WHISTLEBLOWER NEWS

💬 Seek Assistance

8/15/22, 4:33 PM — Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to Be Silenced (Part 2) - Government Accountability Project

By Sarah Hubbard

Government Accountability Project is recognizing Women's History Month by spotlighting women whistleblowers who have made a difference. Read part one of this series here.



Dawn Wooten

In July 2020, attorneys at Project South contacted us for advice about working with a whistleblower, **nurse Dawn Wooten**, who reached out to them about horrific medical failures at ICE's Irwin County Detention Center (ICDC) after she had been demoted for raising concerns internally. Ms. Wooten's disclosures focused largely on the endangerment of immigrants and workers from the spread of COVID-19 at ICDC, but she also revealed that women were undergoing hysterectomies and other gynecological procedures without informed consent. We filed a retaliation complaint on Ms. Wooten's behalf, Project South filed a disclosure with the DHS OIG, and we sent a joint letter to congress requesting an official investigation. Ms. Wooten's explosive disclosures incited passionate calls for reform, leading to more ss stories about Ms. Wooten's

Emai  Submit

CATEGORIES

Select Category

RECENT POSTS

> The Pulse: State attorneys general, including NC's Josh Stein, support new poultry rule but question oversight

> Newsi: Protecting whistle-blower rights strengthens accountability in the UN system

> The Progressive Magazine: Biden's Immigration

Seek Assistance

Privacy - Terms

IOVINO_00001363

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL

disclosures, demands by more than 170 members of Congress for investigations into conditions at ICDC, a visit to ICDC by a Congressional delegation, and the passing of a resolution by the House of Representatives in October 2020 citing Ms. Wooten's complaint. Her disclosures opened the door for 57 women who were victims to come forward with their stories, with an independent medical review team substantiating evidence of medical misconduct. In December, 10 women detained at ICDC filed grievances to the medical board seeking the revocation of the offending doctor's medical license, and a class action lawsuit was filed on behalf of survivors seeking justice for the non consensual and invasive medical procedures.

Veterinarian **Dr. Karen Iovino** served the Trump administration through a private contractor, MSA Security, Dr. Karen Iovino tasked with training the explosive detection K-9 division. Through the State Department's Anti-Terrorism Assistance Program, at least 100 of the K-9 detection units, previously sent overseas to fight the war on terror, were

> Policies Are Failing

> Zero Hedge: Top NYC Health Official Claims 'Retaliation' After Monkeypox Messaging Dispute

> Press Release: Government Accountability Project Applauds Senate Judiciary Committee Members' Letter to ICE Regarding Overuse of Solitary Confinement

💬 Seek Assistance  v enforcement in six different

IOVINO_00001364

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

countries, described as "foreign partner nations," many without the same standard of care that canines receive in the US. Dr. Iovino provided internal documents indicating severe abuse, including photos of emaciated dogs and allegations that some were dying of heat stroke, parvovirus, and renal failure from tick-borne disease. Her allegations led to public outrage, multiple federal inquiries, and a review by the IG on the health and welfare of the K-9 units overseas. Following the release of a report from the State Department's OIG documenting Dr. Iovino's concerns in September 2019, Senators Charles Grassley and Mark Warner wrote to former Secretary of State Mike Pompeo demanding a resolution to the horrific treatment of canines once under the US government's care. The State Department put a hold on the program, and petitions to bring the dogs home are ongoing. In retaliation for exposing their misconduct, MSA Security eliminated Dr. Iovino's position. Dr. Iovino, who spoke up at great cost, is a hero for her efforts to protect these animals.

Tricia Newbold
Seek Assistance

This month we remember the attacks on the integrity of our national security that were uncovered thanks to

IOVINO_00001365
*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

whistleblower **Tricia Newbold**, a manager in the White House's Personnel Security Office and 18-year government employee. Ms. Newbold blew the whistle on senior Trump administration officials for granting security clearances to 25 individuals who had been denied for disqualifying reasons, putting the security of our nation at risk. Ms. Newbold, who had been involved in the process of denying the applications, chose to speak up to the House Committee to disclose this blatant disregard for national security protocols. After she came forward, Ms. Newbold reports that she experienced humiliating retaliation from her boss. Despite juvenile attempts to push her out, Ms. Newbold continued in her position with the Executive Office of the former President. We are grateful for her dedication to maintaining the integrity of our national security and celebrate her great contribution as a woman whistleblower.

