# EXHIBIT UU

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

3/10/26, 10:44 AM                          Women's History Month: Dr. Karen Iovino - Government Accountability Project



info@whistleblower.org            Support Us ⌄      Contact

ABOUT ⌄      ISSUES ⌄      WHAT WE DO ⌄      NEWS ⌄      RESOURCES ⌄         DONATE

Take Action  🔍

# Women's History Month: Dr. Karen Iovino

‹ Previous    Next ›            Searc   🔍

### Women's History Month: Dr. Karen Iovino

By: Olivia Hynes

"If we're going to gift a dog to these countries, we've gotta be sure they're taken care of." This is what veterinarian Dr. Karen Iovino told NBC

💬 Seek Assistance

**Recent Posts**

› District Judge Grants Motion to Intervene in Federal Consent



Privacy - Terms

https://whistleblower.org/blog/womens-history-month-dr-karen-iovino/                          1/6

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

3/10/26, 10:44 AM                             Women's History Month: Dr. Karen Iovino - Government Accountability Project



ABOUT    ISSUES    WHAT WE DO    NEWS    RESOURCES    DONATE

Take Action

Assistance Program were brutally mistreating explosive detection canines gifted to them from the United States.

As part of Women's History Month, Government Accountability Project is highlighting notable women whistleblowers whose disclosures have uncovered waste, fraud, and abuse. Women have historically experienced discrimination in the workplace and face an even greater risk when they stand up to fight for transparency from our government or from corporations for the betterment of our lives. In the 3rd installment of our Women's History Month blog series, we want to honor Dr. Iovino for courageously stepping forward to ensure that the US partners with foreign countries that value humane practices and treatment towards animals.

Dr. Iovino was a veterinarian at Michael Stapleton Associates (MSA), a security company contracted by the U.S. Department of State to train

Norfolk Sou...

- Reuters: US judge voids 2025 actions taken by Kari Lake as Voice of America CEO, including job cuts

- The New York Times: Judge Voids Mass Layoffs at Voice of America

- CNN: Judge says Kari Lake unlawfully ran USAGM, voids Voice of America layoffs

- The Associated

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**



ABOUT ⌄    ISSUES ⌄    WHAT WE DO ⌄    NEWS ⌄    RESOURCES ⌄    DONATE

TAKE ACTION  

terrorism programs. Through the State Department's Anti-Terrorism Assistance Program, at least 100 of the K-9 explosive detection units were gifted to law enforcement in six different countries described as "foreign partner nations." However, Dr. Iovino realized that many of these canines went without the same standard of care they would receive in the US.

In October of 2015, MSA hired Dr. Iovino to work part time as a veterinarian, when she eventually expressed concerns to her supervisor about the gifted canines being overworked and poorly sheltered. Though her supervisor dismissed her concerns, in February 2017 she was invited to work for MSA full-time when her contract finished.

On July 6, 2017, Dr. Iovino filed a complaint with the State Department Office of Inspector General (OIG). In her complaint, she provided internal documents indicating that many of the canines experienced severe

Trump adr actions to dismantle Voice of America are illegal

SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL



ABOUT    ISSUES    WHAT WE DO    NEWS    RESOURCES    DONATE

Take Action

some were dying of heat stroke, parvovirus, and renal failure from tick-borne disease. However, her internal disclosures later came with a price. Eight days after her disclosure, Dr. Iovino, once considered a model employee by MSA Security, was told her position would not be turned into a full-time position. Then, at the beginning of August 2017, she was suspended from her position and her contract was not renewed. Despite this, in September 2019 the State Department OIG issued an evaluation that substantiated her claims, finding that in Jordan alone the canines were underfed and that at least 10 canines died due to mistreatment. Dr. Iovino is currently pursuing legal action against her former employer for retaliation and her case is ongoing.

Nevertheless, Dr. Iovino still knew that the canines that we were sending overseas needed to be protected from neglect and provided basic care so they could perform their jobs. Dr. Iovino came forward to publicly disclose how some canines in these



**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

3/10/26, 10:44 AM                    Women's History Month: Dr. Karen Iovino - Government Accountability Project



ABOUT    ISSUES    WHAT WE DO    NEWS    RESOURCES    DONATE

Take Action

instead of fixing these problems. Her disclosures led to public outrage, petitions to bring the canines home, multiple federal inquiries, and a review by the OIG on the health and welfare of the K-9 units overseas. Following the release of a report from the State Department's OIG documenting Dr. Iovino's concerns in September 2019, Senators Charles Grassley (R-IA) and Mark Warner (D-VA) wrote to then-Secretary of State Mike Pompeo demanding a resolution to the horrific treatment of canines once under the U.S. government's care. The State Department temporarily suspended sending dogs to Jordan and Egypt until they could ensure the canines' health and welfare. Dr. Iovino's courage to publicly come forward with the truth undoubtedly protected more of these innocent canines from neglect, overwork, and poor physical health.

March 24th, 2025 | Activism, Animal Welfare, Blog, Government Contractors



**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

3/10/26, 10:44 AM                    Women's History Month: Dr. Karen Iovino - Government Accountability Project



ABOUT ⌄    ISSUES ⌄    WHAT WE DO ⌄    NEWS ⌄    RESOURCES ⌄    DONATE

Take Action 🔍

## RESOURCES

Privacy Policy

Financials

Resources & Publications

## CONTACT

Address:

1612 K St. NW, Suite #808

Washington DC, 20006



General Inquires:

(202) 457-0034

Info@whistleblower.org

Media Inquires:

press@whistleblower.org

© Copyright 20262024   |   DESIGN & DEVELOPMENT CAUSE INSPIRED MEDIA   |   Government Accountability Project is a 501c3 Organization. EIN# 52-1343924