# EXHIBIT VV

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

KAREN IOVINO,

  *Plaintiff*,

  v.                                            Case No. 5:21-CV-00064-TTC

MICHAEL STAPLETON ASSOCIATES, LTD.
d.b.a. MSA SECURITY, INC.,

  *Defendant.*

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Dr. Karen Iovino hereby serves these Initial Disclosures to Defendant. Section A of these disclosures identifies those individuals who may have discoverable information relevant to disputed facts alleged in the pleadings. Section B of these disclosures describes the documents, data compilations, and tangible things that may be relevant to disputed facts alleged in the pleadings. Section C discloses a computation of each category of damages claimed by Plaintiff. Plaintiff does not have any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

These disclosures do not include the names of any potential experts retained or consulted by Plaintiff Iovino. Dr. Iovino will produce information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the times provided by that Rule or any supervening order of the Court.


EXHIBIT
Iovino
2
9/6/23 CSC

1

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

A.  **Individuals who may have discoverable information relevant to disputed facts allegedwith particularity in the pleadings.**

Attached is a list of individuals who may have discoverable information relevant to disputed facts alleged in the pleadings.

Name: Dr. Karen Iovino, Plaintiff in this Action.
Occupation: Veterinarian
Contact Information: Dr. Iovino may be contacted through her legal counsel below.
Subjects of Discoverable Information: Dr. Iovino has discoverable information regarding her protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, and damages suffered by her as a result of the prohibited personnel practices.

Name: Mr. Josh Carter
Occupation: State Department Program Manager over the (Canine Validation Center (CVC).
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Carter has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA; including the hiring of Ms. Jennifer Houston; the hiring of Dr. Mike Ratcliff; the hiring of Mike Hayes, events related to Frank 9656, among other things. See, e.g., Complaint, ¶¶ 18-20, 24, 29, 39, 45, 60, 64, 65, 74, 106, 107, 113, 131, 133, 135-138, 163, and 167.

Name: Mr. Alan Bower
Occupation: MSA Human Resources/Facilities Manager at the CVC.
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Bower has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 18, 20, 28, 29, 32, 38-41, 47, 56, 60, 85, 89, 90, 106, 107, 109, 110, 115, 121, 124, 126, 127-133, 137, 138, 140, 142, and 150.

Name: Mr. Zane Roberts
Occupation: MSA Program Manager at the CVC
Contact Information: Cell phone number is (540) 771-0838. Additional contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Roberts has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 16-21, 27-31, 33, 39, 41, 58, 67, 68, 106, 107, 109, 115,

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

116, 131, 133, 164, and 167.

Name: Mr. Mark Potter
Occupation: MSA Canine Trainer in ATA program.
Contact Information: Cell phone number: (401) 808-9116. Additional contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Potter has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 67 and 116.

Name: Mr. Garrett Lancaster
Occupation: MSA Canine Trainer in ATA program.
Contact Information: Mr. Lancaster may be contacted through his legal counsel below.
Subjects of Discoverable Information: Mr. Roberts has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 67 and 116.

Name: Mr. Mike Hayes
Occupation: MSA Program Manager
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Potter has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 39, 41, 42, 47, 55, 68, 106, 109, 110, 113, 115, 121, 122, 126-133, 140, and 150.

Name: Dr. Mike Ratcliff
Occupation: MSA Official
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Dr. Ratcliff has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 16, 29, 31-34, 36, 37, 40, 41, 43-46, 48, 50, 51, 53, 55-57, 70-71, 75, 78, 79, 89, 90, 106-110, 113, 121, 123, 127-129, 131-132, 140, 142, 150, 153, 161, 164, 165, 169, 172, 175, 177, and 178.

Name: Ms. Cathy Read
Occupation: State Department Director of the Office of Acquisitions Management and ultimate State Department official with oversight authority for the MSA/CVC contract.
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Dr. Ratcliff has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 12, 13, 27, 81-84, 86, 88, 102, 112, 113, 121, 154, and 168.

Name: Ms. Jennifer Houston
Occupation: Licensed Veterinary Technician

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Ms. Houston has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 16, 21-22, 24, 28, 31-32, 36, 41-42, 55-56, 109, 115, 122, 125, 128, 130, 150, and 173.

