# EXHIBIT XX

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**Kevin Dragnett**
**February 24, 2026**

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF VIRGINIA
 3                    HARRISONBURG DIVISION
 4
 5                              Case No. 5:21-CV-00064-TTC
 6
 7  ***********************************
 8  KAREN IOVINO,
 9                 Plaintiff
10  v.
11  MICHAEL STAPLETON ASSOCIATES, LTD.,
12  d/b/a MSA SECURITY, INC.
13                 Defendant
14  ***********************************
15
16        30(b)(6) DEPOSITION OF:  MICHAEL STAPLETON
17        ASSOCIATES, LTD., d/b/a MSA SECURITY, INC.
18                  BY:  KEVIN DRAGNETT
19                APPEARING REMOTELY FROM
20                    Tysons, Virginia
21             February 24, 2026      10:36 a.m.
22
23  By Roberta Ebhert
24  Guardian
25  APPEARING REMOTELY FROM MARION COUNTY, FLORIDA
```

**Kevin Dragnett**
**February 24, 2026**

```
                                                        Page 102
 1      Q.    Okay.  So 30 -- 35, other than Dr. Iovino, are
 2   you aware of any other employees who were disciplined in
 3   any way for having violated their non-disclosure agreement.
 4      A.    At CVC, I am aware of Dr. Olech, who was
 5   sending work e-mails to her personal e-mail address.
 6      Q.    Okay.
 7      A.    And one other from 2021 that was a violation
 8   of the code of conduct, but still using information that he
 9   had because of working there.  We were changing the name of
10   the -- Department of State was changing the name of the
11   center and we were in the process of acquiring the domain
12   name.  The employee knew the new name and acronym.  And he
13   purchased the domain name, a friend of his did, on his
14   behalf.  So he --
15      Q.    That's industrious.
16      A.    -- was terminated for violation of the code of
17   conduct, but obviously he was using information of --
18      Q.    Sure.
19      A.    -- through his employer by MSA for financial
20   gain, yes.
21      Q.    Gotcha.  Other than that, you don't have
22   anybody else you're able to share with us?
23      A.    No.
24      Q.    All right.  So let's move on to 36.  So what
25   36 is basically asking is, you know, you have policies, so
```