# EXHIBIT ZZ

*SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL*

**From:** Daniel Ward dan@wardberry.com
**Subject:** Re: Expert depositions?/ Stay Of Discovery
**Date:** January 9, 2024 at 8:17 PM
**To:** T. M. Guyer and Ayers & Friends PC thad@guyerayers.com
**Cc:** Adams, Nate nadams@nadamslaw.com, Chelsea Padgett chelsea@wardberry.com, Jack Kolar jackk@whistleblower.org, Karen Gray kareng@whistleblower.org, Kerry McCarthy kerry@wardberry.com, Ryan Berry ryan@wardberry.com, Stephani Ayers stephani@guyerayers.com

I do not agree that your refusal to participate in the Touhy process should stay all discovery in this matter.

Thanks,

Dan Ward
Ward & Berry, PLLC

---

> **From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
> **Date:** Tuesday, January 9, 2024 at 8:09 PM
> **To:** Daniel Ward <dan@wardberry.com>
> **Cc:** Adams, Nate <nadams@nadamslaw.com>, Chelsea Padgett <chelsea@wardberry.com>, Jack Kolar <jackk@whistleblower.org>, Karen Gray <kareng@whistleblower.org>, Kerry McCarthy <kerry@wardberry.com>, Ryan Berry <ryan@wardberry.com>, Stephani Ayers <stephani@guyerayers.com>
> **Subject:** Re: Expert depositions?/ Stay Of Discovery
>
> Thanks Dan, I just reconsidered, and came up with the same decision. So again dear colleague, I think a stay is the proper course. Do you agree? If you do I will prepare a stipulation. If you don't, then the law prescribes your courses of action through 45. Thad
>
> ---
>
> **Thad M. Guyer**
>
> **T.M. Guyer and Ayers & Friends, PC**
>
> Seattle:  +1 (206) 535-2395 Washington DC +1 (202) 417-3910
>
> Fax  +1 (888) 866-4720
>
> Website:  www.GuyerAyers.com
>
> ---
>
> On Wed, Jan 10, 2024 at 8:01 AM Daniel Ward <dan@wardberry.com> wrote:
>
>> Thad,
>>
>> You position is supported by petulance, not the law. You have not moved for a stay of discovery, nor did you ask for such a stay during our hearing with the Court yesterday. The Touhy issue should not hold the entire discovery process hostage. Let's get resolved what we can get resolved. The expert depositions fall in that category.
>>
>> I'd ask you to reconsider.

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

Thanks,

Dan Ward
Ward & Berry, PLLC

---

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Date:** Tuesday, January 9, 2024 at 7:53 PM
**To:** Daniel Ward <dan@wardberry.com>
**Cc:** Adams, Nate <nadams@nadamslaw.com>, Chelsea Padgett <chelsea@wardberry.com>, Jack Kolar <jackk@whistleblower.org>, Karen Gray <kareng@whistleblower.org>, Kerry McCarthy <kerry@wardberry.com>, Ryan Berry <ryan@wardberry.com>, Stephani Ayers <stephani@guyerayers.com>
**Subject:** Re: Expert depositions?/ Stay Of Discovery

Hi Dan, until depositions that we want to notice are agreed to or ordered, we are not going to agree to any deposition dates desired by MSA. Of course because the experts are non-parties, I assume you can proceed with Rule 45 subpoenas. Our view is there should be a complete stay of discovery of any kind until the Touhy matter is resolved. We can either stipulate to that stay now, or at such time as you issue subpoenas we will move to stay them, your choice. Thanks. Thad

---

**Thad M. Guyer**

**T.M. Guyer and Ayers & Friends, PC**

Seattle: +1 (206) 535-2395   Washington DC +1 (202) 417-3910

Fax +1 (888) 866-4720

Website: **www.GuyerAyers.com**

On Wed, Jan 10, 2024 at 7:38 AM Daniel Ward <dan@wardberry.com> wrote:

> Thad & Co.,
>
> I would like to schedule to depositions of Jacqueline Garrick and A. Bentley Hankins. Can you check their availabilities on the following dates:
>
> January 22
> January 23
> January 24
> January 30.
>
> Thanks,
>
> Dan

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

Daniel S. Ward
WARD & BERRY, PLLC
1751 Pinnacle Drive
Suite 900
Tysons, Virginia 22102
(202) 331-8160
www.wardberry.com
*******************************************************************
The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else
is unauthorized.
If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice
contained in this email are subject to the terms and conditions expressed in
the governing Ward & Berry client engagement letter.
*******************************************************************
Think Green! Please don't print this e-mail unless you need to.

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

| | |
|---|---|
| **From:** | T. M. Guyer and Ayers & Friends PC  thad@guyerayers.com |
| **Subject:** | Re: Notices of Deposition/ Subpoenas Required |
| **Date:** | January 10, 2024 at 6:36 PM |
| **To:** | Daniel Ward  dan@wardberry.com |
| **Cc:** | Adams, Nate  nadams@nadamslaw.com, Camille Chambers  camille@wardberry.com, Chelsea Padgett  chelsea@wardberry.com, Jack Kolar  jackk@whistleblower.org, Kerry McCarthy  kerry@wardberry.com, Ryan Berry  ryan@wardberry.com |

Hi Dan we will agree to dates for these depositions after the Touhy matter is resolved. In the meantime, we do not believe a notice of deposition under Rule 30 is effective in securing the attendance of a non-party witness. We do not control these witnesses and we are not going to take any responsibility to produce them. Of course you are free to contact them and make the arrangements to have them appear voluntarily and pay them for their appearance and expert fees.  You are required to personally serve them with any subpoena under Rule 45.  Upon that service or their voluntary acceptance we will consider the subpoenas effective.

At such time as you issue a Rule 45 subpoena please send us a copy as the rule requires. We will not be appearing based on your Rule 30 notices alone unless you represent that the witnesses have voluntarily agreed to appear.

Thanks. Thad



**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle:  +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax  +1 (888) 866-4720**

**Website**:  **www.GuyerAyers.com**


On Thu, Jan 11, 2024 at 3:41 AM Daniel Ward <dan@wardberry.com> wrote:

> Thad, et al.,
>
> Attached please find notices of deposition to depose your two testifying experts, Jacqueline Garrick and A. Bentley Hankins. We are amenable to taking these depositions by Zoom, if that is preferable.
>
> Thanks,
>
> Dan Ward
>
> Daniel S. Ward
> WARD & BERRY, PLLC

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**

WARD & BERRY, PLLC

1751 Pinnacle Drive

Suite 900

Tysons, Virginia 22102

(202) 331-8160

[www.wardberry.com](www.wardberry.com)

*****************************************************************

The information in this email is confidential and may be legally privileged.

It is intended solely for the addressee. Access to this email by anyone else

is unauthorized.

If you are not the intended recipient, any disclosure, copying, distribution

or any action taken or omitted to be taken in reliance on it, is prohibited

and may be unlawful. When addressed to our clients any opinions or advice

contained in this email are subject to the terms and conditions expressed in

the governing Ward & Berry client engagement letter.

*****************************************************************

Think Green! Please don't print this e-mail unless you need to.

**SUBJECT TO PROTECTIVE ORDER (PO) - PO CONFIDENTIAL**