CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

03/27/2026

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

KAREN IOVINO,                          )
                                       )
        Plaintiff,                     )   Civil Action No. 5:21-cv-00064
                                       )
v.                                     )   **ORDER**
                                       )
MICHAEL STAPLETON ASSOCIATES,          )   By:   Hon. C. Kailani Memmer
LTD. d/b/a MSA Security, Inc.,         )         United States Magistrate Judge
                                       )
        Defendant.                     )

On March 27, 2026, counsel for the parties, United States Department of State, and United States Department of State's Office of Inspector General participated in a discovery status conference via Zoom with the court. A joint status report and a copy of the subpoena at issue were submitted to my chambers in advance of the discovery status conference. To clarify the record, the court will docket the joint status report along with the exhibits attached thereto and the subpoena.

As the parties did not informally resolve the discovery dispute during the status conference, the parties are **ORDERED** to file any motion related to this discovery dispute in accordance with the following briefing schedule: (1) motions related to this discovery dispute must be filed no later than April 1, 2026; (2) briefs in opposition are due no later than April 6, 2026; and (3) reply briefs, if any, are due no later than April 8, 2026.

It is so **ORDERED**.

Entered: March 27, 2026

C. Kailani Memmer
United States Magistrate Judge