**Wednesday, March 25, 2026 at 3:57:10 PM Eastern Daylight Time**

---

**Subject:** RE: Iovino v. MSA/Subpoena to DOS

**Date:** Wednesday, March 18, 2026 at 12:59:22 PM Eastern Daylight Time

**From:** Frith, Krista (USAVAW)

**To:** Stephani Ayers

**CC:** Kristin Berg, Daniel Ward, Chelsea Cruz, Jack Kolar, T. M. Guyer and Ayers & Friends PC

Stephani:

No, I have not heard from anyone in response to my February 27 email. I took the silence as a withdrawal of the subpoena, particularly considering the discovery deadline has long since passed. If you are not withdrawing the subpoena, then let me know by the end of the day so that I can contact Judge Memmer's chambers to get this issue resolved.

I understand the intent, but these issues were addressed as to how to properly handle these types of requests quite a while ago in this case, and I emphasize my concern that the request is quite belated at this point in the litigation.

DOS and DOS OIG are indeed separate entities, which has been well established during the life of this litigation. A DOS employee is not a DOS OIG employee and does not have access to DOS OIG documents or reports. DOS and DOS OIG also have separate Touhy regulations. I explained this on our phone call after the deposition on February 25, 2026.

With respect to your question on the court order, Judge Memmer prohibited discovery regarding the non-suited Virginia State Court Litigation. Specifically, Judge Memmer held: "[T]he parties are prohibited from questioning deponents or seeking further discovery about the filing of the Virginia State Court Litigation or communications between MSA, DoS, and/or SoS OIG regarding MSA's submission of the complaints and summons in the Virginia State Court Litigation." ECF No. 239 at 10. The subpoena requests "[a]ll findings, reports memoranda, analyses, or conclusions by Zachary Baumgart or OIG concerning whether the civil action filed by Michael Stapleton Associates against Dr. Karen Iovino in Arlington County Circuit Court (Virginia) had a chilling effect on witnesses or potential witnesses in the related OIG investigation, including any materials referenced in or related to the Affidavit of Zachary Baumgart dated April 23, 2019." Thus, the subpoena requests information for which the court has issued a protective order.

As to your last question on "whether the report exists," the subpoena does not suggest that you are seeking a single report, but instead seeks documents and reports on a variety of topics, so we are unable to answer this question.

I look forward to your response by the end of the day as to whether you are withdrawing this subpoena.

Thanks,
Krista

---

**From:** Stephani Ayers <Stephania@whistleblower.org>
**Sent:** Wednesday, March 18, 2026 7:53 AM
**To:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Cc:** Kristin Berg <kristinb@whistleblower.org>
**Subject:** [EXTERNAL] Re: Iovino v. MSA/Subpoena to DOS

Hi Krista:

Did someone speak to you about this?

Thank you for sharing your concerns with us.  Just to reassure you, it definitely was not my intent to bother an employee but rather that she was a witness with which  we had a connection.

My understanding is the OIG is part of DOS.  Are you representing that a DOS employee cannot see OIG reports and/or are you representing DOS generally doesn't  have access to the final reports?

What do you think is the violation of order?

Can you confirm whether someone has simply looked to see whether this report exists and is accessible ?

Stephani

---

**From:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Sent:** Friday, February 27, 2026 2:24 PM
**To:** Kristin Berg <kristinb@whistleblower.org>; Greenstein, Jaclyn D <greensteinjd@state.gov>; Daniel Ward <dan@wardberry.com>; Chelsea Cruz <chelsea@wardberry.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Jack Kolar <jackk@whistleblower.org>; Thad Guyer <thad@guyerayers.com>; Marianne Fichtel <mariannef@whistleblower.org>; karenvet93@gmail.com <karenvet93@gmail.com>; Jared Guyer <JaredG@whistleblower.org>; Legal1Up Project Management <projects@legal1up.com>; Michel Salas <mich@legal1up.com>; Nate Adams <nadams@nadamslaw.com>
**Subject:** RE: Iovino v. MSA/Subpoena to DOS

Hi Kristen and Stephani,

As a follow-up to this subpoena, we are asking for Plaintiff to withdraw it for several reasons.

First, the subpoena is not sent to the correct agency. The subpoena seeks documents from DOS OIG, but it is sent to a DOS employee.

Second, you indicate that the subpoena was sent to DOS, but even if that were the right agency, there needs to be a Touhy request in accordance with the regulations in addition to any subpoena.

Third, the request is very belated. It was sent on Tuesday, less than a week before the close of discovery in this case, seeking information on topics that Plaintiff appears to have known about for several years and could have been included in the original Touhy request to OIG.

Last, we note that the information does not seem relevant and appears to seek information that Judge Memmer issued a protective order on (ECF No. 239).

I am out of the office on Monday and Tuesday with no availability, but if we need to raise the issue with Judge Memmer, perhaps we can do that Wednesday.

Thanks,

Krista

---

**From:** Kristin Berg <kristinb@whistleblower.org>
**Sent:** Tuesday, February 24, 2026 12:57 AM
**To:** Greenstein, Jaclyn D <greensteinjd@state.gov>; Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>; Daniel Ward <dan@wardberry.com>; Chelsea Cruz <chelsea@wardberry.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Jack Kolar <jackk@whistleblower.org>; Thad Guyer <thad@guyerayers.com>; Marianne Fichtel <mariannef@whistleblower.org>; karenvet93@gmail.com; Jared Guyer <JaredG@whistleblower.org>; Legal1Up Project Management <projects@legal1up.com>; Michel Salas <mich@legal1up.com>; Nate Adams <nadams@nadamslaw.com>

**Subject:** [EXTERNAL] Iovino v. MSA/Subpoena to DOS

All,

Attached please find a courtesy copy of a subpoena duces tecum to the U.S. Department of State concerning investigation findings from Zach Baumgart (DOS OIG) related to Dr. Iovino's case.

Documents are requested to be provided at the DOS 30(b)(6) deposition on February 26, 2026, or via email by the March 3, 2026, discovery deadline.

It will be served to the Department of State's Office of the Executive Secretariat.

Best regards,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006

Main Office Number: (202) 457-0034

My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers