IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

------------------------------------------
                              :

KAREN IOVINO,                      :

Plaintiff and Counterclaim Defendant, :

   v.                             : Case No.

MICHAEL STAPLETON ASSOCIATES, LTD.,   : 5:21-CV-

d/b/a MSA SECURITY, INC.,          : 00064-TTC

Defendant and Counterclaim Plaintiff. :
------------------------------------------

Video deposition of DR. KAREN IOVINO, the

Plaintiff and Counterclaim Defendant herein, held at

Ward & Berry, PLLC, 1751 Pinnacle Drive, Suite 900,

Tysons, Virginia, commencing at 10:49 a.m. on

Wednesday, September 6, 2023 and the proceedings

being taken down by stenotype and transcribed by

Catherine B. Crump, a Notary Public in and for the

Commonwealth of Virginia.

A.     There were numerous IG investigations. They were investigating my complaint of waste, fraud, and abuse and they were also investigating my retaliation claim.

Q.     And your contention was they weren't moving fast enough?

A.     We were in a furlough.

Q.     Okay.  I understand the reason, but your contention is they weren't moving fast enough?

A.     Correct.

MR. ADAMS:  Asked and answered.

MR. WARD:  It wasn't answered.

MR. ADAMS:  Yeah.

BY MR. WARD:

Q.     Who were you dealing with at the IG?

A.     The lead investigator was Zach Baumgart. I don't know if I'm pronouncing his last name correctly.

Q.     And did you -- did he say anything to you about we're not moving fast because we're in a furlough?

A.     No.

