# Exhibit 1

| | |
|---|---|
| **From:** | Kristin Berg |
| **To:** | Greenstein, Jaclyn D; Frith, Krista (USAVAW); Daniel Ward; Chelsea Cruz |
| **Cc:** | Stephani Ayers; Jack Kolar; Thad Guyer; Marianne Fichtel; karenvet93@gmail.com; Jared Guyer; Legal1Up Project Management; Michel Salas; Nate Adams |
| **Subject:** | [EXTERNAL] Iovino v. MSA/Subpoena to DOS |
| **Date:** | Tuesday, February 24, 2026 12:57:44 AM |
| **Attachments:** | Subpoena_DOS_Sharon James.pdf |
| | Rider to Subpoena.pdf |

All,

Attached please find a courtesy copy of a subpoena duces tecum to the U.S. Department of State concerning investigation findings from Zach Baumgart (DOS OIG) related to Dr. Iovino's case.

Documents are requested to be provided at the DOS 30(b)(6) deposition on February 26, 2026, or via email by the March 3, 2026, discovery deadline.

It will be served to the Department of State's Office of the Executive Secretariat.

Best regards,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006
Main Office Number: (202) 457-0034
My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers