# Exhibit 3

## Attachment A

**Please apply the following definition for documents:** The term "document," as used herein, shall mean the original and any copy, regardless of origin or location, of any electronic, written, typed, printed, reproduced, filmed and/or recorded material pertaining, describing, referring, addressing, summarizing or relating directly or indirectly, in whole or in part, to the subject matter or the particular subject of inquiry which "document" is in your possession, custody or control, or the possession, custody or control of your agent, servant or employee, including, without limitation, the following: electronic mails, web pages or postings, text messages, "Tweets", agreements, applications, submissions, attachments, contracts, proposals, bids, memoranda, orders, letters, telexes, telegrams, billings, receipts, invoices, drawings, diagrams, schematics, plans, rough notes, log books, diaries, reports, surveys, messages, summaries, findings, policy statements, directives, manuals, guidelines, instructions, requests, responses, ratings, rankings, appraisals, evaluations, recommendations, or any other writings or tangible things on which any handwriting, typing, printing, photostatic or other form of communication is or are recorded or reproduced, as well as all notations on the foregoing, including originals, all file copies and all other copies of the foregoing, together with all drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such documents, whether used or not. The word "document" shall include all related metadata, including author, recipient, cc, bcc, subject, date and time (received, sent, created, and/or modified), and custodian

### 1. Investigations Related to the Whistleblower Complaint

All findings, reports, recommendations, and summaries, resulting from investigations led or supervised by Zachary Baumgart, Assistant Special Agent-in-Charge, Office of Inspector General (OIG), U.S. Department of State, concerning the whistleblower complaint filed by Dr. Karen Iovino on or about July/August 2017 regarding alleged misconduct at the Canine Validation Center (CVC) between August 2015 and December 2019, including but not limited to allegations of:

- Time sheet fraud;

- Misuse of government-leased or government-rented vehicles;

- Misuse of government-purchased equipment or materials;

- Improper hiring practices, including hiring of personal associates;

- Procurement of EDC candidates from personal associates or friends.

### 2. Investigations Concerning MSA and the CVC

All findings, reports, recommendations, and summaries, relating to any investigation conducted by OIG concerning Michael Stapleton Associates in connection with operations at the Canine Validation Center in Winchester, Virginia, from 2015 through present.

### 3. Investigations Concerning EDC Detection Failures (ATA Program)

All findings, reports, recommendations, and summaries, arising from investigations led or supervised by Zachary Baumgart concerning explosive detection canines provided by Michael Stapleton Associates under the U.S. Department of State Anti-Terrorism Assistance (ATA) Program that were alleged to have failed to detect explosives or were otherwise deficient, from from 2015 through present.

### 4. Investigations Concerning Diplomatic Security EDC Detection Failures

All findings, reports, recommendations, and summaries, arising from investigations led or supervised by Zachary Baumgart concerning explosive detection canines contracted or owned by the U.S. Department of State Diplomatic Security Service and trained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), which were alleged to have failed to detect explosives, from 2015 through present.

### 5. Findings Regarding Alleged Chilling Effect of Civil Litigation

All findings, reports, memoranda, analyses, or conclusions by Zachary Baumgart or OIG concerning whether the civil action filed by Michael Stapleton Associates against Dr. Karen Iovino in Arlington County Circuit Court (Virginia) had a chilling effect on witnesses or potential witnesses in the related OIG investigation, including any materials referenced in or related to the Affidavit of Zachary Baumgart dated April 23, 2019.