**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**DR. KAREN IOVINO,**

    Plaintiff,

v.                                  Case No. 5:21-CV-00064-TTC

**MICHAEL STAPLETON ASSOCIATES, LTD.,**
**d.b.a. MSA SECURITY, INC.,**

    Defendant.

_____

### DECLARATION OF THAD M. GUYER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Thad M. Guyer, declare as follows:

I am a member in good standing of the Oregon State Bar and am admitted to practice before this Court pro hac vice. I am counsel of record for Plaintiff Dr. Karen Iovino in this action. I make this declaration based upon my personal knowledge.

In support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, I submit the exhibits identified below. Each exhibit is a true and correct copy of the original document or has otherwise been authenticated through the discovery process in this litigation.

**TRANSCRIPT EXCERPTS**

**Exhibit 1:** Deposition Transcript Excerpts of James Olds (Jan. 8, 2026).

**Exhibit 2:** Deposition Transcript Excerpts of Jeffrey McDermott, OIG 30(b)(6) Designee (Jan. 9, 2026).

**Exhibit 3:** Deposition Transcript Excerpts of Jennifer Hartley (Jan. 15, 2026).

**Exhibit 4:** Deposition Transcript Excerpts of Michael Ratcliff (Jan. 22, 2026).

**Exhibit 5:** Deposition Transcript Excerpts of Gerald Goss (Jan. 30, 2026).

**Exhibit 6:** Deposition Transcript Excerpts of Michael Hayes (Feb. 13, 2026).

**Exhibit 7:** Deposition Transcript Excerpts of Dr. Lee Palmer (Feb. 17, 2026).

**Exhibit 8:** Deposition Transcript Excerpts of Peter Deegan (Feb. 17, 2026).

**Exhibit 9:** Deposition Transcript Excerpts of Nick Sabruno (Feb. 23, 2026).

**Exhibit 10:** Deposition Transcript Excerpts of Kevin Dragnett, MSA 30(b)(6)
Corporate Designee (Feb. 24, 2026).

**Exhibit 11:** Deposition Transcript Excerpts of Alan Bower (Feb. 25, 2026).

**Exhibit 12:** Deposition Transcript Excerpts of Sharon James, DoS 30(b)(6)
Institutional Designee (Feb. 26, 2026).

**Exhibit 13: Deposition Transcript Excerpts of Dr. Karen Iovino, Vol. I (Sept.
6, 2023).**

**DEPOSITION EXHIBITS**

**Exhibit A:** CEO Commendation Letter to Dr. Karen Iovino, dated April 19, 2017
(IOVINO_00000036–37).

**Exhibit B:** MSA Suspension Memorandum, dated August 4, 2017
(IOVINO_00000045).

**Exhibit C:** Declaration of Michael Ratcliff, dated July 5, 2019
(IOVINO_00000502–508).

**Exhibit D:** OIG Interview Summaries — Roberts, Ratcliff, Bower, and Read
(unredacted) (DOS OIG000136–147).

**Exhibit E:** OIG Interview Summary of Cathy Read (DOS OIG000147).

**Exhibit F:** Contract Technical Proposal / PWS Modification (IOVINO_00009206–9215).

**Exhibit G:** Email Exchange between Dr. Iovino and Michael Ratcliff, July 14–17, 2017 (IOVINO_00000232–233).

**Exhibit H:** Houston Final Warning Memorandum, dated October 25, 2018.

**Exhibit I:** Dr. Iovino Contemporaneous Notes, December 22, 2016 (IOVINO_00000035–38).

**Exhibit J:** OIG Interview Summary of Peter Deegan, November 15, 2017 (IOVINO_00000158–159).

**Exhibit K:** CVC Veterinarian Position Description (IOVINO_00000225–236).

**Exhibit L:** MSA Suspension / Administrative Leave Memorandum, August 4, 2017 (IOVINO_00000045).

**Exhibit M:** MSA Termination Letter to Dr. Karen Iovino, dated August 18, 2017 (IOVINO_00000272).

