**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**


**KAREN IOVINO,**

      Plaintiff,

v.                                                                    No. 5:21-CV-00064-TTC

**MICHAEL STAPLETON ASSOCIATES,**
**LTD. d/b/a MSA SECURITY, INC.,**

      Defendant

_____

<u>**PLAINTIFF'S CONSENT MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE**</u>
<u>**REPLY RE SUMMARY JUDGMENT**</u>

Plaintiff Karen Iovino, by counsel, respectfully moves this Court for a one-day extension of time, from Thursday, April 9, 2026, to Friday, April 10, 2026, to submit her reply to MSA's opposition to her motion for summary judgment against the counterclaim. In support of this motion, Plaintiff states as follows:

1. The current deadline for the reply filings is Thursday, April 9, 2026.

2. This extension will not interfere with the oral argument on summary judgment motions scheduled for May 1, 2026.

3. Good cause exists for this brief extension due to the ever more serious health issues and medical challenges involving co-counsel John (Jack) Kolar, which have necessitated his medical leave. Thad Guyer just departed Belgrade, Serbia to assist after assisting fellow whistleblower NGO https://pistaljka.rs/ with the case of *Josifovski v. Serbia*, Application no. 6470/25, European Court of Human Rights, Third Section, communicated on 26 February 2026. Mr. Guyer is in transit to Paris.

1

4.  The final but unvalidated draft of the Reply was delayed by illness of staff contractor Jared L. Guyer and provided several hours ago.  However, due to unexpected and extensive transportation delays, the undersigned counsel will have no opportunity to work on the Reply until tonight, before transmitting it to validation staff on Friday.

5.  MSA does not object to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for filing her Reply to April 10, 2026.

Dated: April 9, 2026

Respectfully submitted,

*/s/ Thad M. Guyer*

_____
Thad M. Guyer, Esq.
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
Phone: (206) 941-2869
Email: thad@guyerayers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2026, a true and correct copy of the foregoing was served via electronic mail upon counsel for the Defendant:

Daniel Sage Ward, Esq.
Ward & Berry, PLLC
Email: dan@wardberry.com

 /s/ *Thad M. Guyer*

2