IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

KAREN IOVINO,                                              No. 5:21-CV-00064-TTC

Plaintiff,

v.

MICHAEL STAPLETON ASSOCIATES, LTD.

d/b/a MSA SECURITY, INC.,

Defendant.

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH SEALING ORDER

Plaintiff Karen Iovino, by counsel, respectfully moves this Court for a brief extension of time, from Friday, April 24, 2026, to Monday, April 27, 2026, to comply with the Minute Order docketed at ECF No. 286. In support of this motion, Plaintiff states as follows:

1. The current deadline for Plaintiff to comply with the Minute Order (ECF No. 286) is Friday, April 24, 2026. The order directs Plaintiff to refile her brief (ECF No. 275) with each exhibit attached individually, and to file Exhibits E and M with appropriate redactions or under seal.

2. Good cause exists for this brief extension of time through Monday, April 27, 2026. The undersigned counsel must depart for a long flight from Serbia back to the United States starting tomorrow morning, April 24, 2026, and is currently finalizing matters for departure, making it impossible to complete the required refiling today, April 23, 2026.

3. Counsel for Plaintiff has conferred with counsel for Defendant MSA, Daniel Ward, and this motion is unopposed. Counsel Ward stated that he had "No problem" with the extension, noting that the compliance task is a "largely ministerial task."

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for compliance with the Minute Order (ECF No. 286) to Monday, April 27, 2026.

Dated: April 23, 2026

Respectfully submitted,

/s/ Thad M. Guyer
Thad M. Guyer, Esq.
T.M. Guyer & Friends, PC
P.O. Box 1061
Medford, OR 97501
Phone: (206) 941-2869
Email: thad@guyerayers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2026, a true and correct copy of the foregoing was served via electronic mail upon counsel for the Defendant:

Daniel Sage Ward, Esq.

Ward & Berry, PLLC

Email: dan@wardberry.com

/s/ Thad M. Guyer