**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF VIRGINIA**

**HARRISONBURG DIVISION**

| | |
|---|---|
| | ) |
| **KAREN IOVINO,** | ) |
| *Plaintiff,* | ) |
| v. | ) **Case No. 5:21-CV-00064-TTC** |
| | ) |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) |
| d/b/a MSA SECURITY, INC., | ) |
| *Defendant.* | ) |

**PLAINTIFF'S WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Trial Order (ECF No. 260), Plaintiff Karen Iovino hereby discloses the following witnesses she expects to present and those she may call if the need arises at the jury trial scheduled for June 1–12, 2026.

**I. WITNESSES PLAINTIFF EXPECTS TO CALL IN HER CASE-IN-CHIEF**

| Wtn. No. | Witness Name | Title / Relationship | Summary of Anticipated Testimony |
|---|---|---|---|
| **W-1** | Dr. Karen Iovino | Plaintiff / Former CVC Part-Time Veterinarian | Plaintiff and former part-time veterinarian at the Canine Validation Center, Kabul, Afghanistan. Will testify regarding protected disclosures to the Department of State Office of Inspector General concerning animal welfare and safety conditions, chronology of events from complaint through termination, and resulting economic and emotional harm. |
| **W-2** | Gerald Goss | CEO / EVP Government Programs, MSA Security | Senior executive overseeing CVC operations. Will testify regarding decision-making authority over Plaintiff's employment, communications with Department of State officials regarding Plaintiff, characterization of Plaintiff after learning of the OIG |

| | | | |
|---|---|---|---|
| | | | complaint, and stated rationale for position elimination. |
| W-3* | Jeffrey McDermott | Lead OIG Investigator / OIG 30(b)(6) Designee | Department of State Inspector General investigator who conducted the investigation resulting in the July 2018 Report of Investigation. Testimony expected to be presented by deposition designation regarding scope of investigation, date and nature of protected disclosure, institutional review process, and investigation findings. |
| W-4 | Nick Sabruno | Office Director (OPO/ATA), Bureau of Diplomatic Security | Senior Department of State official in the chain of command overseeing CVC who received forwarded OIG complaint materials. Will testify regarding information chain from Department of State to MSA site management, characterization of Plaintiff's complaints, and communications referencing Plaintiff's employment status. |
| W-5 | Dr. Michael Ratcliff | MSA Medical Director / CVC Leadership | MSA medical director who recruited Plaintiff's replacement. Will testify regarding circumstances of replacement veterinarian recruitment, asserted rationale for replacement selection, and post-termination declarations. |
| W-6 | Jennifer Hartley (f/k/a Houston) | Former CVC Employee | Similarly situated MSA employee with documented performance and conduct issues who was not terminated. Will testify regarding workplace conditions at CVC and treatment of employees with documented misconduct. |
| W-7* | Sharon James | DOS 30(b)(6) Designee | Institutional representative for the Department of State. Testimony expected to be presented by deposition designation regarding the June 2017 Performance Work Statement amendment, Department of State stated non-involvement in contractor personnel decisions, and institutional communications concerning Plaintiff. |
| W-8* | Kevin Dragnett | MSA 30(b)(6) Designee | Institutional representative for MSA Security. Testimony expected to be presented by deposition designation regarding MSA's position on the executive-direction defense under 41 U.S.C. § 4712(a)(3)(B), damages methodology for counterclaim, and corporate knowledge of protected activity. |

| W-9 | Dr. Hankins | Economist / Damages Expert | Expert economist retained to calculate lost earnings. Will testify regarding back pay, front pay, and economic damages resulting from termination. Expert report previously disclosed pursuant to Rule 26(a)(2). |
| W-10 | Dr. Garrick | Psychologist / Damages Expert | Evaluating psychologist. Will testify regarding emotional distress, psychological impact of termination, and causation. Assessment previously disclosed pursuant to Rule 26(a)(2). |
| W-11 | David Hamilton Kiser | Spouse of Plaintiff | Husband of Dr. Karen Iovino. Will testify regarding (a) personal observations of the emotional distress he saw his wife experience following MSA's August 4, 2017 placement of her on administrative leave and August 18, 2017 termination, including observed changes in mood, sleep patterns, and daily functioning; and (b) the impact of MSA's adverse actions on the couple's family and household life, including disruption of household routines, financial pressure, strain on the marital relationship, and the long-term effects of involuntary career displacement on the family unit. |

