# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL STAPLETON ASSOCIATES,** | ) | **No. 5:21-CV-00064-TTC** |
| **LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) and the Court's Trial Order (ECF 260), Plaintiff Karen Iovino identifies the following exhibits she expects to offer in her case-in-chief at trial, together with those exhibits she may offer if the need arises.

## A. EXHIBITS EXPECTED TO BE OFFERED

| Exhibit No. | Description | Date | Author / From-To | Bates / ID No. | Objection |
|---|---|---|---|---|---|
| **PX-001** | **Sabruno-Bachman "Fire the Vet" Email Chain (Aug. 1-4, 2017).** Email chain among DoS officials Cathy Read, Nick Sabruno, and Susan Bachman concerning Plaintiff's MSA employment status, including Read's statement "MSA was supposed to terminate her last week" and Bachman's reply "We can still fire the vet." | Aug. 1-4, 2017 | Read → Sabruno → Bachman (DoS officials) | DOS-IOVINO-00671-00675 | |
| **PX-002** | **DoS Contract PWS Modification 1 — Position Conversion to Full-Time (June 26, 2017).** MSA's Performance Work Statement Response — Modification 1 — for DoS Contract S-AQMMA-16-D-0106 (Canine Validation Center). Personnel chart at IOVINO_00009215 states: "Hospital Vet currently part- | Jun. 26, 2017 | MSA Security to U.S. Department of State | IOVINO_00009206-00009215 | |

| | | | | | |
|---|---|---|---|---|---|
| | time, Recommend convert to full-time: New Position." | | | | |
| PX-003 | **DoS OIG Action Memo and Report of Investigation under 41 U.S.C. § 4712 (July 5, 2018).** Office of Inspector General Action Memo for the Secretary plus Report of Investigation in OIG Whistleblower Case 2017-0044, in which OIG substantiated the retaliation allegation. | Jul. 5, 2018 | Steve A. Linick, Inspector General (DoS OIG) | IOVINO_0000 0345-00000355; alt. IOVINO_0000 0008-00000018 | |
| PX-004 | **DoS Final Determination and Order under 41 U.S.C. § 4712 (October 30, 2019).** Department of State Final Determination signed by Sharon James (Senior Procurement Executive, DoS) addressed to MSA counsel Ryan C. Berry (Ward & Berry) and Nate L. Adams III. Agency concluded MSA did not subject Plaintiff to a reprisal under § 4712(a) and issued an Order denying relief; pursuant to § 4712(c)(2) and DOSAR § 603.905, Plaintiff was authorized to bring a de novo action against MSA in U.S. District Court — the procedural predicate for this lawsuit. | Oct. 30, 2019 | Sharon James, DoS Senior Procurement Executive — to Ryan C. Berry (Ward & Berry) and Nate L. Adams III. | IOVINO_0000 0001-00000007 | |
| PX-005 | **Iovino OIG Hotline Complaint (July 6, 2017).** OIG Hotline Submission Form filed by Plaintiff alleging contractor retaliation, animal welfare concerns, and confidentiality issues at the Canine Validation Center; transmitted to investigator Jeffrey McDermott via OIG Hotline staff. | Jul. 6, 2017 | Karen Iovino, DVM (Plaintiff) | IOVINO_0000 0022-00000023 | |
| PX-006 | **DoS OIG Management Assistance Report ESP-18-03 — Confidentiality Agreements (August 2018).** OIG report concluding that MSA's NDA violates federal law and prohibiting DoS from expending appropriated funds for the contract until MSA modifies or rescinds the NDA. | Aug. 2018 | DoS Office of Inspector General | IOVINO_0000 0547-00000552 (alt. IOVINO_0000 1339-00001344) | |
| PX-007 | **MSA CEO Commendation Letter to Dr. Iovino (April 19, 2017), with handwritten note from Gerald Goss (June 2017).** Letter from MSA Security Chief Executive Officer commending Plaintiff's | Apr. 19, 2017 | MSA Security CEO to Karen Iovino, DVM | IOVINO_0000 0036-00000037 | |

