**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
| **Plaintiff and** | ) | Case No. 5:21-CV-00064-TTC |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| v. | ) | **DEFENDANT AND** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| MICHAEL STAPLETON ASSOCIATES, LTD., | ) | **WITNESS LIST** |
| d/b/a MSA SECURITY, INC. | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a/ MSA

Security, Inc. ("MSA"), through counsel, respectfully submits its Witness List in accordance with

the instructions outlined in this Court's Trial Order (ECF 260).

| Name | Fact/Expert | Address | Summary of Anticipated Testimony |
|---|---|---|---|
| **Gerald Goss** | Fact | 390 Airport Rd, Winchester, VA, 22602 | Witness is expected to testify about, *inter alia*, being MSA's Executive Vice President for Government Programs, his knowledge regarding Plaintiff's threats of media disclosure, MSA's notification of the same to DoS, and MSA's internal investigation into Plaintiff. Witness will also testify to MSA's contracts with and relationships with DoS. Witness may also testify as to MSA's damages as a result of Iovino's actions. |
| **Karen Iovino** | Fact | 5885 Moore Rd, Marshall, VA, 20115 | Defendant intends to cross-examine Plaintiff on, *inter alia*, her claim of whistleblower retaliation. |

1

| **Dr. Michael Ratcliff** | Fact | 390 Airport Rd, Winchester, VA, 22602 | Witness is expected to testify about, *inter alia*, being MSA's Executive Vice President for Government Programs, his knowledge regarding Plaintiff's threats of media disclosure, MSA's notification of the same to DoS, and MSA's internal investigation into Plaintiff. Witness will also testify to MSA's contracts with and relationships with DoS. Witness may also testify as to MSA's damages as a result of Iovino's actions. |
|---|---|---|---|
| **Michael Kennedy** | Fact | 390 Airport Rd, Winchester, VA, 22602 | Witness is expected to testify about, *inter alia*, MSA's contracts with the DoS and any confidentiality agreements (and modifications) between MSA and MSA employees. Witness may also testify as to MSA's damages as a result of Iovino's actions. |
| **Katie Brasfield** | Fact | 390 Airport Rd, Winchester, VA, 22602 | Witness is expected to testify about, *inter alia*, MSA's contracts (and modifications) with the DoS, the procurement process, and discussions with DoS regarding the same. |
| **Alan Bower** | Fact | 2461 Clover Creek Rd, Huddleston VA 24104 | Witness is expected to testify about, *inter alia*, his role as Deputy Project Manager, Facilities and Support, his knowledge regarding the contract modification switching the part-time veterinarian position to a full-time position, the hiring decision on the full-time veterinarian position, Plaintiff's threats to go to the media, and MSA's handling of the same. |
| **Jennifer Houston** | Fact | 390 Airport Rd, Winchester, VA, 22602 | Witness is expected to testify about, *inter alia*, her role as a veterinary technician, who worked alongside Plaintiff, and her knowledge regarding Plaintiff's threats to go to the media. |

2

| **Dr. Keyhill Sheorn** | Expert | 3801 Commodore Point Pl, Midlothian, VA 23112 | Dr. Sheorn is Defendant's expert who conducted an independent medical evaluation of Plaintiff and wrote an expert report regarding the same. Dr. Sheorn is expected to testify about her findings. |
|---|---|---|---|
| **Dr. Dubravka Tosic** | Expert | 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663 | Dr. Tosic is Defendant's economic expert who will testify to Plaintiff's alleged economic losses in this case. Dr. Tosic conducted an independent review of Plaintiff's finances and estimated damages and wrote an expert report regarding the same. Dr. Tosic is expected to testify about her findings. |

In addition to the names listed above, Defendant MSA reserves the right to call any witnesses listed on Plaintiff's witness list.

Respectfully submitted,

April 27, 2026

/s/ Daniel S. Ward

_____

Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk

of the Court for the United States District Court for the Western District of Virginia by using the

CM/ECF system. I certify that the following participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.


Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com


/s/ Daniel S. Ward

_____
Daniel S. Ward


4