Iovino v. Michael Stapleton Associates, Ltd.
Case No. 5:21-cv-00064 (W.D. Va.)

# EXHIBIT D





1612 K Street NW Suite 808
Washington, DC, 20006
(202) 457-0034
whistleblower.org

Office of the Legal Adviser (L/EX)
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

**Re: Touhy Request for Documents**
Pursuant to 22 C.F.R. Part 172
Civil Action *Iovino v. MSA*

## I. INTRODUCTION

This firm represents Plaintiff Dr. Iovino in the matter of *Iovino v. MSA* pending in the United States District Court for the Western Virginia.

Pursuant to the Department of State's Touhy regulations, 22 C.F.R. § 172.1 et seq., and consistent with the principles set forth in *United States ex rel. Touhy v. Ragen*, we respectfully request authorization for:

1.  **Production of documents** responsive to the served subpoena and rider.

A copy of the subpoena and rider have been previously sent and included herein.

Please direct this to the appropriate official consistent with your advanced knowledge of DOS and OIG.

## II. IDENTIFICATION OF EMPLOYEE(S)

We seek records from:

- Zachary Baumgart, former Assistant Special Agent-in-Charge

- Office of Inspector General (OIG), U.S. Department of State

or any other appropriate custodian of records within DOS or OIG with knowledge of the matters described below.

## III. NATURE OF THE PROCEEDING

This is a civil action involving allegations related to:

- Whistleblower retaliation and related misconduct;



1612 K Street NW Suite 808
Washington, DC, 20006
(202) 457-0034
whistleblower.org

- Government contractor performance and oversight;

- Investigative findings concerning explosive detection canine programs.

The requested documents are directly relevant to claims and defenses in the litigation, including credibility, causation, and damages.

## IV. SUMMARY OF REQUESTED TESTIMONY AND DOCUMENTS

Consistent with the attached subpoena rider, we seek:

- Investigative findings, reports, recommendations, and summaries prepared by or under the supervision of DOS and/or OIG;

- Materials relating to investigations into:

  o The whistleblower complaint filed by Dr. Karen Iovino (circa 2017);

  o Activities at the Canine Validation Center (CVC) (2015–2019);

  o Michael Stapleton Associates' involvement in CVC operations;

  o Explosive detection canine failures under the ATA Program and Diplomatic Security Service.

This request includes documents as defined in Attachment A of the rider, including electronically stored information and metadata. We understand your objection to the documents responsive regarding the chilling effect of the lawsuit filed against Dr. Iovino and understand the exclusion of those, but the remainder of documents fall outside this scope.

## V. RELEVANCE AND NECESSITY (22 C.F.R. § 172.8)

The requested information is:

- Highly relevant to central issues in dispute, including the existence and scope of misconduct, investigative conclusions, and witness credibility;

- Necessary because the Department of State OIG is the primary—and in many instances exclusive—source of these investigative findings;

- Not reasonably available through alternative sources.

Without this information, the requesting party could be substantially prejudiced in presenting her claims.

## VI. BURDEN AND SCOPE



1612 K Street NW Suite 808
Washington, DC, 20006
(202) 457-0034
whistleblower.org

This request is very narrowly tailored to:

- Specific investigations with investigator Bagart;

- Defined time periods (2015–present);

- Identified individuals and programs.

We are willing to:

- Accept production in electronic format;

- Confer regarding reasonable search parameters;

- Reduce burden as necessary;

- Enter into a stipulation regarding the protective order to address confidentiality or other concerns.

## VII. CONFIDENTIALITY AND SENSITIVE INFORMATION

To the extent responsive materials implicate:

- Law enforcement sensitivity;

- Privileged or deliberative materials;

- National security concerns;

we are willing to:

- Accept redactions;

- Abide by previously entered appropriate protective order as to portions of the records;

- Work cooperatively to address agency concerns.

## VIII. TIME SENSITIVITY

We respectfully request expedited consideration to avoid disruption to the litigation schedule given the scope is so narrowly tailored.

## IX. FEES

Please advise of any fees associated with processing this request. We are prepared to pay reasonable costs in accordance with applicable regulations.

## X. CONCLUSION

 

1612 K Street NW Suite 808
Washington, DC, 20006
(202) 457-0034
whistleblower.org

For the foregoing reasons, we respectfully request that the Department authorize the requested testimony and document production.

Please direct any questions or correspondence to the undersigned.

**Sincerely,**

*/s/ Stephani Ayers*

Stephani Ayers

Interim Director of Litigation

Government Accountability Project

1612 K Street NW, Suite 808

Washington, DC 20006

(202) 457-0034

stephania@whistleblower.org

*Counsel for Complainant*