Iovino v. Michael Stapleton Associates, Ltd.
Case No. 5:21-cv-00064 (W.D. Va.)

# EXHIBIT J

 **Outlook**

---

## Re: Iovino Doc Req Subpoena

---

**From** Stephani Ayers <Stephania@whistleblower.org>

**Date** Thu 2/26/2026 4:22 PM

**To** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>

Ok, I didn't know how that all worked coordination wise.

I also am on the periphery, but I think it Mr. Adams collected it when MSA was suing Dr. Iovino.

I don't know if they ultimately filed it publicly, or just used it to demonstrate Dr. Iovino was participating in an investigation. I haven't seen any confirmation in the public files.

---

**From:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Sent:** Wednesday, February 25, 2026 5:31 PM
**To:** Stephani Ayers <Stephania@whistleblower.org>
**Subject:** Re: Iovino Doc Req Subpoena

Thanks. I have not received the discovery produced by Plaintiff in this case, so this is not something that is otherwise available to me.

Can you give me some context for this affidavit? Was it filed as part of a legal proceeding?

---

**From:** Stephani Ayers <Stephania@whistleblower.org>
**Sent:** Wednesday, February 25, 2026 5:12:55 PM
**To:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>
**Subject:** [EXTERNAL] Iovino Doc Req Subpoena

Hi Krista:

Attached is the referenced affidavit. (It was produced at GAPKI-1469-1470, sorry for delay, I was confirming Bates).

The material we are looking for is described in para. 2-3. I don't have the specific year of a final report, but it was ongoing as of 2019. I am not sure if everything was reduced to one report and what the final scope was, but Baumgart was overseeing the matter.

Thank you!
Stephani