Iovino v. Michael Stapleton Associates, Ltd.
Case No. 5:21-cv-00064 (W.D. Va.)

# EXHIBIT L

OPP EX. L

---

**From:** Greenstein, Jaclyn D <GreensteinJD@state.gov>
**Sent:** Tuesday, February 24, 2026 8:03 AM
**To:** Kristin Berg <kristinb@whistleblower.org>; Frith, Krista (USAVAW) <krista.frith@usdoj.gov>; Daniel Ward <dan@wardberry.com>; Chelsea Cruz <chelsea@wardberry.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Jack Kolar <jackk@whistleblower.org>; Thad Guyer <thad@guyerayers.com>; Marianne Fichtel <mariannef@whistleblower.org>; karenvet93@gmail.com <karenvet93@gmail.com>; Jared Guyer <JaredG@whistleblower.org>; Legal1Up Project Management <projects@legal1up.com>; Michel Salas <mich@legal1up.com>; Nate Adams <nadams@nadamslaw.com>; Seth Gilmore <seth.m.gilmore@stateoig.gov>
**Subject:** RE: [External] Iovino v. MSA/Subpoena to DOS

I'm copying Seth Gilmore, counsel for DOS OIG.

**Jaclyn Greenstein**

Attorney Adviser

U.S. Department of State

Office of the Legal Adviser (L/M/DS)

571.345.3003

 U.S. DEPARTMENT *of* STATE

**From:** Kristin Berg <kristinb@whistleblower.org>
**Sent:** Tuesday, February 24, 2026 12:57 AM
**To:** Greenstein, Jaclyn D <GreensteinJD@state.gov>; Frith, Krista (USAVAW) <krista.frith@usdoj.gov>; Daniel Ward <dan@wardberry.com>; Chelsea Cruz <chelsea@wardberry.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Jack Kolar <jackk@whistleblower.org>; Thad Guyer <thad@guyerayers.com>; Marianne Fichtel

<mariannef@whistleblower.org>; karenvet93@gmail.com; Jared Guyer
<JaredG@whistleblower.org>; Legal1Up Project Management <projects@legal1up.com>;
Michel Salas <mich@legal1up.com>; Nate Adams <nadams@nadamslaw.com>
**Subject:** [External] Iovino v. MSA/Subpoena to DOS

All,

Attached please find a courtesy copy of a subpoena duces tecum to the U.S. Department
of State concerning investigation findings from Zach Baumgart (DOS OIG) related to Dr.
Iovino's case.

Documents are requested to be provided at the DOS 30(b)(6) deposition on February 26,
2026, or via email by the March 3, 2026, discovery deadline.

It will be served to the Department of State's Office of the Executive Secretariat.

Best regards,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006

Main Office Number: (202) 457-0034

My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers