Iovino v. Michael Stapleton Associates, Ltd.
Case No. 5:21-cv-00064 (W.D. Va.)

# EXHIBIT M

**AFFIDAVIT**                                    OPP. EX. M

COMMONWEALTH OF VIRGINIA AT LARGE,
CITY/COUNTY OF _Arlington_         , to-wit:

This day came before me, _Katnee files Mueller_, a Notary Public in and for the jurisdiction aforesaid, Zachary Baumgart, after sufficient proof of identity, in the above styled cause who after being duly sworn, did state, under oath, as follows:



1.    My name is Zachary Baumgart and I am ███████████████████████ ████████████████████████ with the Office of Inspector General (OIG) of the U.S. Department of State. ███████████████████████████████

2.    On or about July 26, 2017, Dr. Karen Iovino contacted OIG and reported a series of allegations of misconduct involving employees of Michael Stapleton Associates (MSA) and employees of the Department of State who were associated with the Canine Validation Center (CVC) in Winchester, Virginia. █████████████

3.    On numerous occasions between June 4, 2018 and April 18, 2019 I had phone conversations and email exchanges with Ryan Berry, a private attorney representing MSA to OIG, regarding the ongoing investigation.

4.    Dr. Karen Iovino (a former MSA employee), Mr. Zane Roberts (a former MSA employee), and Mr. Garrett Lancaster (a current MSA employee) are witnesses in this ████████████████ investigation. All three have provided information to OIG that was directly related to the ██████████████ investigation.

5.    On or about April 2, 2019, I learned that Mr. Berry, on behalf of MSA, filed a civil complaint in Arlington County (VA) Circuit Court against Dr. Iovino. Based on my review of that complaint and other documents, I learned that MSA issued subpoenas to Dr. Iovino and Mr. Roberts for a multitude of documents and records including those related to their communication with OIG and other Federal Government entities. Further, MSA also subpoenaed all documents related to MSA that Iovino exchanged with Mr. Roberts and Mr. Lancaster.

6.    As this matter pertains to an ongoing ██████████ investigation, this affidavit is not a complete account of all facts known to me. However, all facts presented are truthful and

presented in an accurate context.

I hereby attest that the information furnished in this statement is true and accurate to the best of my knowledge, information and belief:

(SEAL)

Zachary Baumgart

COMMONWEALTH OF VIRGINIA, AT LARGE
CITY/COUNTY OF _Arlington_____, to-wit:

The foregoing instrument was sworn and attested to before me this _23rd_ day of April, 2019, by **ZACHARY BAUMGART**.

Notary Public
My commission expires: _10/31/2019_
Notary Registration No: _762 3975_

KATRICE GILES MUELLER
NOTARY PUBLIC
REG. #7623975
My Comm. Exp.
Oct 31, 2019
COMMONWEALTH OF VIRGINIA