**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | |
| | ) | **DEFENDANT AND** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **COUNTERCLAIM PLAINTIFF'S** |
| **d/b/a MSA SECURITY, INC.** | ) | **MOTION IN LIMINE 1:** |
| | ) | **MOTION TO EXCLUDE THE** |
| | ) | **OPINIONS AND TESTIMONY** |
| **Defendant and** | ) | **OF A. BENTLEY HANKINS,** |
| **Counterclaim Plaintiff** | ) | **PH.D.** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and Federal Rule of Evidence 702,

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a/ MSA Security,

Inc. ("MSA"), through counsel, respectfully moves this Honorable Court to exclude the opinions

and testimony of A. Bentley Hankins, Ph.D. for the reasons set forth in the Memorandum of Law

in Support accompanying this Motion.

Respectfully submitted,

Date: April 28, 2026

*/s/ Daniel S. Ward*

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton*
*Associates, Ltd., d/b/a MSA Security, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

*/s/ Daniel S. Ward*

_____
Daniel S. Ward

2