# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

KAREN IOVINO,                  )

                             )

    **Plaintiff and**         )     **Case No. 5:21-CV-00064-TTC**

    **Counterclaim Defendant,**   )

                             )

**v.**                         )

                             )     **PROPOSED ORDER**

**MICHAEL STAPLETON ASSOCIATES, LTD.,** )

**d/b/a MSA SECURITY, INC.**      )

                           )

    **Defendant and**        )

    **Counterclaim Plaintiff**    )

THIS MATTER came before the Court on Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.'s Motion in Limine No.1: Motion to Exclude the Opinions and Testimony of A. Bentley Hankins, PH.D.

This Court having considered the Parties' submissions on these matters, and good cause being shown therefor, it is hereby ORDERED that Defendant's Motion is GRANTED.

ENTERED this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE