# Exhibit 1



## Vocational and Rehabilitation Economic Consulting

115 West Main Street
Jonesborough, Tennessee 37659
Telephone: (423) 753-3161
Facsimile: (423) 753-0193
Website: www.hankinsandhankins.com

**A. Bentley Hankins, Ph.D.**
Email: abhankins@hankinsvoccon.com

**Norman E. Hankins, Ed.D.**
~ May 15, 1935 – February 11, 2018 ~

May 21, 2023

John A. Kolar, Litigation Director
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006

RE: *Karen Iovino v. Michael Stapleton Associates, LTD. d.b.a. MSA Security, Inc.*
United States District Court, Western District of Virginia, Harrisonburg; Case No. 5:21-cv-0064

## INTRODUCTION

The purpose of this report is to describe the analysis and report the findings related to my assessment of the potential economic impact of Karen A. Iovino's August 2017 employment termination with her former employer, Michael Stapleton Associates, LTD (hereinafter referred to as MSA Security). This assessment was performed at the request of John A. Kolar, litigation director for the Government Accountability Project and legal counsel for Dr. Iovino. Given that this assessment was conducted within a forensic context, no client-counselor relationship was established between Dr. Iovino and me. The evaluation process, which was based on the Vocational and Rehabilitation Assessment Model (Robinson & Pomeranz, 2011), primarily consisted of a records review and a structured interview (in addition to some labor market research) and culminated in an earning capacity analysis. These activities allowed for the collection of information that led me to reach conclusions (and thus form opinions) about Dr. Iovino's potential economic losses (as measured by Dr. Iovino's projected earnings as a veterinarian with MSA Security absent termination relative to her actual earnings as a veterinarian with multiple employers given termination) associated with her August 2017 employment termination. The conclusions reached from this assessment are based on currently available information and are held to a reasonable degree of vocational and rehabilitation economic certainty. It is noteworthy that my work assignment in this case was strictly limited to assessment of prospective economic damages without consideration of the defendant's legal liability for such damages.

Karen A. Iovino
May 21, 2023

## METHODOLOGY

The method used to perform this independent rehabilitation economic evaluation included the following activities: (1) a records review that of principal significance included details about Dr. Iovino's remuneration (in the form of wages and benefits) in her pre-termination (i.e. absent termination) employment as a veterinarian with MSA Security and in her post-termination (i.e. given termination) employment as a veterinarian with multiple employers (e.g. primarily including but not limited to Valley Veterinary Emergency and Referral Center, Artemis Veterinary Emergency and Specialty Services, Banfield Pet Hospital, and Veterinary Staffing Solutions); and (2) a structured interview of Dr. Iovino to gather background information about her, including vocationally relevant information such as her age, education and work history, and to learn about her compensation with her pre- and post-termination employers. Labor market research was also conducted for context regarding the typical pay received by workers performing similar work as Dr. Iovino in both her absent and given termination employment (i.e. as a veterinarian) in applicable labor markets (i.e. the Winchester, VA-WV MSA, the Commonwealth of Virginia, and the United States). The information obtained from these activities, as well as from referral to standard vocational-economic resources (see reference list), permitted me to perform an earning capacity analysis. Through this process, I was able to reach conclusions and thus form opinions regarding Dr. Iovino's economic losses, if any, associated with her August 2017 employment termination.

## RECORDS REVIEW

The following is a list of records received and reviewed as part of the evaluation process:

- First amended complaint filed by plaintiff Karen Iovino in the U.S. District Court, Western District of Virginia, Harrisonburg Division (May 5, 2022)
- Resume of Karen Iovino, DVM
- Letter prepared by treating psychotherapist Christian Greene LICSW, PMH-C, WPA (May 18, 2023)
- Job positing for a full-time position as a veterinarian with MSA Security in Winchester, VA (May 2023)
- Social Security earnings statement of Karen A. Iovino (May 15, 2023)
- Form W-2 wage and tax statement for 2022 from employer Veterinary Staffing Solutions LLC for employee Karen A. Iovino
- Form W-2 wage and tax statements for 2021 from employers Veterinary Staffing Solutions LLC and Medical Management International Inc. for employee Karen A. Iovino
- Form W-2 wage and tax statements for 2020 from employers Medical Management International Inc., Veterinary Staffing Solutions LLC, Artemis Veterinary Emergency & Specialty Services, and Vicar Operating, Inc. for employee Karen A. Iovino

2

Karen A. Iovino
May 21, 2023

- Form W-2 wage and tax statements for 2019 from employers Artemis Veterinary Emergency & Specialty Services, Medical Management International Inc., and Justworks Employment Group LLC for employee Karen A. Iovino
- Form W-2 wage and tax statements for 2018 from employers Artemis Veterinary Emergency Veterinary Clinic, Valley Emergency Veterinary Clinic, and Medical Management International, Inc. for employee Karen A. Iovino
- Form W-2 wage and tax statements for 2017 from employers MSA Security and Valley Emergency Veterinary Clinic for employee Karen A. Iovino
- Form W-2 wage and tax statements for 2016 from employers MSA Security, Valley Emergency Veterinary Clinic, and Defense Finance & Accounting Services for employee Karen A. Iovino
- Form W-2 wage and tax statements for 2015 from employers Valley Emergency Veterinary Clinic, Defense Finance & Accounting Services, and MSA Security for employee Karen A. Iovino
- Payroll records from employer MSA Security for employee Karen Iovino with voucher dates extending from November 20, 2015 (covering pay period October 31, 2015 – November 13, 2015) through August 25, 2017 (covering pay period August 5, 2017 – August 18, 2017)
- Employment and earnings breakdown of employee Karen Iovino with employer Valley Veterinary Emergency and Referral Center (August 19, 2017 – January 17, 2018)

## BACKGROUND INFORMATION

**NAME:**

Karen A. Iovino

**DATE OF BIRTH:**

████████

**DATE OF TERMINATION:**

August 18, 2017

**RACE/ETHNICITY:**

White, non-Hispanic

**SEX:**

Female

3

Karen A. Iovino
May 21, 2023

**RESIDENCE:**

Bluemont, Loudoun County, Virginia

**MARITAL STATUS:**

Married (since October 2009)

**FAMILY STATUS:**

No children

**DRIVER LICENSE:**

Active Virginia license

**EDUCATIONAL ATTAINMENT:**

Doctor of Veterinary Medicine (D.V.M.) degree, Ross University School of Veterinary Medicine (Basseterre, St. Kitts and Nevis), 1993

Bachelor of Science (B.S.) degree in Physical and Life Sciences, Wilson College (Chambersburg, PA), 1989

Regular high school diploma, Hauppauge High School (Hauppauge, NY), 1985

**OCCUPATIONAL CERTIFICATIONS/LICENSURES:**

Active veterinarian licensure with the Virginia and Maryland Boards of Veterinary Medicine

## EMPLOYMENT AND EARNINGS HISTORY

Dr. Iovino was employed as a lead veterinarian with MSA Security at the Canine Validation Center in Winchester, VA from October 9, 2015 to August 18, 2017. In particular, as part of this employment, Dr. Iovino served as a lead veterinarian for the U.S. Department of State's Antiterrorism Assistance and Explosive Detection Canine Program. Dr. Iovino indicated that her primary duties in this position included (but were not necessarily limited to) conducting pre-procurement medical record and radiograph reviews, overseeing the general wellness of canines (including prophylactic gastropexy), managing a full-service veterinary hospital, working alongside trainers to ensure canines were prepared for training, and developing and delivering canine first-aid presentations to foreign students. Dr. Iovino recalled that she was initially hired into a part-time veterinarian position with MSA Security at the Canine Validation

Karen A. Iovino
May 21, 2023

Center and that in early 2017 MSA Security leadership verbally offered her a full-time veterinarian position effective later that year.

Following the termination of Dr. Iovino's employment with MSA Security in August 2017, she has continued to work within her chosen profession as a veterinarian with multiple other employers. Primary employment stints for Dr. Iovino given termination include part-time and/or relief veterinarian positions with Valley Veterinary Emergency and Referral Center (Winchester, VA), Artemis Veterinary Emergency and Specialty Services (Bristow, VA), Banfield Pet Hospital (Leesburg, VA) and Veterinary Staffing Solutions LLC (multiple locations). Dr. Iovino indicated that in recent years following her employment termination she has experienced significant emotional distress which has made it difficult for her to sustain full-time, year-round employment as a veterinarian. On May 18, 2023, Dr. Iovino's treating psychotherapist Christian Greene, LICSW, PMH-C, WPA, prepared a letter in which *inter alia* she made a clinical recommendation that Dr. Iovino limit her work hours in an effort to help her manage her stress and safeguard her well-being while navigating the litigation process.

Available earnings records reveal that Dr. Iovino's reported earnings as a veterinarian with MSA Security between October 2015 and August 2017 were based on an hourly rate of $70.00 and were as follows: 2015 - $7,735.00; 2016 - $97,833.04; 2017 - $73,010.62. Given that Dr. Iovino's employment with MSA Security was part-time, she also had other forms of employment as a veterinarian during these three years and her total earnings from 2015 through 2017 were as follows: 2015 - $120,484; 2016 - $116,977; 2017 - $127,900. Meanwhile, in the five full years since Dr. Iovino's employment termination with MSA Security, her total earnings as a veterinarian with other employers were as follows: 2018 - $110,335; 2019 - $143,846; 2020 - $141,158; 2021 - $112,125; 2022 - $134,083. Dr. Iovino reported that she remains gainfully employed as a relief veterinarian into 2023 and plans to continue working (albeit likely on a part-time, or as-needed, basis) in her chosen profession for the foreseeable future. Beyond her wage earnings, Dr. Iovino's employment with MSA Security afforded her access to both discretionary benefits, notably including common forms of *insurance* (health insurance) and *retirement* (defined contribution plan) benefits. Though Dr. Iovino's access to such benefits has varied depending on her post-termination employer, in any given year her primary employer has typically offered her access to certain discretionary benefits, particularly a defined contribution plan (e.g. 401(k) plan) for retirement.

## EARNING CAPACITY ANALYSIS

### ABSENT TERMINATION

- **WAGE/SALARY BASE**: $166,400 to $177,882 per year in 2023 dollars; lower-end estimate is based on the current starting point for base pay offered for a full-time veterinarian position with MSA Security in Winchester, VA; upper-end estimate is based on Dr. Iovino's prior pay of $70.00 per hour in 2017 dollars as a veterinarian with MSA

5

Karen A. Iovino
May 21, 2023

Security; $70.00 per hour is equivalent to $145,600 per year for a full-time, year-round worker; $145,600 in 2017 dollars is equivalent to $177,882 in 2023 dollars when applying the average annual change in the wages and salaries of private industry workers in professional and related occupations (including veterinarians) throughout the U.S. in recent years, including 2.7% in 2018, 2.2% in 2019, 2.1% in 2020, 3.9% in 2021, 4.6% in 2022, and 4.9% through the first quarter of 2023 (U.S. Department of Labor, Bureau of Labor Statistics, 2023b); Dr. Iovino's projected wage base absent termination can be compared to the typical remuneration of veterinarians who receive mean annual pay of $109,080 in 2022 dollars (with the top 10% earning $171,440+ in 2022 dollars) in the Winchester, VA-WV MSA, mean annual pay of $102,110 in 2022 dollars (with the top 10% earning $153,250+ in 2022 dollars) in Virginia, and mean annual pay of $129,110 in 2022 dollars (with the top 10% earning $174,500+ in 2022 dollars) throughout the United States (U.S. Department of Labor, Bureau of Labor Statistics, 2023c,e,d)

- **EMPLOYER-PAID BENEFITS**: 2.50% of annual wage and salary in the form of discretionary retirement (i.e. defined contribution plan) benefits; based on MSA Security's actual matching contribution to Dr. Iovino's 401(k) plan in 2017 (e.g. payroll record dated August 25, 2017 reveals that she was paid $4,200.00 in earnings from August 5, 2017 through August 18, 2017 and that she received an employer matching contribution to her 401(k) of $105.00, or 2.50% of $4,200.00, during this same period)

- **LIFE EXPECTANCY**: 27.12 years as of age 56 (Dr. Iovino's age at birthday in 2023); based on the U.S. Department of Health and Human Services' 2020 U.S. Life Tables' life expectancy estimate for a 56-year-old female (Arias & Xu, 2022)

- **WORKLIFE EXPECTANCY**: 11.90 years as of age 56 (Dr. Iovino's age at birthday in 2023); based on the 2019 Skoog-Ciecka-Krueger Worklife Tables which were developed using survival data from the U.S. Department of Health and Human Services' 2014 U.S. Life Tables and labor force participation data from the U.S. Census Bureau's 2012-2017 Current Population Surveys and 2012-2016 American Community Surveys and adjusting the estimate using updated survival data from the 2020 U.S. Life Tables; according to the Skoog-Ciecka-Krueger Worklife Tables a 56-year-old female who has a professional or doctoral degree and who is active in the labor force has a mean worklife expectancy of 12.05 years (with a range of 7.50 to 15.50 years representing the middle 50%); this worklife expectancy estimate slightly decreases to 11.90 years when adjusted using the 2020 (rather than 2014) U.S. Life Tables

- **GROWTH RATE(S)**: wage and salary growth rate = 2.25% (lower-bound estimate) to 2.50% (upper-bound estimate) from 2024 forward; the lower-bound estimate of 2.25% applies to past and future wage growth and is specifically based on the increase in pay from Dr. Iovino's base rate with MSA Security in 2017 relative to the base rate for another veterinarian position with MSA Security in 2023 (i.e. $145,600 in 2017 dollars is equivalent to $166,400 in 2023 dollars with annual wage growth of 2.2505%); the upper-bound estimate of past wage growth is equivalent to the actual change in the wages and salaries of private industry workers in professional and related occupations throughout

6

the U.S. in recent years, including 2.7% in 2018, 2.2% in 2019, 2.1% in 2020, 3.9% in 2021, 4.6% in 2022, and 4.9% through the first quarter of 2023 (U.S. Department of Labor, Bureau of Labor Statistics, 2023b); the upper-bound estimate of 2.50% for future wage growth is based on consideration of the geometric mean annual growth of the wages and salaries of private industry workers in professional and related occupations (including veterinarians) throughout the U.S. which was 2.95% from 2018 through 2022 (i.e. last 5 years), 2.39% from 2013 through 2022 (i.e. last 10 years), and 2.42% from 2003 through 2022 (i.e. last 20 years) (U.S. Department of Labor, Bureau of Labor Statistics, 2023b)

- **DISCOUNT RATE(S)**: laddered portfolio of the current yields (i.e. as of May 17, 2023) on available U.S. Treasury securities (i.e. safe investments with virtually no default risk which are thus appropriate for capital preservation) from a 1-year bill to a 30-year bond; these yields are as follows: 1-year = 4.92%; 2-year = 4.12%; 3-year = 3.80%; 5-year = 3.58%; 7-year = 3.58%; 10-year = 3.57%; 20-year = 3.96%; 30-year = 3.88% (Board of Governors of the Federal Reserve, 2023); these current Treasury constant maturity yields were relied on to estimate the maturity yields for years in which a rate is not available (e.g. the yield for year 4, which was 3.69%, was calculated by subtracting one-half of the difference between the yields for years 3 and 5 from the yield for year 3)

**Dr. Iovino's projected earnings as a veterinarian with MSA Security absent her August 2017 employment termination include an estimated $923,464 to $940,038 in past earnings (i.e. including $900,940 to $917,110 in wage earnings and $22,524 to $22,928 in employer-paid retirement benefits from August 19, 2017 through May 31, 2023) and $1,739,900 to $1,896,147 in future earning capacity (i.e. including $1,697,463 to $1,849,900 in wage-earning capacity and $42,437 to $46,247 in employer-paid retirement benefits from June 1, 2023 forward) resulting in a total of $2,663,364 to $2,836,185 in present value terms.**

