**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **PROPOSED ORDER** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

THIS MATTER came before the Court on Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.'s Motion in Limine No. 2: Motion to Exclude the Opinions and Testimony of Jacqueline Garrick, LCSW-C, SHRM-CP.

This Court having considered the Parties' submissions on these matters, and good cause being shown therefor, it is hereby ORDERED that Defendant's Motion is GRANTED.

ENTERED this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE