# Exhibit 1

**JACQUELINE GARRICK,** LCSW-C, ACSW, BCETS, SHRM-CP, WPA
Cell: 202-309-1870          E-mail: jackie@whistleblowersofamerica.org

**Summary of Qualifications**
Versatile, experienced senior leader and manager who has served in many roles across Government from clinical care to developing policy and programs for Congress, the Executive Branch and with other nations. Created strategic plans, supervised teams, executed millions of dollars, and evaluated performance impacting the armed forces, veterans, and their families. Proven ability to lead and mentor people from entry to executive level, while consistently achieving superior results with international recognition. Routinely selected for high-impact and innovative assignments. Secret Security Clearance.

**Areas of Expertise**
*Policy/Program Management *Leadership Education *Congressional Liaison *Peer Support
*Strategic Planning *Development & Evaluation *Workforce Engagement *Forensic Testimony

**Work Experience:**
**FAR Group & Resilient Press,** Pensacola, FL                **2002-2005, 2017 - present**
*Executive Director, SDVOSB certified*
- Support government, private, and non-profits with an organizational development approach for resilience & suicide prevention programming, communications and public affairs, policy analysis, legislative initiatives, event coordination, program evaluation, community networking, budget, fundraising, human resources training, and initiatives.
- Present at professional conferences globally as an expert on health and welfare.
- Adjunct Professor, University of Southern California, School of Social Work, Virtual Academic Center. Military/Veteran Programs and Policies (2018-2021)
- *Czarny vs. Hyatt* forensic testimony as a Workplace Traumatic Stress subject matter expert.
- Brighton Marine Board of Directors
- Equideum Health and Parrhesia Advisory Boards
- Network with elected officials, federal and state agencies, Veteran Treatment Court, Veteran Service Organizations, and other nonprofits.

**Whistleblowers of America (WoA),** Washington, DC                **2017-Present**
*Founder*
- Organized WoA to peer assist employees overcome the psychosocial impacts of retaliation, harassment, and discrimination. Conduct effective outreach and advocacy. Testified before Congress. Created a code of ethics, certification, and a salutogenic Workplace Promise.

**HER Foundation, NWFL,** Pensacola, FL                **2019-2020**
*Female Veterans Community Relations Coordinator*
- Implement internal operational strategies. Supervise staff, UWF interns and volunteers. Conducted clinical intakes and assessments. Develop policies and procedures for prevention/resilience services for homeless female veterans.

**Department of Defense**
**Office of the Under Secretary, Personnel and Readiness,** Pentagon                **2015-2017**

1

Jacqueline Garrick, 202-309-1870

*Special Assistant*
- Investigated military leadership Diversity and Inclusion performance for a presidential request by interviewing military, government and private sector leaders, analyzing strategic plans and budgets, and identified 16 gaps and barriers in talent management. Created a Diversity and Inclusion Report with 38 innovative recommendations to improve future force recruitment, accession, retention, promotion, mentoring, and transition activities.
- Reported to Congress on DoD activities supporting the Servicemember Civil Rights Relief Act (SCRA) and advised leadership on worldwide voluntary education and military and family financial readiness challenges and recommended protection improvements.
- Co-led military adaptive sports Warrior Games for 1,000 disabled athletes and their families by drafting communications, scripts, press releases and other outreach. Wrote After Action.
- Initiated an Organizational and Professional Development portfolio for 27,000 employees (varies grades and Union) stationed worldwide by establishing a research library of 132 studies with over $60 million in expenditures and tracked outcomes; lead an advisory group for career and succession management, mentoring; and organized webinars on resilience.

