# Exhibit 2

**Report Submitted by Jacqueline Garrick, LCSW-C, SHRM-CP**

**202-309-1870**

**Jackie@Whistleblowersofamerica.org or cptjax95@gmail.com**

**Dr. Karen Iovino**

**Whistleblower Retaliation Checklist (WRC) Assessment Report**

**Introduction:**

A Whistleblower Retaliation Checklist (WRC) assessment was conducted on May 15, 2023, with Dr. Karen Iovino, DVM via a teleconference. The WRC assessment was conducted following my review of the documentation related to this case that was supplied by Dr. Iovino' attorneys, to include her curriculum vitae (CV), First Amended Complaint, State Department Office of Inspector General (OIG) report, website for Michael Stapleton Associates (MSA)[1] and email communications.

Dr. Iovino filed a complaint against her former employer, Michael Stapleton Associates Ltd., (MSA), which is a federal contractor with the United States Department of State under the Worldwide Protective Services program to operate the Canine Validation Center (CVC)[2] for the Bureau of Diplomatic Security canine training program. The CVC appears to be a private business located in Winchester. Dr. Iovino was a part-time veterinarian from October 9, 2015, to August 18, 2017, under the MSA contract to train and validate explosive detection canines (EDCs) and their canine handlers for placement at US facilities, such as embassies and consulates around the world. The CVC support is designed as an Anti-Terrorism Act (ATA) measure and the protection of American personnel abroad and to provide EDCs to US partner nations to prevent terrorism. These host nations are supposed to operate veterinary hospitals and care for the CVC dogs. Dr. Iovino made her disclosures to her MSA leadership and the State Department OIG about gross mismanagement of the contract, abuse of authority, and regulatory violations. The OIG investigation took about a year, but substantiated Dr. Iovino complaints and made the same recommendations that she originally sought after.

Dr. Iovino and I had previous contact through Whistleblowers of America (WoA), a nonprofit that I founded, which is dedicated to providing evidence-based peer support on a voluntary basis. It incorporates a trauma-informed perspective to employees experiencing retaliation, discrimination, and/or harassment in the workplace.  She reached out to me initially in April 2019 at the suggestion of Tom Devine from the Government Accountability Project (GAP) to engage in peer support. When I felt she needed more time with a clinician for therapy, I referred her to a licensed clinical Social Worker in VA, Christian Greene, which was about a year ago.

---

[1] MSA: https://www.msasecurity.net/
[2] https://www.buzzfile.com/business/Canine-Validation-Center-540-300-6028

1

The WRC captures Dr. Iovino's perceptions of events related to her workplace environment and how retaliation has impacted her psychosocial functioning post her making protected disclosures in 2017. Based on the interview, Dr. Iovino endorsed symptoms related to a diagnosis of posttraumatic stress disorder (PTSD) 309.81 and Persistent Depressive Disorder 300.4 in accordance with the criteria in the DSM-5 TR published by the American Psychiatric Association[3] because of the trauma she suffered. My review is consistent with a previous evaluation conducted by Ms. Greene.

The WRC was developed based on a literature review, survey results, interviews, and other commonly used clinician and self-administered scales. The WRC is an 83-item checklist in which the first eight items are descriptors of the work-related traumatic stressor(s). The second set of items are related to whistleblower retaliation domains identified in a meta-analysis of the psychological literature and include indicators for: gaslighting, mobbing, marginalizing, shunning, devaluing, double-binding, blackballing, accusing, and bullying.  Of the 75 remaining inventory questions, Dr. Iovino endorsed **48 items,** which would give her a **moderate** Whistleblower Retaliation Checklist score within a grouping range of 26-50 points**.**

**Descriptive Background:**

Dr. Iovino is 56 years old, (at the time of the interview her birthday was 2 days away) married, Caucasian, female with no children. She has 2 horses of her own and 2 dogs that live on the property.  There are 2 more horses that are boarded that she cares for.  She lives on over 13 acres in a rural area of VA. They have a barn for the horses. Her husband is a professional engineer without any involvement in this case other than as her emotional support. However, he is part owner of the farm that they live on, which was targeted in the Strategic Lawsuit Against Public Participation (SLAPP) suit brought by MSA.

She appears to be about her stated age but looks tired and sad.  Her voice conveys her hurt and her frustration is in her tone. She occasionally smiles and sighs heavily as she speaks. At times, there is a tremor to her voice. She maintains grace and speaks eloquently and professionally about her work and her situation.

Dr. Iovino grew up on Long Island in NY with her parents and a sister. When Dr. Iovino was 17 years old, her sister was killed in a car accident in 1983. It was just her and her parents after that and their relationship was strained as they focused all of their attention on her, which was at times hard to bear. They were a lower middle-class family. Dad was a construction foreman and mom ran a dental office.  Mom and dad came to VA with her a few years after she moved there when they retired. However, she has not spoken to them for 2 1/2 years after an argument with them over her whistleblower concerns. She notes that she does not have the head space to deal with them and the retaliation from MSA. Mom was not supportive of Dr. Iovino's need to address the retaliation against her even though they were very dependent and enmeshed with her. It has remained a strained relationship. She had a dog as a child and got a horse when she was 12. Animals are her therapy and have helped her cope throughout the grievous periods of her life.

