# Exhibit 3

Case 5:21-cv-00064-TTC-CKM    Document 300-3    Filed 04/28/26    Page 1 of 2
Pageid#: 4868

## INVOICE: I0523

Dr. Karen Iovino



| Services | Hours | Rate |
|---|---|---|
| Assessment Report, Interview, Document Review | 8 | 250 |
| | | |
| TOTAL | 8 | $2,000.00 |

**Please remit payment upon receipt.  There will be a 10% late fee for any payment beyond 30 days.**