**Exhibit 4**

5/18/23

To Whom it May Concern,

I, Christian Greene LICSW, have been providing psychotherapy for Karen Iovino since June 22, 2022, 35 sessions thus far. Karen Iovino was referred to me via Whistleblowers of America as she reached out for peer support leading to a recommendation for individual therapy.

Karen Iovino and I have been identifying stressors and finding a balance regarding her present work. It has been an ongoing topic of discussion that she must retain her work as litigation costs significant funds yet in addition the SLAPP suit has a threat of destroying her financial well-being. During our sessions we have identified that there must be a balance as without her emotional, mental, and physical wellbeing money holds no weight. Through these discussions over the past few months and identification of stressors we have solidified the need for her to reduce her hours so that she can have enough time and space for litigation responses, court, and the pending trial. In addition to the reduction in the hours we have spoken about taking opportunities that allow her to make the most of her time in an environment she feels safe, productive, and respected in.

Often with whistleblowing there is an aspect of identity disruption especially when an expert is pushed out of their field of practice when doing the right thing to protect those they serve. We have been working together to identify how her work has changed in its very essence and establishing new standards to safeguard her ability to maintain in this field despite the traumatic reminders that surround her daily in these new positions.

In summary I made a clinical recommendation that she invest in finding joy in her life such as riding her horses as a form of stress reduction, limiting hours of work to allow for focus on surviving litigation, safeguarding her mental/emotional/physical wellbeing, and financially planning to help control the valid fear induced by a SLAPP suit. Karen has made clear and concise strides to implement these recommendations.

Please do let me know if there is any further clarification I can provide.

With deep respect,

Christian Greene LICSW, PMH-C, WPA
(DC, VA, MD, WV, CA, OR, and WA)
Eclectic DC
202-681-3820
www.eclecticdc.com

https://eclecticdc.clientsecure.me/;  schedule with me

christian@eclecticdc.com;  client communication
eclecticdc@gmail.com;  business communication

LICSW; Licensed Independent Clinical Social Worker
PMH-C; Perinatal Mental Health Certified
WPA; Whistleblower Protection Advocate

