# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

<u>**Karen Iovino**</u>

**vs.**

<u>**Michael Stapleton Associates, LTD.**</u>

**Action No:**  5:21CV64

**Date:**  5/1/2026

**Judge:**  Thomas T. Cullen

**Court Reporter:**  M. Butenschoen

**Deputy Clerk:**  C. Kemp

<u>**Plaintiff Attorneys**</u>

Thad Guyer
Nate Adams, III

<u>**Defendants Attorney**</u>

Dan Ward
Chelsea Cruz

**PROCEEDINGS:**
Parties present via Zoom for hearing on ECF 250 defendant's motion for summary judgment and
ECF 254 plaintiff's motion for summary judgment.
Court addresses the parties
Arguments from counsel.
Written opinion and order forthcoming.
Court inquires as to willingness for mediation at this point.
Parties indicate they are willing to participate in early mediation.
Written order forthcoming.
Final PTC to be held 6/1/26 at 9:30 with jury trial to begin 6/2/26 at 9am.
Court will enter an order referring case to mediation.
Adjourned.

Time in Court: 1:00p-2:07p Total time 1h7mins