**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
|     **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
|     **Counterclaim Defendant,** | ) | |
| | ) | |
| v. | ) | **DEFENDANT AND** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| MICHAEL STAPLETON ASSOCIATES, LTD., | ) | **DEPOSITION DESIGNATIONS** |
| d/b/a MSA SECURITY, INC. | ) | |
| | ) | |
|     **Defendant and** | ) | |
|     **Counterclaim Plaintiff** | ) | |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a/ MSA

Security, Inc. ("MSA"), through counsel, respectfully submits its Deposition Designations in

accordance with the instructions outlined in this Court's Trial Order (ECF 260).

| Witness Name | Deposition Date | Page Range | Objection | Response |
|---|---|---|---|---|
| DoS 30(b)(6) | 2/26/2026 | 32:18–25<br>33:1<br>36:18–25<br>37:4–12<br>43:13–22 | | |
| DoS OIG 30(b)(6) | 1/9/2026 | 79-105 (Cross by MSA)<br>86:13–25<br>87:1–2 | | |
| Nick Sabruno | 2/23/2026 | 10:15–21 | | |

Respectfully submitted,

May 4, 2026

*/s/ Daniel S. Ward*

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)

1

Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of

the Court for the United States District Court for the Western District of Virginia by using the

CM/ECF system. I certify that the following participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.


Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

3

*/s/ Daniel S. Ward*

_____

Daniel S. Ward