**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | Case No. 5:21-cv-00064-TTC |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL STAPLETON | ) | |
| ASSOCIATES, LTD., | | |
| d/b/a MSA SECURITY, INC., | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff. | | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS**

**PURSUANT TO LOCAL RULE 104.08(c)**

Pursuant to Local Rule 104.08(c), Plaintiff Karen Iovino, by and through undersigned counsel, hereby designates the following excerpts from the depositions of Defendant Michael Stapleton Associates, Ltd., its agents, officers, and third-party witnesses for potential trial use. These designations consist of 17 deposition excerpt blocks across 15 deponents. Each block is anchored by start- and end-line citations to the certified deposition transcript, with start lines reflecting the first substantive question on each block's start page and end lines reflecting the last numbered line of substantive content on each block's end page.

The designated excerpts may be used at trial as permitted by Federal Rule of Civil Procedure 32(a). Testimony of Defendant's officers, directors, managing agents, and Rule 30(b)(6) corporate designees may be used by Plaintiff for any purpose under Rule 32(a)(3) and as admissions of a party-opponent under Federal Rule of Evidence 801(d)(2). Testimony of witnesses unavailable for live trial within the meaning of Rule 32(a)(4) — including witnesses whose attendance cannot be procured by subpoena under Rule 45(c) — may be used by any

party. The temporal scope of relevant testimony reflects the Court's Memorandum Opinion and Order dated July 30, 2025 (ECF No. 239), which fixes August 18, 2017 as the endpoint of the temporal-relevance window for events bearing on Plaintiff's 41 U.S.C. § 4712 retaliation claim. Plaintiff reserves all rights to object to Defendant's designations and counter-designations, to make additional designations in response thereto, and to address all evidentiary issues at the pretrial conference.

These designations are submitted pursuant to the Court's scheduling order and Local Rule 104.08(c). All page and line citations refer to the certified deposition transcripts filed with the Court. Plaintiff reserves the right to designate additional deposition excerpts or to supplement these designations as appropriate prior to trial.

| Witness | Deposition Date | Page: Line Range |
|---|---|---|
| Bower | 02/25/2026 | 7:4—45:1 |
| Deegan | 02/17/2026 | 7:8—28:17 |
| Dragnett | 02/24/2026 | 7:19—55:4 |
| Dragnett | 02/24/2026 | 61:1—118:11 |
| Garcia-Durr | 01/16/2026 | 8:22—21:10 |
| Goss | 01/30/2026 | 8:18—90:19 |
| Hartley | 01/15/2026 | 7:21—63:12 |
| Hayes | 02/13/2026 | 7:11—41:13 |
| James (DoS 30(b)(6)) | 02/26/2026 | 7:8—50:5 |
| James (Indiv) | 01/28/2026 | 9:2—32:23 |
| James (Indiv) | 01/28/2026 | 40:14—70:21 |
| McDermott | 01/09/2026 | 13:15—107:24 |
| Olds | 01/08/2026 | 9:24—62:25 |
| Palmer | 02/17/2026 | 7:14—18:14 |
| Ratcliff | 01/22/2026 | 9:2—52:11 |
| Read | 02/12/2026 | 8:21—34:25 |
| Sabruno | 02/23/2026 | 7:12—57:12 |

Respectfully submitted,

/s/ John A. Kolar

Jack Kolar, Esq.

GOVERNMENT
ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
jackk@whistleblower.org

Nate L. Adams III, Esq.
NATE L. ADAMS III, P.C.
11 South Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com

Thad M. Guyer, Esq.
T.M. GUYER & FRIENDS, PC
116 Mistletoe Street, P.O. Box 1061
Medford, OR 97501
thad@guyerayers.com

*Counsel for Plaintiff Karen Iovino*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the

Court for the United States District Court for the Western District of Virginia by using the

CM/ECF system, which will provide notice to all counsel of record.


/s/ John A. Kolar
Jack Kolar, Esq.
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
jackk@whistleblower.org

*Counsel for Plaintiff Karen Iovino*