**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | Case No. 5:21-cv-00064-TTC |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | Hon. Thomas T. Cullen, U.S. District Judge |
| v. | ) | |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, LTD., | ) | |
| d/b/a MSA SECURITY, INC., | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B) and this Court's Trial Order

(ECF No. 260), Plaintiff Karen Iovino hereby submits her objections to specific exhibits

identified in Defendant's Amended Trial Exhibit List (ECF No. 294, filed April 27, 2026).

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Description | ECF No. | OBJECTION |
|---|---|---|---|---|---|---|
| MSA- 001 | IOVINO_ 00001919 | IOVINO_0 0001965 | 2015 09 29 | DoS Contract | 251-2 | FRE 106 Provide all relevant portions |
| MSA-002 | IOVINO_ 00000063 | IOVINO_0 0000067 | 2015 10 16 | Iovino Confidentiality Agreement | 251-3 | |
| MSA-003 | IOVINO_ 00000035 | IOVINO_0 0000035 | 2017 02 26 | K Iovino "Note"[1] | 251-4 | |
| MSA-004 | GAPKI_0 00568 | GAPKI_00 0574 | 2019 10 30 | DoS Determination and Order | 251-5 | FRE 401, 402, Irrelevant, FRE 403  - this proceeding is de novo |
| MSA- 005 | - | - | 2023 09 06 | Deposition of K. Iovino (excerpts) | 251-6 | FRE 802 Reserved until excerpts are provided |

1

| MSA-006 | IOVINO_00009206 | IOVINO_00009215 | 2017 06 26 | MSA Performance Work Statement Response | 251-7 | |
| MSA-007 | IOVINO_00007258 | IOVINO_00007278 | 2017 03 29 | MSA Cost Price Proposal - Revision 1 | 251-8 | |
| MSA-008 | IOVINO_00000499 | IOVINO_00000501 | 2019 07 05 | Bower Declaration | 251-9 | FRE 802, 403 |
| MSA-009 | IOVINO_00000495 | IOVINO_00000498 | 2019 07 05 | Goss Declaration | 251-10 | FRE 802, 403 |
| MSA-010 | IOVINO_00000502 | IOVINO_00000508 | 2019 07 05 | Ratcliff Declaration | 251-11 | FRE 802, 403 |
| MSA-011 | - | - | 2026 02 26 | Deposition of DoS 30(b)(6) (excerpts) | 251-12 | FRE 802 Reserve until provided |
| MSA-012 | IOVINO_00009203 | IOVINO_00009205 | 2017 06 26 | Email Thread with K. Brasfield and A. Garcia | 251-13 | |
| MSA-013 | IOVINO_00000022 | IOVINO_00000023 | 2017 07 06 | Iovino OIG Hotline Submission Form | 251-14 | |
| MSA-014 | IOVINO_00000254 | IOVINO_00000255 | 2017 07 14 | Iovino EEOC Charge | 251-15 | |
| MSA-015 | IOVINO_00000232 | IOVINO_00000233 | 2017 07 17 | Email Thread with K. Iovino and M. Ratcliff | 251-16 | |
| MSA-016 | IOVINO_00000048 | IOVINO_00000049 | 2017 07 26 | CVC Position Description for Veterinarian | 251-17 | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| MSA-017 | GAPKI_0 06151 | GAPKI_00 6154 | 2017 07 26 | Email Thread with K. Iovino and P. Deegan | 251-18 | |
| MSA-018 | GAPKI_0 00252 | GAPKI_00 0252 | 2017 07 26 | Email from M. Ratcliff | 251-19 | |
| MSA-019 | IOVINO_ 00000137 | IOVINO_0 0000139 | 2017 07 26 | Hiring Decision and Justification | 251-20 | |
| MSA-020 | IOVINO_ 00000082 | IOVINO_0 0000083 | - | K. Iovino Resume | 251-21 | |
| MSA-021 | IOVINO_ 00000141 | IOVINO_0 0000152 | - | L. Palmer Resume | 251-22 | |
| MSA-022 | IOVINO_ 00000024 | IOVINO_0 0000026 | 2017 07 26 | Iovino's OIG Whistleblow er Reprisal Form Submission | 251-23 | |
| MSA-023 | IOVINO_ 00009547 | IOVINO_0 0009605 | - | Numerous Email Threads with K. Iovino and the Media | 251-24 | FRE 403, FRE 802, 805 |
| MSA-024 | DOS-IOVINO-00076 | DOS-IOVINO-00086 | 2017 07 28 | Email Thread with K. Iovino and C. Read | 251-25 | |
| MSA-025 | DOS OIG000002 6 | DOS OIG000026 | 2017 08 01 | K. Iovino "Note"[2] | 251-26 | |
| MSA-026 | IOVINO_ 00009367 | IOVINO_0 0009370 | 2017 08 01 | M002 of the DoS Contract | 251-27 | |
| MSA-027 | DOS-IOVINO-00246 | DOS-IOVINO-00248 | 2017 08 17 | Email Thread with J. Carter and M. Ratcliff | 251-28 | FRE 802/804 if offered for truth of Carter's statements |
| MSA- | - | - | 2026 03 06 | McDermott | 251- | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 028 | | | | Declaration | 29 | |
| MSA-029 | GAPKI_000820 | GAPKI_000821 | 2019 07 05 | Orndorff Declaration | 251-30 | FRE 802, 403 |
| MSA-030 | IOVINO_00000046 | IOVINO_00000046 | 2017 08 04 | Email from P. Deegan to K. Iovino | 251-31 | |
| MSA-031 | IOVINO_00000045 | IOVINO_00000045 | 2017 08 04 | K. Iovino "Note"[3] | 251-32 | |
| MSA-032 | IOVINO_00000051 | IOVINO_00000053 | 2017 08 04 | Email from G. Goss to A. Garcia | 251-33 | |
| MSA-033 | - | - | 2026 01 30 | Deposition of G. Goss (excerpts) | 251-34 | |
| MSA-034 | DOS-IOVINO-00094 | DOS-IOVINO-00094 | 2017 08 04 | Email from K. Iovino to C. Read | 251-35 | |
| MSA-035 | IOVINO_00000272 | IOVINO_00000272 | 2017 08 18 | MSA Letter to K. Iovino | 251-36 | |
| MSA-036 | IOVINO_00000258 | IOVINO_00000259 | 2018 04 20 | EEOC Dismissal and Notice of Rights | 251-37 | FRE 401, 403, irrelevant , prejudicial |
| MSA-037 | IOVINO_00000547 | IOVINO_00000552 | 2018 08 | OIG Management Assistance Report | 251-38 | |
| MSA-038 | IOVINO_00000715 | IOVINO_00000716 | 2018 08 21 | DoS Letter to MSA | 251-39 | |
| MSA-039 | IOVINO_00000729 | IOVINO_00000740 | 2018 08 28 | MSA Letter to DoS | 251-40 | |
| MSA-040 | IOVINO_00001345 | IOVINO_00001347 | 2018 09 11 | MSA Letter to Employees | 251-41 | |
| MSA-041 | IOVINO_00000752 | IOVINO_00000752 | 2018 09 18 | MSA Letter to DoS | 251-42 | |

