IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

KAREN IOVINO,

   Plaintiff,

v.                                                                    No. 5:21-CV-00064-TTC

MICHAEL STAPLETON ASSOCIATES,
LTD. d/b/a MSA SECURITY, INC.,

   Defendant

_____

### PLAINTIFF'S CONSENT MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' DAUBERT MOTIONS

Plaintiff Karen Iovino, by and through undersigned counsel, respectfully moves this Court for a one-business-day extension of time until Monday, May 11, 2026, to file her opposition briefs to Defendant Michael Stapleton Associates, LTD.'s (MSA) two Daubert Motions in Limine. The motions concerned are Motion in Limine No. 1 to Exclude Opinions and Testimony of Hankins (ECF 297/298) and Motion in Limine No. 2 to Exclude Opinions and Testimony of Garrick (ECF 299/300).

## I. FACTUAL BACKGROUND AND GOOD CAUSE

1.    **Procedural History.** The Court previously granted Plaintiff an extension of time, ordering that Plaintiff's opposition briefs to the Daubert Motions be filed by Friday, May 8, 2026 (ECF 306). Plaintiff had asked for a due date of May 11, 2026, but Defendant objected at that time, but not now.

**Good Cause for Further Extension.** This Motion is necessitated by the compressed timeframe and substantial workload required for counsel to file comprehensive oppositions.

Specifically, the preparation of the two Daubert oppositions must be completed simultaneously with the preparation of oppositions to 13 other motions in limine, which are due on Monday, May 11, 2026.

**Consent and Proposed Schedule.** Pursuant to Rule 6(b), this brief extension is requested based on good cause. Plaintiff's counsel conferred with opposing counsel Daniel Ward regarding this request. Counsel Ward has consented to the extension in exchange for a commensurate extension of the deadline for Defendant's Reply Brief. The current reply deadline is Friday, May 15, 2026 (ECF 314).

The parties propose the following revised schedule:

1. Plaintiff's Opposition Briefs: Monday, May 11, 2026

2. Defendant's Reply Briefs: Tuesday, May 19, 2026

3. Defendant's Opposition Brief to Plaintiff's Daubert motions: Add one extra day.

**No Prejudice.** The requested one-business-day extension to May 11, 2026, maintains the Court's expedited schedule with minimal impact on the trial date and ensures Plaintiff can file thoroughly researched and properly supported opposition briefs, promoting the just and efficient resolution of the motions.

## II.  CONCLUSION AND PRAYER FOR RELIEF

For the foregoing reasons, Plaintiff Karen Iovino respectfully requests that the Court enter an Order granting Plaintiff a further extension of time until Monday, May 11, 2026, to file her opposition briefs to Defendant MSA's two Daubert Motions in Limine (ECF 297/298 and

ECF 299/300), and extending the Defendant's Reply deadline to Tuesday, May 19, 2026.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Thad M. Guyer*

_____

Thad M. Guyer
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2026, I electronically filed the foregoing Motion for an

Extension of Time to File Opposition Briefs with the Clerk of the Court for the United States

District Court for the Western District of Virginia by using the CM/ECF system. I certify that all

participants in the case are registered CM/ECF users and that service will be accomplished by

the CM/ECF system, including:

Daniel S. Ward
Ryan C. Berry
Chelsea A. Cruz
WARD & BERRY, PLLC
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

/s/ Thad M. Guyer

_____

Thad M. Guyer, Esq.