# EXHIBIT 1

**Wednesday, May 6, 2026 at 2:01:55 PM Eastern Daylight Time**

**Subject:** RE: [EXTERNAL] Touhy Request Attached/: Activity in Case 5:21-cv-00064-TTC-CKM Iovino v. Michael Stapleton Associates, LTD. Notice (Other)

**Date:** Monday, May 4, 2026 at 1:27:42 PM Eastern Daylight Time

**From:** Frith, Krista (USAVAW)

**To:** Thad M. Guyer, Greenstein, Jaclyn D, Seth Gilmore

**CC:** Kristin Berg, Kerry McCarthy, Chelsea Cruz, Daniel Ward, stephania@whistleblower.org, Nate Adams, Jack Kolar

Hi Thad,

I am following-up on my email below. The agencies are working on their responses to your Touhy request, but need this clarifying information. I highlighted the two questions below to which we would like your response for purposes of clarity.

Thanks,
Krista

---

**From:** Frith, Krista (USAVAW)
**Sent:** Thursday, April 30, 2026 8:35 AM
**To:** 'Thad M. Guyer' <thad@guyerayers.com>; Greenstein, Jaclyn D <GreensteinJD@state.gov>; Seth Gilmore <Seth.M.Gilmore@stateoig.gov>
**Cc:** Kristin Berg <kristinb@whistleblower.org>; Kerry McCarthy <kerry@wardberry.com>; Chelsea Padgett <chelsea@wardberry.com>; Daniel Ward <dan@wardberry.com>; stephania@whistleblower.org; Nate Adams <nadams@nadamslaw.com>; Jack Kolar <jackk@whistleblower.org>
**Subject:** RE: [EXTERNAL] Touhy Request Attached/: Activity in Case 5:21-cv-00064-TTC-CKM Iovino v. Michael Stapleton Associates, LTD. Notice (Other)

Hi Thad,

I am confirming receipt of the April 28, 2026 Touhy request for trial testimony in this case.

Our position is that subpoenas may be served with any request for testimony and the regulations do not contemplate any required separation. Pursuant to 22 CF 172.3(a), I can accept service of subpoenas for Ms. James and Mr. McDermott in their official capacities.

Please clarify as to whether you are seeking Department information through the trial testimony of Ms. Garcia-Durr, Mr. Sabruno, and Ms. Read. They are not identified in your Touhy request, and for efficiency, we would like to avoid dealing with any Touhy requests in piecemeal fashion.

Additionally, your Touhy request mentions the possibility of these witnesses testifying remotely. Is that a procedure that the parties and court have agreed upon in pretrial conferences or otherwise? This information will be important to the agencies in considering

1 of 4

your request and analyzing the requisite factors under the regulations.

As to your assertion that you do not need to comply with the Touhy process for the trial testimony because it is repetitive of procedures you already engaged in, we disagree. The Touhy requests Plaintiff's counsel previously submitted in May and June of 2025 only sought *deposition* testimony and documents. They did not seek trial testimony. Therefore, the Touhy authorization letters only authorize deposition testimony and the production of documents. Because trial testimony was not requested, it was not considered and authorized under the applicable regulations. Therefore, any trial testimony is presently prohibited because it has not been approved by the appropriate department officials because no such request for trial testimony has been made. 22 C.F.R. 172.4.

Thanks,
Krista

**From:** Thad M. Guyer <thad@guyerayers.com>
**Sent:** Tuesday, April 28, 2026 10:28 AM
**To:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>; Greenstein, Jaclyn D <GreensteinJD@state.gov>; Seth Gilmore <Seth.M.Gilmore@stateoig.gov>
**Cc:** Kristin Berg <kristinb@whistleblower.org>; Kerry McCarthy <kerry@wardberry.com>; Chelsea Padgett <chelsea@wardberry.com>; Daniel Ward <dan@wardberry.com>; stephania@whistleblower.org; Nate Adams <nadams@nadamslaw.com>; Jack Kolar <jackk@whistleblower.org>
**Subject:** [EXTERNAL] Touhy Request Attached/: Activity in Case 5:21-cv-00064-TTC-CKM Iovino v. Michael Stapleton Associates, LTD. Notice (Other)

Hi Krista,

Please find the attached Plaintiff's Touhy Request, as discussed in your email yesterday. This is a preliminary step before filing any necessary subpoenas. Our position is that a subpoena is not required for current Department of State employees to be authorized by the agency to appear. Furthermore, the Touhy process does not appear to permit the service of subpoenas until after the request has been submitted.

We have filed this request with the court as we anticipate the need for court intervention. The Touhy process has been conducted under the ongoing supervision of both the District Judge and the Magistrate, and we expect this to continue. We do not agree with the suggestion that we must restart the Touhy process for witnesses already approved and deposed under the court's supervision and repeated status conferences.. As this is an ongoing process now at the trial stage, we see no regulatory requirement for such repetitive procedures. Of course we would welcome any authority you could cite to us if we are wrong.

Thanks.

Thad
T.M. Guyer & Friends, PC

---

**Thad M. Guyer**
**T.M. Guyer & Friends, PC**
**Seattle:  +1 (206) 535-2395 Washington DC +1 (202) 417-3910**

**Website**:  **www.GuyerFriends.com**

---------- Forwarded message ---------
From: <ecfnoticing@vawd.uscourts.gov>
Date: Tue, Apr 28, 2026 at 10:08 AM
Subject: Activity in Case 5:21-cv-00064-TTC-CKM Iovino v. Michael Stapleton Associates, LTD. Notice (Other)
To: <vawd_ecf_nef@vawd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Western District of Virginia

## Notice of Electronic Filing

The following transaction was entered by Guyer, Thad on 4/28/2026 at 10:06 AM EDT and filed on 4/28/2026
**Case Name:**    Iovino v. Michael Stapleton Associates, LTD.
**Case Number:**    5:21-cv-00064-TTC-CKM
**Filer:**    Karen Iovino

**Document Number:** 296

**Docket Text:**
**NOTICE by Karen Iovino re [260] *Notice Of Service Of Touhy Request* (Guyer, Thad)**

**5:21-cv-00064-TTC-CKM Notice has been electronically mailed to:**

Chelsea Ann Cruz &nbsp &nbsp chelsea@wardberry.com

Daniel Sage Ward &nbsp &nbsp dan@wardberry.com, Chelsea@wardberry.com, Kerry@wardberry.com

John A. Kolar &nbsp &nbsp jackk@whistleblower.org, kristinb@whistleblower.org

Krista Consiglio Frith &nbsp &nbsp krista.frith@usdoj.gov, CaseView.ECF@usdoj.gov, Christy.Nicklas@usdoj.gov, Mary.Reed@usdoj.gov, Michele.Sierra-Davis@usdoj.gov, USAVAW.ECFCivil@usdoj.gov, USAVAW.ECFCivil2241@usa.doj.gov

Nate Lavinder Adams , III &nbsp &nbsp nadams@nadamslaw.com

Ryan Christopher Berry &nbsp &nbsp ryan@wardberry.com, camille@wardberry.com, chelsea@wardberry.com, dan@wardberry.com, pmarx@wardberry.com

Thad M Guyer &nbsp &nbsp thad@guyerayers.com, thadg@whistleblower.org, tmguyer@gmail.com

**5:21-cv-00064-TTC-CKM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=4/28/2026] [FileNumber=4894145-0 ] [af8efb54982c10fde9352d69155e8b80f08181b647203dd92aa35569f9df5096c0a 9e7325e7b1685a36f43f0548b21521e8ebd64e34f561dc3a13fd4679e7dc2]]