# EXHIBIT 2

# ADAMS AND ASSOCIATES

Attorneys at Law
11 South Cameron Street
Winchester VA 22601
(540) 667-1330
www.nadamslaw.com

**NATE L. ADAMS, III, P.C.**

Nate L. Adams, III
Carolyn Scully Fitzwater

Facsimile  (540) 667-7165

October 6, 2023

**via EMAIL: liz.murphy@tp.com**
**and REGULAR MAIL**
Alderson Court Reporting
1111 14th Street, NW
Suite 1050
Washington, DC  20004

> Re:   Karen Iovino v. Michael Stapleton Associates, Ltd.
>        Transcript for Karen Iovino (9/6/2023)

Dear Ms. Murphy:

Enclosed please find Karen Iovino's completed errata sheet and signed and notarized Certificate of Deponent.

With kind regards, I remain

Very truly yours,

Nate L. Adams, III

NLA/dll
Enclosures
cc:    Dan Ward, Esquire (via email)
       Thad Guyer, Esquire (via email)

Page 335 -1

Notice Date: 09/11/2023

Deposition Date: 9/6/2023

Deponent: Karen Iovino

Case Name: Karen Iovino v.
            Michael Stapleton Associates, Ltd.

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 6: 1 | Koler | Kolar |
| 11: 6 | Holly | Holley |
| 11: 7 | Stephaie | Stephani |
| 11: 7 | Koler | Kolar |
| 12: 7 | heat meeting | meeting |
| 22: 2 | two year | two week |
| 33: 17 | my | the |
| 36: 21 | months | month |
| 39: 21 | WDA | DEA |
| 44: 8 | toy | to |
| 56: 9 | yes | yes, hiring of |

friends(cronyism and nepotism), were one of the items in my WB complaint to the IG. In addition, on December 10, 2018, Congressman Trey Goudy, Committee on Oversight and Goverment Reform Chairman, sent a letter to Secretary Pompeo expressing many concerns about the CVC. One matter mentioned was cronyism.

| | | |
|---|---|---|
| 57: 17 | solves | solved |
| 59: 19 | from | for |
| 67: 22 | kind | kind of |
| 79: 2 | we;re | we're |



Page 335-2

Notice Date: 09/11/2023

Deposition Date: 9/6/2023

Deponent: Karen Iovino

Case Name: Karen Iovino v.
           Michael Stapleton Associates, Ltd.

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 112: 9 | di | did |
| 115: 4 | not | no |
| 118: 12 | tittle | title |
| 138: 18 | concerned | certain |
| 139: 14 | me being | me not being |
| 140: 11 | fill | fill in |
| 195: 6 | Ad | And |
| 213: 10 | dogging | dogs |
| 235: 17 | extreme | extremely |
| 258: 18 | was written | was no written |
| 259: 16 | yes | no (The line of questioning |

became confusing when Mr. Ward changed the wording of his question. He was asking if Dr. Palmer was more qualified than me for the position. I was employed in the position, performing well, received a letter of appreciation from Mike O'Neil, MSA's CEO and a "thank you" card from Gerald Goss, VP for Business Development. Dr. Palmer is a critical care specialist. However, critical care specialists generally do not perform surgery. Competency in surgery is extremely important for the success of the EDC ATA program. Dr. Ratcliff offered me the FT position on February 27, 2017. After my WB complaint, suddenly I have to apply for a position I was offered and accepted.

| | | |
|---|---|---|
| 259: 19 | no | yes |
| 259: 21 | correct | incorrect |
| 313: 6 | DHS | HHS |
| 319: 16 | than | that |

Page 336

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

_____
Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this __4__ day of _October_, 20_23_, and executed the above certificate in my presence.

_____

| HOANGHANH THI NGUYEN |
| NOTARY PUBLIC |
| COMMONWEALTH OF VIRGINIA |
| MY COMMISSION EXPIRES MAY 31, 2027 |
| COMMISSION # 7505409 |

NOTARY PUBLIC IN AND FOR

MY COMMISSION EXPIRES:

Commonwealth of Virginia
County of Loudoun
The foregoing instrument was acknowledged
County Name
Before me this __4__ day of _Oct_ _2023_
By _____
Notary Public
My Commission Expires _May 31, 2027_