# EXHIBIT 4



1751 PINNACLE DRIVE
SUITE 900
TYSONS, VA 22102
(202) 331-8160
(202) 505-7100 Fax

March 15, 2024

The Honorable Joel Hoppe
United States Magistrate Judge
255 West Main Street
Room 328
Charlottesville, VA 22902

### RE: 5:21-cv-00064-TTC-JCH Iovino v. Michael Stapleton Associates, LTD

Dear Judge Hoppe:

On September 6, 2023, MSA deposed Plaintiff Karen Iovino ("Iovino") in Tysons, Virginia. Iovino submitted an Errata Sheet on October 6, 2023 (the "Errata Sheet"). *See* **Attachment 1** (10/06/23 Errata Sheet). The Errata Sheet is problematic for three reasons: (1) she failed to provide any reason for all but one of her changes; (2) materially altered her original deposition testimony; and (3) made incorrect changes.

On December 8, 2023, Counsel for MSA sent Counsel for Iovino a letter expressing MSA's confusion with Iovino's changes to her deposition testimony for three reasons.

First, Iovino failed to provide reasoning for all but one of her changes in the Errata Sheet. *See* Table A; Attachment 1.

**Table A:**

| Page and Line of Deposition Transcript | How the 09/06/23 Deposition Transcript Reads | Iovino's Proposed Changes to the 09/06/23 Deposition Transcript |
|---|---|---|
| 6:1 | Koler | Kolar |
| 11:6 | Holly | Holley |
| 11:7 | Stephaie | Stephani |
| 11:7 | Koler | Kolar |
| 12:7 | heat meeting | meeting |
| 22:2 | two year | two week |
| 33:17 | my | the |
| 36:21 | months | month |
| 39:21 | WDA | DEA |
| 44:8 | toy | to |

| 56:9 | yes | yes, hiring of friends (cronyism and nepotism), were one of the items in my WB complaint to the IG. In addition, on December 10, 2018, Congressman Trey Goudy, Committee on Oversight and Government Reform Chairman, sent a letter to Secretary Pompeo expressing many concerns about the CVC. One matter mentioned was cronyism. |
|---|---|---|
| 57:17 | solves | solved |
| 59:19 | from | for |
| 67:22 | kind | kind of |
| 79:2 | we;re | we're |
| 112:9 | di | did |
| 115:4 | not | no |
| 118:12 | tittle | title |
| 138:18 | concerned | certain |
| 139:14 | me being | me not being |
| 140:11 | fill | fill in |
| 195:6 | Ad | And |
| 213:10 | dogging | dogs |
| 235:17 | extreme | extremely |
| 258:18 | was written | was no written |
| 259:19 | no | yes |
| 259:21 | correct | incorrect |
| 313:6 | DHS | HHS |
| 319:16 | than | that |

Second, Iovino makes improper substantive changes to her deposition testimony in the Errata Sheet. *See* Table B; Attachment 1.

**Table B:**

| Page and Line of Deposition Transcript | How the 09/06/23 Deposition Transcript Reads | Iovino's Proposed Changes to the 09/06/23 Deposition Transcript |
|---|---|---|
| 22:2 | two year | two week |
| 56:9 | yes | yes, hiring of friends (cronyism and nepotism), were one of the items in my WB complaint to the IG. In addition, on December 10, 2018, Congressman Trey Goudy, Committee on Oversight |

2

| | | and Government Reform Chairman, sent a letter to Secretary Pompeo expressing many concerns about the CVC. One matter mentioned was cronyism. |
|---|---|---|
| 139:14 | me being | me not being |
| 258:18 | was written | was no written |
| 259:16 | yes | no |
| 259:19 | no | yes |
| 259:21 | correct | incorrect |

Third, two of the changes Iovino made in her Errata Sheet are incorrect, as the language included in the "now reads" section does not match the page and line numbers provided. *See* Table C; Attachment 1.

