**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANT AND** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **COUNTERDESIGNATIONS** |
| **d/b/a MSA SECURITY, INC.** | ) | **TO PLAINTIFF AND** |
| | ) | **COUNTERCLAIM** |
| **Defendant and** | ) | **DEFENDANT'S DEPOSITION** |
| **Counterclaim Plaintiff** | ) | **DESIGNATIONS** |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd., d/b/a/ MSA Security, Inc. ("MSA"), through counsel, respectfully submits its counterdesignations and objections to Plaintiff and Counterclaim Defendant's Deposition Designations (ECF 353) in accordance with the instructions outlined in this Court's Trial Order (ECF 260).

## I.    Counterdesignations

| Witness Name | Deposition Date | Page Range |
|---|---|---|
| **Sharon James (individually)** | 1/28/2026 | 39:6-40:13 |

## II.    Objections

MSA objects to the use of any deposition testimony in lieu of witnesses that could appear at trial, but Plaintiff has failed to designate as a witness and/or failed to subpoena for trial. MSA objects to the use of any deposition testimony that violates Fed. R. Civ. P. 32. MSA reserves the right to object to any witnesses and use of deposition testimony at trial.

1

Respectfully submitted,

May 11, 2026

*/s/ Daniel S. Ward*

_____
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of

the Court for the United States District Court for the Western District of Virginia by using the

CM/ECF system. I certify that the following participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

2

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com

*/s/ Daniel S. Ward*

_____

Daniel S. Ward