**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| v. | ) | **DEFENDANT AND** |
| | ) | **COUNTERCLAIM PLAINTIFF'S** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **OPPOSITION TO PLAINTIFF** |
| **d/b/a MSA SECURITY, INC.** | ) | **AND COUNTERCLAIM** |
| | ) | **DEFENDANT'S OBJECTIONS** |
| **Defendant and** | ) | **TO PLAINTIFF'S WITNESS** |
| **Counterclaim Plaintiff** | ) | **LIST AND EXHIBIT LIST** |

Defendant and Counterclaim Plaintiff Michael Stapleton Associates, Ltd. d/b/a/ MSA Security, Inc. ("MSA"), through counsel, respectfully files these objections to Plaintiff and Counterclaim Defendant's ("Plaintiff" or "Iovino") trial witness list (ECF 289) and trial exhibit list (ECF 290). MSA reserves the right to object to Plaintiff's witnesses and exhibits at trial. MSA also supplements these objections with each of the motions in limine MSA filed relating to Plaintiff's witnesses and exhibits at trial. *See* ECF 297–300, 317–342.

**I.    Objections to Plaintiff's Witness List (ECF 289)**

| Exhibit | Objection |
|---|---|
| PX-008 | FRE 802 – Hearsay<br>FRE 403 – Prejudicial<br>FRE 1006 – Improper Summary |
| PX-011 | FRE 1006 – Improper Summary |
| PX-012 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 802 – Hearsay |
| PX-020 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 1006 – Improper Summary |
| PX-021 | FRE 402 – Irrelevant |

| | |
|---|---|
| | FRE 403 – Prejudicial |
| PX-023 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |
| PX-024 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |
| PX-030 | FRE 802 – Hearsay |
| PX-031 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRCP 37(e) – Spoliation<br>FRE 1006 – Improper Summary |
| PX-033 | FRE 802 – Hearsay<br>FRE 1006 – Improper Summary |
| PX-034 | FRE 802 – Hearsay<br>FRE 1006 – Improper Summary |
| PX-035 | FRE 802 – Hearsay |
| PX-036 | FRE 802 – Hearsay |
| PX-037 | FRE 802 – Hearsay |
| PX-038 | FRE 802 – Hearsay |
| PX-039 | FRE 802 – Hearsay |
| PX-040 | FRE 802 – Hearsay |
| PX-041 | FRE 802 – Hearsay |
| PX-042 | FRE 802 – Hearsay |
| PX-043 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |
| PX-044 | FRE 1006 – Improper Summary |
| PX-045 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 1006 – Improper Summary |

2

| | |
|---|---|
| PX-046 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 1006 – Improper Summary |
| PX-047 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |
| PX-048 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |
| PX-049 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 1006 – Improper Summary<br>FRE 408 – Improper Use of Settlement Communications |
| PX-050 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 1006 – Improper Summary<br>FRE 408 – Improper Use of Settlement Communications |
| PX-057 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 802 – Hearsay |
| PX-058 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |
| PX-060 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 408 – Improper Use of Settlement Communications |
| DX-01 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial<br>FRE 802 – Hearsay |
| DX-04 | FRE 402 – Irrelevant<br>FRE 403 – Prejudicial |

II.    **Objections to Plaintiff's Exhibit List (ECF 290)**

| Exhibit | Objection |
|---------|-----------|
| W-3 | Objects to the extent that Plaintiff does not request *Touhy* approval or DoS (through AUSA Frith) does not grant *Touhy* approval of this DoS witness to appear at trial.[1] |
| W-4 | Objects to the extent that Plaintiff does not request *Touhy* approval or DoS (through AUSA Frith) does not grant *Touhy* approval of this DoS witness to appear at trial.[2] |
| W-7 | Objects to the extent that Plaintiff does not request *Touhy* approval or DoS (through AUSA Frith) does not grant *Touhy* approval of this DoS witness to appear at trial.[3] |
| W-11 | Objects to the extent that the Witness does not have personal knowledge of whether MSA subjected Plaintiff to whistleblower retaliation. FRE 602. Objects because Witness was not included on Plaintiff's initial disclosures (or any supplement thereto), depriving MSA of the ability to depose the Witness. |
| W-14 | Objects to the extent that Plaintiff does not request *Touhy* approval or DoS (through AUSA Frith) does not grant *Touhy* approval of this DoS witness to appear at trial.[4] |
| W-17 | Objects to the extent that Plaintiff does not request *Touhy* approval or DoS (through AUSA Frith) does not grant *Touhy* approval of this DoS witness to appear at trial.[5] |
| W-18 | Objects to the extent that Plaintiff does not request *Touhy* approval or DoS (through AUSA Frith) does not grant *Touhy* approval of this DoS witness to appear at trial.[6] |

---

[1] To date, it is MSA's understanding that Plaintiff has not requested *Touhy* approval for this witness to appear at trial, nor has Plaintiff issued any trial subpoena to this witness.
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *Id.*
[6] *Id.*

Respectfully submitted,

Date: May 11, 2026

*/s/ Daniel S. Ward*

_____

Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Chelsea A. Cruz (VSB 96177)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
chelsea@wardberry.com

*Attorneys for Defendant Michael Stapleton
Associates, Ltd., d/b/a MSA Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of

the Court for the United States District Court for the Western District of Virginia by using the

CM/ECF system. I certify that the following participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 1100
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

Thad M. Guyer

5

T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com


*/s/ Daniel S. Ward*

_____

Daniel S. Ward

6