CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED

5/14/2026

LAURA A. AUSTIN, CLERK
BY: *s/C. Kemp*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KAREN IOVINO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:21-cv-00064 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL STAPLETON ASSOCIATES, LTD.,) | | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

Upon review of the docket, the court is of the opinion that several exhibits, filed in support of the parties' motions for summary judgment, contain personal sensitive medical information that likely should be sealed, even though neither party has requested sealing and the medical information concerns a party to this action. Because there is a presumption of openness in court records, protected by both the First Amendment and the common law, documents filed in a case are ordinarily not to be sealed unless the parties and the public are given an opportunity to object. *See In re Knight Publ'g Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The public was entitled to notice of counsel's request to seal, and an opportunity to object to the request before the court made its decision.").

In order to ensure that the documents in question are properly subject to sealing, the court hereby gives notice of its intent to seal permanently the medical and psychological evaluations found at ECF Nos. 300-2 (detailing an evaluation of Plaintiff and including certain findings of a medical nature), 300-4 (concerning the psychotherapy Plaintiff underwent), and 364-1 (detailing an evaluation of Plaintiff and including certain findings of a medical nature). Those documents are hereby **PLACED UNDER SEAL** for **14** days, until such time as the

parties and the public may indicate any objections to the court's intention. *See id.* at 235 n.1 ("The court may temporarily seal the documents while the motion to seal is under consideration so that the issue is not mooted by the immediate availability of the documents.") If no objection is filed by the conclusion of the sealing period, the court will make the necessary findings to determine if further sealing is necessary and appropriate.

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 14th day of May, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE