**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **KAREN IOVINO,** | ) | |
| | ) | |
| **Plaintiff and** | ) | **Case No. 5:21-CV-00064-TTC** |
| **Counterclaim Defendant,** | ) | |
| **v.** | ) | |
| | ) | **JOINT STIPULATION** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **OF DISMISSAL WITH** |
| **d/b/a MSA SECURITY, INC.** | ) | **PREJUDICE** |
| | ) | |
| **Defendant and** | ) | |
| **Counterclaim Plaintiff** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karen Iovino and Defendant Michael Stapleton Associates, Ltd. (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in the above-referenced action, with each party to bear its own attorneys' fees and costs.

Date: June 22, 2026

_s/Jack Kolar_
Nate L. Adams III
Nate L. Adams III, P.C.
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Jack Kolar
Government Accountability Project
1612 K St. NW, Suite 808
Washington, DC 20006
(202) 926-3311
jackk@whistleblower.org

_s/Dan Ward consent via email_
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Paxton R. L. Ouellette (VSB 101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
pouellette@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

1

Thad M. Guyer
T.M. Guyer & Friends, PC
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501
(206) 954-1203
thad@guyerayers.com
*Attorneys for Plaintiff Karen Iovino*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III

Jack Kolar

Thad M. Guyer


Daniel S. Ward (VSB 45978)

Ryan C. Berry (VSB 67956)

Paxton R. L. Ouellette (VSB 101680)


                                                     __s./Stephani L. Ayers_____
                                                     Stephani L. Ayers