**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

**HARRISONBURG DIVISION**

**KAREN IOVINO,**

Plaintiff and Counterclaim Defendant,

v. Case No. 5:21-cv-00064-TTC

**MICHAEL STAPLETON ASSOCIATES, LTD.,**
d/b/a **MSA SECURITY, INC.,**

Defendant and Counterclaim Plaintiff.

---

**ORDER**

This matter is before the Court on Non-Party Carolyn Olech's Motion to Intervene for the Limited Purpose of Confirming and Modifying the Confidentiality Order (ECF No. ___). Upon consideration of the motion and the record, the Court finds that Dr. Olech's claim in *Olech v. Michael Stapleton Associates, Ltd.*, No. 5:25-cv-00152 (W.D. Va.) shares common questions of law and fact with this action, that she has identified specific materials and a specific need for each in that action, and that the protections of the Confidentiality Order can be preserved by the sealing procedures of the court in that action. It is therefore ORDERED that:

1. The motion is GRANTED. Dr. Olech is permitted to intervene for the limited purpose of the motion.

2. Counsel for Dr. Olech may use in *Olech v. Michael Stapleton Associates, Ltd.*, No. 5:25-cv-00152 (W.D. Va.) the State Department email correspondence of August 1, 4, and 7, 2017, Bates DOS-IOVINO-00671 through -00675, filed in this action as Amended Exhibit 16 (ECF No. 302), and the State Department Office of Inspector General's 2018 interview

summaries, Bates DOS OIG000136 through -000147, filed in this action at ECF No. 272-2, each of which is on this Court's public docket.

3. The Confidentiality Order (ECF No. 67) is MODIFIED to permit counsel for Dr. Olech to use in that action the deposition testimony reading those summaries into the record, at McDermott Dep. 56:25–57:11, 89:11–22, and 93:2–8 (Jan. 9, 2026), and Goss Dep. 59:1–60:24 (Jan. 30, 2026), subject to the orders of that court concerning sealing and confidentiality.

4. Except as stated in paragraphs 2 and 3, the Confidentiality Order remains in effect.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED: ____, 2026.

________________________________

United States District Judge