In January of 2021, whistleblowers notified Congress and the federal agencies assisting          Kelu Chao
whistleblowers
of at least $2 million in gross waste spending
Seek Assistance   e in a mere three months by the

IOVINO_00001366

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

8/15/22, 4:33 PM  Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to Be Silenced (Part 2) - Government Accountability Project

U.S. Agency for Global Media (USAGM), the parent agency of Voice of America (VOA). These individuals exposed former Chief Executive Officer Michael Pack's politically motivated abuse of authority, including violating the VOA legal firewall that protects journalists' independence, terminating the presidents of all of the USAGM-funded networks, and removing critical senior staff and/or revoking their security clearances to replace them with political appointees. Among the whistleblowers was longtime USAGM journalist **Kelu Chao,** who after being retaliated against and reassigned by former CEO Michael Pack, replaced him as CEO when he was asked to resign by the incoming Biden administration. Along with her fellow whistleblowers, many of whom have now been restored to their posts, Ms. Chao has helped restore accountability to USAGM and VOA.

While the past four years have been uniquely challenging for our nation and the need for whistleblowers great, women whistleblowers have been the unsung heroes for decades. As we acknowledge these courageous women and their contributions to our nation's history, we must remember that whistleblowing often comes at a cost, both personally and professionally. Like all whistleblowers, women who choose to speak up may face retaliation, public scrutiny, isolation, and stigma that can

💬 Seek Assistance   . It is with this in mind that we

Privacy - Terms

IOVINO_00001367

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

have developed multiple free resources to educate potential whistleblowers about their rights, risks, and options, and encourage all whistleblowers to seek expert legal counsel as early as possible.

This list of women truth-tellers we've profiled here is of course not exhaustive. Other important examples include Reality Winner, the former Air Force linguist and intelligence contractor, who blew the whistle to the press about Russia's attempt to hack into U.S. voting system software to interfere with the 2016 presidential election; Rebekah Jones, the former data scientist with the Florida Department of Health who refused to censor data to minimize the scale of the coronavirus outbreak in the state; and former U.S. ambassador to Ukraine Marie Yovanavitch and Fiona Hill, the former National Security Council director for Russia and Europe, both of whom testified before Congress at Trump's first impeachment hearing to validate the Ukraine whistleblower's disclosures about efforts to pressure the President of Ukraine to influence the 2020 U.S. election.

We're proud to honor the courageous contributions of these women who refused to stay silent in the face of serious misconduct. Their legacies will join those of so many other women whistleblowers of the Trump era who used their voices to protect the public interest justice.

Seek Assistance

Privacy - Terms

IOVINO_00001368

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

March 31st, 2021 | Blog, Immigration, National Security, VOA Whistleblowers

SHARE THIS POST   

## NEWSROOM

> The Pulse: State attorneys general, including NC's Josh Stein, support new poultry rule but question oversight

> Newsi: Protecting whistle-blower rights strengthens accountability in the UN system

> The Progressive Magazine: Biden's Immigration Policies Are Failing

> Zero Hedge: Top

💬 Seek Assistance

## RESOURCES

PRIVACY POLICY

FINANCIALS

RESOURCES & PUBLICATIONS

SIGN UP FOR THE LATEST WHISTLEBLOWER NEWS

CLICK HERE TO SIGN UP

## CONTACT

ADDRESS:

1612 K St. NW, Suite #1100

Washington DC, 20006

TO REQUEST ASSISTANCE:

Fill out our Intake Form

GENERAL INQUIRES:

(202) 457-0034

info@whistleblower.org

MEDIA INQUIRES:

AndrewH@whistleblower.org

Privacy - Terms

IOVINO_00001369

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

8/15/22, 4:33 PM    Women Whistleblowers in the Trump Era: A Celebration of Women Who Refused to Be Silenced (Part 2) - Government Accountability Project

- Official Claims 'Retaliation' After Monkeypox Messaging Dispute
- > Press Release: Government Accountability Project Applauds Senate Judiciary Committee Members' Letter to ICE Regarding Overuse of Solitary Confinement

© Copyright 2022  |  DESIGN & DEVELOPMENT CAUSE INSPIRED MEDIA  |  Government Accountability Project is a 501c3 Organization. EIN# 52-1343924

  

💬 Seek Assistance

Privacy - Terms

https://whistleblower.org/blog/women-whistleblowers-in-the-trump-era-a-celebration-of-women-who-refused-to-be-silenced-part-2/    9/9

IOVINO_00001370

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*