Name: Mr. Ben Orndorff
Occupation: Kennel Technician
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Orndorff has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA.

Name: Mr. Loren Bachman
Occupation: Department of State
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Bachman has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA.

Name: Ms. Anna Garcia
Occupation: Department of State
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Ms. Garcia has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA.

Name: Dr. Carolyn Olech
Occupation: Acting Lead Veterinarian
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Dr. Olech has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 34, 36, 45, 48, 55, 56, 109, 116, 121, 125, 127, and 128.

Name: Mr. Brett Harshberger
Occupation: Kennel Technician
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Harshberger has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 51, 53, and 78.

Name: Mr. Jonah Bellanger
Occupation: Kennel Technician
Contact Information: Current contact information for this individual is not readily

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

available to Plaintiff.
Subjects of Discoverable Information: Mr. Ballenger has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶ 78.

Name: Dr. Lee Palmer
Occupation: Veterinarian
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Dr. Palmer has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 73, 79, 94, 144, 153, 158, 175, 176 and 177.

Name: Mr. Peter Deegan
Occupation: MSA Vice President for Human Resources
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Deegan has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 91, 92, 155, and 162.

Name: Ms. Amy Callihan
Occupation: MSA Front Office Staff
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Ms. Callihan has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶ 85.

Name: Mr. James Olds
Occupation: Department of State Deputy Program Manager
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Olds has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 47, 110, and 134.

Name: Dr. Candace McCall
Occupation: Veterinarian.
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: She has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA.

Name: Ms. Sharon James
Occupation: Department of State Acting Procurement Executive
Contact Information: Current contact information for this individual is not readily available to Plaintiff.

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Subjects of Discoverable Information: Ms. James has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 5, 13, 88, 101-102, and 176.

Name: Mr. Gerald Goss
Occupation: MSA Vice President for Business Development
Contact Information: Current contact information for this individual is not readily available to Plaintiff.
Subjects of Discoverable Information: Mr. Goss has discoverable information regarding Dr. Iovino's protected disclosures and activities, and the prohibited personnel practices committed against her by Defendant, MSA, including information in the following paragraphs of the Complaint: ¶¶ 54, 86-89, 95, 101, 154-155, and 162.

**B.   Description of documents that may be relevant to disputed facts alleged with particularity in the pleadings.**

| Description by Category of Document | Description by Location of Document, Electronically Stored Information, or Tangible Thing |
|---|---|
| Folder entitled "Circuit Court – Arlington Iovino POD" | 1. Email from KI to NBCUniversal RE: Letter to MSA CanineMattie (pp.<br>2. Email from KI to NBCUniversal RE: House Oversight Committee Contract<br>3. Email from NBCUniversal to KI RE: Organizational Meeting Happening Now<br>4. Email from KI to NBCUniversal RE: Initial Complaint<br>5. Email from NBCUniversal to KI RE: Waste, Fraud, Abuse by Company with DoS Contract (pdf pages 5-9)<br>6. Email from NBCUniversal to KI RE: Oversight Republicans Announce Committee Roster (pages 10-11)<br>7. Email from KI to NBCUniversal RE: TWO Questions (pp. 12-13)<br>8. Email from KI to NBCUniversal RE: Overseas Veterinarian (p. 14)<br>9. Email from NBCUniversal to KI RE: Michael Stapleton (p. 15)<br>10. Email from NBCUniversal to KI RE: Letter from Chairman Cummings and Vice Chair Hill, House Committee on Oversight and Reform (pp. 16-17)<br>11. Email from KI to NBCUniversal RE: Karen (p. 18)<br>12. Email from NBCUniversal to KI RE: |