**Exhibit N:** Email Exchange between Dr. Iovino and Peter Deegan, July 25–26, 2017 (IOVINO_00000261).

**Exhibit O:** Declaration of Michael Ratcliff, dated July 5, 2019 (IOVINO_00000502–508) (Deegan Deposition).

**Exhibit P:** Dr. Iovino Contemporaneous Notes, January 5, 2017 (Confrontation re Houston Documentation) (PLT-AGD-013).

**Exhibit Q:** Dr. Iovino Contemporaneous Notes, January 4, 2017 (Confrontation re Houston) (PLT-JH-011).

**Exhibit R:** Dr. Iovino Contemporaneous Notes, January 5, 2017 (PLT-MH-015).

**Exhibit S:** Dr. Iovino Contemporaneous Notes, May 10–11, 2017 (Supervisory Duties Removed) (PLT-AGD-014).

**Exhibit T:** Dr. Iovino Contemporaneous Notes, July 31, 2017 (Position Meeting with Hayes) (PLT-MH-020).

**Exhibit U:** Dr. Iovino Contemporaneous Notes, August 2, 2017 (Isolation Instructions) (PLT-AGD-015).

**Exhibit V:** Dr. Iovino Contemporaneous Notes (Isolation) (PLT-JH-010).

**Exhibit W:** Dr. Iovino Contemporaneous Notes, August 2, 2017 (Isolation) (PLT-MH-011).

**Exhibit X:** OIG Management Assistance Report, August 2018 (Confidentiality Violations) (PLT-DoS-011).

**Exhibit Y:** Letter from DoS Acting Procurement Executive re Reinstatement (PLT-MR-018).

**Exhibit Z:** DOS Reinstatement Order, October 3, 2018 (PLT-AB-018).

**NON-DEPOSITION EXHIBITS**

**Exhibit 15:** Declaration of Dr. Karen Iovino in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

**Exhibit 16:** Email Chain, Nick Sabruno to Barno and Bachman, dated August 1, 2017 (DOS-IOVINO-00671–674).

**Exhibit 17:** Department of State OIG Request for Information to Dr. Iovino, dated July 10, 2017 (DOS-IOVINO-00151).

**Exhibit 18:** Dr. Iovino Response to OIG Request for Information, dated July 28, 2017 (DOS-IOVINO-00150).

4

**Exhibit 19:** Cathy Read Email Forwarding Dr. Iovino's OIG Submission, dated July 29, 2017 (DOS-IOVINO-00039, -00164).

**Exhibit 20:** Cathy Read Email to Nick Sabruno (FW: OIG Hotline – Request for Information), dated August 1, 2017 (DOS-IOVINO-00176–177).

**Exhibit 21:** OIG Report of Investigation, dated July 5, 2018 (excerpts) (DOS OIG000145–147).

**Exhibit 22:** MSA OIG Response Matrix (IOVINO_00000510–514).

**Exhibit 23:** Email Exchange between Dr. Iovino and Peter Deegan, July 25–26, 2017 (ECF 251-1, Exhibit Q; IOVINO_00000261).

**Exhibit 24:** Email from Michael Ratcliff re Hiring Decision, dated July 26, 2017 (ECF 251-1, Exhibit R).

**Exhibit 25:** Hiring Decision & Justification, dated July 26, 2017 (ECF 251-1, Exhibit S).

**Exhibit 26:** OIG Interview Summary of Michael Ratcliff, March 26, 2018 (DOS OIG000140–141).

**Exhibit 27:** OIG Interview Summary of Alan Bower, November 16, 2017 (DOS OIG000139).

**Exhibit 28:** Department of State OIG Production at page 702 (documenting 'canned' response language).

**Exhibit 29:** Dr. Iovino Contemporaneous Notes, July 24, 2017 (Meeting Exclusion — ATA Laptop Program) (PLT-MH-019).

I declare under penalty of perjury under the laws of the United States of America,

pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on April 1, 2026.


/s/ *Thad M. Guyer*

_____

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street, P.O. Box 1061
Medford, OR 97501
(202) 417-3910
thad@guyerayers.com