*\* Witnesses W-3 (McDermott), W-7 (James), and W-8 (Dragnett) are currently anticipated to be presented by deposition designation pursuant to the Court's Trial Order (ECF No. 260, ¶3). Plaintiff reserves the right to present any such witness live, consistent with the Trial Order, and cross-references Plaintiff's Deposition Designations (to be filed by the 28-day deadline under ¶3) for the scope of presentation.*

## II. WITNESSES PLAINTIFF MAY CALL IF THE NEED ARISES

| Wtn. No. | Witness Name | Title / Relationship | Summary of Anticipated Testimony |
|---|---|---|---|
| W-12 | Peter Deegan | VP Human Resources, MSA Security | HR executive involved in suspension and termination process. May testify regarding HR investigation procedures, preparation of termination correspondence, and absence of progressive discipline prior to Plaintiff's OIG complaint. |
| W-13 | Alan Bower | Deputy Program Manager, MSA/CVC | On-site supervisor. May testify regarding site management of Plaintiff, isolation instructions, communications with senior |

| | | | management, and awareness of replacement veterinarian recruitment. |
|---|---|---|---|
| W-14 | Cathy Read | DOS AQM Director (Retired) | Department of State official who forwarded Plaintiff's communications through the Department hierarchy. May testify regarding the information chain and institutional handling of whistleblower complaints. |
| W-15 | Dr. Lee Palmer | Replacement Veterinarian | Veterinarian recruited to replace Plaintiff. May testify regarding circumstances of recruitment, absence of formal interview process, and timeline of selection. |
| W-16 | Michael Hayes | Site Manager (Bakersfield), MSA | Remote site manager. May testify regarding Plaintiff's work performance and site operations. |
| W-17 | Anna Garcia-Durr | Former CVC Employee | CVC employee with knowledge of workplace conditions. May testify regarding CVC operations and management practices. Durr was a State Dept. employee, the contracting officer (depo 12-13) |
| W-18 | James Olds | COR, Department of State | Department of State Contracting Officer's Representative. May testify regarding Department of State communications concerning Plaintiff. |
| W-19 | Ben Orndorff | Kennel Technician | MSA Kennel Technician. May testify regarding canine operations and events leading to Plaintiff's termination |
| W-20 | Any and all witnesses identified by Defendant | -- | Reservation of right to call any witness identified by Defendant in Defendant's witness list or pretrial disclosures. |
| W-21 | Any and all witnesses called by Defendant | -- | Reservation of right to examine any witness Defendant calls in its case-in-chief, for cross-examination or any other appropriate purpose. |
| W-22 | Any impeachment or rebuttal witnesses | -- | Reservation of right to call any witness necessary for impeachment or rebuttal of Defendant's evidence or testimony. |
| W-23 | Any custodian of records necessary to authenticate documents | -- | Reservation of right to call any custodian of records necessary to authenticate documents offered into evidence. |

## III. REBUTTAL WITNESS

| Wtn. No. | Witness Name | Title / Relationship | Summary of Anticipated Testimony |
|---|---|---|---|
| **W-24** | Dr. Karen Iovino | Plaintiff (Rebuttal) | Plaintiff may be recalled in rebuttal to address specific defense evidence or testimony not anticipated in the case-in-chief. |

## WITNESS ADDRESSES

*Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i) and the Court's Trial Order (ECF No. 260, ¶2), addresses for each witness are set forth below. Current-versus-former employment status has been preliminarily derived from sworn deposition testimony (January–February 2026); final service addresses are being populated by plaintiff's counsel and GAP from Rule 45 subpoena service records, Rule 26(a)(2) expert reports, and agency/counsel contacts, and will be finalized before filing. Telephone numbers are not required by the Trial Order; any telephone numbers previously disclosed in plaintiff's Rule 26(a)(1) Initial Disclosures remain available on request.*