| | | | | | |
|---|---|---|---|---|---|
| | work on the Frank 9656 surgical case (March 16, 2017 emergency amputation), describing her "unparalleled amount of surgical skill and poise." Followed by handwritten note from Goss thanking Plaintiff for her dedication, leadership, and support. | | | | |
| PX-008 | **Iovino Suspension Narrative & Deegan Paid-Leave Email — Contemporaneous Composite (Aug. 4, 2017).** Two-document composite: (a) Plaintiff's contemporaneous narrative of the August 4, 2017 suspension event (~7:30 AM), in which MSA Deputy Program Manager Alan Bower and Lead Veterinarian Dr. Michael Ratcliff met Plaintiff at the CVC entrance and informed her she was suspended for "disclosing confidential information" (IOVINO_00000045); (b) email from Peter Deegan (MSA VP HR) to Plaintiff confirming paid administrative leave pending investigation, on the page following the narrative (IOVINO_00000046). | Aug. 4, 2017 | Karen Iovino, DVM (narrative); Peter Deegan (MSA VP HR) to Karen Iovino (email) | IOVINO_0000 0045-00000046 | |
| PX-009 | **MSA Termination Letter (August 18, 2017).** Termination letter to Karen Iovino, signed institutionally by "Human Resources Department / MSA Security," stating her "part time assignment as Veterinarian has come to completion as of today." | Aug. 18, 2017 | MSA Security HR Department to Karen Iovino | IOVINO_0000 0272 | |
| PX-010 | **DoS Reinstatement Order / Moore Determination (October 3, 2018).** DoS Order under 41 U.S.C. § 4712 reinstating Plaintiff's federal security clearance and authorizing her continued contract employment. Filed in 4th Circuit appellate appendix at USCA4 Appeal 18-2381, Doc 5-1, page 3. | Oct. 3, 2018 | U.S. Department of State (Moore Determination) | IOVINO_0000 0296-00000297 | |
| PX-011 | **MSA Goss and Ratcliff Declarations Bundle (July 2019).** Composite of MSA executive declarations submitted to supplement the administrative record in OIG | Jul. 2019 | Gerald Goss, EVP MSA; Michael Ratcliff, DVM, MSA | IOVINO_0000 0495-00000508 | |

| | | | | | |
|---|---|---|---|---|---|
| | Whistleblower Case 2017-0044: Declaration of Gerald Goss (MSA Executive VP) and Declaration of Dr. Michael Ratcliff (MSA Lead Veterinarian). | | | | |
| PX-012 | **Ward & Berry Rebuttal Letter to DoS OPE (August 2018).** Letter from MSA outside counsel Ward & Berry, PLLC to DoS Office of the Procurement Executive (Mackey) constituting MSA's rebuttal to the OIG Action Memo and Report of Investigation. | Aug. 2018 | Ward & Berry, PLLC (MSA counsel) to DoS OPE (Mackey) | DOS-IOVINO-00115-00127 | |
| PX-013 | **Read-Sabruno-James-Goss-Garcia DoS Information Chain Emails (July-August 2017).** Email chain among DoS officials forwarding internal communications and Iovino-related materials through the DoS hierarchy. Includes (a) Read / Sabruno / James email forwards (DOS-IOVINO-00028-00038); (b) further forwarded threads (DOS-IOVINO-00066-00067); and (c) the August 4-7, 2017 "Situational Report — MSA Administrative Internal Investigation regarding an employee matter at CVC" subchain (DOS-IOVINO-00071-00075): Goss → Anna M. Garcia (DoS), cc: Loren M. Bachman and Josh Carter — original Situational Report describing MSA stand-up under Dr. Michael Ratcliff as Veterinarian-In-Charge and referencing controlled substances ordered under Plaintiff's name; Goss → Cathy J. Read (Aug. 7, 11:11 AM); Sharon D. James → Read (Aug. 7, 11:21 AM, "Never knew nothing. She plays me ..."); Read → James (Aug. 7, 12:34 PM). | Jul.-Aug. 2017 | DoS officials: Read, Sabruno, James, Goss, Anna M. Garcia (state.gov), Bachman, Carter — internal information chain | DOS-IOVINO-00028-00038, -00066-00067, -00071-00075 | |
| PX-014 | **Goss "Situational Report" Email to MSA General Counsel (Aug. 4, 2017, 10:42 PM).** Email from MSA Executive Vice President Gerald Goss to MSA general counsel Valerie A. Price (cc: Michael Kennedy, Peter | Aug. 4, 2017 10:42 PM | Gerald Goss (MSA EVP) to Valerie A. Price (MSA GC); cc Kennedy, Deegan, Murphy, Bower | IOVINO_0000 0051-00000053 | |