## GIVEN TERMINATION

- **WAGE/SALARY BASE**: $143,500 per year in 2023 dollars; based on the geometric mean of Dr. Iovino's actual reported earnings as a veterinarian from 2018 through 2022 when applying the average annual wage and salary growth of private industry workers in professional and related occupations (including veterinarians) throughout the U.S. in recent years, including 2.2% in 2019, 2.1% in 2020, 3.9% in 2021, 4.6% in 2022, and 4.9% through the first quarter of 2023 (U.S. Department of Labor, Bureau of Labor Statistics, 2023b); Dr. Iovino's projected wage base given termination can be compared to the typical remuneration of veterinarians who receive mean annual pay of $109,080 in 2022 dollars (with the top 10% earning $171,440+ in 2022 dollars) in the Winchester, VA-WV MSA, mean annual pay of $102,110 in 2022 dollars (with the top 10% earning $153,250+ in 2022 dollars) in Virginia, and mean annual pay of $129,110 in 2022 dollars (with the top 10% earning $174,500+ in 2022 dollars) throughout the United States (U.S. Department of Labor, Bureau of Labor Statistics, 2023c,e,d)

7

Karen A. Iovino
May 21, 2023

- **EMPLOYER-PAID BENEFITS**: 3.43% of annual wage and salary in the form of discretionary retirement (i.e. defined contribution plan) benefits; given Dr. Iovino's employment with multiple employers as a veterinarian in recent years, her employer-paid retirement benefits are based on the average employer contribution to employee defined contribution plans (e.g. 401(k) plans) amongst private industry workers in management, professional and related occupations (including veterinarians) throughout the U.S. which was 3.43% of annual pay (including wages and salaries, paid leave, and supplemental pay) as of 4th quarter 2022 (U.S. Department of Labor, Bureau of Labor Statistics, 2023a)

- **LIFE EXPECTANCY**: 27.12 years as of age 56 (Dr. Iovino's age at birthday in 2023); based on the U.S. Department of Health and Human Services' 2020 U.S. Life Tables' life expectancy estimate for a 56-year-old female (Arias & Xu, 2022)

- **WORKLIFE EXPECTANCY**: 11.90 years as of age 56 (Dr. Iovino's age at birthday in 2023); based on the 2019 Skoog-Ciecka-Krueger Worklife Tables which were developed using survival data from the U.S. Department of Health and Human Services' 2014 U.S. Life Tables and labor force participation data from the U.S. Census Bureau's 2012-2017 Current Population Surveys and 2012-2016 American Community Surveys and adjusting the estimate using updated survival data from the 2020 U.S. Life Tables; according to the Skoog-Ciecka-Krueger Worklife Tables a 56-year-old female who has a professional or doctoral degree and who is active in the labor force has a mean worklife expectancy of 12.05 years (with a range of 7.50 to 15.50 years representing the middle 50%); this worklife expectancy estimate slightly decreases to 11.90 years when adjusted using the 2020 (rather than 2014) U.S. Life Tables

- **GROWTH RATE(S)**: wage and salary growth rate = 2.50% from 2024 forward; based on the geometric mean annual growth of the wages and salaries of private industry workers in professional and related occupations (including veterinarians) throughout the U.S. which was 2.95% from 2018 through 2022 (i.e. last 5 years), 2.39% from 2013 through 2022 (i.e. last 10 years), and 2.42% from 2003 through 2022 (i.e. last 20 years) (U.S. Department of Labor, Bureau of Labor Statistics, 2023b); past wage earnings are based on Dr. Iovino's actual wages as a veterinarian from August 2017 through December 2022 and for the relevant portion of 2023 are estimated using a wage base of $143,500 in 2023 dollars

- **DISCOUNT RATE(S)**: laddered portfolio of the current yields (i.e. as of May 17, 2023) on available U.S. Treasury securities (i.e. safe investments with virtually no default risk which are thus appropriate for capital preservation) from a 1-year bill to a 30-year bond; these yields are as follows: 1-year = 4.92%; 2-year = 4.12%; 3-year = 3.80%; 5-year = 3.58%; 7-year = 3.58%; 10-year = 3.57%; 20-year = 3.96%; 30-year = 3.88% (Board of Governors of the Federal Reserve, 2023); these current Treasury constant maturity yields were relied on to estimate the maturity yields for years in which a rate is not available (e.g. the yield for year 4, which was 3.69%, was calculated by subtracting one-half of the difference between the yields for years 3 and 5 from the yield for year 3)

8

Karen A. Iovino
May 21, 2023

**Dr. Iovino's projected earnings as a veterinarian with various employers given her August 2017 employment termination include an estimated $771,425 in past earnings (i.e. including $745,843 in wage earnings and $25,582 in employer-paid retirement benefits from August 19, 2017 through May 31, 2023) and $1,543,528 in future earning capacity (i.e. including $1,492,341 in wage-earning capacity and $51,187 in employer-paid retirement benefits from June 1, 2023 forward) resulting in a total of $2,314,953 in present value terms.**

## CONCLUSIONS

Dr. Iovino's employment as a lead veterinarian with MSA Security was terminated in August 2017. She has since remained an active labor force participant continuing to work with multiple employers in her chosen profession as a veterinarian. Available information suggests that Dr. Iovino's projected earnings absent termination with MSA Security include an estimated $923,464 to $940,038 in past earnings (i.e. including $900,940 to $917,110 in wage earnings and $22,524 to $22,928 in employer-paid retirement benefits from August 19, 2017 through May 31, 2023) and $1,739,900 to $1,896,147 in future earning capacity (i.e. including $1,697,463 to $1,849,900 in wage-earning capacity and $42,437 to $46,247 in employer-paid retirement benefits from June 1, 2023 forward) resulting in a total of $2,663,364 to $2,836,185 in present value terms through the worklife expectancy of an individual sharing her characteristics (i.e. 56-year-old female with a professional or doctoral degree who is active in the labor force). This is in comparison to Dr. Iovino's projected earnings given termination with multiple employers which include an estimated $771,425 in past earnings (i.e. including $745,843 in wage earnings and $25,582 in employer-paid retirement benefits from August 19, 2017 through May 31, 2023) and $1,543,528 in future earning capacity (i.e. including $1,492,341 in wage-earning capacity and $51,187 in employer-paid retirement benefits from June 1, 2023 forward) resulting in a total of $2,314,953 in present value terms through the worklife expectancy of an individual sharing her characteristics.

Dr. Iovino has likely sustained economic losses as a result of her August 2017 employment termination with MSA Security. Her economic losses include an estimated $152,039 ($923,464 - $771,425) to $168,613 ($940,038 - $771,425) in past earnings, or back pay (August 19, 2017 through May 31, 2023). Additionally, considering her treating psychotherapist's opinion that she continue to limit her work hours, Dr. Iovino's economic losses also likely include future lost earning capacity, or front pay (June 1, 2023 forward). At maximum, if her present earnings reduction (i.e. wage base of $166,400 to $177,882 in 2023 dollars absent termination and wage base of $143,500 in 2023 dollars given termination) persists throughout the remainder of her worklife expectancy, her future lost earning capacity is an estimated $196,372 ($1,739,900 - $1,543,528) to $352,619 ($1,896,147 - $1,543,528) in present value terms (resulting in cumulative economic losses of $348,411 to $521,232). However, it is currently unclear if the clinical recommendation for limited work hours by Dr. Iovino's treating psychotherapist will be necessary post-litigation. Dr. Iovino also indicated that she had ideally intended to retire from her work as a veterinarian by age 60. If age 60 were used as a final

9

Karen A. Iovino
May 21, 2023

separation date from the labor force, Dr. Iovino's future lost earning capacity would be capped at an estimated $73,876 ($586,530 - $512,654) to $117,114 ($629,768 - $512,654) in present value terms (resulting in cumulative economic losses of $225,915 to $285,727). Alternative estimates Dr. Iovino's future lost earning capacity to specified dates (i.e. assumed dates at which Dr. Iovino's economic losses would be projected to cease) can also be obtained using the calculations in the attached spreadsheets.

When called upon to testify in this case, I will testify in accordance with the analysis and findings detailed in this report which sets forth my expert opinions and the facts and data relied on in forming my opinions regarding this matter. I declare under penalty of perjury that the opinions contained herein are true and accurate to the best of my knowledge.

Should additional relevant information become available, I reserve the right to modify the opinions expressed in this report accordingly.

Please do not hesitate to contact me if you have any questions regarding this analysis of the economic impact of Dr. Iovino's August 2017 employment termination with MSA Security.

Sincerely,

A. Bentley Hankins, Ph.D.

Karen A. Iovino
May 21, 2023

## REFERENCE LIST

Arias, E., & Xu, J. (2022, August 8). United States life tables, 2020. *National vital statistics reports, 71*(1). Hyattsville, MD: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System. Retrieved from https://www.cdc.gov/nchs/data/nvsr/nvsr71/nvsr71-01.pdf

Board of Governors of the Federal Reserve (2023, May 19). *Selected interest rates.* Retrieved from https://www.federalreserve.gov/releases/h15/

Robinson, R., & Pomeranz, J. (2011). The vocational and rehabilitation assessment model (VRAM): Introduction of an empirically derived model of forensic vocational and rehabilitation assessment. *The Rehabilitation Professional, 19*(4), 91-104.

Skoog, G.R., Ciecka, J.E., & Krueger, K.V. (2019). The Markov process model of labor force activity, 2012-17: Extended tables of central tendency, shape, percentile points and bootstrap standard errors. *Journal of Forensic Economics, 28*(1-2), 15-108.

United States Department of Labor, Bureau of Labor Statistics (2023a). *Employer costs for employee compensation: cost of compensation for private industry workers in management, professional and related occupations as of fourth quarter 2022.* Retrieved from https://www.bls.gov/eci/data.htm

United States Department of Labor, Bureau of Labor Statistics (2023b). *Employment cost index: annual changes in the wages and salaries of private industry workers in professional and related occupations.* Retrieved from https://www.bls.gov/eci/data.htm

United States Department of Labor, Bureau of Labor Statistics (2023c). *May 2022 metropolitan and non-metropolitan area occupational employment and wage estimates: Winchester, VA-WV.* Retrieved from https://www.bls.gov/oes/current/oes_49020.htm

United States Department of Labor, Bureau of Labor Statistics (2023d). *May 2022 national occupational employment and wage estimates: United States.* Retrieved from https://www.bls.gov/oes/current/oes_nat.htm

United States Department of Labor, Bureau of Labor Statistics (2023e). *May 2022 state occupational employment and wage estimates: Virginia.* Retrieved from https://www.bls.gov/oes/current/oes_va.htm

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Past Wage Earnings Absent Termination (Lower-Bound Estimate)

| Year | Age at Birthday | Wage Earnings | Probability of Living and Participating | Adjusted Wage Earnings | Discount Factor | Present Value of Wage Earnings | Cumulative Present Value of Wage Earnings |
|---|---|---|---|---|---|---|---|
| 2017 | 50.00 | $53,450 | 1.0000 | $53,450 | 1.0000 | $53,450 | $53,450 |
| 2018 | 51.00 | $148,877 | 1.0000 | $148,877 | 1.0000 | $148,877 | $202,326 |
| 2019 | 52.00 | $152,227 | 1.0000 | $152,227 | 1.0000 | $152,227 | $354,554 |
| 2020 | 53.00 | $155,653 | 1.0000 | $155,653 | 1.0000 | $155,653 | $510,207 |
| 2021 | 54.00 | $159,156 | 1.0000 | $159,156 | 1.0000 | $159,156 | $669,363 |
| 2022 | 55.00 | $162,738 | 1.0000 | $162,738 | 1.0000 | $162,738 | $832,101 |
| 2023 | 56.00 | $68,840 | 1.0000 | $68,840 | 1.0000 | $68,840 | $900,940 |
| | | | | | | $900,940 | |

This table provides a lower-bound estimate of Dr. Iovino's wage earnings as a veterinarian with MSA Security from August 19, 2017 through May 31, 2023. To construct this table, the following assumptions were made: 1) wage base = $166,400 in 2023 dollars (and $145,600 in 2017 dollars); and 2) wage growth rate = 2.2505%. No discount rate was applied as these are past wage earnings. Applying these variable values, Dr. Iovino's estimated wage earnings absent termination are $900,940 in present value terms through May 2023.

*Note*. Adjusted Wage Earnings = Wage Earnings * Probability of Living and Participating; Present Value of Wage Earnings = Adjusted Wage Earnings * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Past Wage Earnings Absent Termination (Upper-Bound Estimate)

| Year | Age at Birthday | Wage Earnings | Probability of Living and Participating | Adjusted Wage Earnings | Discount Factor | Present Value of Wage Earnings | Cumulative Present Value of Wage Earnings |
|---|---|---|---|---|---|---|---|
| 2017 | 50.00 | $53,450 | 1.0000 | $53,450 | 1.0000 | $53,450 | $53,450 |
| 2018 | 51.00 | $149,531 | 1.0000 | $149,531 | 1.0000 | $149,531 | $202,981 |
| 2019 | 52.00 | $152,821 | 1.0000 | $152,821 | 1.0000 | $152,821 | $355,802 |
| 2020 | 53.00 | $156,030 | 1.0000 | $156,030 | 1.0000 | $156,030 | $511,832 |
| 2021 | 54.00 | $162,115 | 1.0000 | $162,115 | 1.0000 | $162,115 | $673,947 |
| 2022 | 55.00 | $169,573 | 1.0000 | $169,573 | 1.0000 | $169,573 | $843,520 |
| 2023 | 56.00 | $73,590 | 1.0000 | $73,590 | 1.0000 | $73,590 | **$917,110** |
| | | | | | | **$917,110** | |

This table provides an upper-bound estimate of Dr. Iovino's wage earnings as a veterinarian with MSA Security from August 19, 2017 through May 31, 2023. To construct this table, the following assumptions were made: 1) wage base = $177,882 in 2023 dollars (and $145,600 in 2017 dollars); and 2) wage growth rate = 2.7% in 2018, 2.2% in 2019, 2.1% in 2020, 3.9% in 2021, 4.6% in 2022, and 4.9% in 2023. No discount rate was applied as these are past wage earnings. Applying these variable values, Dr. Iovino's estimated wage earnings absent termination are $917,110 in present value terms through May 2023.

Note . Adjusted Wage Earnings = Wage Earnings * Probability of Living and Participating; Present Value of Wage Earnings = Adjusted Wage Earnings * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO

### Past Retirement Benefits Absent Termination (Lower-Bound Estimate)

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|------|-----------------|-----------------------------------|------------------------------------------|-------------------------------|------------------|---------------------------------------|--------------------------------------------------|
| 2017 | 50.00 | $1,336 | 1.0000 | $1,336 | 1.0000 | $1,336 | $1,336 |
| 2018 | 51.00 | $3,722 | 1.0000 | $3,722 | 1.0000 | $3,722 | $5,058 |
| 2019 | 52.00 | $3,806 | 1.0000 | $3,806 | 1.0000 | $3,806 | $8,864 |
| 2020 | 53.00 | $3,891 | 1.0000 | $3,891 | 1.0000 | $3,891 | $12,755 |
| 2021 | 54.00 | $3,979 | 1.0000 | $3,979 | 1.0000 | $3,979 | $16,734 |
| 2022 | 55.00 | $4,068 | 1.0000 | $4,068 | 1.0000 | $4,068 | $20,803 |
| 2023 | 56.00 | $1,721 | 1.0000 | $1,721 | 1.0000 | $1,721 | $22,524 |
| | | | | | | $22,524 | |

This table provides a lower-bound estimate of Dr. Iovino's employer-paid retirement benefits as a veterinarian with MSA Security from August 19, 2017 through May 31, 2023. To construct this table, the following assumptions were made: 1) employer-paid retirement benefits = 2.50% of annual wages (with a wage base of $166,400 in 2023 dollars and a wage growth rate of 2.2505% from 2018 through 2023). No discount rate was applied as these are past retirement benefits. Applying these variable values, Dr. Iovino's estimated employer-paid retirement benefits absent termination are $22,524 in present value terms through May 2023.