**Defense Suicide Prevention Office,** Rosslyn, VA                                      **2011 – 2015**
*Director*
- Founded office to address suicide prevention and resilience mission across DoD by crafting policy, communications, and a strategic plan, establishing fiscal requirements and execution, instituting a peer call center in US and Afghanistan, and evaluating programs and studies.
- Enhanced mortality data surveillance and predictive analytics, strategic and resource mapping, governance compliance monitoring, program efficacy validation, and population health messaging to 2.6 million Service members and their families.
- Developed strategic communications plans for security clearance questions, call center availability worldwide and trained team in Afghanistan, and multimedia outreach events.
- Chaired the Suicide Prevention and Risk Reduction Committee, moderated a General Officer Steering Committee and participate in other internal and external leadership committees.
- Represented the Department with the media, gave keynote addresses at conferences, and testified before House and Senate committees. Wrote briefings and speeches for leadership.
- Supervised a team of seven federal, military and 100 contract staff and assign projects executing on $30 million at peak year.

**Reserve Affairs,** Pentagon, Washington, DC                                      **2009- 2011**
*Special Assistant, Resiliency, Readiness and Suicide Prevention*
- Monitored suicide prevention and resilience post-deployment programs specific to the 1.2 million National Guard and Reserves and identified programmatic gaps and overlaps.
- Recommended psychological, financial, and transition program enhancements and outlined policy direction for intervention strategies based on study results and reported to Congress.
- Led a Stakeholder Working Group addressing care access, surveys, peer support and policy issues. Presented decision issues to Reserve Component leaders and organizations.

**Wounded Warrior Care and Transition Policy Office,** Alexandria, VA        **2009 -2010**
*Principal Director/Acting Deputy Under Secretary for Defense*      Salary: $136,134   40 hr/wk
- Appointed to lead strategic change for wounded warriors transitioning from the military to civilian housing, employment and education and instituted caregiver support.

2

Jacqueline Garrick, 202-309-1870

- Oversaw multiple complex programs to evaluate and assist those with disabilities.
- Managed 12 government and 90 contracted support staff, along with planning, programming, budgeting and execution systems across the enterprise totaling $80 million.
- Conducted internal/external communications, established partnerships with other federal and state agencies, Congress, and non-governmental organizations and spoke at numerous events.
- Facilitated senior decision briefs to the Deputy Secretaries of Defense and Veterans Affairs.

**United States House of Representatives**
**House Committee on Veterans' Affairs,** Washington, DC                    **2007-2009**
*Professional Staff Member,*
- Counseled Disability Assistance and Memorial Affairs Subcommittee Chairman by arranging hearings, conducting research, analyzing budget, assisting constituents, screening witnesses, conducting site visits, and writing statements on the disability rating schedule, claims processing, pension, education, insurance and burial benefits in the US and abroad.
- Drafted legislation modifying 10 and 38 United States Code signed into law by the President.

**Department of Veterans Affairs**
**Veterans' Disability Benefits Commission,** Washington, DC                    **2005-2007**
*Senior Policy Analyst*
- Analyzed military and veterans' benefits, rights, protections, and policies related to medical care, disability compensation, rehabilitation, education, employment, insurance, economic impacts, quality of life metrics, and military transition standards for the United States compared to foreign governments. Investigated survivor benefits and indemnity.
- Authored reports, papers, Congressional testimony, and provided monthly presentations.
- Wrote a final report that detailed findings and justified 113 recommendations.
- Networked with community stakeholders to gain consensus for the recommendations.
- Supervised four research assistants and three interns to effectively meet the mission.

**Health Net Federal Services**, Arlington, VA                    **2004-2005**
*Clinical Director*
- Organized post-deployment project to improve soldier and family resilience.
- Guided policy development, quality assurance, outreach, networking, and training to continuously improve program satisfaction.  Trained clinicians in Germany.
- Screened 24 clinicians a month for placements at Army bases in Germany, Italy and Korea.