---

[3] American Psychiatric Association. (2022). *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision.* APA Publishing.  Washington, DC.

Dr. Iovino graduated from Ross University in the West Indies in 1993 with a Doctor of Veterinary Medicine (DVM). She was previously awarded a bachelor's degree from Wilson College in Chambersburg, PA in 1989.  Dr. Iovino is a licensed veterinarian in Maryland and Virginia with a diverse professional and volunteer background and several distinguished performance awards. Since 2001, she has developed her clinical expertise in working with small animals in a general practice, emergency and working dog medicine, small animal surgery, dentistry, ultrasound, and endoscopy. She was a member of the National Veterinary Response Team (NVRT) for 15 years.  She highlights her real-world experience leading teams in austere environments during natural and man-made disasters.  In addition, she has experience in shelter settings, hospital management/administration, and public speaking in relation to animal welfare. She is Fear Free Tier 2 certified and holds a Security Clearance.

 She is currently employed at a clinic but will be transitioning at the end of the month to doing more locum work.  She can make more money while working fewer hours.  Her previous reputation has helped her get work and boarding horses pays some of the bills for the farm.

**Whistleblower Retaliation Traumatic Stressor(s):**

When asked to describe the worst thing that happened to her at work, she noted that there were a lot of little things. It began when she noticed that things being bought for the CVC were used off site and she disputed using Paid Time Off instead of overtime as a contract violation. She raised concerns that she and Zane Roberts had over the lack of a Standard Operating Procedure (SOP) for the training and care of the canines going overseas. They were not ready to be sent as gifts to foreign nations, which were part of the US agreement to use the EDCs  to prevent terrorist attacks, but the nations did not have to sign an agreement over the management of the canines once they accepted them as gifts. According to Dr. Iovino, if the dogs were not properly trained or cared for, they would make mistakes and bombs would go off killing EDCs, handlers, and bystanders.

It became a hostile work environment in 2017 when she started to raise concerns and promote changes. The animus against her compounded after Roberts was demoted, and Radcliff became her immediate supervisor.  She was originally hired as a part time employee and was offered another position as a full time MSA employee when the contract changed. MSA argues that her position was going away. GAP is arguing that she already had the offer for the new position and the termination was retaliatory for her whistleblowing to the OIG. MSA still had the contract at the time she was terminated.  She was terminated after she had raised concerns, including documenting the lack of support to do her work with the canines, which included procedures such as spay, neutering, surgeries and dental.  According to Dr. Iovino, a licensed veterinary technician (LVT) is required by state regulations to perform certain duties important to mission success, such as place Intravenous cholangiogram (IVC) or access to controlled drugs.  There was only one licensed technician who could help Dr. Iovino in her work, but that person would get pulled away and get assigned paperwork and not give her other resources to do her work. This meant that she would have to work harder and harder to get everything done, yet she never failed in any of her assignments.

3

When Dr. Iovino was teaching Jordanian students who respected her, they confided in her that the canines were not being cared for or used properly.  The students raised concerns that the canines were sent out to work in over 100F heat and were being neglected. These were not the CVC dogs, but the CVC canines would be working with the same handlers.  When she went to her then supervisor, Mike Radcliff, he told her to "take the emotion out of her job," so she went to State OIG.  In February 2017, she went to Nate Adams for legal guidance.  At the time, she did not believe that she would lose her job over raising these concerns. She felt confident in her skills and training as a DVM.  It was her mission and her professional oath to take care of all animals. The OIG investigated from July 2017 and issued a report in September 2019 that substantiated her concerns and her recommendations for an SOP[4], but she was fired in August of 2017 anyway.  The OIG also recommended reinstatement, but MSA fought it.  But the procurement executives agreed with MSA and supported the fight against her reinstatement.  However, Dr. Iovino was able to identify that the same person who was involved in the CVC problems was involved in the review. She has never gone back to work at MSA.

She could not on her own validate the concerns of the Jordanian students, but her concerns landed on deaf ears at MSA. There was still no oversight of the kennels, according to the OIG. Other officials, Josh Carter and Roberts saw the terrible conditions of the dogs that belong to ATF in 2015 before MSA won the contract[5].  They were living in deplorable conditions, were emaciated, and were very neglected. They were malnourished and suffering from disease, which resulted in a few deaths. She did get a confidante who showed her pictures of emaciated dogs, but that person was not allowed to put the picture in the report.

After MSA terminated Dr. Iovino, NBC News Scott MacFarlane did a news story about the canines in December of 2019.[6] -Because she was interviewed for the NBC News program, she was again targeted by MSA for additional retaliation after her retaliatory termination. She participated in the news media story out of sheer desperation because dogs were being sent overseas to potentially horrid and dangerous conditions and she wanted to pursue an avenue to effect positive change for the canines. Her primary concern was for the proper care of the dogs. Dogs were still going overseas and not being properly cared for or treated when ill.  During that time period, there was a government furlough that slowed down investigations but she wanted to get the information out there so she went to the media hoping that Congress would pay attention. They did, and House Representative and Senators have gotten involved.  While she was at the CVC about 40 dogs were sent overseas without any oversight.  Senators Grassley and Warner got involved and got some oversight enacted. For Dr. Iovino, it has been an exercise in persistence to get someone to care about the health and condition of the CVC dogs once they are gifted to a foreign country.