4

| MSA-042 | IOVINO_00001360 | IOVINO_00001361 | 2019 02 06 | Washington Examiner Article | 251-43 | FRE 802 |
|---|---|---|---|---|---|---|
| MSA-043 | IOVINO_00001355 | IOVINO_00001359 | 2019 02 06 | NBC4 Article | 251-44 | FRE 802 |
| MSA-044 | GAPKI_006094 | GAPKI_006101 | 2019 02 10 | Email Thread with K. Iovino and C. McCall | 251-45 | FRE 802 |
| MSA-045 | IOVINO_00001362 | IOVINO_00001370 | 2021 03 31 | GAP Article | 251-47 | FRE 802 |
| MSA-046 | - | - | 2025 03 24 | GAP Article | 251-48 | FRE 802 |
| MSA-047 | - | - | 2022 02 25 | Plaintiff's Initial Disclosures | 251-49 | |
| MSA-048 | - | - | 2022 05 02 | Plaintiff's Answers to Defendant's First Set of Interrogatories | 251-50 | |
| MSA-049 | - | - | 2026 02 24 | Deposition of MSA 30(b)(6) (excerpts) | 251-51 | FRE 802 Reserve until receive |
| MSA-050 | - | - | 2026 01 09 | Deposition of DoS OIG 30(b)(6) (excerpts) | 251-52 | FRE 802 Reserve until receive |
| MSA-051 | - | - | 2025 10 31 | Plaintiff's Responses to Defendant's 4th Set of Requests for Production | 251-54 | |

| MSA-052 | - | - | 2026 02 25 | Deposition of A. Bower (excerpts) | 274-1 | FRE 802 Reserve until receive |
|---|---|---|---|---|---|---|
| MSA-053 | - | - | 2026 02 13 | Deposition of M. Hayes (excerpts) | 274-2 | FRE 802 Reserve until receive |
| MSA-054 | - | - | 2026 02 23 | Deposition of N. Sabruno (excerpts) | 274-3 | FRE 802 Reserve until receive |
| MSA-055 | - | - | 2026 02 17 | Deposition of L. Palmer (excerpts) | 274-5 | FRE 802 Reserve until receive |
| MSA-DX-01 | Demonstrative Exhibit | | | "Timeline of 2016-2017 events" | | Reserve objections: Plaintiff has not been provided a copy |
| MSA-DX-01 | Demonstrative Exhibit | | | "Iovino Post Separation Employment" | | Reserve objections: Plaintiff has not been provided a copy |