**Table C:**

| Page and Line of Deposition Transcript | How the 09/06/23 Deposition Transcript Reads | Iovino's Proposed Changes to the 09/06/23 Deposition Transcript |
|---|---|---|
| 36:21 | months | month |
| 56:9 | yes | yes, hiring of friends (cronyism and nepotism), were one of the items in my WB complaint to the IG. In addition, on December 10, 2018, Congressman Trey Goudy, Committee on Oversight and Government Reform Chairman, sent a letter to Secretary Pompeo expressing many concerns about the CVC. One matter mentioned was cronyism. |

On December 8, 2023, Counsel for MSA requested to re-depose Iovino based on the changes in her Errata Sheet. Counsel for Iovino agreed. MSA re-deposed Iovino on January 8, 2024, via Zoom. Iovino's second deposition did not correct any of the errors in the Errata Sheet. Even if Iovino had corrected the errors in the Errata Sheet at her second deposition, those "corrections" would have come well after the 30-day deadline set in Fed. R. Civ. P. 30(e) and thus cannot be included in the transcript.

Iovino's Errata Sheet is improper. It violates Fed. R. Civ. P. 30(e). Under Fed. R. Civ. P. 30(e), the deponent may notify the officer of the transcript "if there are any changes in form or substance" and must "sign a statement listing the changes and the reasons for making them" within 30 days of receiving the transcript. Iovino (1) failed to provide a reason for each change; (2) made substantive changes that directly contradict her deposition testimony; and (3) made incorrect changes.

On February 23, 2024, counsel for both parties discussed the issues discussed herein but were unable to resolve them. *See* **Attachment 2** (02/20/24 Email Chain).

Defendant requests your assistance in resolving this issue.

Respectfully submitted,

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
dan@wardberry.com
ryan@wardberry.com

*Attorneys for Defendant Michael Stapleton*
*Associates, Ltd., d/b/a MSA Security, Inc.*

CC:
Nate L. Adams III (nadams@nadamslaw.com)
Thad M. Guyer (thad@guyerayers.com)
Jack Kolar (jackk@whistleblower.org)

4

# ATTACHMENT 1

# ADAMS AND ASSOCIATES

Attorneys at Law
11 South Cameron Street
Winchester VA 22601
(540) 667-1330
www.nadamslaw.com

**NATE L. ADAMS, III, P.C.**

Nate L. Adams, III
Carolyn Scully Fitzwater

Facsimile  (540) 667-7165

October 6, 2023

**via EMAIL: liz.murphy@tp.com
and REGULAR MAIL**
Alderson Court Reporting
1111 14th Street, NW
Suite 1050
Washington, DC  20004

  Re: Karen Iovino v. Michael Stapleton Associates, Ltd.
    Transcript for Karen Iovino (9/6/2023)

Dear Ms. Murphy:

Enclosed please find Karen Iovino's completed errata sheet and signed and notarized Certificate of Deponent.

With kind regards, I remain

Very truly yours,

Nate L. Adams, III

NLA/dll
Enclosures
cc: Dan Ward, Esquire (via email)
  Thad Guyer, Esquire (via email)

Page 335 -1

Notice Date: 09/11/2023

Deposition Date: 9/6/2023

Deponent: Karen Iovino

Case Name: Karen Iovino v.
Michael Stapleton Associates, Ltd.

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 6: 1 | Koler | Kolar |
| 11: 6 | Holly | Holley |
| 11: 7 | Stephaie | Stephani |
| 11: 7 | Koler | Kolar |
| 12: 7 | heat meeting | meeting |
| 22: 2 | two year | two week |
| 33: 17 | my | the |
| 36: 21 | months | month |
| 39: 21 | WDA | DEA |
| 44: 8 | toy | to |
| 56: 9 | yes | yes, hiring of |

friends(cronyism and nepotism), were one of the items in my WB complaint to the IG. In addition, on December 10, 2018, Congressman Trey Goudy, Committee on Oversight and Goverment Reform Chairman, sent a letter to Secretary Pompeo expressing many concerns about the CVC. One matter mentioned was cronyism.

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 57: 17 | solves | solved |
| 59: 19 | from | for |
| 67: 22 | kind | kind of |
| 79: 2 | we;re | we're |



Page 335-2

Notice Date: 09/11/2023

Deposition Date: 9/6/2023

Deponent: Karen Iovino

Case Name: Karen Iovino v.
            Michael Stapleton Associates, Ltd.

| Page:Line | Now Reads | Should Read |
|-----------|-----------|-------------|
| 112: 9 | di | did |
| 115: 4 | not | no |
| 118: 12 | tittle | title |
| 138: 18 | concerned | certain |
| 139: 14 | me being | me not being |
| 140: 11 | fill | fill in |
| 195: 6 | Ad | And |
| 213: 10 | dogging | dogs |
| 235: 17 | extreme | extremely |
| 258: 18 | was written | was no written |