6

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Summons (p.19)
13. Email from NBCUniversal to KI RE: Standby...(pp. 20-23)
14. December 22, 2016 text messages between KI and Mike Ratcliff (pp. 24-27)
15. August 17, 2016 Summary of errors made by J. Houston, LVT (pp. 29-30)
16. December 30, 2016 text messages between KI and Mike Ratcliff (pp. 31-32)
17. February 14, 2017 KI Notes RE: Mike Hayes (pp. 33-34)
18. February 26, 2017 KI Notes RE: Mike Ratcliff (p. 35)
19. August 23, 2916 Employee Counseling Memo (p. 36)
20. August 11, 2016 KI Notes RE: Carolyn Olech (p. 37)
21. June 14, 2017 KI Notes RE: mission surgeries (Storm and Bill) (pp.38-39)
22. June 14, 2017 Text messages between Dr. Iovino and Mike Ratcliff. (pp. 38-39)
23. June 19, 2017 KI Notes RE: Carolyn Olech (pp. 40-41)
24. Email RE: Addendum to November Issues (p. 42)
25. Email from KI to Zane Roberts and Alan Bower RE: Rabies Vaccine Questions (pp. 43-45)
26. Email from KI to Mel Vassey RE: Rabies Vaccine Questions (pp. 46-48)
27. Email from Mel Vassey to Carolyn Olech RE: Rabies Vaccine Questions (pp. 46-48)
28. Email from KI to EEOC RE: Intake Questionnaire (pp. 46-48)
29. Email from KI to EEOC RE: Delay (pp. 49-50)
30. Email from EEOC to KI RE: COD (p. 51)
31. Email from EEOC to KI RE: Notice of Charge (pp. 52-53)
32. Email from EEOC to EEOC RE: Case #570-2017-01636 (pp. 54-55)
33. Email from EEOC to KI RE: Case #570-2017-01636 (pp. 57-58)
34. Email from EEOC to KI RE: Retaliation Claim (pp. 59-60)
35. Email from KI to EEOC RE: Retaliation claim [Incident 171005-000242] (pp. 61-

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

Pageid#: 2902

| | 63) |
|---|---|
| | 36. Email from EEOC to KI RE: Karen Iovino v. Canine Validation Center, MSA Security; EEOC Charge No. 570-2017-01636 |
| | 37. Email from KI to EEOC RE: Case #570-2017-01636 |
| | 38. Email from KI to EEOC RE: Completed EEOC Intake Questionnaire 570-2017-01636N |
| | 39. Complaint Form |
| | 40. October 11, 2018 Notes RE: Jennifer Houston, LVT |
| | 41. Complaint Form |
| | 42. Email from Margaret Starks to KI RE: 191256 Additional Information |
| | 43. Email from KI to DHP RE: VA Department of Health Professions Complaint |
| | 44. Notice of Informal Conference and Statement Allegations |
| Folder entitled "Damages" | 1. Folder entitled "CVC MSA pay stubs." |
| | 2. Iovino pay stubs |
| | 3. Retaliation spreadsheet181008 |
| Folder entitled "Iovino Notes (contemporaneous)" | 1. April 1, 2017 |
| | 2. April 7, 2017 |
| | 3. Charge of discrimination – Signed |
| | 4. Feb. 10, 2017 Doctors meeting |
| | 5. Jan. 5, 2017 meeting with Mike and Alan |
| | 6. Oct. 8, 2016 Ratcliff visit |
| Folder entitled "OIG Documents" | 1. Folder entitled "Memorandum of Law – Exhibits" |
| | 2. Board of Vet Med Houston 190890 |
| | 3. Initial Complaint 170706 |
| | 4. Letter to Counsel Re Supplementing Record (6/17/2019) |
| | 5. OIG Administrative Record – Redacted (4/16/19) |
| | 6. OIG Form (7/6/2017) |
| | 7. OIG MSA Confidentiality Agreement Finding |
| | 8. OIG Second Report 20191223 |
| | 9. OIG Whistleblower Case 2017-0044 |
| | 10. Outgoing ROI Whistleblower Case 2017-0044 (7/5/2018) |