| Wtn. No. | Witness Name | Address |
|---|---|---|
| **W-1** | Dr. Karen Iovino | c/o T.M. Guyer & Friends, PC, 116 Mistletoe Street, P.O. Box 1061, Medford, OR 97501 |
| **W-2** | Gerald Goss | c/o MSA Security via Ward & Berry, PLLC, 2000 Pennsylvania Ave NW, Washington, DC 20006 |
| **W-3\*** | Jeffrey McDermott | c/o U.S. Department of State, Office of Inspector General, Washington, D.C. |
| **W-4** | Nick Sabruno | c/o U.S. Department of State, Congressional & Litigation Support Office, Office of the Executive Secretariat (S/ES-EX), Room 1464, U.S. Department of State, 2201 C Street, N.W., Washington, D.C. 20520 / Navarre, FL |
| **W-5** | Dr. Michael Ratcliff | c/o MSA Security via Ward & Berry, PLLC, 2000 Pennsylvania Ave NW, Washington, DC 20006 |
| **W-6** | Jennifer Hartley (f/k/a Houston) | c/o MSA Security via Ward & Berry, PLLC, 2000 Pennsylvania Ave NW, Washington, DC 20006 |
| **W-7\*** | Sharon James | c/o U.S. Department of State, Congressional & Litigation Support Office, Office of the Executive Secretariat (S/ES-EX), Room 1464, U.S. Department of State, 2201 C Street, N.W., Washington, D.C. 20520 |
| **W-8\*** | Kevin Dragnett | c/o MSA Security via Ward & Berry, PLLC, 2000 Pennsylvania Ave NW, Washington, DC 20006 |
| **W-9** | Dr. Hankins | 115 West Main Street, Jonesborough, TN 37659 |
| **W-10** | Dr. Garrick | 1222 La Paz Street, Pensacola, FL 32506 |

| **W-11** | David Hamilton Kiser | c/o T.M. Guyer & Friends, PC, 116 Mistletoe Street, P.O. Box 1061, Medford, OR 97501 |
|---|---|---|
| **W-12** | Peter Deegan | 6 King Hill Ct, Denville, NJ 07834 |
| **W-13** | Alan Bower | c/o MSA Security via Ward & Berry, PLLC, 2000 Pennsylvania Ave NW, Washington, DC 20006 |
| **W-14** | Cathy Read | c/o U.S. Department of State, Congressional & Litigation Support Office, Office of the Executive Secretariat (S/ES-EX), Room 1464, U.S. Department of State, 2201 C Street, N.W., Washington, D.C. 20520 / Jacksonville, FL |
| **W-15** | Dr. Lee Palmer | 1883 Quail Hollow, Auburn, AL 36830 |
| **W-16** | Michael Hayes | c/o MSA Security via Ward & Berry, PLLC, 2000 Pennsylvania Ave NW, Washington, DC 20006 / Bakersfield, CA |
| **W-17** | Anna Garcia-Durr | c/o U.S. Department of State, Congressional & Litigation Support Office, Office of the Executive Secretariat (S/ES-EX), Room 1464, U.S. Department of State, 2201 C Street, N.W., Washington, D.C. 20520 |
| **W-18** | James Olds | c/o U.S. Department of State, Congressional & Litigation Support Office, Office of the Executive Secretariat (S/ES-EX), Room 1464, U.S. Department of State, 2201 C Street, N.W., Washington, D.C. 20520 |
| **W-19** | Ben Orndorff | 216 East Fairfax Lane, Winchester, VA 22601 |
| **W-24** | Dr. Karen Iovino (rebuttal) | c/o T.M. Guyer & Friends, PC, 116 Mistletoe Street, P.O. Box 1061, Medford, OR 97501 |

Dated: April 27, 2026

Respectfully submitted,

/s/ John A. Kolar

_____

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
jackk@whistleblower.org

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street P.O. Box 1061
Medford, OR 97501
(202) 417-3910
thad@guyerayers.com

Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
nadams@nadamslaw.com


*Attorneys for Plaintiff Dr. Karen Iovino*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of Court of the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system:

Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
ryan@wardberry.com
dan@wardberry.com
chelsea@wardberry.com


/s/ John A. Kolar

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
jackk@whistleblower.org