| | | | | | |
|---|---|---|---|---|---|
| | Deegan, Cassandra Murphy, Alan Bower) marked "High Importance," subject "FW: Situational Report — MSA Administrative Internal Investigation regarding an employee matter at CVC." Sent the same evening as Plaintiff's suspension. | | | | |
| PX-015 | **Bower-to-Deegan Suspension Execution Email (Aug. 4, 2017, 8:32 AM).** Email from MSA Deputy Program Manager Alan Bower to MSA VP HR Peter Deegan (cc: Goss, Hayes), describing the morning suspension execution at 0736 hrs with Dr. Ratcliff as witness, including the "administrative investigation regarding confidential information" script Bower read to Plaintiff. | Aug. 4, 2017 8:32 AM | Alan Bower (MSA Deputy PM) to Peter Deegan (MSA VP HR) | IOVINO_0000 0050 | |
| PX-016 | **Dr. Lee Palmer Resume / CV.** Resume / CV of Dr. Lee Palmer, the veterinarian recruited by MSA to fill the position following Plaintiff's termination, including background, credentials, and prior employment history. | 2017 | Dr. Lee Palmer (Plaintiff's replacement vet) | IOVINO_0000 0141-00000152 | |
| PX-017 | **MSA Hiring Decision and Justification Memorandum — Ratcliff (July 25, 2017).** MSA Hiring Decision & Justification for the CVC ATA Full-time Veterinarian position, authored by Dr. Michael Ratcliff (Hiring Manager). Lists applicants Cuevas, Iovino, Orta, Palmer; documents preliminary screening logic. | Jul. 25, 2017 | Dr. Michael Ratcliff (MSA Lead Veterinarian) | IOVINO_0000 0137-00000139 | |
| PX-018 | **MSA BambooHR Applicant List for CVC Veterinarian Position.** MSA BambooHR-generated applicant list documenting the actual applicant pool for the position. | 2017 | MSA Security (BambooHR system) | IOVINO_0000 0127 | |
| PX-019 | **MSA CVC Veterinarian Position Description (2017).** Position description defining duties, qualifications, and reporting relationships for the position Plaintiff held. | 2017 | MSA Security | IOVINO_0000 0048-00000049 | |
| PX-020 | **Houston / Hartley Disciplinary Record — Composite (August 2016 - October 2018, 7 documents).** Composite of seven Jennifer Houston (now Hartley) | Aug. 2016 - Oct. 2018 | Iovino, Ratcliff, Olech, Palmer (MSA supervisors of Houston) | IOVINO_0000 0755; -00000789-791; -00000793-794; -00000796 | |

| | | | | | |
|---|---|---|---|---|---|
| | discipline documents: Aug. 23, 2016 Employee Counseling Memo authored by Karen Iovino as Houston's supervisor (Bower and Zane Roberts attended); Dec. 27, 2016 anesthesia oxygen incident memo (Ratcliff supervisor); Jun. 21, 2017 late-notification memo; Jun. 22, 2018 late-arrival MFR; Jun. 28, 2018 alcohol-impairment incident report (Palmer); Jul. 3, 2018 alcohol-impairment incident report (Olech); Oct. 15, 2018 CWS-meeting intoxication report (six witnesses). | | | | |
| PX-021 | **Houston / Hartley Final Warning Memorandum (October 25, 2018).** MSA Final Warning to Jennifer Houston, Veterinary Technician, stating: "This memo serves as your final warning … you will be subject to further disciplinary action up to and including termination of employment." Followed at IOVINO_00000788 by Ratcliff Incident Report dated 06/28/2018. | Oct. 25, 2018 | Mike Hayes (MSA) → to: Jennifer Houston; cc: Ratcliff, Bower, Deegan | IOVINO_0000 0787 | |
| PX-022 | **Iovino Standard Form 312 — Classified Information NDA (October 16, 2015).** Standard Form 312 — Classified Information Nondisclosure Agreement — between Karen Ann Iovino and the United States, citing Executive Order 13526. | Oct. 16, 2015 | Karen Ann Iovino (signatory) | IOVINO_0000 3662-00003663 | |
| PX-023 | **MSA Modified NDA — Kennedy Notice of Modification (September 10, 2018).** Notice of Modification to Employee Agreements from Michael Kennedy (MSA Chief Financial Officer) to All MSA Security Employees, adding "Exception to Confidentiality Duty in Compliance with FAR sections 3.909-2 and 52.203-19" allowing fraud, waste, or abuse reporting to OIG. Includes Exhibit B at IOVINO_00000731-00000740 — At-Will Employment / Proprietary Information / Restrictive Covenant Agreement. | Sep. 10, 2018 | Michael Kennedy (MSA CFO) to All MSA Employees | IOVINO_0000 0729-00000740 | |