Note. Adjusted Retirement Benefits = Employer-Paid Retirement Benefits * Probability of Living and Participating; Present Value of Retirement Benefits = Adjusted Retirement Benefits * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO

### Past Retirement Benefits Absent Termination (Upper-Bound Estimate)

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|------|-----------------|-----------------------------------|------------------------------------------|------------------------------|-----------------|---------------------------------------|--------------------------------------------------|
| 2017 | 50.00 | $1,336 | 1.0000 | $1,336 | 1.0000 | $1,336 | $1,336 |
| 2018 | 51.00 | $3,738 | 1.0000 | $3,738 | 1.0000 | $3,738 | $5,075 |
| 2019 | 52.00 | $3,821 | 1.0000 | $3,821 | 1.0000 | $3,821 | $8,895 |
| 2020 | 53.00 | $3,901 | 1.0000 | $3,901 | 1.0000 | $3,901 | $12,796 |
| 2021 | 54.00 | $4,053 | 1.0000 | $4,053 | 1.0000 | $4,053 | $16,849 |
| 2022 | 55.00 | $4,239 | 1.0000 | $4,239 | 1.0000 | $4,239 | $21,088 |
| 2023 | 56.00 | $1,840 | 1.0000 | $1,840 | 1.0000 | $1,840 | $22,928 |
| | | | | | | $22,928 | |

This table provides an upper-bound estimate of Dr. Iovino's employer-paid retirement benefits as a veterinarian with MSA Security from August 19, 2017 through May 31, 2023. To construct this table, the following assumptions were made: 1) employer-paid retirement benefits = 2.50% of annual wages (with a wage base of $177,882 in 2023 dollars and wage growth rates of 2.7% in 2018, 2.2% in 2019, 2.1% in 2020, 3.9% in 2021, 4.6% in 2022, and 4.9% in 2023). No discount rate was applied as these are past retirement benefits. Applying these variable values, Dr. Iovino's estimated employer-paid retirement benefits absent termination are $22,928 in present value terms through May 2023.

*Note* . Adjusted Retirement Benefits = Employer-Paid Retirement Benefits * Probability of Living and Participating; Present Value of Retirement Benefits = Adjusted Retirement Benefits * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO

### Past Wage Earnings Given Termination

| Year | Age at Birthday | Wage Earnings | Probability of Living and Participating | Adjusted Wage Earnings | Discount Factor | Present Value of Wage Earnings | Cumulative Present Value of Wage Earnings |
|---|---|---|---|---|---|---|---|
| 2017 | 50.00 | $44,930 | 1.0000 | $44,930 | 1.0000 | $44,930 | $44,930 |
| 2018 | 51.00 | $110,335 | 1.0000 | $110,335 | 1.0000 | $110,335 | $155,265 |
| 2019 | 52.00 | $143,846 | 1.0000 | $143,846 | 1.0000 | $143,846 | $299,111 |
| 2020 | 53.00 | $141,158 | 1.0000 | $141,158 | 1.0000 | $141,158 | $440,269 |
| 2021 | 54.00 | $112,125 | 1.0000 | $112,125 | 1.0000 | $112,125 | $552,394 |
| 2022 | 55.00 | $134,083 | 1.0000 | $134,083 | 1.0000 | $134,083 | $686,477 |
| 2023 | 56.00 | $59,366 | 1.0000 | $59,366 | 1.0000 | $59,366 | $745,843 |
| | | | | | | $745,843 | |

This table details Dr. Iovino's actual wage earnings as a veterinarian with mulitple employers from August 19, 2017 through May 31, 2023 (other than a wage earnings estimate for the relevant portion of 2023 using a wage base of $143,500 in 2023 dollars). No discount rate was applied as these are past wage earnings. Applying these variable values, Dr. Iovino's estimated wage earnings given termination are $745,843 in present value terms through May 2023.

*Note* . Adjusted Wage Earnings = Wage Earnings * Probability of Living and Participating; Present Value of Wage Earnings = Adjusted Wage Earnings * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO

### Past Retirement Benefits Given Termination

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|------|------|------|------|------|------|------|------|
| 2017 | 50.00 | $1,541 | 1.0000 | $1,541 | 1.0000 | $1,541 | $1,541 |
| 2018 | 51.00 | $3,784 | 1.0000 | $3,784 | 1.0000 | $3,784 | $5,326 |
| 2019 | 52.00 | $4,934 | 1.0000 | $4,934 | 1.0000 | $4,934 | $10,260 |
| 2020 | 53.00 | $4,842 | 1.0000 | $4,842 | 1.0000 | $4,842 | $15,101 |
| 2021 | 54.00 | $3,846 | 1.0000 | $3,846 | 1.0000 | $3,846 | $18,947 |
| 2022 | 55.00 | $4,599 | 1.0000 | $4,599 | 1.0000 | $4,599 | $23,546 |
| 2023 | 56.00 | $2,036 | 1.0000 | $2,036 | 1.0000 | $2,036 | $25,582 |
| | | | | | | $25,582 | |

This table provides an estimate of Dr. Iovino's employer-paid retirement benefits as a veterinarian with multiple employers from August 19, 2017 through May 31, 2023. To construct this table, the following assumptions were made: 1) employer-paid retirement benefits = 3.43% of annual wage earnings (with wage earnings based on Ms. Iovino's actual wages through 2022 and estimated wages for the relevant portion of 2023 using a wage base of $143,500 in 2023 dollars). No discount rate was applied as these are past retirement benefits. Applying these variable values, Dr. Iovino's estimated employer-paid retirement benefits given termination are $25,582 in present value terms through May 2023.

*Note*. Adjusted Retirement Benefits = Employer-Paid Retirement Benefits * Probability of Living and Participating; Present Value of Retirement Benefits = Adjusted Retirement Benefits * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Future Wage-Earning Capacity Absent Termination (Lower-Bound Estimate)

| Year | Age at Birthday | Wage-Earning Capacity | Probability of Living and Participating | Adjusted Wage-Earning Capacity | Discount Factor | Present Value of Wage-Earning Capacity | Cumulative Present Value of Wage-Earning Capacity |
|---|---|---|---|---|---|---|---|
| 2023 | 56.00 | $97,560 | 0.9786 | $95,473 | 1.0000 | $95,473 | $95,473 |
| 2024 | 57.00 | $170,144 | 0.9356 | $159,187 | 0.9531 | $151,722 | $247,195 |
| 2025 | 58.00 | $173,972 | 0.8917 | $155,131 | 0.9224 | $143,097 | $390,291 |
| 2026 | 59.00 | $177,887 | 0.8467 | $150,617 | 0.8941 | $134,673 | $524,965 |
| 2027 | 60.00 | $181,889 | 0.8003 | $145,566 | 0.8651 | $125,925 | $650,890 |
| 2028 | 61.00 | $185,982 | 0.7521 | $139,877 | 0.8387 | $117,318 | $768,208 |
| 2029 | 62.00 | $190,166 | 0.7023 | $133,554 | 0.8097 | $108,144 | $876,351 |
| 2030 | 63.00 | $194,445 | 0.6514 | $126,661 | 0.7818 | $99,018 | $975,369 |
| 2031 | 64.00 | $198,820 | 0.6000 | $119,292 | 0.7549 | $90,056 | $1,065,426 |
| 2032 | 65.00 | $203,293 | 0.5495 | $111,710 | 0.7291 | $81,444 | $1,146,870 |
| 2033 | 66.00 | $207,867 | 0.5012 | $104,183 | 0.7041 | $73,360 | $1,220,230 |
| 2034 | 67.00 | $212,544 | 0.4557 | $96,857 | 0.6771 | $65,578 | $1,285,807 |
| 2035 | 68.00 | $217,327 | 0.4127 | $89,691 | 0.6505 | $58,347 | $1,344,154 |
| 2036 | 69.00 | $222,217 | 0.3720 | $82,665 | 0.6246 | $51,630 | $1,395,784 |
| 2037 | 70.00 | $227,216 | 0.3332 | $75,709 | 0.5992 | $45,365 | $1,441,149 |
| 2038 | 71.00 | $232,329 | 0.2960 | $68,769 | 0.5744 | $39,503 | $1,480,652 |
| 2039 | 72.00 | $237,556 | 0.2609 | $61,978 | 0.5503 | $34,105 | $1,514,757 |
| 2040 | 73.00 | $242,901 | 0.2280 | $55,381 | 0.5267 | $29,171 | $1,543,928 |
| 2041 | 74.00 | $248,367 | 0.1977 | $49,102 | 0.5038 | $24,739 | $1,568,666 |
| 2042 | 75.00 | $253,955 | 0.1702 | $43,223 | 0.4815 | $20,814 | $1,589,480 |
| 2043 | 76.00 | $259,669 | 0.1458 | $37,860 | 0.4599 | $17,412 | $1,606,892 |
| 2044 | 77.00 | $265,511 | 0.1249 | $33,162 | 0.4431 | $14,695 | $1,621,587 |
| 2045 | 78.00 | $271,485 | 0.1073 | $29,130 | 0.4270 | $12,438 | $1,634,025 |
| 2046 | 79.00 | $277,594 | 0.0927 | $25,733 | 0.4115 | $10,589 | $1,644,614 |
| 2047 | 80.00 | $283,840 | 0.0806 | $22,877 | 0.3967 | $9,075 | $1,653,689 |
| 2048 | 81.00 | $290,226 | 0.0705 | $20,461 | 0.3824 | $7,824 | $1,661,513 |
| 2049 | 82.00 | $296,756 | 0.0620 | $18,399 | 0.3687 | $6,784 | $1,668,297 |
| 2050 | 83.00 | $303,433 | 0.0547 | $16,598 | 0.3556 | $5,902 | $1,674,199 |
| 2051 | 84.00 | $310,260 | 0.0481 | $14,924 | 0.3430 | $5,118 | $1,679,317 |
| 2052 | 85.00 | $317,241 | 0.0412 | $13,070 | 0.3308 | $4,324 | $1,683,641 |
| 2053 | 86.00 | $324,379 | 0.0339 | $10,996 | 0.3192 | $3,510 | $1,687,151 |
| 2054 | 87.00 | $331,678 | 0.0269 | $8,922 | 0.3073 | $2,741 | $1,689,892 |
| 2055 | 88.00 | $339,140 | 0.0209 | $7,088 | 0.2958 | $2,097 | $1,691,989 |
| 2056 | 89.00 | $346,771 | 0.0160 | $5,548 | 0.2847 | $1,580 | $1,693,569 |
| 2057 | 90.00 | $354,573 | 0.0121 | $4,290 | 0.2741 | $1,176 | $1,694,745 |
| 2058 | 91.00 | $362,551 | 0.0090 | $3,263 | 0.2639 | $861 | $1,695,606 |
| 2059 | 92.00 | $370,709 | 0.0065 | $2,410 | 0.2540 | $612 | $1,696,218 |
| 2060 | 93.00 | $379,050 | 0.0046 | $1,744 | 0.2445 | $426 | $1,696,644 |
| 2061 | 94.00 | $387,578 | 0.0032 | $1,240 | 0.2354 | $292 | $1,696,936 |

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Future Wage-Earning Capacity Absent Termination (Lower-Bound Estimate)

| Year | Age at Birthday | Wage-Earning Capacity | Probability of Living and Participating | Adjusted Wage-Earning Capacity | Discount Factor | Present Value of Wage-Earning Capacity | Cumulative Present Value of Wage-Earning Capacity |
|---|---|---|---|---|---|---|---|
| 2062 | 95.00 | $396,299 | 0.0022 | $872 | 0.2266 | $198 | $1,697,134 |
| 2063 | 96.00 | $405,215 | 0.0015 | $608 | 0.2181 | $133 | $1,697,266 |
| 2064 | 97.00 | $414,333 | 0.0009 | $373 | 0.2100 | $78 | $1,697,345 |
| 2065 | 98.00 | $423,655 | 0.0006 | $254 | 0.2021 | $51 | $1,697,396 |
| 2066 | 99.00 | $433,188 | 0.0003 | $130 | 0.1946 | $25 | $1,697,421 |
| 2067 | 100.00 | $442,934 | 0.0005 | $221 | 0.1873 | $41 | $1,697,463 |
| | | | 11.9027 | | | $1,697,463 | |

This table provides a lower-bound estimate of Dr. Iovino's wage-earning capacity absent termination from June 1, 2023 through her 100th birthday. This estimate takes into account her probability of life and probability of labor force participation for each year and is based on her having continued to work as a veterinarian with MSA Security. To construct this table, the following assumptions were made: 1) wages = $166,400 in 2023 dollars; 2) worklife expectancy = 11.90 years and life expectancy = 27.12 years as of age 56; 3) wage growth rate = 2.25% from 2024 forward; and 4) discount rate = laddered portfolio of current yields on U.S. Treasury securities ranging from the 1-year U.S. Treasury bill (4.92%) beginning in 2024 to the 30-year U.S. Treasury bond (3.88%) from 2053 forward. Applying these variable values, Dr. Iovino's estimated wage-earning capacity absent termination is $1,697,463 in present value terms from June 2023 through the remainder of her worklife expectancy.

*Note*. Adjusted Wage-Earning Capacity = Wage-Earning Capacity * Probability of Living and Participating; Present Value of Wage-Earning Capacity = Adjusted Wage-Earning Capacity * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Future Wage-Earning Capacity Absent Termination (Upper-Bound Estimate)

| Year | Age at Birthday | Wage-Earning Capacity | Probability of Living and Participating | Adjusted Wage-Earning Capacity | Discount Factor | Present Value of Wage-Earning Capacity | Cumulative Present Value of Wage-Earning Capacity |
|---|---|---|---|---|---|---|---|
| 2023 | 56.00 | $104,292 | 0.9786 | $102,060 | 1.0000 | $102,060 | $102,060 |
| 2024 | 57.00 | $182,329 | 0.9356 | $170,587 | 0.9531 | $162,588 | $264,648 |
| 2025 | 58.00 | $186,887 | 0.8917 | $166,647 | 0.9224 | $153,720 | $418,368 |
| 2026 | 59.00 | $191,559 | 0.8467 | $162,193 | 0.8941 | $145,024 | $563,392 |
| 2027 | 60.00 | $196,348 | 0.8003 | $157,138 | 0.8651 | $135,935 | $699,328 |
| 2028 | 61.00 | $201,257 | 0.7521 | $151,366 | 0.8387 | $126,954 | $826,282 |
| 2029 | 62.00 | $206,289 | 0.7023 | $144,876 | 0.8097 | $117,312 | $943,594 |
| 2030 | 63.00 | $211,446 | 0.6514 | $137,736 | 0.7818 | $107,675 | $1,051,269 |
| 2031 | 64.00 | $216,732 | 0.6000 | $130,039 | 0.7549 | $98,170 | $1,149,439 |
| 2032 | 65.00 | $222,150 | 0.5495 | $122,072 | 0.7291 | $88,999 | $1,238,438 |
| 2033 | 66.00 | $227,704 | 0.5012 | $114,125 | 0.7041 | $80,360 | $1,318,798 |
| 2034 | 67.00 | $233,397 | 0.4557 | $106,359 | 0.6771 | $72,011 | $1,390,810 |
| 2035 | 68.00 | $239,232 | 0.4127 | $98,731 | 0.6505 | $64,228 | $1,455,037 |
| 2036 | 69.00 | $245,212 | 0.3720 | $91,219 | 0.6246 | $56,973 | $1,512,010 |
| 2037 | 70.00 | $251,343 | 0.3332 | $83,747 | 0.5992 | $50,182 | $1,562,192 |
| 2038 | 71.00 | $257,626 | 0.2960 | $76,257 | 0.5744 | $43,804 | $1,605,996 |
| 2039 | 72.00 | $264,067 | 0.2609 | $68,895 | 0.5503 | $37,911 | $1,643,907 |
| 2040 | 73.00 | $270,668 | 0.2280 | $61,712 | 0.5267 | $32,506 | $1,676,413 |
| 2041 | 74.00 | $277,435 | 0.1977 | $54,849 | 0.5038 | $27,634 | $1,704,047 |
| 2042 | 75.00 | $284,371 | 0.1702 | $48,400 | 0.4815 | $23,307 | $1,727,353 |
| 2043 | 76.00 | $291,480 | 0.1458 | $42,498 | 0.4599 | $19,545 | $1,746,899 |
| 2044 | 77.00 | $298,767 | 0.1249 | $37,316 | 0.4431 | $16,535 | $1,763,434 |
| 2045 | 78.00 | $306,237 | 0.1073 | $32,859 | 0.4270 | $14,030 | $1,777,464 |
| 2046 | 79.00 | $313,892 | 0.0927 | $29,098 | 0.4115 | $11,974 | $1,789,438 |
| 2047 | 80.00 | $321,740 | 0.0806 | $25,932 | 0.3967 | $10,286 | $1,799,725 |
| 2048 | 81.00 | $329,783 | 0.0705 | $23,250 | 0.3824 | $8,891 | $1,808,615 |
| 2049 | 82.00 | $338,028 | 0.0620 | $20,958 | 0.3687 | $7,727 | $1,816,343 |
| 2050 | 83.00 | $346,479 | 0.0547 | $18,952 | 0.3556 | $6,739 | $1,823,082 |
| 2051 | 84.00 | $355,141 | 0.0481 | $17,082 | 0.3430 | $5,858 | $1,828,940 |
| 2052 | 85.00 | $364,019 | 0.0412 | $14,998 | 0.3308 | $4,962 | $1,833,902 |
| 2053 | 86.00 | $373,120 | 0.0339 | $12,649 | 0.3192 | $4,037 | $1,837,939 |
| 2054 | 87.00 | $382,448 | 0.0269 | $10,288 | 0.3073 | $3,161 | $1,841,100 |
| 2055 | 88.00 | $392,009 | 0.0209 | $8,193 | 0.2958 | $2,423 | $1,843,523 |
| 2056 | 89.00 | $401,809 | 0.0160 | $6,429 | 0.2847 | $1,831 | $1,845,354 |
| 2057 | 90.00 | $411,854 | 0.0121 | $4,983 | 0.2741 | $1,366 | $1,846,720 |
| 2058 | 91.00 | $422,150 | 0.0090 | $3,799 | 0.2639 | $1,003 | $1,847,723 |
| 2059 | 92.00 | $432,704 | 0.0065 | $2,813 | 0.2540 | $714 | $1,848,437 |
| 2060 | 93.00 | $443,522 | 0.0046 | $2,040 | 0.2445 | $499 | $1,848,936 |
| 2061 | 94.00 | $454,610 | 0.0032 | $1,455 | 0.2354 | $342 | $1,849,278 |

**EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO**
Future Wage-Earning Capacity Absent Termination (Upper-Bound Estimate)

| Year | Age at Birthday | Wage-Earning Capacity | Probability of Living and Participating | Adjusted Wage-Earning Capacity | Discount Factor | Present Value of Wage-Earning Capacity | Cumulative Present Value of Wage-Earning Capacity |
|---|---|---|---|---|---|---|---|
| 2062 | 95.00 | $465,975 | 0.0022 | $1,025 | 0.2266 | $232 | $1,849,511 |
| 2063 | 96.00 | $477,625 | 0.0015 | $716 | 0.2181 | $156 | $1,849,667 |
| 2064 | 97.00 | $489,565 | 0.0009 | $441 | 0.2100 | $93 | $1,849,759 |
| 2065 | 98.00 | $501,804 | 0.0006 | $301 | 0.2021 | $61 | $1,849,820 |
| 2066 | 99.00 | $514,349 | 0.0003 | $154 | 0.1946 | $30 | $1,849,850 |
| 2067 | 100.00 | $527,208 | 0.0005 | $264 | 0.1873 | $49 | **$1,849,900** |
| | | | **11.9027** | | | **$1,849,900** | |

This table provides an upper-bound estimate of Dr. Iovino's wage-earning capacity absent termination from June 1, 2023 through her 100th birthday. This estimate takes into account her probability of life and probability of labor force participation for each year and is based on her having continued to work as a veterinarian with MSA Security. To construct this table, the following assumptions were made: 1) wages = $177,882 in 2023 dollars; 2) worklife expectancy = 11.90 years and life expectancy = 27.12 years as of age 56; 3) wage growth rate = 2.50% from 2024 forward; and 4) discount rate = laddered portfolio of current yields on U.S. Treasury securities ranging from the 1-year U.S. Treasury bill (4.92%) beginning in 2024 to the 30-year U.S. Treasury bond (3.88%) from 2053 forward. Applying these variable values, Dr. Iovino's estimated wage-earning capacity absent termination is $1,849,900 in present value terms from June 2023 through the remainder of her worklife expectancy.

**EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO**

**Future Retirement Benefits Absent Termination (Lower-Bound Estimate)**

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|---|---|---|---|---|---|---|---|
| 2023 | 56.00 | $2,439 | 0.9786 | $2,387 | 1.0000 | $2,387 | $2,387 |
| 2024 | 57.00 | $4,254 | 0.9356 | $3,980 | 0.9531 | $3,793 | $6,180 |
| 2025 | 58.00 | $4,349 | 0.8917 | $3,878 | 0.9224 | $3,577 | $9,757 |
| 2026 | 59.00 | $4,447 | 0.8467 | $3,765 | 0.8941 | $3,367 | $13,124 |
| 2027 | 60.00 | $4,547 | 0.8003 | $3,639 | 0.8651 | $3,148 | $16,272 |
| 2028 | 61.00 | $4,650 | 0.7521 | $3,497 | 0.8387 | $2,933 | $19,205 |
| 2029 | 62.00 | $4,754 | 0.7023 | $3,339 | 0.8097 | $2,704 | $21,909 |
| 2030 | 63.00 | $4,861 | 0.6514 | $3,167 | 0.7818 | $2,475 | $24,384 |
| 2031 | 64.00 | $4,970 | 0.6000 | $2,982 | 0.7549 | $2,251 | $26,636 |
| 2032 | 65.00 | $5,082 | 0.5495 | $2,793 | 0.7291 | $2,036 | $28,672 |
| 2033 | 66.00 | $5,197 | 0.5012 | $2,605 | 0.7041 | $1,834 | $30,506 |
| 2034 | 67.00 | $5,314 | 0.4557 | $2,421 | 0.6771 | $1,639 | $32,145 |
| 2035 | 68.00 | $5,433 | 0.4127 | $2,242 | 0.6505 | $1,459 | $33,604 |
| 2036 | 69.00 | $5,555 | 0.3720 | $2,067 | 0.6246 | $1,291 | $34,895 |
| 2037 | 70.00 | $5,680 | 0.3332 | $1,893 | 0.5992 | $1,134 | $36,029 |
| 2038 | 71.00 | $5,808 | 0.2960 | $1,719 | 0.5744 | $988 | $37,016 |
| 2039 | 72.00 | $5,939 | 0.2609 | $1,549 | 0.5503 | $853 | $37,869 |
| 2040 | 73.00 | $6,073 | 0.2280 | $1,385 | 0.5267 | $729 | $38,598 |
| 2041 | 74.00 | $6,209 | 0.1977 | $1,228 | 0.5038 | $618 | $39,217 |
| 2042 | 75.00 | $6,349 | 0.1702 | $1,081 | 0.4815 | $520 | $39,737 |
| 2043 | 76.00 | $6,492 | 0.1458 | $946 | 0.4599 | $435 | $40,172 |
| 2044 | 77.00 | $6,638 | 0.1249 | $829 | 0.4431 | $367 | $40,540 |
| 2045 | 78.00 | $6,787 | 0.1073 | $728 | 0.4270 | $311 | $40,851 |
| 2046 | 79.00 | $6,940 | 0.0927 | $643 | 0.4115 | $265 | $41,115 |
| 2047 | 80.00 | $7,096 | 0.0806 | $572 | 0.3967 | $227 | $41,342 |
| 2048 | 81.00 | $7,256 | 0.0705 | $512 | 0.3824 | $196 | $41,538 |
| 2049 | 82.00 | $7,419 | 0.0620 | $460 | 0.3687 | $170 | $41,707 |
| 2050 | 83.00 | $7,586 | 0.0547 | $415 | 0.3556 | $148 | $41,855 |
| 2051 | 84.00 | $7,757 | 0.0481 | $373 | 0.3430 | $128 | $41,983 |
| 2052 | 85.00 | $7,931 | 0.0412 | $327 | 0.3308 | $108 | $42,091 |
| 2053 | 86.00 | $8,109 | 0.0339 | $275 | 0.3192 | $88 | $42,179 |
| 2054 | 87.00 | $8,292 | 0.0269 | $223 | 0.3073 | $69 | $42,247 |
| 2055 | 88.00 | $8,479 | 0.0209 | $177 | 0.2958 | $52 | $42,300 |
| 2056 | 89.00 | $8,669 | 0.0160 | $139 | 0.2847 | $39 | $42,339 |
| 2057 | 90.00 | $8,864 | 0.0121 | $107 | 0.2741 | $29 | $42,369 |
| 2058 | 91.00 | $9,064 | 0.0090 | $82 | 0.2639 | $22 | $42,390 |
| 2059 | 92.00 | $9,268 | 0.0065 | $60 | 0.2540 | $15 | $42,405 |
| 2060 | 93.00 | $9,476 | 0.0046 | $44 | 0.2445 | $11 | $42,416 |
| 2061 | 94.00 | $9,689 | 0.0032 | $31 | 0.2354 | $7 | $42,423 |

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Future Retirement Benefits Absent Termination (Lower-Bound Estimate)

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|---|---|---|---|---|---|---|---|
| 2062 | 95.00 | $9,907 | 0.0022 | $22 | 0.2266 | $5 | $42,428 |
| 2063 | 96.00 | $10,130 | 0.0015 | $15 | 0.2181 | $3 | $42,432 |
| 2064 | 97.00 | $10,358 | 0.0009 | $9 | 0.2100 | $2 | $42,434 |
| 2065 | 98.00 | $10,591 | 0.0006 | $6 | 0.2021 | $1 | $42,435 |
| 2066 | 99.00 | $10,830 | 0.0003 | $3 | 0.1946 | $1 | $42,436 |
| 2067 | 100.00 | $11,073 | 0.0005 | $6 | 0.1873 | $1 | $42,437 |
| | | | 11.9027 | | | $42,437 | |

This table provides a lower-bound estimate of Dr. Iovino's employer-paid retirement benefits absent termination from June 1, 2023 through her 100th birthday. This estimate takes into account her probability of life and probability of labor force participation for each year and is based on her having continued to work as a veterinarian with MSA Security. To construct this table, the following assumptions were made: 1) employer-paid retirement benefits = 2.50% of annual wages (with a wage base of $166,400 in 2023 dollars and annual wage growth of 2.25% from 2024 forward); 2) worklife expectancy = 11.90 years and life expectancy = 27.12 years as of age 56; and 3) discount rate = laddered portfolio of current yields on U.S. Treasury securities ranging from the 1-year U.S. Treasury bill (4.92%) beginning in 2024 to the 30-year U.S. Treasury bond (3.88%) from 2053 forward. Applying these variable values, Dr. Iovino's estimated employer-paid retirement benefits absent termination are $42,437 in present value terms from June 2023 through the remainder of her worklife expectancy.

Note . Adjusted Retirement Benefits = Employer-Paid Retirement Benefits * Probability of Living and Participating; Present Value of Retirement Benefits = Adjusted Retirement Benefits * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO

### Future Retirement Benefits Absent Termination (Upper-Bound Estimate)

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|---|---|---|---|---|---|---|---|
| 2023 | 56.00 | $2,607 | 0.9786 | $2,552 | 1.0000 | $2,552 | $2,552 |
| 2024 | 57.00 | $4,558 | 0.9356 | $4,265 | 0.9531 | $4,065 | $6,616 |
| 2025 | 58.00 | $4,672 | 0.8917 | $4,166 | 0.9224 | $3,843 | $10,459 |
| 2026 | 59.00 | $4,789 | 0.8467 | $4,055 | 0.8941 | $3,626 | $14,085 |
| 2027 | 60.00 | $4,909 | 0.8003 | $3,928 | 0.8651 | $3,398 | $17,483 |
| 2028 | 61.00 | $5,031 | 0.7521 | $3,784 | 0.8387 | $3,174 | $20,657 |
| 2029 | 62.00 | $5,157 | 0.7023 | $3,622 | 0.8097 | $2,933 | $23,590 |
| 2030 | 63.00 | $5,286 | 0.6514 | $3,443 | 0.7818 | $2,692 | $26,282 |
| 2031 | 64.00 | $5,418 | 0.6000 | $3,251 | 0.7549 | $2,454 | $28,736 |
| 2032 | 65.00 | $5,554 | 0.5495 | $3,052 | 0.7291 | $2,225 | $30,961 |
| 2033 | 66.00 | $5,693 | 0.5012 | $2,853 | 0.7041 | $2,009 | $32,970 |
| 2034 | 67.00 | $5,835 | 0.4557 | $2,659 | 0.6771 | $1,800 | $34,770 |
| 2035 | 68.00 | $5,981 | 0.4127 | $2,468 | 0.6505 | $1,606 | $36,376 |
| 2036 | 69.00 | $6,130 | 0.3720 | $2,280 | 0.6246 | $1,424 | $37,800 |
| 2037 | 70.00 | $6,284 | 0.3332 | $2,094 | 0.5992 | $1,255 | $39,055 |
| 2038 | 71.00 | $6,441 | 0.2960 | $1,906 | 0.5744 | $1,095 | $40,150 |
| 2039 | 72.00 | $6,602 | 0.2609 | $1,722 | 0.5503 | $948 | $41,098 |
| 2040 | 73.00 | $6,767 | 0.2280 | $1,543 | 0.5267 | $813 | $41,910 |
| 2041 | 74.00 | $6,936 | 0.1977 | $1,371 | 0.5038 | $691 | $42,601 |
| 2042 | 75.00 | $7,109 | 0.1702 | $1,210 | 0.4815 | $583 | $43,184 |
| 2043 | 76.00 | $7,287 | 0.1458 | $1,062 | 0.4599 | $489 | $43,672 |
| 2044 | 77.00 | $7,469 | 0.1249 | $933 | 0.4431 | $413 | $44,086 |
| 2045 | 78.00 | $7,656 | 0.1073 | $821 | 0.4270 | $351 | $44,437 |
| 2046 | 79.00 | $7,847 | 0.0927 | $727 | 0.4115 | $299 | $44,736 |
| 2047 | 80.00 | $8,043 | 0.0806 | $648 | 0.3967 | $257 | $44,993 |
| 2048 | 81.00 | $8,245 | 0.0705 | $581 | 0.3824 | $222 | $45,215 |
| 2049 | 82.00 | $8,451 | 0.0620 | $524 | 0.3687 | $193 | $45,409 |
| 2050 | 83.00 | $8,662 | 0.0547 | $474 | 0.3556 | $168 | $45,577 |
| 2051 | 84.00 | $8,879 | 0.0481 | $427 | 0.3430 | $146 | $45,724 |
| 2052 | 85.00 | $9,100 | 0.0412 | $375 | 0.3308 | $124 | $45,848 |
| 2053 | 86.00 | $9,328 | 0.0339 | $316 | 0.3192 | $101 | $45,948 |
| 2054 | 87.00 | $9,561 | 0.0269 | $257 | 0.3073 | $79 | $46,028 |
| 2055 | 88.00 | $9,800 | 0.0209 | $205 | 0.2958 | $61 | $46,088 |
| 2056 | 89.00 | $10,045 | 0.0160 | $161 | 0.2847 | $46 | $46,134 |
| 2057 | 90.00 | $10,296 | 0.0121 | $125 | 0.2741 | $34 | $46,168 |
| 2058 | 91.00 | $10,554 | 0.0090 | $95 | 0.2639 | $25 | $46,193 |
| 2059 | 92.00 | $10,818 | 0.0065 | $70 | 0.2540 | $18 | $46,211 |
| 2060 | 93.00 | $11,088 | 0.0046 | $51 | 0.2445 | $12 | $46,223 |
| 2061 | 94.00 | $11,365 | 0.0032 | $36 | 0.2354 | $9 | $46,232 |

**EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO**
**Future Retirement Benefits Absent Termination (Upper-Bound Estimate)**

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|---|---|---|---|---|---|---|---|
| 2062 | 95.00 | $11,649 | 0.0022 | $26 | 0.2266 | $6 | $46,238 |
| 2063 | 96.00 | $11,941 | 0.0015 | $18 | 0.2181 | $4 | $46,242 |
| 2064 | 97.00 | $12,239 | 0.0009 | $11 | 0.2100 | $2 | $46,244 |
| 2065 | 98.00 | $12,545 | 0.0006 | $8 | 0.2021 | $2 | $46,246 |
| 2066 | 99.00 | $12,859 | 0.0003 | $4 | 0.1946 | $1 | $46,246 |
| 2067 | 100.00 | $13,180 | 0.0005 | $7 | 0.1873 | $1 | **$46,247** |
| | | | **11.9027** | | | **$46,247** | |

This table provides an upper-bound estimate of Dr. Iovino's employer-paid retirement benefits absent termination from June 1, 2023 through her 100th birthday. This estimate takes into account her probability of life and probability of labor force participation for each year and is based on her having continued to work as a veterinarian with MSA Security. To construct this table, the following assumptions were made: 1) employer-paid retirement benefits = 2.50% of annual wages (with a wage base of $177,882 in 2023 dollars and annual wage growth of 2.50% from 2024 forward); 2) worklife expectancy = 11.90 years and life expectancy = 27.12 years as of age 56; and 3) discount rate = laddered portfolio of current yields on U.S. Treasury securities ranging from the 1-year U.S. Treasury bill (4.92%) beginning in 2024 to the 30-year U.S. Treasury bond (3.88%) from 2053 forward. Applying these variable values, Dr. Iovino's estimated employer-paid retirement benefits absent termination are $46,247 in present value terms from June 2023 through the remainder of her worklife expectancy.