**The American Legion,** Washington, DC                    **1996-2002**
*Deputy Director, Health Care*
- Oversaw and reported healthcare policy issues as the spokesperson to Congress and media.
- Provided reports, documentation, policy review, program analysis, and testimony.
- Supervised and evaluated team of VA hospital inspectors and Persian Gulf Task Force that developed process improvements for VA by implementing a balanced scorecard approach.
- Developed and managed organizational strategic plans and unit budget.
- Consulted for VA Advisory Committees and field instructed Howard University students.
- Presented to diverse audiences and at conventions around the nation on issues regarding disability, health/mental health, housing, and employment. Assisted veterans with benefits.
- Responded to 9/11 at the Pentagon Family Assistance Center.

3

Jacqueline Garrick, 202-309-1870

**US Army**
**Walter Reed Army Medical Center**, Washington, DC                    **1992-1995**
*Social Work Officer, Chief, Psychiatry (Captain)*
- Provided psychosocial assessments for psychiatric inpatients and Gulf War Veterans.
- Facilitated psychotherapy and discharge planning by assisting transitioning soldiers with housing, PTSD, suicidal ideation, employment, education, and other aftercare.
- Conducted peer review chart audits for quality improvement.
- Supervised social workers (GS12), soldiers, and field placement students.
- Managed personnel continuing education program and unit budget.

**Vietnam Seminars and Consulting**, Coram, NY                    **1991-1992**
*Writer, Lecturer*
- Produced/translated a 12-step manual, "A Self-Help Program for Afghanistan War Veterans", trained on peer support throughout Russia and the Ukraine, and surveyed participants.

**Vietnam Veterans Resource Center**, Hicksville, NY                    **1986-1990**
*Program Director*
- Administered appropriations from New York State and other grants.
- Conducted quarterly reviews for patient care quality assurance.
- Supervised clinicians, assigned cases, and instructed students for two universities.
- Provided evidence-based psychotherapy to Vietnam Veterans and their families.
- Directed incarcerated veterans' program and presented forensic testimony in court.
- Assisted veterans with employment, housing, education, medical care, and VA benefits.
- Engaged in community outreach to improve awareness and presented at conferences.

**Education & Training:**
- The Johns Hopkins University School of Public Health classes, Washington, DC, 1998-1999
- Temple University, Philadelphia, PA, *Master of Social Work Degree (MSW), 1986*
- Temple University, Philadelphia, PA, *Bachelor of Social Work Degree (BSW), 1985*

**Senior Executive Service Training:**
- White House Presidential Personnel Office Leadership Development Series, 2015-2016
- Harvard University Kennedy School of Government, Senior Executive Fellow, Nov. 2011
- President's Appointee Leadership for Non-Career SES, White House, March 4, 2010
- Career Executive Leadership Conference, Senior Executive Association, June 16, 2010
- Leadership Development, Defense Intelligence Agency/OPM, Oct. 18, 2010

**Professional Certifications and Affiliations:**
- *Whistleblower Protection Advocate certification, Whistleblowers of America*
- *Society for Human Resource Management (SHRM) Certified Professional (CP)*
- *Licensed Certified Social Worker Clinical (LCSW-C)* Association of Social Work Boards
- *Board Certified Expert in Traumatic Stress* (BCETS) Am. Ac. of Experts in Traumatic Stress
- *Academy of Certified Social Workers* (ACSW), National Association of Social Workers
- *Certification in Supervision,* Fordham University, New York State Department of Education
- Journal of Aggression, Maltreatment & Trauma, peer reviewer

4

Jacqueline Garrick, 202-309-1870

- International Society for Traumatic Stress Studies (ISTSS), member
- The American Legion, member