According to reports, dogs were dying of parvovirus. She felt she had a reasonable belief that the dogs needed to be in the best condition, given the best possible training, and properly have their health cared for because if they were not physically and emotionally fit, they could miss an

---

[4] State OIG Report: https://www.stateoig.gov/uploads/report/report_pdf_file/esp-19-06_1.pdf
[5] Bureau of Alcohol, Tobacco, Firearms and Explosives.
[6] NBC News Investigates: https://www.nbcwashington.com/investigations/national-investigations/as-k-9-deaths-climb-overseas-state-department-halts-sending-new-bomb-sniffing-dogs/2194483/

4

explosive and people could be killed.  She took an oath to do no harm and she was the one who certified the animal's health condition.  She would be negligent in her duties if she did not report on the conditions that the dogs were being sent into.  She felt compelled to act on behalf of the welfare of the dogs because it was her professional ethics and personal commitment to do her job because the conditions of the dogs were so terrible. Even though Virginia law (related to her license to practice) was not violated, she felt it would be wrong because signing the certificates was negligent.

Not only does Dr. Iovino find the neglect of the foreign service bomb-sniffing dogs as a traumatic stressor, but she is also well aware that there was the recent double homicide of two of her former colleagues who were involved in her work at MSA, Josh Carter, program manager over CVC, and Pamela Lowande, a training technician, who was part of the ATA program and handled procurement for the dogs and trained the handlers, so they worked closely together. Dr. Iovino recalls that they were friends. Lowande came over to her house and they would socialize. But they grew apart when it became known that Lowande and Carter were having an affair. Carter was married at the time of the affair. There was speculation that he had a bedroom set up at the CVC and was living there.  Dr. Iovino believes that the distance that grew between them was not a falling out but rather because Lowande had her own issues going on and did not get involved. Lowande was silent on the neglect of the animals, which Dr. Iovino felt disappointment about.  Dr. Iovino's relationship with Carter was strained because he was the one behind many of the MSA decisions that harmed her career.  Dr. Iovino learned that Carter and Lowande were murdered on April 20, 2023, at Lowande's home. Dr. Iovino has called the Police Department to find out more about the double murder case because of her association with the deceased and her case. According to the Police, the murders were not a random act of violence, but that Carter and Lowande were targeted.  She worries about being followed and harm that could come to her family and animals on her very rural property. She used to feel safe living off the grid, but because of these murders and her SLAPP cases, she is concerned that whatever happened to Carter and Lowande could happen to her and her husband too. She is aware that Josh Carter was trying to unmask the whistleblower to fire them.  ATA trainers heard him say that and told her to watch her back.

Finally, her sense of traumatic stress relates to her termination after she disclosed the maltreatment and wrongful deaths of the dogs. In addition to her wrongful termination case, MSA filed two SLAPP suits against her and her farm. The first one was for $2.5 million, which was against her and her husband because they jointly own the farm. MSA claimed they filed the SLAPP suit because of her cooperation with the MacFarland news story about the state of the canines sent overseas.  Dr. Iovino believes MSA was attempting to silence her. However, the lead OIG investigator was incensed about the SLAPP suit because it was a criminal investigation, and the suit could have chilling effect on potential witnesses. MSA could not produce documents and dropped the case. When attorneys from GAP filed Dr. Iovino's wrongful discharge claims in federal court, MSA initiated a second SLAPP suit for $2 million.

Finally, Dr. Iovino endorses the notion that her quality of life changed significantly for the worse since whistleblowing.  She is in year six of fighting against MSA's retaliation and for animal welfare, her career, and against two retaliatory SLAPP suits. Dr. Iovino must work every day to

5

stay afloat. She and her husband must make constant choices about what to do to stay fiscally solvent and physically secure. They do not go on vacations or buy a new car even though she desperately needs one.  She works three jobs: a regular veterinarian clinic, taking care of the farm and the horses, and to challenge MSA's retaliation and wrongdoing which in itself is multifaceted, involving challenging the retaliatory acts against her and seeking legislative changes for the foreign gifted canines and contractor whistleblower protection laws.

**Whistleblower Retaliation & Hostile Workplace Impacts:**

Due to the hostile work environment and whistleblower retaliation Dr. Iovino experienced, she has identified several symptoms related to workplace traumatic stress.

Gaslighting - Gaslighting is defined as the manipulation by psychological means of an individual in order to cause the subject(s) to question their own memory, perception, and sanity and is often associated with bullies, sociopaths, narcissists, and emotional abusers who want to deflect their own wrongdoing and belittle or degrade the intelligence of their victims.[7] In the DSM-5 TR, under adult nonpartner abuse, there is a description of "trying to make the person think that he/she is crazy."[8]  In the workplace, it is commonly used to undermine the credibility of relators and witnesses.