## II. EXPLANATION OF SELECTED SPECIFIC OBJECTIONS

### A. POST-TERMINATION DECLARATIONS PREPARED BY DEFENDANT & DEFENDANT COUNSEL

Plaintiff objects to Defendant's listed four declarations (MSA Ex. 8, 9, 10, and 29) of four Defendant employees or former employees. Each were prepared on July 5, 2019, years after the events that form the basis of this lawsuit. These declarations were prepared by Defendant's counsel from Defendant employee witnesses and submitted to supplement the Administrative Record during the OIG investigation below. Each declarant is an MSA or former MSA employee and available to testify live at trial. Accordingly, the declarations constitute hearsay under

6

Federal Rule of Evidence 802, as they are out-of-court statements offered for the truth of the matters asserted, and no exception applies.  Plaintiff further objects under Rule 403, as the probative value of defense counsel-prepared litigation declarations is substantially outweighed by the danger of unfair prejudice arising from the appearance of corroborated testimony that was, in fact, drafted as advocacy.

Summary:

MSA-008 — Bower Declaration (July 5, 2019), IOVINO_00000499–501. Objection: FRE 802, 403.

MSA-009 — Goss Declaration (July 5, 2019), IOVINO_00000495–498. Objection: FRE 802, 403.

MSA-010 — Ratcliff Declaration (July 5, 2019), IOVINO_00000502–508. Objection: FRE 802, 403.

MSA-029 — Orndorff Declaration (July 5, 2019), GAPKI_000820–821. Objection: FRE 802, 403.

## B.  OBJECTIONS TO MEDIA AND PUBLICATION EXHIBITS

MSA-023 — Email Threads, K. Iovino and the Media (IOVINO_00009547–9605, 59 pages). Plaintiff objects under FRE 403. This 59-page compilation addresses a collateral issue — Plaintiff's alleged media contacts — and its cumulative, prejudicial nature substantially outweighs its probative value. To the extent the exhibit contains statements by third-party journalists or media representatives, those statements constitute hearsay under FRE 802 and hearsay within hearsay under FRE 805. To the extent the exhibit contains Plaintiff's own statements, Plaintiff does not object to those specific portions but objects to the bulk, unredacted format in which they are presented.

7

MSA-042 — Washington Examiner Article (Feb. 6, 2019), IOVINO_00001360–1361. Hearsay under FRE 802.  A newspaper article is an out-of-court statement. It is not a business record (FRE 803(6)), public record (FRE 803(8)), or party admission (FRE 801(d)(2)).

MSA-043 — NBC4 Article (Feb. 6, 2019), IOVINO_00001355–1359. Hearsay under FRE 802. Same basis as MSA-042.

MSA-045 — GAP Article (Mar. 31, 2021), IOVINO_00001362–1370. Hearsay under FRE 802. The Government Accountability Project is not a party to this action; its published statements are not party admissions under FRE 801(d)(2)..

MSA-046 — GAP Article (Mar. 24, 2025), —. Hearsay under FRE 802

MSA-044 — Email Thread, K. Iovino and C. McCall (Feb. 10, 2019), GAPKI_006094–6101. To the extent this exhibit contains statements by C. McCall, a non-party, those statements constitute hearsay within hearsay under FRE 805.

MSA-027 FRE 802/804 if offered for truth of Carter's statements

## III.    <u>GENERAL RESERVATION</u>

Plaintiff preserves all objections under Federal Rules of Evidence 402 and 403, which are not subject to waiver under FRCP 26(a)(3)(B). Plaintiff further reserves the right to object at trial to exhibits based on the manner and context in which they are offered.

Filed this 4th day of May 2026:

/s/ John A. Kolar

Jack Kolar, Esq.
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
jackk@whistleblower.org

Nate L. Adams III, Esq.
NATE L. ADAMS III, P.C.
11 South Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com

Thad M. Guyer, Esq.
T.M. GUYER & FRIENDS, PC
116 Mistletoe Street, P.O. Box 1061
Medford, OR 97501
thad@guyerayers.com

*Counsel for Plaintiff Karen Iovino*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system, which will provide notice to all counsel of record.

/s/ John A. Kolar

Jack Kolar, Esq.

GOVERNMENT ACCOUNTABILITY PROJECT

1612 K St. NW, Suite 1100

Washington, DC 20006

jackk@whistleblower.org


*Counsel for Plaintiff Karen Iovino*