259: 16      yes      no (The line of questioning became confusing when Mr. Ward changed the wording of his question. He was asking if Dr. Palmer was more qualified than me for the position. I was employed in the position, performing well, received a letter of appreciation from Mike O'Neil, MSA's CEO and a "thank you" card from Gerald Goss, VP for Business Development. Dr. Palmer is a critical care specialist. However, critical care specialists generally do not perform surgery. Competency in surgery is extremely important for the success of the EDC ATA program. Dr. Ratcliff offered me the FT position on February 27, 2017. After my WB complaint, suddenly I have to apply for a position I was offered and accepted.

| Page:Line | Now Reads | Should Read |
|-----------|-----------|-------------|
| 259: 19 | no | yes |
| 259: 21 | correct | incorrect |
| 313: 6 | DHS | HHS |
| 319: 16 | than | that |

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

_____

Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this __4__ day of __October__, 20_23_, and executed the above certificate in my presence.

_____

> HOANGHANH THI NGUYEN
> NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES MAY 31, 2027
> COMMISSION # 7505409

NOTARY PUBLIC IN AND FOR

_____

County Name _____

MY COMMISSION EXPIRES:

> Commonwealth of Virginia
> County of Loudoun
> The foregoing instrument was acknowledged
> Before me this __4__ day of _Oct_ _2023_
> By _____
> Notary Public
> My Commission Expires _May 31, 2027_

# ATTACHMENT 2

**Monday, March 11, 2024 at 13:40:55 Eastern Daylight Time**

**Subject:** Re: Iovino v. MSA
**Date:** Tuesday, February 20, 2024 at 9:47:30 PM Eastern Standard Time
**From:** T. M. Guyer and Ayers & Friends PC
**To:** Chelsea Padgett
**CC:** Daniel Ward, Jack Kolar, Kerry McCarthy, Nadams@nadamslaw.com, Ryan Berry

## Perfecto!

On Tue, Feb 20, 2024 at 9:46PM Chelsea Padgett <chelsea@wardberry.com> wrote:

Thad –

Yes, of course. We are available Friday at 9:00 AM if that works for you. I will send around a Teams meeting.

Thanks,

Chelsea

--

Chelsea A. Padgett, Esq.

**From:** T. M. Guyer and Ayers & Friends PC <thad@guyerayers.com>
**Date:** Tuesday, February 20, 2024 at 6:38 PM
**To:** Chelsea Padgett <chelsea@wardberry.com>
**Cc:** Daniel Ward <dan@wardberry.com>, Jack Kolar <jackk@whistleblower.org>, Kerry McCarthy <kerry@wardberry.com>, Nadams@nadamslaw.com <nadams@nadamslaw.com>, Ryan Berry <ryan@wardberry.com>
**Subject:** Re: Iovino v. MSA

Hi Chelsea, you are probably correct, but we should have a Zoom conferring first to make sure. I would really appreciate you taking me through it. For me mornings before 10am work this week, earlier the better. Thanks. Thad

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle: +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax +1 (888) 866-4720**

1 of 3

**Website**: **www.GuyerAyers.com**

On Wed, Feb 21, 2024 at 5:27 AM Chelsea Padgett <chelsea@wardberry.com> wrote:

Thad –

After re-reviewing Iovino's October 6, 2023 errata sheet (editing her September 6, 2023 deposition) and the transcript of her second deposition taken on January 8, 2024, we still do not believe the changes made in Iovino's October 6, 2023 errata sheet are proper under the federal rules. Because the errata sheet violates the federal rules, we are preparing to file a motion to strike the errata sheet altogether.

Am I correct in my assumptions that 1) you do not intend on rescinding the October 6, 2023 errata sheet; and 2) you do not consent to our motion to strike?

Thank you,

Chelsea

--

Chelsea A. Padgett, Esq.

Ward & Berry, PLLC

1751 Pinnacle Drive, Suite 900

Tysons, VA 22102

(571) 279-0981

www.wardberry.com

Chelsea Padgett is licensed to practice law in the Commonwealth of Virginia and Florida.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized.

If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing Ward & Berry client engagement letter.

--

**Thad M. Guyer**
**T.M. Guyer and Ayers & Friends, PC**
**Seattle:  +1 (206) 535-2395 Washington DC +1 (202) 417-3910**
**Fax  +1 (888) 866-4720**

**Website**:  **www.GuyerAyers.com**