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

| | |
|---|---|
| Thorsen Materials | 1. Deposit Voucher 12/4/15<br>2. Collective Action Complaint and Jury Demand (5/22/2017)<br>3. Charge of Discrimination (7/14/2017)<br>4. OIG Hotline Submission Form |
| VA Department of Health Professions | 1. Blake Anesthesia Form<br>2. Canine Validation Center Anesthesia Monitoring Sheet<br>3. Blake Medical History (12/21/2016)<br>4. Text messages with Mike Jenn ax error (12/21/2016)<br>5. Blake Medical History (12/21/2016)<br>6. Text discussion between Iovino and Ratcliff (12/22/2016)<br>7. Discussion with Mike Hayes (2/13/2017)<br>8. Notes re Olech (6/19/2017)<br>9. Notes re OPOT (3/22/2017) |
| Folder entitled "Civil SLAPP Suit" | 1. Affidavit-Baumgart, Unsigned<br>2. Affidavit-Iovino190712<br>3. CL19-0901 Memorandum Opinion<br>4. CL19-901, Michael Stapleton Associates v. Karen Iovino, Memorandum Opinion<br>5. Demurrer 4-29-19<br>6. Demurrer to Amended Complaint 11-5-19<br>7. Houston Va Board<br>8. Memorandum reply190716<br>9. Memorandum in Support of Demurrer (DRAFT) 7-11-19<br>10. Motion Craving Oyer 4-29-19<br>11. motion transfer venue190404<br>12. MSA Amended Complaint with Exhibit 1<br>13. OIG MSA confidentiality agreement finding<br>14. Opposition to Plaintiff's Renewed Motion to Compel 7-26-19<br>15. Sept 6, 2019 update from Mike Thorsen<br>16. SKM_80819091307490<br>17. SKM_80819091312220<br>18. SKM_80819091315020<br>19. Summons 03292019 |

9

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

| Folder entitled "OIG Whistleblower" | 1. Iovino OIG Administrative Record_Redacted Final_4-16-19_Redacted<br>2. OIG Whistleblower Case 2017-0044 (Iovino)<br>3. Outgoing ROI_Whistleblower Case 2017-0044_Karen Iovino_July 5 2018<br>4. Second OIG Whistleblower finding<br>5. Stapleton.4thCir.2018.1116.Stay Motion<br>6. Iovino Letter to Counsel Re Supplementing Record 6-17-2019<br>7. Iovino OIG Administrative Record_Redacted Final_4-16-19_Redacted reduced |
|---|---|

10

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

C. **Rule 26(a)(1)(A)(iii) – Computation of each category of damages claimed by Plaintiff Dr. Iovino:**

1. Back pay/front pay for all lost wages and benefits, including lost bonuses. At the time of her employment, Dr. Iovino earned $70.00 an hour and, although working 30 hours per week, had a W-2 income of One Hundred Ten Thousand Dollars ($110,000.00) a year. The full time position expansion which she was promised, and which she accepted, would have resulted in One Hundred Forty Thousand Dollars ($140,000.00) income to her plus benefits such as reimbursed expenses for licensure and certifications, retirement benefits and medical insurance. As a result of whistleblower retaliation against her, MSA deprived her of that income. Over the four years that followed her firing, Dr. Iovino was deprived of the following earnings from MSA per year:

   | | | |
   |---|---|---|
   | 2017: $140,000 - $110,000 | = | $ 30,000 |
   | 2018 | | $140,000 |
   | 2019 | | $140,000 |
   | 2020 | | $140,000 |
   | 2021 | | $140,000 |

   plus, damages for 2022 and beyond, assuming Dr. Iovino's contract would have been extended to those future years.

   Thus, this category of damages equals $590,000, plus such additional cost of living adjustments and bonuses as awarded during that time.

2. In addition, Dr. Iovino would have received benefits including payments of licenses, paid time off, and the like which she estimates to total approximately Ten Thousand Dollars ($10,000.00) per year.

3. Economic damages for injury to Plaintiff's career, professional reputation, and earning capacity, in an amount to be determined at trial, but not less than $100,000.

4. Non-economic damages for mental and emotional distress, embarrassment and humiliation, in an amount to be determined at hearing, but not less than $50,000.

5. Reasonable costs and attorney's fees, which Plaintiff currently estimates is not less than $50,000.

DATED: February 25, 2022

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

/s/ John A. Kolar
John A. Kolar
Tom Devine
Kendrick Holley
Ned Miltenberg
Government Accountability Project
1612 K Street,
N.W. Suite 1100
Washington, D.C. 20006
(202) 926-3311
Cell: (301) 452-8543
(No fax number)
JackK@whistleblower.org

Nate L. Adams III
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com

Attorneys for Dr. Iovino

12

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*