| PX-024 | **DoS Notice — MSA NDA Violates Federal Law (August 21, 2018).** Single-page DoS communication summarizing the OIG finding that MSA's IDIQ confidentiality agreement violates federal law; quotes the offending agreement language and concludes DoS is prohibited from expending appropriated funds for the MSA contract until the agreement is rescinded or modified. | Aug. 21, 2018 | DoS Office of Acquisitions Management — Diplomatic Security Contracts Division | IOVINO_0000 0715 | |
| PX-025 | **MSA Responses to Plaintiff's Second Set of Interrogatories — Damages (Sept. 14, 2023).** MSA's responses addressing damages methodology and counterclaim damages basis. Filed as Exhibit SS to MSA's DSUMF (Dkt 251-46). | Sept. 14, 2023 | MSA Security (signed responses) | Dkt 251-46 (MSA DSUMF Exhibit SS) | |
| PX-026 | **Iovino Responses to MSA's Fourth Set of RFPs (October 31, 2025).** Plaintiff's responses to MSA's Fourth Set of Requests for Production, addressing media-disclosure scope and timing relevant to MSA's counterclaim. Filed as Exhibit AAA to MSA's DSUMF (Dkt 251-54). | Oct. 31, 2025 | Karen Iovino (through counsel) | Dkt 251-54 (MSA DSUMF Exhibit AAA) | |
| PX-027 | **MSA Responses & Objections to Plaintiff's First Set of Interrogatories (June 24, 2022) — Dep. Ex. 37, McDermott 30(b)(6) (January 8-9, 2026).** MSA's interrogatory responses asserting DoS Touhy regulations (22 C.F.R. § 172 et seq.) as the basis for withholding government-related information, including the contract clause that "All documents and records … generated during the performance of work under this contract shall be for the sole use of and become the exclusive property of the U.S. Government." Used during 30(b)(6) examination of MSA designee Jeffrey McDermott. | June 24, 2022 | Defendant MSA Security (Ward & Berry, PLLC: Daniel S. Ward, Ryan C. Berry) | 8 pp; Dep. Ex. 37 (McDermott 30(b)(6)) (no Bates stamps on body pages) | |
| PX-028 | **Iovino EEOC Charge of Discrimination — Charge No. 570-2017-01636 (July 19, 2017).** EEOC Form 5 alleging age- and sex-based discrimination by MSA, filed | Jul. 19, 2017 | Karen Iovino (Charging Party) | IOVINO_0000 0254-00000255 | |

| Exhibit No. | Description | Date | Author / From-To | Bates / ID No. | Objection |
|---|---|---|---|---|---|
| | nineteen days before Plaintiff's suspension. | | | | |
| **PX-029** | **Deegan HR Email re EEOC Charge (July 25, 2017).** Email from MSA VP HR Peter Deegan acknowledging awareness of Plaintiff's EEOC complaint, dated ten days before the suspension. | Jul. 25, 2017 | Peter Deegan (MSA VP HR) | GAPKI_006151-006154 | |
| PX-030 | **Iovino OIG Disclosure Note re Carter / Bower CVC Concerns (June 27, 2017).** Two-paragraph contemporaneous note authored by Plaintiff and disclosed to DoS OIG, with subject identifying Josh Carter (DoS Program Manager) and Alan Bower (CVC / MSA HR) as the personnel whose conduct is the subject of the disclosure. Enumerated allegations include timesheet and overtime irregularities, hiring of unqualified personnel for contracted positions, government vehicle misuse, on-site residence at a facility where explosives are housed, abuse of supervisory authority and unjustified demotions, equipment procurement issues (large generators purchased but not connected), and inadequate care of dogs deployed to foreign countries. Second paragraph identifies fear of retaliation and friend-network hiring as reasons others have not come forward. Predates Plaintiff's formal OIG Hotline Complaint (PX-005) by nine days. | 2017 | Karen Iovino, DVM (Plaintiff) — disclosure to DoS OIG (specific addressee pending confirmation) | DOS-IOVINO-00087 | |