*Note*. Adjusted Retirement Benefits = Employer-Paid Retirement Benefits * Probability of Living and Participating; Present Value of Retirement Benefits = Adjusted Retirement Benefits * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO

### Future Wage-Earning Capacity Given Termination

| Year | Age at Birthday | Wage-Earning Capacity | Probability of Living and Participating | Adjusted Wage-Earning Capacity | Discount Factor | Present Value of Wage-Earning Capacity | Cumulative Present Value of Wage-Earning Capacity |
|---|---|---|---|---|---|---|---|
| 2023 | 56.00 | $84,134 | 0.9786 | $82,334 | 1.0000 | $82,334 | $82,334 |
| 2024 | 57.00 | $147,088 | 0.9356 | $137,615 | 0.9531 | $131,162 | $213,495 |
| 2025 | 58.00 | $150,765 | 0.8917 | $134,437 | 0.9224 | $124,008 | $337,504 |
| 2026 | 59.00 | $154,534 | 0.8467 | $130,844 | 0.8941 | $116,993 | $454,497 |
| 2027 | 60.00 | $158,397 | 0.8003 | $126,765 | 0.8651 | $109,661 | $564,158 |
| 2028 | 61.00 | $162,357 | 0.7521 | $122,109 | 0.8387 | $102,416 | $666,574 |
| 2029 | 62.00 | $166,416 | 0.7023 | $116,874 | 0.8097 | $94,637 | $761,211 |
| 2030 | 63.00 | $170,576 | 0.6514 | $111,113 | 0.7818 | $86,863 | $848,074 |
| 2031 | 64.00 | $174,841 | 0.6000 | $104,904 | 0.7549 | $79,195 | $927,269 |
| 2032 | 65.00 | $179,212 | 0.5495 | $98,477 | 0.7291 | $71,797 | $999,066 |
| 2033 | 66.00 | $183,692 | 0.5012 | $92,066 | 0.7041 | $64,828 | $1,063,894 |
| 2034 | 67.00 | $188,284 | 0.4557 | $85,801 | 0.6771 | $58,093 | $1,121,986 |
| 2035 | 68.00 | $192,992 | 0.4127 | $79,648 | 0.6505 | $51,813 | $1,173,800 |
| 2036 | 69.00 | $197,816 | 0.3720 | $73,588 | 0.6246 | $45,961 | $1,219,761 |
| 2037 | 70.00 | $202,762 | 0.3332 | $67,560 | 0.5992 | $40,482 | $1,260,243 |
| 2038 | 71.00 | $207,831 | 0.2960 | $61,518 | 0.5744 | $35,338 | $1,295,581 |
| 2039 | 72.00 | $213,027 | 0.2609 | $55,579 | 0.5503 | $30,583 | $1,326,164 |
| 2040 | 73.00 | $218,352 | 0.2280 | $49,784 | 0.5267 | $26,223 | $1,352,387 |
| 2041 | 74.00 | $223,811 | 0.1977 | $44,247 | 0.5038 | $22,293 | $1,374,679 |
| 2042 | 75.00 | $229,406 | 0.1702 | $39,045 | 0.4815 | $18,802 | $1,393,481 |
| 2043 | 76.00 | $235,141 | 0.1458 | $34,284 | 0.4599 | $15,767 | $1,409,249 |
| 2044 | 77.00 | $241,020 | 0.1249 | $30,103 | 0.4431 | $13,339 | $1,422,588 |
| 2045 | 78.00 | $247,045 | 0.1073 | $26,508 | 0.4270 | $11,319 | $1,433,906 |
| 2046 | 79.00 | $253,222 | 0.0927 | $23,474 | 0.4115 | $9,660 | $1,443,566 |
| 2047 | 80.00 | $259,552 | 0.0806 | $20,920 | 0.3967 | $8,298 | $1,451,864 |
| 2048 | 81.00 | $266,041 | 0.0705 | $18,756 | 0.3824 | $7,172 | $1,459,036 |
| 2049 | 82.00 | $272,692 | 0.0620 | $16,907 | 0.3687 | $6,234 | $1,465,270 |
| 2050 | 83.00 | $279,509 | 0.0547 | $15,289 | 0.3556 | $5,436 | $1,470,707 |
| 2051 | 84.00 | $286,497 | 0.0481 | $13,781 | 0.3430 | $4,726 | $1,475,433 |
| 2052 | 85.00 | $293,659 | 0.0412 | $12,099 | 0.3308 | $4,003 | $1,479,435 |
| 2053 | 86.00 | $301,001 | 0.0339 | $10,204 | 0.3192 | $3,257 | $1,482,692 |
| 2054 | 87.00 | $308,526 | 0.0269 | $8,299 | 0.3073 | $2,550 | $1,485,242 |
| 2055 | 88.00 | $316,239 | 0.0209 | $6,609 | 0.2958 | $1,955 | $1,487,197 |
| 2056 | 89.00 | $324,145 | 0.0160 | $5,186 | 0.2847 | $1,477 | $1,488,674 |
| 2057 | 90.00 | $332,249 | 0.0121 | $4,020 | 0.2741 | $1,102 | $1,489,776 |
| 2058 | 91.00 | $340,555 | 0.0090 | $3,065 | 0.2639 | $809 | $1,490,585 |
| 2059 | 92.00 | $349,069 | 0.0065 | $2,269 | 0.2540 | $576 | $1,491,161 |
| 2060 | 93.00 | $357,796 | 0.0046 | $1,646 | 0.2445 | $402 | $1,491,563 |
| 2061 | 94.00 | $366,740 | 0.0032 | $1,174 | 0.2354 | $276 | $1,491,840 |

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Future Wage-Earning Capacity Given Termination

| Year | Age at Birthday | Wage-Earning Capacity | Probability of Living and Participating | Adjusted Wage-Earning Capacity | Discount Factor | Present Value of Wage-Earning Capacity | Cumulative Present Value of Wage-Earning Capacity |
|---|---|---|---|---|---|---|---|
| 2062 | 95.00 | $375,909 | 0.0022 | $827 | 0.2266 | $187 | $1,492,027 |
| 2063 | 96.00 | $385,307 | 0.0015 | $578 | 0.2181 | $126 | $1,492,153 |
| 2064 | 97.00 | $394,939 | 0.0009 | $355 | 0.2100 | $75 | $1,492,228 |
| 2065 | 98.00 | $404,813 | 0.0006 | $243 | 0.2021 | $49 | $1,492,277 |
| 2066 | 99.00 | $414,933 | 0.0003 | $124 | 0.1946 | $24 | $1,492,301 |
| 2067 | 100.00 | $425,306 | 0.0005 | $213 | 0.1873 | $40 | $1,492,341 |
| | | | 11.9027 | | | $1,492,341 | |

This table provides an estimate of Dr. Iovino's wage-earning capacity given termination from June 1, 2023 through her 100th birthday. This estimate takes into account her probability of life and probability of labor force participation for each year and is based on her continuing to work with various employers as a veterinarian. To construct this table, the following assumptions were made: 1) wages = $143,500 in 2023 dollars; 2) worklife expectancy = 11.90 years and life expectancy = 27.12 years as of age 56; 3) wage growth rate = 2.50% from 2024 forward; and 4) discount rate = laddered portfolio of current yields on U.S. Treasury securities ranging from the 1-year U.S. Treasury bill (4.92%) beginning in 2024 to the 30-year U.S. Treasury bond (3.88%) from 2053 forward. Applying these variable values, Dr. Iovino's estimated wage-earning capacity given termination is $1,492,341 in present value terms from June 2023 through the remainder of her worklife expectancy.

*Note*. Adjusted Wage-Earning Capacity = Wage-Earning Capacity * Probability of Living and Participating; Present Value of Wage-Earning Capacity = Adjusted Wage-Earning Capacity * Discount Factor

## EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO
### Future Retirement Benefits Given Termination

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|------|-----|------|--------|--------|--------|--------|--------|
| 2023 | 56.00 | $2,886 | 0.9786 | $2,824 | 1.0000 | $2,824 | $2,824 |
| 2024 | 57.00 | $5,045 | 0.9356 | $4,720 | 0.9531 | $4,499 | $7,323 |
| 2025 | 58.00 | $5,171 | 0.8917 | $4,611 | 0.9224 | $4,253 | $11,576 |
| 2026 | 59.00 | $5,301 | 0.8467 | $4,488 | 0.8941 | $4,013 | $15,589 |
| 2027 | 60.00 | $5,433 | 0.8003 | $4,348 | 0.8651 | $3,761 | $19,351 |
| 2028 | 61.00 | $5,569 | 0.7521 | $4,188 | 0.8387 | $3,513 | $22,863 |
| 2029 | 62.00 | $5,708 | 0.7023 | $4,009 | 0.8097 | $3,246 | $26,110 |
| 2030 | 63.00 | $5,851 | 0.6514 | $3,811 | 0.7818 | $2,979 | $29,089 |
| 2031 | 64.00 | $5,997 | 0.6000 | $3,598 | 0.7549 | $2,716 | $31,805 |
| 2032 | 65.00 | $6,147 | 0.5495 | $3,378 | 0.7291 | $2,463 | $34,268 |
| 2033 | 66.00 | $6,301 | 0.5012 | $3,158 | 0.7041 | $2,224 | $36,492 |
| 2034 | 67.00 | $6,458 | 0.4557 | $2,943 | 0.6771 | $1,993 | $38,484 |
| 2035 | 68.00 | $6,620 | 0.4127 | $2,732 | 0.6505 | $1,777 | $40,261 |
| 2036 | 69.00 | $6,785 | 0.3720 | $2,524 | 0.6246 | $1,576 | $41,838 |
| 2037 | 70.00 | $6,955 | 0.3332 | $2,317 | 0.5992 | $1,389 | $43,226 |
| 2038 | 71.00 | $7,129 | 0.2960 | $2,110 | 0.5744 | $1,212 | $44,438 |
| 2039 | 72.00 | $7,307 | 0.2609 | $1,906 | 0.5503 | $1,049 | $45,487 |
| 2040 | 73.00 | $7,489 | 0.2280 | $1,708 | 0.5267 | $899 | $46,387 |
| 2041 | 74.00 | $7,677 | 0.1977 | $1,518 | 0.5038 | $765 | $47,152 |
| 2042 | 75.00 | $7,869 | 0.1702 | $1,339 | 0.4815 | $645 | $47,796 |
| 2043 | 76.00 | $8,065 | 0.1458 | $1,176 | 0.4599 | $541 | $48,337 |
| 2044 | 77.00 | $8,267 | 0.1249 | $1,033 | 0.4431 | $458 | $48,795 |
| 2045 | 78.00 | $8,474 | 0.1073 | $909 | 0.4270 | $388 | $49,183 |
| 2046 | 79.00 | $8,686 | 0.0927 | $805 | 0.4115 | $331 | $49,514 |
| 2047 | 80.00 | $8,903 | 0.0806 | $718 | 0.3967 | $285 | $49,799 |
| 2048 | 81.00 | $9,125 | 0.0705 | $643 | 0.3824 | $246 | $50,045 |
| 2049 | 82.00 | $9,353 | 0.0620 | $580 | 0.3687 | $214 | $50,259 |
| 2050 | 83.00 | $9,587 | 0.0547 | $524 | 0.3556 | $186 | $50,445 |
| 2051 | 84.00 | $9,827 | 0.0481 | $473 | 0.3430 | $162 | $50,607 |
| 2052 | 85.00 | $10,073 | 0.0412 | $415 | 0.3308 | $137 | $50,745 |
| 2053 | 86.00 | $10,324 | 0.0339 | $350 | 0.3192 | $112 | $50,856 |
| 2054 | 87.00 | $10,582 | 0.0269 | $285 | 0.3073 | $87 | $50,944 |
| 2055 | 88.00 | $10,847 | 0.0209 | $227 | 0.2958 | $67 | $51,011 |
| 2056 | 89.00 | $11,118 | 0.0160 | $178 | 0.2847 | $51 | $51,062 |
| 2057 | 90.00 | $11,396 | 0.0121 | $138 | 0.2741 | $38 | $51,099 |
| 2058 | 91.00 | $11,681 | 0.0090 | $105 | 0.2639 | $28 | $51,127 |
| 2059 | 92.00 | $11,973 | 0.0065 | $78 | 0.2540 | $20 | $51,147 |
| 2060 | 93.00 | $12,272 | 0.0046 | $56 | 0.2445 | $14 | $51,161 |
| 2061 | 94.00 | $12,579 | 0.0032 | $40 | 0.2354 | $9 | $51,170 |

**EARNING CAPACITY ANALYSIS OF KAREN A. IOVINO**
**Future Retirement Benefits Given Termination**

| Year | Age at Birthday | Employer-Paid Retirement Benefits | Probability of Living and Participating | Adjusted Retirement Benefits | Discount Factor | Present Value of Retirement Benefits | Cumulative Present Value of Retirement Benefits |
|---|---|---|---|---|---|---|---|
| 2062 | 95.00 | $12,894 | 0.0022 | $28 | 0.2266 | $6 | $51,177 |
| 2063 | 96.00 | $13,216 | 0.0015 | $20 | 0.2181 | $4 | $51,181 |
| 2064 | 97.00 | $13,546 | 0.0009 | $12 | 0.2100 | $3 | $51,183 |
| 2065 | 98.00 | $13,885 | 0.0006 | $8 | 0.2021 | $2 | $51,185 |
| 2066 | 99.00 | $14,232 | 0.0003 | $4 | 0.1946 | $1 | $51,186 |
| 2067 | 100.00 | $14,588 | 0.0005 | $7 | 0.1873 | $1 | **$51,187** |
| | | | 11.9027 | | | **$51,187** | |

This table provides an estimate of Dr. Iovino's employer-paid retirement benefits given termination from June 1, 2023 through her 100th birthday. This estimate takes into account her probability of life and probability of labor force participation for each year and is based on her continuing to work with various employers as a veterinarian. To construct this table, the following assumptions were made: 1) employer-paid retirement benefits = 3.43% of annual wages (with a wage base of $143,500 in 2023 dollars and annual wage growth of 2.50% from 2024 forward); 2) worklife expectancy = 11.90 years and life expectancy = 27.12 years as of age 56; and 3) discount rate = laddered portfolio of current yields on U.S. Treasury securities ranging from the 1-year U.S. Treasury bill (4.92%) beginning in 2024 to the 30-year U.S. Treasury bond (3.88%) from 2053 forward. Applying these variable values, Dr. Iovino's estimated employer-paid retirement benefits given termination are $51,187 in present value terms from June 2023 through the remainder of her worklife expectancy.