**Awards and Recognitions:**
- NW Florida Chapter Social Worker of the Year Award, 2023
- Melissa Washington Small Business Award for Women Veterans (monetary), Dallas, TX, 2022
- Finalist Hope4Veterans ceremony, St. Augustine, FL, 2021
- National Association of Social Workers, DC Metro, Social Work Educator of the Year, 2019
- Office of the Secretary of Defense Medal for Exceptional Public Service, 2016
- Lincoln Award for Veterans – Public Service, Friars Club, 2015
- Secretary of Defense Individual Award for Correspondence Excellence, 2nd Quarter 2014
- Expert, World Health Organization (WHO) Preventing Suicide: A Global Imperative, 2014
- Certificate of Appreciation – Task Force 14 MED, Kandahar, Afghanistan, 2013
- Heroines in Technology Finalist Award - March of Dimes, 2013
- Public Advocate of the Year Award - ISTSS, 2012
- Senior Executive Service Certificate - Office of Personnel Management, 2009
- Performance Award (monetary) - House Committee on Veterans' Affairs, 2009
- Performance Award (monetary) - House Committee on Veterans' Affairs, 2008
- Performance Award (monetary) - Department of Veterans Affairs, 2007
- Investigative Report - National Alliance for the Mentally Ill, Veterans Committee, 1999
- Initiative Award (monetary) - The American Legion, 1996
- Certificate of Appreciation - Walter Reed Army Medical Center, 1995
- Certificate of Appreciation - Vietnam Veterans of America, 1989

**Publications:**
- Garrick, J. (20230 The ethical dissonance of whistleblowing as a moral injury. Moral Injury Research, Discussions and Support Methods: Volume Two. Moral Injury Support Network for Servicewomen.
- Garrick, J. (2023). Compensation for damages when whistleblower retaliation becomes a serious injury. Corporate Crime Observatory. https://www.corporatecrime.co.uk/post/whistleblower-psychosocial-harm
- Garrick, J., Buck, M., (2022). Psychosocial Impacts of Whistleblower Retaliation: Shattering Employee Resilience and the Workplace Promise. Springer Publishing Company.
- Garrick, J., Sex Is Still a Taboo Topic in the US Military. It's Time to Change That. Military.Com. https://www.military.com/daily-news/opinions/2020/12/07/military-needs-get-serious-about-sexual-health-ranks.html December 7, 2020
- Garrick, J. Buck, M. Whistleblower Retaliation Checklist: A New Instrument for Identifying Retaliatory Tactics and Their Psychosocial Impacts After an Employee Discloses Workplace Wrongdoing. Crisis, Stress and Human Resilience. ICISF (September 15, 2020), v. 2, issue. 2
- Garrick, J. (2018) Whistleblowers of America: Peer Support Mentor Training Manual. Create Space.
- Garrick, J. Peer support for whistleblowers. *Fed Pract*. 2017;34(7):38-41.
- Garrick, J. Tending to Patients' Financial Mental Health. Clinical Psychiatry News, v. 44 no. 12 (December 2016) p. 8-9.
- Garrick, J., WHO's Push for Addressing Global Mental Health. Clinical Psychiatry News, v. 44 no. 11 (November 2016) p. 11.
- Garrick, J. (2016) *Understanding Failed Relationships as a Factor Related to Suicide and Suicidal Behavior among Military Personnel,* Intimacy Post Injury. Oxford University Press

5

Jacqueline Garrick, 202-309-1870

- Garrick, J. (2015) *Compensation, Pension and other Benefits for Women Veterans with Disabilities*, Women at War. Oxford University Press
- Garrick, J. et al. (2015*) Suicide-Related Ideation and Behaviors in Military Women,* Women at War. Oxford University Press
- Garrick, J. Williams, M. (2005) Trauma Treatment Techniques: Innovative Trends. Hayworth Press
- Garrick, J. (2005) You Can Too: A Mind Body Spirit Connection to Weight Loss. Resilient.
- Garrick, J. Efficacy of PTSD Treatment in the VA. *VHSJ* 2000;15-21