Dr. Iovino admits that she ruminates about the wrongdoing even when she tries not to because of her ongoing concern about the dogs and that they might miss a bomb.  She worries about other people who support her claims that they can suffer retaliation too and not be able to get jobs. She fears being persecuted and worries about what will happen to her and her husband if MSA continues its retaliatory actions.  She is anxious about where they will be able to get the money to survive and protect themselves from MSA's retaliation. It effects every other decision that she makes.

Nightmares affect her sleep.  She notes that she can fall asleep but not stay asleep. It was so bad that she decided that she needed to seek therapy. This helped her anxiety but ramping up to talk about MSA's retaliation makes her sleep disruption worse again.

Throughout this process she has not had others questioned the legitimacy of her memories or facts she provided. Although MSA and State officials tried to get her to minimize her concerns, they never disputed the legitimacy of the harm to the dogs. Carter himself took a trip to Jordan and verified the veracity of the neglect but still wanted to silence Dr. Iovino over it. She believes this refusal to act on the information he saw and the recommendations in the OIG report were based on pecuniary concerns within MSA, which was in the process of being bought out by MSA's and the State Department's vested interests in the ATA program. Therefore, her trust in her own judgment has not diminished. She has her contemporaneous notes that she can go back to whenever questions come up. However, her ability to concentrate or stay focused on tasks has become impaired. She has to push the intrusive thoughts aside to take care of animals. She has felt persecuted for her ethical beliefs and morals and feels guilty because of the suffering caused

---

[7] Stout, M. (2005). *The Sociopath Next Door.* New York: Broadway Books.
[8] American Psychiatric Association. (2022). *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision.* APA Publishing.  Washington, DC.

to canines, including untimely deaths she was not able to prevent. These experiences have changed her beliefs about fairness and justice because of her situation.

Mobbing – Mobbing occurs in the workplace when management directly or indirectly pressures other employees to collude against and inform on the activities of the whistleblower.[9]

Dr. Iovino felt like there was a hostile mob organized against her by MSA at the CVC. The main person who was mobbing her was Josh Carter who has now been murdered. She is constantly aware of her surroundings and security. She limits who she trusts and tries to stay focused on her work so as not to feel irritable and angry with people. She senses that people are following her when she is driving. She constantly checks around the farm for security and avoids driving near Winchester, VA near the CVC because it gives her flashbacks and panic. She never feels safe. The two murders took place just outside of Winchester, VA which reinforces her fears about her disclosures and being a target of retaliation.

Marginalizing – Employees are "Marginalized" when they are physically moved to minor assignments, relocated to a remote or an inferior location, or detailed to nominal projects not commensurate with their job description, which then enables Devaluing.[10]

Dr. Iovino was marginalized by MSA. She was not given enough resources for mission critical veterinarian work. Another example she recalls is when she raised concerns about a technician who came in drunk and smelling of alcohol and nothing was done initially. However, the person was monitored and eventually had her credentials to practice revoked by the state of VA.

Dr. Iovino had her work assignments minimized. She was in charge of the kennel technicians, but MSA removed her from the ATA program after she raised concerns.

There were occasions where she felt humiliated, disrespected, and belittled in front of her colleagues and/or visiting Department of State officials. One example was when other MSA and State officials were visiting the CVC site. Carter was giving a tour. One of the dogs had developed hyperthermia and was in critical condition, so she performed immediate and emergency stabilization in the ATA hospital. However, due to the nature of hyperthermia, ongoing monitoring was required. There was no onsite-overnight qualified care available. So, she transferred the dog, it got the right care, and came back to them. But Carter did not give her credit for knowing what to do and minimized the level of care that she provided by saying he did not know that they were not a full-service hospital. His comments were a slight to her and her work and diminished her capabilities in front of her colleagues, company, and government superiors.

---

[9] Martin, B., Pena Sanit Martin, F. (2012). Mobbing, suppression of dissent/discontent, whistleblowing, and social medicine. Social Medicine, 6 (4 (May)), 205-209.

[10] Campbell, S. S. (2017). *Whistleblower Employees.* Chicago: American Bar *Managing* Association.

Another time she was humiliated was when she was summoned to the conference room over the handheld radios, which everyone can hear. After being berated she had to go back and preform complicated surgeries on the dogs. The admonishment was from Allen Bower who told her that she worked too hard and expected too much from others.  He said she should stop asking for help. She was in shock and could not respond. She focused on her work, but later in her car, she began to shake because of the anxiety and fear.  She felt she was being threatened. The anger and sense of betrayal Dr. Iovino emoted when she said, "I have a 2 page write up of that conversation" was noticeable.

She feels limited in whom she can talk to about the MSA situation and the retaliation because she fears the company would be vindictive against others in the working-dog space.  It is a niche group of veterinarians, technicians, and handlers and she would not want anyone else blacklisted because of her.

Because of her experiences with MSA her self-confidence, self-efficacy, and self-esteem have suffered greatly. She knows that she is lucky to have any job right now, but she hates it.  She recalls how she used to be so excited to go to the CVC and would rush down the road to get there. She likes the people she works with now but the work itself is not as rewarding like it used to be.  She frequently finds herself in situations where the clinic is short staffed and overworked. She gets no breaks and must respond to critical cases every hour. The CVC allowed her to use her specialized knowledge and training from the disaster team, from which she felt she had to resign to have the MSA job because she didn't feel she could be deployed for 2-3 weeks.  A veterinarian is required on site per the Department of State contract.  The other veterinarian on site was a member of NVRT too.