## B. EXHIBITS THAT MAY BE OFFERED IF THE NEED ARISES

| Exhibit No. | Description | Date | Author / From-To | Bates / ID No. | Objection |
|---|---|---|---|---|---|
| PX-031 | **Carter Vehicle / Office Misuse Documentation (2017).** Documentation of complaint subject Carter's misuse of MSA Security room and government vehicles, corroborating allegations Plaintiff raised internally and to OIG. | 2017 | Plaintiff / GAP records | GAPKI_006233-006238 | |
| PX-032 | **CVC DEA Schedule II Controlled Substances Log** | 2016-2017 | CVC veterinary staff | GAPKI_006129-006144 | |

| | | | | |
|---|---|---|---|---|
| | **(2016-2017).** DEA controlled substances log maintained by CVC veterinary staff at the Canine Validation Center. | | | | |
| PX-033 | **Plaintiff Event Timeline Overlay (Olds Deposition Ex. 6).** Attorney-prepared event timeline overlay covering February-August 2017 events, including PT-to-FT transition discussion, EEOC charge, Palmer selection, suspension, and termination. Foundation through Plaintiff's testimony and underlying contemporaneous documents. | 2017 (chronology); attorney prepared | Plaintiff's counsel | IOVINO_00000025 -00000045 | |
| PX-034 | **Bower Isolation Instruction and Iovino Contemporaneous Note (August 2, 2017).** Documentation of MSA Deputy PM Bower's instruction to MSA staff to limit contact with Plaintiff forty-eight hours before her formal suspension. Plaintiff's contemporaneous note (GAPKI_006243) records Amy Callihan's disclosure that Bower instructed her not to speak with Plaintiff about work, and Iovino's same-day disclosure to KTs Ben and Jonah of EEOC and OIG complaints. | Aug. 2, 2017 | Alan Bower (instruction); Karen Iovino, DVM (contemporaneous note) | GAPKI_006243 | |
| PX-035 | **OIG Investigative Interview Summary — Alan Bower (Nov. 16, 2017).** OIG interview of MSA Deputy Program Manager (CVC) by McDermott and Barnard, with Valerie Price as MSA counsel, documenting Bower's account of supervisory relationships, suspension, and isolation events. | Nov. 16, 2017 | OIG (McDermott + Barnard); MSA counsel Price; Bower | IOVINO_00000160 | |
| PX-036 | **OIG Investigative Interview Summary — Dr. Michael Ratcliff (March 26, 2018).** OIG interview of MSA Lead Veterinarian by McDermott and Barnard, with Valerie Price as MSA counsel, documenting Ratcliff's account of supervisory relationship with Plaintiff and replacement-vet selection. | Mar. 26, 2018 | OIG (McDermott + Barnard); MSA counsel Price; Ratcliff | IOVINO_00000161 -00000162 | |
| PX-037 | **OIG Investigative Interview Summary — Peter Deegan (Nov. 15, 2017).** OIG interview of MSA VP HR by McDermott and Warffeli, with Valerie Price as MSA counsel, documenting Deegan's account of HR | Nov. 15, 2017 | OIG (McDermott + Warffeli); MSA counsel Price; Deegan | IOVINO_00000158 -00000159 | |

| | | | | | |
|---|---|---|---|---|---|
| | involvement in Plaintiff's suspension and termination. | | | | |
| PX-038 | **OIG Investigative Interview Summary — Gerald Goss (April 4, 2018).** OIG interview of MSA Executive VP, Business Development by McDermott and Amy Wagner, with Valerie Price as MSA general counsel. Authenticated by McDermott deposition at Tr. 5879:14. | Apr. 4, 2018 | OIG (McDermott + Wagner); MSA GC Price; Goss | IOVINO_00000163 -00000164 | |
| PX-039 | **OIG Investigative Interview Summary — Cathy J. Read (2018).** OIG interview of DoS Acquisitions Management Director under confidentiality and protective order. | 2018 | OIG investigators; Cathy J. Read (DoS) | DOS OIG000147 | |
| PX-040 | **OIG Investigative Interview Summary — Zane Roberts (Redacted, 2018).** OIG interview of MSA / DoS-related personnel — redacted under protective order. | 2018 | OIG investigators; Zane Roberts | DOS OIG000145-000146 | |
| PX-041 | **Dragnett MSA 30(b)(6) Deposition Excerpts (Feb. 24, 2026).** Excerpts from the certified deposition transcript of Kevin Dragnett, MSA 30(b)(6) corporate designee. Filed as ECF 283-1 Exhibit 1 in support of Plaintiff's MSJ Reply. | Feb. 24, 2026 | Kevin Dragnett (MSA 30(b)(6) Corporate Designee) | ECF 283-1 Exhibit 1 | |
| PX-042 | **Sharon James DoS 30(b)(6) Deposition Excerpts (Feb. 26, 2026).** Excerpts from the certified deposition transcript of Sharon James, DoS 30(b)(6) Institutional Designee. Filed as ECF 283-1 Exhibit 2 in support of Plaintiff's MSJ Reply. | Feb. 26, 2026 | Sharon James (DoS 30(b)(6) Designee) | ECF 283-1 Exhibit 2 | |
| PX-043 | **DoS OIG Evaluation ESP-19-06 — ATA Explosive Detection Canine Program (September 2019).** OIG Evaluation of the Antiterrorism Assistance Explosive Detection Canine Program — Health and Welfare, with five formal recommendations to the Department. The evaluation was "initiated in response to an OIG hotline complaint." | Sep. 2019 | DoS Office of Inspector General | ECF 283-1 Exhibit 3 | |
| PX-044 | **Independent Media Coverage Compilation (2019-2022).** Compilation: Washington Examiner; Animal Welfare Institute; Joel Freedman / Daily Messenger; Sen. Mark Warner press coverage. | 2019-2022 | Various independent media outlets | ECF 283-1 Exhibit 4 | |