*Note.* Adjusted Retirement Benefits = Employer-Paid Retirement Benefits * Probability of Living and Participating; Present Value of Retirement Benefits = Adjusted Retirement Benefits * Discount Factor



**Vocational and Rehabilitation Economic Consulting**
115 West Main Street
Jonesborough, Tennessee 37659
Telephone: (423) 753-3161
Facsimile: (423) 753-0193
Website: www.hankinsandhankins.com

**A. Bentley Hankins, Ph.D.**
Email: abhankins@hankinsvoccon.com

**Norman E. Hankins, Ed.D.**
— May 15, 1935 – February 11, 2018 —

## Curriculum Vitae of Adrian Bentley Hankins

### NAME

A. Bentley Hankins

### PROFESSIONAL SPECIALTY

- Rehabilitation Counseling (including activities such as work adjustment counseling, job-seeking skills training, job analysis, job development and job placement)
- Independent Vocational Evaluation (including activities such as labor market access analysis and wage-earning capacity analysis)
- Independent Rehabilitation Economic Evaluation (including activities such as labor market access analysis, earning capacity analysis and household services analysis)

### OFFICE ADDRESS

Hankins & Hankins Vocational Consulting
115 West Main Street
Jonesborough, TN 37659

### EDUCATIONAL BACKGROUND

Ph.D., Medical College of Virginia @ Virginia Commonwealth University, December 2013
Major: Health Related Sciences          Concentration: Rehabilitation Leadership

Dissertation Title: *Development and Validation of a Predictive Model of Return-to-Work Outcomes of Injured Employees in Minnesota*

M.S., University of Tennessee, May 2007
Major: Rehabilitation Counseling

B.S., Clemson University, December 2005
Major: Economics          Minor: Financial Management

## PROFESSIONAL EXPERIENCE

Since 2007, I have been working as a vocational rehabilitation counselor, consultant and expert witness with Hankins & Hankins in Jonesborough, Tennessee. The majority of my practice is devoted to litigation support where I am typically retained by plaintiff and defense attorneys as a consultant or expert witness and perform independent vocational and/or rehabilitation economic evaluations which include but are not limited to activities such as records reviews, structured evaluee interviews, occupational analyses, vocational and psychometric testing, labor market research and transferable skills, labor market access and earning capacity analyses. The subjects of these evaluations are customarily individuals who are involved in various types of litigation (e.g. Social Security disability; workers' compensation; personal injury; marital dissolution; long-term disability; Veterans Administration disability; wrongful death) in which their employment and/or earning potential are at issue. In addition, since 2009, I have served as a vocational expert with the Social Security Administration's Office of Hearings Operations. When providing litigation support, no rehabilitation counselor-client relationship is established as my purpose is strictly to assist the trier of fact in understanding the vocational/rehabilitation economic aspects of an individual's case (e.g. quantifying the vocational disability and/or economic loss arising from a medical impairment). As part of my practice, I also serve as a rehabilitation counselor to members of the general public requesting career guidance and to workers' compensation and long-term disability recipients who need assistance with defining vocational goals, acquiring job skills and/or returning to work.

## CERTIFICATIONS

Certified Rehabilitation Counselor (CRC). National Certification from the Commission on Rehabilitation Counselor Certification (CRCC); National Certificate Number 00104216, Issued: November 1, 2007. Expires: September 30, 2027.

Certified Vocational Evaluation Specialist (CVE). National Certification from the Commission on Certification of Work Adjustment and Vocational Evaluation Specialists (CCWAVES). Issued: October 4, 2008. Expires: September 30, 2023.

American Board of Vocational Experts, Fellow. National Certification from the American Board of Vocational Experts (ABVE). Issued: March 24, 2011. Expires: December 31, 2024.

## PUBLICATIONS

Hankins, A.B., & Dunn, P.L. (2008). Integrating the opinions of different experts in determining loss of earning capacity in personal injury cases. *Journal of Forensic Vocational Analysis, 11*(1), 25-32.

Hankins, A.B., & Dunn, P.L. (2009). Good intentions and inconvenient truths: How disability-related legislation has created two divergent trends in the employment of persons with disabilities. *Rehabilitation Counselors & Educators Journal, 3*(1), 54-62.

Hankins, A.B. (2009). Assessing the critical concept of earning capacity in forensic vocational analysis. *Estimating Earning Capacity, 2*(2), 67-84.

Hankins, A.B. (2012). Less-educated workers in a skills-based economy: Can the gap be bridged? *Journal of Applied Rehabilitation Counseling, 43*(3), 13-25.

Hankins, A.B., & Reid, C.A. (2015). Development and validation of a clinical prediction rule of the return-to-work status of injured employees in Minnesota. *Journal of Occupational Rehabilitation*. 25(3), 599-616. doi: 10.1007/s10926-015-9568-3.

Hankins, A.B., & Joy, J.D. (2015). Reforming SSDI for the 21st century. *Regulation*, 38(2), 32-39.

Hankins, A.B., & Reid, C.A. (2015). Erratum to: Development and validation of a clinical prediction rule of the return-to-work status of injured employees in Minnesota. *Journal of Occupational Rehabilitation*. 25(3), 617. doi: 10.1007/s10926-015-9568-3.

## HONOR SOCIETY MEMBERSHIPS

Life Member of Phi Kappa Phi, National Honor Society, Initiated April 2007 in Knoxville, Tennessee.

Member of National Scholars Honor Society since 2006.

Member of the Golden Key International Honour Society since 2010.

## PROFESSIONAL ORGANIZATION MEMBERSHIPS

Professional Member of the International Association of Rehabilitation Professionals (IARP) since April 2009. Member Number 30943. Specialties: Forensics.

Professional Member of the American Board of Vocational Experts (ABVE) since March 2011. Member Number 20112.

Professional Member of the National Association of Forensic Economics (NAFE) since August 2011. Member Number 00293949.

**Updated Spring 2023**





**Vocational and Rehabilitation Economic Consulting**
115 West Main Street
Jonesborough, Tennessee 37659
Telephone: (423) 753-3161
Facsimile: (423) 753-0193
Website: www.hankinsandhankins.com

**A. Bentley Hankins, Ph.D.**
Email: abhankins@hankinsvoccon.com

**Norman E. Hankins, Ed.D.**
~ May 15, 1935 – February 11, 2018 ~

The following is a list of all cases in which A. Bentley Hankins, Ph.D. has made a deposition or trial appearance:

1) *Chuck Mason and Nancy Mason (Plaintiffs) v. Lauretta J. Moore and Bolton Block Company, Inc. (Defendants).* State of Tennessee, Washington County Law Court, Civil Action No. 25084. Deposition appearance on June 18, 2009. Retained by Howell H. Sherrod, Jr., Johnson City, TN.

2) *David Torres (Plaintiff/Employee) v. WE Bolton Construction/Stonewood Insurance Company (Defendants).* State of North Carolina, North Carolina Industrial Commission, Nos. 899801, 998512 and 998785. Deposition appearance on June 18, 2009. Retained by David Gantt, Asheville, NC.

3) *Thomas Riefstahl (Plaintiff/Employee) v. James Tool Machine & Engineering, Inc. (Employer); Cincinnati Insurance Company, Carrier (Defendants).* State of North Carolina, North Carolina Industrial Commission, No. 886669. Deposition appearance on August 5, 2009. Retained by David Gantt, Asheville, NC.

4) *David Torres (Plaintiff/Employee) v. WE Bolton Construction/Stonewood Insurance Company (Defendants).* State of North Carolina, North Carolina Industrial Commission, Nos. 899801, 998512 and 998785. Deposition appearance on August 12, 2009. Retained by David Gantt, Asheville, NC.

5) *Charles Edwards (Plaintiff/Employee) v. Southern Maintenance of Haywood County (Employer); Penn National, Carrier (Defendants).* State of North Carolina, North Carolina Industrial Commission, No. 650613. Deposition appearance on September 30, 2009. Retained by David Gantt, Asheville, NC.

6) *Stella Smith (Plaintiff/Employee) v. Baxter International, Inc. (Employer), self-insured (Defendant).* State of North Carolina, North Carolina Industrial Commission, No. 799904. Deposition appearance on February 22, 2010. Retained by David Gantt, Asheville, NC.

7) *Duard Benson (Plaintiff) v. Don Hill Pontiac, Inc. and Brentwood Services, Inc. (Defendants)*. State of Tennessee, Sullivan County Chancery Court, Civil Action No. 25240. Deposition appearance on March 17, 2010. Retained by G. Todd East, Kingsport, TN.

8) *Agnes Bailey (Plaintiff/Employee) v. Department of Corrections-Community Corrections (Employer); Key Risk Management Services, Carrier (Defendants)*. State of North Carolina, North Carolina Industrial Commission, No. 541920. Deposition appearance on April 1, 2010. Retained by David Gantt, Asheville, NC.

9) *Lester Herron (Plaintiff) v. Summit Holdings (Defendant)*. State of Tennessee, Hawkins County Circuit Court, No. 08CV0417. Deposition appearance on May 25, 2010. Retained by Phillip L. Boyd, Rogersville, TN.

10) *David Sherlin (Plaintiff) v. E&M Construction Company (Defendant)*. State of Tennessee, Jefferson County Circuit Court. Deposition appearance on July 13, 2010. Retained by Ward S. Whelchel, Knoxville, TN.

11) *CoinMach Holdings, LLC (Plaintiff) v. Clyde E. Byrge et al. (Defendant)*. State of Tennessee, Knox County Circuit Court, No. 2-28-10. Deposition appearance on July 14, 2010. Retained by David H. Dunaway, LaFollette, TN.

12) *Robin Bright (Plaintiff/Employee)*. State of North Carolina, North Carolina Industrial Commission, No. W11301. Deposition appearance on July 21, 2010. Retained by David Gantt, Asheville, NC.

13) *Stephen A. Sexton (Plaintiff) v. George Rooney, d/b/a Rooney Construction and/or Grizzly Excavating Company, et al. (Defendants)*. State of Tennessee, Scott County Chancery Court, No. 9791. Deposition appearance on July 22, 2010. Retained by Charles B. Sexton, Oneida, TN.

14) *Cherokee Insurance Company (Plaintiff) v. Ralph McNabb (Defendant)*. State of Tennessee, Greene County Chancery Court, No. 2009-0268. Deposition appearance on July 26, 2010. Retained by John P. Dreiser, Knoxville, TN.

15) *James Scott Tucker, et ux. (Plaintiff) v. Tate and Lyle, Inc., et al.(Defendant)*. State of Tennessee, Loudon County Circuit Court, No. 2007-CV-110. Deposition appearance on September 22, 2010. Retained by P. Richard Talley, Dandridge, TN.

16) *Dennis W. Sanders (Plaintiff) v. Thomas E. Jordan, et al. (Defendants)*. Commonwealth of Kentucky, 28th Judicial Circuit Harlan Circuit Court, Civil Action No. 07-CI-00638. Deposition appearance on September 23, 2010. Retained by W. Patrick Hauser, Barbourville, KY.

17) *Clyde Hutchenson (Plaintiff/Employee) v. James and James Environmental (Defendant/Employer) and First Benefits Insurance Company (Defendant/Carrier).* State of North Carolina, North Carolina Industrial Commission, No. 716350. Deposition appearance on September 27, 2010. Retained by Anna R. Hamrick, Asheville, NC.

18) *Justin Jerrald Sexton (Plaintiff) v. Plateau Electric Cooperative (Defendant).* State of Tennessee, Scott County Circuit Court, No. 7231. Deposition appearance on October 6, 2010. Retained by David H. Dunaway, LaFollette, TN.

19) *Jack Perkins, Jr. (Plaintiff) v. Appalachian Oil Co. Inc., and AIG (Defendants).* State of Tennessee, Sullivan County Chancery Court, Docket No. K0036510(C). Deposition appearance on October 18, 2010. Retained by Gregory H. Fuller, Knoxville, TN.

20) *Mountain Empire Oil Company (Plaintiff/Employee/Counter-Defendant) v. David Barham (Defendant/Employee/Counter-Plaintiff).* State of Tennessee, Greene County Circuit Court, No. 09CV097. Deposition appearance on January 24, 2011. Retained by J. David Miller, Kingsport, TN.

21) *Ashley N. Webber (Plaintiff) v. Opry Mills Operating Company, LLC, et al. (Defendant).* State of Tennessee, Davidson County Circuit Court, No. 08C3639. Deposition appearance on February 3, 2011. Retained by James S. MacDonald, Knoxville, TN.

22) *Flonnie Henry (Plaintiff) v. Armstrong Wood Products, Inc. (Defendant).* State of Tennessee, Scott County Circuit Court, No. 2009-CV-7826. Deposition appearance on March 10, 2011. Retained by Charles B. Sexton, Oneida, TN.

23) *Flonnie Henry (Plaintiff). V. Armstrong Wood Products, Inc. (Defendant).* State of Tennessee, Scott County Circuit Court, No. 7873. Deposition appearance on March 10, 2011. Retained by Charles B. Sexton, Oneida, TN.

24) *Lori Wilhoit and Jeffery Wilhoit (Plaintiffs) v. Joshua Andrew Rogers and Englewood Lawn & Landscape, LLC and Michael R. Duncan (Defendants).* State of Tennessee, Washington County Law Court, Civil Action No. 26799. Deposition appearance on March 28, 2011. Retained by Howell H. Sherrod, Jr., Johnson City, TN.

25) *Charles R. Proffitt and Rebecca Proffitt, Individually, Wal-Mart Stores, Inc. (Intervening Plaintiff) v. Ryan Carter Cassidy, M.D. (Defendant).* Commonwealth of Kentucky, Fayette Circuit Court Division 9, Civil Action No. 06-CI-5507. Deposition appearance on April 11, 2011. Retained by W. Patrick Hauser, Barbourville, KY.

26) *Brenda Diane Atkins and husband Hubert Atkins; Mary Ann Atkins (Plaintiffs) v. Christopher Mundey; Wheels Lt. Corporation; Hussman Services Corporation, a division of Ingersoll-Rand Industrial Refrigeration, Inc. (Defendants)*. State of Tennessee, Claiborne County Circuit Court, Civil Action No. 9-CV-346. Deposition appearance on April 27, 2011. Retained by Gary E. Brewer, Morristown, TN.

27) *Mary Hedgepath, administratix of the Estate of Shannon D. Reed, deceased (Plaintiff) v. Lee County, Kentucky; Owsley County, Kentucky; Wolf County, Kentucky; Three Forks Regional Jail; Harvey Pelfrey; Keith Combs; Debbie Alexander; Varian Rowland; Alex Neeley; Shon Sebastian; Zachery Fraley; R. Smyth; Lumpkins and John and Jane Does, Nos. 1, 2 and 3 (Defendants)*. United States District Court for the Eastern District of Kentucky, Lexington Division, Civil Action No. 5:10-CV-00083. Deposition appearance on June 21, 2011. Retained by Michael F. Eubanks, Richmond, KY.

28) *Luke L. Minor (Plaintiff) v. Impact Builders and Associations Insurance Company (Defendants)*. State of Tennessee, Washington County Chancery Court, Civil Action No. 40477. Deposition appearance on July 1, 2011. Retained by Aleania Smith, Johnson City, TN.

29) *Donald Lee Finley and wife, Brenda Finley (Plaintiffs) v. Steve Finley and wife, Melissa Finley (Defendants)*. State of Tennessee, Hamblen County Chancery Court, Case No. 2008-192. Deposition appearance on July 6, 2011. Retained by David Darnell, Kingsport, TN.

30) *Bridgett S. Clark, Next Friend and Natural Mother of Cadence Clark, a Minor (Plaintiff) v. Baptist Hospital, Rhonda T. Holcomb, M.D. and Tennessee Women's Care, P.C. (Defendants)*. State of Tennessee, Davidson County 3rd Circuit Court, Docket No. 05-C3935. Deposition appearance on August 9, 2011. Retained by Euel W. Kinsey, Jr., Detroit, MI.

31) *Judy Daugherty and Randall Scott Daugherty (Plaintiffs) v. Jackie L. Carpenter (Defendant)*. State of Tennessee, Campbell County Circuit, No. 14350. Deposition appearance on September 1, 2011. Retained by David H. Dunaway, LaFollette, TN.

32) *Michael J. Easterly (Plaintiff) v. Staffmark Investment, LLC and AIG Domestic Claims, Inc. (Defendants)*. State of Tennessee, Greene County (Greeneville) Circuit Court, No. 09CV614TJW. Deposition appearance on September 19, 2011. Retained by John T. Milburn Rogers, Greeneville, TN.

33) *Susan E. Scott (Plaintiff) v. Kevin D. Stanton and Ralph Stanton (Defendants)*. State of Tennessee, Greene County Circuit Court, No. 09CV630. Deposition appearance on January 2, 2012. Retained by John T. Milburn Rogers, Greeneville, TN.

34) *Highland Steel Erectors, Inc. and Insurance Company of the State of Pennsylvania (Plaintiffs) v. Willard Bowling (Defendant)*. State of Tennessee, Rhea County Circuit Court, No. 10-CV-6087. Deposition appearance on January 3, 2012. Retained by Patrick Sexton, Oneida, TN.

35) *Roy C. King (Employee/Plaintiff) v. Illinois Tool Works, Inc. (Employer) and Broadspire Insurance Company, Third Party Administrator (Defendants)*. State of North Carolina, North Carolina Industrial Commission, No. 99906. Deposition appearance on January 16, 2012. Retained by Henry E. Teich, Asheville, NC.