**Media Exposure:**
- Radio 702 South Africa: The Psychosocial Impacts of Whistleblower Retaliation. - Weekend Breakfast - Omny.fm
- Organization Undoing Tax Abuse (OUTA): https://www.youtube.com/watch?v=JklDius2FZg
- Mass Tort News: https://masstortnews.org/legalcast/
- Voice America: https://www.voiceamerica.com/episode/139982/american-warriors-holocaust-what-are-they-hiding
- Police Whistleblower Panel: https://whistleblowersblog.org/human-interest/police-whistleblower-panel-discussion-to-highlight-truth-telling-in-law-enforcement-communities/
- Voice America: https://www.voiceamerica.com/episode/139164/live-from-florida-whistle-blowers-of-america
- Whistleblowers Network News: https://whistleblowersblog.org/podcasts/the-importance-of-peer-support-for-whistleblowers-wnn-exclusive-interview-with-jackie-garrick/
- Whistling at the Fake Report: https://whistleblower.org/wp-content/uploads/2022/04/GAP-Disinformation-Whistleblowers-Report_26April2022.pdf
- UK All Party Parliamentary Group: Whistleblowing: https://www.appgwhistleblowing.co.uk/_files/ugd/4d9b72_ffa164221ae540bfafdeb8206a0274db.pdf
- Zuckerman Law: https://www.zuckermanlaw.com/sp_faq/evidence-required-prove-compensatory-damages-whistleblower-retaliation-case/
- Roll Call: https://rollcall.com/2022/03/23/congress-protections-for-whistleblowers-only-go-so-far/
- Valley Breeze News: https://www.valleybreeze.com/news/smithfields-blickwedel-seeks-help-after-whistleblower-retaliation/article_804436ca-7da1-11ec-a2ff-8bc51714022d.html
- Whistleblower Network News: https://whistleblowersblog.org/opinion/newly-uncovered-documents-show-senior-va-officials-smearing-a-whistleblower-to-avoid-congressional-oversight/
- National Whistleblower Center: https://nationalwhistleblowercenter.medium.com/whistleblower-voices-jacqueline-garrick-connecting-with-peers-is-like-raising-your-own-army-to-4203f055feb6
- Speaker: https://www.spreaker.com/episode/46057426

6

Jacqueline Garrick, 202-309-1870

- Whistleblower Network News:
  https://whistleblowersblog.org/whistleblower-of-the-week/jacqueline-garrick/
- TS Blogtalk Radio Interview:
  https://www.blogtalkradio.com/marti-oakley/2021/02/19/ts-radio-network-whistleblowers-of-america-with-jacqueline-garrick
- Organized Crime and Corruption Reporting Project:
  https://www.occrp.org/en/37-ccblog/ccblog/13477-the-price-of-blowing-the-whistle
- Great Women In Fraud Podcast:
  https://www.buzzsprout.com/1261361/6411436-episode-8-jackie-garrick-whistleblowers-of-america
- FEDUPWARD podcast:
  https://fedupward.libsyn.com/what-really-happens-when-you-blow-the-whistle
- Crisis, Stress & Human Resilience:
  https://www.crisisjournal.org/article/17219-whistleblower-retaliation-checklist-a-new-Crisis-instrument-for-identifying-retaliatory-tactics-and-their-psychosocial-impacts-after-an-employee-discloses-workplace-wrongdoing
- Military Times:
  https://web.archive.org/web/20200711175622/https://www.militarytimes.com/news/your-army/2020/07/06/former-dod-official-who-claimed-fraud-in-suicide-prevention-office-wins-whistleblower-retaliation-case/
- https://www.militarytimes.com/news/your-army/2020/07/06/former-dod-official-who-claimed-fraud-in-suicide-prevention-office-wins-whistleblower-retaliation-case/
- Government Accountability Project:
  https://whistleblower.org/blog/government-accountability-project-congratulates-department-of-defense-whistleblower-on-victory/
- War Horse:
  https://thewarhorse.org/a-lesser-known-group-at-risk-of-suicide-children-of-servicemembers/
- Foreign Policy:
  https://foreignpolicy.com/2020/03/20/death-of-a-whistleblower-suicide-pentagon-office-inspector-general/
- USA Today:
  https://www.usatoday.com/story/news/politics/2019/11/06/impeachment-federal-whistleblowers-face-retaliation-abuse/2497666001/
- Military.Com:
  https://www.military.com/daily-news/2019/11/05/va-office-created-protect-whistleblowers-sham.html
- Roll Call:
  https://www.rollcall.com/news/congress/ukraine-controversy-may-scare-off-whistleblowers
- Connecting Vets Radio:
  https://connectingvets.radio.com/articles/va-defends-against-whistleblower-allegations-congress-hearing
- USA Today:
  https://www.usatoday.com/story/news/politics/2019/06/22/va-health-care-workers-disciplined-reporting-veteran-problems/1480893001/
- Podcast: https://soundcloud.com/walks-4