Within the niche community of veterinarians and working dogs, she has had her professional reputation harmed. In the greater veterinarian community, she believes most providers do not know about her situation. But among those who work with the working dogs, her disputes and suits would be known. She could not get a job there. Her only other option would be to deploy but she could not leave her farm and her horses.

Shunning - Shunning ostracizes or socially alienates an employee from their team or other emotionally supportive colleagues. It thwarts their sense of belongingness, purpose, and meaning, which are factors often associated with depression and suicide.[11]

While at the CVC, she ended up working on assignments but was not involved in any of the progress discussions. She felt alienated from others and ignored by many of the people involved in her chain of command.  No one would listen to her, or they turned a deaf ear to her concerns. As a result of being ignored, ostracized, and terminated, her sense of belongingness also became thwarted when she lost her sense of mission purpose. It was completely taken from her.  She had loved her job, never took sick leave, and did not mind working the extra hours caring for the

---

[11] McGraw, K. (2015). Mental Health of Women Warriors: The Power of Belonging. In E. C. Ritchie, & A. Naclerio, *Women at War* (pp. 311-321). New York: Oxford University Press.

8

dogs, which she should have been compensated for but was not. This led to her disclosures about potential contract fraud in billing hours to the government that should have been for overtime, but instead MSA wanted to call paid time off (PTO). Dr. Iovino believed that would be a violation of the MSA contract terms, so she did not bill for the actual hours of overtime that she worked.

As a result of her lost profession in the working-dog space, she is currently doing relief work, which are horrible shifts. But she needs to make money to live and to continue to address MSA's retaliation. Dr. Iovino still wants to see the working dogs gifted to foreign nations better cared for and managed. She lives in crisis mode to respond to the ongoing demands of challenging retaliation, job, and farm.

As a result of her situation, she has withdrawn from social contacts and avoids attending events. She does not want to see people. She fears being asked about her life and having to lie about what is going on. She feels she must protect other employees. But she is also aware that they avoid her too for fear of retaliation by MSA. They see the retaliation that has happened to her, so they stay away from her. These were people she once considered close friends and confidantes. She is also not associated with any professional organizations or civic groups outside of her workplace in part because she has no time for such things and to avoid the questions about what is going on.

Her family is aware of her disclosures. Her husband and his family have been very supportive of her, but it is part of the rift with her parents, especially her mother who does not understand. Besides the changes in her family status, there have been changes in her community social status. She does not have the energy to want to see people. She is tired all the time. She says, "I am hiding myself because if I talk about the case, it is a mood killer. No one wants to think about bad things happening to animals."

Devaluing – When performance ratings are unexpectedly lowered, promotions are missed, or training opportunities are lost, then the employee is suffering "Devaluation."[12]

Dr. Iovino's work assignments were no longer in line with her job description when responsibilities were taken away. She was demoted. She was once the lead veterinarian and then they hired Mike Radcliff to be placed over her. Josh Carter, from State, sent his orders to Zane Roberts about Radcliff. Josh Carter and Alan Bower knew Mike Radcliff previously as well. Carter should not have been dictating to MSA about people on the contract. Radcliff later told her she was insubordinate because she told him about the background problems. An Army Colonel friend told her to start to take notes, which she did. She felt qualified for the job, cared about the animals, and was well organized. She worked well with the trainers and had a background in disaster response. Red flags were going off for her when CVC was not properly managed. She was more than a veterinarian. She had a program administration background and felt she was not being taken seriously by this group of managers who did not have her background but were friends.

---

[12] Campbell, S. S. (2017). *Whistleblower Employees.* Chicago: American Bar *Managing* Association

9

She was denied a promotion to go full-time and was denied overtime pay to come in after hours to care for a severely injured dog. There was a dog mauled under a fence. It lost its leg and a part of its tail, but she could not get the requested resources to care for the dog. Carter refused her request to transfer the dog for the surgery and he had her do it.  The dog was in agony, so she did the surgery, it went great, but it was her first one.

MSA does not give performance evaluations. So, she has not had any formal documentation about her performance that she has ever been made aware of or asked to sign off on. As far as she knows MSA Human Resources has never required it, nor did the contract.

She feels she no longer values her own contributions to the mission because she is not part of it anymore. So, she lost her sense of meaning and purpose for what she felt highly trained and invested in doing.  She has developed a feeling of apathy.  She does not enjoy work anymore. She explains, "I am still good at my work but don't get pleasure from it anymore."

Double-binding – Double-Binding is associated with mixed messages and contradictions usually from someone of greater power (a parent, spouse, or a boss) to manipulate the mental status of the victim.[13] The work or circumstances may be presented as positive, but the employee is set up for failure.

Dr. Iovino endorses, "totally feel like I failed."  She explains that "there were additional dog deaths after I was fired and no one else did anything."  A friend of 10 years turned her back on Dr. Iovino after she was fired and that is another sense of disappointment in people and failure to get others involved to care about animal welfare. She felt set up to fail. She also feels failure because she is now underemployed.  Anxiety and stress keep her from persisting or keeping pace with others because she is out of the loop and professionally not on the same track she once was for success.