| PX-045 | **MSA Self-Promotional Materials Compilation (2017-2022).** MSA Security press releases, website content, and marketing materials describing canine detection programs, deployment capabilities, and government contract partnerships. | 2017-2022 | MSA Security (own publications) | ECF 283-1 Exhibit 5 | |
|---|---|---|---|---|---|
| PX-046 | **Congressional Oversight Correspondence Compilation (December 2018 - March 2022).** Compilation including: Rep. Trey Gowdy → Sec. Pompeo (Dec. 10, 2018); Reps. Cummings and Hill → IG Linick (Feb. 11, 2019); Sen. Charles Grassley → Sec. Pompeo (Sep. 12, 2019) and press Q&A (Sep. 20, 2019); Sen. Mark Warner → State Department; and additional congressional inquiries. | Dec. 2018 - Mar. 2022 | Various Members of Congress to State Department officials | ECF 283-1 Exhibit 6 | |
| PX-047 | **Public Law 118-195 — Working Dog Health and Welfare Act of 2023 (December 23, 2024).** Federal statute traceable to the subject matter of Plaintiff's protected disclosures. | Dec. 23, 2024 | United States Congress; signed by President | ECF 283-1 Exhibit 7 | |
| PX-048 | **GAO Report GAO-23-104489 — "Federal Working Dogs: Agencies Should Ensure Dogs Are Medically Cleared for Deployment" (October 2022).** Cites and references DoS OIG ESP-19-06 (PX-043). | Oct. 2022 | U.S. Government Accountability Office | ECF 283-1 Exhibit 8 | |
| PX-049 | **In re MSA FLSA Class Action Settlement Records, S.D.N.Y. No. 1:17-cv-05468 (Approval Order Aug. 9, 2019).** Records concerning MSA's FLSA class action settlement, including complaint caption, settlement terms, retaliation payments, and approval order. $14.5 million settlement; identifies Peter Deegan as a named individual defendant. | Aug. 9, 2019 | S.D.N.Y. court records (1:17-cv-05468) | ECF 283-1 Exhibit 9 | |
| PX-050 | **MSA USPS Disqualification + McWilliams / Gomez Retaliation Settlement Records (November 2022).** Records concerning MSA's disqualification from the USPS Canine Mail Screening Program for immitigable organizational conflicts of interest (Court of Federal Claims, November 2022) and related retaliation settlements with McWilliams ($25,000) and Gomez ($10,000). | Nov. 2022 | U.S. Court of Federal Claims; settlement records | ECF 283-1 Exhibit 10 | |