36) *Austin Clyde Boyd (Plaintiff) v. Rock Tenn Services, Inc. (Defendant)*. State of Alabama, Sumter County Circuit Court, No. CV-2011-2. Deposition appearance on January 16, 2012. Retained by G. Whit Drake, Birmingham, AL.

37) *Richard K. Walls (Plaintiff) v. B.D. Franklin d/b/a Parkway Contractors, Inc. (Defendant)*. State of Tennessee, Third Judicial District Chancery Court (Greeneville), Case No. 20100120. Deposition appearance on January 18, 2012. Retained by John T. Milburn Rogers, Greeneville, TN.

38) *Bridgett S. Clark, Next Friend and Natural Mother of Cadence Clark, a Minor (Plaintiff) v. Baptist Hospital, Rhonda T. Holcomb, M.D. and Tennessee Women's Care, P.C. (Defendants)*. State of Tennessee, Davidson County 3rd Circuit Court, Docket No. 05-C3935. Trial appearance on March 28, 2012. Retained by Euel W. Kinsey, Jr., Detroit, MI.

39) *Glenn Billingsley (Plaintiff) v. Honeywell International, Inc. et al. (Defendant)*. State of Tennessee, Sullivan County Law Court, Case No. C39319. Deposition appearance on April 11, 2012. Retained by John S. Bingham, Kingsport, TN.

40) *Glenda Delores Clendenin (Plaintiff) v. Kimberly Dara Kiser (Defendant)*. Commonwealth of Virginia, Wise County Circuit Court, Case No. CL11000137-00. Deposition appearance on August 15, 2012. Retained by Rob Starnes, Kingsport, TN.

41) *Richard C. Lawhorn (Plaintiff) v. Lemic Insurance and Abigail Hudgens (Defendants)*. State of Tennessee, Knox County Circuit Court, Civil Action No. 2-53-12. Trial appearance on August 17, 2012. Retained by David H. Dunaway, LaFollette, TN.

42) *Brittany Evans, by and through her Attorney-in-Fact, Mary Evans, her Natural Mother (plaintiffs) v. Estate of James L. Williams, M.D. by Jennifer L. Williams, Widow and Executrix, for the Estate of James L. Williams, II, M.D. (Defendants)*. State of Tennessee, Gibson County Circuit Court, Case No. 00-7717. Deposition appearance on September 17, 2012. Retained by Euel W. Kinsey, Jr., Detroit, MI.

43) *Linda Gentry (Plaintiff) v. Sandra Murray & Mary Sistrunk (Defendants)*. State of Tennessee, Unicoi County Circuit Court, Case No. C7306. Trial appearance on October 2, 2012. Retained by Tony Seaton, Johnson City, TN.

44) *Heidi Goforth et al. (Plaintiff) v. Billy D. Miller (Defendant)*. State of Tennessee, Greene County Circuit Court, No. 10-CV-659. Deposition appearance on October 15, 2012. Retained by William H. Bell, Greeneville, TN.

45) *Ralph Eddie Hicks (Plaintiff) v. Embarq (Defendant)*. State of Tennessee, Sullivan County Chancery Court (Kingsport), Civil Action No. #K0037113(B). Deposition appearance on October 16, 2012. Retained by Robert Bates, Johnson City, TN.

46) *Steve Rutherford (Plaintiff) v. Lincoln Brass Works, Inc., Mueller Industries, Inc. and Sue Head, Director of the Division of Workers' Compensation, Tennessee Department of Labor and Workforce Development Second Injury Fund (Defendants)*. State of Tennessee, Campbell County Circuit Court (Jacksboro), Civil Action No. 15042. Deposition appearance on October 23, 2012. Retained by David H. Dunaway, LaFollette, TN.

47) *Michael Caldwell (Plaintiff) v. American Technical Associates, and Abigail Hudgens, Administrator of the Division of Workers' Compensation, Tennessee Department of Labor and Workforce Development Second Injury Fund (Defendants)*. State of Tennessee, Knox County Chancery Court, Case No. 181919-1. Deposition appearance on October 29, 2012. Retained by Laura E. Metcalf, Knoxville, TN.

48) *Brittany Evans, by and through her Attorney-in-Fact, Mary Evans, her Natural Mother (plaintiffs) v. Estate of James L. Williams, M.D. by Jennifer L. Williams, Widow and Executrix, for the Estate of James L. Williams, II, M.D. (Defendants)*. State of Tennessee, Gibson County Circuit Court, Case No. 00-7717. Trial appearance on January 23, 2013. Retained by Euel W. Kinsey, Jr., Detroit, MI.

49) *James Estel Jeffers (Plaintiff) v. Armstrong Wood Products, American International South Insurance Company and Sue Ann Head, Administrator of the Division of Workers' Compensation, Tennessee Department of Labor and Workforce Development Second Injury Fund (Defendants)*. State of Tennessee, Scott County Circuit Court (Huntsville), Civil Action No. 2011-CV-8240. Deposition appearance on January 28, 2013. Retained by Charles B. Sexton, Oneida, TN.

50) *Sandy Penley (Plaintiff) v. Staffmark Investments, LLC and Avizent, formerly known as, The Frank Gates Service Company (Defendants)*. State of Tennessee, Third Judicial District Circuit Court (Greeneville), Case No. 12CV620. Deposition appearance on March 12, 2013. Retained by John T. Milburn Rogers, Greeneville, TN.

51) *Robert Yokley (Plaintiff) v. Nationwide Express, Inc. and Liberty Mutual Fire Insurance Company (Defendants).* State of Tennessee, Third Judicial District Circuit Court (Greeneville), Case No. 11CV548TJW. Deposition appearance on April 30, 2013. Retained by John T. Milburn Rogers, Greeneville, TN.

52) *Delilah Allman and Joey Kendrick (Plaintiffs) v. David Thacker and Allstate Insurance Company (Defendants).* Commonwealth of Kentucky, Pike County Circuit Court Division No. 1, Civil Action No. 12-CI-166. Trial appearance on May 7, 2013. Retained by Ira E. Branham, Pikeville, KY.

53) *Donnie Vaughn (Plaintiff) v. Danny Herman Trucking, Inc. and Cherokee Insurance Company (Defendants).* State of Tennessee, Morgan County Chancery Court (Wartburg), Civil Action No. 13-21. Deposition appearance on May 23, 2013. Retained by Patrick Sexton, Oneida, TN.

54) *Chauncey Scott Smith (Plaintiff) v. Norfolk Southern Railway Company (Defendant).* Commonwealth of Virginia, Tazewell County Circuit Court, Case No. CL12-854. Deposition appearance on July 9, 2013. Retained by Michael R. Davis, Portsmouth, VA.

55) *Rondia Cosby (Plaintiff) v. Claiborne County Board of Education and Montgomery Insurance Company (Defendants).* State of Tennessee, Claiborne County Circuit Court, Case No. 11-CV-681. Deposition appearance on August 21, 2013. Retained by Ameesh A. Kherani, LaFollette, TN.

56) *Rhonda Kay Griffin and Derel Griffin, in their capacities as co-administrators of the Estate of Kaitlyn Griffin, deceased, Rhonda Kay Griffin, Derel Griffin and Jason Steele, in their capacities as the co-administrators of the Estate of Nicholas Ayden Steele, deceased, Jason Steele, individually, Derel Griffin, individually, Rhonda Kay Griffin, individually, and Robin Mullins, mother and next friend of Joshua Thacker, a minor (Plaintiffs) v. Housing Authority of Somerset, City of Somerset, Kentucky, Melody Phelps and Wendi Conley (Defendants).* Commonwealth of Kentucky, 28th Judicial Circuit, Pulaski County Circuit Court Division No 1., Civil Action No. 10-CI-01642. Deposition appearance on September 27, 2013. Retained by Michael F. Eubanks, Richmond, KY.

57) *Rhonda Kay Griffin and Derel Griffin, in their capacities as co-administrators of the Estate of Kaitlyn Griffin, deceased, Rhonda Kay Griffin, Derel Griffin and Jason Steele, in their capacities as the co-administrators of the Estate of Nicholas Ayden Steele, deceased, Jason Steele, individually, Derel Griffin, individually, Rhonda Kay Griffin, individually, and Robin Mullins, mother and next friend of Joshua Thacker, a minor (Plaintiffs) v. Housing Authority of Somerset, City of Somerset, Kentucky, Melody Phelps and Wendi Conley (Defendants).* Commonwealth of Kentucky, 28th Judicial Circuit, Pulaski County Circuit Court Division No 1., Civil Action No. 10-CI-01642. Trial appearance on October 23, 2013. Retained by Michael F. Eubanks, Richmond, KY.

58) *Brenda G. Laws and husband, Donnie H. Laws (Plaintiffs) v. Big Lots Stores, Inc. (Defendant)*. United States District Court, Eastern District of Tennessee (Greeneville), Civil Action No. 2:12CV-441. Deposition appearance on November 5, 2013. Retained by Olen G. Haynes, Jr., Johnson City, TN.

59) *Tommy Nelson (Plaintiff) v. Knoxville Utilities Board (Defendant)*. State of Tennessee, Knox County Circuit Court, Nos. 2-467-11 and 2-557-12. Trial appearance on December 3, 2013. Retained by David H. Dunaway, LaFollette, TN.

60) *Patsy B. White, et vir (Plaintiff) vs. Walter Tittle (Defendant)*. State of Tennessee, Washington County Circuit Court, Civil Action No. 30840. Deposition appearance on December 9, 2013. Retained by Olen G. Haynes, Jr., Johnson City, TN.

61) *Johnny D. Norris (Plaintiff) v. Armstrong Wood Products, Inc. and Sedgwick Claims Management Services (Defendants)*. State of Tennessee, Scott County Circuit Court (Huntsville), Civil Action No. 8426. Deposition appearance on December 18, 2013. Retained by Charles B. Sexton, Oneida, TN.

62) *Mac A. Keith (Plaintiff) v. Davis Recycling Company (Defendant)*. State of Tennessee, Washington County Chancery Court, Civil Action Nos. 40764 and 40765. Trial appearance on March 10, 2014. Retained by Evan Meade, Johnson City, TN.

63) *Fred Messer (Plaintiff) v. Mountain Ford, Inc. and Mark Taylor (Defendants)*. Commonwealth of Kentucky, Perry County Circuit Court, Civil Action No. 12-CI-428. Deposition appearance on March 26, 2014. Retained by Nicholas Vaughn, Somerset, KY.

64) *Richard L. Williams (Plaintiff) v. Ingles Markets, Inc. (Defendant)*. State of Tennessee, Third Judicial District Circuit Court (Morristown), Case No: 12CV079. Deposition appearance on March 26, 2014. Retained by John T. Milburn Rogers, Greeneville, TN.

65) *Claude Gordon Leonard (Plaintiff) v. Moore Freight Service, Inc. and Second Injury Fund (Defendants)*. State of Tennessee, Washington County Chancery Court, Case No. 42301. Deposition appearance on May 6, 2014. Retained by Steve Erdely, IV, Knoxville, TN.

66) *James McMahan, Sr. (Plaintiff) v. State of Tennessee (Defendant)*. State of Tennessee, Claims Commission of the State of Tennessee, Eastern Division, No. 30090964554. Deposition appearance on August 6, 2014. Retained by Cynthia R. Wyrick, Sevierville, TN.

67) *ExpressJet Airlines, Inc. (Plaintiff/Counter-Defendant) v. Daniel Thompson (Defendant/Counter-Plaintiff)*. State of Tennessee, Blount County Chancery Court, Docket No. 2013-100. Deposition appearance on August 21, 2014. Retained by G. Keith Alley, Maryville, TN.

68) *Christopher Vaughn (Plaintiff/Employee) v. Steritech (Employer) and Hartford Insurance Company of the Midwest, Carrier (Defendants)*. State of North Carolina, North Carolina Industrial Commission, No. X73672. Deposition appearance on October 15, 2014. Retained by Henry E. Teich, Asheville, NC.

69) *David Angelo Scales (Plaintiff) v. Nashville Wire Products Manufacturing Company, Mid-South Wire Company, Inc. (Defendant)*. State of Tennessee, Davidson County Circuit Court, No. 11C4014. Deposition appearance on October 22, 2014. Retained by Steve Erdely, IV, Knoxville, TN.

70) *Andrea May Gummo, individually and on behalf of her minor child, MayKayla Deeanna Gummo (Plaintiff) v. Robert Lee Ward, Shelaena Rhea War, Ward Construction and Robert Lee Ward, d/b/a Ward Construction (Defendants)*. U.S. District Court, Middle District of Tennessee, Docket No. 2:12-cv-00060. Deposition appearance on January 28, 2015. Retained by David Randolph Smith, Nashville, TN.

71) *Fred Veal and Karen Veal, the spouse (Plaintiffs) v. HCA Health Services of Tennessee, Inc. d/b/a Centennial Medical Center; and Hospitalists at Centennial Medical Center, LLC (Defendants)*. 6th Circuit Court for Davidson County, TN, Case No: 11C4587. Deposition appearance on June 2, 2015. Retained by Euel W. Kinsey, Detroit, MI.

72) *Andrea May Gummo, individually and on behalf of her minor child, MayKayla Deeanna Gummo (Plaintiff) v. Robert Lee Ward, Shelaena Rhea War, Ward Construction and Robert Lee Ward, d/b/a Ward Construction (Defendants)*. U.S. District Court, Middle District of Tennessee, Docket No. 2:12-cv-00060. Trial appearance on July 9, 2015. Retained by David Randolph Smith, Nashville, TN.

73) *Jennifer Shay Little Cummins (Plaintiff) v. William Tenhet Cummins (Defendant)*. Commonwealth of Virginia, Washington County Circuit Court, Case No: CL11-009. Deposition appearance on July 16, 2015. Retained by Heather Howard, Abingdon, VA.

74) *Lantie J. Eubank and Priscilla Eubank (Plaintiffs) v. James Harper and Barnett's Express, Inc. et al. (Defendants)*. State of Tennessee, Lawrence County Circuit Court. Deposition appearance on September 30, 2015. Retained by David H. Dunaway, LaFollette, TN.

75) *Teresa Holt vs. Greene County, TN and Greene County School System*. State of Tennessee, Third Judicial District Chancery Court, No: 20050230. Deposition

appearance on October 26, 2015. Retained by John T. Milburn Rogers, Greeneville, TN.

76) *Ryan Amburgey (Plaintiff) vs. Major Elkhorn Mining Co., LLC, and Chubb Custom Insurance Co. (Defendants)*. Commonwealth of Kentucky, Knott Circuit Court Civil Action No: 07-CI-00056. Deposition appearance on December 2, 2015. Retained by Matt McGill, Bowling Green, KY.

77) *Benjamin Holland and Verda Lynn Holland (Plaintiffs) vs Brian Gayheart; Progressive Direct Insurance Company; Kentucky Farm Bureau Mutual Insurance Company (Defendants)*. Commonwealth of Kentucky, Knott Circuit Court, Civil Action No: 12-CI-00232. Deposition appearance on January 6, 2016. Retained by Patrick Conley, Hindman, KY.

78) *Jessica N. Savage (Plaintiff) v. Carnegie Hotel (Defendant)*. State of Tennessee, Washington County Circuit Court, Case No: 34827. Deposition appearance on February 1, 2016. Retained by Michael Large, Bristol, TN.

79) *LeAnn Miller and husband David W. Miller (Plaintiff) vs. Walter J. Bradley a/k/a/ Javon Bradley (Defendant)*. State of Tennessee, Washington County Circuit Court, Case No: 29910. Deposition appearance on February 29, 2016. Retained by J. David Miller, Kingsport, TN.

80) *Judith Elaine Bishop (Plaintiff) v. Dr. Hossein Faiz Serve: Lee Regional Medical Center Medical Arts Building, Ste. 2 P.O. Box 606 Pennington Gap VA 24277 Dr. H. Faiz and Associates. Surgical Clinic, Inc. Serve: H. Ronnie Montgomery 32613 Wilderness Road, Ste. 100 P.O. Box 336 Jonesville, VA 24263 and Wellmont Health System D/B/A Lee Regional Medical Center Serve: Elizabeth Smith Jones 502 Cumberland Street P.O. Box 1571 Bristol, VA 24203 (Defendants)*. Commonwealth of Virginia, Lee County Circuit Court, Case No. CL 13050110-00. Deposition appearance on April 27, 2016. Retained by Charles L. Bledsoe, Big Stone Gap, VA.