7

Jacqueline Garrick, 202-309-1870

- TS Blogtalk Radio Interview: http://www.blogtalkradio.com/marti-oakley/2019/02/22/jackie-garrick-with-whistleblowers-of-americaorg
- A Good Place Radio Interview https://www.youtube.com/watch?v=lfQQ6tNsGZw
- Times Advocate Newspaper: https://www.times-advocate.com/articles/home-depot-whistleblower-sues-for-defamation-and-retaliation/amp/
- CNN: https://www.cnn.com/2018/09/29/politics/veterans-affairs-suicide-prevention-data/index.html
- NPR: https://www.npr.org/2018/06/21/601127245/for-va-whistleblowers-a-culture-of-fear-and-retaliation.
- The Hill: http://thehill.com/opinion/white-house/389283-memorial-day-2018-lets-remember-those-who-died-as-a-result-of-vas-lack-of
- Daily Caller: http://dailycaller.com/2018/05/18/va-whistle-blower-office-failing-whistle-blowers/
- FOX NEWS: http://www.foxnews.com/us/2018/04/10/va-whistleblowers-under-threat-seek-help-from-outside.html
- Public Interest Podcast: Public Interest Podcast was live. - Public Interest Podcast | Facebook
- SOFREP: https://sofrep.com/100848/whistle-blowers-of-america/
- Federal Practitioner: https://www.mdedge.com/fedprac/article/141074/health-policy/peer-support-whistleblowers

**Presentations:**
- July 30-31, 2018 – Whistleblower Summit for Civil and Human Rights; Moderated WoA hosted two panels on Capitol Hill, Washington, DC
- September 9, 2018 – International Summit on Violence, Abuse and Trauma Conference, The Psychosocial Consequences of Whistleblower Retaliation: A New Paradigm for Clinicians, San Diego, CA
- October 2018 – CEYOU training, Whistleblowers and Ethics for Psychotherapists, Washington, DC
- November 2018 - David Clarke School of Law, Guest Lecturer on the Psychosocial Impact of Whistleblowing, Washington, DC
- December 2018 – CEYOU training, Whistleblowers and Ethics for Psychotherapists, Owings Mills, MD
- May 6, 2019 - CEYOU training, Whistleblowers and Ethics for Psychotherapists, Washington, DC
- June 9-10, 2019 – World Elder Abuse conference, Washington, DC
- June 12, 2019 – American University Key Executive Leadership Conference, Washington, DC.
- June 13 – Veterans Health Council, Kennedy Center, Washington, DC
- June 25, 2019 and July 23, 2019 – Testimony Whistleblower Protection and Accountability House Veterans Affairs Subcommittee Oversight and Investigations, US. House of Representatives, Washington, DC