She was given difficult tasks to complete without enough resources and when she was successful and had several important accomplishments in caring for the CVC canines, she was ignored by her supervisors.  She has struggled with the irony that she would be ignored by her supervisors while at about the same time she would get a commendation from someone else.
She has become compulsive about her work and could even be described as a "workaholic." She is and was always very mission driven. Although not properly compensated for it, she did not mind doing the extra work or answering questions. Before all of this happened, she was very patient with co-workers and enjoyed any discussions about the animals and their needs.  She enjoyed mentoring newer and less technical staff.  Dr. Iovino recognizes that she has given up on hobbies, sports, relaxation, or recreational activities that she previously enjoyed and has become more of an introvert than before.

---

[13] Gibney, P. (2006). The double bind theory: still crazy making after all these years. *Psychotherapy in Australia*, 48-55.

10

<u>Blackballing</u> – Blackballing (or career blocking) occurs when a whistleblower tries to move to another office, division, corporation, or field of practice, but their professional reputation has been so ruined that it hinders their ability to obtain substantial gainful employment.[14]

Prior to being terminated from her employment with MSA, she was suspended for 2 weeks with pay and then escorted out of the building. She was supposed to transition to a full-time contract when her contract ended. It was a shock how MSA treated her and did not honor their agreement with her.

The retaliation for the disclosures that she made has left her under-employed and has caused her earnings capacity to be diminished and threatens her previously protected future financial security.  Although she is working, it is not at the same capacity. She has not been able to connect with a hiring manager for a comparable job as the one she held as a supervisory veterinarian at the CVC on the MSA contract. MSA has posted other jobs but refuses to reinstate her as recommended. There are other jobs overseas, but she manages her own farm as well, so those positions are not realistic options for her or her family.

She also notes that her quality of life has been diminished.  She is not working a regular job and must work all kinds of hours --weekends, nights, and holidays to keep up.  She works every weekend and never gets to see her husband or family without advanced scheduling.  She was in a very niche profession and that has changed.

<u>Accusing</u> – Accusing, countering, or counter-accusing impugns the credibility of the whistleblower and assassinates his/her character as an honest broker of events. Mobbing is often used to help build a complaint against the whistleblower and charges trumped up against them are investigated - usually involving their performance or accountability (such as timecards or expense reports).[15] Counteraccusations are also known as the DARVO response; Deny, Attack, Reverse Victim Offender when victims confront abusers and are blamed for the abuse, which includes whistleblowers in the definition.[16]

When her contract ended, she absolutely expected to be on the new one when it started.  She was promised the job in February 2017, which was before the whistleblowing.  She was escorted out of the building just prior to the end of the contract that she was on.  She could feel the shift in what people knew about her whistleblowing and how she was being treated.  Fewer people were talking to her. She found out that Alan Bower told other employees not to talk to her because she was "a pain in the ass." It was two weeks before the contract ended that she was suspended with y. According to Dr. Iovino this suspension was not done in compliance with VA law. The Virginia Board of Veterinary Medicine requires five days' notice of change of veterinarian-in-charge.  Dr. Iovino was the veterinarian-in-charge for the ATA veterinary hospital (the Canine

---

[14] POGO, GAP, PEER. (2002). *The Art of Anonymous Activism: Serving the Public While Surviving Public Service.* Washington, DC: POGO, GAP, PEER.

[15] Guerin, L. (2016). *The essential guide to workplace investigations.* Berkeley: Nolo.

[16] Freyd, J.J. (1997). Violations of power, adaptive blindness and betrayal theory. *Feminism and Psychology.* Sage Publications, London, Thousand Oaks and New Delhi. Vol 7(1) 22-32. https://dynamic.uoregon.edu/jjf/articles/freyd97r.pdf. This article specifically mentions whistleblowers as a victim of DARVO.

11

Validation Center Hospital).  If they were suspending her, VA required notification-- not providing five days' notice could have put her VA license in jeopardy.

They would not even give her time to get her personal belongings.  She had her books and photos that were her personal property.  They mailed her back the books but not a framed photo she had of the firefighters at Ground Zero. MSA claimed that she was fired because she had threatened to go to the press. In reality, it was retaliation because she had shared her concerns and information with the State Department OIG.  MSA's retaliatory SLAPP suits claim that she violated her NDA by going to the media and thus harming their business. However, the OIG found that the NDA violated federal law because it impeded her whistleblower rights. Even though she is assured that she is in the right, she is very worried about the ongoing MSA retaliation.

Bullying/Violence – Some employees report being emotionally, physically, and sexually harassed or abused, threatened, bullied, or cyberbullied, including their families (Interagency Security Committee, 2013)[17] in attempts to cover up or shut down their allegation. Being bullied is a PTSD Criterion A1when there is a credible threat of serious harm or sexual violence.[18]

Dr. Iovino recognizes that she has been bullied when humiliated with a reprimand for "doing a good job" and now feels harassed because of the ongoing retaliation, including being removed from her interesting and profitable career path and being made the defendant against two retaliatory SLAPP suits.  The retaliation has caused her serious harm. This has been going on for 6 years of her life.  The bullying and the intimidation have left her very fearful for her safety and security. Prior to being suspended and fired, she was being ostracized and not given resources. She felt the uneasiness. It felt unsafe while she was still at the CVC.  She knew that the keycard she had could track her movements. They were watching her movements to see if she would make a mistake. She knew that they were very financially motivated and the changes she recommended would have made their jobs more difficult. Dr. Iovino was aware there were rumors that MSA was going to be sold.