| PX-051 | **Consolidated Email Compilation — MSA Late Production (IOVINO_00009547-9603, 2017).** MSA's late-production email compilation submitted as exhibit to its DSUMF. | 2017 | MSA Security (consolidated production) | IOVINO_00009547-00009603 (ECF 283-2 Exhibit A) | |
|---|---|---|---|---|---|
| PX-052 | **Plaintiff's Rule 30(b)(6) Deposition Notice — Topics 20-31 (2025).** Notice covering counterclaim damages, NDA scope, executive-direction defense, and corporate knowledge of Plaintiff's complaints. Filed as MSA's Exhibit EEE; ECF 283-2 Exhibit B. | 2025 | Plaintiff's counsel to MSA | ECF 283-2 Exhibit B (MSA Ex. EEE) | |
| PX-053 | **Washington Examiner Article (February 6, 2019).** Filed previously as MSA's Exhibit PP. Per Guyer Decl. ¶ 8, predates the OIG's September 2019 ESP-19-06 evaluation. Component of Independent Media Coverage Compilation (PX-044). | Feb. 6, 2019 | Washington Examiner | ECF 283-2 Exhibit C (MSA Ex. PP) | |
| PX-054 | **NBC 4 Washington Article (2019).** Filed previously as MSA's Exhibit QQ. Component of Independent Media Coverage Compilation (PX-044). | 2019 | NBC 4 Washington | ECF 283-2 Exhibit D (MSA Ex. QQ) | |
| PX-055 | **Harshberger Email to Ratcliff re "Previous Veterinarian" (July 27, 2018).** Email from Brett W. Harshberger to Michael D. Ratcliff describing Plaintiff in derogatory terms, generated nearly twelve months after Plaintiff's August 2017 termination, mid-OIG investigation. | Jul. 27, 2018 | Brett W. Harshberger to Michael D. Ratcliff (MSA) | IOVINO_00000278-00000279 | |
| PX-056 | **Houston / Hartley Memorandum re Iovino on CVC Letterhead (July 27, 2018).** Memorandum authored by Jennifer Houston (now Hartley) describing Plaintiff in highly derogatory terms ("emotional verbal abuser"). Same date as Harshberger memo (PX-055). | Jul. 27, 2018 | Jennifer Houston (now Hartley) (MSA) | IOVINO_00000280 | |
| PX-057 | **Iovino Mental Health Treatment Records — Christian Greene, LICSW (May 2022 - June 2023).** Full clinical file: 63 records / 302 pages comprising diagnosis and treatment plans, mental status examination, and chronological chart notes. Diagnosis progression: Mental Disorder NOS (F99) → PTSD (F43.11) → | May 2022 - Jun. 2023 | Christian Greene, LICSW, PMH-C, WPA — Eclectic DC | IO-MED000001 - IO-MED000302 (302 pp) | |

| | | | | | |
|---|---|---|---|---|---|
| | PTSD + Major Depressive Disorder (F33.1). | | | | |
| PX-058 | **MSA v. Iovino, Verified Complaint (Va. Cir. Ct. Arlington Cnty., Case No. CL19000901-00, March 19, 2019).** MSA's eight-count civil action against Plaintiff alleging breach of contract, defamation per se (three counts), statutory conspiracy, common-law conspiracy, misappropriation of trade secrets, and tortious interference. Filed by Ward & Berry PLLC. Prayer seeks $2,000,000 actual damages, treble damages, $350,000 punitive damages, permanent injunction, and attorneys' fees. ¶ 1 frames Plaintiff as "a disgruntled former part-time employee of MSA" who "decided to destroy MSA through a systematic campaign of defamation." | Mar. 19, 2019 | Michael Stapleton Associates, Ltd. v. Karen Iovino (counsel: Ward & Berry PLLC — Ryan C. Berry, VSB 67956; Daniel S. Ward, VSB 45978) | Arlington Cir. Ct. Case No. CL19000901-00 (29 pp; alt. Bates IOVINO_000005 54-00000582) | |
| PX-059 | **Iovino Weekly Timesheet Records (January 2016 - August 2017).** Plaintiff's full-period employment timesheets at MSA Security / Canine Validation Center, documenting hours worked and the part-time / full-time position transition. | Jan. 2016 - Aug. 2017 | MSA Security / CVC payroll records | GAPKI_006158-GAPKI_006232 (75 pp) | |
| PX-060 | **MSA Pre-Litigation EEOC Mediation Position Statement (Nov. 15, 2017) — Ellenoff Grossman & Schole LLP.** Confidential ex parte position statement submitted by MSA's outside counsel to EEOC Mediator Tamara M. West in advance of the November 21, 2017 mediation in Charge No. 570-2017-01636. MSA's central factual positions include that Plaintiff was hired October 9, 2015 as a part-time CVC veterinarian and "was never demoted, she was never the Lead Veterinarian"; that on or about May 2017 DoS modified its contract to require a new full-time veterinarian with a preferred military background; and that the January 5, 2017 verbal reprimands "do not constitute adverse employment actions." | Nov. 15, 2017 | Amanda M. Fugazy & Stephania C. Sanon (Ellenoff Grossman & Schole LLP, MSA counsel) to EEOC Mediator Tamara M. West (ADR Unit, Washington Field Office) | IOVINO_000000 94-00000104 | |