81) *Ricky W. Chadwell (Plaintiff) vs. Edith A. Nolan (Defendant)*. Commonwealth of Kentucky, 41st Judicial Circuit, Clay Circuit Court, Civil Action No. 12-CT-0060. Deposition appearance on August 30, 2016. Retained by Roy G. Collins, Manchester, KY.

82) *Zinc Products Company (Jarden Zinc Products LLC), (Employer/Counter-Defendant) and Sentry Insurance Company, (Insurer of Employer/Counter-Defendant) vs. Carl L. Bailey (Employee/Counter Plaintiff)*. State of Tennessee, Greene County Circuit Court, No. 2016-CV-504. Deposition appearance on June 12, 2017. Retained by John T. Milburn Rogers, Greeneville, TN.

83) *Haven Reynolds, a Minor, by and through her Parent and Guardian, Amy Harper, and Jessica Reed, Individually (Plaintiffs), vs. Jan L. Crean, M.D.; Jan L.*

*Crean, M.D. FACOB OB/GYN PC and Tullahoma HMA, LLC d/b/a Harton Regional Medical Center (Defendants)*. State of Tennessee, Coffee County Circuit Court, No. 39209. Deposition appearance on April 23, 2018. Retained by Euel W. Kinsey, Bloomfield Hills, MI.

84) *Tommy Nelson (Plaintiff) v. Knoxville Utilities Board (Defendant)*. State of Tennessee, Knox County Circuit Court, Nos. 2-467-11 and 2-557-12. Deposition appearance on May 30, 2018. Retained by David H. Dunaway, LaFollette, TN.

85) *James Eddie Hughes (Plaintiff) v. Kennametal, Inc. (Employer/Counter Defendant) and Sentry Insurance (Insurer of Employer/Counter Defendant)*. Tennessee Bureau of Workers' Compensation, Docket No. 2016-02-0604, State File No. 44387-2016. Trial appearance on June 12, 2018. Retained by Jeffrey C. Taylor, Morristown.

86) *Holly Rader and Glaxo Smith Kline and Broadspire (Plaintiffs) v. Ruby Tuesday, Inc. (Defendants)*. State of Tennessee, Knox County Circuit Court, NO. 2-302-12. Deposition appearance on June 26, 2018. Retained by Ameesh A. Kherani, Knoxville, TN.

87) *Zinc Products Company (Jarden Zinc Products LLC), (Employer/Counter-Defendant) and Sentry Insurance Company, (Insurer of Employer/Counter-Defendant) vs. Carl L. Bailey (Employee/Counter Plaintiff)*. State of Tennessee, Greene County Circuit Court, No. 2016-CV-504. Trial appearance on August 16, 2018. Retained by John T. Milburn Rogers, Greeneville, TN.

88) *The Estate of Brian K. Redmond, by and through Personal and Representative and Administratrix, Cora Redmond, The Estate of Kelsey Redmond, minor child, by and through Personal Representative and Co-Administratrixes, Cora Redmond and Ashley Witt-Flanary, and Logan Redmond, minor child, by and through Next Friend and Custodial Caregiver, Cora Redmond, and The Estate of Kendra Redmond, by and through personal representative, Administratrix, Ashley Witt-Flanary, and Nathan William Redmond, minor child, by and through Personal Representative, Next Friend and Custodial Caregiver, Ashley Witt-Flanary (Plaintiffs) vs. Thomas W. Spencer, Nicholas Campbell and Bowling Trucking, LLC (Defendants)*. Commonwealth of Kentucky, Bell County Circuit Court, Civil Action No. 17-CI-00371 (Consolidated with Civil Action No. 17-CI-00374). Deposition appearance on April 1, 2019. Retained by John L. Brown, Middlesboro, KY.

89) *Anthony W. Deel and Lisa Deel (Plaintiff) vs. Ocean Reef Resort North Tower Homeowners Association, Inc., Ocean Reef Master Homeowners' Association, Inc., Martinique Investors, LLC, d/b/a Ocean Reef, and Grand Strand Resorts Vacations, Inc. (Defendants)*. U.S. District Court, District of South Carolina, Florence Division. Case No. 4:18-CV-01372-RBH. Deposition appearance on May 15, 2019. Retained by R. Wayne Culbertson, Kingsport, TN.

90) *Debbie R. Beason (Plaintiff) vs. Crescent Sock Company and Liberty Mutual Insurance Company (Defendants).* State of Tennessee, Roane County Chancery Court, No. 2016-23. Deposition appearance on June 3, 2019. Retained by James Hickman, III, Knoxville, TN.

91) *Edna Gergel (Plaintiff) v. James Gergel (Defendant).* State of Tennessee, Anderson County Chancery Court, No. 15CH7132. Trial appearance on November 13, 2019. Retained by William C. Cremins, Knoxville, TN.

92) *The estate of William D. Grant, Jr. by Administratrix, Isaiah Grant, an unmarried infant, Jeremiah Grant, an unmarried infant, and Joshua Grant, an unmarried infant, and Misty Dawn Grant, individually and as next friend of her minor children, Isaiah Grant, Jeremiah Grant and Joshua Grant v. Baptist Health Corbin, Baptist Healthcare System, Inc., Baptist Regional Medical Center, Barbara A. Michna, M.D., Donald E. Brown, M.D., Jimmye S. Perkins, M.D., Johnny B. Hammons, II, M.D. (Defendants).* Commonwealth of Kentucky, 34th Judicial Circuit, Whitley County Court, Civil Action No.: 16-CI-00382 Division II. Deposition appearance on December 10, 2019. Retained by John F. Kelley, London, KY.

93) *Larry W. Fleming (Plaintiff) v. Gary N. Wells (Defendant).* Commonwealth of Virginia, Montgomery County Circuit Court, Case No. CL17000174-00. Deposition appearance on May 28, 2020. Retained by Thomas R. Scott, Jr., Grundy, VA.

94) *Eddie H. Stiltner (Appellant) v. Jamie N. Keen (Appellee).* Commonwealth of Virginia, Buchanan County Circuit Court, Case No. not identified. Deposition appearance on September 18, 2020. Retained by Thomas R. Scott, Jr., Grundy, VA.

95) *Equal Employment Opportunity Commission (Plaintiff) v. Clarksville Healthcare, G.P., d/b/a/ Tennova Healthcare-Clarksville (Defendant).* U.S. District Court, Middle District of Tennessee, Nashville Division. Case No. 3:19-CV-00898. Deposition appearance on October 8, 2020. Retained by Equal Employment Opportunity Commission – Memphis District.

96) *Shaina Solorzano (Plaintiff) v. Jason Magnani, M.D., Neil Gupta, M.D., Nancy Sibigtroth, M.D., The Mount Sinai Community Foundation d/b/a Sinai Medical Group, Mount Sinai Hospital Medical Center of Chicago, Victor Romano, M.D., Romano Orthopaedics, LLC d/b/a The Romano Orthopaedics Center, and VHS West Suburban Medical Center, Inc. d/b/a West Suburban Medical Center (Defendants) and Rashmi Virmani, M.D., and Jessica Miller, A.P.N., and Thomas Figler, M.D. (Respondents in Discovery).* State of Illinois, Cook County Circuit Court, Case No: 18L6332. Deposition appearance on June 23, 2021. Retained by John G. Kelly and Gregory R. Ignoffo, Chicago, IL.

97) *Ashley Nicole Noonan, formerly known as Ashley Culpepper (Plaintiff) v. Consolidated Shoe Company, Inc. (Defendant)*. U.S. District Court, Western District of Virginia, Lynchburg Division. Civil Action No.: 6:20CV00068. Deposition appearance on July 23, 2021. Retained by Johneal M. White, Roanoke, VA.

98) *Byron Matthew Johnson (Plaintiff) v. Eldor Automotive Powertrain USA, LLC (Defendant)*. U.S. District Court, Western District of Virginia, Roanoke Division. Civil Action No. 7:20CV00642. Deposition appearance on October 18, 2021. Retained by Thomas E. Strelka, Roanoke, VA.

99) *Daniel Barnett (Employee-Plaintiff) v. Walmart Inc. (Employer) and New Hampshire Insurance Company (Carrier) (Defendants)*. North Carolina Industrial Commission. Case No. 20-013394. Deposition appearance on October 27, 2021. Retained by Anna R. Hamrick, Asheville, NC.

100) *Bennie Robert Anderson (Plaintiff) v. Parkway Acquisition Corporation d/b/a Skyline National Bank (Defendant)*. U.S. District Court, Western District of North Carolina, Statesville Division. Civil Action No. 5:21CV00048. Deposition appearance on March 14, 2022. Retained by N. Winston West IV, Roanoke, VA.

101) *Kayla Farner (Plaintiff) v. Christopher Barnes and Kentucky Farm Bureau Mutual Insurance Company (Defendants)*. Commonwealth of Kentucky, 25th Judicial District, Madison Circuit Court. Civil Action No: 19-CI-00380. Deposition appearance on March 16, 2022. Retained by Jason E. Williams, London, KY.

102) *Lance Fenderson, Christine Fenderson, and Troy Fenderson (Plaintiffs) v. Davidson Day School, Kyle McLaughlin, Ron Johnson, Asheville School, Inc., Oliver Ferenbach, Douglas D. Harger, IV (Defendants)*. State of North Carolina, Mecklenburg County, General Court of Justice, Superior Court Division. Case No: 20-CVS-3169. Deposition appearance on March 17, 2022. Retained by Todd P. Greer, Lexington, KY.

103) *Wali Jahangiri, M.D. (Plaintiff) v. Lewisgale Medical Center, LLC d/b/a Lewisgale Medical Center (Defendant)*. U.S. District Court, Western District of Virginia, Roanoke Division. Civil Action No: 7:21-cv-00427. Deposition appearance on March 28, 2022. Retained by Brittany M. Haddox, Roanoke, VA.

104) *Dylan Welch (Plaintiff) v. Highlands Residential Services (Defendant)*. State of Tennessee, Putnam County Circuit Court. Case No. 2020-CV-60. Trial appearance on March 30, 2022. Retained by Daniel H. Rader, IV, Cookeville, TN.

105) *January Crews-Sanchez (Plaintiff) v. Frito-Lay, Inc. (Defendant)*. U.S. District Court, Western District of Virginia, Lynchburg Division. Case No. 6-21-CV-00030. Deposition appearance on May 10, 2022. Retained by Thomas E. Strelka, Roanoke, VA.

106) *Tammy F. Wiley (Claimant/Plaintiff) v. Allstate Insurance Company (Respondent/Defendant)*. U.S. District Court, Western District of Virginia, Roanoke Division. American Arbitration Association Case No. 01-21-0016-2253 (previously Case No. 7:21CV00322). Deposition appearance on May 17, 2022. Retained by Thomas E. Strelka, Roanoke, VA.

107) *Aliyah Rose Wilson, a minor, by and through her parents and next of kin, Bailey Nichole Wilson, individually and in a representative capacity, and Brice Williams Wilson, individually and in a representative capacity (Plaintiffs) v. Generations Ob/Gyn, P.C.; Marlyn A. Leisy, M.D.; Covenant Medical Group, Inc.; and Parkwest Medical Center (Defendants)*. State of Tennessee, Knox County Circuit Court, Case No. 1-58-21. Deposition appearance on July 25, 2022. Retained by William D. Vines III, Knoxville, TN.

108) *Randy Luttrell and Evelyn Luttrell (Plaintiffs) v. Tiffin Motor Homes, Inc. and 2150 Enterprises, LLC, formerly known as Tennessee RV Sales and Service, LLC (Defendants)*. State of Tennessee, Sevier County Circuit Court, Case No. 19-CV-130 IV. Deposition appearance on August 4, 2022. Retained by Wayne A. Ritchie II, Knoxville, TN.

109) *Donna Burnopp (Plaintiff) v. Carter Bank & Trust (Defendant)*. U.S. District Court, Western District of Virginia, Danville Division. Case No. 4-20-CV-00052. Deposition appearance on August 22, 2022. Retained by Brittany M. Haddox, Roanoke, VA.

110) *Patricia Alberta Newell (Plaintiff) v. Carter Bank & Trust (Defendant)*. U.S. District Court, Western District of Virginia, Danville Division. Case No. 4-21-CV-00007. Deposition appearance on August 22, 2022. Retained by Brittany M. Haddox, Roanoke, VA.

111) *Daniel F. Evernham, Jr. (Plaintiff) v. WFL Management, Inc., et al. (Defendants)*. U.S. District Court, Western District of Virginia, Roanoke Division. Case No. 7:21-CV-00596. Deposition appearance on October 11, 2022. Retained by Brittany M. Haddox, Roanoke, VA.

112) *Randy Luttrell and Evelyn Luttrell (Plaintiffs) v. Tiffin Motor Homes, Inc. and 2150 Enterprises, LLC, formerly known as Tennessee RV Sales and Service, LLC (Defendants)*. State of Tennessee, Sevier County Circuit Court, Case No. 19-CV-130 IV. Deposition appearance on December 7, 2022. Retained by Wayne A. Ritchie, II, Knoxville, TN.

113) *Billy Joe Rice (Plaintiff) v. Tempur Pedic North America, LLC (Defendant)*. U.S. District Court, Western District of Virginia, Abingdon Division. Case No. 2:21-cv-000040-JPJ-PMS. Deposition appearance on January 4, 2023. Retained by Olen G. Haynes, Johnson City, TN.

114) *Karen S. and Richard Ralston (Plaintiffs) v. Dusty L. Cravens and Bobby Reed Trucking, LLC (Defendants).* State of Tennessee, Greene County, Circuit Court. Case No. CC-16-CV-452-BB. Deposition appearance on January 17, 2023. Retained by Jeffrey A. Cobble, Greeneville, TN.

115) *Kimberly Morrison-Guffey (Employee/Plaintiff) v. Walmart Inc. (Employer) and New Hampshire Insurance Company (Carrier) (Defendants).* North Carolina Industrial Commission. Case No. 20-004096. Deposition appearance on February 16, 2023. Retained by Veronica S. Fleury, Asheville, NC.

116) *Jeremy Fullard (Plaintiff) v. Duke Energy Progress, LLC (Defendant).* U.S. District Court, District of South Carolina, Florence Division. Case No. 4:21-cv-00318-SAL. Deposition appearance on February 17, 2023. Retained by William P. Walker, Jr., Lexington, SC.

117) *Dennis W. Hogan (Plaintiff) v. Carter Bank & Trust (Defendant).* U.S. District Court, Western District of Virginia, Danville Division. Case No. 4:22CV00014. Deposition appearance on February 21, 2023. Retained by Brittany M. Haddox, Roanoke, VA.

118) *William H. Farley (Plaintiff) v. CMFG Life Insurance Company, d/b/a CUNA Mutual (Defendant).* U.S. District Court, Western District of Virginia, Lynchburg Division. Civil Action No. 6:22-cv-24. Deposition appearance on March 17, 2023. Retained by Thomas E. Strelka, Roanoke, VA.

119) *Elizabeth A. Price, surviving spouse and Executrix of the Estate of David Price III a/k/a David Price (Plaintiff) v. Stephen Yallourakis, M.D., D.D.S., Holston Medical Group, P.C. and Holston Medical Group, P.C. d/b/a HMG Oral and Maxillofacial Surgery (Defendants).* State of Tennessee, Sullivan County, Law Court. Civil Action No. 43103(C). Deposition appearance on March 21, 2023. Retained by Olen G. Haynes, Jr., Johnson City, TN.

A. Bentley Hankins

Hankins & Hankins Vocational Consulting
115 West Main Street
Jonesborough, TN 37659

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/21/2023 | 1125 |

| Bill To |
|---------|
| Government Accountability Project<br>John (Jack) A. Kolar, Litigation Director<br>1612 K Street, N.W., Suite 1100<br>Washington, D.C. 20006 |

| Evaluee Name |
|--------------|
| Karen A. Iovino |

| Hours | Service(s) | Hourly Rate | Fee |
|-------|-----------|-------------|-----|
| 11 | Independent Rehabilitation Economic Evaluation (including records review, structured interview, labor market research, earning capacity analysis, report preparation) | 275.00 | 3,025.00 |
| 5.5 | 50% of service fee | 275.00 | 1,512.50 |

| | Total | $4,537.50 |
|--|-------|-----------|