8

Jacqueline Garrick, 202-309-1870

- July 3 – Arizona Court testimony on Whistleblower Retaliation Checklist and PTSD, Phoenix, AZ
- July 29- 31, 2019 – National Whistleblower Summit and Film Festival, Peer Support and Resilience among Whistleblowers, Washington, DC
- September 4, 2019 - International Summit on Violence, Abuse and Trauma Conference, The Psychosocial Consequences of Whistleblower Retaliation: A New Paradigm for Clinicians, San Diego, CA
- September 14, 2019 – Congressional Black Caucus Veterans Braintrust, Washington, DC
- March 30, 2020 – CEYou webinar training, Whistleblower Ethics for Psychotherapists
- April 21, 2020 – Military Cultural Competency – Social Work, Webcast University of West Florida, Pensacola, Florida
- June 12, 2020 – College Promise Webinar moderator, Webcast from Washington, DC
- July 30, 2020 - National Whistleblower Summit and Film Festival, Military Whistleblowers Survival Skills, webcast from Washington, DC
- August 26, 2020 – ConsenSys Health VA COVID-19 Summit panelists, webcast from Washington, DC
- August 31, 2020 - International Summit on Violence, Abuse and Trauma Conference, The Psychosocial Consequences of Whistleblower Retaliation: A New Paradigm for Clinicians, webcast from San Diego, CA
- September 18, 2020 – Men's Health Network Panel on Military Veterans Suicide Prevention panel, webcast from Washington, DC.
- October 2, 2020 – National Summit for Survivors, Psychosocial Impacts of Whistleblower Retaliation on Military Survivors, webcast from Washington, DC
- October 13, 2020 – CEYou – Supervision for Social Workers, webcast from New York
- July 30, 2021 – National Whistleblower Day session panels on legislative affairs and whistleblower resilience
- August 9, 2021 – House Whistleblower Ombuds studio to film an interview on Whistleblower Retaliation, US Capitol, Washington, DC.
- September 9-10, 2021, hosted the first virtual Workplace Promise Institute conference for 10 certification credits
- October 6-10, 2021 - Women Veterans Alliance presentation on Winner, Witches and Flying Monkeys: Overcoming Workplace Bullying, Las Vegas, NV.
- October 14, 2021 – Taxpayers Against Fraud, Mental Health panel, virtual event
- March 21, 2022 – WhistleblowersUK – virtual meeting presentation, The Value of Peer Support and Whistleblower Protection Advocate certification
- June 7, 2022 – Comprehensive Moral Injury Conference, Whistleblower Retaliation as a Moral Injury, (Virtual)
- June 9, 2022 – National Association of Social Workers Florida Chapter, Psychosocial Impacts of Whistleblower Retaliation, Orlando, FL.
- July 27, 2022 – National Whistleblower Summit and Film Festival, Working with Congress July 30, 2022 - National Whistleblower Center. Life After Whistleblowing. https://www.whistleblowers.org/news/leading-whistleblowers-discuss-life-after-whistleblowing-at-national-whistleblower-day-2022/
- September 7-9, 2022 – Workplace Promise Institute, moderator and speaker, Pensacola, FL
- November 29, 2022, Police Officers Speak! Webinar. https://www.youtube.com/watch?v=P0iixXsyWeI

9

Jacqueline Garrick, 202-309-1870

- Mar 23, 2023 - United Kingdom Whistleblower Awareness Week conference. Does Whistleblowing Make A Difference? panel. Whistleblowers UK & APPG. London, England.
- March 30, 2023 - Witwatersrand University School of Law Mandela Institute. Whistleblowers: True Champions and Defenders of Human Rights, Democracy, and the Rule of Law panel. Johannesburg, South Africa. https://www.youtube.com/watch?v=bpiwop7cJ2U
- April 3, 2023 - North West University Forensic Honors Student. Introduction to the psychosocial impacts of whistleblower retaliation. Potchefstroom, South Africa.
- May 5, 2023 - International Critical Incident Stress Foundation World Congress, Diagnosing Retaliation: Overcoming the Psychosocial Impacts of a Hostile Work Environment, Baltimore, MD.
- May 10, 2023 - CEYOU. Military Cultural Competency. (Virtual)

10

Jacqueline Garrick, 202-309-1870