There were examples of nepotism, cronyism, and favoritism in the hiring process. She cites as an example, John Hoover, the 3rd ex Roanoke police officer that was part of the group. They wanted her to go along with approving a canine for procurement when it was diagnosed with hip dysplasia by Dr. Iovino. She was not former military or law enforcement, so she was not one of their inner circles. She felt the discrimination against her as an older woman among them. She is very concerned about her safety and her home.  There were the recent murders of the two former colleagues with no known motive, which is very scary. These are ex-military and police officers with access to weapons and explosives. They are trained. The CVC houses live active explosives to train the dogs. MSA is targeting her and her husband already with retaliatory SLAPP suits that

---

[17] Interagency Security Committee. (2013). *Violence in the Federal Workplace: A Guide for Prevention and Response.* Washington, DC: Department of Homeland Security.
[18] American Psychiatric Association. (2022). *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision.* APA Publishing.  Washington, DC.

can cost them their home and farm. MSA's retaliatory actions have caused her to have thoughts of suicide.

The stress has already resulted in her deteriorated physical health. She has started to need hormone replacement therapy because her hair was falling out in clumps. She has borderline hypertension, with no history of high blood pressure. She is a vegetarian, but with a loss of appetite. She exercises regularly when she can. She is being treated for her medical conditions and for her PTSD.  She endorsed suicidal ideation and notes that Friday was the first day since she was a teenager that she felt like she could not do it anymore. She has felt under attack.  There is no time for joy or to relax.  She identifies that she has no more emotional bandwidth to deal with things.

**Whistleblower Retaliation and DSM-V Diagnostic Criteria for PTSD and Depression:**

**<u>Stressor Exposure</u>**

Criteria A:

The stressor event(s) in this case are the hostile work environment and the retaliation related to the harm done to the gifted canines from the CVC program. She experienced repeated and extreme exposure to adverse details of the harm and injury to the dogs related to her work. She has repeatedly been exposed to the photographs and reports about the maltreatment, malnourishment, disease, and untimely deaths of these well-trained working dogs. Secondarily, Dr. Iovino suffered her own psychological serious injury because of the humiliation and degradation that she suffered in front of others that eventually led to her termination, career dissolving, two SLAPP suits, and her financial insecurity. The recent double homicide with no known motive is another aspect of her learning about a traumatic event that has occurred to these former colleagues and friend.

As noted in this report, such all-encompassing attacks can lead to what is called "identity disruption" leaving the attacked individual fractioned and thwarted from their former sense of self with a loss of purpose and a lost sense of belongingness and a meaningful occupation. Whistleblower retaliation harms one's own identity and injures one's ability to function. Professional ethical beliefs and the propensity to be a whistleblower compares to the cultural context of trauma in a similar manner to those who experience religious persecution, as described in the DSM-5 TR. Additionally, the DSM-5 TR recognizes the cultural formulation significance of an individual's mental health problems related to their occupational and social structure and its distress. In 2022, it added bullying to the descriptors to PTSD.  Other clinical conditions are related to adult nonpartner abuse.

Key PTSD Criteria B-H are highlighted below:

**<u>Intrusive Aspects</u>**

As demonstrated, the results of the WRC identified the intrusive symptoms (thoughts, nightmares, hypervigilance) and their impacts as experienced by Dr. Iovino. She clearly has dealt

13

with the toxic tactics of retaliation that manifest in intrusive thoughts, ruminations, nightmares and the worries about her family, her ability to find rewarding work again as a specialized veterinarian, her future security, and the overall animal welfare situation she reported. She ruminates and has nightmares about the neglected dogs and the perpetrators but most especially the people who caused it and tried to cover up the problems. They did the most harm to her sense of self, by humiliating, degrading and terminating her. She cannot feel safe at home or while driving, especially near Winchester, VA.

## Avoidant Aspects

Consistent with the aspects related to survivor guilt and shame, Dr. Iovino endorses that she regrets that she was not yet able to protect the dozens of working dogs being sent overseas. She expresses feeling emotionally tired and without emotional bandwidth for family and friends.  She avoids people and social situations. She has a very small circle of trusted family and friends that are aware of her situation, but otherwise she is reluctant to meet new people or socialize.  She also endorses feelings of depression, anhedonia, and thoughts of suicide related to not wanting to deal with life anymore.