## C. DEMONSTRATIVE EXHIBITS (Attorney-Prepared; Illustrative Use Only)

*The following demonstratives are prepared by counsel pursuant to Federal Rule of Evidence 611(a). They are not offered as substantive evidence. Demonstratives will be exchanged with opposing counsel in advance of use consistent with the Court's pretrial order.*

| Exhibit No. | Description | Date | Author / From-To | Bates / ID No. | Objection |
|---|---|---|---|---|---|
| DX-01 | **Demonstrative — "Not Involved" vs. "Fire the Vet" Side-by-Side.** Side-by-side pairing of James DoS 30(b)(6) testimony of "not involved" (three repetitions on the record) against the Sabruno-Bachman "fire the vet" email chain (PX-001). Attorney-prepared illustrative aid under FRE 611(a) for opening and closing argument; not offered as substantive evidence. | Attorney-prepared | Plaintiff's counsel | Built from PX-001 + James 30(b)(6) Tr. | |
| DX-02 | **Demonstrative — Position Expansion Timeline (June 26, 2017 - August 18, 2017).** Chronological timeline depicting position-expansion sequence: PWS Modification (Jun. 26, 2017) → EEOC Notice (Jul. 19, 2017) → Palmer Selection (Jul. 25, 2017) → Suspension (Aug. 4, 2017) → Termination (Aug. 18, 2017). Attorney-prepared illustrative aid under FRE 611(a); not offered as substantive evidence. | Attorney-prepared | Plaintiff's counsel | Built from PX-002, PX-008, PX-009, PX-017, PX-028 | |
| DX-03 | **Demonstrative — Basement Recruitment Visual.** Narrative-visual demonstrative depicting Palmer recruitment timing and circumstances. Built from PX-016 Palmer Resume + PX-017 Hiring Decision Memo + Palmer Tr. 3-5 + Bower Tr. 5:14-17 + Ratcliff 2019 Declaration. Attorney-prepared illustrative aid under FRE 611(a); not offered as substantive evidence. | Attorney-prepared | Plaintiff's counsel | Built from PX-016, PX-017 + deposition testimony | |
| DX-04 | **Demonstrative — Houston-Hartley Comparator Chart.** Comparator chart juxtaposing Houston / Hartley misconduct and discipline timeline (PX-020, PX-021) against Plaintiff's CEO Commendation (PX-007). Attorney-prepared illustrative aid under FRE 611(a); not offered as substantive evidence. | Attorney-prepared | Plaintiff's counsel | Built from PX-007, PX-020, PX-021 | |
| DX-05 | **Demonstrative — 5-Point Cross-Witness Contradiction Matrix.** Five-column matrix | Attorney-prepared | Plaintiff's counsel | Built from cross-witness | |

| | demonstrative summarizing cross-witness contradictions per Universal Deposition Summary § III. Attorney-prepared illustrative aid under FRE 611(a); not offered as substantive evidence. | | | contradiction matrix | |
|---|---|---|---|---|---|

Plaintiff reserves the right to (a) offer additional exhibits for impeachment, rebuttal, or authentication; (b) offer the complete document under Federal Rule of Evidence 106 when opposing counsel offers an excerpt; (c) offer any exhibit identified on Defendant's exhibit list; and (d) amend this list to the extent permitted by the Court's pretrial order and Rule 26(e). All objections to Defendant's exhibits and to admissibility at trial are expressly reserved and not waived.

Dated: April 27, 2026

Respectfully submitted,

**KAREN IOVINO, Plaintiff and Counterclaim Defendant**

By counsel:

/s/ John A. Kolar

Jack Kolar
Government Accountability Project
1612 K Street NW, Suite 1100
Washington, DC 20006
Email: jackk@whistleblower.org

Thad M. Guyer (admitted pro hac vice)
T.M. Guyer & Friends, PC
116 Mistletoe Street, P.O. Box 1061
Medford, OR 97501
Telephone: (202) 417-3910
Email: thad@guyerayers.com

Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
Email: nadams@nadamslaw.com

*Counsel for Plaintiff Karen Iovino*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.


/s/ John A. Kolar

Jack Kolar
Government Accountability
Project
1612 K Street NW, Suite
1100
Washington, DC 20006
Email:
jackk@whistleblower.org