## Impacts on Belief Systems, Cognitions and Emotions

Basic beliefs about safety, sense of self, faith in others, and one's worldview are altered by traumatic stress. This is a woman who grew up loving animals as pets.  She has always had a dog and a horse beginning at age 12. Animals appear to be her source of connectedness and purpose. They are her source of support and strength and help her cope with emotional distress.  Much of her self-worth is tied to her work as a specialized veterinarian. Therefore, it is not unreasonable to understand the distress that she initially experienced when she first heard about and witnessed pictures and reports that substantiated the maltreatment, malnourishment, neglect, and untimely deaths of these special dogs.  Compounded by this grief over the dogs was the lack of responsiveness of her chain of command. Instead of responding to the recommendations to create SOPs and institute agreements that foreign nations could demonstrate that they understood how to best handle the dogs, she was dejected and removed. These experiences become internalized negative beliefs, which extend to her sense of self-esteem and self-worth. Both have been severely challenged by her ethical dissonance. Dr. Iovino expresses a strong sense of failure as a whistleblower. She was betrayed by her leadership. She is still fighting for legislation to better protect the CVC canines covered under the ATA.

Dr. Iovino believes that she has lost her profession along with it a sense of purpose and meaning, which in turn has caused her to retract from her previous social support system. This identity disruption is a serious injury caused by a hostile work environment and whistleblower retaliation.

## Reactivity Aspects

Dr. Iovino avoids certain conversations with her family members and friends and now tries to keep the matters related to this to herself as much as possible. She gets lost in her own thoughts and has a very hard time concentrating on other things.  Taking care of animals is the one thing that gives her focus and purpose. She is on guard about her personal sense of safety and security-- from being verbally attacked to actual physical harm.  She believes she has been tracked

14

through her keycard and worries she will be followed in her car. The behavior she describes is hyper-vigilant to her future safety and security. She does not sleep well and has had nightmares. She isolates and avoids socializing.  She has been betrayed and let down by others whom she trusted.

Dr. Iovino's symptoms have lasted several years, and the disturbance is causing clinically significant distress and impairment in her social, occupational, and other areas of functioning.

### Related Health Aspects

Dr. Iovino notes that there has been an increase in her level of fatigue, and an exacerbation of medical conditions related to her high blood pressure, hair loss, and sleeplessness. She is seeing a general practitioner for her medical conditions, and a therapist to cope with her PTSD.

Furthermore, there are decades of scientific research related to the evidence that stress has a detrimental physical effect on the body as well as psychological effects. Specific studies have linked high levels of stress to stress-related disorders, which can include Dr. Iovino's reported persistent hypertension, hair loss, and fatigue.

### Occupational Assessment

Consistent with the DSM-5 TR description of Occupational Problems, Dr. Iovino endorses actual job loss, under-employment, stressful work schedule, uncertainty about career, discord with the boss, and a hostile work environment. The suspension that led to her termination and her verbal admonishment demonstrates the animus against her and the uncongenial nature of the CVC work environment. She faced discrimination as an older female among a group of former military/ police who treated her as an outsider of their inner circle.  Retaliation has diminished her working capacity and future earnings potential.

### Conclusion:

It would be my diagnostic impression that Dr. Iovino is suffering from Persistent Depressive Disorder and Posttraumatic Stress Disorder (PTSD) related to Whistleblower Retaliation, which is adult nonpartner abuse and a traumatic stressor consistent with the DSM-5 TR and the ongoing animus that she faces from MSA retaliation. This will keep her hypervigilant and in distress.  Her condition might improve with vindication of her claims; however, PTSD can be a life-long disorder that can be mitigated through therapeutic intervention to learn symptom management, but researchers generally agree that it is not considered curable.

*Jacqueline Garrick*

---

Jacqueline Garrick, LCSW-C                    Date: May 22, 2023

15

As a Licensed Certified Social Worker with a clinical (LCSW-C # 12987) specialization in the United States, State of Maryland (MD) in accordance with MD Title 19, Subtitle 1, § 19-101., I have been diagnosing, treating, and advocating for clients who have suffered traumatic stress and mental health conditions for 30 years.  I was a United States Army Social Work Officer (Captain) and have treated primarily veterans for PTSD, Depression, Anxiety Disorders, Schizophrenia, Substance Abuse and Suicidal Ideation who have returned from combat zones or experienced personal trauma. I have developed mental health policy for the US Departments of Defense and Veterans Affairs overseeing policies and programs that treated thousands of Service members, veterans, and their families and was also professional staff to the US Congress drafting disability legislation and organizing hearings. At other times, I have testified before Congress and in judicial proceedings.

 In addition, I am a certified human resources specialist and have provided consultation on personnel issues. As the founder of Whistleblowers of America, I have developed a specialization in providing evidence-based peer support using a trauma informed perspective and have mentored approximately 850 employees currently. I have been asked to provide expert opinions on several civilian court cases and Federal government proceedings. In addition, my work on whistleblower retaliation has been published by Springer Nature, *The Psychosocial Impacts of Whistleblower Retaliation: Shattering Employee Resilience and the Workplace Promise,* and articles published in peer-review professional journals. I have been an invited guest speaker to international forums on the psychosocial impact of retaliation, harassment, and discrimination in the workplace.   As a consultant, I am on the policy advisory board of Parrhesia, which is a recognized charity in the UK.  I am listed here: https://parrhesiainstitute.org/whos-who/policy-advisory-group/.  I am also on an advisory board for Whistleblowers UK and collaborate with them on a regular basis regarding psychosocial policy issues before Parliament. My work is quoted in a legislative report in support of an Office of the Whistleblower.

16